**No. 26-_____**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

DOE DEFENDANTS,

*Petitioners*,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

*Respondent,*

TED ENTERTAINMENT, INC.,

*Real Party in Interest.*

On Petition for Writ of Mandamus to the
United States District Court
for the Northern District of California
No. 3:25-mc-80296-SK
Hon. Sallie Kim

---

**APPENDIX TO PETITION FOR WRIT OF MANDAMUS**

---

Karl S. Kronenberger
Jeffrey M. Rosenfeld
Leah Rosa Vulić
KRONENBERGER ROSENFELD, LLP
548 Market St. #85399
San Francisco, CA 94104

(415) 955-1155
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Petitioners

## INDEX TO APPENDIX

| Appendix Tab | Description | Date | N.D. Cal. Dkt. No. | Appendix Page No. |
|---|---|---|---|---|
| 1 | Cover Page | | | Page 1 |
| 2 | Index to Appendix | | | Page 3 |
| 3 | Order Denying Motion to Quash Subpoenas | 04/29/2026 | 45 | Page 5 |
| 4 | Motion to Quash Subpoenas to Reddit, Inc. and Discord, Inc. | 09/22/2025 | 1 | Page 17 |
| 5 | Declaration of Leah Rosa Vulić in Support of Motion to Quash Subpoenas to Reddit, Inc. and Discord, Inc., and select Exhibits [Exs. 1 (Complaint, Exs. G–I), 5, 8, 9, and 18] | 09/24/2025 | 7 | Page 51 |
| 6 | Declaration of Doe Defendants in Support of Motion to Quash Subpoenas to Reddit, Inc. and Discord, Inc. | 09/24/2025 | 8 | Page 225 |
| 7 | Opposition to Motion to Quash Subpoenas to Reddit, Inc. and Discord, Inc. and Declaration of Rom Bar-Nissim in Support of Opposition to Motion to Quash Subpoenas [Excluding Exhibits] | 10/20/2025 | 16/16–1 | Page 383 |
| 8 | Reply in Support of Motion to Quash Subpoenas to Reddit, Inc. | 11/03/2025 | 20 | Page 450 |

| Appendix Tab | Description | Date | C.D. Cal. Dkt. No. | Appendix Page No. |
|---|---|---|---|---|
| | and Discord, Inc. | | | |
| 9 | Declaration of Doe Defendants in Support of Reply to Motion to Quash Subpoenas to Reddit, Inc. and Discord, Inc. and select Exhibit 76 | 11/10/2025 | 23 | Page 471 |
| **Appendix Tab** | **Description** | **Date** | **C.D. Cal. Dkt. No.** | **Appendix Page No.** |
| 10 | Plaintiff's Opposition to Defendant's Motion for Partial Judgment on the Pleadings | 05/01/2026 | 36 | Page 532 |
| 11 | Plaintiff's Request for Judicial Notice in Support of Opposition to Motion for Partial Judgment on the Pleadings and select Exhibit 9 | 05/01/2026 | 37/37–9 | Page 562 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

**IN RE SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**

Case No. 25-mc-80296-SK

**ORDER DENYING MOTION TO QUASH SUBPOENAS**

Regarding Docket No. 1

Before the Court is the motion filed by Movant Doe Defendants ("Doe Defendants") to quash subpoenas issued by Ted Entertainment, Inc. ("TEI") to non-parties Reddit, Inc. ("Reddit") and Discord, Inc. ("Discord"). (Dkt. No. 1.) The parties consented to the jurisdiction of the undersigned. (Dkt. Nos. 32–33.) Having carefully considered the parties' papers, relevant legal authority, case record, and oral argument, the Court DENIES Doe Defendants' motion for the reasons set forth below.

**BACKGROUND**

On June 19, 2025, TEI filed a complaint for copyright infringement against Alexandra Marwa Saber f/k/a Marwa Talatt Abdelmonem p/k/a Denims (hereinafter "Denims") and contributory copyright infringement against the Doe Defendants in the Central District of California (the "underlying action"). (Dkt. No. 1-1, Declaration of Leah Rosa Vulić ("Vulić Decl."), Ex. 1 at pp. 78–79.) TEI is a production company that produces online content. (Dkt. No. 16 at p. 7.) TEI releases live broadcasts of "The H3 Show," on YouTube which provide "comedic commentary on current events and public figures." (Dkt. No. 16-2, Declaration of Ethan and Hila Klein at ¶¶ 8–9.) Ethan and Hila Klein (collectively the "Kleins"), the owners of TEI, co-host "The H3 Show." (*Id.* at ¶¶ 7, 9.)

/ / /

United States District Court
Northern District of California

Prior to October 2023, Ethan Klein hosted a political comedy podcast with Hasan Piker. (*Id.* at ¶ 22.) In October 2023, however, a public disagreement commenced between the Kleins and Hasan Piker due to their respective stances on the Israeli–Palestinian conflict. (*Id.*) TEI alleges that a subreddit—titled "r/H3Snark" was created to target the Kleins and TEI content. (*Id.* at ¶ 23.) The Kleins further allege the "r/H3Snark" user base, comprised of former TEI fans, significantly increased following their public disagreement with Hasan Piker. (*Id.* at ¶¶ 21, 23, 38–40.)

TEI alleges that it holds registered copyrights to the following videos: (1) The H3 Show #105: Countdown to Doomsday (the "Countdown Episode"); and (2) Content Nuke: Hasan Piker ("The Nuke"). (Dkt. No. 1-1, Vulić Decl., Ex. 1 at ¶ 2.) TEI alleges that Denims, a defendant in the underlying action, hosted an online "group viewing session" or "Watch Party" of the Countdown Episode and The Nuke to "siphon views and [take potential] revenue away from TEI's copyrighted works." (*Id.*)

TEI further alleges that the moderators of the "r/H3Snark" subreddit comprise Does 1-10 in the underlying action. (*Id.* at ¶ 11.) TEI states that it does not know the true names or exact locations of the Doe Defendants but provides alleged Reddit and Discord usernames of Does Nos. 1-6. (*Id.*) TEI alleges that the Doe Defendants promoted Denims' "watch parties" as an alternative to the TEI's works on the "r/H3Snark" subreddit. (*Id.* at ¶ 3.)

On July 16, 2025, TEI, in the underlying action, requested leave to issue subpoenas to Reddit and  Discord to obtain personal identifying information of the Doe Defendants pursuant to Federal Rule of Civil Procedure 45. On July 31, 2025, the District Court in the underlying action granted TEI leave to serve the third-party subpoenas. On August 4, 2025, TEI served the subpoenas on non-parties Reddit and Discord. (Dkt. No. 1-1, Vulić Decl., Exs. 10–11.) The subpoenas, specifically, seek documents and communications containing the personally identifying information of specific Reddit and Discord users. (*Id.*)

/ / /

/ / /

/ / /

The Doe Defendants move to quash TEI's subpoenas. (Dkt. No. 1.) TEI opposes and the Doe Defendants filed a reply in support of its motion to quash.[1] (Dkt. Nos. 16, 20.) The Court heard oral argument on April 20, 2026. (Dkt. No. 38.)

## ANALYSIS

### I. Legal Standard.

Federal Rule of Civil Procedure 45 governs discovery of non-parties. The scope of permitted discovery under Rule 45 is the same as the scope of discovery permitted under Rule 26(b). *Beaver Cty. Employers Ret. Fund v. Tile Shop Holdings, Inc.*, 2016 WL 3162218, at *2 (N.D. Cal. June 7, 2016) (citing Fed. R. Civ. P. 45 advisory comm's note (1970); Fed. R. Civ. P. 34(a)). Rule 26(b) permits a party to obtain discovery "regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit." Fed. R. Civ. P. 26(b)(1).

A court must protect a nonparty subject to a subpoena if the subpoena "requires disclosure of privileged or other protected matter" or the subpoena "subjects a person to undue burden." Fed. R. Civ. P. 45(d)(3). A court must also limit the frequency or extent of discovery if it determines that: "(i) the discovery sought is unreasonably cumulative or duplicative, or can be obtained from some other source that is more convenient, less burdensome, or less expensive; (ii) the party seeking discovery has had ample opportunity to obtain the information by discovery in the action; or (iii) the proposed discovery is outside the scope permitted by Rule 26(b)(1)." Fed. R. Civ. P. 26(b)(2)(C).

[1] The Doe Defendants filed an administrative motion to submit additional evidence to support their motion to quash. (Dkt. No. 25.) TEI opposed and the Doe Defendants filed a reply. (Dkt. Nos. 28, 30.) The Court DENIES the Doe Defendants' administrative motion because the proffered evidence is not necessary for the Court to decide the Doe Defendants' motion to quash. *See Schumacher v. Airbnb, Inc.*, No. C 15-5734 CW, 2016 WL 7826667, at *7 (N.D. Cal. Nov. 9, 2016) (denying an administrative motion to submit additional evidence because the evidence was not necessary for the court's determination).

United States District Court
Northern District of California

As relevant here, Rule 45 provides that "the court for the district where compliance is required must quash or modify a subpoena that: (i) fails to allow a reasonable time to comply; (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c); (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or (iv) subjects a person to undue burden." Fed. R. Civ. P. 45(d)(3)(A). "On a motion to quash a subpoena, the moving party has the burden of persuasion under Rule 45(c)(3), but the party issuing the subpoena must demonstrate that the discovery sought is relevant." *Chevron Corp. v. Donziger*, 2013 WL 4536808, *4 (N.D. Cal. Aug. 22, 2013) (internal citation omitted).

**II. Doe Defendants' Motion to Quash.**

The Doe Defendants move to quash TEI's subpoenas on the grounds that (1) they acted in furtherance of their First Amendment right to speak anonymously, and (2) TEI cannot substantiate its claim for contributory copyright infringement against them. (Dkt. No. 1 at pp. 23–33.) The Court addresses the Doe Defendants' arguments in turn.

**A. Digital Millenium Copyright Act § 512(h) Subpoena Legal Standard.**

As a threshold matter, the Court must determine the applicable legal standard. The Doe Defendants argue that the *Highfields* test applies because their right to anonymous speech is protected by the First Amendment where, as here, the nature of their speech is political. (*Id.* at 22–24) (citing *Highfields Cap. Mgmt., L.P. v. Doe*, 385 F. Supp. 2d 969 (N.D. Cal. 2005)). At the motion hearing, TEI explained that it did not issue the subpoenas in question under the Digital Millenium Copyright Act ("DMCA"), 17 U.S.C. § 512(h). Nonetheless, in its opposition, TEI invoked the test outlined in an action involving a subpoena issued under the DMCA—*In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d 868 (N.D. Cal. 2022). (Dkt. No. 16 at p. 13.)

While the DMCA does not apply here, the Court looks to cases applying the DMCA legal standard because the *Highfields* test is not applicable to a copyright action. *Highfields* involved claims for trademark infringement and unfair competition, not copyright law. *See Highfields*, 385 F. Supp. 2d at 972; *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d 875, 882 (N.D. Cal. 2020) (noting that the *Highfields* test "is not well suited for a copyright dispute … because the First Amendment does not protect anonymous speech that infringes copyright."); *Arista Recs.,*

United States District Court
Northern District of California

*LLC v. Doe 3*, 604 F.3d 110, 118 (2d Cir. 2010) ("[T]o the extent that anonymity is used to mask copyright infringement or to facilitate such infringement by other persons, it is unprotected by the First Amendment.").

In circumstances involving alleged copyright infringement and the First Amendment right to remain anonymous, "the Ninth Circuit requires a court to consider and weigh both the anonymous speaker's First Amendment interest and the subpoenaing party's need for identifying information." *Barnes v. YouTube, Inc.*, No. 25-CV-05901-VKD, 2026 WL 412470, at *3 (N.D. Cal. Feb. 13, 2026). Specifically, "when adjudicating a subpoena or other request for compelled disclosure that would reveal the identity of an anonymous speaker, a court should (1) notify the speaker and provide them with an opportunity to (anonymously) defend their anonymity; (2) require the party seeking disclosure to make a prima facie showing on the merits of their claim; and (3) balance the equities, weighing the potential harm to the party seeking disclosure against the speaker's interest in anonymity, in light of the strength of the underlying claim." *In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d at 876.

**B. The Application of the DMCA Legal Standard.**

**1. Opportunity of the Anonymous Speakers to Defend Anonymity.**

The parties do not discuss this element in their papers. Because the Court has permitted the Doe Defendants to proceed anonymously, the Court finds that the Doe Defendants' present motion to quash (1) indicates that they received notice of TEI's subpoenas to Reddit and Discord, and (2) serves as a method for the Doe Defendants' to defend their anonymity. *See Barnes*, 2026 WL 412470, at *3 (finding the first DMCA element satisfied because the doe defendant received notice of the subpoena, filed a motion to quash the subpoena, and the court permitted the doe defendant to proceed anonymously).

**2. Prima Facie Case of Denims Copyright Infringement and the Doe Defendants' Contributory Copyright Infringement.**

TEI alleges direct copyright infringement against Denims and contributory copyright infringement against the Doe Defendants. (Dkt. No. 1-1, Vulić Decl., Ex. 1 at ¶¶ 74–87.) The Court addresses each argument in turn.

United States District Court
Northern District of California

**a. Denims' Alleged Copyright Infringement.**

To establish a prima facie case of Denims' copyright infringement, TEI must demonstrate: (1) ownership of the copyrighted material, and (2) violation by the accused infringer of at least one exclusive right granted to copyright holders under 17 U.S.C. § 106. *A&M Recs., Inc. v. Napster, Inc.*, 239 F.3d 1004, 1013 (9th Cir. 2001), *as amended* (Apr. 3, 2001), *aff'd sub nom. A&M Recs., Inc. v. Napster, Inc.*, 284 F.3d 1091 (9th Cir. 2002); *see* 17 U.S.C. § 501(a) (infringement occurs when alleged infringer engages in activity listed in § 106). "Among the exclusive rights enjoyed by copyright holders are the rights to reproduce the copyrighted work and to prepare derivative works based on the copyrighted work." *Barnes*, 2026 WL 412470, at *4 (citing 17 U.S.C. § 106(1), (2)).

TEI alleges direct copyright infringement against Denims. (Dkt. No. 1-1, Vulić Decl., Ex. 1 at ¶¶ 74–81.) The Doe Defendants, in response, argue that Denims did not directly infringe TEI's copyrighted works because Denims' use of the Countdown Episode and The Nuke constituted fair use. (Dkt. No. 1 at p. 28.) The Doe Defendants, specifically, argue that Denims' use was transformative, Denims did not supersede the original use, TEI's works are highly factual, Denims' use did not negatively impact the market, and that TEI's "thin" copyrights deserve little protection. (*Id.* at pp. 28–32.)

In response to the Doe Defendants' fair use argument, TEI argues that neither Denims nor the Doe Defendants' use of TEI's works constitute fair use. (Dkt. No. 16 at pp. 14–15.) Regarding Denims' use, TEI asserts that (1) the primary purpose of Denims' Watch Party was to provide a substitute for TEI's works and exploit them for commercial gain; (2) TEI's works contained numerous creative elements; (3) Denims streamed The Nuke in its entirety and the Countdown Episode nearly in its entirety; and (4) Denims' Watch Party served as a market substitute for TEI's works because thousands of individuals watched her Watch Party before they had the opportunity to watch TEI's works. (*Id.* at pp. 15–24.) TEI further argues that the Doe Defendants' use of TEI's works did not constitute fair use because Denims did not provide sufficient commentary on TEI's works in their alleged "inducement posts" on Reddit and Discord. (*Id.* at p. 15.)

/ / /

United States District Court
Northern District of California

United States District Court
Northern District of California

Here, the Court finds that TEI's allegations satisfy the prima facie standard to show copyright infringement by Denims. TEI alleges direct copyright infringement against Denims on the grounds that: (1) TEI owned and registered the copyrights in the Countdown Episode and The Nuke with the United States Copyright Office; (2) Denims accessed the Countdown Episode and The Nuke from TEI's YouTube channels without any license, authorization, or consent from TEI; and (3) Denims' "group viewing session" of the Countdown Episode and The Nuke constituted an unauthorized reproduction, public performance, and derivative work of the Countdown Episode and The Nuke in violation of TEI's rights as set forth in 17 U.S.C. § 106. (Dkt. No. 1-1, Vulić Decl., Ex. 1 at ¶¶ 75–78.) TEI further alleges that the registration numbers for the Countdown Episode and The Nuke, respectively, are PAu 4-257-253 and PAu 4-256-429. (*Id.* at ¶ 38; Dkt. No. 16 at p. 14.)

The Doe Defendants argue that this Court should decide the issue of fair use in the present motion to quash, but this Court must only determine whether TEI has made a prima facie allegation of copyright infringement. To argue that TEI did not make a showing of fair use, the Doe Defendants cite the decision by another District Judge. (Dkt. No. 1 at p. 29) (*citing In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d at 879 ("[t]o make a prima facie case of copyright infringement for the purposes of obtaining a subpoena, then, a party must make a prima facie case that the infringing use did not constitute fair use")). The Doe Defendants apply this law to discuss the merits of fair use. (*Id.* at pp. 29–32)

Normally, fair use is an affirmative defense. *See Tresóna Multimedia, LLC v. Burbank High Sch. Music Ass'n*, 953 F.3d 638, 647–52 (9th Cir. 2020). In the context of a DMCA subpoena, however, a court must consider fair use in analyzing a motion to quash. *See Lenz v. Universal Music Corp.*, 815 F.3d 1145, 1153 (9th Cir. 2016) (holding that "for the purposes of the DMCA—fair use is uniquely situated in copyright law so as to be treated differently than traditional affirmative defenses.") Under the DMCA, a copyright owner must first issue a "take-down" notice to a service provider, which notifies the service provider of the claimed infringement. 17 U.S.C. § 512(c)(3). The notice, in part, must include "[a] statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law." 17 U.S.C. § 512(c)(3)(v).

Therefore, in the DMCA context, a copyright holder, before sending a take-down notification, must evaluate whether that the allegedly infringing use constitutes fair use. *See* 17 U.S.C. § 512(c)(v); *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d at 886 (noting that a party who served a subpoena under the DMCA "was required to evaluate fair use before sending its take-down [n]otice") (citing *Lenz*, 815 F.3d at 1153)).

In addition, "the [DMCA] subpoena is its own civil case, and the motion to quash is dispositive of the sole issue presented in the case—whether the subpoena should be enforced or not." *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d at 880. In the district court decision cited by the Doe Defendants, the court discussed fair use in the context of a DMCA subpoena. *See In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d at 879–81 (analyzing the fair use factors to find that a copyright owner did not establish a prima facie case of copyright infringement); *see also In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d at 883–87 (addressing fair use to determine whether a DMCA subpoena should be quashed). The structure of the DMCA thus makes it necessary for a court to consider fair use in determining whether to quash a subpoena issued under the DMCA.

In contrast, the Court need not consider fair use in deciding the instant motion to quash a *Rule 45* subpoena. Given the differences between a DMCA and Rule 45 subpoena, the Court declines to analyze the defense of fair use in determining whether TEI has made a prima facie case of contributory copyright infringement. The District Court in the underlying action will determine the issue of fair use. Indeed, a motion for partial judgment on the pleadings regarding whether Denims' use of The Nuke constituted fair use is pending before the District Court in the underlying action. (Dkt. No. 44 at p. 2.) Thus, because that issue will be litigated fully in another forum, there is no need for the Court to address the defense of fair use.

**b. The Doe Defendants' Alleged Contributory Copyright Infringement.**

To establish a prima facie case of the Doe Defendants' contributory copyright infringement, TEI must show that the Doe Defendants: "(1) ha[d] knowledge of [Denims'] infringement and (2) either (a) materially contribute[d] to or (b) induce[d] that infringement." *See Perfect 10, Inc. v. Visa Int'l Serv. Ass'n*, 494 F.3d 788, 795 (9th Cir. 2007); *see also MG Premium*

*Ltd v. Does, No. CV 21-8533-MCS (KKX)*, 2022 WL 3013128 (C.D. Cal. Jan. 18, 2022) (finding that the plaintiff alleged a prima facie case of contributory copyright infringement because the plaintiff alleged the following in its complaint: (1) ownership and registration of the copyrighted work at issue in the case; (2) the defendants knew of the infringing activity; and (3) the defendants actively participated in this infringement by inducing, causing, and contributing to the infringement of the plaintiff's copyright work).

The Doe Defendants contend that (1) TEI cannot show that the "Doe [Defendants] watched Denims' [group viewing session] such that they could know whether [Denims'] use was infringing and not fair use;" and (2) TEI cannot establish that the Doe Defendants induced, caused, or materially contributed to any infringement by "creating a discussion thread, which includes a link to a streamer's channel." (Dkt. No. 1 at pp. 24–28.)

The Court concludes that TEI meets its burden to show a prima facie case of contributory copyright infringement. First, TEI alleges ownership and registration of the copyrighted work at issue in the case. (Dkt. No. 1-1, Vulić Decl., Ex. 1 at ¶¶ 75–76.) Second, TEI alleges that the Doe Defendants knew Denims' "group viewing session" infringed or intended to infringe TEI's copyrighted works and induced, caused, and/or materially contributed to Denims' infringement. (*Id.* at ¶¶ 83–85; Dkt. No. 16 at pp. 24–28.)

TEI does not merely allege these facts but points to specific evidence that the Doe Defendants specifically instructed other potential viewers to watch Denims' "watch party" as an "ethical" way to watch TEI's programs. (Dkt. No. 7, Vulić Decl., Exs. F–G.) In this context, opponents of the Kleins wanted to watch their shows but did not want to give them "views" on YouTube or other streaming platforms that reward content creators based on their number of viewers. It appears that the entire purpose of watching Denims' watch party was to watch TEI's programming in a manner that did not benefit TEI. (*See id.* providing a list of content creators for people to watch The Nuke "without showing support for H3").

TEI's allegations, supported by evidence, create a prima facie claim for contributory copyright infringement against the Doe Defendants. Although it may seem counterintuitive that opponents of the Kleins would want to watch the Kleins' programs, they were engaging in a cultural phenomenon known as "hatewatching."

The Urban Dictionary defines the term "hatewatch" as follows:

> A hatewatched show is one the viewer genuinely despises but cannot stop watching. This could be because it is so "important" they feel they have to, because it has enough promise that they hope it gets better, because it's so well-crafted in it's [sic] terribleness that the badness itself is noteworthy, or because they enjoy the adrenaline that pure revulsion can bring. Whatever the reason, the hatewatcher can't look away from the trainwreck.

*Hatewatch*, Urban Dictionary, https://www.urbandictionary.com/define.php?term=hatewatch (last visited April 27, 2026) (emphasis in original).[2] Here, the entire purpose of Denims' watch party was to "hatewatch" TEI's works without giving any benefit to TEI. There is credible evidence that the Doe Defendants understood this goal and facilitated this goal by encouraging other people to watch Denims' watch party.

**3. Balance of the Equities.**

If the Court finds that the Doe Defendants' interest in their anonymity extends beyond their alleged contributory copyright infringement, the Court must "balance the equities, weighing the potential harm to the party seeking disclosure against the speaker's interest in anonymity, in light of the strength of the underlying claim." *In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d at 876.

The Doe Defendants argue that balance of equities weighs in their favor because, if "unmasked," the Doe Defendants would face "public exposure, real risks of retaliation[,] actual harm, and the financial and other burdens of defending the Action." (Dkt. No. 1 at pp. 32–33.) The Doe Defendants further contend that TEI fans "have a proven track record of harassing and even doxing people who are critical of [TEI] and Ethan [Klein]" and that "[t]here is also great risk to Does from the myriad of content creators covering these lawsuits and this Motion." (Dkt. No. 20 at p. 17.)

TEI, in response, asserts that the balance of equities weighs in its favor because the Doe Defendants are parties to the underlying action, and, without information about the Doe

[2] The Ninth Circuit periodically uses the website "Urban Dictionary" to provide context for slang terms. *See, e.g.*, *Bikram's Yoga Coll. of India, L.P. v. Evolation Yoga, LLC*, 803 F.3d 1032, 1044 n.13 (9th Cir. 2015).

Defendants' identities, TEI cannot proceed with the underlying action. (Dkt. No. 16 at p. 29.) TEI further argues that it issued the subpoenas in good faith and "no alternative means exist to identify" the Doe Defendants. (*Id.* at pp. 28–29.)

Here, the Court concludes that TEI's need for identifying information outweighs the Doe Defendants' interest in anonymity. TEI seeks information identifying the Doe Defendants so that it can proceed with its claims for contributory copyright infringement against the Doe Defendants. (Dkt. No. 16 at p. 29.) The Doe Defendants are defendants in the underlying action, and without information regarding their identities, TEI cannot identify the Doe Defendants as defendants, properly serve them with process, and ultimately, proceed in the underlying action. *See Barnes*, 2026 WL 412470, at *4 (concluding that the plaintiff's need for disclosure of identifying information of a defendant in the action outweighed the Doe defendant's interest in anonymity); *Cognosphere Pte. Ltd. v. X Corp.*, No. 23-mc-80294-PHK, 2024 WL 4227594, at *8 (N.D. Cal. Sept. 18, 2024) (noting that the identity of an anonymous infringer "is materially relevant, if not critical to the claim, because without the information, [the plaintiff] has no starting point for whom to name as a defendant"). The balance of equities thus weighs in favor of TEI.

**III. Doe Defendants' Request for a Protective Order.**

The Doe Defendants request a protective order allowing disclosure of their identities only to the Court if the Court denies their motion to quash. (Dkt. No. 1 at p. 33.) TEI, in response, argues that a protective order is not warranted in part because solely disclosing the Doe Defendants' identities to the Court "severely hampers TEI's ability to conduct discovery and proceed with the case." (Dkt. No. 16 at p. 30.) The Court DENIES the motion for protective order because TEI must determine the identities of the Doe Defendants in the underlying action against them.

To the extent that the parties have further concerns about disclosure of information about the Doe Defendants, the parties should seek relief from the Central District of California. Until the Doe Defendants appear in the Central District of California, the Court ORDERS the following: Reddit and Discord may respond to the subpoena to TEI only. Additionally, no party may disclose the identities of the Doe Defendants or any other identifying information about the Doe

Defendants to any individual or entity not a party to this matter. Of course, the District Court in the underlying action may override these protections, once the Doe Defendants make their appearance in that action.

**VI. Doe Defendants' Request for Attorneys' Fees.**

In their motion to quash, the Doe Defendants noted that they "reserve their right to seek their attorney's fees and costs." (Dkt. No. 1 at p. 33.) They argue that TEI brought its suit against the Doe Defendants for an improper purpose and that TEI's claims are legally "insufficient." (*Id.*) Because the Court denies the Doe Defendants' motion to quash, they are not entitled to attorneys' fees.

**CONCLUSION**

For the foregoing reasons, the Court DENIES the Doe Defendants' motion to quash the subpoenas issued by TEI to Reddit and Discord.

**IT IS SO ORDERED**.

Dated: April 29, 2026

SALLIE KIM
United States Magistrate Judge

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 17 of 582

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94102
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**

Case No. 3:25-mc-80296

(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)

**MOVANTS DOE DEFENDANTS' NOTICE OF MOTION AND MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.; MEMORANDUM OF POINTS AND AUTHORITIES**

Date: TBD
Time: TBD
Ctrm: TBD
Before: TBD

KRONENBERGER ROSENFELD

Case No. 3:25-mc-80296

**DOES' NTC OF MTN AND MTN TO QUASH SUBPOENAS; MPA**

App. p. 017

KRONENBERGER ROSENFELD

**TABLE OF CONTENTS**

NOTICE OF MOTION AND MOTION ..... 1
INTRODUCTION: Everybody Hates a Critic ..... 1
STATEMENT OF ISSUES ..... 2
STATEMENT OF FACTS ..... 2
A. TEI, Ethan Klein, Hasan Piker, and Denims: A Web of Reactionary Content ..... 2
B. The H3Snark Subreddit: A Safe and Anonymous Space for Criticism of H3 ..... 3
C. Ethan lays a trap: *Nuke* and *Countdown* ..... 6
1. TEI promotes *Nuke* heavily as a controversial piece, and registers copyrights. ..... 6
2. Denims live-reacts; Does facilitate safe criticism and foster conversation. ..... 7
D. The Instant lawsuit and Subpoenas ..... 8
1. Complaint Allegations, Procedural Background, and Subpoenas ..... 8
2. The Falsity of TEI's Allegations Against Does ..... 9
3. The Complaint and Ethan's own words show bad faith and pretext. ..... 10
4. Does face real harm and retaliation if unmasked; discourse will be silenced. ..... 11
ARGUMENT ..... 13
I. Legal Standard ..... 12
A. Quashing a Subpoena Generally ..... 12
B. Standard for Unmasking Anonymous Speaker ..... 13
1. Motion to Dismiss Analysis (*Seescandy)* ..... 14
2. Real Evidentiary Basis (*Highfields*) ..... 14
3. *Highfields* test applies here. ..... 15
II. TEI cannot meet is initial burden. ..... 16
A. TEI has not stated—and cannot substantiate—a claim for contributory infringement. 16
1. TEI cannot show requisite knowledge for contributory infringement.. ..... 16
2. TEI cannot show that Does induced, caused, or materially contributed to any direct infringement. ..... 18
3. Does' Megathreads were fair use. ..... 20

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 19 of 582

B. Denims' use was fair use. ........ 20

1. Denims' use was transformative and does not supersede the original use. ........ 21

2. TEI's highly factual works supports greater dissemination. ........ 22

3. Denims' use did not negatively impact the market; it increased it. ........ 22

4. Stripping unoriginal elements, TEI's thin copyrights deserve little protection. ........ 24

III. Even if TEI had met its initial burden, the balance of harms weighs in favor of Does ........ 24

IV. If Does' motion is not granted, Does request a protective order. ........ 25

V. Does Reserve their right to seek their attorney's fees. ........ 25

KRONENBERGER ROSENFELD

Case No. 3:25-mc-80296 ii DOES' NTC OF MTN AND MTN TO QUASH SUBPOENAS; MPA

App. p. 019

# TABLE OF AUTHORITIES

Page(s)

**Cases**

*A&M Recs., Inc. v. Napster, Inc.*,
239 F.3d 1004 (9th Cir. 2001) ... 23

*Apple Computer, Inc. v. Microsoft Corp.*,
35 F.3d 1435 (9th Cir. 1994) ... 24

*Art of Living Found. v. Does 1-10*,
2011 WL 5444622 (N.D. Cal. Nov. 9, 2011) ... 15, 24, 25

*Atari Interactive, Inc. v. Redbubble, Inc.*,
515 F. Supp. 3d 1089 (N.D. Cal. 2021) ... 17

*Awtry v. Glassdoor, Inc.*,
2016 WL 1275566 (N.D. Cal. Apr. 1, 2016) ... 17, 24

*Baugher v. GoDaddy.com LLC*,
2021 WL 4942658 (D. Ariz. Oct. 22, 2021) ... 15, 16

*BMG Rts. Mgmt. (US) LLC v. Joyy Inc.*,
644 F. Supp. 3d 602 (C.D. Cal. 2022) ... 16

*Campbell v. Acuff-Rose Music, Inc.*,
510 U.S. 569 (1994) ... 20, 21, 23

*Columbia Ins. Co. v. seescandy.com*,
185 F.R.D. 573 (N.D. Cal. 1999) ... 14

*Columbia Pictures Indus., Inc. v. Fung*,
710 F.3d 1020 (9th Cir. 2013) ... 18, 19

*Columbia Pictures v. Bunnell*,
2006 WL 5383789 (C.D. Cal. May 10, 2006) ... 17

*Does I thru XXIII v. Advanced Textile Corp.*,
214 F.3d 1058 (9th Cir. 2000) ... 25

//

KRONENBERGER ROSENFELD

*Eldred v. Ashcroft*,
537 U.S. 186 (2003) .......... 20

*Equals Three, LLC v. Jukin Media, Inc.*,
139 F. Supp. 3d 1094 (C.D. Cal. 2015) .......... 22

*Ets-Hokin v. Skyy Spirits, Inc.*,
323 F.3d 763 (9th Cir. 2003) .......... 24

*Fonovisa, Inc. v. Cherry Auction, Inc.*,
76 F.3d 259 (9th Cir. 1996) .......... 19

*Glass Egg Digital Media v. Gameloft, Inc.*,
2019 WL 2499710 (N.D. Cal. June 17, 2019) .......... 13

*Google LLC v. Oracle Am., Inc.*,
593 U.S. 1 (2021) .......... 21, 23

*Harper & Row Publishers, Inc. v. Nation Enters.*,
471 U.S. 539 (1985) .......... 22

*Highfields Cap. Mgmt., L.P. v. Doe*,
385 F. Supp. 2d 969 (N.D. Cal. 2005) .......... 14, 15

*Highfields Cap. Mgmt., L.P. v. Doe*,
2005 WL 8188026 (N.D. Cal. May 31, 2005) .......... 26

*In re Anonymous Online Speakers*,
661 F.3d 1168 (9th Cir. 2011) .......... 14

*In re DMCA Subpoena to Reddit, Inc.*,
441 F. Supp. 3d 875 (N.D. Cal. 2020) .......... 20

*In re DMCA § 512(h) Subpoena to Twitter, Inc.*,
608 F. Supp. 3d 868 (N.D. Cal. 2022) .......... 13, 21, 24

*In re Gliner*,
133 F.4th 927 (9th Cir. 2025) .......... 13

*In re PGS Home Co. Ltd.*,
2019 WL 6311407 (N.D. Cal. Nov. 25, 2019) .......... 16

KRONENBERGER ROSENFELD

*Kavanaugh v. Klein*,
2025 WL 999183 (Cal. Ct. App. Apr. 3, 2025) ........ 11

*Kechara House Buddhist Ass'n Malaysia v. Does*,
2015 WL 5538999 (N.D. Cal. Sept. 18, 2015) ........ 16

*Keen v. Bowley*,
2024 WL 3259040, n. 59 (C.D. Cal. July 1, 2024) ........ 3

*Lenz v. Universal Music Corp.*,
815 F.3d 1145 (9th Cir. 2016) ........ 20, 21

*Los Angeles News Serv. v. CBS Broad., Inc.*,
305 F.3d 924 (9th Cir.) ........ 23

*Louis Vuitton Malletier, S.A. v. Akanoc Sols., Inc.*,
658 F.3d 936 (9th Cir. 2011) ........ 18, 19

*Luvdarts, LLC v. AT & T Mobility, LLC*,
710 F.3d 1068 (9th Cir. 2013) ........ 16, 17, 18

*Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*,
545 U.S. 913 (2005) ........ 18, 19

*Monge v. Maya Magazines, Inc.*,
688 F.3d 1164 (9th Cir. 2024) ........ 23

*Music Grp. Macao Com. Offshore Ltd. v. Does*,
82 F. Supp. 3d 979 (N.D. Cal. 2015) ........ 24, 25

*Nat'l Fire Prot. Ass'n, Inc. v. UpCodes, Inc.*,
753 F. Supp. 3d 933 (C.D. Cal. 2024) ........ 23

*Perfect 10, Inc. v. Amazon.com, Inc.*,
508 F.3d 1146 (9th Cir. 2007) ........ 16, 20

*Perfect 10, Inc. v. Giganews, Inc.*,
2015 WL 1746406 (C.D. Cal. Mar. 6, 2015) ........ 17

*Perfect 10, Inc. v. Visa Int'l Serv. Ass'n*,
494 F.3d 788 (9th Cir. 2007) ........ 16, 18

KRONENBERGER ROSENFELD

*Perry v. Schwarzenegger*,
591 F.3d 1126 (9th Cir. 2009) .......... 13

*Robinson v. Binello*,
771 F. Supp. 3d 1114 (N.D. Cal. 2025) .......... 16

*Schneider v. YouTube, LLC*,
649 F. Supp. 3d 872 (N.D. Cal. 2023) .......... 18

*Seltzer v. Green Day, Inc.*,
725 F.3d 1170 (9th Cir. 2013) .......... 21

*Signature Mgmt. Team, LLC v. Automattic, Inc.*,
941 F. Supp. 2d 1145 (N.D. Cal. 2013) .......... 25

*Sobhani v. @Radical.Media Inc.*,
257 F. Supp. 2d 1234 (C.D. Cal. 2003) .......... 24

*Sony Music Ent. Inc. v. Does 1-40*,
326 F. Supp. 2d 556 (S.D.N.Y. 2004) .......... 15

*Tarantino v. Gawker Media, LLC*,
2014 WL 2434647 (C.D. Cal. Apr. 22, 2014) .......... 16

*VHT, Inc. v. Zillow Grp., Inc.*,
918 F.3d 723 (9th Cir. 2019) .......... 19

*YZ Prods., Inc. v. Redbubble, Inc.*,
545 F. Supp. 3d 756 (N.D. Cal. 2021) .......... 17, 18

**Statutes**

17 U.S.C. §107 .......... 20, 21, 22

18 U.S.C. §2701 .......... 9

47 U.S.C. §230 .......... 5

**Rules**

Fed. R. Civ. P. 26 .......... 13, 25

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 24 of 582

Fed. R. Civ. P. 45 .......... 13, 25

KRONENBERGER ROSENFELD

Case No. 3:25-mc-80296 vii DOES' NTC OF MTN AND MTN TO QUASH SUBPOENAS; MPA

App. p. 024

KRONENBERGER ROSENFELD

## NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that, on a date and time to be determined, Movants/Defendants Does ("Does") will and hereby do move this Court to quash subpoenas issued by Plaintiff Ted Entertainment, Inc. ("Plaintiff" or "TEI") to non-parties Reddit, Inc. ("Reddit") and Discord, Inc. ("Discord") (the "Subpoenas"). The Subpoenas seek identifying information for numerous Reddit and Discord accounts in Plaintiff's civil action filed in the District Court for the Central District of California on June 19, 2025, *Ted Entertainment, Inc. v. Alexandra Marwa Saber and Does 1-10*, Case No. 2:25-cv-05564-WLH-PD (the "Action").

TEI's subpoenas should be quashed because: 1) TEI has not and cannot state a claim against Does for contributory copyright infringement; and 2) the balance of equities weighs in favor of Does' anonymity and quashing TEI's Subpoenas in their entirety. Does request that this Court quash the Subpoenas with prejudice, or in the alternative, enter a protective order; award attorney's fees; and grant such further and other relief as the Court deems just and proper.

## INTRODUCTION: Everybody Hates a Critic

On its face, the Action is about copyright infringement. At its heart, however, the Action is about stifling criticism and seeking retribution by unmasking individuals for perceived reputational harms TEI attributes to Does, unrelated to TEI's intellectual property rights.

TEI publishes the H3 Podcast, a popular live comedy and commentary podcast hosted primarily by Ethan Klein. This Motion arises from TEI's attempt to compel disclosure of Does' identities in the Action, where TEI has sued Denims, a Twitch streamer, and Does 1-10, who are or were moderators of a subreddit[1] critical of TEI, its owners, and their H3 Podcast. TEI purportedly seeks to hold Does accountable for alleged contributory copyright infringement for posting links to Denims' Twitch channel, on which Denims live-reacted to TEI's public content. In reality, TEI has not and cannot allege facts stating a claim for contributory infringement against Does, and the Action and Subpoenas are a thinly veiled pretext for obtaining Does' identities in order to expose, punish, and dox Does for their roles as moderators of the critical subreddit, H3Snark.

[1] A subreddit is a smaller community within Reddit, created and moderated by other Reddit users. https://support.reddithelp.com/hc/en-us/articles/204533569-What-are-communities-or-subreddits.

TEI improperly seeks to use the Court's subpoena authority not for legitimate discovery, but to unmask and intimidate anonymous Does, whose only action was hosting lawful, critical discussions of H3 and its content. The Subpoenas broadly demand account information from Reddit and Discord despite clear facts that: (a) none of the Does uploaded, distributed, or provided copies of the allegedly infringed works; (b) the posts that TEI alleges constitute unlawful contributory copyright infringement, were created to centralize critical discussion and provided URLs to publicly-accessible Twitch and YouTube user channels, which Does understood would host only fair use commentary; and (c) no evidence exists of any coordination between the Does and Denims, or between the Does and any other Twitch or YouTube streamers. Additionally, Denims' allegedly infringing Twitch stream itself constituted fair use of an already very thin copyright registration.

This matter transcends copyright concerns. It directly implicates whether powerful entities can exploit judicial mechanisms to silence anonymous critics. At stake is the fundamental First Amendment right to anonymous speech on public matters—a right the Supreme Court has recognized as essential. Allowing TEI's Subpoenas would subject Does to significant harassment, reputational harm, and professional repercussions solely for engaging in lawful speech. More broadly, allowing the Subpoenas will send a chilling message to internet moderators and commenters: criticize wealthy and influential individuals, and risk being unmasked in federal court.

## STATEMENT OF ISSUES

1) What legal standard applies when a plaintiff seeks to unmask anonymous speakers engaged in First Amendment-protected criticism, under the guise of a contributory copyright infringement claim?
2) Has TEI established a cause of action against Does sufficient to warrant unmasking?
3) Even if TEI has established a cause of action against Does, do balancing factors, both public and private, weigh in favor of TEI's ability to unmask Does?

## STATEMENT OF FACTS

### A. TEI, Ethan Klein[2], Hasan Piker, and Denims: A Web of Reactionary Content

[2] Because Ethan and Hila share the same last name, this motion refers to them by their first names to avoid confusion; no disrespect is intended. *See Keen v. Bowley*, 2024 WL 3259040, at *7, n. 59 (C.D. Cal. July 1, 2024).

KRONENBERGER ROSENFELD

Ethan Klein ("Ethan") is an Israeli-American YouTuber and podcaster, best known as the host of the H3 Podcast and co-creator of the YouTube channel h3h3Productions, with his wife Hila Klein ("Hila"). (Vulic Decl. Ex. A ("Compl.") ¶¶12, 25.) Together, Ethan and Hila own Plaintiff TEI[3], a production company that broadcasts the H3 Podcast. (Compl. ¶¶12, 15.) Ethan is frequently in the public eye for his outspoken views, online controversies, and social media presence, maintaining over 5.7 million subscribers on his primary channel. (Doe Decl. ¶¶3, 5, 11, 14, 20, 97, 110, 159, 173, 174.)

Ethan formerly collaborated with Hasan Piker, another high-profile online content creator, as co-hosts on the "Leftovers" series on YouTube. (Compl. ¶24.) Ethan and Piker's partnership drew a large following due to their contrasting backgrounds and lively debates on internet issues, politics, and news. (Doe Decl. ¶7.) Their relationship soured over deepening political disagreements, especially regarding the Israeli-Palestinian conflict and the events following October 7, 2023. (Compl. ¶27.) After the podcast's end, their relationship declined as public criticism and social media jabs escalated into a highly public feud. (Doe Decl. ¶16.) They have exchanged critical videos, hosted a live debate in May 2025 that drew widespread attention, and discussed each other's platforms and communities, often highlighting and criticizing each other's political views on the Israeli-Palestinian conflict. (Doe Decl. ¶7.)

Twitch streamer Alexandra Marwa Saber ("Denims"), is an online content creator and streamer, known for Twitch live streams and commentary, focusing on reaction content and debates on internet culture and politics. (Doe Decl. ¶20[4].) Denims is one of many critics of Ethan, Hila, and H3, and often discusses H3, its views, and controversies on her live stream. (Doe Decl. ¶20.) Denims is an associate of Piker. (Doe Decl. ¶37.)

**B. The H3Snark Subreddit: A Safe and Anonymous Space for Criticism of H3**

Reddit is a website and message board home to thousands of communities, designed to bring users together in honest conversations, fostered by its users' abilities to speak anonymously. (Vulić Decl. Exs. 13, 14.) Reddit users communicate and engage through communities called "subreddits."

---

[3] Ethan, Hila, and TEI, and their podcast, may be collectively referred to herein as "H3."
[4] *See also* https://www.twitch.tv/denims/about.

KRONENBERGER ROSENFELD

(Vulić Decl. Ex. 15.) Moderators (mods) are unpaid volunteers who set community rules, norms, and expectations for subreddits, to ensure Reddit's Rules are enforced; mods also remove inappropriate content and facilitate discussions. (Doe Decl. ¶¶4, 15, 19, 123, 131, 170, 195, 213, 214, 215, 252, 273, 292; Vulić Decl. Exs. 14, 16, 17.)

A subreddit about H3 was created on April 30, 2023 for "fallen fans" of H3 to safely criticize H3, Ethan, and related topics ("H3Snark" or "Subreddit"). (Vulić Decl. Exs. 18, 19.) Fans of H3 were systematically banned from the official H3 subreddit of 580,000+ members when they made critical comments; Ethan and Hila are the head mods of this official H3 subreddit. (Doe Decl. ¶¶25, 29, 173, 211, 252.) Banned users thus used alternative spaces, like r/h3snark, to freely discuss and critique Ethan's increasingly controversial statements about politics, world events, or popular culture topics, and his feuds with other creators and former co-hosts. (*Id.* ¶¶8, 9, 10, 13, 114.) Thus, H3Snark emerged as a moderated subreddit with rules designed to foster a safe space for engaging in critical discussions related to H3 without censorship. (*Id.* ¶¶15, 195, 210, 211, 252, 291, 293.)

Does are or were moderators of H3Snark. (Doe Decl. *passim*.) Given the Subreddit's population of "fallen fans" of H3, its moderators found it essential to ensure an environment free from harassment. (*Id.* ¶¶19, 114, 170, 195, 291.) The mods created rules, set up systems and pages, programmed AutoMod code, and configured apps to assist moderation. (*Id.* ¶¶15, 123, 170, 200, 214, 215, 219, 271.) Rules on what could be discussed on H3Snark were firm and principled on civility. (*Id.* ¶¶15, 19, 170, 195, 196, 213, 292.) The mods aimed to foster a friendly and positive community where people did not harass others based on personal traits. (*Id.* ¶¶15, 170, 195, 213, 221, 270, 291, 292.) Instead, discussions centered on actions or statements made on the H3 Podcast, including concerns about Ethan's use of offensive language, including racial slurs, sexism, racism, and homophobia. (*Id.* ¶¶170, 221, 270.) The mods' efforts were guided by a sincere commitment to maintaining constructive dialogue, and they received positive feedback from many community members who appreciated the respectful environment. (*Id.* ¶¶170, 213, 222.)

Does also took copyright infringement seriously, consistently taking steps to comply with copyright and fair use laws. (*Id.* ¶¶62, 131, 217, 219, 254.) Mods actively removed infringing content, regularly updated their policies, reached out to Reddit admins for guidance, and even

KRONENBERGER ROSENFELD

consulted a lawyer to ensure that content shared on the Subreddit remained copyright compliant. (*Id.* ¶¶15, 62, 117, 213, 214, 217, 218, 219.) After October 2024, the Subreddit banned references and links to alternative viewing websites. (*Id.* ¶¶61, 117, 118, 119, 214; Vulić Decl. Ex. 19.) Further, mods created an automated copyright disclaimer, which automatically attached to every single post on the Subreddit ("AutoMod Disclaimer"). (Doe Decl. ¶¶32, 50, 133, 200, 219.)

While mods can set community guidelines, they are not responsible for content posted by Subreddit users. (Doe Decl. ¶15.) Despite this, Ethan has for some time accused the Subreddit and its mods of defaming him, harassing him, engaging in hate crimes against him, and later—after the Subreddit was inactive—sending both Child Protective Services and human skulls to his house. (Doe Decl. ¶¶154, 171, 180, 231, 232, 233, 234; Vulić Decl. Ex. 38.)

To be clear, **Does are not responsible in any way for the atrocious behavior described above, or any instance of harassing or defaming Ethan or H3.** (Doe Decl. *passim*.) Yet, Ethan and H3 have repeatedly attributed such atrocious conduct to Does, and have repeatedly made threats toward and against Does *on the H3 Podcast*. (Doe Decl. *passim*; Vulić Decl. Exs. 21, 22, 24, 41.)

Despite Ethan's claims against Does being false, inaccurate, and/or entirely unsubstantiated, Ethan's attacks on Does are integral to the H3 Podcast, and prime the H3 audience to believe that any and all actions Ethan takes against the Does are justified. (Doe Decl. ¶¶190, 231.) Ethan explicitly uses his podcast to incite his fans against the mods of H3Snark. (Doe Decl. ¶¶172, 231.) Indeed, H3 fans and supporters themselves, incited and emboldened by Ethan, have launched multiple threats against the H3Snark mods. (Doe Decl. ¶¶151, 179, 231, 245.)

In addition to actual threats and incitement, H3 has repeatedly threatened to sue Does. In 2023, these threats escalated, including warnings that Ethan would involve the FBI and pursue legal action for defamation and hate speech. (Doe Decl. ¶¶172, 223; Vulić Decl. Ex. 40.) But Ethan has not brought such lawsuits, because: 1) Does are immune from liability for the actions of the Subreddit users under 47 U.S.C. §230 (Doe Decl. ¶15, 69; Vulić Decl. Ex. 38), and 2) Does' speech is highly protected First Amendment speech, and any legal action against the H3Snark mods under traditional tort theories is subject to strict scrutiny and free speech protections, such as California's anti-SLAPP statute, CCP §425.16. Ethan has also threatened to uncover the H3Snark mods'

identities using digital forensics investigators. (Doe Decl. ¶¶70.1, 223, 258.)

Ethan's intentions are clear. He has repeatedly expressed his eagerness to expose Does to their friends, family, workplaces, and schools. (Doe Decl. ¶¶65, 66, 73.1, 197.5, 224, 261, 277; Vulić Decl. Exs. 21.) He even admitted on his podcast to creating his own subreddits to harass Does and the Subreddit. (Doe Decl. ¶¶198, 224, 279.) Reddit itself has found H3-controlled subreddits guilty of harassment on its platform. (Doe Decl. ¶196; Vulić Decl. Ex. 25.)

**C. Ethan lays a trap: *Nuke* and *Countdown***

**1. TEI promotes *Nuke* heavily as a controversial piece, and registers copyrights.**

Ethan and Hila, through TEI, created the motion picture *Content Nuke: Hasan Piker* ("*Nuke*"), ostensibly to combat a tsunami of hateful rhetoric regarding the Israeli-Palestinian conflict and the Gaza War, and Piker's role in the surrounding discussion. (Compl. ¶37.) *Nuke* was written, shot, and edited from December 2024 through January 2025. (Compl. ¶38.) TEI submitted a copyright registration application with the United States Copyright Office (the "USCO") for *Nuke* on January 27, 2025 (four days before *Nuke* was publicly released). (Compl. ¶38.) According to TEI, *Nuke* is a "tragi-comic documentary critiquing Hasan and Twitch," comprised of "original footage, highly edited montages, parodic skits and archival matters." (Compl. ¶40.) *Nuke* is largely compromised of informational elements—*i.e.*, facts, history. (Compl. Exs. D, E.) *Nuke*'s copyright registration excludes the "preexisting footage, preexisting photograph(s), and preexisting music" the film uses from other publications, and those elements are present in a staggering amount. (Vulić Decl. Exs. 5-6; Compl. Exs. D, E; Doe Decl. ¶¶136-144.) Indeed, of the 1 hour, 42 minutes, and 5 second-running time of *Nuke*, approximately 5 minutes, 58.5 seconds contains *only* original or new TEI content (accounting for ~5.58% of the total video), and about 1 minute, 1.5 seconds of *Nuke* consists of *only* new TEI content (~1% of the video). (Doe Decl. ¶¶136-143.)

Before its release, Ethan built up public interest in *Nuke* by discussing it on the H3 Podcast. (Compl. ¶43.) With the public interest in *Nuke* came an equal interest in being able to comment on or criticize it through safe channels. (Doe Decl. ¶¶17, 227, 228.) TEI-controlled spaces, such as the H3 Podcast official YouTube channel's live chat and comments section, as well as the H3 official subreddit, had grown increasingly hostile toward criticism. (*Id*. *passim*.)

KRONENBERGER ROSENFELD

On January 31, 2025, H3 hosted its regularly scheduled podcast, but the theme was purportedly to promote the release of *Nuke* ("*Countdown*"). (Compl. ¶41 & Compl. Ex. F.)[5] That same day, H3 published *Nuke* on its YouTube channel, which was publicly viewable. Following publication of *Nuke*, Ethan himself publicly broadcast *Nuke* in full on a continuous 24/7 loop on Twitch starting from March 5 to April 4, 2025. (Vulić Decl. ¶47 & Ex. 47.)

**2. Denims live-reacts; Does facilitate safe criticism and foster conversation.**

In advance of *Nuke*'s release, several streamers, including Denims, publicly stated that they planned to live-react to the film, *i.e.*, provide reactions and commentary while viewing *Nuke*. (Doe Decl. ¶¶23, 124.) The Subreddit received sharp increases in user submissions about anticipated reactions to *Nuke*, with community members expressing hesitation to watch it directly from H3/TEI (out of fear of retaliation) and a desire to collectively react through alternate streams that aligned with the Subreddit's atmosphere. (*Id*. ¶¶122, 124.) To manage this activity surge, and to consolidate discourse about *Nuke* and reactions to it in a safe space without retaliation, Does created "Megathreads" (standard, organized posts that aggregate discussions about specific events)[6], which had links to creators' public homepages (not to specific videos) who had *already announced their intent to react*. (*Id*. ¶¶34, 38, 40, 122, 124, 126-130, 228, 229.) The Megathreads were created for users to engage with the content indirectly while controlling traffic and maintaining community guidelines—in other words, discussion threads.

The First Megathread (Compl. Ex. G), posted Jan. 30, states Does' intentions of providing a space to discuss *Nuke* (titled "MEGATHREAD | Content Nuke - Where to Watch & Discussion"), to "react/comment/update" on the thread, while instructing users to abide by the Subreddit's rules, including those on copyright and fair use. (Doe Decl. ¶¶122, 131.) It included links to the channels of creators who had indicated that they planned to stream their reactions or post reaction videos in the coming days, including a link to Denims' Twitch channel. (*Id.*)

---

[5] Only *after* TEI discovered that Denims (and others) in fact did what Ethan prodded them to do—watch *Nuke* and react to it—did TEI register *Countdown* with the USCO. (Compl. ¶42.) TEI has never, before this year, registered copyrights in its broadcast or any other work before. (Vulić Decl ¶7, Ex. 7.)

[6] References to numbered Megathreads in this Motion correspond to numbered "Inducement Posts" in the Complaint; Does note that the Third Megathread was posted before the Second Megathread.

KRONENBERGER ROSENFELD

KRONENBERGER ROSENFELD

The Second Megathread (Compl. Ex. H), posted on January 31, three minutes after *Nuke* was released, offered "Places to watch *reactions* to this video" [emphasis added], and included links to live-reacting streamers as well as *H3's own live broadcast* of *Nuke*. (Doe Decl. ¶38.) The Third Megathread (Compl. Ex. I), posted on January 31, 2025, three minutes after *Countdown* began, hyperlinked to Denims' Twitch channel and included a pinned mod comment providing links to the other streamers who would be reacting. (Doe Decl. ¶33.)

The First Megathread was posted *before* release of *Countdown* and *Nuke*; the Third was posted before *Nuke*. (Doe Decl. ¶¶34, 121.) The Megathreads only link directly to official Twitch and YouTube user landing pages. (Compl. Exs. G-I.) The links contain **no unauthorized** mirrors, VODs (video on demand), or download links. (*Id.*) The sole purpose of these Megathread posts was to facilitate lawful, real-time commentary and critique; and each contained the AutoMod copyright disclaimer. (*Id.*; Doe Decl. ¶133; Vulić Decl. Ex. 45.)

Does themselves did not watch any of the streamers live-reacting, including Denims. (Doe Decl. ¶¶43, 108, 135, 169, 201, 227, 255, 276, 294.)

**D. The instant lawsuit and Subpoenas**

On June 19, 2025, TEI filed three lawsuits: 1) the Action, 2) a lawsuit against Morgan Kamal Majed (Frogan) and Does in the C.D. Cal., Case No. 2:25-cv-05565, and 3) a lawsuit against Kacey Caviness (Kaceytron) and Does in the W.D. Mo., Case No. 4:25-cv-00459-LMC. Frogan and Kaceytron are also streamers who live-reacted to *Nuke*. (Vulić Decl. Exs. 3-4.)

**1. Complaint Allegations, Procedural Background, and Subpoenas**

TEI alleges that Denims directly infringed on TEI's copyrights in *Nuke* and *Countdown*, by her reactions to both during her 10-hour stream on January 31, 2025[7]. (Compl. ¶¶2, 75-81, Compl. Exs. J-K[8].) TEI further alleges that Does committed contributory infringement by posting links to Denims' Twitch channel. (Compl. ¶¶3, 43-45, 75-81, Compl. Exs. G-I.)

[7] Denims answered the Complaint on August 14, 2025. (Vulić Decl. Ex. 12.) Among other defenses, Denims asserted that her use of the works was fair, that TEI had granted express or implied licenses, that TEI filed the Complaint with unclean hands, that TEI suffered no injury or damages, that the Complaint is barred by TEI's own inequitable conduct, and lack of notice. *Id.*

[8] Specific timestamps in the Complaint to Denims' stream do not appear to match the timestamps in the relevant Exhibits, J-K.

Before a Rule 26(f) conference, TEI and Denims agreed to allow TEI to take expedited discovery and serve the Subpoenas on Reddit and Discord. (Vulić Decl. Ex. 8.) The Central District of California judge granted their stipulation on July 31, 2025, signing the proposed order filed therewith without any modifications. (*Id.* Ex. 9.) On August 4, 2025, TEI issued the Subpoenas to Reddit and Discord. (*Id.* Exs. 10-11.) The Subpoenas broadly ask for identifying information for Does, and for all moderators of the Subreddit from Jan.1-Feb. 28, 2025.[9] (*Id.* ¶9, Exs. 10-11.)

**2. The Falsity of TEI's Allegations Against Does**

TEI alleges three categories of conduct related to the H3Snark Subreddit: 1) "rampant" infringement, including posting of links to H3 content on YewTube (Compl. ¶¶29-33), 2) "fraudulent" DMCA counternotifications (Compl. ¶35), 3) the Megathreads (Compl. ¶44). Of these categories, only the Megathread allegations directly relate to the alleged inducement. TEI's allegations against Does are: 1) facially incorrect, 2) based on conclusory allegations and assumptions, or 3) not observations about Does at all.

First, the Complaint ignores the text and context of the Megathreads. The actual text of the Megathreads shows their purpose of providing a safe environment to discuss and criticize H3—*i.e.*, they were discussion threads. (Doe Decl. ¶¶6, 32, 33, 34, 44, 45, 122, 123, 125, 126, 227, 228, 229; Compl. Exs. G-I.) The links within the Megathreads were to each streamer's general channel, not to any specific content alleged to be infringing at the time of posting. *Id.* The Megathreads were posted in the Subreddit amidst ongoing debates, criticisms, and discussions of Ethan, Piker, and the political landscape in which those occurred. *Id.*

Second, the Complaint's allegations about Does' "knowledge" of alleged infringement are false, conclusory, and/or would require Does to be precognitive. The First Megathread was made before *Countdown* and *Nuke*, *i.e.*, before Denims reacted to them; the Third was posted before Denims reacted to *Nuke*. (Doe Decl. ¶¶33, 122; Compl. Exs. G, I.) No Doe watched Denims' stream. (Doe Decl. ¶¶43, 108, 135, 169, 201, 227, 255, 276, 294.) No Doe coordinated with Denims in any manner regarding Denims' streaming of *Nuke*. (Doe Decl. ¶¶21, 128, 169.) **TEI never notified Does**

[9] Facially, the Subpoenas ask for information that could be construed as violating the Stored Communications Act, 18 U.S.C. §2701, *et seq.* ("SCA"), and for non-mod information. TEI has agreed to limit the Subpoenas' requests so that the SCA is not implicated. (Vulić Decl. ¶9.)

KRONENBERGER ROSENFELD

**that it believed Denims' stream was infringing/not fair use, until it filed the Action.** (Doe Decl. ¶¶31, 41; Compl. *passim*.)

Contrary to TEI's allegations: Does did not delete the Megathreads to "conceal" infringement; these posts are still available online. (Vulić Decl. ¶45.) The Complaint and exhibits also fail to acknowledge that the Second Megathread included a link to H3's actual live broadcast of *Nuke*. (Doe Decl. ¶¶38-40; Compl. Ex. H.) The Megathreads were not posted amidst "rampant copyright infringement" on H3Snark; Does discouraged copyright infringement, including through Subreddit Rules and AutoMod Copyright Disclaimer, which the Complaint's Exhibits crop out. (Doe Decl. ¶¶50, 134, 217, 218, 219.) References to YewTube links are irrelevant to the alleged inducement; Does later banned use of alt-viewing sites for unrelated reasons; and use of YewTube has not been found to infringe copyrights. (Doe Decl. ¶¶61, 112, 113, 114, 115, 133; Vulić Decl. Ex. 46.) Does had nothing to do with fraudulent DMCA counternotifications, which have no relation to the Megathreads; and mods do not receive DMCA takedowns. (Compl. ¶35; Doe Decl. ¶¶54, 116, 118.)

**3. The Complaint and Ethan's own words show bad faith and pretext.**

The Complaint includes numerous references to non-IP-related conduct, which TEI associates with Does, without substantiation. (Compl. ¶¶ 28, 35(d), 35(e)(ii), 35(e)(iii).) Does have nothing to do with this alleged activity. (Doe Decl. *passim*.) Because this conduct is irrelevant to TEI's infringement claims, its inclusion in the Complaint suggests an alternative motive for bringing the Action.

Ethan's conduct also reveals the Action's pretextual nature. On the day TEI filed, Ethan admitted that the release of *Nuke* was a deliberate "trap" intended to lure streamers into reacting to his work, stating: "the trap was set and it worked even better than I imagined." (approx. 3:51–4:24); "The Snark subreddit has been a frequent and persistent infringer… that's how I knew when this video came out the Snarkers were going to encourage, promote and push streamers…" (5:17–5:26). (Vulić Decl. Ex. 20; *see also* Doe Decl. ¶63.2.) Ethan has repeatedly stated his intent to pursue legal action to discover Does' identities, but for reasons other than alleged copyright infringement. (Doe Decl. ¶¶72.1, 72.2, 94.2, 171, 186, 223; Vulić Decl. Ex. 21.)

Notably, TEI takes *no* issue with another streamer, "xQc," who, like Denims, reacted to

KRONENBERGER ROSENFELD

*Nuke*. *Unlike* Denims, xQc: 1) boasted 1.2 million Twitch followers (compared to Denims' 120,000 as of the date of this filing), 2) peaked at 94,000 live viewers (compared to Denims' 45,800), 3) reacted to *Nuke* for 48 minutes, 30 seconds (compared to Denims' over two hours of reaction time). (Doe Decl. ¶27.) The difference? xQc's reaction was *supportive* of Ethan. *See id*. The takeaway: Ethan does not find "group streaming sessions" infringing, unless they are critical of him.

Ethan is also known for legally targeting those who disagree with him. For example, H3/TEI was involved in an IP lawsuit with TrillerTV (*Triller Fight Club II LLC v. TEI*, 2:21-cv-03942-JAK-KS, C.D. Cal.); Ethan thereafter allegedly defamed Triller's principal, Ryan Kavanaugh, accusing him of fraud. (Doe Decl. ¶¶84, 85.) This led to a years-long lawsuit, in which Ethan filed and lost an anti-SLAPP motion, which was affirmed on appeal, *Kavanaugh v. Klein*, 2025 WL 999183 (Cal. Ct. App. Apr. 3, 2025), *reh'g denied* (Apr. 23, 2025), *review denied* (July 9, 2025). (Doe Decl. ¶¶84, 84.1, 84.2, 84.3, 85, 85.1; Vulić Decl. Ex. 34.)

Ethan has admitted that the mere existence of "snark" communities in general, are what "led to" the creators being sued in these three lawsuits. (Doe Decl. ¶¶63.2, 197.6.)

**4. Does face real harm and retaliation if unmasked; discourse will be silenced.**

If Does are unmasked, they will face nearly certain risks of retaliation, harassment, and doxing, as shown by H3's track record. Ethan has a long history of trying to "unmask" those who criticize him anonymously, even dedicating an episode of the H3 Podcast titled "Unmasking the Harassment Against Us" where he reviewed dozens of anonymous threads and imagined false conspiracies in which moderation teams all conspired together. (Doe Decl. ¶¶172, 197.3, 281.) Ethan has personally made the following threats against Does:

- *"Listen, guys, at this point you [r/h3snark mods] are totally fucked. … There's a subpoena that's going to come. You can't erase your data.* ***We're going to get your IP address and find your information."*** (Doe Decl. ¶70.1; Vulić Decl. Ex. 21.)
- "*If there's any justice in the world* ***[the h3snark mods] will lose everything that they care about and I will be the one who makes them lose those things… through legal means. Through any legal means."*** (Doe Decl. ¶¶73.1, 197.1; Vulić Decl. Ex. 21.)
- *"**I will spend and go to any limit to legally and within the scope of the law is allowed, to annihilate you, for any cost,** because you people are evil, you people are disgusting fucking human beings."* (Doe Decl. ¶¶71.1, 188; Vulić Decl. Ex. 21.)
- *"There is no limit that I will do, legally, **to destroy their lives proudly and happily.** I will do it and I will stand proud on their fucking proverbial grave - in terms of their career."* (Doe Decl. ¶74.1; Vulić Decl. Ex. 21.)

KRONENBERGER ROSENFELD

Ethan has made clear that his motive is not to seek redress for alleged infringement, but to punish and expose Does because he believes they are responsible for harassment against him; they are not, and TEI's lawsuit is a pretext.

In addition to Ethan's own threats against Does, and his incitement of others' threats against Does, Ethan has previously incited others to react against other people he has disputes with. (Doe Decl. *passim*; Vulić Decl. Ex. 26, 34.) As a result of Ethan's direct and indirect threats against Does, past instances of actual retaliation instigated by Ethan against H3 critics, and Ethan's history of personally harassing or instigating harassment against those he disagrees with, Does have legitimate fears of being unmasked. (Doe Decl. *passim*.) Specifically, Does fear potentially being attacked, or worse, killed, over moderating a subreddit. These worries extend to all family and friends connected to Does. Does fear their professional lives being ruined, potential sexual violence, extortion, fans showing up to their home, and endless years of harassment due to Ethan's prolific lies surrounding them. The target he has painted on the moderators would make it unsafe to live openly in any capacity. (*Id.*) Some of Does also have heightened risk of retaliatory harm due to their religious identities. If their real names are revealed, these Does—and their families—face a real risk of being doxed, stalked, or harassed, as has happened to others in similar situations. In this climate, unmasking Does would expose them to significant and unjustified danger.

Further, unmasking Does poses a significant risk of chilling lawful speech on matters of public concern, such as discussion and criticism of polarizing public figures, like Ethan and Piker, and debate about current and historical political events, such as those discussed in *Nuke*.

In contrast, TEI cannot show damage from Does' conduct. Indeed, streamer reactions to *Nuke* helped to boost viewership, which Ethan admits. (Doe Decl. ¶¶30, 51; Vulić Decl. Ex. 28.) Ethan in fact invited the harm he complains of, by encouraging others to watch and react to *Nuke*. (Doe Decl. ¶17.1; Vulić Decl. Ex. 26.)

As such, while TEI has not and cannot state a claim for contributory infringement, even if this Court finds it has, private and public factors require the Court quashing the Subpoenas.

## ARGUMENT

### I. Legal Standard

### A. Quashing a Subpoena Generally

Generally, parties may obtain discovery regarding any nonprivileged matter that is relevant to a claim or defense and proportional to the needs of the case. Fed. R. Civ. P. 26(b)(1). But where discovery encroaches on protected First Amendment speech, a party must show that discovery sought is highly relevant to claims or defenses—a more demanding standard of relevance than the Federal Rules. *See Perry v. Schwarzenegger*, 591 F.3d 1126, 1141 (9th Cir. 2009). Where a party seeks to unmask an anonymous speaker, they must meet a heightened standard. *See, e.g., In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d 868, 876 (N.D. Cal. 2022). Further, a court may quash a subpoena if it requires disclosure of privileged or other protected matter, such as First Amendment or otherwise protected speech, or "subjects a person to undue burden." Fed. R. Civ. P. 45(d)(3)(A)(iii), (iv).

Does have standing to move to quash because they have personal rights and privileges with respect to the documents requested in the subpoena, i.e., their identities. *See Glass Egg Digital Media v. Gameloft, Inc.*, No. 17CV04165MMCRMI, 2019 WL 2499710, at *5 (N.D. Cal. June 17, 2019) (collecting cases). This Motion is properly brought in this District because Reddit and Discord reside here, and it is the District in which compliance is required. Fed. R. Civ. P. 45(c)(2)(A), (d)(3).

### B. Standard for Unmasking Anonymous Speaker

The First Amendment protects a person's right to speak anonymously on the Internet, promoting the robust exchange of ideas and allowing individuals to express themselves freely without fear of economic or official retaliation or concern about social ostracism. *In re Gliner*, 133 F.4th 927, 933 (9th Cir. 2025). Thus, when a party seeks discovery to unmask an anonymous speaker, the test the court uses depends on the nature of the conduct alleged, viewed in *context* of the speech, the only relevant way to view communications. *See Highfields* at 975.

The degree of scrutiny required varies depending on the circumstances and the type of speech at issue. *See In re Anonymous Online Speakers*, 661 F.3d 1168, 1173, 1177 (9th Cir. 2011). Political speech is afforded the highest level of protection. *See id.* at 1173. The balancing of a plaintiff's right to seek redress for alleged harms against the right to speak anonymously is the touchstone. People who have committed no wrong should be able to participate online without fear that someone who

KRONENBERGER ROSENFELD

wishes to harass or embarrass them can file a frivolous lawsuit and thereby gain the power of the court's order to discover their identity. *Columbia Ins. Co. v. seescandy.com*, 185 F.R.D. 573, 578 (N.D. Cal. 1999) ("*Seescandy*").

**1. Motion to Dismiss Analysis (*Seescandy*)**

The lowest bar is the motion to dismiss or good faith standard. *See In re Anonymous Online Speakers*, 661 F.3d at 1175. The plaintiff must: 1) identify the missing party with specificity to show the defendant is a real person who could be sued in federal court; 2) identify all previous steps taken to locate the defendant; 3) establish to the Court's satisfaction that the lawsuit could withstand a motion to dismiss; and 4) file a request for discovery with the Court, with reasons justifying the specific discovery requested, identifying a limited number of persons on whom discovery would be served and for which there is a reasonable likelihood that discovery will lead to identifying information making service of process possible.[10] *See Seescandy* at 578-80.

**2. Real Evidentiary Basis (*Highfields*)**

*Highfields Cap. Mgmt., L.P. v. Doe*, 385 F. Supp. 2d 969 (N.D. Cal. 2005) ("*Highfields*"), established the "real evidentiary basis" standard, a two-part test for unmasking anonymous speakers. Because an unmasking subpoena will always invade at least in some measure important rights that are fundamental and fragile, Courts have a special duty to protect against unjustified invasion. *See id.* at 975. First, the plaintiff must persuade the court there is a real evidentiary basis the defendant engaged in wrongful conduct causing real harm to plaintiff's interests that the *laws plaintiff invoked* were intended to protect. *Id.* at 975. (emphasis added.) Plaintiff may not simply plead and pray; allegation and speculation are insufficient. *Id.* This high evidentiary bar is necessary because Rule 8 and 12(b)(6) standards offer too little protection to a defendant's competing interests. *See id.* Thus, the plaintiff must adduce *competent evidence*, addressing *all* of the inferences of fact plaintiff must prove to prevail on at least one cause of actions plaintiff asserts. *Id.* (emphasis in original). A subpoena may not be enforced if any *essential* fact or finding lacks requisite evidentiary support. *Id.*

[10] Since TEI failed to file a motion seeking permission for early discovery, instead stipulating for this relief with Denims, TEI has not yet raised the standard for seeking early discovery which the court must consider, and accordingly, the Central District judge did not make the findings required to unmask an anonymous speaker.

at 976.

Second, *only* if the plaintiff makes a sufficient evidentiary showing, the court assesses and compares the magnitude of the harms that would be caused to plaintiff's and defendant's competing interests by a ruling in favor of either side. *See id.* If enforcing the subpoena would cause *relatively little harm* to a defendant's First Amendment and privacy rights, and issuance is necessary to enable plaintiff to protect against or remedy *serious wrongs*, the court would deny the motion to quash. *Id.* (emphasis added).

This Court has found the *Highfields* test necessary in copyright infringement cases where the defendant's speech is political, religious, or literary, or the claims are based on critical, anonymous commentary. *See Art of Living Found. v. Does 1-10*, 2011 WL 5444622, at **5-6 (N.D. Cal. Nov. 9, 2011) ("*AoL*"); *see also Baugher v. GoDaddy.com LLC*, 2021 WL 4942658, at *3 (D. Ariz. Oct. 22, 2021). The focus is the "nature" of defendant's speech, *not* the cause of action alleged by the plaintiff. *See AoL* at *5 (emphasis added). Where online speech raises at least some constitutional protections, the *Highfields* test is used. *See Baugher*, 2021 WL 4942658, at *3 (where the nature of the speech is public criticism, even if not explicitly political or religious, and disclosure of an anonymous speaker's identity could have a chilling effect on such public criticism, then at least some First Amendment concerns are at stake).[11]

**3. The *Highfields* test applies here.**

Here, Does acted in furtherance of their First Amendment right to speak anonymously on the Internet. *Nuke* and *Countdown* are controversial, politically charged pieces, sparking commentary, and criticism; indeed, the purpose of H3Snark and the Megathreads was to provide a *safe* space for commentary about H3. (Doe Decl. *passim*.) In posting the Megathreads, Does centralized and fostered discussions about and criticisms of the works. Unmasking Does for facilitating these conversations would have a chilling effect on public criticisms of the works and H3 generally. *See*

---

[11] Another test, borrowing from both *Seescandy* and other authority, and applied sometimes in anonymous copyright infringement cases, requires a concrete showing of a prima facie claim, specificity of the discovery request, absence of alternative means to obtain the requested information, a central need for the subpoenaed information to advance the claim, considered against the party's expectation of privacy. *See Sony Music Ent. Inc. v. Does 1-40*, 326 F. Supp. 2d 556, 565 (S.D.N.Y. 2004). This is a somewhat lower bar than *Highfields*, but incorporates a balancing of the interests.

*Baugher*, 2021 WL 4942658, at *3. Thus, the court must go beyond the pleadings to find whether an evidentiary basis exists for the requested discovery; TEI cannot rely solely on the complaint's allegations. *See In re PGS Home Co. Ltd.*, 2019 WL 6311407, at *5 (N.D. Cal. Nov. 25, 2019); *Kechara House Buddhist Ass'n Malaysia v. Does*, 2015 WL 5538999, at *4 (N.D. Cal. Sept. 18, 2015).

**II.      TEI cannot meet is initial burden.**

      **A.      TEI has not stated—and cannot substantiate—a claim for contributory infringement.**

Contributory copyright infringement is a form of secondary liability with roots in the tort-law concepts of enterprise liability and imputed intent. *Perfect 10, Inc. v. Visa Int'l Serv. Ass'n*, 494 F.3d 788, 795 (9th Cir. 2007) ("*Visa*"). In the Ninth Circuit, a defendant contributorily infringes if it (1) has knowledge of a third party's infringing activity, and (2) "induces, causes, or materially contributes to the infringing conduct." *Visa* at 795. In addition to establish contributory liability, a plaintiff must first establish direct infringement by third parties; secondary liability cannot exist in the absence of direct infringement by another. *See Perfect 10, Inc. v. Amazon.com, Inc.*, 508 F.3d 1146, 1169 (9th Cir. 2007); *Tarantino v. Gawker Media, LLC*, 2014 WL 2434647, at *3 (C.D. Cal. Apr. 22, 2014). An allegation that defendant merely provided the means to accomplish an infringing activity is insufficient. *See Tarantino* at *3.

      **1.      TEI cannot show requisite knowledge for contributory infringement.**

For contributory infringement liability to attach, a defendant must possess more than a generalized knowledge of the possibility of infringement. *See Luvdarts, LLC v. AT & T Mobility, LLC*, 710 F.3d 1068, 1072 (9th Cir. 2013); *Robinson v. Binello*, 771 F. Supp. 3d 1114, 1125 (N.D. Cal. 2025) (to be generally aware of copyright-related risks is not enough); *BMG Rts. Mgmt. (US) LLC v. Joyy Inc.*, 644 F. Supp. 3d 602, 609 (C.D. Cal. 2022). Rather, the plaintiff must put forth evidence that the defendant had *specific* knowledge of *specific* infringing content, and then failed to take simple measures to prevent further damage. *See Atari Interactive, Inc. v. Redbubble, Inc.*, 515 F. Supp. 3d 1089, 1115 (N.D. Cal. 2021), *aff'd in part, appeal dismissed in part*, 2023 WL 4704891 (9th Cir. July 24, 2023); *Perfect 10, Inc. v. Giganews, Inc.*, 2015 WL 1746406, at **4-5 (C.D. Cal.

KRONENBERGER ROSENFELD

Mar. 6, 2015).

Simply facilitating infringement, without knowledge of direct infringement by third parties, will not result in secondary liability. *See Columbia Pictures v. Bunnell*, 2006 WL 5383789, at *4 (C.D. Cal. May 10, 2006). Moreover, mere conclusory allegations that a defendant had the required knowledge of infringement are plainly insufficient. *See YZ Prods., Inc. v. Redbubble, Inc.*, 545 F. Supp. 3d 756, 763 (N.D. Cal. 2021), citing *Luvdarts, LLC v. AT & T Mobility, LLC*, 710 F.3d 1068, 1072 (9th Cir. 2013). In determining whether a plaintiff has set forth a "real evidentiary basis" for knowledge, "entirely speculative" evidence does not satisfy the test. *See Awtry v. Glassdoor, Inc.*, 2016 WL 1275566, at *14 (N.D. Cal. Apr. 1, 2016).

The pertinent question here is whether Does had knowledge that Denims' use was infringing, as opposed to fair. TEI's allegations of knowledge fall far short. The Megathreads clearly state that Does understood that Denims would be *reacting to Nuke* and *Countdown*, *i.e.*, engaging in commentary and criticism. TEI alleges, based on nothing more than speculation, that Does were "well aware of Denims' reputation for copyright infringement and lazy reaction videos." (Compl. ¶45.) Even taking TEI at its word, which the Court cannot do, knowledge of a "reputation" for lazy reaction videos is simply not specific knowledge that Denims actually infringed *Nuke* and *Countdown* on her Jan. 31 stream—and, Does knew nothing of the sort. (Doe Decl. ¶20.)

TEI has not alleged, and cannot show, that Does watched Denims' stream such that they could know whether it was infringing, and not fair use; indeed, Does did not watch Denims' stream. (*Id.* ¶¶43, 108, 135, 169, 201, 227, 255, 276, 294.) All TEI alleges is that Does "knew it was ***highly likely***" Denims' reaction "***would be***" an infringing "group viewing session" and not a fair use, *i.e.*, generalized knowledge of *potential* that Denims' stream *might* infringe. Indeed, every single allegation about Does' knowledge *assumes* Does will *guess* Denims' future acts. This is not enough.

Does' evidence, compared to TEI's unsubstantiated allegations, shows the opposite of knowledge. Does did not view Denims' stream while it was live. (*Id.* ¶¶43, 108, 135, 169, 201, 227, 255, 276, 294.) Even if Does had watched Denims' stream, TEI has not shown that Does recognized Denims' use as infringing, and not fair use. Indeed, TEI ***did not notify Does*** that it considered Denims' use to be infringing. (Doe Decl. ¶31.) TEI did not send Does a demand to remove the links.

KRONENBERGER ROSENFELD

TEI did not notify Does indirectly, through a DMCA takedown notice. Because Does had no way of knowing, and did not in fact know, of specific infringement, the knowledge requirement is not satisfied. The analysis should stop here. *See YZ Prods.* at 763; *Luvdarts*, 710 F.3d at 1073 n. 2.

**2. TEI cannot show that Does induced, caused, or materially contributed to any direct infringement.**

The next question is whether creating a discussion thread, which includes a link to a streamer's channel, where the streamer reacts to a live broadcast while providing her own commentary and criticism, and users visiting the thread engage in their own debate about the live broadcast and reactions thereto, constitutes contributory infringement. It does not.

Liability for contributory copyright infringement requires proof that a defendant induces, causes, or materially contributes to the infringing conduct. *Visa* at 795. A defendant may infringe contributorily by intentionally inducing or encouraging direct infringement through specific acts or through use of a product or device. *Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913, 930 (2005) ("*Grokster*"). Inducement liability requires evidence of active steps taken to encourage direct infringement, such as advertising an infringing use or instructing how to engage in an infringing use. *See Schneider v. YouTube, LLC*, 649 F. Supp. 3d 872, 878 (N.D. Cal. 2023). Material contribution to infringement requires substantial assistance to the *infringing activity*. *See Louis Vuitton Malletier, S.A. v. Akanoc Sols., Inc.*, 658 F.3d 936, 943 (9th Cir. 2011). (emphasis added).

If a plaintiff alleges a defendant induced by provision of a service,[12] the defendant must have promoted the service's use with the *object* of infringing copyright." *Visa* at 801, citing *Grokster* at 937. Mere knowledge of infringing potential or actual infringing use is not enough to subject a defendant to liability. *See id.* Moreover, it is crucial for a plaintiff to establish that defendants communicated an inducing message to their users. *See id.* The "improper object" of infringement "must be plain and must be affirmatively communicated through words or actions." *VHT, Inc. v. Zillow Grp., Inc.*, 918 F.3d 723, 745 (9th Cir. 2019), citing *Fung*, 710 F.3d at 1034. Only where a

---

[12] The inducement copyright doctrine applies to services available on the Internet as well as to devices or products. *Columbia Pictures Indus., Inc. v. Fung*, 710 F.3d 1020, 1033 (9th Cir. 2013).

service is "good for nothing else" but infringement, there is no legitimate public interest in its unlicensed availability, and there is no injustice in presuming or imputing an intent to infringe, will an activity give rise to inducement liability. *See Grokster* at 932-33.

TEI alleges that Does promoted Denims as a substitute to watching *Nuke*, and created and pinned the Megathreads, in coordination with Denims, to direct users to Denims' "group viewing session." (Compl. ¶¶43-45.) These allegations are conclusory, unsubstantiated, and contradicted by the Complaint Exhibits and evidence.

Here, Does created the Megathreads to centralize and facilitate discussion about the works and reactions thereto. (Doe Decl. ¶¶6, 122-124.) The links in the Megathreads directed users to creators' homepages, not to any specific video or stream. (*Id.* ¶¶34, 35, 40, 130.) The Megathreads were "pinned" in a routine moderation practice to make topic-specific threads accessible and visible for the users of the Subreddit. (*Id.* ¶123.) The text of the Megathreads made clear that their purpose was for discussion about streamers' reaction and commentary, which is what happened. (Compl. Exs. G-I.) Indeed, Does' expectation was that Denims would create a fair use of the works. (Doe Decl. ¶¶20, 34, 42, 254.) One of the Megathreads linked directly to *H3's own broadcast* of *Nuke*, debunking TEI's theory that the purpose was to divert traffic *away* from it. (Doe Decl. ¶¶38.) Does did not provide the server space, *i.e.*, site and facilities, for Denims' alleged infringement, *see Fonovisa, Inc. v. Cherry Auction, Inc.*, 76 F.3d 259, 264 (9th Cir. 1996); Does' Megathreads were not an "essential step" in the infringement process. The Megathreads were not "good for nothing else but" "encouraging" or "assisting" Denims' alleged infringement. And, Denims would have reacted to *Countdown* and *Nuke* whether the Megathreads existed or not, erasing any theory of material contribution.

TEI cannot show any coordination between Does and Denims, or any other streamer, whatsoever—and there was none. (Doe Decl. ¶¶21, 128-129.) TEI appears to attempt to show inducement through its allegations about instructions on "clipping" content[13] and use and encouragement of YewTube. (Compl. ¶¶30-33.) But this happened months before Denims' stream,

---

[13] The "instruction" for "clipping" content also included an instruction that users not infringe on copyright when clipping, which TEI omits.

KRONENBERGER ROSENFELD

and thus are not relevant to Denims' stream. Further, H3Snark mods disallowed use of these products and services on the Subreddit in an explicit decision to ban alternative viewing sites. (Doe Decl. ¶¶ 61, 117, 118, 119, 214.) Thus, TEI has not established that Does induced, caused, or materially contributed to any infringement.

**3. Does' Megathreads were fair use.**

Moreover, Does' Megathreads were a fair use under 17 U.S.C. §107 where Does referenced the works for criticism and commentary and transformed the works, and where the Megathreads themselves in no way replaced the originals. TEI's Subpoenas should be quashed for this additional reason. *See In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d 875, 884-886 (N.D. Cal. 2020).

**B. Denims' use was fair use.**

There can be no contributory infringement without direct infringement. *See Perfect 10, Inc. v. Amazon.com, Inc.*, 508 F.3d 1146, 1169 (9th Cir. 2007). And if a use of a copyrighted work is fair, it is not infringement at all. *See Lenz v. Universal Music Corp.*, 815 F.3d 1145, 1151 (9th Cir. 2016). Because Denims' use of *Nuke* and *Countdown*, as a whole, was fair, there is no direct infringement for which Does can be found contributorily liable.

The fair use doctrine permits and requires courts to avoid rigid application of the copyright statute when it would stifle the very creativity which that law is designed to foster. *See Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 577 (1994) ("*Campbell*"). Indeed, copyright's purpose is to *promote* the creation and publication of free expression. *Eldred v. Ashcroft*, 537 U.S. 186, 219 (2003) (emphasis in original). The task is not to be simplified with bright-line rules; the statute, like the doctrine it recognizes, calls for case-by-case analysis. *Campbell* at 577.

Courts explore and evaluate together, in light of the purposes of copyright, the following four factors when considering whether the use of a work is "fair":

> (1) the purpose and character of the use, including whether such use is of a commercial nature or is for non-profit educational purposes; (2) the nature of the copyrighted work; (3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole[14]; and (4) the effect of the use on the potential market for or value of the copyrighted work.

---

[14] The third factor weighs against a finding of fair use here.

17 U.S.C. §107; *Seltzer v. Green Day, Inc.*, 725 F.3d 1170, 1175 (9th Cir. 2013).

Ordinarily, the defendant bears the burden of proving fair use. *See Lenz v. Universal Music Corp.*, 815 F.3d 1145, 1153 (9th Cir. 2016). But "[t]o make a prima facie case of copyright infringement for the purposes of obtaining a subpoena, then, a party must make a prima facie case that the infringing use did not constitute fair use." *In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d 868, 879 (N.D. Cal. 2022). TEI has not made such a showing here.

**1. Denims' use was transformative and does not supersede the original use.**

The first factor, "purpose and character," considers the reasons for, and nature of, the copier's use of an original work. *Warhol* at 528. The central question is whether the new work merely "supersedes" the objects of the original creation, supplanting it, or instead adds something new, with a further purpose or different character—whether the work is transformative. *Warhol* at 528; *Google LLC v. Oracle Am., Inc.*, 593 U.S. 1, 3 (2021). Criticism, comment, and news reporting are precisely the sorts of copying that courts and Congress most commonly have found to be fair uses. *Warhol* at 528, citing 17 U.S.C. §107. This is because criticism of a work ordinarily does not supersede the objects of, or supplant, it; rather, it uses the work to serve a distinct end. *Id*. The more transformative the new work, the less will be the significance of the other factors. *See Campbell* at 569.

In the typical "non-transformative" case, the use is one which makes no alteration to the expressive content or message of the original work. *Seltzer v. Green Day, Inc.*, 725 F.3d 1170, 1177 (9th Cir. 2013). In contrast, an allegedly infringing work is typically viewed as transformative as long as new expressive content or message is apparent, even where the allegedly infringing work makes few physical changes to the original or fails to comment on the original. *See id.* Indeed, an expression of the author's apparent distaste for the original work fits squarely within fair use. *See In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d 868, 880 (N.D. Cal. 2022).

Here, Denims' use was transformative. Denims adds new content and a new purpose to *Nuke* and *Countdown*. Denims' stream commented upon and criticized *Countdown* and *Nuke*, directly responding to and highlighting controversial content of the works, not simply recounting what was shown. *See Equals Three, LLC v. Jukin Media, Inc.*, 139 F. Supp. 3d 1094, 1104 (C.D. Cal. 2015); Compl. Ex. K. During her 10-hour-long stream, of which almost 5 hours addresses the works,

KRONENBERGER ROSENFELD

Denims repeatedly: pauses the films; comments on and critiques the works, Ethan, and his political views; adds additional facts and context (referencing public and different sources); mocks the works; and engages with her audience. *Id.* Further, *because* Denims reacted live, she was able to interact with her audience and their immediate impressions and own critiques of the works. *Id.* That TEI disagrees with or dislikes Denims' commentary and criticism is precisely what makes the use transformative—Denims provides an alternative viewpoint, new content, and a new message. In contrast, a reaction video that merely repeats and supports a work, without adding a new message—like xQc's stream—would likely *not* be transformative.

It is true that the degree of transformation required to make "transformative" use of an original must go beyond that to qualify as a derivative. *Warhol* at 529. But TEI would never "transform" its own work into the character and purpose that Denims did—precisely because it is *critical* of TEI and H3.

Finally, in analyzing the first factor, courts consider whether the work is commercial, but that is usually of little significance, as most of the categories of examples of fair use in the preamble to Section 107 are uses which are or could be commercial. Here, Denims did not seek to profit from the inherent entertainment value of *Nuke*; her goal was to criticize it and offer her commentary. Viewers who wanted to watch *Nuke* in its original form, would not have watched Denims' stream.

Because Denims' stream added new expressive content and a different message, this factor weighs in favor of fair use.

**2. TEI's highly factual works supports greater dissemination.**

This factor looks at the extent to which the copied work is creative and whether it is unpublished. The law generally recognizes a greater need to disseminate factual works than works of fiction or fantasy. *Harper & Row Publishers, Inc. v. Nation Enters*., 471 U.S. 539, 563 (1985). Here, TEI's works were largely factual. Although they contained some creative elements, the vast majority of the content comprised factual news and other creators' content. TEI's works were also published, and TEI later broadcast *Nuke* on a 24/7 loop on Twitch. This weighs in favor of fair use.

**3. Denims' use did not negatively impact the market; it increased it.**

The fourth factor, market effect, is the single most important element of fair use. *Monge v.*

KRONENBERGER ROSENFELD

*Maya Magazines, Inc.*, 688 F.3d 1164, 1180 (9th Cir. 2024). This factor asks whether consumers treat the challenged use as a market replacement for the original, or a market complement that does not impair demand for the original. *Nat'l Fire Prot. Ass'n, Inc. v. UpCodes, Inc.*, 753 F. Supp. 3d 933, 965 (C.D. Cal. 2024). Where the second use is transformative, market harm may not be so readily inferred. *See Campbell* at 591. The importance of the fourth factor will vary also with the relative strength of the showing on the other factors. *See A&M Recs., Inc. v. Napster, Inc.*, 239 F.3d 1004, 1016 (9th Cir. 2001). Effect on potential market requires courts to consider not only the extent of market harm caused by the particular actions of the alleged infringer, but also "whether unrestricted and widespread conduct of the sort engaged in by the defendant ... would result in a substantially adverse impact on the potential market" for the original. *Campbell* at 590. The more transformative the new work, the less likely the new work's use of copyrighted materials will affect the market. *See Los Angeles News Serv. v. CBS Broad., Inc.*, 305 F.3d 924, 941 (9th Cir.), *opinion amended on denial of reh'g*, 313 F.3d 1093 (9th Cir. 2002).

The court must also consider the source of the loss. A "lethal parody, like a scathing theatre review," may kill the demand for the original, but this kind of harm is not cognizable under the Copyright Act. *Google LLC v. Oracle Am., Inc.*, 593 U.S. 1, 35 (2021), citing *Campbell* at 591-92. Finally, the court must take into account the public benefits the copying will likely produce. *See id.*

Here, there is little to no market effect on *Nuke*, because the viewers watching Denims' Stream, would not have watched TEI's *Nuke* anyway. Denims' reaction video scathingly criticized the works; it was not meant as, and was not, a replacement for the original. In fact, Ethan *encouraged* use of and reactions to his content. (Doe Decl. ¶¶51, 30.1.) H3 celebrated *other* streamers' reaction videos, like xQc's, which were *supportive* of *Nuke.* Arguably such reactions would have greater market harm on *Nuke*, belying TEI's allegations of harm from Denims' critical reaction. TEI offers no evidence that viewers who watch Denims' stream did so in replacement of watching *Nuke*. Further, widespread release of reaction videos criticizing a work would not, and do not, replace the original—a person wanting to view *Nuke* without critical commentary, will—and did—still watch the original.

Finally, TEI's own broadcasting of *Nuke* in a 24/7 loop starting on March 5, weighs against

KRONENBERGER ROSENFELD

a finding of market harm. (Vulić Decl. Ex. 47.) The first, second, and fourth factors weigh in favor of fair use.

**4. Stripping unoriginal elements, TEI's thin copyrights deserve little protection.**

Only the elements of a work that are protectable are compared to determine the ultimate question of illicit copying. *See Apple Computer, Inc. v. Microsoft Corp.*, 35 F.3d 1435, 1443 (9th Cir. 1994). Here, TEI's registrations excluded preexisting footage, preexisting photos, and preexisting music; indeed, these are not protectable. But *Nuke* was comprised almost entirely of preexisting footage, much of it unauthorized derivative works of Piker's own content. (Doe Decl. ¶¶136-143.) *See Sobhani v. @Radical.Media Inc.*, 257 F. Supp. 2d 1234, 1238 (C.D. Cal. 2003). Subtracting these unoriginal elements, TEI is left with only a "thin" copyright, protecting against only virtually identical copying. *See Ets-Hokin v. Skyy Spirits, Inc.*, 323 F.3d 763, 766 (9th Cir. 2003). The thinness of TEI's copyrights, extending only to the original aspects of the works, weighs in favor of fair use.

**III. Even if TEI had met its initial burden, the balance of harms weighs in favor of Does.**

Because the nature of Does' speech sounds in the First Amendment—centralization of discussion to critique a public figure and discuss matters of public interest and political concern—this Court must balance the equities at issue, considering the context of the use. *See In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d 868, 8810 (N.D. Cal. 2022); *Awtry v. Glassdoor*, Inc., No. 16-MC-80028-JCS, 2016 WL 1275566, at *15 (N.D. Cal. Apr. 1, 2016).

The balancing test requires the court to compare the magnitude of the harms that would be caused to plaintiff's and defendants' competing interests by ordering defendants' identities to be disclosed. *See Music Grp. Macao Com. Offshore Ltd. v. Does*, 82 F. Supp. 3d 979, 986 (N.D. Cal. 2015). The specific circumstances surrounding the speech serve to give context to the balancing exercise. *See AoL* at *5 (quoting *Anonymous Online Speakers* at 1177). Only if disclosing defendant's identity would cause relatively little harm to the defendant's First Amendment and privacy rights, but be necessary to enable to protect against or remedy serious wrongs the law invoked was designed to protect, should the court allow disclosure. *Highfields* at 976. Furthermore,

KRONENBERGER ROSENFELD

the court must ask whether disclosure of a defendant's identity would deter other critics from exercising *their* First Amendment rights. *AoL* at *7-8. Clearly, enforcing a subpoena in this setting poses a real threat, chilling protected comment on matters of interest to the public. *Highfields* at 980.

Here, the personal harms to Does by allowing unmasking, as well as the public harms to online speech and discourse generally, would be irreparable in the private sense and long-reaching in the public sense. (Doe Decl. *passim*.)

Persons in the place of Does—moderators of a public platform, the purpose of which is to comment on and critique a public figure and political matters of public concern—have real First Amendment interests in communicating anonymously. But if the court allows TEI's Subpoenas, it would enable TEI to impose a considerable price on Does' use of the vehicle of anonymous speech—including public exposure, real risks of retaliation and actual harm, and the financial and other burdens of defending the Action. *Highfields* at 980-81. Very few would-be commentators are prepared to bear costs of this magnitude. *Id.* So, when word gets out that the price tag of criticizing Ethan is *this high*—that speech will disappear. *See id.* But *that*, is precisely what Ethan Klein wants.

**IV. If Does' motion is not granted, Does request a protective order.**

A court may limit and specify conditions on production, including to protect a party from embarrassment, oppression, or undue burden. *See* Fed. R. Civ. P. 45(d)(C); 26(c). The Ninth Circuit allows parties to preserve their anonymity in the "unusual case" where nondisclosure of the party's identity is necessary to protect them from harassment, injury, ridicule, or personal embarrassment. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000).

If Does' motion is denied or denied in part, Does request a protective order allowing disclosure of Does' identities *only* to the Court, for the reasons stated, *supra*, Statement of Facts, Sections B, D.4. *See Signature Mgmt. Team, LLC v. Automattic, Inc.*, 941 F. Supp. 2d 1145, 1158-59 (N.D. Cal. 2013).

**V. Does reserve their right to seek their attorney's fees.**

Does reserve their right to seek their attorney's fees and costs. TEI brought its suit against Does for an improper purpose, and TEI's claims are obviously insufficient under the law. *See Highfields Cap. Mgmt., L.P. v. Doe*, 2005 WL 8188026, at *6-8 (N.D. Cal. May 31, 2005).

KRONENBERGER ROSENFELD

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 50 of 582

Respectfully Submitted,

DATED: September 22, 2025

**KRONENBERGER ROSENFELD, LLP**

By: s/ Leah Rosa Vulić
Leah Rosa Vulić

Attorneys for Movants/Defendants Does

KRONENBERGER ROSENFELD

Case No. 3:25-mc-80296

26

**DOES' NTC OF MTN AND MTN TO QUASH SUBPOENAS; MPA**

**App. p. 050**

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulić (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**

Case No. 3:25-mc-80296

(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)

**DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF MOVANTS DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD**

Date: TBD
Time: TBD
Ctrm: TBD
Before: TBD

KRONENBERGER ROSENFELD

KRONENBERGER ROSENFELD

I, Leah Rosa Vulić, do hereby declare:

1. I am an attorney admitted to practice law in the State of California and before this Court. I am an associate with the law firm of Kronenberger Rosenfeld, LLP, which is counsel for Movants Doe Defendants for the purpose of the instant Motion to Quash. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could and would do so competently.

2. On June 19, 2025, Plaintiff Ted Entertainment, Inc. ("Plaintiff" or "TEI") filed an action in the Central District of California, *Ted Entertainment, Inc. v. Alexandra Marwa Saber (Denims) and Does 1-10*, Case No. 2:25-cv-05564-WLH-PD (the "Action"). A true and correct copy of the Complaint in the Action, and the Complaint's PDF exhibits, is attached hereto as **Exhibit 1** ("Complaint" or "Compl."). TEI, owned by Ethan Klein and Hila Klein,[1] is a production company that broadcasts the H3 Podcast.[2] The Defendants in the Action are Twitch streamer Alexandra Marwa Saber ("Denims"), and Does, who are or were moderators of the Reddit community (subreddit) r/h3snark ("H3Snark" or "Subreddit").

3. Attached hereto as **Exhibit 2** is a true and correct copy of a Manual Filing Notification ("MFN"), which is being electronically filed in accordance with the Northern District of California's local rules and procedures.

4. Concurrently with filing this declaration, my office will manually submit to the Clerk's Office with the MFN, USB drives containing pertinent video exhibits to the **Complaint, Exhibits D, E, F, J, K,** and **L**. These exhibits cannot be electronically filed through the Court's CM/ECF system because they are non-graphic/non-text computer files (i.e., videos).

5. On the same day TEI filed the Action, it also filed a lawsuit against Morgan Kamal Majed (Frogan) and Does in the Central District of California, Case No. 2:25-cv-05565-JFW-MAA, and a lawsuit against Kacey Caviness (Kaceytron) and Does in the Western District of Missouri, Case No. 4:25-cv-00459-BCW. True and correct copies of the complaints and PDF exhibits

[1] Because Ethan and Hila share the same last name, this motion refers to them by their first names to avoid confusion; no disrespect is intended. *See Keen v. Bowley*, 2024 WL 3259040, at *7, n. 59 (C.D. Cal. July 1, 2024).

[2] Ethan, Hila, and TEI, and their podcast, may be collectively referred to herein as "H3."

(without video exhibits) in these companion lawsuits are attached hereto as **Exhibits 3** and **4**.

6. Attached hereto as **Exhibits 5** and **6** are true and correct copies of TEI's copyrights registrations in the motion picture *Content Nuke: Hasan Piker* ("*Nuke*") and *The H3 Show #105: Countdown to Doomsday* ("*Countdown*"), which I downloaded from the United States Copyright Office ("USCO")'s website.

7. On September 7, 2025, I visited the USCO's website and public records search. I performed an advanced search for all records where the Claimant was "Ted Entertainment." A true and correct screencapture[3] of these search results is attached hereto as **Exhibit 7**. As Exhibit 7 shows, TEI has registered three copyrights, *Countdown*, *Nuke*, and a motion picture titled "I Will Never Forgive Hasan Piker for This.", the latter of which registered on February 24, 2025.

8. Attached hereto as **Exhibits 8** and **9** are true and correct copies of TEI's and Denims' Stipulation for Early Discovery and the Order granting same.

9. True and correct copies of TEI's Subpoenas to Reddit, Inc. ("Reddit") and Discord, Inc. ("Discord") are attached hereto as **Exhibits 10** and **11** (the "Subpoenas"). Facially, the Subpoenas ask for information that could be construed as violating the Stored Communications Act, 18 U.S.C. §2701, et seq. ("SCA"). *See* Exs. 10, 11. During counsels' meet-and-confer efforts, described below, TEI agreed to limit the Subpoenas' requests so that the SCA is not implicated, i.e., TEI seeks only identifying information and not communications between Reddit users or Discord users.

10. On August 6, August 19, and August 28, 2025, my colleague Jeff Rosenfeld and I met and conferred with TEI's counsel via Zoom videoconference regarding Does' instant Motion to Quash TEI's Subpoenas. Despite the parties' efforts to resolve this matter, they could not, necessitating the filing of this Motion.

11. A true and correct copy of Denims' Answer to the Complaint is attached hereto as **Exhibit 12**.

12. Attached hereto as **Exhibits 13** and **14** are true and correct screencaptures of

[3] Unless otherwise stated, I took screenshots of webpages using the website screencapture GoFullPage on the dates and times indicated in the header of each exhibit.

KRONENBERGER ROSENFELD

https://redditinc.com/ and https://redditinc.com/policies/reddit-rules, which describe the purpose of Reddit and the Rules governing its use. Reddit's Rules specifically provide that "everyone on Reddit should have an expectation of privacy and safety."

13. Attached hereto as **Exhibit 15** is a true and correct screencapture of the webpage https://support.reddithelp.com/hc/en-us/articles/204533569-What-are-communities-or-subreddits, titled "What are communities or 'subreddits'?". Exhibit 15 describes Reddit's communities, or "subreddits."

14. Attached hereto as **Exhibit 16** is a true and correct screencapture of Reddit's User Agreement, located at https://redditinc.com/policies/user-agreement. In section 8 of Reddit's User Agreement, Reddit describes the role of moderators on Reddit.

15. Attached hereto as **Exhibit 17** is a true and correct screencapture of the webpage https://redditinc.com/policies/moderator-code-of-conduct. Exhibit 17 describes Reddit's Code of Conduct for its moderators.

16. Attached hereto as **Exhibit 18** is a true and correct screencapture of the H3Snark Subreddit main page.

17. Attached hereto as **Exhibit 19** is a true and correct screencapture of the H3Snark Subreddit Wiki, which describes the purpose and rules of the H3Snark Subreddit.

18. In support of the instant Motion, Does are submitting video evidence[4], i.e., videos and clips of relevant content posted by TEI/H3, Ethan Klein, Hila Klein, and others. Does submit this video evidence: 1) for the court's ease of reference, and 2) to preserve the evidence as it existed at the time of Does' filing. *See* Doe Decl. ¶80.

19. Submitted herewith to the Court in physical format with the MFN is **Exhibit 20**, a YouTube video titled "I'm Suing These Three Creators" published on the h3h3productions channel on June 19, 2025, located at: https://www.youtube.com/watch?v=3yAiuEyJF-I. In this video, Ethan Klein describes *Content Nuke – Hasan Piker* as a deliberate "trap" to draw critics and streamers into copyright disputes, referencing r/h3snark's involvement and portraying the lawsuits as

[4] Unless otherwise stated, the clips referenced in this declaration were captured by Does' counsel's staff by: 1) downloading the videos using the YT-DLP program, 2) using VLC media player to extract video segments and save them as short clips.

KRONENBERGER ROSENFELD

intentional rather than accidental.

20. Submitted herewith to the Court in physical format with the MFN is **Exhibit 21**, a segment from an H3 Podcast YouTube livestream titled "H3 Podcast Crew Intervention – H3 Show #112" published on February 19, 2025, located at: https://www.youtube.com/live/s7ZloL0x4G4?feature=shared&t=11022 [3:03:42 - 3:33:03]. In this episode, Ethan Klein threatens r/h3snark moderators with subpoenas, legal action, and career-ruining consequences, while celebrating the prospect of upcoming litigation.

21. Submitted herewith to the Court in physical format with the MFN is **Exhibit 22**, a segment of an H3 Podcast YouTube livestream titled "Huge Lawsuit Updates, You're Going To Love These! - H3 Show #176" published on August 6, 2025, located at: https://www.youtube.com/live/tI8fGcsyfL8?feature=shared&t=7093 [1:58:10 - 2:17:42]. In this segment, Ethan Klein discusses the r/h3snark moderation team's likely inability to succeed in quashing a subpoena and continues to issue threats toward them.

22. Attached hereto as **Exhibit 23** is a list of over 200 r/h3snark discussion megathreads that show each time the H3snark moderators linked directly to content owned by TEI from October 2023 to May 2025.

23. Submitted herewith to the Court in physical format with the MFN is **Exhibit 24**, a segment of an H3 Podcast YouTube livestream titled "I Hired a Rabbi To Destroy My Yeezys – H3 Show #116" located at: https://www.youtube.com/live/VQiExvFz8h8?si=irMuNn1QQQwaeB93&t=2155 [0:35:51–0:38:18]. In this segment, Ethan and Hila Klein display and analyze a critic's Instagram account, including images of the critic's family, which resulted in the critic and his family receiving hate and harassment.

24. Submitted herewith to the Court in physical format with the MFN is **Exhibit 25**, a segment of a YouTube video titled "DEBATING ETHAN KLEIN" published on the HasanAbi channel on May 3, 2025, located at: https://youtu.be/ih2ZvBxZWig?si=yakdsrY8Z4jXKn-T&t=9567 [2:39:27–2:46:00]. In this segment, Ethan Klein and Hasan Piker debate Klein's impending lawsuits; Hasan suggests the suits are frivolous attempts to bully and unmask anonymous

Redditors, while Klein admits his motives concern harassment and defamatory statements rather than copyright. Hasan also defends the Reddit user "obrienpotates."

25. Submitted herewith to the Court in physical format with the MFN is **Exhibit 26**, a segment of an H3 Podcast YouTube livestream titled "My Life Is Falling Apart – Addressing The Controversy – I Shouldn't Say This But I Must – H3 Show #102" published on January 24, 2025, located at: https://www.youtube.com/live/3FKZxfBljlw?feature=shared&t=726 [12:06 - 13:38]. In this segment, Ethan and Hila Klein discuss deliberately inserting provocative moments into the Content Nuke – Hasan Piker video to provoke critics and sustain their engagement.

26. Submitted herewith to the Court in physical format with the MFN is **Exhibit 27**, a YouTube video titled "h3h3 Nukes Hasan" published on February 1, 2025, located at: https://www.youtube.com/watch?v=Ja1qRUBc2ko. In this video, streamer xQc reacts live to Ethan Klein's Content Nuke – Hasan Piker video, amplifying its reach to his large audience while providing commentary during the broadcast.

27. Submitted herewith to the Court in physical format with the MFN is **Exhibit 28**, a segment of an H3 Podcast YouTube livestream titled "Nuclear Fallout – H3 Show #105" published on February 3, 2025, located at: https://www.youtube.com/live/TETOdFWf99M?feature=shared&t=12322 [3:25:21 - 3:31:35]. In this episode, Ethan Klein praises xQc's positive reaction to his Content Nuke – Hasan Piker video and celebrates its strong reception and view count.

28. Submitted herewith to the Court in physical format with the MFN is **Exhibit 29**, a segment of an H3 Podcast YouTube livestream titled "We Almost Cancelled Today's Episode – H3 Show #156" published on June 9, 2025, located at: https://www.youtube.com/live/4QOofN2DaUk?feature=shared&t=5572 [1:32:53 - 1:33:29]. In this episode, Ethan Klein argues that other creators' snark subreddits have been banned for copyright infringement, while Reddit has refused to ban r/h3snark or honor copyright takedowns against it, which he calls "illegal" and evidence the company is "completely compromised."

29. Submitted herewith to the Court in physical format with the MFN is **Exhibit 30**, a segment of an H3 Podcast YouTube livestream titled "We Break 9 Different Guinness World

Records & Creator Clash Announced RIP AB – Off The Rails #58" published on January 25, 2023, located at: https://www.youtube.com/watch?v=y19qnDm2tDs&t=634s [10:35–12:07]. In this segment, Ethan Klein states that others are free to clip, repost, and monetize H3 Podcast content without fear of DMCA claims, except in cases of wholesale re-uploads of full episodes.

30. Submitted herewith to the Court in physical format with the MFN is **Exhibit 31**, an H3 Podcast YouTube livestream titled "Big big huge announcement massive announcement – After Dark #93" published on January 27, 2023, located at: https://www.youtube.com/live/_-TUf6tyhPI?feature=shared&t=4503 [1:15:03 - 1:15:39]. In this episode, Ethan Klein expresses enthusiasm about fans clipping and monetizing content from his podcast, members' live streams, or any content featuring him.

31. Submitted herewith to the Court in physical format with the MFN is **Exhibit 32**, a segment from a YouTube livestream titled "Ethan Gets A Low Taper Fade From Jeff Wittek & Bach3lor Announcement – Off The Rails #101" published on January 24, 2024, located at: https://www.youtube.com/live/hshRIiyFSu0?feature=shared&t=877 [14:37–16:49]. In this episode, Ethan Klein states that while reasonable-length clips of members-only content may be shared, full re-uploads of paywalled content are unfair and will be subject to DMCA removal.

32. Submitted herewith to the Court in physical format with the MFN is **Exhibit 33**, a segment from an H3 Podcast YouTube livestream titled "Ethan Debates Anti-Semitic Sneako Fan – H3 Show #55" published on September 16, 2024, located at: https://www.youtube.com/live/Ch3WcOM4gNs?feature=shared&t=9800 [2:43:20–2:44:04]. In this clip, Ethan Klein and his employees discuss auto-banning r/h3snark users from r/h3h3productions; Ethan later issued a DMCA takedown after it was locked on the subreddit.

33. Submitted herewith to the Court in physical format with the MFN is **Exhibit 34**, a segment from the H3 Podcast YouTube livestream titled "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit – H3 Show #165" published on July 11, 2025, located at: https://www.youtube.com/live/xu3obq7ssQ0?feature=shared&t=12126 [3:22:06–3:24:40]. In this segment, Ethan Klein issues a formal apology to Ryan Kavanaugh, admitting he spread false claims that led to harassment and reputational harm, acknowledging his role in negative social media and

Wikipedia edits, and urging his audience to stop targeting Kavanaugh and his family.

34. Submitted herewith to the Court in physical format with the MFN is **Exhibit 35**, an Instagram Story posted by Ethan Klein on June 26, 2025, in which he mocked legal commentary that r/h3snark moderators face greater financial risk than streamers, adding a caption offering "amnesty" to moderators if they report to him directly.

35. Submitted herewith to the Court in physical format with the MFN is **Exhibit 36**, a segment from an H3 Podcast YouTube livestream titled "I'm Loving The Reactions To The Lawsuits (Final Episode) – H3 Show #162" streamed live on June 20, 2025, located at: https://www.youtube.com/live/iwwSERCF_Gk?feature=shared&t=6355 [1:45:55–1:46:25]. In this segment, Ethan Klein mocks a named defendant for raising legal defense funds and asserts that the lawsuits "aren't going to court."

36. Submitted herewith to the Court in physical format with the MFN is **Exhibit 37**, a segment from an H3 Podcast YouTube livestream titled "I'm Going To War With The Entire Internet – H3 Show #115" published on February 26, 2025, located at: https://www.youtube.com/live/bq4Bq0KXlGE?feature=shared&t=6043 [1:40:43–1:41:07]. In this excerpt, Ethan Klein suggests he may have to threaten self-harm in order to compel the r/h3snark subreddit to be taken down.

37. Submitted herewith to the Court in physical format with the MFN is **Exhibit 38**, a segment of an H3 Podcast YouTube livestream titled "Snark Called Child Protective Services On Us – H3 Show #119" published on March 7, 2025, located at: https://www.youtube.com/live/ZDnseOSdk_8?feature=shared&t=10735 [2:58:55–3:00:05]. In this excerpt, Ethan Klein laments that Reddit will not remove criticism subreddits about him and expresses frustration that his lawyer cannot take action because of Section 230 protections.

38. Submitted herewith to the Court in physical format with the MFN is **Exhibit 39**, a segment of an H3 Podcast YouTube livestream titled "Snark Called Child Protective Services On Us – H3 Show #119" published on March 7, 2025, located at: https://www.youtube.com/live/ZDnseOSdk_8?feature=shared&t=11190 [3:06:30–3:06:50]. In this excerpt, Ethan Klein threatens to scrutinize "every detail" of Reddit CEO Steve Huffman's life in

response to Reddit not banning criticism of the plaintiff on various subreddits.

39. Submitted herewith to the Court in physical format with the MFN is **Exhibit 40**, a segment of an H3 Podcast YouTube livestream titled "This Beauty TikToker Is Coming After Me – Off The Rails #111" published on April 3, 2024, located at: https://www.youtube.com/live/xIl2dEZnvYQ?si=xFnXvayV8OZzvyx_&t=8255 [2:17:35–2:23:57]. In this excerpt, Ethan Klein discusses how to subpoena user data from Reddit and Discord.

40. Submitted herewith to the Court in physical format with the MFN is **Exhibit 41**, a segment of an H3 Podcast YouTube livestream titled "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165" located at: https://www.youtube.com/live/xu3obq7ssQ0?feature=shared&t=8658 [2:24:18 - 3:02:03]. In this episode, Ethan Klein defends his DMCA takedowns of r/h3snark posts, claiming they were limited to egregious copyright violations, while denying he was silencing criticism and stating he is suing subreddit moderators and Reddit itself.

41. Submitted herewith to the Court in physical format with the MFN is **Exhibit 42**, a segment of an H3 Podcast YouTube livestream titled "I Can't Handle This Anymore – H3 Show #111" published on February 17, 2025, located at: https://www.youtube.com/live/N2W4RJ2tEnY?feature=shared&t=9441 [2:37:21–3:09:48]. In this segment, Ethan Klein responds to online criticism by telling critics they are "not safe," suggesting they are antisemitic, and threatening to "ruin his life in pursuit of getting these people." Ethan also spreads false conspiracy theories that H3Snark moderators run subreddits such as r/youtubedrama, r/Fauxmoi, and r/therewasanattempt.

42. Submitted herewith to the Court in physical format with the MFN is **Exhibit 43**, a YouTube video titled "Why I can't support Ethan Klein anymore." published by Ethan's Basement on November 7, 2024, located at: https://www.youtube.com/watch?v=48YaRHrlf1o. In this video, the creator and former fan documents Ethan Klein's decline and explains why the r/h3snark subreddit has continued to grow and thrive.

43. Submitted herewith to the Court in physical format with the MFN is **Exhibit 44**, a YouTube video titled "Why the H3 Leftovers Podcast Will Never Return" published by North Star

KRONENBERGER ROSENFELD

Radio on September 11, 2024, located at: https://www.youtube.com/watch?v=gZGBSjQE_wA. In this video, a former H3 fan documents the end of the Leftovers podcast and discusses the reasons for its cancellation.

44. Attached hereto as **Exhibit 45** is a true and correct screencapture of the First Megathread, including all comments and the AutoMod Copyright Disclaimer.

45. All of the Megathreads are still available online; none of them have been deleted.

46. Attached hereto as **Exhibit 46** are true and correct screencaptures I took from invidious.io, specifically, the pages describing Instances and Frequently Asked Questions.

47. Attached hereto as **Exhibit 47** is a true and correct screencapture from www.twitchtracker.com for the H3 Twitch stream. As Exhibit shows, H3 ran Content Nuke on a 24/7 stream from March 5 to April 4; the dates and times listed correspond with Twitch's 48-hour limit for continuous streaming.

48. Attached hereto as **Exhibit 48** is a true and correct copy of TEI's and Denims Joint Rule 26(f) Report, filed in the Action on September 12, 2025. I have highlighted portion of the parties Joint 26(f) Report, in which TEI acknowledges that Does (the H3Snark Mods)' relevant knowledge and evidence includes their prior knowledge of Denims' unauthorized use of copyrighted works and whether and to what extent Does' viewed Denims' January 31, 2025 stream.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: September 22, 2025

By: s/ Leah Rosa Vulić
Leah Rosa Vulić

KRONENBERGER ROSENFELD

# Exhibit 1

Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10<br><br>Defendants. | Case No.: 2:25-cv-5564<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |



The Nightmare on Denims Street

"We're relying on you to stay live so we don't have to give the Nuke views. Yeah, I'm gonna stream it. Since he's confirmed it's coming out today, I'm gonna stream it." – Denims Prior to Reacting to *Content Nuke: Hasan Piker*

"Well guys, if you enjoyed not giving any views to that terrible video, [give me a] follow, subscribe, throw a prime if you like [my] content."
- Denims After Reacting to *Content Nuke: Hasan Piker*

# I. INTRODUCTION

1. This lawsuit is about ending the practice of lazy reaction videos that copy entire copyrighted works and purposefully siphon views and revenue away from the original. Over seven years ago, the owners of Plaintiff Ted Entertainment, Inc. ("TEI") – Ethan and Hila Klein – established the legal standard for fair use reaction videos in *Hosseinzadeh v. Klein*, 276 F.Supp.3d 34 (S.D.N.Y. 2017). As a genre, reaction videos "vary widely in terms of purpose, structure, and the extent to which they rely on potentially copyrighted material." Reaction videos, "like the Klein video" that "intersperse ***short*** segments of another's work with criticism and commentary," constitute fair use.[1] In contrast, reaction videos that are "more akin to a ***group viewing session***" do not. *Id.*, at 40 fn.1, 45-47 (emphasis added).

2. This case involves a "group viewing session" hosted by Defendant Alexandra Marwa Saber f/k/a Marwa Talatt Abdelmonem p/k/a Denims ("Denims"). Denims specifically intended her "group viewing session" to siphon views and revenue away from TEI's copyrighted works: (1) *Content Nuke: Hasan Piker* ("*The Nuke*"); and (2) *The H3 Show #105: Countdown to Doomsday* ("*Countdown Episode*") (collectively, the "Works"). Denims timed her "group viewing sessions" to coincide with the exact moment TEI released the Works. Her timing was intended to capitalize on the intense public interest in the Works and siphon the maximum amount of views and revenue away from the Works to herself by showing the Works in their entirety (or nearly in their entirety).

3. The moderators of the H3Snark subreddit (the "H3Snark Mods") heavily promoted Denims' "group viewing sessions" as an alternative to the original Works on the H3Snark subreddit ("H3Snark"). As a direct result, Denims' "group viewing sessions" of the Works peaked at approximately 45,800 concurrent views – when her previous stream only achieved approximately 3,300. Denims greatly

[1] The Kleins' video from *Hosseinzadeh* was entitled *The Big, The BOLD, The Beautiful* and is available here: https://youtu.be/CXUs5FOo-JE?si=74MWM26Wn26KmO4o

profited from her "group viewing session" of the Works through advertising revenue, donations and paid subscriptions.

4. Like most lazy reaction videos, Denims peppers her "group viewing session" of TEI's Works with primarily brief and sporadic observations – which can be categorized as follows:

a. Most frequently, Denims will watch long, unadulterated portions of the Works and briefly pause to give short, surface-level and often repetitive observations that provide little to no "new information, new aesthetics, new insights or understandings" on the original Works. *Andy Warhol Foundation for the Visual Arts, Inc. v. Goldsmith ("Warhol")*, 598 U.S. 508, 541 (2023).

b. Other times, Denims' "commentary" has little to "no critical bearing on the style or substance" of the Works. *Warhol,* 598 U.S. at 510. Rather, she goes off on tangents regarding unrelated subjects or shadowboxes demonstrably false misrepresentations of the contents of the Works.

c. On the rare occasions when Denims does provide sporadic and brief commentary on the style or substance of the Works, she spreads misinformation that is refuted moments later by the Works themselves or by the most cursory level of research. On the rarer occasions where she actually shows the factual basis for claim, her statements are refuted by the cited source itself. Such misinformation fails to serve "copyright's goal of enriching public knowledge." *Warhol*, 598 U.S. at 531. To the contrary, such misinformation diminishes it.

d. Finally, Denims will even do an "empty chair reaction" (as shown above), where she goes off-camera for an extended period of time while letting the video play to keep her audience entertained.

5. The poverty of Denims' commentary – coupled with her highly commercial use of the Works that she specifically intended to serve as substitute for the originals – fails to justify copying TEI's Works in their entirety (or nearly in their entirety). Rather, Denims' "group viewing session" is a quintessential example

of copyright infringement – *i.e.*, the unauthorized exploitation of TEI's Works "to get attention [and] avoid the drudgery in working up something fresh." *Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 580 (1994). This lawsuit is to hold Denims accountable for her infringement and the H3Snark Mods accountable for materially contributing to her infringement.

**JURISDICTION AND VENUE**

6. This action arises under the Copyright Act, 17 U.S.C. § 101, *et seq.*

7. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a-b).

8. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because a substantial part of the acts and omissions giving rise to the claims occurred in this judicial district.

**PARTIES**

9. TEI is a California corporation with its principal place of business located in Los Angeles County, CA. TEI is a production company that produces content for social media, namely YouTube.

10. Denims is an online streamer who releases content on social media platforms, namely Twitch, and resides in Van Nuys, California.

11. The H3Snark Mods are comprised of Does Nos. 1-10. The true names and exact location of Does Nos. 1-10 are presently unknown to TEI, which therefore sues said Doe defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and exact locations when the same have been ascertained. Below is a summary of what is known about Does Nos. 1-6.

a. Doe No. 1 is female, the founder of H3Snark and one of the H3Snark Mods. She previously used the Reddit username "u/ozempicdealer" – which Doe No. 1 subsequently deleted. Her last post using this handle was on February 12, 2025. Doe No. 1 also uses the Discord handle "yoggiebearx" and the screen name "parishilton."

b.     Doe No. 2 is female, resides in Canada and is the head moderator of the H3Snark Mods. Doe No. 2 currently uses the following Reddit usernames: (1) u/h3snarkmodteam2; (2) u/RomanPeee; and (3) u/Right_Salamander (currently idle). Previously, Doe No. 2 used the following Reddit usernames – which were either deleted by Doe No. 2 or suspended by Reddit for violating its Content Policy: (1) u/kavkav2 (deleted); (2) u/h3snarkmodteam3 (deleted); (3) u/Wrong_Salamanderr (deleted); (4) u/Right_Salamanderr (suspended); (5) u/PurePress (suspended); and (6) u/KitchenMukbangStar (deleted). On Discord, Doe No. 2 uses the screen names "Sally" and "allitern."

c.     Doe No. 3 began as a user of H3Snark and was subsequently made an H3Snark Mod. Initially, Doe No. 3 used the Reddit username "u/sarahornejewetts" – which she subsequently deleted. After deleting this account, Doe No. 3 used the Reddit username "u/jewettsarahorne."

d.     Doe No. 4's account name on Discord is "rozzwhalenm."

e.     Doe No. 5 is male and goes by the name Tony. Doe No. 5 was made an H3Snark Mod. His account name on Discord is "frompu."

f.     Doe No. 6 was made an H3Snark Mod. Doe No. 6's account name on Discord is "No_Reception."

g.     Doe Nos. 7-10 are the remaining H3Snark Mods.

## FACTUAL ALLEGATIONS

### Background of TEI

12.     TEI was founded in 2016 by Ethan and Hila Klein. The Kleins rose to prominence on YouTube with two channels, "h3h3Productions" (their primary channel) and "Ethan and Hila"[2] (their secondary channel). The Kleins created highly stylized reaction videos to other YouTube videos. The Kleins' reaction videos "intersperse[d] relatively short segments" of the original video "with long

[2] The "Ethan and Hila" channel was later renamed to "Hila Klein."

segments of the Kleins' commentary." *Hosseinzadeh*, 276 F.Supp.3d at 40. After TEI was established, the Kleins assigned both channels to TEI.

13.     In 2016, the Kleins were sued for copyright infringement, defamation and misrepresentation under 17 U.S.C. Section 512(f) by Matt Hosseinzadeh p/k/a Matt Hoss/The Bold Guy ("Matt Hoss"). The copyright claim concerned a reaction video uploaded to their "Ethan and Hila" YouTube channel. The video, entitled *The Big, The Bold, The Beautiful* (the "Klein video"), was a critical and humorous reaction to Matt Hoss' video, *Bold Guy vs. Parkour Girl* (the "Hoss video"). As the Court in *Hosseinzadeh* explained:

> The Klein video opens with commentary and discussion between Ethan and Hila Klein, followed by segments of the Hoss video which they play, stop, and continue to comment on and criticize. The Klein video, which is almost fourteen minutes long, intersperses relatively short segments of the Hoss video with long segments of the Kleins' commentary, ultimately using three minutes and fifteen seconds of the five minute, twenty-four second long Hoss video. The Klein video is harshly critical of the Hoss video, and includes mockery of [Matt Hoss'] performance and what the [Kleins] consider unrealistic dialog and plotlines. In addition, defendants' commentary refers to the Hoss video as quasi-pornographic and reminiscent of a "Cringetube" genre of YouTube video known for "cringe"-worthy sexual content. As critical as it is, the Klein video is roughly equivalent to the kind of commentary and criticism of a creative work that might occur in a film studies class.

*Hosseinzadeh*, 276 F.Supp.3d at 40 (footnote and internal citations omitted).

14.     On August 23, 2017, the Court granted summary judgment for the Kleins on all of Matt Hoss' claims. *Hosseinzadeh*, 276 F.Supp.3d at 45-48. For the copyright infringement claim, the Court found the Klein video made a fair use of the Hoss video.

15.     In 2017, TEI established *The H3 Podcast* channel on YouTube. On the new channel, TEI produced podcast episodes that were less structured than the reaction videos the Kleins previously made. To ensure any use of unlicensed copyrighted content qualified as fair use, TEI formulated and refined best practices based on the principles from *Hosseinzadeh*, which included: (1) whenever feasible, prescreening the original work and outlining the criticism and commentary before

the broadcast; (2) ensuring the commentary was directly related to the style and/or substance of the original work; (3) only broadcasting the portion of the original work that would be subject to critique; (4) pausing the original work frequently to provide critique; and (5) ensuring that the duration of commentary was substantially longer than the portion of the original work show immediately before the commentary.

**Denims: The Alt-Left's Answer to Kellyanne Conway**

16. Denims LARPs (*i.e.*, live action role play) as a revolutionary from the comfort of her bedroom in California. She is a prolific purveyor of misinformation and speaks with great confidence on topics where her knowledge leaves much to be desired. Denims repeatedly inserts herself into public controversies by employing poor judgment, knee-jerk contrarianism and a consistent impulse to defend the indefensible – including copyright infringement, terrorism and extremism.

17. Denims is one of the most loyal and ardent defenders of Hasan Piker p/k/a HasanAbi ("Hasan") – the most prominent alt-left streamer on Twitch. Much like Scientologists engage in "fair game,"[3] Denims ruthlessly attacks with reckless abandon anyone who disagrees with her or Hasan. She parrots Hasan's style, rhetoric, and content strategy (*i.e.*, regularly streaming "react" content with minimal transformation or commentary). As such, she has assumed a leading role in Hasan's "Waiting Room" – a collective of streamers who cultishly follow Hasan and parasitically leach off of his audience by streaming before and after him.

18. On November 17, 2023 (in a now deleted video),[4] Denims read Osama bin Laden's "Letter to America" in its entirety on stream. She frequently expressed agreement and support for the letter, such as:

a. "America deserved 9/11. I can't disavow facts man. I can't

[3] Wikipedia, "Fair game (Scientology)," *available at*: https://en.wikipedia.org/wiki/Fair_game_(Scientology)

[4] Frequently when Denims is embroiled in controversy, she will delete her streams to conceal her conduct. As such, many citations are to third-party videos expressing critique of Denims through excerpts of her now deleted streams.

disavow reality. That's not how that works bro."[5]

b. "[Denims reading from the letter] 'Why do they attack us in New York and Washington? If [Ariel] Sharon is a man of peace in the eyes of [George] Bush, then we are also men of peace! America does not understand the language of manners and principles, so we are addressing it using the language it understands.' [Denims response] He's not wrong about that. The US only understands violence."[6]

c. "[bin Landen's] criticisms of the United States are all correct."[7]

d. Despite Twitch's prohibition on terrorist propaganda,[8] Twitch gave Denims a slap on the wrist by banning her for just a day.[9]

19. On December 12, 2022 (in a now deleted video), Denims responded to the December 8, 2022 video of June Nicole Lapine p/k/a ShoeOnHead – which critiqued Balenciaga's advertising campaign that depicted minors in highly sexualized BDSM attire.[10] Rather than acknowledge the widespread concern, Denims took the absurdly grotesque position of defending Balenciaga's advertising campaign and attempted to paint ShoeOnHead as homophobic (despite ShoeOnHead not mentioning homosexuality whatsoever).[11]

[5] Hinged Media, *Twitch Streamer Denims banned for saying America Deserved 9/11* (November 22, 2023) at 0:35-46, *available at*: https://youtu.be/ZFn5EvA4NzY?si=64qYcduRzYadGOv8&t=35

[6] *Id.* at 1:09-1:47.

[7] *Id.* at 2:23-2:27; *see also* Destiny, *reading reading reading, preparing for Finkelstein* (Nov. 17, 2023), at 3:28:02-4:24:24, 4:44:30-4:46:19 *available at*: https://www.youtube.com/live/EtP8nTN_mLI?si=BH9GwaSwHogHtWgk&t=12482 (showing clip in its entirety with accompanying critique).

[8] Twitch, "Community Guidelines: Terrorism and Violent Extremism," *available at*: https://safety.twitch.tv/s/article/Community-Guidelines?language=en_US

[9] *See* https://x.com/StreamerBans/status/1727413649315119370

[10] ShoeOnHead, *The Creepy Balenciaga Scandal & Why I Was "'Cancelled'"* (Dec. 8, 2022), *available at*: https://youtu.be/f0GeDNP_2mw?si=EmZIISIXwtqplgPX

[11] Rob's Media Archive, *Denims Downplaying The Balenciaga* (Dec. 13, 2024), at 1:29:21-3:37:13, *available at*: https://youtu.be/PSHIn_rUFc8?si=Uo_tlp2roVnm5Tft&t=5361

20. Denims' involvement in the public controversy known as "Reactgate" provides great insight into her willful disregard for copyright. In early 2022, Hasan and Denims (along with several other Twitch streamers) received intense criticism for conducting "group viewing sessions" of third-party copyrighted content without permission. In these "group viewing sessions," streamers (like Hasan and Denims) would watch entire copyrighted works with little to no commentary – sometimes even letting the video play when they were not present or while the streamer was sleeping. The controversy reached a fever pitch when these "group viewing sessions" involved mainstream television shows and films.

a. On February 1, 2022, the online content creator known as Jay Exci released a video entitled *Hasan Piker, Jinx, and the Issue of "Reaction" Content*.[12] In the video, Jay Exci drew a distinction between reaction videos that provide substantive critique and/or additional insights into the original work and lazy reaction videos that resemble "group viewing sessions." In particular, Jay Exci focused on Hasan's "group viewing sessions," including: (1) his poverty of commentary; (2) his penchant for doing an "empty chair reaction" where he lets the video play while he is completely off screen; and (3) his failure to credit the author of the original video or link to the original content.

b. In a now-deleted response video, Denims defended the unauthorized use of copyrighted content by asserting that viewers prefer watching streamers over original uploads, particularly when the material is "curated." She claimed that established fair use standards are irrelevant to live streaming (including Twitch content) and need not be transformative through substantial commentary or editing. Rather, Denims claimed that a streamer's personality alone can justify the unauthorized rebroadcast of copyrighted material.[13]

[12] Jay Exci, *Hasan Piker, Jinx, and the Issue of "Reaction" Content* (Feb. 1, 2022), *available at*: https://youtu.be/_TVSfHbpR6k?si=Ai5RtbZfC9zExQad

[13] MooLer, *EFAP #180 – Denims vs. Jay Exci: The disastrous state of Twitch streamers w/ Stich & ShortFatOtaku* (April 3, 2022), *available at*: https://youtu.be/y6VfwO_VnOo?si=kSAlO1GHXONXnGmS

c. On February 6, 2025, Denims and Jay Exci conducted a debate about the propriety of "group viewing sessions" that was moderated by the online content creator named Chud Logic (the "Debate Video").[14] During the debate, Denims makes several damning statements about her personal perception on the unauthorized use of copyrighted content. Some notable moments are listed below.

i. Early on in the debate, Denims acknowledges that she uses third-party content as "filler" and that it siphons views away from the original:

> I just want to be clear on my opinion on, like, filler content and stuff. Like, I think filler content … you shouldn't do it. ***I know I do it as a react streamer***. And I try to do it only with *Vox* videos or *Vice* videos (and stuff like that) because I'm not, like, directly ripping from one content creator and not like a whole team and stuff. And most of those videos have, like, five million views. I only get, like, 500 viewers. Likely, I'm not even going to be taking out, ***I'm taking may 50 views from the video***. ***It's a lot harder to feel, like, I guess bad about that.***

Debate Video at 8:50-9:18.

ii. Shortly thereafter, Denims accepts her own bias in the situation and her desire to use third-party content: "Maybe I'm coping, because I'm a reactor and ***I want to have that content***." Debate Video at 9:42-9:45.

iii. Later in the debate, Denims sets forth her theory to justify a "group viewing session" of third-party content: that Twitch streamers are "curators" that provide a "communal" experience of watching content with their audience who do not want to take the time to find YouTube content on their own.

1. "You know, I'm sure if you click on a random part of the video, I might not be saying anything – sure, whatever – I might walk away from the screen. But it's about, like the communal thing. … It's not about the actual show at a certain point. It's like, oh, it's the same reason you watch shows with your friends. You want to watch it with other people, right." Debate Video at 28:06-28:27.

[14] Chud Logic, *Jay Exci vs Denims CLASH in Contentious DEBATE! – Hasan/React Streamer Debate* (Feb. 6, 2022), *available at*: https://youtu.be/Y1elepqFtWg?si=vRxjvwuZuqduDVHG

2. “I think when it comes to streamers on Twitch, a lot of people go watch streamers on Twitch for their react content almost as a curator. So, they don’t actually want to go through YouTube themselves and watch a bunch of videos. And they probably never will go through YouTube and click a bunch of videos. They like going to Twitch because they like to have it as, like, this streamer is curating fun content that I want to watch.” Debate Video at 28:52-29:18.

3. “I think that, like, people who are watching content on Twitch – curated Twitch content on Twitch – aren’t necessarily people that would be watching content on YouTube.” Debate Video at 30:18-28.

4. “A lot of the time, the reason that they go and watch react streamers is because they don’t want to have to do the effort of going and scrolling through YouTube and clicking on recommends. Debate Video at 36:33-36:42.

5. “The people who watch Twitch content are specifically there to watch it so they don’t have to scroll through YouTube and find a video that they like.” Debate Video at 37:01-37:08.

iv. Denims, however, ultimately concedes that, when a viewer watches content “curated” by a Twitch streamer, it serves as a substitute for the original:

1. “There’s no point of watching something a second time. You already watched it. Maybe, like, if you’re watching it with some other people or something or it’s been a long time, you might re-watch the video. ***But once you watch the video in one place, it’s pretty unlikely that you’re going to go back and watch it again***.” Debate Video at 30:00-30:13.

2. “If someone watches content on someone else’s stream, ***there is a very low likelihood that they’re going to go watch it separately*** and give you the view or the like.” Debate Video at 36:00-36:13.

**Background of H3Snark**

21. H3Snark is part of a genre of message boards – known as subreddits – on the website, Reddit. Snark subreddits consist of "fallen fans" of a particular entertainer. Over time, there have been numerous snark subreddits regarding TEI's podcasts and of the Klein. Many were banned by Reddit for violating its Content Policy – such as r/Frenemies and r/Frenemies2.

22. H3Snark was created on August 30, 2023 by Doe No. 1 – who was a fanatical Trisha Paytas ("Trisha") fan. Doe No. 1 became a "fallen fan" when the TEI series, *Frenemies* (which was co-hosted by Ethan and Trisha), ended abruptly in June 2021.

23. H3Snark became a haven for "fallen fans" of TEI's podcasts and the Kleins. While the average viewer would move on with their lives after becoming disinterested in a podcast, H3Snark "fallen fans" religiously watch TEI produced content with orgiastic hatred. H3Snark enables these deranged and chronically unemployed fallen fans to share their perverse pleasure of hate-watching TEI content with others by providing infringing clips and links to TEI content.

24. Beginning in the fall of 2023, H3Snark experienced a surge of new users who were "fallen fans" of the TEI series, *Leftovers*. As mentioned, the show was co-hosted by Ethan and Hasan (who is the most prominent alt-left streamer on the website, Twitch). On September 14, 2023, Ethan and Hasan debated various issues concerning China and Taiwan, such as whether Taiwan should be independent, the propriety of China's subjugation of Tibet and the genocide of the Uyghurs.[15] Due to Ethan pushing back on Hasan's pro-China positions, several *Leftover* fans who had an ecclesiastical parasocial relationship with Hasan flocked to H3Snark because they felt Ethan was critiquing them personally.

25. The surge of new users to H3Snark exploded after October 7, 2023.

[15] H3 Podcast, "Joe Biden Is Getting Impeached – Leftovers #57," at 50:06 (September 14, 2023), *available at*: https://www.youtube.com/live/EeFuFKH-uOo?si=J3-Z-J7jWtkpv_Bu&t=3006

The Kleins are dual Israeli-American citizens. Hila was born and raised in Israel, where she served as a secretary during her mandatory conscription into the Israeli Defense Forces ("IDF").[16] While both Ethan and Hila are highly supportive of Palestinian self-determination and extremely critical of Israel and its government, the Kleins support a two-state solution as the best interim solution to the conflict.[17]

26. In the wake of October 7th, Hasan emerged as the modern incarnation of The Grand Mufti Hajj Amin Al-Husseini ("Al-Husseini").[18] Like Al-Husseini, Hasan became a passionate advocate and highly charismatic leader of the

[16] H3 Podcast Highlights, *Hila From H3H3 Discusses Her Time In the Israeli Military (IDF)*, YouTube (Apr. 23, 2022), at 0:40–1:04, *available at*: https://www.youtube.com/watch?v=ytOl5hbTrCY.

[17] H3 Podcast, *i made a mistake. i'm sorry. – H3TV #93* (October 9, 2023), at 2:03:40-2:03:58, 2:05:14-2:05:20, 3:35:56-3:36:17, *available at*: https://www.youtube.com/live/ZNFeRPMOu8g?si=4jE4j8SsuGKOuiPL; H3 Podcast, *Israel vs. Gaza – Leftovers #61* (Oct. 12, 2023), at 8:26-9:20, 1:15:22-1:15:38, 2:52:33-2:52:41, *available at*: https://www.youtube.com/live/JFznOHunD_c?si=vtd4HrejPjU6kzzx; H3 Podcast, *Jay Shetty Exposed By Ex-Girlfriend & He Lied About Being A Monk – After Dark #139* (March 2, 2024), at 2:24:16-2:24:31, *available at*: https://www.youtube.com/live/5XrPXgcKwVc?si=893H-4SIKBG46jLD

[18] World War Two, *The Nazi-Islam Alliance? – Amin al-Husseini – WW2 Biography Special* (Dec. 21, 2021), *available at*: https://youtu.be/K07j-wuL8sw?si=en3seNLjS0JRmxHj; The World History Channel, *Why Did The Grand Mufti Of Palestine Collaborate With Nazi Germany?* (Jan. 30, 2025), *available at*: https://youtu.be/aVeXPFY7shI?si=ZT4GYoa27xKF6-kG; Casual Historian, *How the Zionists responded to World War Two and the Holocaust* (Feb. 8, 2025), *available at*: https://youtu.be/w6NrUiUhYiA?si=EswHI27G-9MW8OH4; Casual Historian, *The Palestine Mandate: The Origins of the Israeli-Palestinian Conflict (Supercut)* (Dec. 28, 2023), *available at*: https://youtu.be/vUuR-3tw9p8?si=EzAVrpG5IZHUKa8Y; United States Holocaust Memorial Museum, Holocaust Encyclopedia, "Hajj Amin al-Husayni: Wartime Propagandist," *available at*: https://encyclopedia.ushmm.org/content/en/article/hajj-amin-al-husayni-wartime-propagandist?parent=en%2F11094; United States Holocaust Memorial Museum, Holocaust Encyclopedia, "Hajj Amin Al-Husayni: Arab nationalist and Muslim Leader," *available at*: https://encyclopedia.ushmm.org/content/en/article/hajj-amin-al-husayni-arab-nationalist-and-muslim-leader?parent=en%2F11104; Wikipedia, "Amin al-Husseini," *available at*: https://en.wikipedia.org/wiki/Amin_al-Husseini

Palestinian cause.[19] Like Al-Husseini, Hasan used his massive platform to spread genocidal rhetoric about anyone advocating for the right of Jewish self-determination in their ancestral homeland (*i.e.*, Zionists).[20] The primary difference between Hasan and Al-Husseini is that Al-Husseini worked with the Nazis and advocated the annihilation of Jews[21] – while Hasan advocates the annihilation of all Zionists. Since the vast majority of Jews in the United States say caring about Israel is "essential" or "important," this would necessarily include the vast majority of Jews[22] – even if they support the Palestinian cause and vehemently condemn the actions of the Israeli government.

[19] Benny Morris, *1948: A History of the First Arab–Israeli War*, p. 23 (Yale Univ. Press 2008).

[20] Philip Mattar, *The Mufti of Jerusalem: Al-Hajj Amin Al-Husayni and the Palestinian National Movement* 105–06 (Rev. ed. Columbia Univ. Press 1992); Britannica, "Zionism," *available at*: https://www.britannica.com/topic/Zionism; Jewish Virtual Library, "Zionism: A Definition of Zionism," *available at*: https://www.jewishvirtuallibrary.org/a-definition-of-zionism; *see also* Tracy Wilkinson, Los Angeles Times, "Is Zionism patriotism or racism? Big disagreements over a word in use for 125 years" (May 22, 2024), *available at:* https://www.latimes.com/world-nation/story/2024-05-22/zionism-disagreement-over-a-word-in-use-for-125-years; Jewish Virtual Library, "Zionism: Table of Contents," *available at*: https://www.jewishvirtuallibrary.org/zionism

[21] Jeffrey Herf, *Nazi Propaganda for the Arab World*, p. 213 (Yale Univ. Press 2009); Kause-Michael Mallman and Martin Cuppers (Translated by Krista Smith) *Nazi Palestine* (2010); David Patterson, *A Genealogy of Evil: Anti-Semitism from Nazism to Islamic Jihad* (Cambridge Univ. Press 2010).

[22] Backa A. Alper, Pew Research Center, "How U.S. Jews are experiencing the Israel-Hamas war" (April 2, 2024), *available at*: https://www.pewresearch.org/short-reads/2024/04/02/how-us-jews-are-experiencing-the-israel-hamas-war/; Justin Nortey, Pew Research Center, "U.S. Jews have widely differing views on Israel" (May 21, 2021), *available at*: https://www.pewresearch.org/short-reads/2021/05/21/u-s-jews-have-widely-differing-views-on-israel/; The Jewish Majority, "New Poll: Jewish Voice for Peace Does Not Represent Vast majority of U.S. Jewish Community" (Feb. 12, 2025), *available at*: https://img1.wsimg.com/blobby/go/2921c434-f7d7-43f4-ade6-3a5591444c85/downloads/97dc308b-4559-4e42-a55e-53c77f75c044/Press%20release%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.pdf?ver=1739292818681



Al-Husseini Meets Adolf Hitler, November 28, 1941



Al-Husseini With His Close Friend Heinrich Himmler, 1943

"Arabs, rise as one man and fight for your sacred rights. Kill the Jews wherever you find them. This pleases God, history and religion. This saves your honor. God is with you." – Al Husseini (March 1, 1944 on Nazi radio)

27. On October 12, 2023, the last episode of *Leftovers* aired. It comprised of a discussion between Ethan and Hasan regarding the Israel/Palestine conflict and the events of October 7th.[23] During the discussion, Ethan expressed his support of the Palestinian cause and empathy for their suffering, along with condemning Israeli Prime Minister Benyamin Netanyahu. At the same time, Ethan attempted to humanize the victims of October 7th to Hasan in the hope that empathy and mutual understanding could begin the heal the divide. Hasan was unpersuaded and the relationship with Ethan and Hasan began to deteriorate.

28. In the aftermath of the falling out between Ethan and Hasan, H3Snark became a radioactive hub of "fallen fans" of TEI content and the Kleins. It became a focal point for spreading vicious lies, outlandish conspiracy theories and hallucinatory misrepresentations about the Kleins.

**The Rampant Copyright Infringement on H3Snark**

29. Despite their hatred towards the Kleins, the users of H3Snark had an insatiable appetite for TEI's content. The H3Snark users, however, did not want TEI to receive any views or advertising revenue from their consumption of TEI's content. As a result, H3Snark became a locus of copyright infringement of TEI content – as detailed below.

30. One method the H3Snark Mods employed to consume TEI content was to share links of TEI content on YewTube – a website that provides unauthorized access to YouTube videos and publicly performs them, which constitutes copyright infringement. *See Hunley v. Instagram, LLC,* 73 F.4th 1060, 1073-74 (9th Cir. 2023). YewTube had particular appeal to H3Snark Mods and H3Snark users because a video watched on YewTube does not result in a view or advertising revenue to the original on YouTube.

31. H3Snark Mods conducted live chats during TEI's live broadcasts. During the live chats, the H3Snark Mods would spam the chat with YewTube links

[23] H3 Podcast, "Israel vs Gaza – Leftovers #61" (October 12, 2023), *available at*: https://www.youtube.com/live/JFznOHunD_c?si=Cbfod032xwJ5e-FQ

of the broadcast. Once the livestream ended, the H3Snark Mods concealed the evidence of their copyright infringement by deleting the live chat logs. Below are true and correct screenshots of the H3Snark mods spamming the live chat with YewTube links to TEI copyrighted content.



32. Doe No. 3 (*i.e.*, u/sarahornejewetts) encouraged H3Snark users to use YewTube as an alternative to watching the TEI's video on its official channel by commenting on certain posts. Doe No. 3's comments were later wiped. Due to Doe No. 3's efforts, the user was anointed as one of the H3Snark Mods. Some examples of Doe No. 3 inducing copyright infringement of TEI content are contained below:

a. In August 2024, the u/PearlUnicorn created the post: "For those who wonder why Snarkers watch, moments like the second button failure." Below

is a true and correct screenshot of Doe No. 3 stating: "***We encourage folks to watch on yewtube since it doesn't play ads or contribute to their view counts***." As can be noted, Doe No. 3's comment was subsequently wiped from August 2024 post.

b. On August 28, 2024, the H3Snark Moderators created a post entitled "MEGATHREAD: The H3 Show – Aug 28 2024." Below is a true and correct screenshot of Doe No. 3 providing a link to the TEI video *Content Court: Jack Doherty – H3 Show #48* on YewTube.[24] As can be noted, Doe No. 3's comment has been wiped from the August 28, 2024 post.

[24] While Doe No. 3's post just contained a hyperlink labeled "Watch on Yewtube," the link would direct users to https://yewtu.be/watch?v=DCw4csgcEsk.



r/h3snark · 8 days ago

MEGATHREAD: The H3 Show - Aug 28 2024

sarahornejewetts · 8 days ago

Mobile Chat

Desktop Chat

Watch on Yewtube

1 vote

Go To Thread

23 votes · 11 comments

33. Under the H3Snark wiki page for "tools-tips-guides," H3Snark Mods also instructed H3Snark users on how to create clips of TEI content so these clips could be posted on H3Snark. At one point, the H3Snark Mods even instructed users how to download "Members-Only" content (*i.e.*, TEI content only accessible to paying members) so that they could be posted on H3Snark. To hide their inducement of copyright infringement, the H3Snark Mods deleted the portion on downloading "Members-Only" content from the guide. A true and correct screenshot of the portion regarding "Members-Only" content is provided below.

**TEI Issues Takedown Notices for Infringing Posts and Comments on H3Snark**

34. TEI began to fight back against the copyright infringement on H3Snark by issuing takedown notices pursuant to 17 U.S.C. Section 512(c)(3) ("DMCA Takedowns"). TEI was extremely surgical about which H3Snark posts would be subject to DMCA Takedowns. Relying on the most pertinent fair use decisions,[25] TEI issued DMCA Takedowns only for: (1) posts/comments that uploaded an entire TEI episode onto Reddit – particularly paywalled TEI content; (2) comments that provided a YewTube link to entire episodes of TEI content; or (3) posts that contained a clip of TEI content with a descriptive, non-critical title and the comments were locked by the H3Snark Mods or there were no comments after several hours.

a. August 1, 2024 DMCA Takedown: On August 1, 2024, TEI issued a DMCA Takedown for the H3Snark post entitled "H3 Live Show Behind the Scenes." The post contained a complete version of TEI's video *H3 Podcast BTS #53* – which was "Members Only" content (*i.e.*, accessible only to paying members of *The H3 Podcast* YouTube channel). On August 2, 2024 (*i.e.* one day later), Reddit honored this DMCA Takedown.

b. August 30, 2024 DMCA Takedown: On August 30, 2024, TEI issued a DMCA Takedown for a comment by Doe No. 3 (*i.e.*, u/sarahornejewetts) on the H3Snark Post entitled "MEGATHREAD: The H3 Show - Aug 28, 2024" (the "8/30/24 Takedown"). The comment contained a YewTube link to the TEI video *Content Court: Jack Doherty – H3 Show #48.*[26] On September 9, 2024 (*i.e.*, nine days later), Reddit honored the 8/30/24 Takedown.

[25] *In re DMCA Subpoena to Reddit, Inc.*, 441 F.Supp.3d 875, 883-886 (N.D. Cal. 2020); *Hughes v. Benjamin*, 437 F.Supp.3d 382, 390-394 (S.D.N.Y. 2020); *McGucken v. Pub Ocean Ltd.*, 42 F.4th 1149, 1157-1164 (9th Cir. 2022); *Warhol*, 598 U.S. at 525-550; *Elvis Presley Enterprises, Inc. v. Passport Video*, 349 F.3d 622, 627-631 (9th Cir. 2003); *Hosseinzadeh*, 276 F.Supp.3d at 41-42, 45-47; *Monge v. Maya Magazines, Inc.*, 688 F.3d 1164, 1170-1183 (9th Cir. 2012).

[26] The comment for u/sarahornejewetts (*i.e.*, Doe No. 3) no longer exists on the post, but a screenshot of it is show in connection with Paragraph 32.b, *supra*.

c. September 18, 2024 DMCA Takedown: On September 18, 2024, TEI issued a DMCA Takedown for the H3Snark post entitled "Ethan and Dan confirm that posting to snark will get you banned" (the "9/18/24 Takedown"). The post solely comprised of a clip from the TEI video *Ethan Debates Anti-Semitic Sneako Fan – H3 Show #55.* The post contained no comments because the H3Snark Mods locked the post. Reddit never informed TEI whether the 9/18/24 Takedown was honored.

d. November 22, 2024 DMCA Takedowns: On November 22, 2024, TEI issued two DMCA Takedowns

i. First Takedown: The first DMCA Takedown was for the H3Snark post "ethan talks positively about celebrity poker tour's sponsor, a sports gambling app named fliff h3 show #83." The post contained a clip from the TEI video *We Play Poker w/ Ninja, Impractical Jokers, & More! – H3 Show #83*. The post contained two comments: (1) "Dude ur flair is actually fucking frying me rn" (original spelling); and (2) "The downfall is real man." The post contained no further comments because the H3Snark Mods locked the post. On November 29, 2024 (*i.e.*, seven days later), Reddit informed TEI that it honored this DMCA Takedown.

ii. Second Takedown: The second DMCA Takedown was for the H3Snark post entitled "Ethan describes his issues with Hasan as 'personal beef.'" This post contained a clip from the TEI video entitled *Logan Paul Posted F***KING INSANE Cringe – H3 Show #84*. At the time this DMCA Takedown was issued, the post had been up for over two hours and had no comments at that time (but 130 upvotes).[27] On December 5, 2024 (*i.e.*, nearly two weeks later), Reddit informed TEI that it honored this DMCA Takedown.

[27] After this DMCA Takedown was issued (but before Reddit honored it), the post received additional comments. A true and correct PDF printout of the post taken on November 22, 2024 is attached hereto as Exhibit A. *Compare* Ex. A *with* https://www.reddit.com/r/h3snark/comments/1gxofik/ethan_describes_his_issues_with_hasan_as_personal/

e. November 26, 2024 DMCA Takedowns: On November 26, 2024, TEI issued two DMCA Takedowns.

i. First Takedown: The first DMCA Takedown was for the H3Snark post "LB says '[far leftists] hate israel because israel is backed by the west' and this can lead to antisemitism. Ethan agrees, then says freedom of religion, speech, press, and to 'control what happens in your own work space' would be under state-control in communism – h3 show #85." (original spelling and brackets). The post contained a clip from the TEI video entitled *I Haven't Been Well – H3 Show #85*. The post contained no comments because the H3Snark Mods locked the post. On December 6, 2024 (*i.e.*, ten days later), Reddit informed TEI that it honored this DMCA Takedown.

ii. Second Takedown: The second DMCA Takedown for the H3Snark post "Lena asks Lonerbox about civilians and doesn't get a direct answer: 'It's always civilians are dying… BUT… and then theres a reason for justifying it.'" (original ellipses and spelling) (the "Second 11/26/24 Takedown"). The post contained a clip from the TEI video entitled *I Haven't Been Well – H3 Show #85*. The post contained no comments because the H3Snark Mods locked the post. On December 6, 2024 (*i.e.*, ten days later), Reddit informed TEI that it honored this DMCA Takedown.

**The H3Snark Mods' Efforts to Issue Fraudulent Counternotifications**

35. The H3Snark Mods made a concerted effort to issue fraudulent counternotifications to TEI's DMCA Takedowns, as detailed below:

a. On January 15, 2025, Reddit informed TEI that a so-called counternotification was issued against both the 8/30/24 Takedown the 9/18/24 Takedown (the "First Fraudulent Counternotification").[28] The First Fraudulent Counternotification was issued on October 18, 2024 – *i.e.*, Reddit informed TEI

[28] A true and correct copy of the First Fraudulent Counternotification is attached hereto as Exhibit B.

nearly three months later.

i. On its face, the First Fraudulent Counternotification failed to satisfy the requirements of 17 U.S.C. Section 512(g)(3) because it failed to include: (1) the issuer's address and telephone number; (2) consent to jurisdiction and service of process; and (3) a statement made under penalty of perjury.

ii. Further, the First Fraudulent Counternotification contained numerous indicia of being fraudulent because: (1) it was a single counternotification for posts made by two different users (*i.e.* u/sarahornejewetts and u/obrienpotatoes); and (2) it misrepresented that the 8/30/24 Takedown was for the post and not the comment with the YewTube link.

iii. It was also evident the First Fraudulent Counternotification was issued by the H3Snark Mods because it stated: (1) "We are writing to contest the removal of two posts from ***our subreddit*** under alleged copyright claims" (emphasis added); (2) "***We believe these reports may have been filed by fans rather than the legitimate copyright holder***" (emphasis added) – despite the fact that TEI's counsel's contact information was provided in both the 8/30/24 Takedown and 9/18/24 Takedown; and (3) the name of the issuer was "Michael Anderson" – a generic name that would make it impossible to identify the issuer of the First Fraudulent Counternotification.

iv. On January 16-17, 2025 (*i.e.*, two days after receiving the First Fraudulent Counternotification), TEI explained in exacting detail the facts and law demonstrating the First Fraudulent Counternotification was invalid. On March 18, 2025 (*i.e.*, over two months later), Reddit responded that it agreed that the First Fraudulent Counternotification was invalid – but claimed that it would refuse to honor the 8/30/24 Takedown because the post only linked to TEI's video on YouTube. The same day, TEI explained to Reddit that this was false because the 8/30/24 Takedown explicitly stated it was directed at the comment by Doe No. 3 (*i.e.*, u/sarahornejewetts) and contained a YewTube link, including providing a

screenshot for the comment. To date, Reddit has not responded.

b. Additionally, on March 18, 2025 (the same day Reddit informed TEI that the First Fraudulent Counternotification was invalid), Reddit notified TEI that another counternotification was issued regarding the 9/18/24 Takedown (the "Second Fraudulent Counternotification").[29] The Second Fraudulent Counternotification was issued on December 5, 2024 (*i.e.*, Reddit notified TEI three and a half months later).

i. The Second Fraudulent Counternotification contained no indicia that the issuer considered the four fair use factors prior to issuing the Second Fraudulent Counternotification – which is unlawful. *See Hosseinzadeh*, 276 F.Supp.3d at 36; *Hughes*, 437 F.Supp.3d at 394-395; *cf* *Lenz v. Universal Music Group*, 815 F.2d 1145, 1149, 1154-55 (9th Cir. 2016). Further, the language of the Second Fraudulent Counternotification demonstrated the issuer – u/obrienpotatoes – did not understand fair use in general, by stating: (1) "This was an abuse of the fair use system" (which is bizarre because u/obrienpotates was claiming fair use, not TEI); and (2) the conclusory assertion "Even so, it would still be allowed under fair use" without any analysis. This is further emphasized by an April 11, 2025 post on X by @obrienpotatoes1. In the post, @obrienpotatoes posted the cease and desist letter sent by TEI's counsel and defended the Reddit post by claiming it was only "A MINUTE AND A HALF LONG CLIP" – *i.e.*, only focusing on the amount used and not the other fair use factors.[30]

ii. The Second Fraudulent Counternotification also echoed language similar to the First Fraudulent Counternotification – indicating the H3Snark Mods worked with u/obrienpotatoes to issue the Second Fraudulent Counternotification: "This subreddit has also been mercy to many ***bad faith brigades*** recently, so ***I do not believe this appeal was filed by the actual copyright***

[29] A true and correct copy of the Second Fraudulent Counternotification is attached hereto as Exhibit C.

[30] *See* https://x.com/obrienpotatoes1/status/1910711822212067372

***owner***" (emphasis added) – despite the 9/18/24 Takedown containing TEI's counsel's contact information.

iii. Additionally, after the Second 11/26/24 Takedown was issued, one of the H3Snark Mods (who later deleted their account) left a comment on the post stating: "I reached out via DM to discuss how to appeal these, if you're willing to fill out the form." This further emphasizes the H3Snark Mods coordinated a campaign of issuing fraudulent counternotifications to enable H3Snark's copyright infringement of TEI's works.

c. The H3Snark Mods went on a public relations campaign to paint TEI's DMCA Takedowns as fraudulent to cover up their copyright infringement. To achieve this objective, the H3Snark Mods authored several posts misrepresenting the facts.[31]

d. After Ethan became vocal about pursuing claims against H3Snark, the H3Snark Mods began deleting their posts, comments and accounts *en masse* to perpetuate their false narrative and conceal their copyright infringement (along with other illegal activity, such as organized harassment and defamation).

e. On March 5, 2025, a YouTuber by the name of "The Law" posted a video on YouTube entitled *Dear H3Snark, I see you.*[32] In the video, The Law admits he was a former H3Snark user who came to reject the obsessive and destructive behavior he saw taking over the subreddit. He documented the acts of copyright infringement by H3Snark users and H3Snark Mods (and other unlawful

[31] https://www.reddit.com/r/h3snark/comments/1h851se/false_copyright_strike_tracker_megathread_ethan/; https://www.reddit.com/r/h3snark/comments/1fdmu80/h3ethan_klein_is_abusing_the_copyright_system_by/; https://www.reddit.com/r/h3snark/comments/1h79qk3/another_false_copyright_strike_likely_from_ethan/; https://www.reddit.com/r/h3snark/comments/1hvtb5v/confirmed_ethan_klein_hired_an_attorney_to_issue/

[32] The Law, *Dear H3Snark, I see you.* (March 3, 2025), *available at:* https://youtu.be/lfjbgNjo0Oc?si=zbNomCBmxySgCuvU

conduct), including their attempts to conceal their unlawful conduct. The video documents:

i. The H3Snark Mods deleted posts after Ethan announced plans to pursue legal action against H3Snark for harassment (1:18-1:41);

ii. How the H3Snark Mods abused the live chat feature on Reddit to promote harassment and defamatory statements, including promoting some of the egregious offenders into H3Snark Mods (2:02-4:54);

iii. How the H3Snark Mods use "sock puppet accounts" (*i.e.*, using a false online identity for deceptive purposes) to conceal their identities while engaging in harassment – which were deleted after Ethan announced he would pursue legal action against H3Snark (4:55-6:51); and

iv. How the H3Snark Mods purposefully lied about TEI's DMCA Takedowns to conceal their copyright infringement and obfuscate their intent to siphon views and ad revenue away from TEI (6:52-9:11).

**<u>TEI Creates and Registers *The Nuke*</u>**

36. By the fall of 2024, Ethan and Hila Klein's concern reached a fever pitch over Hasan radicalizing his audience with propaganda from Ansar Allah a/k/a The Houthis, Hezbollah and Hamas. The Kleins were equally concerned with Twitch's refusal to enforce its Community Guidelines against Hasan and his so-called "Waiting Room" – *i.e.*, other Twitch streamers, like Denims, who parrot Hasan and parasitically leach off his audience by broadcasting immediately before or after his streams.

37. Hasan and his Waiting Room hijacked the necessary and important discussion of the Israeli-Palestinian conflict and the Gaza War. They employed genocidal rhetoric that painted all Israelis as subhuman warranting annihilation. The term "Zionist" lost all meaning and quickly mutated into a thinly-veiled dog whistle for Jews.[33] To combat the tsunami of hateful rhetoric, Ethan and Hila Klein –

[33] The term "Zionist" was used as a slur to paint anyone who supported the (continued).

through TEI – created *Content Nuke: Hasan Piker.*

38. *The Nuke* was written, shot and edited from December 2024 through January 2025. On January 27, 2024 (*i.e.*, four days before the Nuke was publicly released on TEI's h3h3Productions YouTube channel), TEI submitted its application to register *The Nuke* with the United States Copyright Office (the "USCO"). On January 28, 2025, the USCO received the deposit copy of the Nuke (the "Deposit Copy"). The registration number for *The Nuke* is PAu 4-256-429.

39. The Deposit Copy varied slightly from the broadcast version of *The Nuke* (the "Broadcast Version"). First, the Deposit Copy did not contain the conclusion and sponsor segment that was contained in the Broadcast Version. Second, to prevent *The Nuke* from being age-restricted by YouTube (which would limit its reach), TEI was required to fully blur out the footage of the Houthis entering the bridge of the *Galaxy Leader* and black out the footage of Hamas releasing hostages from November 2023. Third, minor visual edits were made. Ultimately, all of the Deposit Copy was incorporated into the broadcast version of the Nuke comprised of the Deposit Copy.[34]

---

existence of Israel or a two-state solution as a Kahanist (Jewish Supremacist) or Israeli Religious Nationalist. In the most recent Israeli Legislative Election in 2022, the coalition of these parties only received 10.84% of the vote. Wikipedia, "Kahanism" *available at*: https://en.wikipedia.org/wiki/Kahanism; Institute for Middle Eastern Understanding, "Fact Sheet: Meir Kahane & The Extremist Kahanist Movement" (May 17, 2024), *available at*: https://imeu.org/article/fact-sheet-meir-kahane-the-extremist-kahanist-movement; Wikipedia, "National Religious Party," *available at*: https://en.wikipedia.org/wiki/National_Religious_Party; The Israel Democracy Institute, "National Religious Party (Mafdal)," *available at*: https://en.idi.org.il/israeli-elections-and-parties/parties/national-religious-party/; Wikipedia, "2022 Israeli legislative election," *available at*: https://en.wikipedia.org/wiki/2022_Israeli_legislative_election.

[34] TEI is concurrently-filing with this Complaint a Notice of Lodging accompanied by a flash drive containing various video exhibits referenced in the Complaint (the "Flash Drive"). A true and correct copy of the Deposit Copy is located on the Flash Drive as Exhibit D. A true and correct copy of the Broadcast Version is located on (continued).

***The Nuke***

40. *The Nuke* is a tragi-comic documentary critiquing Hasan and Twitch. It contains of original footage, highly edited montages, parodic skits and archival materials (a great deal of which are owned by TEI). *The Nuke* can be divided into seven sections: (1) The Prologue; (2) The Twitch Parody Sketch; (3) The Houthi Section; (4) The Hezbollah Section; (5) The Hamas Section; (6) The Twitch Section; and (7) The Conclusion.

a. <u>The Prologue (Ex. E at 0:00:00-0:25:40)</u>: The Prologue walks the audience through Ethan's thesis of *The Nuke*: that Hasan radicalizes his audience with genocidal and antisemitic terrorist propaganda.

i. While admitting both of himself and Hasan are polarizing figures with controversial takes, Ethan explains he grew concerned with Hasan's rhetoric after hearing him excuse Russian and Chinese genocide and imperialism, namely Hasan's positions on Crimea, Tibet, Taiwan and the Uyghurs.

ii. Once October 7th occurred, Ethan's concerns were exacerbated. He received a torrent of antisemitic comments from Hasan's audience and saw Hasan downplay the sexual violence perpetrated by Hamas on October 7th.

iii. Ethan explains that the primary difference of opinion between him and Hasan (and his audience). While both are aligned on supporting the Palestinian cause – including condemning Israeli Prime Minister Benyamin Netanyahu, Israeli settlements and Israeli settlers – they differ in one key aspect regarding how to solve the conflict: Ethan believes in a two-state solution, while Hasan (and his audience) believe in a one-state solution.

iv. Ethan articulates the concerns Israelis have with a one-state solution: Israel has been at war with its Arab neighbors since the country's inception. As a nation of refugees, the idea of suddenly becoming a minority raises legitimate concerns – particularly for the Mizrahi Jews (*i.e.*, Jews from Arab

the Flash Drive as Exhibit E.

countries) who were expelled from Arab countries.

v. Ethan then shows archival footage of Hasan: (1) supporting terrorism and glorifying terrorists; (2) admitting to hiding his "power level" (*i.e.*, extremism) because it is a more palatable way to introduce young people into the "radicalization funnel"; (3) conceding to being a propagandist; and (4) expressing vitriolic hatred of liberals. Ethan further points out that Twitch takes no action to moderate Hasan.

vi. Ethan ends The Prologue by expressing his underlying fear that he played a role in mainstreaming Hasan and that he radicalized Ethan's audience.

b. <u>The Twitch Parody Sketch (Ex. E at 0:25:41-0:30:39)</u>: The next section involves Ethan parodying a Twitch advertising executive. In the scene, Ethan mocks how Twitch has embraced Hasan's extremist rhetoric and rebrands terrorism as socially acceptable. After the sketch ends, Ethan shows a media bias report that ranked Hasan as one of the most extreme and unreliable news sources.

c. <u>The Houthis Section (Ex. E at 0:30:40-0:55:33)</u>: The Houthi Section focuses on Hasan radicalizing his audience by glorifying and disseminating Houthi propaganda.

i. Ethan begins with an overview of various Houthi atrocities and how they contradict leftist values. Examples include recruiting child soldiers, shelling and blocking aid to civilians, ruining agricultural land with mines, oppressing women and members of the LGBTQ community, torturing and killing women and slavery. Ethan also highlights the Houthi's antisemitism – such as performing Nazi salutes and the slogan on their flag calling for "Death to Israel" and "Curse Upon the Jews."

ii. Ethan critiques Hasan's coverage of the Houthis by using his stream with Nick Polom p/k/a Nmplol ("Nick") as a case study. Hasan exploits Nick's political naiveté by putting on a Houthi propaganda music video and leaving

Nick alone who watches in abject horror. Ethan cites Twitch's Community Guidelines – which explicitly prohibit showing terrorist propaganda for any purpose. Despite this, Twitch refuses to enforce its Community Guidelines against Hasan. Hasan downplays to Nick the fact that the Houthi propaganda video is terrorist propaganda by describing the video as merely a "musical" and the Houthis as "musical people." When Hasan mischaracterizes the hijacking of the ship the *Galaxy Leader* as an effective deterrent against Israel, Ethan debunks Hasan's assertions that the ship was in Houthi waters, destined to Israel or an Israeli ship. Ethan also excoriates Hasan for minimizing the Houthis taking the crew of the *Galaxy Leader* hostage.

iii.    Ethan also critiques Hasan's misguided belief that, if Israeli commerce is disrupted, Israelis will leave Israel. Ethan demonstrates 80% of Israelis were born in the country and have nowhere else to go. This is exacerbated by the fact that the majority of Jewish Israelis fled (or are descendants from those who fled) Arab countries. The argument that Jews will "return where they came from" is ahistorical and denies the connection of Jews to the Middle East. Rather, it furthers an antisemitic conspiracy theory that questions the origins of the Jews in an attempt to brand Jewish Israelis as outsiders and colonizers.

iv.    Ethan shows another example of Hasan watching and praising a different Houthi propaganda music video. To mock Hasan's laudatory coverage of this video, Ethan juxtaposes the Houthi music video with a highly edited version of the Miami Boys Jewish Choir singing "Yerushalim."

v.    Ethan lambasts Hasan's interview of the Houthi terrorist Rashid Al-Haddad a/k/a Tim "Houthi" Chalamet ("Al-Haddad"). Al-Haddad became a viral sensation on TikTok when he shot footage of himself boarding the *Galaxy Leader*. Ethan mocks Hasan's self-described "journalism" through a montage of Hasan acting like a fan girl, asking frivolous questions and blindly accepting Al-Haddad's answers – particularly his absurd claim that he danced with

the crew taken hostage and that he successfully convinced the crew to hate Israel.

vi. Ethan exposes Hasan's subsequent attempts to downplay Al-Haddad's Houthi connections as disingenuous and a form of bigotry. Not only did Hasan believe he was speaking with a Houthi and promoted the interview as being with a Houthi, Al-Haddad's social media posts admitted and reinforced this fact. When confronted with Al-Haddad's social media posts that fail to distinguish between Jews and Zionists, Hasan engages in all forms of apologia to excuse Al-Haddad's genocidal and antisemitic rhetoric. Hasan even grotesquely compares Al-Haddad to Anne Frank – which Ethan mocks as the Twitch advertising executive.

vii. The Houthi section ends with Ethan excoriating Hasan with a montage of him cynically deflecting and evading criticism by exploiting the term "genocide." This hypocrisy is highlighted by footage of Hasan from a few years ago where he was unable to locate Yemen on a map (and even confusing it with Israel).

d. The Hezbollah Section (Ex. E at 0:55:44-1:01:43): The Hezbollah Section focuses on Hasan radicalizing his audience by disseminating and glorifying Hezbollah propaganda.

i. Ethan begins by highlighting some of Hezbollah's atrocities and how they contradict leftist values. Examples include engaging in terrorism resulting in the deaths of thousands of civilians, the assassination of Lebanese Prime Minister Rafik Al-Hariri, hijacking airplanes, firing 15,000 rockets in civilian areas, being a designated terrorist group and its participation in the Syrian genocide to prop up the dictator Bashar Al-Assad.

ii. Next, Ethan critiques Hasan by juxtaposing scenes of him downplaying and excusing Hezbollah's genocidal terrorism and praising Hassan Nasrallah (Hezbollah's former leader) with Nasrallah's numerous antisemitic and genocidal statements against Jews.

iii. Ethan goes on to critique Hasan's lazy and ignorant

apologia for Hezbollah and analysis of the conflict, such as branding any criticism of Hezbollah as Islamophobic and Hasan telling Nick that Israel attacked Lebanon because "they were just there." Ethan refutes these assertions by demonstrating Hezbollah began firing rockets at Israel the day after October 7th, killed over 100 Israelis and displaced over 200,000. Ethan questions how Hasan's falsehoods help his position when, in reality, Hasan's misrepresentations only exacerbate the conflict.

e. <u>The Hamas Section (Ex. E at 1:01:44-1:11:50)</u>: The Hamas Section focuses on Hasan radicalizing his audience by disseminating and glorifying Hamas propaganda, coupled with denying the atrocities of October 7th.

i. Ethan begins by highlighting some of Hamas' atrocities and how they contradict leftist values. Examples include recruiting children, committing hundreds of suicide bombings that target civilians, firing 50,000 rockets into civilian areas, oppression of women, punishing homosexuality by death, stealing aid intended for Gazans for its own military use or exploiting Gazans by selling the aid back to them.

ii. Next, Ethan critiques Hasan's reaction to a Hamas propaganda video from November 2023 involving the release of Israeli hostages. Hasan gushes effusively over Hamas' treatment of the hostages. He even makes the absurd claim that hostages released in the future will chose to stay in Gaza rather than return to Israel. When a member of Hasan's audience points out the hostages are traumatized, Hasan claims the hostages are "just chillin." Ethan correctly points out that these scenes are staged by Hamas, that the hostages are still being held at gunpoint and provided instructions on how to behave, such as "keep waving."

iii. Ethan goes on to lambast Hasan's reaction to a Hamas propaganda video depicting Hamas creating homemade sniper rifles. Hasan plays the entire clip without any commentary or criticism. Once complete, Hasan's explanation for showing the video is a nonsensical word salad of buzzwords that

have nothing to do with the contents of the video.

iv. Ethan goes on to address Hasan's grotesque denial of sexual violence perpetrated by Hamas on October 7th. He shows a montage of numerous clips of Hasan explicitly denying the sexual violence of October 7th and scoffing at President Biden and Vice-President Harris discussing said violence. Ethan refutes Hasan's denials by showing clips of victim testimony from Sheryl Sandberg's documentary *Screams Before Silence* and displayed the conclusion of a United Nations report that stated:

> Overall, based on the totality of information gathered from multiple and independent sources at the different locations, there are reasonable grounds to believe that conflict-related sexual violence occurred at several locations across the Gaza periphery, including in the form of rape and gang rape, during the 7 October 2023 attacks. Credible circumstantial information which may be indicative of some forms of sexual violence, including genital mutilation, sexualized torture, or cruel, inhuman and degrading treatment, was also gathered.

v. Ethan concludes the section by addressing the heart of the matter. Hasan exacerbates the Israeli-Palestinian conflict by denying the suffering of Israeli victims to hold up Hamas as unimpeachable. As Ethan poignantly states:

> This conflict will never end until people realize that Palestinian liberation and Israeli security are not mutually exclusive. You need both. And it can be done, but not while people like Hasan lie, propagandize and incite hate. It's people like him, ironically, that prolong the conflict indefinitely. There's no space for conversation. There is no space for rational thought. There is no space for nuance. My position on Palestine is like five degrees off from where Hasan is. And to him and his community, I'm the devil. I'm a Nazi. It's delusional thinking. And it's destructive to their own cause.

f. The Twitch Section (Ex. E at 1:11:51-1:40:29): The Twitch Section explores the role Twitch plays in enabling Hasan and his Waiting Room to violate Twitch's Community Guidelines.

i. Ethan begins by critiquing Twitch's Chief Executive Officer, Dan Clancy ("Clancy"). He points to Clancy's ineffectiveness as a CEO, namely rolling back his initiative to change revenue splits and the size of sponsor logos on stream – along with laying off significant portions of Twitch staff. Clancy explicitly states he is a fan of Hasan and is aware of his rhetoric. Clancy even sang

Hasan "Happy Birthday" and forced Twitch employees to sing along while being filmed. Ethan also discusses the creepiness of Clancy's penchant for e-girls (*i.e.*, young, female Twitch streamers whose streams are about highlighting their physical assets) by pointing to two examples of Clancy's stories feature on the Twitch app being completely populated by e-girls.

ii. Next, Ethan discusses another Twitch streamer who is a member of Hasan's Waiting Room, Morgan Kamal Majed p/k/a Frogan, by showcasing numerous instances of her moral bankruptcy. Despite Frogan claiming to support the Palestinian cause, she condemned the large streamer, Ludwig Ahgren ("Ludwig"), by telling him to keep his $10,000 donation to Palestine because Ludwig decided not to organize a charity drive for Palestinians (even though he encouraged his viewers to donate).

iii. Ethan also highlights numerous instances of Frogan's cruelty. In one clip, Frogan wishes soldiers to get PTSD. A few days later (when the clip caused tremendous controversy), Frogan watched the clip while giggling and justifying her take. Despite veterans receiving protected status under Twitch's Community Guidelines, Twitch did nothing to sanction Frogan for these statements. In another clip, Frogan conducts a subathon (a marathon to acquire paid subscriptions) where she promises to make a cake recreating September 11th if she reaches a certain goal. Once again, Twitch did nothing. Ethan highlights the tweet that Frogan made on the morning of October 7th, while the massacre was still ongoing. Frogan's tweet stated: "leftists preach and foam at the mouth at the thought of a revolution happening in america, but as soon as it happens in the middle east what they're doing is wrong" (original spelling). Ethan juxtaposes this tweet with audio of cell phone conversations of victims of October 7th speaking with their parents during their final moments.

iv. Ethan critiques how Twitch props up Frogan, by refusing to sanction her, giving her awards and featuring her on Twitch's home page. He

also mocks Frogan being nominated by her friends twice for a rising star award.

v.     Most notably, Ethan lambasts Twitch for allowing Frogan to host a panel at TwitchCon 2024. The panel involved a racial tier list with "Arab" at the top and "Loves Sabra" at the bottom. While the premise of the tier list is who can say the word "Habibi" (an Arabic term of affection), the term "Loves Sabra" was a dog whistle for Jews and Israelis for several reasons. First, Sabra is a well-known Israeli commercial hummus brand that is on the Boycott, Divestment and Sanctions list. Second, the term "Sabra" means a Jew born in Israel. Third, it falsely asserts Israelis misappropriated Arab culture and identity. As evidenced by a clip from Frogan's podcast, the purpose of disseminating this disinformation is to deny the long historical ties of Jews to the Middle East and the Levant. Ethan further highlights the hypocrisy and bigotry of these false claims by noting Arab culture and cuisine is Israeli culture and cuisine because the majority of Israeli Jews are from Arab countries or direct descendants of Jews from Arab countries. Fourth, Ethan was put in the "Loves Sabra" category with Denims "joking" that there should be a lower category for Zionist. Fifth, Ethan notes that Ben Shapiro ("Shapiro") is put in the thumbnail for the video with Ethan – despite Shapiro not being put on the list whatsoever. Rather, the only explanation is that both Ethan and Shapiro are Jewish and married to women born in Israel. Sixth, Ethan notes that the title of the video is *How Arab Are These Twitch Streamers?!* – which belies the assertion that the ranking was merely about hummus. Ethan concludes this segment by pointing out the hypocrisy of the panelists claiming to be concerned with minorities, while refusing to acknowledge why their tier list makes a Jewish man uncomfortable. Finally, Ethan marvels that Twitch approved the panel in the first place.

vi.     Ethan critiques a Q&A session Clancy conducted on Twitch shortly after the controversy over the racial tier list erupted. Several chatters for the Q&A session asked Clancy to address the antisemitism on Twitch – all of

whom were banned from the chat.

vii. Ethan addresses the yearlong ban Twitch imposed to prevent Israeli users from creating new Twitch accounts. The ban was enacted on October 13, 2023 (*i.e.*, six days after October 7th) – which is also the Global Day of Jihad (a day of mass rage called for by Hamas leader, Khaled Mashal).[35] Despite numerous instances of Israeli Twitch streamers communicating directly with Twitch about the issue and trying to raise awareness online, Twitch either ignored or obfuscated the issue until there was a massive public outcry.

viii. Ethan goes on to excoriate Twitch for reinstating three well-known antisemites shortly after the ban was discovered: (1) Al-Haddad; (2) Nicolas 'Nico' Kenn De Balinthazy p/k/a Sneako; and (3) Amrou Fudl p/k/a Mryon Gaines from Fresh and Fit. Once again, Twitch reversed course after a public outcry.

ix. Ethan points out how antisemitism and anti-Israel animus appears institutionalized at Twitch. Ethan cites two Twitch employees in leadership positions who made antisemitic and anti-Israel posts online. First is Fadzai Madzingira ("Madzingira") – who was investigated and suspended from her role in the British media regulatory agency, Oxcom. Madzingira was called out in the middle of the United Kingdom's Parliament for her anti-Israel and antisemitic posts shortly after October 7th. After she resigned, Madzingira was hired by Twitch as a Senior Manager in Twitch's Trust & Safety Policy department (*i.e.*, the department

[35] Andrew Jeong, Washington Post, "France Bans Pro-Palestinian Protests Amid Call for Hamas 'Day of Rage'" (Oct. 13, 2023) *available at*: https://www.washingtonpost.com/world/2023/10/13/france-palestine-protest-hamas-day-of-rage/; Simon Wiesenthal Ctr., "Hamas Call for Worldwide 'Day of Rage'", (Oct. 2023), *available at*: https://www.wiesenthal.com/about/news/hamas-call-for-worldwide.html; ABC News Live, "Hamas Declares 'Day of Rage'" (Oct. 13, 2023), https://www.youtube.com/watch?v=dOoNLREwxJs; Meredith Deliso, ABC News, "Hamas 'Day of Rage' Protests Break Out in Middle East and Beyond" (Oct. 13, 2023), https://abcnews.go.com/International/hamas-day-rage-protests-break-middle-east/story?id=103955873.

responsible for the Community Guidelines). Another example is Bridget Kyeremateng – who is Twitch's Senior Manager for Inclusive Marketing – and has a history of making antisemitic and anti-Israel posts, including shortly after October 7th.

x.      Ethan concludes the section by critiquing Twitch's biased and inconsistent enforcement of its Community Guidelines. He uses the ban of Steven Bonnell II p/k/a Destiny ("Destiny") as a case study. Destiny was permanently banned from Twitch for calling the streamer and transactivist Clara Sorrenti p/k/a Keffals "inbred." A montage is shown of Hasan repeatedly referring to Jews and Israelis as "inbred" or laughing at Jews being called "inbred." Hasan received no punishment from Twitch because he is Clancy's favorite streamer. Ethan recaps other examples of Hasan flagrant violations of Twitch's Community Guidelines that resulted in no consequences. Not only did Hasan call Jews and Israelis "inbred" and platformed terrorists and terrorist propaganda, Hasan threatened Senator Tom Cotton by replying to Senator Cotton's tweet with a schematic of the weapon used to assassinate Japanese Prime Minister Shinzo Abi. This is followed by a montage of numerous instances of alt-left streamers on Twitch, including Denims, making death threats without any (or minimal) consequences from Twitch.

g.      Conclusion (Ex. E at 1:40:30-1:42:05: Ethan ends *The Nuke* by summarizing the two reasons why he made the video. First, to stop Hasan's infiltration of mainstream media. Second, to hold Twitch accountable for enabling antisemitic and anti-Israel animus on its platform.

**The *Countdown Episode* and its Registration**

41.    On January 31, 2025, TEI made a live broadcast of the *Countdown Episode* immediately before releasing *The Nuke*. The *Countdown Episode* covered various topics and was 1:06:21 in duration. A true and correct copy of the Deposit Copy is located on the Flash Drive as Exhibit F.

42. After TEI discovered that Denims infringed the *Countdown Episode*, it registered *Countdown Episode* with the USCO on March 31, 2025 and given the registration number PAu004257253.

**<u>H3Snark Promotes Denims as a Substitute to Watching *The Nuke*</u>**

43. Throughout January 2025, Ethan built up public interest in *The Nuke* by frequently discussing it on *The H3 Show*. The audience of Hasan and his Waiting Room – who comprised a large portion of the users on H3Snark – anticipated *The Nuke* with religious fervor to defend their proverbial Grand Mufti from criticism. These fanatics, however, did not want to watch the authorized version *The Nuke* because TEI would reap the benefits from the views and resulting advertising revenue.

44. The H3Snark Mods knew that there was a huge demand to watch *The Nuke* through unauthorized channels and promoted "group viewing sessions" of *The Nuke* as follows:

a. On January 30, 2025 (*i.e.*, the day before the *Countdown Episode* and *The Nuke* were released), Doe No. 3 (*i.e.*, u/jewettornesarah) – as an H3Snark Mod and on behalf of the H3Snark Mods – created a pinned post entitled "MEGATHREAD | Content Nuke – Where to Watch & Discussion" ("First Inducement Post"). As a pinned community post, the First Inducement Post was featured at the very top of the H3Snark page in the "Community highlights" section before any other posts were visible. The H3Snark Mods did this to maximize the visibility of the First Inducement Post. The First Inducement Post featured Denims as a place "to watch the nuke without showing support for H3" (*i.e.*, TEI) and a link was provided to her stream on Twitch. The First Inducement Post also stated that Denims "supported" H3Snark "by engaging directly with [the H3Snark Mods] directly." A true and correct PDF printout of the First Inducement Post is attached hereto as Exhibit G.

b. On January 31, 2025 (*i.e.*, the day the *Countdown Episode* and

*The Nuke* were released), the H3Snark Mods created and updated a pinned community post entitled "Ethan Klein's Content Nuke on Hasan Piker | H3Snark Megathread" (the "Second Inducement Post"). The Second Inducement Post was also a pinned community post that was featured at the very top of the H3Snark page to maximize visibility. The Second Inducement Post featured Denims as a place "to watch reactions to this video" (*i.e.*, *The Nuke*) and a link was provided to her stream on Twitch. A true and correct PDF printout of the Second Inducement Post is attached hereto as Exhibit H.

  c. On January 31, 2025 (*i.e.*, the day the *Countdown Episode* and *The Nuke* were released), the H3Snark Mods created another pinned community post entitled "DENIMS is LIVE reacting now to today's H3 podcast episode and the 'content nuke' video Ethan is publishing in about an hour" (the "Third Inducement Post"). The Third Inducement Post was also a pinned community post that was featured at the very top of the H3Snark page to maximize visibility. A true and correct PDF printout of the Third Inducement Post is attached hereto as Exhibit I.

  d. At some point after January 31, 2025, the H3Snark Mods deleted the First Inducement Post, Second Inducement Post and Third Inducement Post to conceal their contributory infringement of the *Countdown Episode* and *The Nuke*.

45. The H3Snark Mods were well aware of Denims' reputation for copyright infringement and lazy reaction videos. As such, the H3Snark Mods knew that it was highly likely Denims' reaction to the *Countdown Episode* and *The Nuke* would be an infringing "group viewing session" of the Works and not a fair use. The H3Snark Mods coordinated with Denims to direct H3Snark users to Denims' "group viewing session" of the *Countdown Episode* and *The Nuke*.

**The Law of Fair Use and Reaction Videos**

46. Fair use is codified in Section 107 of the Copyright Act. The statute

sets forth four non-exclusive factors courts consider to evaluate fair use:

1. [T]he purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;
2. [T]he nature of the copyrighted work;
3. [T]he amount and substantiality of the portion used in relation to the copyrighted work as a whole; and
4. [T]he effect of the use upon the potential market for or value of the copyrighted work

47.     The first fair use factor "relates to the problem of substitution" – *i.e.*, whether the new work "supersedes" or "supplant[s]" the original. *Warhol*, 598 U.S. at 527. The "central question" is whether the secondary work "adds something new, with a further purpose or different character." *Id.* at 528. The mere fact that a secondary use has "some further purpose" or "add[s] something new … does ***not*** render such uses fair." *Id.* at 528-529 (emphasis added). Rather, "whether an allegedly infringing use has a further purpose or different character" is "a ***matter of degree***, and the degree of difference ***must*** be weighed against other considerations, like commercialism." *Id.* at 532 (emphasis added).

48.     While a "use that has a further purpose or different character is said to be 'transformative[,]' … 'transformativeness' is a matter of degree." *Warhol*, 598 U.S. at 529. Indeed, "an overbroad concept of transformative use, one that includes any further purpose, or any different character, would narrow the copyright owner's exclusive right to create derivative works." *Id.* "To preserve that right, the degree of transformation required to make 'transformative' use of an original must go beyond that required to qualify as a derivative." *Id.*

49.     The "first factor also relates to the justification for the use" both in the "broad sense" and the "narrower sense." *Warhol*, 598 U.S. at 531-532. A use is justified in the "broad sense" if it has a "distinct purpose" that "furthers the goal of copyright, namely, to promote the progress of science and the arts, without diminishing the incentive to create." *Id.* at 531. A use is justified in the "narrower sense" when it "is reasonably necessary to achieve the user's new purpose." *Id.* Such justification is "particularly relevant to assessing fair use" where "wide

dissemination of a secondary work would otherwise run the risk of substitution for the original or licensed derivatives." *Id.* Again, "the question of justification is one of degree." *Id.*

50. A "critical book review" illustrates how a secondary use must be justified both in the broad and narrow sense. *Warhol*, 598 U.S. at 528 fn. 4. In the broad sense, the use of the original serves "a different purpose than the book" (*i.e.,* criticism and commentary). *Id.* In the narrow sense, "each quoted passage within the review likely serves a different purpose (an object of criticism) than it does in the book." *Id.* Critically, this "may not always be so" and "a court must consider each use within the whole to determine whether the copying is fair." *Id.* Consequently, "[e]ven book reviews are not entitled to a presumption of fairness." *Id.,* 598 U.S. at 532 fn. 7.

51. There are several indicia of when a use for criticism or commentary is not sufficiently transformative to justify a secondary use.

a. When the "commentary has no critical bearing on the substance or style of the original composition, the claim to fairness in borrowing from another's work diminishes accordingly (if it does not vanish), and other factors, like the extent of its commerciality, loom larger." *Warhol*, 598 U.S. at 530-531. Indeed, "a loose topical connection" with the original work is equally problematic. *McGucken*, 42 F.4th at 1159.

b. When "a defendant copies more than is necessary to facilitate 'comment or criticism.'" *Penguin Random House LLC v. Colting*, 270 F.Supp.3d 736, 751 (S.D.N.Y. 2017). "The law is clear that, to be considered transformative criticism, the aspects of a work that reproduce another's protected expression must be in service of commentary on that work. It is not enough for part of a work to have a transformative purpose." *Id.*

c. When the "use" of the copyrighted work "is not consistently transformative." *Elvis Presley*, 349 F.3d at 628. For example when "clips are

played without much interruption, if any" or "used in excess of [the] benign purpose." *Id.* at 629.

d. The use of "voice overs," "headlines or captions" or "wholesale copying sprinkled with written commentary," fails to sufficiently transform a copyrighted work under the first fair use factor. *Monge*, 88 F.3d at 1174, 1176; *Elvis Presley*, 349 F.3d at 628-629. Additionally, "[w]hen a copyrighted work is used simply to illustrate what that work already depicts, the infringer adds no further purpose or different character" and "copyright law treats the infringer as freeriding on the inherent value of the original work." *McGucken*, 42 F.4th at 1158.

e. The first fair use factor "does not" favor "any user who wants to reach different buyers, in different markets, consuming different products." *Warhol*, 598 U.S. at 548 fn. 22.

52. As mentioned, the degree to which a secondary use has a different purpose or character, "must be weighed against other considerations, like commercialism." *Warhol*, 598 U.S. at 525. "The undisputed commercial character of [the defendant's] use, though not dispositive, tends to weigh against a finding of fair use." *Id*. at 537.

53. Commercialism examines "the degree to which the new user exploits the copyright for commercial gain—as opposed to incidental use as part of a commercial enterprise." *Elvis Presley*, 349 F.3d at 627. Courts consider whether the defendant was "motivated by profits" and "profited from the publication." *Monge*, 688 F.3d at 1176. Further, if the defendant "is not advertising a scholarly critique or historical analysis, but instead seeks to profit at least in part from the inherent entertainment value" of the original, the use is commercial. *Elvis Presley*, 349 F.3d at 628. Finally, commercialism exists "when a secondary user makes unauthorized use of copyrighted material to capture significant revenues as a direct consequence of copying the original work." *Blanch v. Koons*, 467 F.3d 244, 253 (2d Cir. 2006).

54. In *Hosseinzadeh*, the Court found the first fair use factor favored fair

use because the Klein video was "quintessential criticism and comment … on the Hoss video" – namely consistent "mockery" of Matt Hoss' "performance … dialog and plotlines." 276 F.Supp.3d at 40, 45-46. The Klein video was consistently transformative by "intersperse[ing] relatively short segments of the Hoss video with long segments of the Kleins' commentary." *Id.* at 40.

55. The second fair use factor (*i.e.*, "the nature of the copyrighted work") "typically has not been terribly significant in the overall fair use balancing." *McGucken*, 42 F.4th at 1161. This factor examines "the extent to which [the original work] is creative and whether it is unpublished." *Id.* Even when a work "document[s] a real event," the work can still be "creative because [it is] the product of many technical and artistic decisions." *Id.* Whether a work is published is defined by whether the author exhausted the "right to control the first public appearance" of the work. *Monge*, 688 F.3d at 1178. The mere fact a work is published "does not weigh in favor of fair use." *McGucken*, 42 F.4th at 1162.

56. In *Hosseinzadeh*, the Court found the second fair use factor "weigh[ed] against a finding of fair use" because the Hoss video was "a creative work" – despite the work being published. 276 F.Supp.3d at 46.

57. The third fair use factor examines "the quantitative amount and qualitative value of the original work used in relation to the justification for that use." *McGucken*, 42 F.4th at 1162. Consequently, the third fair use "factor circles back to the first factor because the extent of permissible copying varies with the purpose and character of the use." *Id.*

58. When "the amount used is substantial with respect to the infringing work, it is evidence of the value of the copyrighted work." *Elvis Presley*, 349 F.3d at 630. Indeed, "[c]opying an entire work militates against a finding of fair use." *VHT, Inc. v. Zillow Group, Inc.*, 918 F.3d 723, 744 (9th Cir. 2019). If, however, "the new user only copies as much as necessary for his or her intended use, this factor will not weigh against the new user." *Elvis Presley*, 349 F.3d at 630.

59. In *Hosseinzadeh*, the Court found that the third fair use factor was "neutral" because, while the Klein video copied "a great deal" of the Hoss video, "the 'extent' and 'quality and importance' of the video clips used by [the Kleins] were … plainly necessary to the commentary and critique." 276 F.Supp.3d at 46.

60. The fourth fair use factor is the "undoubtedly the single most important element of fair use." *Harper & Row Publishers, Inc. v. Nation Enterprises*, 471 U.S. 536, 566 (1985). "While the first fair use factor considers whether and to what extent an original work and secondary use have substitutable purposes, the fourth factor focuses on actual or potential market substitution." *Warhol*, 598 U.S. at 536 fn. 12.

61. The fourth fair use factor "encompasses both (1) the extent of market harm caused by the particular actions of the alleged infringer, and (2) whether unrestricted and widespread conduct of the sort engaged in by the defendant would result in a substantially adverse impact on the potential market for the original and the market for derivative works." *McGucken*, 42 F.4th at 1163. Even when there is "little direct evidence of actual market harm" caused by the secondary use, "to negate fair use," the plaintiff "need only show that if the challenged use should become widespread, it would adversely affect the ***potential*** market for the copyrighted work." *Id.* (original emphasis).

62. The fourth fair use factor also "must take into account the public benefits the copying will likely produce." *Google LLC v. Oracle America, Inc.*, 593 U.S. 1, 35 (2021). In other words, does the use "serve copyright's goal of enriching public knowledge." *Warhol*, 598 U.S. at 531 (quoting *Authors Guild v. Google, Inc.*, 804 F.3d 202, 214 (2d Cir. 2015) (Level, J.). When the original work is associated with "dangerous misinformation," it does not serve the public benefit and results in "actual and reputational harm" to the market for the original work – even when the "primary markets … do not meaningfully overlap." *National Academy of Television Arts and Sciences, Inc. v. Multimedia System Design, Inc.*,

551 F.Supp.3d 408 (S.D.N.Y. 2021).

63.     In *Hosseinzadeh*, the Court found the fourth fair use factor "weighs in favor of a determination of fair use." 276 F.Supp.3d at 47. The Klein video did not "usurp[] demand for the copyrighted work, thereby resulting in a loss for the infringee or unjust enrichment for the infringer." *Id.* at 46. To the contrary, "the Klein video [did] not serve as a market substitute for the Hoss video" because the Klein video "transform[ed] the Hoss video from a skit into fodder for caustic, moment-by-moment commentary and mockery." *Id.* at 47. Consequently, "the Klein video [did] not offer a substitute for the original." *Id.*

**Denims' "Group Viewing Session" Failed to Make a Fair Use of the *Countdown Episode***

64.     It is readily apparent that the primary and overriding purpose of Denims' use of the *Countdown Episode* was to commercially exploit a "group viewing session" of the *Countdown Episode* and have it serve as a substitute for the original.[36] This is evidence by:

a.     Watching long sections of the *Countdown Episode* without any (or very little interruption) – frequently for several minutes at a time.[37]

b.     In a completely separate instance, Denims provides an "empty chair reaction" – *i.e.*, letting the *Countdown Episode* play while Denims is completely off-screen. At a certain point, Denims informs her audience that: "She is

[36] Denims' broadcast on Twitch on January 31, 2025 was over ten hours long. Due to the file size, Denims' January 31, 2025 broadcast is separated into two video files. A true and correct copy of Part 1 of Denims' January 31, 2025 broadcast is located on the Flash Drive as Exhibit J. A true and correct copy of Part 2 of Denims' January 31, 2025 broadcast is located on the Flash Drive as Exhibit K.

[37] *See e.g.,* Ex. K at 9:30-12:09, 12:14-14:36, 14:55-16:25, 17:45-18:51, 19:06-20:25, 24:09-25:22, 23:40-26:40, 26:48-27:18, 27:25:30:22, 30:27-32:23, 33:41-35:59; 36:05-36:37, 37:22-38:16, 38:20-39:07, 42:53-44:36, 44:43-45:21, 45:24-46:06, 46:17-46:48, 46:52-48:04, 48:23-50:40, 50:45-51:49, 51:58-54:12, 54:19-54:43, 54:48-56:44, 57:02-58:42, 59:08-59:54, 1:00:01-1:01:45, 1:01:57-1:02:50, 1:03:16-1:04:04, 1:04:06-1:05:36, 1:07:47:1:09:05, 1:09:13-1:10:20, 1:11:39-1:13:05, 1:13:45-1:14:22, 1:14:35-1:15:18.

going to pee." Ex. K at 39:08. For two minutes and twenty-one seconds, Denims lets the *Countdown Episode* play while she is off-screen relieving herself. *Id.* at 39:18-41:40. When she returns, Denims is silent for an additional minute. *Id.* at 41:41-42:41.

c. In total, Denims' "group viewing session" of the *Countdown Episode* was 1:03:56. During the group viewing session, Denims provided approximately: (1) four minutes and forty-three seconds of brief and superficial commentary that usually has little critical bearing on the *Countdown Episode*;[38] (2) forty-three seconds of partially related commentary on the *Countdown Episode* that meanders into unrelated topics;[39] and (3) two minutes and twelve seconds of unrelated or unintelligible comments.[40] In simple terms, out of a total runtime of 1:03:56, the *Countdown Episode* played uninterrupted for nearly 88% of the total runtime.

d. Denims also had the *Countdown Episode* take up approximately three-quarters of the screen, while she only occupies approximately a quarter of the screen that deemphasizes her presence. Denims' objective was to provide a large and unobstructed view of the *Countdown Episode* to her audience – which further emphasizes her primary purpose was to provide a substitute for the original.

e. Denims' use of the *Countdown Episode* was clearly commercial. Not only did she receive paid subscriptions, donations and advertising revenue during her "group viewing session" (*see e.g.*, Ex. K at 24:02-08), she used the *Countdown Episode* to advertise her "group viewing session" of the *Nuke*, as evidenced by:

---

[38] *See e.g.*, Ex. K at 12:09-13, 14:37-54, 16:26-27, 17:02-16, 17:37-44, 32:24-33:40, 36:00-04, 37:19-21, 38:17-19, 42:42-52, 44:37-42, 45:22-23, 46:07-16, 46:49-51, 51:50-57, 54:13-18, 54:44-47, 56:45-57:01, 58:43-44, 58:52-59:07, 59:55-1:00:00, 1:01:46-56, 1:05:37-43, 1:05:55-1:06:47, 1:07:02-07, 1:07:44-46, 1:09:6-12, 1:10:21-28, 1:10:58-11:02, 1:11:31-38, 1:15:19-26.

[39] *See e.g.,* Ex. K at 18:52-19:05, 50:41-44, 1:02:51-1:03:15

[40] *See e.g.*, Ex. K at 20:20-23:39, 23:40-47, 24:02-08, 25:23-40, 26:41-47, 27:19-31, 30:23-26, 36:38-39, 48:05-22, 1:04:05, 1:07:20-22, 1:13:06-44, 1:14:23-24.

i.      Early on in her "group viewing session," Denims adds a chyron at the top of the screen stating: "CONTENT NUKE DROPS AT 1:30 PM PST." *See e.g.,* Ex. K at 0:34 (original emphasis).

ii.      Early on in her "group viewing session," Denims adds a countdown timer for when *The Nuke* will be publicly released. *See e.g.,* Ex. K at 16:48.

iii.      Encouraging people to watch her "group viewing session" of *The Nuke* by stating: "***If you want to watch it, you know, come enjoy the watch party somewhere else***." Ex. K at 23:40-47.

65.      As to the second fair use factor, the fact that the *Countdown Episode* was simultaneously broadcast with Denims' "group viewing session" does not weigh in her favor. Further, while containing numerous factual elements, the *Countdown Episode* contains numerous creative elements, which weigh against fair use.

66.      As to the third fair use factor, this factor weighs heavily against fair use. It is readily apparent Denims' use was excessive for any potential criticism of the *Countdown Episode* – particularly in light of the minimal level of commentary and highly commercial nature of Denims' "group viewing session."

67.      The fourth (and most important) fair use factor weighs heavily against fair use. It is readily apparent that Denims intended (and succeeded) to provide a market substitute for the *Countdown Episode* for the reasons set forth below:

a.      Broadcasting her "group viewing session" of the *Countdown Episode* at the same time the *Countdown Episode* was broadcast.

b.      Showing nearly the entire *Countdown Episode* with minimal commentary.

c.      The First Inducement Post, the Second Inducement Post and the Third Inducement Post by the H3Snark Mods.

d.      Due to Denims' siphoning the audience for the *Countdown*

*Episode* to her "group viewing session," TEI lost views and advertising revenue it would ordinarily receive from the individuals who watched Denims' "group viewing session" instead of the *Countdown Episode*.

e.    If Denims' conduct were to become widespread (*i.e.*, simultaneously broadcasting a TEI podcast episode with minimal commentary), it would result in further lost views and advertising revenue to TEI.

**Denims' "Group Viewing Session" Failed to Make a Fair Use of *The Nuke***

68.    As demonstrated below, Denims' "group viewing session" of *The Nuke* exemplifies her beliefs about copyright that she expressed during Reactgate. Denims' "group viewing session" of *The Nuke* epitomizes: (1) her unfounded opinion that copyright infringement and fair use principles are inapplicable in the context of livestreaming (particularly on Twitch); (2) her misguided notion that she is not obligated to transform a copyrighted work with substantial, critical commentary and editing; and (3) her narcissistic and misplaced sense of privilege that her "personality" is sufficient to justify the highly commercial, unauthorized exploitation of a copyrighted work in its entirety.

69.    Denims' "group viewing session" of *The Nuke* was the pinnacle of her career. At its peak, Denims' "group viewing session" of *The Nuke* received approximately 45,800 concurrent viewers. This was exponentially more concurrent viewers than Denims ever received in her entire career. Denims' "group viewing session" of *The Nuke* also put Denims' online career into overdrive. In the days leading up to her "group viewing session," Denims' peak concurrent viewers ranged from approximately 3,100-4,500. After her "group viewing session" of *The Nuke*, Denims' concurrent viewers ranged from 5,100 to 6,700. Below are true and correct screenshots from the page for Denims' Twitch channel on Twitch Tracker –

a website that compiles statistical data on Twitch Streamers:

70. It is readily apparent that the primary and overriding purpose of Denims' "group viewing session" of *The Nuke* was to provide a substitute for the original. It is equally obvious that any "commentary" of *The Nuke* was an afterthought.

a. Denims made numerous statements explicitly stating her "group viewing session" was intended to serve as a substitute for *The Nuke.*

i. Denims entitled her "group viewing session": "ETHAN KLEIN HASAN CONTENT NUKE **WATCH PARTY** THIS IS NOT A DRILL" (original and added emphasis).

ii. Shortly before her "group viewing session" of *The Nuke*, Denims reads a message from her chat stating: "***We're relying on you to stay live so we don't give more views to the Nuke***." Denims replies with: "***Yeah, I'm going to. I'm going to stream it since he [i.e., Ethan] confirmed it's coming out today. We're going to stream it***." Ex. J at 4:48:38-4:48:48.

iii. Immediately prior to and throughout Denims' "group

viewing session" of *The Nuke*, she prominently displayed a chyron at the top of the screen that stated: "***Watching Hasan Content Nuke From Ethan Klein***." Ex. K at 1:15:03.

iv. During Denims' "group viewing session," Denims responds to a chatter by stating: "***Unfortunately, we are watching the Ethan Nuke***." Ex. K at 2:06:09-23

v. Immediately after her "group viewing session" of *The Nuke*, Denims states:

1. "***Well guys, if you enjoyed not giving any views to that terrible video, follow, subscribe, throw a prime, if you like the content, if you enjoyed your time here***." Ex. K at 5:07:45-58.

2. "***I appreciated you guys tuning in with me because, I'm going to be honest, I did not want to watch that by myself***." Ex. K at 5:08:04-09.

vi. On February 1, 2025 (*i.e.*, the day after Denims' "group viewing session" of *The Nuke*),[41] Denims stated:

> Later, after streaming, I found out I got signal boosted by Hasan, Hascord and the Subreddit – what is it called – H3Snark. And I know ***all of those people didn't want to give the video [i.e., The Nuke] another view***. ***Which is why they watched it with me.*** And probably a lot of people – 'cause they ended their H3 Show immediately before releasing the video – ***so there probably was a lot of people that came to watch it here***, because they wanted to see what someone who would disagree with it would say.

vii. Denims attempt to feign ignorance of H3Snark is transparently (and comically) false. Rather, it is clear that Denims and the H3Snark Mods coordinated their efforts. Indeed, after ending her "group viewing session" of *The Nuke*, Denims' screen shows that she had the H3Snark subreddit on her screen the entire time. Ex. K at 5:07:16.

[41] A true and correct clip from Denims' February 1, 2025 is located on the Flash Drive as Exhibit L.

b. Denims begins her "group viewing session" of *The Nuke* one minute after *The Nuke* was released to the public. Ex. K at 1:15:19. The timing of Denims' "group viewing session" of *The Nuke* demonstrates that she did not prescreen it to formulate her opinions prior to broadcast. Rather, Denims timed her "group viewing session" to occur immediately after *The Nuke* was released to capitalize on the great public interest in *The Nuke* and siphon as many viewers as possible away from the original to herself. In other words, her priority was to personally and financially benefit from providing a substitute for the original and any commentary and criticism was a mere afterthought.

c. On ***seventy-four*** separate occasions, Denims' "group viewing session" consisted of watching *The Nuke* for ***thirty seconds or more with no commentary whatsoever*** (or, at most, an unintelligible word or phrase). In total, these excerpts comprise over 70 minutes of *The Nuke* – *i.e.*, ***70% of its total runtime***. The poverty of Denims' commentary – coupled by frequently showing long, unadulterated portions of *The Nuke* – further demonstrates that the overriding and dominant purpose of Denims' "group viewing session" was to serve as a substitute for the original and not to provide critical commentary.

| | **Timestamps from Denims' "Group Viewing Session" Comprising 30 Seconds or More of Just *The Nuke*** | **Total Duration** |
|---|---|---|
| 1 | 1:15:38-1:16:09 | 42 Seconds |
| 2 | 1:16:56-1:19:10 | 135 Seconds |
| 3 | 1:19:33-1:20:59 | 90 Seconds |
| 4 | 1:21:41-1:22:11 | 31 Seconds |
| 5 | 1:24:12-1:25:14 | 63 Seconds |
| 6 | 1:25:43-1:27:28 | 106 Seconds |
| 7 | 1:36:01-1:37:10 | 70 Seconds |
| 8 | 1:37:44-1:38:15 | 32 Seconds |

| | Timestamps from Denims' "Group Viewing Session" Comprising 30 Seconds or More of Just *The Nuke* | Total Duration |
|---|---|---|
| 9 | 1:39:16-1:39:55 | 40 Seconds |
| 10 | 1:41:47-1:43:05 | 79 Seconds |
| 11 | 1:46:59-1:48:12 | 74 Seconds |
| 12 | 1:48:18-1:49:15 | 58 Seconds |
| 13 | 1:57:33-1:58:07 | 35 Seconds |
| 14 | 1:58:51-2:00:37 | 47 Seconds |
| 15 | 2:00:58-2:01:29 | 32 Seconds |
| 16 | 2:01:56-2:02:45 | 50 Seconds |
| 17 | 2:03:31-2:04:07 | 37 Seconds |
| 18 | 2:06:24-2:07:24 | 61 Seconds |
| 19 | 2:11:07-2:12:01 | 55 Seconds |
| 20 | 2:12:26-2:13:04 | 39 Seconds |
| 21 | 2:13:30-2:14:20 | 51 Seconds |
| 22 | 2:16:19-2:17:08 | 50 Seconds |
| 23 | 2:17:16-2:18:00 | 45 Seconds |
| 24 | 2:18:15-2:19:40 | 86 Seconds |
| 25 | 2:20:34-2:22:20 | 107 Seconds |
| 26 | 2:29:01-2:31:19 | 139 Seconds |
| 27 | 2:32:01-2:33:00 | 60 Seconds |
| 28 | 2:33:32-2:35:10 | 99 Seconds |
| 29 | 2:39:46-2:41:04 | 79 Seconds |
| 30 | 2:42:04-2:43:53 | 110 Seconds |
| 31 | 2:45:04-2:45:35 | 32 Seconds |
| 32 | 2:45:47-2:47:04 | 78 Seconds |

| | Timestamps from Denims' "Group Viewing Session" Comprising 30 Seconds or More of Just *The Nuke* | Total Duration |
|---|---|---|
| 33 | 2:47:26-2:47:56 | 31 Seconds |
| 34 | 2:48:04-2:49:50 | 107 Seconds |
| 35 | 2:51:20-2:52:29 | 70 Seconds |
| 36 | 2:57:25-2:58:13 | 49 Seconds |
| 37 | 2:59:23-3:00:39 | 77 Seconds |
| 38 | 3:04:52-3:05:36 | 45 Seconds |
| 39 | 3:06:16-3:07:17 | 62 Seconds |
| 40 | 3:10:42-3:11:21 | 40 Seconds |
| 41 | 3:12:02-3:12:57 | 56 Seconds |
| 42 | 3:16:59-3:17:46 | 48 Seconds |
| 43 | 3:17:49-3:18:20 | 32 Seconds |
| 44 | 3:24:15-3:25:32 | 78 Seconds |
| 45 | 3:25:48-3:36:53 | 66 Seconds |
| 46 | 3:28:23-3:29:49 | 87 Seconds |
| 47 | 3:26:27-3:37:38 | 72 Seconds |
| 48 | 3:40:15-3:40:55 | 41 Seconds |
| 49 | 3:41:29-3:42:48 | 80 Seconds |
| 50 | 3:44:41-3:45:33 | 53 Seconds |
| 51 | 3:48:32-3:49:12 | 41 Seconds |
| 52 | 3:51:04-3:43:45 | 105 Seconds |
| 53 | 3:56:03-3:56:56 | 54 Seconds |
| 54 | 3:59:16-3:59:50 | 35 Seconds |
| 55 | 4:00:44-4:02:23 | 40 Seconds |
| 56 | 4:12:58-4:13:32 | 35 Seconds |

| | **Timestamps from Denims' "Group Viewing Session" Comprising 30 Seconds or More of Just *The Nuke*** | **Total Duration** |
|---|---|---|
| 57 | 4:19:37-4:20:09 | 33 Seconds |
| 58 | 4:21:51-4:22:36 | 46 Seconds |
| 59 | 4:23:49-4:24:30 | 42 Seconds |
| 60 | 4:25:57-4:26:30 | 34 Seconds |
| 61 | 4:28:24-4:29:10 | 47 Seconds |
| 62 | 4:36:07-4:36:47 | 41 Seconds |
| 63 | 4:38:05-4:39:40 | 96 Seconds |
| 64 | 4:39:47-4:40:25 | 39 Seconds |
| 65 | 4:41:17-4:42:12 | 56 Seconds |
| 66 | 4:43:11-4:44:23 | 73 Seconds |
| 67 | 4:45:39-4:46:11 | 33 Seconds |
| 68 | 4:46:49-4:47:32 | 44 Seconds |
| 69 | 4:47:52-4:48:30 | 39 Seconds |
| 70 | 4:52:41-4:53:41 | 61 Seconds |
| 71 | 4:54:53-4:55:31 | 39 Seconds |
| 72 | 5:00:50-5:01:36 | 47 Seconds |
| 73 | 5:04:00-5:04:31 | 32 Seconds |
| 74 | 5:05:24-5:06:20 | 115 Seconds |

d. For the majority of her "group viewing session," Denims speaks briefly after showing a much longer excerpt of *The Nuke*. The fact that the excerpts Denims shows of *The Nuke* frequently eclipse her statements further emphasizes that the primary purpose of her "group viewing session" was to provide a substitute for the original and any "commentary" was merely an afterthought.

e. During Denims' group viewing session, she admits she is not providing sufficient commentary because she does not want to pause frequently. This further emphasizes the primary purpose of her "group viewing session" was to "watch" *The Nuke* and any "commentary" was an afterthought.

i. "***If I sat here and explained why he was wrong for like half of these things, we would be here for another 20 hours. I've gone in and tried to explain why he's incorrect on like one in every 10 incorrect takes because I'm not trying to spend an entire week here***."[42] Ex. K at 3:00:53-3:01:36.

ii. "***I don't even understand what to say about because, yeah, this is wrong because of this, this, this, this. Another wrong take. Another wrong take. Okay, well, I just paused it for 10 minutes. I feel bad pausing it again 'cause surely there'll be something better here***." Ex. K at 3:01:49-3:02:09.

f. Denims' admission that she failed to address the majority of points raised in *The Nuke* is self-evident. This further emphasizes that Denims' primary purpose was to host a "group viewing session" of *The Nuke* and that any criticism was an afterthought.

i. Denims fails to address the following points raised in the Prologue of *The Nuke*: (1) Ethan's criticism of Hasan's takes on Russian and Chinese imperialism and genocide, particularly Crimea and the Uyghurs; (2) the torrent of antisemitic comments Ethan received from Hasan's chat after October 7th; (3) the primary difference of opinion between Ethan and Hasan on the Israel-Palestine conflict; (4) footage showing Hasan supporting terrorism and expressing hatred of liberals; and (5) Ethan's concern that Hasan radicalized his audience.

ii. Denims fails to address the majority of the Twitch Parody Sketch.

iii. Denims fails to address the following points raised in the

[42] As explained below, Denims does a horrendous job of explaining why the points raised in *The Nuke* are supposedly wrong – including cursory and unsubstantiated assertions, flat out misrepresentations and even proving herself wrong.

Houthi Section of *The Nuke*: (1) Ethan's criticism of Houthi atrocities, namely recruiting child soldiers, shelling and blocking aid to civilians, ruining agricultural land, oppression of women and slavery, including how this contradicts leftist values; (2) how Hasan violated Twitch's community guidelines by promoting and glorifying Houthi propaganda to Nick, including the Houthi music video and the hijacking of the *Galaxy Leader*; (3) Ethan's criticism of Hasan's glorification of another Houthi music video and its juxtaposition to the Miami Boys Choir; (4) the majority of Ethan's criticisms of Hasan holding himself out as a journalist and his interview of Al-Haddad; (5) the evidence demonstrating that Al-Haddad is a member of the Houthis; and (6) how Hasan uses genocide to deflect criticism.

iv.      Denims fails to address the following points raised in the Hezbollah Section of *The Nuke*: (1) Ethan's criticisms of Hezbollah's atrocities, including how this contradicts leftist values; (2) the majority of Ethan's criticism of Hasan attempting to radicalize Nick; and (3) Hasan's apologia for Hezbollah.

v.      Denims fails to address the following points raised in the Hamas Section of *The Nuke*: (1) Ethan's criticism of Hamas atrocities and its leaders, along with how this contradicts leftist values; (2) Ethan's criticism of Hasan glorifying Hamas propaganda; and (3) Ethan's thesis on how to achieve peace in the conflict.

vi.      Denims fails to address the following points raised in the Twitch Section of *The Nuke*: (1) Clancey's ineffectiveness as a CEO and forcing Twitch employees to participate in Hasan's "Happy Birthday" video; (2) Ethan's criticism of Frogan's purity test of Ludwig and how Twitch props up Frogan; (3) the reasons why the racial tier list made Ethan uncomfortable; (4) Clancy banning people asking about antisemitism during the Q&A session; (5) Twitch re-platforming and hiring antisemites; and (6) Twitch's biased and inconsistent enforcement of its Community Guidelines.

g.      Denims even mocks *The Nuke* for making a fair use of third-

party clips by stating: "***Isn't it weird that a lot of these clips are like 5 seconds short. Not 5 seconds long. 5 seconds short***." Ex. K at 1:43:23-32. This statement reveals Denims' complete and total ignorance of fair use – particularly in the context of reaction videos.

h. When Denims does speak during her "group viewing session," most of her statements are brief – particularly in relation to the preceding segment shown of *The Nuke* – and have no critical bearing (or minimal critical bearing) on the style or substance of *The Nuke.* Below are some examples:

i. On numerous occasions, Denims makes utterances that are completely incoherent or unclear. Ex. K at 1:19:11-15, 1:21:00-07, 1:22:12-14, 2:12:02-04, 2:14:55-56, 2:37:05-14, 2:47:57-2:48:03, 3:24:35-3:24-14, 4:24:47-56, 4:31:01-18; 4:52:36-40.

ii. Denims spends time speaking with her chat about topics completely unrelated or only minimally related to *The Nuke*. Ex. K at 3:19:42-3:20:19, 3:20:24-34, 3:23:35-3:24:14, 3:29:45-3:30:14, 3:37:46-50, 3:38:52-3:39:12, 3:43:41-55, 3:48:13-16, 3:50:15-30, 3:50:44-3:51:03, 4:02:32-35, 4:21:34-50, 4:22:37-52, 4:31:40-53, 4:34:14-44, 4:42:17-19

iii. Denims spends time discussing unrelated (or minimally related) topics, such as: (1) an unrelated meme (Ex. K at 1:37:37-43); (2) conducting a poll (*id.* at 1:38:23-33); (3) referencing the length of *The Nuke* (*id.* at 1:58:48-50, 4:46:35-38); (4) announcing a raid (*i.e.*, another streamer directing their audience to Denims) (*id.* at 2:06:05-08); (5) attacking a chatter who critiques her (*id.* at 2:39:09-45); (6) claiming she is "going insane" (*id.* at 2:45:36-46); (7) that she wants to play the videogame *Marvel Rivals* (*id.* at 3:01:37-48); (8) her cat (*id.* at 4:20:10-32); (9) that the streamer Imane Anys p/k/a Pokimaine (who, like Denims, is of Moroccan ancestry) speaks fake Arabic (*id.* at 4:32:58-4:33:06); (10) making crass jokes about Ben Shapiro and his love life (*id.* at 4:35:39-4:36:06); and (11) a technical issue (*id.* at 4:40:58-4:41:07).

iv. Denims frequently makes superficial comments with little to no elaboration, such as: (1) *The Nuke* resembles a "high school project" or "middle school project" (Ex. K at 1:21:14-40, 5:04:58-5:05:23); (2) narrating what is depicted (*id.* at 1:46:42-50); (3) that Ethan is "so brave" (*id.* 2:03:28-30); (4) Ethan's performance resembles someone on the "first day of acting class" (*id.* at 2:16:17-18); (5) that she is "going to die of cringe" and begs it to "end" (*id.* at 2:17:09-15); (6) that Ethan is "crashing out" (*id.* 2:19:41-2:20:03); (7) complaining about the editing (*id.* 2:41:05-07, 4:43:56-4:54:08); (8) that the video treats the audience as "morons" and is trying to "trick" them (*id.* at 3:46:23-37); (9) that Ethan is putting out "garbage" (*id.* at 3:59:51-56); (10) complimenting her own outfit (*id.* at 4:30:29-30); and (11) excitement that a particular clip of her is shown in *The Nuke* (*id.* 4:57:40-51).

v. Since Denims did not prescreen *The Nuke*, she frequently expresses confusion about a particular excerpt of *The Nuke* she just watched. *See e.g.*, Ex. K at 1:39:16-55, 1:41:47-1:43:22, 1:38:34-1:39:15, 1:46:59-1:48:17, 3:03:21-49, 3:40:15-3:41-28, 4:38:05-4:39:40.

i. Since Denims did not prescreen *The Nuke*, she frequently makes comments that are later contradicted by *The Nuke* itself. If Denims' primary purpose was to comment on *The Nuke*, she could have easily avoided these embarrassing moments by watching *The Nuke* beforehand and taking the time to formulate her critique. The reason Denims failed to do so is obvious: her primary purpose was to host a "group viewing session" of *The Nuke* immediately upon its release and any commentary was an afterthought. Below are some examples of Denims making comments on *The Nuke* that are later refuted by *The Nuke* itself:

i. In the section of *The Nuke* discussing Hasan's apologia of China's genocide and enslavement of the Uyghurs, she claims that Ethan fails to point out how Hasan is wrong. Ex. K at 1:21:41-1:22:39, 1:24:12-1:25:42. Shortly after making these comments, *The Nuke* provides the evidence that Denims claims

was absent. *Id.* at 1:25:43-1:27:28, 1:36:01-1:37:10. After seeing the evidence, Denims just expresses confusion. *Id.* at 1:37:11-13.

ii.      In the section discussing the type of fans Hasan attracts (such as the online content creator Dating and Money), Denims claims that Dating and Money is not a Hasan fan, but a fan of another streamer. Immediately after making this comment, *The Nuke* shows a clip of Dating and Money meeting Hasan and effusively praising him. Ex. K at 2:00:58-2:03:10.

iii.      In the section discussing Al-Haddad, Denims claims there is no evidence demonstrating he is a member or supporter of the Houthis. Ex. K at 2:47:05-25. Shortly thereafter, *The Nuke* shows Al-Haddad's social media posts that refute this assertion and Denims provides no comment.[43] *Id.* at 2:55:25-2:56:25.

iv.      In the section discussing Nasrallah, Denims claims that the difference between Ethan and Hasan is that Ethan praised former Israeli Minister of Defense, Yoav Gallant (which is false), and Hasan never praised Nasrallah. Immediately after making the claim, Denims plays an excerpt of *The Nuke* where Hasan praises Nasrallah. Ex. K at 3:14:55-3:17:48.

v.      In the section discussing the systematic use of rape on October 7th, Denims repeatedly denies any rapes occurred. She is immediately confronted with the headlines from news organizations, victim testimony and a United Nations report refuting her denials. Ex. K at 3:33:49-3:35:34, 3:42:49-3:45:33.

vi.      When Ethan cites the ban of Destiny as an example of Twitch's inconsistent enforcement of its community guidelines, Denims claims that the ban was due to Destiny's statements condoning Kyle Rittenhouse killing

[43] On or around May 21, 2025, in response to a direct question about his Houthi affiliation, Al-Hadad stated in Arabic, "Yemenis are Houthi"—an expression that, in the Yemeni dialect implies the "true" Yemenis are Houthi. His phrasing appeared calculated to affirm solidarity while technically avoiding a direct acknowledgment. *See* https://imgur.com/a/pnYUfi8

protestors – only to realize that the ban was due to Destiny calling Keffals "inbred." Ex. K at 4:50:32-4:52:10.

j. Due to Denims' inability to critique the style or substance of *The Nuke*, she frequently goes on long and completely unrelated tangents that have nothing to do with the style or substance of *The Nuke*. Some notable examples are provided below:

i. After Ethan's critique of Hasan's apologia of Chinese imperialism and authoritarianism, Denims goes on a nonsensical tangent about the Chinese credit score system – which is not discussed or referenced in *The Nuke* whatsoever. Ex. K at 1:22:40-1:24:11.

ii. After Ethan's critique of Hasan's apologia of China's genocide of the Uyghurs, Denims goes on a rambling diatribe about: (1) that no one cares about the Uyghurs; (2) western media; (3) the United States is worse than China; (4) falsely stating that disabled Americans lose disability benefits when they get married;[44] (5) incarceration levels in the United States; and (6) the treatment of transgender individuals in the United States. Ex. K at 1:25:43-1:35:51.

iii. After Ethan's critique of Frogan, Denims goes on a protracted tangent about how Frogan is more American than her. Ex. K at 4:14:35-4:19:36.

k. True to form, Denims makes statements based on hallucinatory misrepresentations of the contents of *The Nuke.* By shadowboxing an imaginary version of *The Nuke* completely divorced from reality, Denims fails to address the actual style or substance of the original. Some notable examples include:

i. In the section of *The Nuke* concerning Ethan and Hasan's discussion shortly after October 7th, Ethan critiques an online figure supported by Hasan who legitimizes killing Israeli infants by calling them "baby settlers" (and

[44] Social Security Administration, "If I get married, will it affect my benefits?" (Jan. 23, 2025), *available at*: https://www.ssa.gov/faqs/en/questions/KA-02172.html

Hasan's attempt to justify the use of the term). Denims misrepresents the excerpt and claims Ethan called Palestinian infants "baby terrorists" and Hasan attempted to humanize the infants of Israeli settlers. Ex. K at 1:43:55-1:45:19.

ii. In the section where Ethan critiques Hasan's "head mod," Denims claims that Ethan called Frogan the "head mod" – despite Ethan never making such a statement. Ex. K at 1:37:44-1:38:22.

iii. After Ethan explains that he is now called a "Nazi" after advocating a two-state interim solution, Denims claims Ethan asserted that Hasan told people to call him a Nazi – which Ethan never claimed.[45] Ex. K at 2:00:45-57.

iv. After Ethan critiques Hasan's claim that the Houthis hijacked ships to cause Israelis to ***leave*** Israel from the economic inconvenience, Denims rewrites the excerpt by claiming Hasan stated the Houthis are placing economic pressure on Israelis to induce them ***to pressure their government*** to end the war in Gaza. Ex. K at 2:36:47-2:37:04.

v. After Ethan shows photographs he took in Israel of Mizrahi Jews preparing and selling hummus, Denims makes the bizarre claim that Ethan is assuming they are Israelis – despite Ethan having just explained that they were photographs of Mizrahi Jews from Israel. Ex. K at 4:28:24-4:29:11.

l. Again, true to form, Denims repeatedly makes brief, blithe and unsubstantiated assertions throughout her "group viewing session" of *The Nuke*. The vast majority of these remarks are misleading or false. Denims' unwillingness or inability to substantiate her assertions further emphasize that Denims' primary purpose was – not to critique *The Nuke* – but to provide a substitute for it. If the opposite were true, Denims would have taken the time to compile the evidence to substantiate her assertions. Examples include:

[45] On April 24, 2025, Hasan stated that "any kind of fucking Zionist tendencies, should be treated in the same way as being a fucking rabid neo-nazi." HasanAbiVODs, *HasanAbi April 24, 2025* – (Apr. 25, 2025), at 7:56:04-7:57:41 *available at*: https://youtu.be/Ny_EZm7s80I?si=NEVU0_DjufIoQiy6&t=28564

i. After Ethan critiques Hasan for employing rhetoric that reveals he does not consider Israelis to be human (Ex. K at 1:43:33-39), Denims makes the conclusory assertion that Ethan defamed Hasan without any further explication. *Id.* at 1:43:40-54.

ii. Frequently, Denims claims that Ethan uses clips out of context – yet she never shows or explains the omitted context. *See e.g.*, Ex. K at 1:40:23-30; 2:43:53-2:44:16; 3:00:53-3:01:36, 3:37:39-3:38:29.

iii. Denims repeatedly claims that Ethan praised Israel's former Minister of Defense, Yoav Gallant. Ex. K at 2:00:38-44, 3:15:55-3:16:15. This is false, as demonstrated below.

1. On November 6, 2024, Hila critiqued Israeli Prime Minister Benyamin Netanyahu by stating: "Just the other day, Bibi fired a really good guy that a lot of people are pissed about and he fired him 'cause they had a disagreement." Ethan clarified by stating he was a "moderating voice in the War Room."[46] This was correct insofar as Netanyahu fired Gallant – in large part – due to Gallant's criticism of Netanyahu's handling of the War in Gaza and the Israeli public protested Gallant's dismissal.[47]

2. On November 8, 2024, after Hila was criticized for calling Gallant a "really good guy," Ethan clarified and provided context to the statements – with Hila adding: "I feel like the reason I brought it up was mainly to express the frustration with Bibi and him firing the one guy that was somewhat, you know, attempting at moderation. It wasn't really so much to say that Gallant is a good guy. I shouldn't have used that word. That was a bad choice on my part,

[46] H3 Podcast, *Post Election Cope Stream – H3 Show #77* (Nov. 6, 2024) at 3:38-3:56, *available at*: https://www.youtube.com/live/8aBch1GPY08?si=eFTvmQ-5rxsqQAUh&t=218.

[47] Tamar Michaelis, Tara John and Mick Krever, CNN, "Netanyahu fires Israeli Defense Minister Yoav Gallant, after months of clashes over war and politics" (Nov. 6, 2024), *available at*: https://www.cnn.com/2024/11/05/middleeast/netanyahu-yoav-gallant-intl-latam

considering stuff that he has said that I was not even thinking of."[48]

       iv.     Denims claims that propaganda does not require lying. Ex. K at 2:09:26-33. The Oxford English Dictionary disagrees and defines propaganda as "[t]he systematic dissemination of information, esp. in a biased or misleading way, in order to promote a particular cause or point of view."[49]

       v.     Denims repeatedly invokes the online content creator Ostonox without providing any further explanation on how it is relevant. Ex. K at 2:10:55-2:11:06, 3:39:22-28.

       vi.     Denims repeatedly makes the misleading claim that Ethan performed a Nazi salute. Ex. K at 2:20:31-33, 3:49:13-16. Denims intentionally omits the fact that Ethan was making fun of Elon Musk performing a Nazi salute at President Trump's inauguration.[50]

       vii.     After Ethan refutes Hasan's contentions about why the Houthis hijacked the *Galaxy Leader* (Ex. K at 2:33:32-2:35:10), Denims claims that half of what Ethan showed is false without identifying the falsehoods – let alone demonstrating how they were false. *Id.* at 2:35:11-27.

       viii.     Denims claims that it is impossible that 60% of Israelis are from the Middle East. Ex. K at 2:38:49-2:39:08. Unsurprisingly, Denims' statement is baseless. A 2019 peer-reviewed study found that well over 55% of Israeli Jews are either fully or partially Mizrahi, Sephardi or Ethiopian heritage.[51] More recent data from the Jewish People Policy Institute confirms that a substantial

---

[48] Ethan Klein, *Hasan Piker Is A Weaselly Little Liar* (Nov. 8, 2024), *available at*: https://youtu.be/telKFaTvQqU?si=mSFC2pB9DHgc48yi

[49] Oxford English Dictionary, " Propaganda" *available at*: https://www.oed.com/dictionary/propaganda_n?tl=true

[50] H3 Podcast, *Content Nuke: Markiplier – H3 Show #103* (Jan. 29, 2025) at 36:20-56:27, *available at*: https://www.youtube.com/watch?v=oDdnL6Pd9qU&t=1415s

[51] Lewis-Epstein, N. & Cohen, Y., Journal of Ethnic and Migration Studies, "Ethnic origin and identity in the Jewish population of Israel" (Vol. 45, No. 8, 2019) at 1327-1346, *available at*: https://doi.org/10.1080/1369183X.2018.1440490.

majority of Israelis self-identify as Mizrahi or mixed origin.[52]

ix. Denims misleadingly claims that the Houthis were designated as a terrorist organization only after Hasan's January 16, 2024 interview with Al-Haddad. Ex. K at 2:47:05-25. Prior to February 2021, the Houthis were designated as a Specially Designated Global Terrorist ("SDGT") and a Foreign Terrorist Organization ("FTO"). In February 2021, President Biden delisted the Houthis from both lists. On January 17, 2024 (*i.e.*, the day after Hasan's interview with Al-Haddad), President Biden redesignated the Houthis as a SDGT.[53]

x. After showing excerpts of Hasan's interview with Al-Haddad (Ex. K at 2:48:04-2:49:50), Denims claims that there was a mistranslation during the interview. It should come as no surprise that Denims fails to identify what was mistranslated – let alone correct the translation. *Id.* at 2:49:51-2:50:01.

xi. After the section where Ethan critiques Hasan's coverage of the release of Israeli hostages (Ex. K at 3:28:23-3:29:49), Denims claims that YouTube does not require censoring such footage and implies Ethan is doing so to intentionally obfuscate the facts. She also makes the outlandish claim that Hamas treated the Israeli hostages well. *Id.* at 3:29:50-3:33:48. All of this is false. In order for TEI to monetize *The Nuke*, YouTube required that footage of hostages (such as the release of Israeli hostages and the Houthi takeover of the *Galaxy Leader*) be censored. Further, it is well documented that Hamas killed, sexually assaulted, tortured and starved the Israeli hostages – including forcing them to participate in grotesque propaganda at gunpoint. These abuses are confirmed by multiple human rights organizations:

1. Human Rights Watch documented unlawful

[52] Jewish People Policy Institute, *Ethnic Self-Identification Survey Findings*, available at: https://ij.jppi.org.il/english/videos/Yemini.

[53] Jennifer Hansler, CNN "Biden administration re-designates Houthis as Specially Designated Global Terrorists" (Jan. 17, 2024), *available at*: https://www.cnn.com/2024/01/16/politics/biden-administration-houthis-global-terrorist-entity

abduction, extrajudicial executions, torture, coerced media appearances, and sexual violence.[54]

2. Amnesty International detailed systematic beatings, humiliation, denial of medical care and psychological abuse of both hostages and their families.[55]

3. The United Nations Human Rights Council found that Palestinian armed groups engaged in war crimes and, in certain cases, crimes against humanity.[56]

xii. Later, during the section where Ethan points out that Hamas ordered the hostages to "keep waving" (Ex. K at 3:35:17-34), Denims claims that the individual who said "keep waving" directed the statement to someone other than the hostages. *Id.* at 3:35:35-40. Once again, Denims' statement is false. In the video (which Denims claims to have seen), it is evident the statement was directed at the hostages because they immediately start waving in response.[57]

[54] Human Rights Watch, "'I Can't Erase All the Blood from My Mind': Palestinian Armed Groups' October 7 Assault on Israel (July 17, 2024), *available at*: https://www.hrw.org/report/2024/07/17/i-cant-erase-all-blood-my-mind/palestinian-armed-groups-october-7-assault-israel; *see also* Human Rights Watch, "Questions and Answers: Hamas-Led Armed Groups' October 7, 2023 Assault on Israel, 'Sexual and Gender-Based Violence'" (July 17, 2024), *available at*: https://www.hrw.org/news/2024/07/17/questions-and-answers-hamas-led-armed-groups-october-7-2023-assault-israel.

[55] Amnesty International, "Israel/OPT: Amenesty International's Research into Hamas-Led Attacks of 7 October 2023 and Treatment of Hostages" (Dec. 2, 2024), *available at*: https://www.amnesty.org/en/documents/mde15/8803/2024/en/;

[56] United Nations Human Rights Council, "Report of the Independent International Commission of Inquiry on the Occupied Palestinian Territory, including East Jerusalem, and Israel" (June 12, 2024), *available at*: https://www.ohchr.org/en/documents/country-reports/ahrc5626-report-independent-international-commission-inquiry-occupied

[57] India Today, " 'Keep Waving,' Hamas terrorists order hostages during release" (Nov. 23, 2023), *available at*: https://www.indiatoday.in/world/video/keep-waving-hamas-terrorists-order-hostages-during-release-2468140-2023-11-27; Jerusalem Post, "Hamas tells hostages to 'keep waving' in propaganda video of handoff in (continued).

xiii. Denims repeatedly claims that *The New York Times* and President Biden had to retract claims of rape occurring on October 7th. Ex. K at 3:42:49-3:43:40, 3:45:53-3:46:19, 3:46:43-3:48:06. This is false. *The New York Times* did not retract its article about rapes occurring on October 7th.[58] While President Biden did clarify his statement that forty babies were beheaded on October 7th,[59] he never retracted the claims of rape occurring on October 7th.[60]

xiv. After showing an excerpt of United Nations report on sexual violence occurring on October 7th (Ex. K at 3:44:41-3:45:33),[61] Denims

Gaza" (Nov. 26, 2023), *available at*: https://www.jpost.com/middle-east/article-775156

[58] Jeffrey Gettleman, Anat Schwartz and Adam Sella, The New York Times, "'Screams Without Words': How Hamas Weaponized Sexual Violence on Oct. 7" (December 28, 2023 and updated March 25, 2024), *available at*: https://www.nytimes.com/2023/12/28/world/middleeast/oct-7-attacks-hamas-israel-sexual-violence.html?smid=url-share; Elias Atienza, CheckYourFact, "Fact Check: Did The New York Times Retract Its Story on Hamas and Sexual Violence?" (Jan. 5, 2024), *available at*: https://checkyourfact.com/2024/01/05/fact-check-new-york-times-story-hamas/#google_vignette

[59] Peter Alexander, Summer Concepcion and Megan Lebowitz, NBC News, "White House clarifies Biden's claim he saw photos of terrorists beheading children in Israel-Hamas war" (Oct. 11, 2023 updated Oct. 12, 2023), *available at*: https://www.nbcnews.com/politics/white-house/biden-deliver-remarks-roundtable-jewish-community-leaders-rcna119865

[60] *See e.g.,* Darlene Superville, Associated Press, "Biden calls reports of Hamas raping Israeli hostages 'appalling,' says world can't look away" (Dec. 5, 2023), *available at*: https://apnews.com/article/biden-hamas-rape-israel-sexual-violence-1af759b6ebeb017a10ad91182350a1e7?utm_source=copy&utm_medium=share; Kevin Liptak, CNN, "Biden decries Hamas sexual assaults and says they must be forcefully condemned" (Dec. 5, 2023), *available at*: https://edition.cnn.com/2023/12/05/politics/biden-condemns-hamas-sexual-assaults-democrats; Cheyenne Haslett, ABC News, "Biden speaks of Oct. 7 and commitment to getting hostages home at Hanukkah reception" (Dec. 16, 2024), *available at*: https://abcnews.go.com/Politics/biden-speaks-oct-7-commitment-hostages-home-hanukkah/story?id=116851278

[61] Office of the Special Representative of the Secretary-General on Sexual Violence in Conflict, "Mission report: Official visit of the Office of the SRSG-SVC to Israel and the occupied West Bank: 29 January – 14 February 2024", *available at*: (continued).

claims the report was discredited without any supporting evidence. *Id.* at 3:45:34-40. Not only is Denims' statement cruelly and grotesquely false, the United Nations report was affirmed by multiple credible sources, such as:

      1.    Humans Right Watch cited the United Nations' report in Human Rights Watch's own report – which also independently found evidence of sexual and gender-based violence during the October 7th attacks.[62]

      2.    Physicians for Human Rights Israel confirmed it would rely on the United Nations report.[63]

      3.    In February 2024, the Association of Rape Crisis Centers in Israel published a report that aligns with the findings of the United Nations report.[64]

      4.    The United Kingdom's Minister for the Middle East cited the United Nations' report at the UN Security Council that there was "reasonable grounds" and "clear and convincing" evidence of sexual and gender-based violence occurring on October 7th.[65]

https://news.un.org/en/sites/news.un.org.en/files/atoms/files/Mission_report_of_SRSG_SVC_to_Israel-oWB_29Jan_14_feb_2024.pdf

[62] Human Rights Watch, "Questions and Answers: Hamas-Led Armed Groups' October 7, 2023 Assault on Israel 'Sexual and Gender-Based Violence" (July 17, 2024), *available at*: https://www.hrw.org/news/2024/07/17/questions-and-answers-hamas-led-armed-groups-october-7-2023-assault-israel;

[63] Physicians for Human Rights Israel, "Clarification Regarding Gender-Based Violence in the Context of October 7 Events" (May 23, 2024), *available at*: https://www.phr.org.il/en/clarification/.

[64] Association of Rape Crisis Centers in Israel, "Silent Cry – Sexual Violence Crimes on October 7" (Feb. 2024), *available at*: https://www.1202.org.il/en/information-and-data/reports-and-articles/october-7-sexual-violence-crimes-report/

[65] Ahmad, Lord, "The UK is deeply concerned by Special Representative Patten's findings of sexual violence on 7 October: UK statement at the UN Security Council" (March 11, 2024), *available at*: https://www.gov.uk/government/speeches/the-uk-is-deeply-concerned-by-special-representative-pattens-findings-of-sexual-violence-on-7-october-uk-statement-at-the-un-security-council

5. The European Union Council found that Hamas committed systematic sexual violence as a weapon of war on October 7th.[66]

6. The International Criminal Court prosecutor announced grounds to charge Hamas leadership with crimes against humanity based upon on systematic rapes and sexual assaults occurring on October 7th.[67]

xv. When Ethan discusses Frogan's statements that she wished soldiers in the United States military get PTSD and lose their health insurance, Denims claims Frogan apologized for the comment immediately afterwards. Ex. K at 4:00:23-43. This is false three times over: not only did Frogan fail to immediately apologize, she never apologized and even doubled down on the statement.

1. On or shortly before October 16, 2024, Frogan made the aforementioned statement.[68]

2. On or shortly before October 20, 2024, Frogan doubled down on her statement by reacting to it, giggling and claiming her statement was "based."[69]

3. Only after Frogan was publicly excoriated for her cruel comments, Frogan made a post on X that attempted to justify her statement. At the end of her post, Frogan tepidly walked back her vicious attack on veterans by adding: "i realize that wishing people harm isn't the best way to talk about these issues and that i could have talked about these topics in a more sensitive way."[70]

[66] Reuters, "EU sanctions Hamas wings over sexual violence on Oct. 7" (April 12, 2024), *available at*: https://www.reuters.com/world/eu-sanctions-hamas-wings-over-sexual-violence-oct-7-2024-04-12/

[67] Khan, K. "Statement of ICC Prosecutor Karim A.A. Khan KC on applications for arrest warrants in the situation in the State of Palestine" (May 2024), *available at:* https://www.icc-cpi.int/news/statement-icc-prosecutor-karim-aa-khan-kc-applications-arrest-warrants-situation-state

[68] *See* N1ghtm4re, "Frogan wishes PTSD on US Soldiers and no Health Care" (Oct. 16, 2024), *available at*: https://youtu.be/ST23KqsB_uI?si=x5dTqmIhWaCVbEWx

[69] *See* https://x.com/nicholasdeorio/status/1848145789006074322

[70] *See* https://x.com/fr0gan/status/1848179969312051507

(original spelling).

xvi.     Also, during the same section, Denims attempts to deflect criticism from Frogan by claiming she was emotional due to a recent article about the IDF bulldozing Palestinians. Ex. K at 4:09:28-4:12:57. This is false twice over. First, the purported video documenting the alleged bulldozing of Palestinians was debunked as being filmed in Egypt a decade prior.[71] Second, the news reports on this purported event occurred in December 2023 – *i.e.*, ten months prior to Frogan's statements in October 2024.

xvii.     After Ethan discusses Frogan offering to make a cake recreating 9/11, Denims claims that Frogan was given a thirty-day ban for doing so. Ex. K at 4:13:33-38. This is false. Frogan was given a thirty-day ban for her involvement in the racial tier list at TwitchCon 2024. This is evidenced by the fact that all the other panelists – including Denims – received the same punishment at the same time.[72]

xviii.     Denims makes the completely unsubstantiated claim that – like Frogan and Hasan – Ethan also made jokes about 911. Ex. K at 4:14:26-34.

xix.     Denims also makes the unsubstantiated claim that Ethan denied the IDF engaged in systematic rape. Ex. K at 4:23:30-45. This is false. Ethan acknowledged that the IDF engaged in sexual violence, exhibited genuine curiosity about learning more, evaluated additional sources, repeatedly stated that he was not denying the claim and even Hasan admitted that he misspoke by asserting such claims of systemic rape were well-documented.[73]

[71] France24, "This videos does not show Israel bulldozing Palestinians at Gaza's Kamal Adwan Hospital" (Dec. 19, 2023) *available at*: https://f24.my/A0b9

[72] Alyssa Mercante, Kotaku, "Twitch Bans Several Arab Streamers Following 'Habibi' Ratings Panel At TwitchCon" (Oct. 21, 2024), *available at*: https://kotaku.com/twitch-ban-fr0gan-denims-capri-raffoul-adl-ethan-klein-1851677969

[73] H3 Podcast, *Israel vs Gaza – Leftovers #61* (Oct. 12, 2023) at 3:37:33-3:45:03 *available at*: https://www.youtube.com/live/JFznOHunD_c?si=b6N7tJgP_lUekAyb&t=13053

xx. After Ethan criticizes Frogan's podcast for stating that Israelis cannot "claim" hummus, Denims states that the podcast's critique was not that Israelis "claim" hummus, but they claim to have "invented" it. Ex. K at 4:27:52-4:28:53. This is false. As made clear by the podcast episode itself, the participants (including Frogan) never mentioned "inventing" hummus; rather, they took issue with Israelis "claiming" hummus.[74]

xxi. Denims – who is not Jewish – makes the grotesquely bigoted statement that it is antisemitic to associate Zionism (*i.e.*, the Jewish right to self-determination in their ancestral homeland)[75] with Judaism. Ex. K at 4:33:48-4:34:02. Shortly thereafter, a chatter confronts Denims by explaining that approximately 90% of Jews are Zionists. Without any substantiation, Denims claims that this was derived from a poll with a sample size of twenty-six and that one-third of Jews think Israel is committing genocide in Gaza. *Id.* at 4:34:45-4:35:18. Denims' assertion is completely and totally baseless.

1. A 2019-2020 Pew Research Center survey of 4,718 American Jews found 82% considered caring about Israel to be "essential" or "important" to what it means to be Jewish.[76]

[74] Ayyrabs Podcast, *Living Through a War in Lebanon | ft, @DoNotWorryPodcast* (Oct. 2, 2024), at 42:25-44:10 *available at:* https://youtu.be/GgUNY5qjbPc?si=ajp1sN_oGNQcbv4Z&t=2545

[75] A "Zionist" is someone who believes in the right of Jewish self-determination in their ancestral homeland. It is a broad umbrella that includes those who "consider the rights of Palestinians to be fundamental to Zionism's success." Frequently, "policies carried out by the Israeli government that harm and suppress Palestinians are often conflated by anti-Zionists as representing Zionism as a whole." This conflation has "a marginalizing effect on Jews" and is often "indistinguishable from anti-Semitism in its expression" because it uses "anti-Semitic tropes." Encyclopedia Brittanica, "Zionism" *available at*: https://www.britannica.com/topic/Zionism

[76] Justin Nortey, Pew Research Center "U.S. Jews have widely differing views on Israel" (May 21, 2021) *available at*: https://www.pewresearch.org/short-reads/2021/05/21/u-s-jews-have-widely-differing-views-on-israel/; Pew Research Center, "Jewish Americans in 2020, Appendix A: Survey methodology" (May 11, 2021) *available at*: https://www.pewresearch.org/religion/2021/05/11/appendix-a-survey-methodology-4-2/

2. In another poll conducted in December 2024 of 800 American-Jewish adults, "70% think anti-Zionist movements are antisemitic by definition" and only "9% strongly disagree with that statement."[77]

m. On the exceedingly rare instances where Denims does cite extrinsic sources, Denims (unsurprisingly) completely misrepresents the source material. This further evidences she was utterly unprepared to provide criticism of *The Nuke* and the extent of her criticism suffers as a result. Below are some notable examples:

i. During the section where Ethan discusses the forced expulsion of Mizrahi Jews from Arab countries, Denims makes the maliciously ahistorical assertion that Jews were treated well in Arab countries – even claiming to be well read on the subject. It is evident that Denims fundamentally fails to grasp the horrors Jews endured in Arab countries.

1. For example, Denims claims that Vichy France (*i.e.*, Nazi occupied France) sent Moroccan Jews to Israel. To "support" her claim, Denims pulls up the Wikipedia article entitled "History of Jews in Morocco" (the Wikipedia Article") (but strategically conceals the Wikipedia Article's title).[78] Ex. K at 1:51:20-1:58:13. The Wikipedia Article refutes her "well read" assertion: Vichy France sent Moroccan Jews to Europe to be exterminated and not Israel.

2. Further, it is painfully obvious that Denims either did not read the Wikipedia Article or failed to understand it. The Wikipedia Article documents 1,000 years of Moroccan Jews being massacred, subjugated under the

[77] The Jewish Majority, "New Poll: Jewish Voice for Peace Does Not Represent Vast Majority of U.S. Jewish Community" (February 12, 2025), *available at*: https://img1.wsimg.com/blobby/go/2921c434-f7d7-43f4-ade6-3a5591444c85/downloads/97dc308b-4559-4e42-a55e-53c77f75c044/Press%20release%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.pdf?ver=1739292818681

[78] Wikipedia, "History of Jews in Morocco" *available at*: https://en.wikipedia.org/wiki/History_of_the_Jews_in_Morocco. In a moment of great irony, Denims later critiques *The Nuke's* citations to Wikipedia for Nasrallah's antisemitic statements. Ex. K at 2:35:27-38.

*dhimmi* apartheid system (including forced to pay *jizya*, wear certain clothing, live in certain areas, employ restrictive modes of transportation and prohibited from engaging in certain types of work),[79] rape, state sanctioned abuse, destruction of synagogues, ethnic cleansing and forced conversion. One of the most tragically absurd episodes documented in the Wikipedia Article involved the Sultan Sulaiman finally allowing the Jews of Fez to wear shoes. So many Jews were slaughtered by their Arab neighbors as a result that the Jews of Fez begged the Sultan to repeal the edict – which he did.

ii. Denims makes the incendiary claim that Ethan is scared of Arabic and the Muezzin call. She frantically tries to find the clip to support her assertion, but gives up. Ex. K at 2:54:25-2:55:24. After someone in her chat sends her a link, she eagerly plays the clip. When it is evident that her claim is a grossly inaccurate mischaracterization, Denims' excitement evaporates as she silently moves on from the point. *Id.* at 2:56:26-2:57:24.

n. During her "group viewing session," *The Nuke* takes up approximately three-quarters of the screen for Denims' "group viewing session" – while Denims sequesters herself to the right-hand quarter to deemphasize her presence. Denims' objective was to provide a large and unobstructed view of *The Nuke* to her audience – which further emphasizes her primary purpose was to provide a substitute for the original.

o. To be certain, Denims (albeit infrequently and inconsistently) makes a highly transformative use of *The Nuke*. Where *The Nuke* seeks to expose how Hasan radicalizes people online to be antisemitic and anti-Israeli, Denims attempts to use *The Nuke* for the exact opposite purpose: to radicalize her audience to be antisemitic and anti-Israeli, along with defending Hasan. The transformative

[79] *See also* Bernard Lewis, *The Jews of Islam* (1984); Efraim Karsh, *Islamic Imperialism: A History* (2006); Mark R. Cohen, *Under Crescent and Cross: The Jews in the Middle Ages* (1994); Bat Ye'or, *The Dhimmi: Jews and Christians Under Islam* (1985).

nature of these moments are undermined (if not erased) by showing far more of *The Nuke* than is necessary to achieve this purpose. Some examples are identified above, but also include:

i.      Denims will repeatedly glorify terrorism and terrorists, such as: (1) glorifying the Houthis' footage of the hijacking of the *Galaxy Leader* (Ex. K at 2:36:17-46); (2) glorifying the leader of Hezbollah, Hassan Nasrallah (*id.* at 3:18:21-3:19:17); (3) attacking a chatter critiquing her glorification of Hezbollah (*id.* 3:22:15-3:23:08); (4) excusing the homophobia of terrorist groups (*id.* at 3:36:54-3:37:39); (5) glorifying Hamas propaganda (*id.* at 3:35:41-3:36:11); and (6) excusing the antisemitism of terrorists (*id.* at 2:23:12-2:25:18, 2:27:41-2:29:00, 3:12:48-3:13:07, 3:13:15-36).

ii.      Denims also attempts (albeit unsuccessfully) to excuse Hasan's hypocrisies, such as: (1) his highly consumerist spending (Ex. K at 3:18:01-14); and (2) his defense of Hamas (*id.* at 3:49:17-23).

iii.      Denims repeatedly attempts to justify her own antisemitism and – even more absurd – paint Ethan as an antisemite. Ex. K at 2:59:19-27, 4:29:11-31, 4:29:53-4:30:05, 4:33:48-4:35:18, 4:36:48-4:37:12, 4:46:12-34.  In one instance, Denims goes on a long tangent by showing a clip in its entirety of Norman Finkelstein[80] with little commentary to justify her own bigotry.

[80] Finkelstein is best known for his discredited book *The Holocaust Industry* and for DePaul University denying him tenure on the grounds of unprofessional conduct. He is widely dismissed by academics and historians as an idealogue. *See* Norman G. Finkelstein, *Brief Comments on the Nation's "Rebuttal" to My Exchange with Omer Bartov*, NormanFinkelstein.com (2000), *available at* https://web.archive.org/web/20090321185503/http://normanfinkelstein.com/article.php?pg=3&ar=165; Omer Bartov, New York Times "A Tale of Two Holocausts," (Aug. 6, 2000) *available at:* https://archive.nytimes.com/www.nytimes.com/books/00/08/06/reviews/000806.06bartovt.html.; Wikipedia, "The Holocaust Industry," *available at*: https://en.wikipedia.org/wiki/The_Holocaust_Industry. Debra Cassens Weiss, American Bar Association Journal, "No Tenure for DePaul's Finkelstein; Harvard Law Prof's 'Tempest' a Factor" (June 11, 2007), *available at*: (continued).

*Id.* at 2:22:44-2:29:00.

iv. Denims also caries water for Clancy. When Ethan critiques Clancy's obsession with e-girls on the Twitch platform, Denims seeks to excuse this lecherous behavior by making the tone-deaf claim that Clancy's obsession with e-girls is a sign of his virility. Ex. K at 3:51:04-3:53:45.

p. Finally, Denims' use of *The Nuke* was highly commercial. This is evidenced by:

i. Her statement: "***Well guys, if you enjoyed not giving any views to that terrible video, follow, subscribe, throw a prime, if you like the content, if you enjoyed your time here***." Ex. K at 5:07:45-58.

ii. On 174 separate occasions during her "group viewing session" of *The Nuke*, Denims receives paid subscriptions, donations and bits. Each of these paid subscriptions and donations would result in a graphic being superimposed over *The Nuke*.

iii. Denims ran advertisements during her "group viewing session" of *The Nuke* and received advertising revenue as a result.

iv. On her Twitch page where Denims' "group viewing session" was located, Denims placed buttons soliciting paid subscriptions and donations beneath the video of Denims' "group viewing session" of *The Nuke*.

v. The clear coordination between Denims and the H3Snark Mods (and others) to direct as many viewers to her "group viewing session" of *The Nuke* to avoid giving views and advertising revenue to TEI.

https://www.abajournal.com/news/article/no_tenure_for_depauls_finkelstein_harvard_law_profs_tempest_a_factor; David Cesarani, Times Higher Educ. "Finkelstein's Final Solution" (Aug. 4, 2000), *available at*: http://www.timeshighereducation.co.uk/books/finkelsteins-final-solution/155953.article; "Academic Freedom and Palestine-Israel: The Case of Beyond Chutzpah," 35 J. Palestine Stud. 94 (2006), *available at:* https://www.palestine-studies.org/sites/default/files/attachments/jps-articles/jps.2006.35.2.85.pdf.

71. As to the second fair use factor, the fact *The Nuke* was released a minute prior to Denims' "group viewing session" does not weigh in her favor. Further, while containing numerous documentary and factual elements, *The Nuke* contains numerous creative elements, which weigh against fair use.

72. As to the third fair use factor, this factor weighs heavily against fair use. It is readily apparent Denims' use was excessive for any potential criticism of *The Nuke* – particularly in light of minimal level of commentary and highly commercial nature of Denims' "group viewing session." This is especially true when Denims repeatedly provides brief statements (many of which have little to not critical bearing on *The Nuke*) after showing long unadulterated segments of *The Nuke.*

73. The fourth (and most important) fair use factor weighs the most heavily against fair use. It is readily apparent that Denims intended (and succeeded) to provide a market substitute for *The Nuke* for the reasons set forth below:

a. The statements identified in Paragraphs 70.a and 70.p.i above.

b. Showing *The Nuke* in its entirety with minimal commentary.

c. Starting her "group viewing session" a minute after *The Nuke* was released to the public when the interest in *The Nuke* was at its apex.

d. The First Inducement Post, Second Inducement Post and Third Inducement Post by the H3Snark Mods.

e. Due to Denims' siphoning the audience for *The Nuke* to her "group viewing session," TEI lost views and advertising revenue it would ordinarily receive from the individuals who watched Denims' "group viewing session" instead of *The Nuke*.

f. Denims' conduct did become widespread. Several other members of Hasan's Waiting Room conducted a "group viewing session" of *The Nuke* immediately after its release – which resulted in further lost views and lost advertising revenue to TEI.

# FIRST CLAIM FOR RELIEF

**(For Direct Copyright Infringement – Against Denims)**

74. TEI incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

75. TEI is the sole of the of the copyrights in the *Countdown Episode* and *The Nuke*.

76. TEI registered its copyrights in the *Countdown Episode* and *The Nuke* with the USCO.

77. Denims accessed: (1) the *Countdown Episode* from TEI's YouTube channel, H3Podcast; and (2) *The Nuke* from TEI's YouTube channel, h3h3Productions.

78. TEI did not grant any license, authorization or consent for Denims to exploit the *Countdown Episode* or *The Nuke* in any manner. Rather, Denims' "group viewing session" of the *Countdown Episode* and *The Nuke* constituted an unauthorized reproduction, public performance and derivative work of the *Countdown Episode* and *The Nuke* in violation of TEI's rights as set forth in 17 U.S.C. Section 106.

79. Due to Denims' acts of copyright infringement, TEI has suffered damages in an amount to be established at trial.

80. Due to Denims' acts of copyright infringement, Denims obtained profits she would not have realized but for her infringement of TEI's copyrights in the *Countdown Episode* and *The Nuke*.

81. Denims' acts of copyright infringement were done with actual or constructive knowledge of TEI's rights, such that said acts of copyright infringement were willful, intentional, malicious and/or taken with reckless disregard for TEI's rights.

## SECOND CLAIM FOR RELIEF

**(Contributory Copyright Infringement – Against The H3Snark Mods)**

82. TEI incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

83. The H3Snark Mods (and each one of them) knew Denims' "group viewing session" would infringe TEI's copyrights in the *Coundown Episode* and *The Nuke*.

84. The H3Snark Mods (and each one of them) are responsible for the First Inducement Post, Second Inducement Post and Third Inducement Post.

85. The First Inducement Post, Second Inducement Post and Third Inducement Post induced, caused and/or materially contributed to Denims' infringement of the *Countdown Episode* and *The Nuke*.

86. Due to the H3Snark Mods' contributory infringement, TEI has suffered damages in an amount to be established at trial.

87. The H3Snark Mods' acts of contributory infringement were made with actual or constructive knowledge of TEI's rights, such that said acts of contributory infringement were willful, intentional, malicious and/or taken with reckless disregard for TEI's rights.

## PRAYER FOR RELIEF

WHEREFORE, TEI prays for judgment against Denims and the H3Snark Mods (collectively, "Defendants") as follows:

a. That TEI be awarded Defendants' (and each of their) profits, plus TEI's losses, attributable to Defendants' infringement of the *Countdown Episode*, the exact sum to be proven at the time of trial.

b. That TEI be awarded Defendants' (and each of their) profits, plus TEI's losses, attributable to Defendants' infringements of *The Nuke*, the exact sum to be proven at the time of trial; or, if elected, statutory damages in the amount of

$150,000 as available under 17 U.S.C. Section 504;

c. TEI be awarded it reasonable attorneys' fees and costs under 17 U.S.C. Section 505;

d. TEI be awarded pre-judgment interest as allowed by law; and

e. TEI be awarded such further relief as the Court deems proper.

**f. <u>JURY TRIAL DEMAND</u>**

TEI demands a jury trial on all issues so triable pursuant to Federal Rule of Civil Procedure 38 and the 7th Amendment to the United State Constitution.

Dated: June 19, 2025

**HEAH BAR-NISSIM LLP**

By /s/ Rom Bar-Nissim
ROM BAR-NISSIM
Attorneys for Plaintiff Ted Entertainment, Inc.

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 142 of 582

# Exhibit G

App. p. 142

Skip to main content r/h3snark Search in r/h3snark Create

r/h3snark • 20 hr. ago
jewettornesarah MOD Juicebox Revolutionary War General

# MEGATHREAD | Content Nuke - Where to Watch & Discussion

Megathread

Hey everyone, we've seen a lot of comments about wanting to watch the nuke without showing support for H3. Several creators have mentioned they're planning to stream their reactions or post reaction videos in the coming days.

Here's a list of creators who've supported our sub, either by engaging with us directly or citing our posts in their own critiques of H3. If you're planning to watch along with any of them, we ask that you carry our sub's rules into those spaces too. Feel free to check out:

- North Star Radio/Comrade Casey (Twitch) | Link
- Frogan (Twitch) | Link
- SeanDaBlack (Twitch) | Link
- Denims (Twitch) | Link
- Central Committee/Mike from PA (Twitch) | Link
- Hallucinogender0g (Twitch) | Link
- Kaceytron (Twitch) | Link
- Do Not Worry Podcast (YouTube) | Link
- Uninformed Leftist (YouTube) | Link

Happy snarking from your respective bunkers! Please feel free to share links to other streams/creators and react yourselves down below!

EDIT: Apparently it's not happening tonight! Over one single frame in the whole manifesto video! One frame, y'all, that's it! And then it's perfect! Ugh so frustrating that ONE FRAME prevented all this!

It's almost like the hype for this nuke has been nothing more than a crummy commercial to hook people into watching a dying podcast! So strange!!

We'll keep this thread up — feel free to react/comment/update here!

381 168 Share

Skip to main content

Create

Everything you want in a crypto platform: 20+ digital assets, advanced analytics, and US-based, award-winning support. All on Public.

Sign Up

public.com

Decode crypto patterns. Then make your move.

Add a comment

Sort by: New (Default)

Search Comments

**h3snarkmodteam** MOD • 20h ago • Stickied comment • Edited 19h ago

QuietFairy Stan  Top 1% Commenter

h3h3productions

Got an update on launch.... Estimate is by 5pm.

Edit: Content Nuke is canceled, maybe will upload tomorrow

Vote Reply Share ...

3 more replies

**Aggravating-Unit37** • 56m ago

Will this be the one we use? Just wanna know when someone goes live after it drops so I can watch somewhere other than the channel

1 Reply Share ...

**KamenRiderDragon** • 5h ago

I canceled my kidney surgery for this

9 Reply Share ...

**FriendlyGhostStudios** • 5h ago

i do love the conspiracy theory that the nuke actually doesn't exit which is why its taking so long to drop

4 Reply Share ...

**erin_collective** • 6h ago

Creator

Lizzy Rosa / Ammonia-liza on twitch @ammonializa YouTube vods @lizzycraft

1 Reply Share ...

**Betyouknowme** • 19h ago •

TOP SNARKER

This man is defo poppin and dropping something and it ain't a nuke

121 Share ...

1/31/25, 12:28 AM Case 2:25-cv-01096-SK Document 1-7 Filed 02/24/25 Page 105 of 354 Page ID #:97
Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 145 of 582

Skip to main content

Create

Watching Hasan's beautification stream rn knowing that Ethan is probably malding over having to reupload his nuke is so funny

81 Reply Share ...

**Aggravating-Unit37** • 19h ago

Tomorrow morning, fuck off

40 Reply Share ...

**BewareOfGrom** • 19h ago
you're making it awkward and terrible · Top 1% Commenter

the real nuke was hasan getting his brows waxed on stream

83 Reply Share ...

**SilverstrandForest** • 19h ago

This is such ridiculous bullshit Such a weaselly little liar Guys you'll never believe it, I have to remove or blur 1 frame, its 17.00 now, guess I'll upload it tomorrow morning or something for some reason. YouTube editor? Nahhh you don't get it bro Such a frikkin loser. The lack of him not getting how he looks right now is astounding

35 Reply Share ...

**hollycosmic** • 19h ago
WrldWideWasteland

Kaceytron mention love her

GIF

31 Reply Share ...

**Excellent_Musician38** • 16h ago

OMG I thought she was Emma Roberts until I read your caption

5 Reply Share ...

**newhere616** • 15h ago

Please forgive my ignorance as idk who KaceyTron is, but this is Emma Robert's right? Lol

9 Reply Share ...

**Thataintright1** • 14h ago

This is absolutely Emma Roberts

14 Reply Share ...

**newhere616** • 7h ago

https://www.reddit.com/r/h3snark/comments/1ie1ky8/megathread_content_nuke_where_to_watch_discussion/?share_id=4oR6u7bm1OaO2cxYWljG... 3/12
App. p. 145

Skip to main content

+ Create

**ziggydynamite** • 19h ago

The paying members are actually super upset at the lack of shows and he misses one more show for this? That's pathetic

63 Reply Share ···

**Slow_Significance329** • 19h ago

Imagine if it's a 2 hour loop of Rick Astley...

32 Reply Share ···

**pedropedro1** • 19h ago

Hasan freaking out about his eyebrows being waxed right now probably way more entertaining than whatever the "nuke" was gonna be.

64 Reply Share ···

**Adapteduser** • 19h ago
Ethan's State Farm Agent

The brow waxing is truly killing me. Gigachad moment for real.

19 Reply Share ···

**pedropedro1** • 19h ago

I'm kinda scared for him. They looked VERY shaped haha

22 Reply Share ···

**Imaginary_Drummer_67** • 19h ago

WHO IS HE "SUBMITTING" THE VIDEO TO??? ITS HIS OWN CHANNEL

49 Reply Share ···

**chloe-et-al** • 19h ago
Top 1% Poster

hahahahaha he uploaded an insta story saying there is a single frame that he didn't blur and now he has to reupload

he even skipped the members show today to upload it

he said he's not even going to upload it tonight now and instead he's re-editing and uploading tmrw morning -- really? for a 1 frame edit?

color me shocked

72 Reply Share ···

**64N_3v4D3r** • 19h ago

I'm starting to think the 'content nuke is a troll' theory might be correct.

37 Reply Share ···

**queermichigan** • 19h ago

You can add blur in the YouTube editor afaik

19 Reply Share ···

**MagnumOpossumus** • 19h ago
friend

Alright I'm taking bets on if the episode tomorrow is cancelled.

Skip to main content

Create

I'm saying it's cancelled again... I have zero respect for him and my lack of respect is all I'm basing that on.

22 Reply Share

**isnatchkids** • 19h ago
Top 1% Commenter

GIF

23 Reply Share

**eye_yoda** • 19h ago

See yall tomorrow

4 Reply Share

**frumpygardener** • 19h ago

Delay because hasan is not sitting at his computer but doing a beauty thing in Japan

35 Reply Share

**PharmaDee** • 19h ago

This man is a fuckin youtuber and can't put out ONE video

11 Reply Share

**honeyncinnamon** • 19h ago
debate Sam Seder

He's being very selective of the timing he drops it. He knows streamers are more likely to go live this time of day and react to it, and those clips of them reacting will probably get more attention than the video itself

He's a COWARD

49 Reply Share

**Future-Zucchini579** • 19h ago

Professional comedian can't upload one video right...

30 Reply Share

**Separate_Ebb5076** • 19h ago

no shame in that I WOULD expect a professional YouTuber to be able to do that though---good thing he's a comedian I guess

6 Reply Share

**SlimTimDoWork** • 19h ago

He's lying, you can edit 1 frame out EASILY in Youtube Studio.

Skip to main content

+ Create 2

ethan loves talking about poop

I was thinking there must be an easier way than exporting the full 2 hour video again

18 Reply Share ···

**MCSnipeYoAss** • 19h ago

HAHAHAHAHA HE FKD UP LMAOO. WHAT A FKNG DWEEB

30 Reply Share ···

**theirpowerisover9000** • 19h ago

bruh I swear at this point all I want is to know the actual time I can sit down and enjoy the mf shitshow of watching h3 burn the rest of their reputation into the ground, can this cretin please get his video finished

23 Reply Share ···

**bickybb** • 19h ago

Wow he really can't do anything right

42 Reply Share ···

**subversivewallflower** • 19h ago
Hasan's fruit basket from Hamas

I KNEW IT WASNT COMING OUT HES SO PREDICTABLE

*also, if the video is real - not uploading a video because of one frame? lame shit lmao*

41 Reply Share ···

**Separate_Ebb5076** • 19h ago

I would have taken bets on this.
It's so funny

9 Reply Share ···

**MagnumOpossumus** • 19h ago
friend

Like Frogan said, he can remove a frame in the youtube editor. He's just full of it at this point.

33 Reply Share ···

**slorinda** • 19h ago

Drops tomorrow yall

20 Reply Share ···

**Separate_Ebb5076** • 19h ago



Skip to main content

Create

Not Happening

NO it doesn't

9 Reply Share ...

**slorinda** • 19h ago

allegedly

10 Reply Share ...

**NumerousChallenge300** • 19h ago
fallen fan with a cute cat

him starting the story with not one. but TWO nasty coughs.

17 Reply Share ...

**royalbooboo** • 19h ago

Can someone link websites where we can watch without giving a view? I remember there were mentions of websites like that here

9 Reply Share ...

**DaBow** • 19h ago

God he is such a fucking idiot. It's literally your job to get this right.

27 Reply Share ...

**folkwitches** • 19h ago

The nuke is postponed to tomorrow.

9 Reply Share ...

**misobutter3** • 19h ago

r/Central_Committee

4 Reply Share ...

**JeffBenzos** • 19h ago
#1 Kaya Stan

It's not dropping tonight Ethan gotta cut out 1 frame (not even joking )

47 Reply Share ...

**Dawndolly** • 19h ago

It's literally the same as a lil kid who was asked for a project due 2 weeks ago but just doesn't wanna do it so keeps making up excuses to mommy

11 Reply Share ...

**Seymour--ass** • 19h ago
a habitually sullen person



Skip to main content
Create
Separate_Ebb5076 • 19h ago
Well then Frogan is giving him WAY too many IQ points (and that's really nice of her all things considered)
10 Reply Share
honeyncinnamon • 19h ago
debate Sam Seder
I just had this thought!
11 Reply Share
Any_Bee_5918 • 19h ago
Palestinian Compilation Queen
Top 1% Poster
I think the same. But it's not gonna work lmfao
13 Reply Share
Seymour--ass • 19h ago
a habitually sullen person
Yeah, the longer he waits, the more people will be online lol
2 Reply Share
Any_Bee_5918 • 19h ago
Palestinian Compilation Queen
Top 1% Poster
What a weasely little liar dude!
27 Reply Share
Separate_Ebb5076 • 19h ago
I just saw his insta
not TODAY
This is 100% the funniest thing he has done in YEARS
59 Reply Share
chloe-et-al • 19h ago
Top 1% Poster
he fr hates his fans he's always getting their hopes up or fucking them over, today it was skipping the members stream to upload this vid and then the vid didn't even drop LMFAOOOOOOOOOO like bffr
15 Reply Share
Separate_Ebb5076 • 19h ago
I feel so evil because I really really find this funny
8 Reply Share
MagnumOpossumus • 19h ago
friend
Tinfoil hat: I think this is so live streamers don't have time to set up streams before it comes out like tonight and will have to scramble it go live and react to it.
41 Reply Share
Dawndolly • 19h ago
Has to be what's going on, bc yesterday he said he was going to do a huge YouTube premier for the launch of it. Like what Ethan? The one frame being left in today, changed that video release plan lmao
4 Reply Share
SlimTimDoWork • 19h ago

Skip to main content

+ Create

**PianoTeach88** • 19h ago
Keemstar is Ethan's lost brother

So if it doesn't end up existing, has he just been using this as an excuse to skip out on members content?

30 Reply Share ···

**Independent_End7118** • 19h ago • Edited 19h ago
communism equals no croutons | Top 1% Commenter

ethan posted on his story. it will not be uploaded today lol

45 Reply Share ···

**RemarkableRhubarb933** • 19h ago
fallen fan with a cute cat

he needs to just stfu about it until it is ACTUALLY ready to go live. i don't get the point of the whole "its happening jk no its not" thing

12 Reply Share ···

**penny_pens** • 19h ago

Not coming out today, forgot to remove one frame and has to submit tomorrow .

42 Reply Share ···

**Gooey_Goon** • 19h ago

Yeah I say who cares anymore since it didn't come out today I'm just tuning out of this entirely.

10 Reply Share ···

**LaberalDimocrat** • 19h ago

He said one frame wasn't blurred? I wonder what the fuck he's uploading that needs to be that heavily censored

27 Reply Share ···

**skittlesthepro** • 19h ago

I bet it's that fake gun that Hasan sometimes has on stream/ Fear&. He's gonna claim he's "promoting violence" or something silly

3 Reply Share ···

**Seymour--ass** • 19h ago
a habitually sullen person

Okay that's it lmao it's a BAIT

33 Reply Share ···

**Seymour--ass** • 19h ago
a habitually sullen person

Even Morgan is saying you can get rid of one frame in the youtube editor

17 Reply Share ···

**penny_pens** • 19h ago

Maybe he doesn't know that? Because he hasn't made a video in 4 years.

13 Reply Share ···

**boobiewatcher69420** • 19h ago
he's a ham sandwich

eel pit, it's not happening

Skip to main content

+ Create

Pitiful-Fennel-3702 • 19h ago

GIF

26 Reply Share ···

**pedropedro1** • 19h ago

Stand by guys Ethan is watching Hasan get his eyebrows done

52 Reply Share ···

**Disastrous-Pack1641** • 11h ago
H3hab

Me too tbf

3 Reply Share ···

**PianoTeach88** • 19h ago
Keemstar is Ethan's lost brother

Ethan delay the nuke? I sleep.

Ethan release the nuke? I sleep.

53 Reply Share ···

**MagnumOpossumus** • 19h ago
friend

Ethan posted on IG it's not coming out needs to be reedited

27 Reply Share ···

**arongadark** • 19h ago

Delayed til the morning. Womp womp

20 Reply Share ···

**Aggravating-Unit37** • 19h ago

Is anyone live yet?

8 Reply Share ···

**saz2022** • 19h ago

He's taking the piss. Literally.
I'd be willing to bet that in a little bit he'll say "no video today, technical difficulties, but for sure tomorrow." Troll

27 Reply Share ···

**saz2022** • 19h ago

Told ya

Skip to main content

Create

You were right, check his insta story.

5 Reply Share ···

**yyeetstreeet** • 19h ago

This shit is not coming out soon bro

22 Reply Share ···

**oddlylikable** • 19h ago
lalalalala i cant hear you

It's like the Y2K scare or when people thought that the world was going to end because of some quantum physics experiments at CERN.

22 Reply Share ···

**watching_sisyphus** • 19h ago

always late

18 Reply Share ···

**RockyK96** • 19h ago
leaving the cult behiiiiind

will this be posted on h3 productions yt or the podcast page?

11 Reply Share ···

**LaberalDimocrat** • 19h ago

99.9% sure it will be on the original H3H3 account, not the podcast one. It has the biggest audience, probably a lot of normies still, who haven't seen him crashing out for months

12 Reply Share ···

**boobiewatcher69420** • 19h ago
he's a ham sandwich

46 Reply Share ···

**crassreductionist** • 19h ago

tick tock h3 late again

40 Reply Share ···

**sketchdrift** • 19h ago



Create
2
7
Reply
Share
strumdogg • 20h ago • Edited 20h ago
Hasan's Voice Trainer
Hasan is living his best life in Japan, with friends, and experiencing amazing collabs w/guests & food.
Ethan is in the corner, texting hila about a video export while 20,000 humans watch.
58
Reply
Share
1 more reply

# Exhibit H

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 156 of 582
1/31/25, 1:50 PM Case 2:25-cv-00296-BK Document 2 Filed 01/14/25 Page 16 of 17 Page ID #:108

Skip to main content r/h3snark Search in r/h3snark Create

r/h3snark • 15 min. ago
h3snarkmodteam QuietFairy Stan Top 1% Commenter

Ethan Klein's Content Nuke on Hasan Piker | H3 Snark Megathread

Megathread

Places to watch reactions to this video:

- **Denims (Twitch) | Link** *(LIVE NOW)*
- **Frogan (Twitch) | Link** *(LIVE NOW)*
- **SeanDaBlack (Twitch) | Link** *(LIVE NOW)*
- **Central Committee/Mike from PA (Twitch) | Link** *(LIVE NOW)*
- **Hallucinogender0g (Twitch) | Link** *(LIVE NOW)*
- North Star Radio/Comrade Casey (Twitch) | Link *(GOING LIVE SOON)*
- Uninformed Leftist (YouTube). | Link *(Live but not reacting yet))*
- Kaceytron (Twitch) | Link *(Live but not reacting yet)*
- Do Not Worry Podcast (YouTube) | Link (not reacting yet)

59 187 Share

Add a comment

Sort by: Best Search Comments

**Gooey_Goon** • 12m ago • Edited 4m ago

Seems like this is just a red scare video, but presented by somebody with literally zero political knowledge while being completely ignorant, it's almost like a highlight real of best hits if you know anything about what Hasan is saying

109 Reply Share

**dblspider1216** • 10m ago
ethan's underpaid and overworked attorneys

yup

14 Reply Share

**srfolk** • 7m ago

McCarthyism is back, baby!

Vote Reply Share

**Emotional-Day-4425** • 5m ago
Hasan's fruit basket from Hamas

which ironically was kinda infamously antisemitic.

Vote Reply Share

**Aggravating-Unit37** • 3m ago

Making it beyond ironic to start with an Oppenheimer clip

Vote Reply Share

2 more replies

https://www.reddit.com/r/h3snark/comments/1ieq74l/ethan_kleins_content_nuke_on_hasan_piker_h3_snark/ 1/16
App. p. 156

Skip to main content

+ Create 2

He's trying to do the old school h3h3 commentary way past his prime. He looks and sounds like a husk of himself. This is actually so cringe I can't watch

94 Reply Share ...

**Jessica_genericuser** • 10m ago
Hamas would kill me on the spot

God he talks like he's trying not to wake the kids

Vote Reply Share ...

**Law-n-order-** • 10m ago

Truly so hard to watch

12 Reply Share ...

**Capable-Push-7236** • 7m ago

Yes this is exactly how i feel watching it on denims stream rn. Its so fucking cringe

Vote Reply Share ...

1 more reply

**Extreme_Fox6658** • 11m ago

Ethan saying Hasan "presents himself as a left leaning democrat" is FUCKING INSANE

95 Reply Share ...

**dblspider1216** • 9m ago
ethan's underpaid and overworked attorneys

I audibly yelled in my office

Vote Reply Share ...

**Neither_Wall_9907** • 9m ago
finally fallen  Top 1% Commenter

WHAT

Vote Reply Share ...

1 more reply

**there_is_always_more** • 3m ago
in a nature setting, to be conquered

Honestly this alone should let people know how out of his depth Ethan is with anything related to politics & history

Vote Reply Share ...

**tm1822** • 11m ago

Ethan genuinely thinks people fear communism like it's the 1950s

84 Reply Share ...

**tm1822** • 10m ago

OH MY GOD... this is going to show how badly informed he is on politics omg no wonder Dan hated it.

48 Reply Share ...

**tm1822** • 9m ago

Oh guys, this is bad. Like I thought it was going to be bad, but this is genuinely laughable and embarrassing.

Vote Reply Share ...

Skip to main content

Create

bad faith

Vote Reply Share ···

2 more replies

1 more reply

**jesuisunaltre** • 6m ago

It's hilarious. He's made a McCarthy take down video of a leftist in 2025.

Vote Reply Share ···

**stevedoz** • 13m ago

The nuke alerted me that I was still subscribed to the h3h3productions channel. They have so many forgotten subs on there.

67 Reply Share ···

**h3snarkmodteam** OP • 12m ago
QuietFairy Stan · Top 1% Commenter

subscriber nuke!

46 Reply Share ···

3 more replies

**dinergirl365** • 11m ago
Hater Ass Bitch

He's doing red scare stuff please

50 Reply Share ···

**kingbugdust** • 9m ago

No this is so silly were about to be hit with an hour & 40 minutes of Regan Era moralizing

Vote Reply Share ···

**Extreme_Fox6658** • 12m ago

I'm watching along with Denims....this shit is already so cringeworthy. And right on the heels of another transphobic Ethan rant? Incredible.

101 Reply Share ···

**BaronBatchlerX** • 11m ago

Denims Watch Party!

22 Reply Share ···

**ErinysFuriae** • 7m ago
Dan thinking he's the smartest person in the room

Skip to main content

Create

ME TOO

Vote Reply Share ...

**Gooey_Goon** • 4m ago

Literally within the same hour of him screaming at a female employee till she left just because she pointed out he MIGHT be using the wrong pronouns

Vote Reply Share ...

**crushingonhollyshort** • 7m ago

Watching on denims' stream rn too!!!

Vote Reply Share ...

**Lintopher** • 4m ago

I didn't watch the pod, what was the rant?

Vote Reply Share ...

**Seymour--ass** • 11m ago
a habitually sullen person

fact check: hasan has never called himself a left leaning democrat LOL

48 Reply Share ...

**flownintothesyn** • 12m ago

This shit is so cringe I cant.

39 Reply Share ...

**yomeniester** • 8m ago • Edited 7m ago

Lies Counter: 2

- Hasan never introduced himself as a Social Democrat
- Hasan never said reeducation camps

Vote Reply Share ...

**Seymour--ass** • 7m ago
a habitually sullen person

please keep this updated lol this is sad

Vote Reply Share ...

2 more replies

**PearlUnicorn** • 6m ago
that moron ethan klein Top 1% Commenter

Accusing Hasan of this when our president and our potentially next HHS leader have actually made these kinds of statements is bizarre.

Vote Reply Share ...

**MobileOk2676** • 2m ago

Skip to main content

+ Create

Vote Reply Share ···

**Confusionitus** • 11m ago

I'm 2 mins in and my jaw is on the floor. This is what we waited for? This is fucking embarassing

34 Reply Share ···

**More-Tea-2904** • 11m ago

oh this is a legitimate narcissistic meltdown ... he is trying SO hard to spin the narrative i dont know what i was expecting

32 Reply Share ···

**foodiefrankie** • 12m ago

the manufactured charisma editing is killing me

27 Reply Share ···

**Ok-Pianist9407** • 11m ago
Top 1% Commenter

I'm watching along with denims. It's so stiff and cringe with 2012 "quality" style edits. The content thus far is anti communist bullshit too, that's the angle he's going

27 Reply Share ···

1 more reply

**CowsAreCurious** • 10m ago
ethan's a grifter

Why does he keep saying that Hasan is a social democrat? Hasan never presented himself that way.

"reeducation camps" good lord this whole thing is gonna be done in bad faith. Gonna be a long 2 hours.

Vote Reply Share ···

4 more replies

**Emergency_Night_145** • 11m ago

the oppenheimer clip right into the unironic 'patriotism' montage...instant KO. i might be out

23 Reply Share ···

1 more reply

**Particular_Willow234** • 9m ago
I'm objectively right

im with denims rn, who you watching?

Vote Reply Share ···

4 more replies

**TheCartTitan** • 7m ago

Is he seriously trying to assassinate a former friend's character with a red scare video with a pro-American slant? Ain't no fucking way bro

Vote Reply Share ···

Skip to main content

Create

Vote Reply Share ···

**PearlUnicorn** • 5m ago
that moron ethan klein Top 1% Commenter

I think it was North Star Radio?

Vote Reply Share ···

**TheCartTitan** • 4m ago

We've been saying it lol it was so obvious

Vote Reply Share ···

**linalbm** • 12m ago

Already cringing

17 Reply Share ···

**tm1822** • 7m ago

The timing of Ethan harping on Hasan's politics while Hasan plans on going to the Japan's Communist Party HQ lol.

Vote Reply Share ···

**Lintopher** • 10m ago

Hahaha he literally is throwing the America Deserved 9/11 in the opening scenes... what a disingenuous piece of shit.

Vote Reply Share ···

**frogkisses-** • 9m ago

1 minute in I got a bingo on my content nuke bingo card

Vote Reply Share ···

**Toejamatheltesfoot** • 7m ago

THE COMMUNISTS ARE COMING!! Really, he's doing this?

Vote Reply Share ···

**srfolk** • 9m ago

Politically illiterate

Vote Reply Share ···

**KliffM** • 7m ago

Wait, is this red scare propaganda? Omg lmao this is hilarious!

Vote Reply Share ···

**aprilorwhatever** • 9m ago

Alright this is so ridiculous can't even watch the streamers' reactions to it cause it's just too stupid so bye

Vote Reply Share ···

Skip to main content

+ Create

Mr. "is that the gay one" himself who doesn't know what Roe v. Wade is....fucking incredible. Speak more on socialism, king!

Vote Reply Share ···

**GoodJoeBR2049** • 8m ago
h3 fan's undeveloped frontal cortex

funny to make a video warning of "communism" when the US is alarmingly becoming fascist

Vote Reply Share ···

**MobileOk2676** • 1m ago

This man spent months making a red scare era propaganda piece about a Twitch streamer while actual fascists take over the entire government

Vote Reply Share ···

**Ok-Pianist9407** • 8m ago
Top 1% Commenter

I REALLY hope Hasan doesn't react to this

Vote Reply Share ···

**Capable-Push-7236** • 8m ago

BRO THIS IS SO CRINGE, this is his big nuke?

Vote Reply Share ···

**lionswolf** • 7m ago
"Hasan's must taste pretty good"

he is so politically illiterate helppppppppppp

Vote Reply Share ···

**Prestigious-Menu-966** • 6m ago

ITS SO BAD he sounds like he was researching his old vids to try to recreate that style but it's so stiff and awkward LMAO it def is hilarious tho, if Ethan is the joke

Vote Reply Share ···

**Confusionitus** • 6m ago

Ethan wants to say that Hasan is denying genocide but Ethan still calls what's happening in gaza a "war"

Vote Reply Share ···

**Lintopher** • 8m ago

Opening scenes having "communism bad guys" like a propagandist of the 80s.

Vote Reply Share ···

**Ok-Pianist9407** • 4m ago
Top 1% Commenter

Oh god it's so boring. Just clips of leftovers

Vote Reply Share ···

Skip to main content

+ Create

9 Reply Share ...

**coastdawgent** • 3m ago

This man misunderstood the difference between progressive democrats and leftists / anti-capitalists and has made it everyone's problem for 2 years.

His INTRO is that he perceived Hasan as a "left-leaning Democrat"?????

Vote Reply Share ...

**Seymour--ass** • 9m ago
a habitually sullen person

bro is this a joke?? lol

Vote Reply Share ...

**Seymour--ass** • 9m ago
a habitually sullen person

like denims said this is giving high school project

Vote Reply Share ...

**dblspider1216** • 1m ago
ethan's underpaid and overworked attorneys

spot-on accurate

Vote Reply Share ...

**chipyip** • 9m ago

Such disingenuous bullshit lmao anyone who takes this seriously is a brainlet.

Ethan is so dumb it's unbearable.

Vote Reply Share ...

**Seymour--ass** • 8m ago
a habitually sullen person

fact check: clipping hasan out of context on crimea lol

Vote Reply Share ...

**PearlUnicorn** • 5m ago
that moron ethan klein Top 1% Commenter

I'm not on the actual video, are comments still on?

Vote Reply Share ...

**BallDontLieEB** • 10m ago

This is worse than I thought it would be. Holy shit

14 Reply Share ...

**foodiefrankie** • 11m ago

also i feel like an 8 year old with the way i cannot pay attention to this video's pacing lmfao

7 Reply Share ...

Skip to main content

Create

**More-Tea-2904** • 9m ago

i didn't know we'd end up catching a glimpse into ethan's mind this is too much

Vote Reply Share ···

**Remember-Earths-Past** • 9m ago
"Hasan's must taste pretty good"

Lmfao this is just straight fellating America

Vote Reply Share ···

**rickynewthings** • 7m ago

ITS giving high school project.

Vote Reply Share ···

**Law-n-order-** • 6m ago

Is he going to talk like this for the entire video? Literally unwatchable

Vote Reply Share ···

**More-Tea-2904** • 5m ago

why is he acting like the viewers will have 0 context ??? as if any progressive person will see this and take the h3 pill? who is this made for...

Vote Reply Share ···

1 more reply

**BedroomPristine1611** • 4m ago

this is like mccarthy era shit

Vote Reply Share ···

**Seymour--ass** • 4m ago
a habitually sullen person

bro ethan is the target audience for shen yun!!

Vote Reply Share ···

**honeyncinnamon** • 3m ago
debate Sam Seder

Denims is so right, the editing is giving high school YouTube presentation. And all the gotchas so far are not being backed up at all, it's just clips of Hasan saying things out of context and no historical background

Vote Reply Share ···

**honeyncinnamon** • 3m ago
debate Sam Seder

I can't stress how much i hate his editing style. It was funny in 2016 but now it's so amateur and annoying

Vote Reply Share ···

**kingbugdust** • 3m ago

I dont know how to explain it but this is actually making me sad for ethan... im having genuine second hand embarrassment so severely that its making me feel sad that he's at this place mentally & has no one around him to say maybe dont post this?

Skip to main content

Create

same, a part of me feels kind of let down, i feel like up until this point i had a sliver of hope for him to get better but seeing this im realising it's far too late

Vote Reply Share ···

**BibliophileMafia** • 3m ago • Edited 1m ago

You know, Ethan is so deranged in this video, I really think Hasan needs to get a restraining order against Ethan for his own safety at this point.

Vote Reply Share ···

**Extreme_Fox6658** • 3m ago

HE DOESN'T EVEN KNOW HOW TO PRONOUNCE UYGHUR!!!!! AHHHHHHHH

Vote Reply Share ···

**Unequivocally_Maybe** • 3m ago
Top 1% Commenter

Wee-gur

Vote Reply Share ···

**No-Lynx8771** • 3m ago
h3's islamaphobia Olympics Top 1% Commenter

To be fair he can't pronounce his wife's name either

Vote Reply Share ···

**Extreme_Fox6658** • 2m ago

Dude. Fucking insane how stupid this man is. And he calls himself a "political commentator?" ?!?!?!

I feel like I'm losing my mind. There's no way he spent months on this and didn't even double-check how to pronounce Uyghur.

Mr. "is Roe v. Wade the gay one" strikes again.

Vote Reply Share ···

**ShamChowder** • 2m ago

Yooo, Hasan is the Alex Jones of the Left!!!

Let's gooooo!!! We're back in 2021!!!

Vote Reply Share ···

**Ok-Pianist9407** • 2m ago
Top 1% Commenter

China BAD

Vote Reply Share ···

**Few_Presence_946** • 1m ago

He is pointing to hasan saying stuff that he dont agree but don't have the knowledge to counter and saying: SEEEEEEEE?????? HE IS A COMMIE.

wow. so brave.

Vote Reply Share ···

Skip to main content

+ Create

**candycorneater** • 11m ago

here we go again

6 Reply Share ···

**littlelemonpig** • 11m ago

It's already managed to give me a concussion wtf

6 Reply Share ···

**lavieenbleuciel** • 11m ago

WHAT IS GOING ON WHAT AM I WATCHING

6 Reply Share ···

**Dreamgus** • 9m ago

This is so bad already.

Vote Reply Share ···

**deersie** • 8m ago
I am Snarkacus!

Re-education CAMPS??! WHAT?!

Vote Reply Share ···

**PearlUnicorn** • 9m ago
that moron ethan klein Top 1% Commenter

Extrapolation so hard!

Vote Reply Share ···

**deersie** • 9m ago
I am Snarkacus!

So bad faith right?? What the fuck

Vote Reply Share ···

**kingbugdust** • 7m ago

Ethan in his Regan Era

Vote Reply Share ···

**chickems** • 7m ago
We love our mods, don't we folks

dying of cringe, help

Vote Reply Share ···

**Ok-Pianist9407** • 7m ago • Edited 6m ago
Top 1% Commenter

Ethan literally chopped up clips of the footage of Hasan, so he could have clipped that to any context. And nothing he's presented of what Hasan's said is even wrong unless you think anything that's leftist is inherently evil/anti American

Vote Reply Share ···

1 more reply

Skip to main content

+ Create

I already tapped out of Frogan's stream bc it's too cringe lmao this is what he worked so hard on

Vote Reply Share ...

**deersie** • 4m ago
I am Snarkacus!

I'm with Frogan and we're only 7 minutes in... this is legit torturous this can't be all it is for 1:45 LOL

Vote Reply Share ...

**Popular_Pea_3953** • 3m ago

so Ethan now cares about muslims / uyghurs? Wish he felt this way about palestinians as well.

Vote Reply Share ...

**dblspider1216** • 3m ago
ethan's underpaid and overworked attorneys

he has pronounced "uyghur" 5 different ways in the past 2 minutes. no exaggeration.

Vote Reply Share ...

**Capable-Push-7236** • 2m ago

I can't believe he missed taking care of & hanging out with his children for this cringe ass video

Vote Reply Share ...

**8three8three** • 2m ago

this is so crazy that i'm waiting for him to say just kidding at some point and switch to his real points

Vote Reply Share ...

1 more reply

**murdermuffin666** • 1m ago

this video is gonna be so goddamn boring if this is what he's kicking off with

Vote Reply Share ...

**Seymour--ass** • 10m ago
a habitually sullen person

this is so so bad

Vote Reply Share ...

**PearlUnicorn** • 9m ago
that moron ethan klein | Top 1% Commenter

Ethan's acting is so stilted.

Vote Reply Share ...

**No-Lynx8771** • 5m ago
h3's islamaphobia Olympics | Top 1% Commenter

Shen yun mentioned!! Lmao

Vote Reply Share ...

Skip to main content

Create

Vote Reply Share ...

**CowsAreCurious** • 2m ago
ethan's a grifter

Kind of hilarious him bringing up the Chinese Uyghurs as if he ever cared about Muslims. Does he only care about Muslims when they aren't Arab?

Vote Reply Share ...

**slimebot_** • 2m ago

I lowkey feel bad bc of how hard he thought he was cooking with this...this is borderline unwatchable for anyone involved in either of these communities, i can't even imagine an average viewer watching this for more than like 5 minutes and he made almost 2 hours of content lmao

Vote Reply Share ...

**Maleficent-Crow-5** • 9m ago

I hope you guys aren't busy giving him views

Vote Reply Share ...

**Seymour--ass** • 8m ago
a habitually sullen person

watching via Denims' stream!

Vote Reply Share ...

4 more replies

**Any_Bee_5918** • 2m ago
Palestinian Compilation Queen PS Top 1% Poster

This is very unrelated and unnecessary but I don't like how there's no like- sounds lol. I feel like i expect some kind of dark ominous music when it comes to "expose" videos like this, but it's literally just us listening to him rant in his basement

Vote Reply Share ...

**More-Tea-2904** • 1m ago

it makes it so much more unhinged i swear

Vote Reply Share ...

**interactivecdrom** • 2m ago

i scrubbed through and this whole thing is boring. he also body shamed mike from PA which is just really gross and lame.

Vote Reply Share ...

1 more reply

**jbouf** • 1m ago

Im listening to denims and it's sounding like he got his research from the US state department and they gave him $50 to do some propaganda for them. Anyone above high school age with knowledge of any basic world history and politics is going to demolish this clown after this video and we're barely in

Vote Reply Share ...

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 169 of 582
1/31/25, 1:59 PM Case 2:25-cv-03256-MCS-SK Document 1-7 Filed 04/14/25 Page 129 of 154 Page ID #:121
Ethan Klein's Content Nuke on Hasan Piker : r/h3snark

Skip to main content 

 Create  

Vote Reply Share ···

AcidTripped • 11m ago

OH MY GOD!

4 Reply Share ···

EclipseTemplarX • 7m ago • Edited 3m ago

Is this video supposed to be a red scare type of take down because holy shit this is cringe so far

Vote Reply Share ···

Seymour--ass • 4m ago

a habitually sullen person

this man is a professional broadcaster ladies gents and enbies

Vote Reply Share ···

darkmeowl25 • 2m ago

Is it antisemitic to call someone Jewish a racist if they are being racist?

Vote Reply Share ···

hallucinogender0g • 12m ago

LETS GOOOO

3 Reply Share ···

[deleted] • 8m ago

blueberii • 6m ago

Ethan's dogs eating cables and wires

switching between frogan and denims streams

Vote Reply Share ···

https://www.reddit.com/r/h3snark/comments/1ieq74l/ethan_kleins_content_nuke_on_hasan_piker_h3_snark/ 14/16
App. p. 169

Skip to main content

+ Create

rumblings.

Vote Reply Share ···

**Jasjazjas** • 2m ago

Oh this truly is real garbage so far lmao

Vote Reply Share ···

**dblspider1216** • 12m ago
ethan's underpaid and overworked attorneys

"he presents himself like me - a left-leaning democrat." lol NO THE FUCK HE DOESNT. oh my god.

2 Reply Share ···

**lexiseok** • 9m ago

oh noooooo he's gonna call hasan a communist the whole time oh nooooo

Vote Reply Share ···

**Capable-Reputation-3** • 8m ago • Edited 1m ago

Welp, I've joined this snark lol, I'm triggered by all the calling this a nuke on Hasan considering what's going on in the world towards Palestine/Muslims...maybe I'm sensitive, maybe it's cause aunt flow is in town. Idk, but I'm really triggered by this

Vote Reply Share ···

**AutoModerator** MOD • 16m ago •

**Disclaimer**: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

1 Share ···

**Rodden** • 10m ago

the ramblings of a madman

Vote Reply Share ···

**dblspider1216** • 9m ago
ethan's underpaid and overworked attorneys

like I predicted - it has the political sophistication of an 8th grade book report.

Vote Reply Share ···

**BaronBatchlerX** • 8m ago

Create
"This is cinema."
- Martin Scorsese
Vote
Reply
Share

# Exhibit I


Skip to main content
r/h3snark
Search in r/h3snark
Create

r/h3snark • 1 hr. ago
h3snarkmodteam QuietFairy Stan Top 1% Commenter

DENIMS is LIVE reacting now to today's H3 podcast episode and the "content nuke" video Ethan is publishing in about an hour

twitch.tv
Open

158 19 Share

Skip to main content

Create

Can you relate to the feeling of swimming upstream at work? Oh, the struggle is real. That's why 180K+ customers choose to use monday.com as their work management platform so they can efficiently manage all their work. Try it now!

Sign Up

monday.com

180k monday.com

Add a comment

Sort by: Best

Search Comments

**h3snarkmodteam** MOD • 1h ago • Stickied comment

QuietFairy Stan | Top 1% Commenter

If you are not a fan of DENIMS, please check out these other creators:

- **Frogan (Twitch) | Link** *(Confirmed, will be streaming when it drops)*
- **SeanDaBlack (Twitch) | Link** *(Confirmed, will be streaming when it drops)*
- **North Star Radio/Comrade Casey (Twitch) | Link** *(Confirmed, will be streaming as soon as he can)*
- Central Committee/Mike from PA (Twitch) | Link
- Hallucinogender0g (Twitch) | Link
- Kaceytron (Twitch) | Link
- Do Not Worry Podcast (YouTube) | Link
- Uninformed Leftist (YouTube) | Link

Vote Reply Share ···

**asteroidorion** • 1h ago

it's a bit!

Mike from PA is covering the Destiny nuke right now as lead-in

6 Reply Share ···

**Capital_Disk_2671** • 21m ago

Top 1% Commenter

thank you for this. NSR or SDB and maybe DNW are the best choices imho. love Has but i've never rly rocked with the Hasan orbiters, maybe Frogan sometimes but otherwise nein bitte

1 Reply Share ···

**regularnotsmartguy** • 21m ago • Edited 14m ago

Ethan's "debate skills"

wow I haven't watched in forever and I tuned in here for like 3 minutes and he's misgendered someone like 100 times, yelled at Olivia, and then went on a crazy rant about how he and Hila know better than trans people

Edit: then he told Olivia he didn't yell at her, asked her to say her piece, immediately cut her off, then buttoned

42 Reply Share ···

**queermichigan** • 20m ago

Vile vile vile god he's awful

16 Reply Share ···

**Ziodynes** • 20m ago

this is insane he just said he didnt yell at Olivia and he DID!!!!

Skip to main content

+ Create

crassreductionist • 1h ago

How do people watch this podcast, it's so boring... I'll just tune in at 1:30

28 Reply Share ···

queermichigan • 21m ago

Ethan turned the transphobia to max today while thinking he's the savior of the community and has the answers we need lmfaooo

7 Reply Share ···

JeffBenzos • 21m ago

#1 Kaya Stan

We love denims don't we folks ?

5 Reply Share ···

ErinysFuriae • 13m ago

Dan thinking he's the smartest person in the room

GIF

Lfg

4 Reply Share ···

_Cerca_Trova_ • 11m ago

The Kleins didn't pass the vibe check

Watching her!

4 Reply Share ···

BeyondReason666 • 1h ago

Denims FTW!

13 Reply Share ···

Dustytehcat • 34m ago

shredder's shredded cheese

I love her. I'm tuning in to her stream right now.

Watch this be some stupid ass joke. Some stupid Rick roll shit like haha ok dude..

7 Reply Share ···

Then-Champion7124 • 15m ago

Well, it's 1:40

3 Reply Share ···

  

 **Disclaimer**: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

0 Share ···

# Exhibit 5

**Registration Number**

# PAu 4-256-429

**Effective Date of Registration:**
January 28, 2025
**Registration Decision Date:**
March 27, 2025

## Title

**Title of Work:** Content Nuke: Hasan Piker

## Completion/Publication

**Year of Completion:** 2025

## Author

- **Author:** Ted Entertainment, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ted Entertainment, Inc.
106 1/2 Judge John Aiso, Ste. 434, Los Angeles, CA

## Limitation of copyright claim

**Material excluded from this claim:** preexisting footage, preexisting photograph(s), preexisting music

**New material included in claim:** all other cinematographic material, additional new footage, production as a motion picture

## Certification

**Name:** Rom Bar-Nissim
**Date:** January 27, 2025

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 179 of 582

# Exhibit 8

App. p. 179

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 180 of 582

ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
TED ENTERTAINMENT, INC.

BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
BENJAMIN GRUSH (SBN 335550)
bgrush@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Defendant
ALEXANDRA MARWA SABER p/k/a DENIMS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TED ENTERTAINMENT, INC., a California Corporation,

Plaintiffs,

v.

ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10

Defendants.

Case No.: 2:25-cv-05564-WLH-PD

**DISCOVERY MATTER**

**JOINT STIPULATION RE: GRANTING PLAINTIFF LEAVE TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO THE RULE 26(f) CONFERENCE**

JOINT STIPULATION RE: GRANTING PLAINTIFF LEAVE TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO THE RULE 26(f) CONFERENCE

App. p. 180

**WHEREAS,** plaintiff Ted Entertainment, Inc. ("TEI") commenced this action by filing its complaint ("Complaint") on June 19, 2025 alleging: (1) direct copyright infringement against defendant Alexandra Marwa Saber p/k/a Denims ("Denims"); and (2) contributory copyright infringement against Does 1-10 (the "H3Snark Mods") (Dkt. No. 1);

**WHEREAS,** on June 24, 2025, Denims was served with the Complaint (Dkt. No. 12);

**WHEREAS,** on June 30, 2025, counsel for Denims contacted counsel for TEI to discuss various preliminary matters related to the present action;

**WHEREAS,** also on June 30, 2025, counsel for TEI responded to counsel for Denims and explained, *inter alia*, TEI's intention to file an *ex parte* application seeking expedited discovery to subpoena Reddit, Inc. ("Reddit") and Discord, Inc. ("Discord") to obtain personal identifying information of the H3Snark Mods prior the conference of counsel under Federal Rule of Civil Procedure Rule 26(f) (the "Application") for the purpose of naming the H3Snark Mods in the Complaint and serving the H3Snark Mods with the Complaint;

**WHEREAS,** also on June 30, 2025, counsel for Denims responded to counsel for TEI and requested, *inter alia*, to set up a time to meet and confer regarding the Application;

**WHEREAS,** counsel for TEI and Denims (collectively, the "Parties") agreed to meet and confer on July 1, 2025;

**WHEREAS,** on July 1, 2025, counsel for the Parties conducted a telephonic meet and confer regarding the grounds and necessity for the Application;

**WHEREAS,** counsel for Denims agreed that TEI's request to seek expedited discovery from Reddit and Discord to obtain personal identifying information of the H3Snark Mods to name them in the Complaint and serve the H3Snark Mods with the Complaint is warranted under the circumstances;

**WHEREAS,** to avoid unnecessary motion practice and conserve the

resources of the Parties and this Court, the Parties have entered into this joint stipulation to request this Court to grant TEI leave to serve subpoenas on Reddit and Discord on condition that counsel for Denims first review the aforementioned subpoenas;

**WHEREAS,** due to a preplanned Fourth of July holiday vacation, the earliest counsel for Denims could review the proposed subpoenas to Reddit and Discord was July 10, 2025;

**WHEREAS,** on July 10, 2025, counsel for TEI sent counsel for Denims the proposed subpoenas to Reddit and Discord – to which counsel for Denims does not object;

**WHEREAS,** a true and correct of the proposed document subpoena to Reddit is attached hereto and incorporated herein as **Exhibit A** (with the date and time of compliance and date of the subpoena was issued left blank); and

**WHEREAS,** a true and correct copy of the proposed document subpoena to Discord is attached hereto and incorporated herein as **Exhibit B** (with the date and time of compliance and date of the subpoena was issued left blank).

**THEREFORE, IT IS HEREBY STIPULATED**, by and between the Parties through their respective attorneys of record respectfully request that: (1) this Court grant the Stipulation; (2) that TEI be granted leave to serve the proposed subpoenas attached as Exhibit A to Reddit and Exhibit B to Discord prior to the conference of counsel under Federal Rule of Civil Procedure Rule 26(f); and (3) the Court enter the Order lodged concurrently herewith.

Dated: July 16, 2025

**HEAH BAR-NISSIM LLP**

By /s/ Rom Bar-Nissim
ROM BAR-NISSIM
Attorneys for Plaintiff Ted Entertainment, Inc.

Dated: July 16, 2025

**FROST LLP**

By /s/ Ben Kassis
BEN KASSIS
BENJAMIN GRUSH
Attorneys for Defendant
Alexandra Marwa Saber p/k/a
Denims

Pursuant to Civil L.R. 5-4.3.4(a)(2)(1), the filer attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

# Exhibit A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Ted Entertainment, Inc.
*Plaintiff*
v.
Alexandra Marwa Saber f/k/a Marwa Talatt Abdelmonem p/k/a Denims; Does 1-10
*Defendant*

Civil Action No. 2:25-cv-05564-WLH-PD

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Reddit, Inc.
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment

| Place: Heah Bar-Nissim LLP c/o Parasec, 2804 Gateway Oaks Drive, Ste. 100, Sacramento, CA 95833 | Date and Time: |
|---|---|

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ________________

*CLERK OF COURT*

________________________
*Signature of Clerk or Deputy Clerk*

OR

/s/ Rom Bar-Nissm
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff Ted Entertainment, Inc., who issues or requests this subpoena, are:
Rom Bar-Nissim; Heah Bar-Nissim LLP; 1801 Century Park East, Suite 2400, Los Angeles, CA 90067; Email: Rom@HeahBarNissim.com; Tel: (310) 432-2836

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 186 of 582

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:25-cv-05564-WLH-PD

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________
on *(date)* ____________ .

❒ I served the subpoena by delivering a copy to the named person as follows: ______________________
______________________________________________________
______________________________ on *(date)* ____________ ; or

❒ I returned the subpoena unexecuted because: ______________________
______________________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ ______________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________ ______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

App. p. 186

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 187 of 582

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

App. p. 187

**ATTACHMENT TO SUBPOENA TO REDDIT, INC.**

**DEFINITIONS**

1. The term "ACCOUNT INFORMATION" shall have the same meaning as used in REDDIT'S DATA COLLECTION WEBPAGE – *i.e.*, "this includes things like your username, avatar, and email address (if you verify your account with an email")

2. The term "COMMUNICATION(S)" shall refer to every manner or means of disclosure, transfer, transmission, or exchange of information, whether orally or by DOCUMENTS and whether face-to-face, in person, in a group, by telephone, by letter, facsimile, telex or telecopy, or by any other process, electric, electronic or otherwise, and includes any DOCUMENTS as defined herein including any medium which abstracts, digests, records, or transcribes any such communication, or any subsequent review or discussion of such communication.

3. The term "DOCUMENT(S)" shall have the broadest meaning permitted by F.R.C.P. Rules 34(a) and 45(a), and shall include, without limitation, any tangible record of intelligence or information, whether handwritten, typed, printed or otherwise visually or orally reproduced, including information stored on magnetic or optical media or in solid state storage devices, notes, drafts, reports, films, videotape, drawings, graphs, photographs, illustrations, agreements, letters, test data, circuit diagrams, software structure charts, software flow charts, software functional specifications, software code, data flow diagrams, hardware schematic diagrams, hardware logic diagrams, field maintenance print sets, timing diagrams, technical summaries, product description documents, software description documents, World Wide Web internet pages (whether archived or current), laboratory or engineers' notebooks, project or progress reports, database information, whether for prototypes or production products, and the like that are in possession, custody, or control of REDDIT or to which REDDIT otherwise has

access. Any such documents bearing on any sheet (front or back), margins, attachment, or enclosure thereof, any mark that is not a part of the original text or reproduction thereof, is to be considered and produced as a separate document.

4. The term "H3SNARK" shall mean the subreddit on REDDIT entitled r/h3snark.

5. The term "H3SNARK MODS" shall refer to the REDDIT users who are MODERATORS of H3SNARK.

6. The terms "IDENTIFY" and "IDENTIFYING" means:

(a) when used with respect to a PERSON shall mean providing the PERSON's full name, business and/or residential address and telephone number;

(b) when used with respect to a DOCUMENT shall mean to IDENTIFY the DOCUMENT'S author, signor, sender, addresses and all recipients; to state the DOCUMENT'S title, date and number of pages; if the DOCUMENT has been produced by any party to this litigation, to state the DOCUMENT'S bates number; to describe its subject matter; and to state the DOCUMENT'S present location, the name and address of any PERSONS currently having custody or control of it, and any other descriptive information necessary to IDENTIFY such DOCUMENT sufficiently in a subpoena duces tecum or a request for production; and

(c) when used with respect to a COMMUNICATION other than a DOCUMENT shall mean to IDENTIFY the PERSON making the COMMUNICATION, its recipients, and all natural persons who were present at the time the COMMUNICATION was made, and to state the date, place and subject matter of the COMMUNICATION.

7. The term "LOCATION INFORMATION" shall have the same meaning as used on REDDIT'S DATA COLLECTION WEBPAGE – *i.e.*, "If you decide to share your location with us, we collect that information from your mobile device. We may also get your approximate location through your IP address."

8.     The term "MODERATORS" shall have the same meaning as used by REDDIT on the webpage entitled "What's a moderator?" located at: https://support.reddithelp.com/hc/en-us/articles/204533859-What-s-a-moderator

9.     The terms "PERSON" and "PERSONS" mean and include natural persons and, without limitation, companies, firms, associations, proprietorships, partnerships, joint ventures, agencies, consortiums, associations, societies, corporations, and other legal entities, as well as their parents, subsidiaries, and affiliates, and all divisions, departments and units of any of them.

10.     The term "PERSONAL IDENTIFYING INFORMATION" shall mean ACCOUNT INFORMATION, LOCATION INFROMATION, TRANSACTIONAL INFORMATION and USAGE INFORMATION.

11.     The term "REDDIT" shall mean third-party Reddit, Inc. and/or anyone acting on its behalf, including employees, attorneys, insurance companies, accountants, investigators, representatives, parent companies, business entities and any other PERSON or entity acting on its behalf.

12.     The term "REDDIT'S DATA COLLECTION WEBPAGE" shall mean the webpage entitled "What information does Reddit collect about me and my account" and located at: https://support.reddithelp.com/hc/en-us/articles/360043048412-What-information-does-Reddit-collect-about-me-and-my-account.

13.     The term "TRANSACTIONAL INFORMATION" shall have the same meaning as used on REDDIT'S DATA COLLECTION WEBPAGE – *i.e.*, "billing information such as your name, address, payment type, and purchase details."

14.     The term "USAGE INFORMATION" shall have the same meaning as used on REDDIT'S DATA COLLECTION WEBPAGE – *i.e.*, "data about how you access and use Reddit such as your login and IP information, browser type,

operating system, device and search terms."

15. As used herein, the connectives "and" and "or" shall be construed either disjunctively or conjunctively so as to acquire the broadest possible meaning.

16. As used herein, the terms "any," "all," and "each" shall be construed as "any, all, and each" inclusively.

17. As used herein, the use of the singular form of any word shall include the plural and vice versa.

18. Masculine forms of any noun or pronoun shall embrace and be read to include the feminine or neuter, as the context may make appropriate.

**INSTRUCTIONS**

A. REDDIT shall quote each Subpoenaed Documents and Information ("Request") in full immediately preceding the statement of any answer, response, or objection thereto.

B. Each Request solicits all information obtainable by REDDIT, including its attorneys, investigators, agents, employees and representatives.

C. Pursuant to Federal Rule of Civil Procedure ("F.R.C.P.") Rules 34(b)(2)(B) and 45(d)(2)(B), each Request must be responded to separately and state whether: (1) REDDIT will allow inspection or related activities in response to the Request; (2) REDDIT will produce copies or of electronically stored information instead of inspection in response to the Request; or (3) an objection to the Request.

D. Pursuant to F.R.C.P. Rules 34(b)(2)(B) and 45(d)(2)(B), an objection to any Request must state with specificity the grounds for objecting to the Request, including the reasons. Pursuant to F.R.C.P. Rule 34(b)(2)(C), REDDIT must specify whether any responsive materials to a Request are being withheld on the basis of said objection. General, boilerplate or conclusory objections are not proper

objections and shall be disregarded. *U.S. ex rel. O'Connell v. Chapman University*, 245 F.R.D. 646, 650 (C.D. Cal. 2007).

     E.     Pursuant to F.R.C.P. Rule 34(b)(2)(C), if a Request is objected to only in part, the objection must specify which part and permit inspection or produce documents as to the remainder of the Request.

     F.     Pursuant to F.R.C.P. Rule 34(b)(2)(D), if the objection is to the form for producing electronically stored information or if no form is specified in the Request, the response to the Request must state the form or forms to be produced.

     G.     Pursuant to F.R.C.P. Rules 34(b)(2)(E)(i) and 45(e)(1)(B), all DOCUMENTS or electronically stored information must be produced as they are kept in the usual course of business or must be organized and labeled to correspond to the categories in the Request.

     H.     Pursuant to F.R.C.P. Rule 34(b)(2)(E)(ii), if a Request does not specify a form for producing electronically stored information, such information must be produced in a form or forms which the information is ordinarily maintained or in a reasonable usable form or forms.

     I.     Where a claim of privilege, immunity, or other protection from discovery (collectively, "Privilege") is asserted in objecting to any Request or any portion thereof, REDDIT shall furnish the following information for each such claim:

          1.     The nature of the Privilege (including work product) that is being claimed, and, if the Privilege is being asserted in connection with a claim or defense governed by state law, indicate the state's Privilege rule being invoked;

          2.     The Request or specific portion of the Request to which the assertion of Privilege relates;

          3.     If the Privilege is being asserted for a particular

COMMUNICATION, a description of the COMMUNICATION, including:

a. the date of the COMMUNICATION or disclosure;

b. IDENTIFY the PERSONS involved in the COMMUNICATION, including without limitation, the PERSONS' names, addresses, employments, and titles;

c. IDENTIFY where/how the COMMUNICATION occurred, including the specific location where the COMMUNICATION occurred and/or medium of the COMMUNICATION; and

d. a summary of the COMMUNICATION'S subject matter.

4. If the Privilege is being asserted for a particular DOCUMENT, a description of the DOCUMENT, including:

a. the date of the DOCUMENT;

b. IDENTIFY the PERSON who authored or prepared of the DOCUMENT, including without limitation, the PERSON'S name, address, employment, and title;

c. IDENTIFY each PERSON who has sent or had access to or custody of the DOCUMENT, together with an identification of employment of each said PERSON;

d. the location of the DOCUMENT; and

e. a summary of the DOCUMENT'S subject matter.

J. If any DOCUMENT or thing otherwise responsive to any Request has been lost, discarded, or destroyed since its preparation or receipt, SERVICE shall IDENTIFY, as completely as possible, the DOCUMENT or thing, state the Request to which it would be responsive, and give full particulars or circumstances under which the DOCUMENT or thing was lost or destroyed, including, without

limitation, each DOCUMENT'S date, the general nature of the DOCUMENT (*e.g.*, letter, memorandum, telegram, etc.), the subject matter of the DOCUMENT, each PERSON who authored the DOCUMENT, each PERSON indicated as an addressee or copy recipient, or known by REDDIT to have received a copy of the DOCUMENT or thing, and the DOCUMENT'S former custodians.  In addition, as to each such DOCUMENT or thing, the following information shall be supplied:

1. date of disposal, loss, or destruction;

2. manner of disposal, loss, or destruction;

3. reason for disposal or destruction, or an explanation of the loss;

4. IDENTIFY the PERSON(S) authorizing the disposal or destruction;

5. IDENTIFY the PERSON(S) having knowledge of the disposal, loss, or destruction; and

6. IDENTIFY the PERSON(S) who destroyed, lost, or disposed of the DOCUMENT or thing.

K.      If, in responding to any of these Requests, REDDIT encounters any ambiguity in construing either the Request, a definition, or an instruction, REDDIT shall state with specificity the matter deemed ambiguous and identify the construction chosen or used is responding to the Request. *Gilbert v. Citigroup, Inc.*, 2009 WL 10692463, *7 (N.D. Cal., Apr. 2, 2009); *Minna v. Rowley*, 2022 WL 3636364, *3 (E.D. Cal., Aug. 23, 2022); *Pulsecard, Inc. v. Discover Card Services, Inc.*, 168 F.R.D. 295, 310 (D. Kan. 1996).

L.      In producing material responsive to these Requests, REDDIT shall produce all material within its possession, custody or control – which extends not only to information within its immediate knowledge or possession – but includes an affirmative duty to seek that information reasonably available to it from its employees, agents, or other subject to its control. *Rogers v. Giurbino*, 288 F.R.D.

469, 485 (S.D. Cal. 2012). Where no responsive information is within REDDIT'S possession, custody or control, REDDIT must state with sufficient specificity under oath the steps taken to conduct a reasonable inquiry and exercise due diligence. *Id.*

M.     Any objection to a Request on the grounds that such information is in the possession of the requesting party is improper. *Bretana v. Int'l Collection Corp.*, 2008 WL 4334710, *4 (N.D. Cal., Sept. 22, 2008); *Brotherhood Mutual Insurance Co. v. Vinkov*, 2020 WL 6489326, *6 (C.D. Cal., Oct. 5, 2020).

N.     Pursuant to F.R.C.P. Rule 26(e), these Requests shall be deemed continuing and supplemental answers shall be required if REDDIT directly or indirectly obtains further information after his initial response.

O.     Any objection to a Request on the grounds that "discovery is ongoing" is improper. Rather, REDDIT must respond and supplement its responses should discovery alter its response. *See MCC Controls v. Hal Hays Construction*, 2020 WL 6034321, *3 (C.D. Cal. Jul. 23, 2020); *DIRECTTV, Inc. v. Puccinelli*, 224 F.R.D. 677, 689 (D. Kan. 2004); F.R.C.P. Rule 26(e).

P.     Any objection to a Request on the grounds that producing responsive information to a Request is overly burdensome must state with specificity the reasons why producing such information to the Request is overly burdensome. *L.A. Terminals, Inc. v. United National Insurance Co.*, 340 F.R.D. 390, 397 fn. 2 (C.D. Cal. 2022); *Shaw v. Experian Information Solutions, Inc.*, 306 F.R.D. 293, 301 (S.D. Cal. 2015); *In re Subpoena Duces Tecum*, 451 B.R. 823, 831 (C.D. Cal. 2011).

**SUBPOENAED DOCUMENTS AND INFORMATION**

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 1:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/ozempicdealer.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 2:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL

IDENTIFYING INFORMATION of REDDIT user u/h3snarkmodteam.

**<u>SUBPOENAED DOCUMENTS AND INFORMATION NO. 3</u>:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/h3snarkmodteam2.

**<u>SUBPOENAED DOCUMENTS AND INFORMATION NO. 4</u>:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/RomanPeee.

**<u>SUBPOENAED DOCUMENTS AND INFORMATION NO. 5</u>:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/Right_Salamander.

**<u>SUBPOENAED DOCUMENTS AND INFORMATION NO. 6</u>:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/kavkav2.

**<u>SUBPOENAED DOCUMENTS AND INFORMATION NO. 7</u>:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/h3snarkmodteam3.

**<u>SUBPOENAED DOCUMENTS AND INFORMATION NO. 8</u>:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/Wrong_Salamanderr.

**<u>SUBPOENAED DOCUMENTS AND INFORMATION NO. 9</u>:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/Right_Salamanderr.

**<u>SUBPOENAED DOCUMENTS AND INFORMATION NO. 10</u>:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/PurePress.

**<u>SUBPOENAED DOCUMENTS AND INFORMATION NO. 11</u>:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL

IDENTIFYING INFORMATION of REDDIT user u/KitchenMukbangStar.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 12:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/sarahornejewetts.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 13:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/jewettsarahorne.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 14:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/jewettornesarah.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 15:**

All DOCUMENTS and COMMUNICATIONS containing the usernames of the H3SNARK MODS who were MODERATORS of H3SNARK from January 1, 2025 through February 28, 2025.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 16:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the H3SNARK MODS who were MODERATORS of H3SNARK from January 1, 2025 through February 28, 2025.

# Exhibit B

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

Ted Entertainment, Inc.
*Plaintiff*
v.
Alexandra Marwa Saber f/k/a Marwa Talatt Abdelmonem p/k/a Denims; Does 1-10
*Defendant*

Civil Action No. 2:25-cv-05564-WLH-PD

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Discord, Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A

| Place: Heah Bar-Nissim LLP c/o Parasec, 2804 Gateway Oaks Drive, Ste. 100, Sacramento, CA 95833 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ______________

*CLERK OF COURT*

______________________
*Signature of Clerk or Deputy Clerk*

OR

/s/ Rom Bar-Nissm
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff Ted Entertainment, Inc. , who issues or requests this subpoena, are:
Rom Bar-Nissim; Heah Bar-Nissim LLP; 1801 Century Park East, Suite 2400, Los Angeles, CA 90067; Email: Rom@HeahBarNissim.com; Tel: (310) 432-2836

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 200 of 582

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:25-cv-05564-WLH-PD

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________
on *(date)* ____________ .

❒ I served the subpoena by delivering a copy to the named person as follows: ____________
__________________________________________
__________________________ on *(date)* ____________ ; or

❒ I returned the subpoena unexecuted because: ____________________________
__________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

App. p. 200

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 201 of 582

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

App. p. 201

# ATTACHMENT TO SUBPOENA TO DISCORD, INC.
## DEFINITIONS

1.      The term "ACCOUNT INFORMATION" shall have the same meaning as used in DISCORD'S PRIVACY POLICY – *i.e.*, "email address and/or phone number", "birthday," "additional information to verify your age" and "additional information" to "verify your account" like "a verified phone number."

2.      The term "COMMUNICATION(S)" shall refer to every manner or means of disclosure, transfer, transmission, or exchange of information, whether orally or by DOCUMENTS and whether face-to-face, in person, in a group, by telephone, by letter, facsimile, telex or telecopy, or by any other process, electric, electronic or otherwise, and includes any DOCUMENTS as defined herein including any medium which abstracts, digests, records, or transcribes any such communication, or any subsequent review or discussion of such communication.

3.      The term "DEVICE INFORMATION" shall have the same meaning as "Information about your device" as used in DISCORD'S PRIVACY POLICY – *i.e.*, "information about the device you are using to access the services," such as "your IP address, operating system information, browser information, and information about your device settings."

4.      The term "DISCORD" shall mean third-party, Discord, Inc. and/or anyone acting on its behalf, including employees, attorneys, insurance companies, accountants, investigators, representatives, parent companies, business entities and any other PERSON or entity acting on its behalf.

5.      The term "DISCORD'S PRIVACY POLICY" shall mean DISCORD's privacy policy that is located at: https://discord.com/privacy#3

6.      The term "DOCUMENT(S)" shall have the broadest meaning permitted by F.R.C.P. Rules 34(a) and 45(a), and shall include, without limitation, any tangible record of intelligence or information, whether handwritten, typed,

printed or otherwise visually or orally reproduced, including information stored on magnetic or optical media or in solid state storage devices, notes, drafts, reports, films, videotape, drawings, graphs, photographs, illustrations, agreements, letters, test data, circuit diagrams, software structure charts, software flow charts, software functional specifications, software code, data flow diagrams, hardware schematic diagrams, hardware logic diagrams, field maintenance print sets, timing diagrams, technical summaries, product description documents, software description documents, World Wide Web internet pages (whether archived or current), laboratory or engineers' notebooks, project or progress reports, database information, whether for prototypes or production products, and the like that are in possession, custody, or control of DISCORD or to which DISCORD otherwise has access. Any such documents bearing on any sheet (front or back), margins, attachment, or enclosure thereof, any mark that is not a part of the original text or reproduction thereof, is to be considered and produced as a separate document.

7. The terms "IDENTIFY" and "IDENTIFYING" means:

(a) when used with respect to a PERSON shall mean providing the PERSON's full name, business and/or residential address and telephone number;

(b) when used with respect to a DOCUMENT shall mean to IDENTIFY the DOCUMENT'S author, signor, sender, addresses and all recipients; to state the DOCUMENT'S title, date and number of pages; if the DOCUMENT has been produced by any party to this litigation, to state the DOCUMENT'S bates number; to describe its subject matter; and to state the DOCUMENT'S present location, the name and address of any PERSONS currently having custody or control of it, and any other descriptive information necessary to IDENTIFY such DOCUMENT sufficiently in a subpoena duces tecum or a request for production; and

(c) when used with respect to a COMMUNICATION other than a DOCUMENT shall mean to IDENTIFY the PERSON making the

COMMUNICATION, its recipients, and all natural persons who were present at the time the COMMUNICATION was made, and to state the date, place and subject matter of the COMMUNICATION.

8. The term "PAYMENT INFORMATION" shall have the same meaning as "Payment information" as used in DISCORD'S PRIVACY POLICY – *i.e.*, "valid payment method and associated billing information, including your full name and billing information" and "bank account information to facilitate payments, tax identification information, and copies of government issued identification required to identify users in accordance with regulatory obligations."

9. The terms "PERSON" and "PERSONS" mean and include natural persons and, without limitation, companies, firms, associations, proprietorships, partnerships, joint ventures, agencies, consortiums, associations, societies, corporations, and other legal entities, as well as their parents, subsidiaries, and affiliates, and all divisions, departments and units of any of them.

10. The term "PERSONAL IDENTIFYING INFORMATION" shall mean ACCOUNT INFORMATION, DEVICE INFORMATION and PAYMENT INFORMATION.

11. As used herein, the connectives "and" and "or" shall be construed either disjunctively or conjunctively so as to acquire the broadest possible meaning.

12. As used herein, the terms "any," "all," and "each" shall be construed as "any, all, and each" inclusively.

13. As used herein, the use of the singular form of any word shall include the plural and vice versa.

14. Masculine forms of any noun or pronoun shall embrace and be read to include the feminine or neuter, as the context may make appropriate.

**INSTRUCTIONS**

A. DISCORD shall quote each Subpoenaed Documents and Information ("Request") in full immediately preceding the statement of any answer, response, or objection thereto.

B. Each Request solicits all information obtainable by DISCORD, including its attorneys, investigators, agents, employees and representatives.

C. Pursuant to Federal Rule of Civil Procedure ("F.R.C.P.") Rules 34(b)(2)(B) and 45(d)(2)(B), each Request must be responded to separately and state whether: (1) DISCORD will allow inspection or related activities in response to the Request; (2) DISCORD will produce copies or of electronically stored information instead of inspection in response to the Request; or (3) an objection to the Request.

D. Pursuant to F.R.C.P. Rules 34(b)(2)(B) and 45(d)(2)(B), an objection to any Request must state with specificity the grounds for objecting to the Request, including the reasons. Pursuant to F.R.C.P. Rule 34(b)(2)(C), DISCORD must specify whether any responsive materials to a Request are being withheld on the basis of said objection. General, boilerplate or conclusory objections are not proper objections and shall be disregarded. *U.S. ex rel. O'Connell v. Chapman University*, 245 F.R.D. 646, 650 (C.D. Cal. 2007).

E. Pursuant to F.R.C.P. Rule 34(b)(2)(C), if a Request is objected to only in part, the objection must specify which part and permit inspection or produce documents as to the remainder of the Request.

F. Pursuant to F.R.C.P. Rule 34(b)(2)(D), if the objection is to the form for producing electronically stored information or if no form is specified in the Request, the response to the Request must state the form or forms to be produced.

G. Pursuant to F.R.C.P. Rules 34(b)(2)(E)(i) and 45(e)(1)(B), all DOCUMENTS or electronically stored information must be produced as they are

kept in the usual course of business or must be organized and labeled to correspond to the categories in the Request.

H.  Pursuant to F.R.C.P. Rule 34(b)(2)(E)(ii), if a Request does not specify a form for producing electronically stored information, such information must be produced in a form or forms which the information is ordinarily maintained or in a reasonable usable form or forms.

I.  Where a claim of privilege, immunity, or other protection from discovery (collectively, "Privilege") is asserted in objecting to any Request or any portion thereof, DISCORD shall furnish the following information for each such claim:

1.  The nature of the Privilege (including work product) that is being claimed, and, if the Privilege is being asserted in connection with a claim or defense governed by state law, indicate the state's Privilege rule being invoked;

2.  The Request or specific portion of the Request to which the assertion of Privilege relates;

3.  If the Privilege is being asserted for a particular COMMUNICATION, a description of the COMMUNICATION, including:

a.  the date of the COMMUNICATION or disclosure;

b.  IDENTIFY the PERSONS involved in the COMMUNICATION, including without limitation, the PERSONS' names, addresses, employments, and titles;

c.  IDENTIFY where/how the COMMUNICATION occurred, including the specific location where the COMMUNICATION occurred and/or medium of the COMMUNICATION; and

d.  a summary of the COMMUNICATION'S subject

matter.

    4.    If the Privilege is being asserted for a particular DOCUMENT, a description of the DOCUMENT, including:

        a.    the date of the DOCUMENT;

        b.    IDENTIFY the PERSON who authored or prepared of the DOCUMENT, including without limitation, the PERSON'S name, address, employment, and title;

        c.    IDENTIFY each PERSON who has sent or had access to or custody of the DOCUMENT, together with an identification of employment of each said PERSON;

        d.    the location of the DOCUMENT; and

        e.    a summary of the DOCUMENT'S subject matter.

    J.    If any DOCUMENT or thing otherwise responsive to any Request has been lost, discarded, or destroyed since its preparation or receipt, SERVICE shall IDENTIFY, as completely as possible, the DOCUMENT or thing, state the Request to which it would be responsive, and give full particulars or circumstances under which the DOCUMENT or thing was lost or destroyed, including, without limitation, each DOCUMENT'S date, the general nature of the DOCUMENT (*e.g.*, letter, memorandum, telegram, etc.), the subject matter of the DOCUMENT, each PERSON who authored the DOCUMENT, each PERSON indicated as an addressee or copy recipient, or known by DISCORD to have received a copy of the DOCUMENT or thing, and the DOCUMENT'S former custodians. In addition, as to each such DOCUMENT or thing, the following information shall be supplied:

        1.    date of disposal, loss, or destruction;

        2.    manner of disposal, loss, or destruction;

        3.    reason for disposal or destruction, or an explanation of the loss;

4.      IDENTIFY the PERSON(S) authorizing the disposal or destruction;

5.      IDENTIFY the PERSON(S) having knowledge of the disposal, loss, or destruction; and

6.      IDENTIFY the PERSON(S) who destroyed, lost, or disposed of the DOCUMENT or thing.

K.      If, in responding to any of these Requests, DISCORD encounters any ambiguity in construing either the Request, a definition, or an instruction, DISCORD shall state with specificity the matter deemed ambiguous and identify the construction chosen or used is responding to the Request. *Gilbert v. Citigroup, Inc.*, 2009 WL 10692463, *7 (N.D. Cal., Apr. 2, 2009); *Minna v. Rowley*, 2022 WL 3636364, *3 (E.D. Cal., Aug. 23, 2022); *Pulsecard, Inc. v. Discover Card Services, Inc.*, 168 F.R.D. 295, 310 (D. Kan. 1996).

L.      In producing material responsive to these Requests, DISCORD shall produce all material within its possession, custody or control – which extends not only to information within its immediate knowledge or possession – but includes an affirmative duty to seek that information reasonably available to it from its employees, agents, or other subject to its control. *Rogers v. Giurbino*, 288 F.R.D. 469, 485 (S.D. Cal. 2012). Where no responsive information is within DISCORD'S possession, custody or control, DISCORD must state with sufficient specificity under oath the steps taken to conduct a reasonable inquiry and exercise due diligence. *Id.*

M.      Any objection to a Request on the grounds that such information is in the possession of the requesting party is improper. *Bretana v. Int'l Collection Corp.*, 2008 WL 4334710, *4 (N.D. Cal., Sept. 22, 2008); *Brotherhood Mutual Insurance Co. v. Vinkov*, 2020 WL 6489326, *6 (C.D. Cal., Oct. 5, 2020).

N.      Pursuant to F.R.C.P. Rule 26(e), these Requests shall be deemed

continuing and supplemental answers shall be required if DISCORD directly or indirectly obtains further information after his initial response.

O. Any objection to a Request on the grounds that "discovery is ongoing" is improper. Rather, DISCORD must respond and supplement its responses should discovery alter its response. *See MCC Controls v. Hal Hays Construction*, 2020 WL 6034321, *3 (C.D. Cal. Jul. 23, 2020); *DIRECTTV, Inc. v. Puccinelli*, 224 F.R.D. 677, 689 (D. Kan. 2004); F.R.C.P. Rule 26(e).

P. Any objection to a Request on the grounds that producing responsive information to a Request is overly burdensome must state with specificity the reasons why producing such information to the Request is overly burdensome. *L.A. Terminals, Inc. v. United National Insurance Co.*, 340 F.R.D. 390, 397 fn. 2 (C.D. Cal. 2022); *Shaw v. Experian Information Solutions, Inc.*, 306 F.R.D. 293, 301 (S.D. Cal. 2015); *In re Subpoena Duces Tecum*, 451 B.R. 823, 831 (C.D. Cal. 2011).

**SUBPOENAED DOCUMENTS AND INFORMATION**

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 1:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the DISCORD user with the handle "yoggiebearx".

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 2:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the DISCORD user with the screenname "allitern".

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 3:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the DISCORD user with the handle "rozzwhalenm".

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 4:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the DISCORD user with the handle “frompu”.

**SUBPOENAED DOCUMENTS AND INFORMATION NO. 5:**

All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of the DISCORD user with the handle “No_Reception”.

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 211 of 582

Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TED ENTERTAINMENT, INC., a California Corporation,

Plaintiffs,

v.

ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10

Defendants.

Case No.: 2:25-cv-05564-WLH-PD

**DISCOVERY MATTER**

**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: GRANTING PLAINTIFF LEAVE TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO THE RULE 26(f) CONFERENCE**

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: GRANTING PLAINTIFF LEAVE TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO THE RULE 26(f) CONFERENCE

App. p. 211

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 212 of 582

**[PROPOSED] ORDER**

Upon consideration of the Joint Stipulation Re: Granting Plaintiff Leave to Serve Third-Party Subpoenas Prior to the Rule 26(f) Conference ("Stipulation") of Plaintiff Ted Entertainment, Inc. ("TEI") and Defendant Alexandra Marwa Saber p/k/a Denims ("Denims"), and for good cause shown, the Court hereby rules as follows:

1. The Stipulation is GRANTED;
2. TEI may immediately serve the subpoena attached as Exhibit A to the Stipulation on third-party Reddit, Inc. ("Reddit Subpoena"), accompanied by this Order and shall include the date the Reddit Subpoena was issued and the date of compliance; and
3. TEI may immediately serve the subpoena attached as Exhibit B to the Stipulation on third-party Discord, Inc. ("Discord Subpoena"), accompanied by this Order and shall include the date the Discord Subpoena was issued and the date of compliance.

IT IS SO ORDERED.

DATED:____________________ ____________________________

Hon. Patricia Donahue
United States Magistrate Judge

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: GRANTING PLAINTIFF LEAVE TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO THE RULE 26(f) CONFERENCE

App. p. 212

# Exhibit 9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TED ENTERTAINMENT, INC., a California Corporation,

Plaintiffs,

v.

ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10

Defendants.

Case No.: 2:25-cv-05564-WLH-PD

**DISCOVERY MATTER**

**ORDER GRANTING JOINT STIPULATION RE: GRANTING PLAINTIFF LEAVE TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO THE RULE 26(f) CONFERENCE**

Upon consideration of the Joint Stipulation Re: Granting Plaintiff Leave to Serve Third-Party Subpoenas Prior to the Rule 26(f) Conference ("Stipulation") of Plaintiff Ted Entertainment, Inc. ("TEI") and Defendant Alexandra Marwa Saber p/k/a Denims ("Denims"), and for good cause shown, the Court hereby rules as follows:

1. The Stipulation is GRANTED;
2. TEI may immediately serve the subpoena attached as Exhibit A to the Stipulation on third-party Reddit, Inc. ("Reddit Subpoena"), accompanied by this Order and shall include the date the Reddit Subpoena was issued and the date of compliance; and
3. TEI may immediately serve the subpoena attached as Exhibit B to the Stipulation on third-party Discord, Inc. ("Discord Subpoena"), accompanied by this Order and shall include the date the Discord Subpoena was issued and the date of compliance.

**IT IS SO ORDERED.**

DATED: July 31, 2025

WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

# Exhibit 18

reddit r/h3snark Search in r/h3snark

H3SNARK

# r/h3snark

Create Post Join ···

Best

Community highlights

Concerns for Ethan Klein's Mental State | r/h3snark update
2.7K votes • 0 comments

Announcement

u/snarkersaturn MOD what's socialist about unions? • 4 mo. ago

Please Support Noah Samsen's Gaza Fundraiser

Announcement

https://getinvolved.unrwausa.org/fundraiser/6373577

1.5K 0 Share

Ad hidden

u/h3snarkmodteam2 MOD • 5 mo. ago

Concerns for Ethan Klein's Mental State | r/h3snark update

Announcement

https://www.reddit.com/r/h3snark/comments/1kerma8/concerns_for_ethan_kleins_mental_state_rh3snark/

Hey r/H3snark, First and foremost, we are aware of the confusion and frustration our abrupt closure in February caused for the members of our community. We've been advised not to disclose any information at this time, but we hope we'll be able to answer your questions at some point in the future. The modteam would like to thank...

2.7K 0 Share

u/h3snarkmodteam2 • 5 mo. ago

Alleged proof that Ethan Klein is being fed links and clips about Hasan Piker directly from Destiny's discord community

Leftemies

r/h3snark • 1 yr. ago

Irrefutable proof that Ethan Klein is being fed links and clips about Hasan Piker directly from Destiny's discord community

On Wednesday's episode, Ethan reviewed several clips of Hasan's content...

2.2K upvotes · 193 comments

2.2K 11 Share

u/h3snarkmodteam2 MOD • 5 mo. ago

MEGATHREAD: The H3 Show - May 2 2025

Megathread

https://www.youtube.com/@H3Podcast/

1.5K 6.6K Share

u/h3snarkmodteam2 • 7 mo. ago

Ethan klien "champion of free speech" is threatening to dox the user's and moderators of the h3snark subreddit

META

r/Fauxmoi • 7 mo. ago

Ethan klien "champion of free speech" is threatening to dox the user's and moderators of the h3snark subreddit

h3snark
Criticism of the H3 Podcast / the H3 Show with Ethan Klein.
Created Apr 30, 2023
Public

Community Guide

22K Fallen Fans
4 Chronically Online

USER FLAIR
Calm_Yak58

COMMUNITY BOOKMARKS
Wiki
Rules
FAQ



It won't save you scumbags from what's coming. I can't wait for your family, friends, work and school to know what you've been up to :)
ANNOUNCEMENT: h3snark is on break
Hey H3Snarkers,
We're writing to let you know that the subreddit is going on break, effective immediately, until further notice.
Please keep an eye out for an announcement in the near future. We appreciate your patience and understanding.
10K upvotes · 756 comments
4.3K
0
Share
u/h3snarkmodteam2 • 7 mo. ago
Ethan Klein threatens to dox h3snark mods/ users.
META
r/youtubedrama • 7 mo. ago
Ethan Klein threatens to dox h3snark mods/ users.
It won't save you scumbags from what's coming. I can't wait for your family, friends, work and school to know what you've been up to :)
ANNOUNCEMENT: h3snark is on break
12K upvotes · 2.6K comments
2.4K
0
Share
u/h3snarkmodteam2 • 7 mo. ago
Addressing Ethan Klein's Threats Against This Subreddit
META
r/Fauxmoi • 7 mo. ago
Addressing Ethan Klein's Threats Against This Subreddit
After Hila Klein publicly claimed to have lost a business partnership due to her nationality, a post was made on this sub pointing out that it was more likely due to the controversial and bigoted content they have shared throughout the years.
• Link to the original post: Hila Klein, who is a big fan of Yoav Gallant and whose husband liberally uses the n-word, is stunned to learn an artist doesn't want to be associated with her company.
Ethan Klein, Hila's husband and podcast host, then decided to share that post and compared this subreddit...
20K upvotes · 1.6K comments
2.1K
0
Share
u/HatchforBabySleep • Promoted
I'm a certified baby sleep consultant with Hatch who's helped 300+ families. You can now find me on our NEW product, Hatch Baby, that helps support expecting and new parents based on what actually works. AMA!
Hi Reddit! I'm Shannan, a certified sleep consultant with Hatch, and a parent myself. Over the past few years, we've worked with hundreds of exhausted families trying to get their babies to sleep longer, more peacefully, and with less stress. We've seen first hand how overwhelming and confusing sleep training advice can be—and how many "miracle" products just don't align with what babies actually need. So, with our experience over the past 10 years in the baby sleep space, we've launched Hatch Baby - a new all-in-one bab...
Coming Up · Sep 25, 2025, 12:00 PM
Remind me
0
51
Share
u/Any_Bee_5918 Palestinian Compilation Queen • 7 mo. ago
Ethan mentions me on the show. He's mad that I said Hila translates Israeli news to him.. And where did I get such information? From Ethan Klein himself...



Hypocrisy3 Hypocrisy3
3.5K
35
Share
u/h3snarkmodteam2 • 7 mo. ago
ANNOUNCEMENT: h3snark is on break
Hey H3Snarkers, We're writing to let you know that the subreddit is going on break, effective immediately, until further notice. Please keep an eye out for an announcement in the near future. We appreciate your patience and understanding.
Announcement
2.6K
131
Share
[deleted] • 7 mo. ago
Ethan tells Ab he wants his meds. Ab says "off camera" and Ethan leaves for the toilet...Ab is not on camera again until Ethan comes back... Unconfirmed if anything was consumed
Ethan
1.5K
6
Share
[deleted] • 7 mo. ago
Ethan tells Love (who is diagnosed with ADHD) that he DOESN'T have ADHD - proving once again he doesn't know what he is talking about
Ableism
H3
GOONIES NEVER SAY DIE
1.8K
52
Share
u/olivesoapx child of darkness • 7 mo. ago
James Ray responds to Ethan's insta story
Ethan hiding behind instagram stories
James Ray
@GoodVibePolitik
Follow
Unfortunately the unstable loser brigade has found my TikTok
Bro you can watch a movie because there is an Israeli in it... you will be ok.



2.3K
37
Share
[deleted] • 7 mo. ago
Ethan does poll about whether or not he took Ab's Vyvanse, crew notes he is more awake. Ab does not confirm.
NOT CONFIRMED
H3 SHOW
1K
4
Share
u/FancyFeastCatFood • Promoted
TL;DR: It's mousse, paté shaped like a pyramid, topped with gravy. No mess. No leftovers. Just ultimate delight.
PURINA
Fancy Feast
Gems
Cat-Pleasing
Pyramid Shape
2 Single
Serve Entrées
Delicate
Mousse Paté
Halo of
Savory Gravy
Shop Now
Vote
0
Share
[deleted] • 7 mo. ago
Ethan demands ADHD medication again - Ab says "we'll talk". Dan halfheartedly tries to dissuade him Pt2
1.2K
56
Share
u/Rlokan • 7 mo. ago
A self fulfilling prophecy (found some very old merch)
The Downfall of H3

I'VE LOST ALL RESPECT FOR MYSELF
1.7K
15
Share
[deleted] • 7 mo. ago
Ethan once again asking for ADHD medication (from Ab this time)
960
64
Share
u/Background-Resort687 • 7 mo. ago
I think Ethan is in love with Hasan.
I think all of this malice and vitriol that Ethan is spewing is because he's secretly in love with Hasan, and Hasan does not reciprocate his feelings. Mad because Hasan proceeded to do hot boy shit with Austin and will following the end of Leftovers. Because of this he has now enacted on a war path similar to a bitter ex because he cannot stop thinking about Hasan. Obsessing over all of his posts and his private life. Why else would he put so much of his time and effort into trying to manufacture Hasan's "downfall"? If not in love then I suspect he may just be an incredibly jealous weenie. I think he desperately wanted to be a part of Hasan's inner circle and...
Leftemies
1.1K
14
Share
u/Narwhals4Lyf • 7 mo. ago
H3 fans choosing to believe Hasan fans are "infiltrating the narrative" and spreading hate / "lies" about Ethan, over the reality that maybe just maybe others outside the snark sun are starting to realize Ethan / H3's shitty ways.
I've seen one too many h3 fan claim that the valid criticism over Ethan / h3 is just Hasan fans infiltrating and spreading the narrative that Ethan is a Zionist. Rather than accepting that there is a critical mass of people criticizing Ethan's wrong doings. It's so infuriating to see them write off every critique or post as an angry Hasan fan who is blowing things out of proportion to make Ethan look bad, when it is literally the opposite!!!
Leftemies
1.1K
32
Share
u/Caitlin___ $6,500 is the new 5% • 7 mo. ago
Ethan making fun of Keemstar being abandoned
Firstly I'm going to preface this by saying I absolutely hate Keemstar he is a massive POS. Now that that's out the way I seem to remember (prob a few years back now) Ethan laughing/making fun of Keemstar being abandoned by his mother as a baby and him being so unloved as a child (something along the lines of this). Maybe I'm too sensitive but I always found this super fucked up how much Ethan made this into a massive segment in the podcast just saying things along the lines of how his birth mother never loved him - like there are plenty of other things to dunk on Keemstar for but this was just a very low blow. Also, there were probably plenty of people in...
HELP me find this!
641
27
Share
u/stopoverpayingdotorg • Promoted
Fun fact: If you live in CA and don't have any DUIs, you're probably overpaying for car insurance by as much as $1k/year. I'm a longtime redditor and I built a little site you can use to look for cheaper rates fast. Takes 2 minutes to use, totally free (no spam calls/texts).
NEVADA
UTAH

go.stopoverpaying.org

Vote 0 Share

u/Remote_Several • 7 mo. ago

Why is no one of his fan base calling out his new poker friends?

I just feel that it's weird that the H3 podcast zionist host and their crew still talk about being progressive, or about how good and real allies they are to the Queer communitty yet their new friends of the show and many of their current fan base have a very loud, public and clear posture about women's body autonomy, trans rights, trans athletes, the BLM movement and the ex candidate Kamala Harris even! I mean all these have been strong talking points that the show's Zionist host have been "cooking" the left with for about a year! Things like their lack of consistency and hiphocrisy at least this on the host own words so far. Since apparently you cannot be...

Thoughts?

690 29 Share

[deleted] • 7 mo. ago

H3H3's Ethan and Hila Klein's *housekeeper filed a lawsuit against them alleging she was fired 2 days after she asked for time off to get and recover from hernia surgery.

Toxic Workplace

r/Fauxmoi • 8 mo. ago

H3H3's Ethan and Hila Klein's nanny filed a lawsuit against them alleging she was fired 2 days after she asked for time off to get and recover from hernia surgery.

4.6K upvotes · 279 comments

1K 14 Share

u/lumivortex rules for thee but not for me! • 7 mo. ago

Destiny doesn't think Ethan has anything new on Hasan for content nuke part 2 (2/16/25)

Friend of the Show

Ethan says he's making a part 2 of his content Nuke on Hasan, and makes a big claim.

876 111 Share

u/AutoModerator • 7 mo. ago

MEGATHREAD: The H3 Show - Feb 17 2025

Megathread

https://www.youtube.com/c/H3Podcast

231 · 1.2K · Share

u/beebbopbeep · fallen fan with a cute cat · 7 mo. ago

**Producitons Becoming #1 Snarker 💜**

Friend of the Show

11:10

Post

Ethan Klein, host of the H3 Podc... Follow
@h3h3producitons

Showering like a real man, unlike baby Hasan playing with bubbles and a rubber ducky. Glasses off, they'd fog up obviously. And ladies BACK OFF, I am happily married.

3:21 PM · 2/16/25 · 12K Views

15 · 11 · 356 · 9

1.7K · 35 · Share

[deleted] · 7 mo. ago

**I want closure**

Like many of you I watched these guys for almost a decade. From the skits into the podcast, all the way. I haven't watched an episode in around a year. I feel so detached from them, but simultaneously not. The past lingers. The fun, the goofs, the gaffs, tuning in while I played relaxing games and having a carefree bubble during my week. I cant just let it go. I want something big to happen so I can let go. Whether that's them acknowledging their pitfalls, major public backlash, crew speaking up, crew quitting, a full live meltdown. I dont know!!! This slow spiral, when does it end. Morbid curiosity keeps me stay updated, and maybe a little hope. A little tiny speck of...

The Downfall of H3

616 · 25 · Share

u/mugiana · 7 mo. ago

**Ethan blaming the cause of the adpocalypse on 'isis recruitment videos'**

This is such a small thing to harp on but in ethan's content nuke he blames the adpocalypse on youtube running ads on isis recruitment videos. I was there, i remember it well, and that 100% was not the reason it happened. Sure, the adpocalyse was a long time coming and a reflection of youtube's poor content moderation, but the catalyst to it wasn't isis videos... it was PEWDIEPIE. The (then) most subscribed to youtuber paid people on fiver to hold up a sign saying 'death to all jews' and that is ultimately what brought youtube's content policy issues to the attention of brands and what made so many advertisers pull out. It was a massive scandal. Did ethan just forget...

Islamophobia

814 · 44 · Share

u/KingCakeBabyGravy · Ethan's passive aggressive torture camp · 7 mo. ago

**Remember when Hasan was at QTcinderlla's pop up restaurant with Sam when Ian and Love visited? Does anyone think this might have ramped up Ethan's wrath against Hasan?**

https://www.reddit.com/r/h3snark/s/2vv5pyahZ1 From October 7th 2023 to mid 2024 Ethan would go off on Hasan from time to time but there would be a lot of space in between. Then Ian and Love visit Sam, QT and Hasan. I think this may be the turning point for Ethan to go off the deep end. I think he feared Ian leaving like we all did and didn't want the crew mingling with Hasan outside the podcast made him very insecure. Do you think he made an ultimatum to the crew to stay away from Hasan and is being passive aggressive towards them to make them feel his power?

The Crew

490 · 13 · Share

u/WEBULL-APP · Promoted

**Webull Premium Only $3.99 per Month**

$3.99
Month
Premium Benefits
without the Premium Costs
IRA Match | Reduced Margin Rates | Higher APY
Webull Financial LLC, Member SIPC, FINRA. Investing involves risk.
Subscription required, fees may apply. More info at webull.com/disclosures
Webull Premium

webull.com · Subscribe

Vote · 0 · Share

u/TheCartTitan • 7 mo. ago

How it feels to witness the Ethan Klein crash out in real time

MEME

1.7K 49 Share

u/Icy-Mortgage8742 • 7 mo. ago

NUKE pt. 2 and future of H3

So Ethan says he's currently making a second nuke, but this one is "personal" ie. he's making a video that's purely to make hasan look like a pervert and not about politics. What do you think the impact of that will be, and do you think he'll even follow through? I mean he's already said hasan is a date r*pist. I'm assuming he'll use more bro-tips clips? If he makes the video, will hasan get backlash, or will people just retaliatory clip farm ethan's past even more? I guess I'm just wondering what the conclusion of this crash out will be? Lawsuit? Restraining order? Will he finally lose enough money and sponsors to at least silently stop talking about it? ATP I feel like the crew ...

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 225 of 582

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulić (SBN 343520)
548 Market Street, #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**

Case No. 3:25-mc-80296

(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)

**DECLARATION OF DOE DEFENDANTS IN SUPPORT OF MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**

Date: TBD
Time: TBD
Ctrm: TBD
Before: TBD

KRONENBERGER ROSENFELD

Case No. 3:25-mc-80296

**DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS**

App. p. 225

Does submit these Declarations publicly in support of their Motion to Quash.

Some details, including personal and medical details, and details which could be used to identify Does, have been excluded from these Declarations and are not being filed publicly, for Does' privacy and safety (the "Excluded Portions"). Does would only feel comfortable submitting the Excluded Portions to the Court *in camera* for confidential review. *See In re McClatchy Newspapers, Inc.*, 288 F.3d 369, 374 (9th Cir. 2002) (the need to protect individual rights may, in some circumstances, rise to the level of a substantial governmental interest and defeat First Amendment right of access); *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016) (records that might be used to **gratify private spite** or promote public scandal demonstrate compelling reasons to keep certain judicial records secret); *Abbey v. Hawaii Emps. Mut. Ins. Co. (HEMIC)*, 760 F. Supp. 2d 1005, 1013 (D. Haw. 2010), *on reconsideration in part* (Feb. 7, 2011) (the need to protect medical privacy qualifies as a compelling reason that overcomes the presumption of public access to judicial records); *S.L. by & through J.L. v. Cross*, 675 F. Supp. 3d 1138, 1147 (W.D. Wash. 2023) (compelling reasons exist to file sensitive personal health information under seal); *see also Ervine v. Warden*, 214 F. Supp. 3d 917, 920 (E.D. Cal. 2016) (protecting identities of jurors and their families is a compelling state interest reflected in California law).

Here, Does are not, at this time, seeking to *file* the Excluded Portions of their declarations, as the Court may not find it necessary to consider the Excluded Portions in order to resolve Does' Motion to Quash. However, if the Court, upon review of the current record, determines it would assist its decision to review the Excluded Portions of Does' declarations, Does respectfully request permission to submit the Excluded Portions of their declarations containing potentially identifying, sensitive personal, medical, and health information, for the Court's confidential, *in camera* review.

//

//

//

//

//

KRONENBERGER ROSENFELD

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 227 of 582

I attest that I have on file copies of the signed versions of this Declaration. I have redacted identifying information herein to avoid prejudice to the right of the Declarants to anonymity.

DATED: September 22, 2025

s/ Leah Rosa Vulić

Leah Rosa Vulić

Attorney for Does

KRONENBERGER ROSENFELD

Case No. 3:25-mc-80296 2 **DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS**

**App. p. 227**

**DECLARATION OF DOE**

I, unnamed Doe, using my Reddit username H3SNARKMODTEAM, instead of my actual name, in order to protect my identity pursuant to the First Amendment and California law, declare as follows:

1. I am former Reddit user "h3snarkmodteam", currently an unnamed Doe but listed as the author of the alleged "Inducement Posts" (plaintiff's Exhibits H and I), and my identifying information is requested in Plaintiff's subpoena to Reddit. I was a moderator for the r/h3snark subreddit ("H3Snark" or "Subreddit"). The H3Snark Subreddit was created to comment on and discuss the H3 podcast, Ethan Klein, and Hila Klein.

2. I am providing this declaration under my Reddit username because I wish to protect my rights to free speech. A true and correct copy of my actual signature for this document resides with my attorneys. I swear under penalty of perjury the following is true, and based upon my personal knowledge, unless otherwise stated.

**Background**

3. The plaintiffs[1], Ethan and Hila Klein, are controversial legacy YouTube creators who run several YouTube channels and podcast shows under the "H3" brand owned by Plaintiff Ted Entertainment, Inc. ("TEI"). Their podcast channel on YouTube, "H3 Podcast," has over 2.5 million subscribers, and their h3h3 YouTube channel has over 5.5 million subscribers. The plaintiffs also have a large following on their social media channels. On Instagram, Ethan Klein has 1.6 million subscribers, and Hila Klein has over 730,000.

4. With my Reddit account h3snarkmodteam, I served as a volunteer moderator for the r/h3snark Reddit community. My role as a volunteer moderator on Reddit was unpaid, and my intentions as a moderator were to help facilitate healthy discussion about sensitive and controversial moments related to YouTubers Ethan and Hila Klein.

5. The plaintiffs have made their mark on YouTube for their "edgy" humor, sensational internet drama, disharmony with other internet influencers, and controversial political statements.

---

[1] When I refer to "plaintiffs," I refer to Ethan Klein, Hila Klein, Ted Entertainment, Inc., and the H3 brand, unless otherwise specified. I may refer to Ethan and Hila by their first names, to avoid confusion; I mean no disrespect in doing so.

Ethan has made some statements that resulted in YouTube suspensions during his career online, including "If there's another Holocaust and people start rounding up the Jews again I hope Ben [Shapiro] gets gassed first"[2] and "someone should bomb that building" when discussing the Republican NRA convention[3]. These incidents are widely documented in news reports and community commentary as examples of Klein's willingness to push boundaries with highly provocative statements.

6. The plaintiffs stream new episodes of their H3 Podcast on YouTube 4-5 times per week. From November 1, 2023, to May 2, 2025, over 200 discussion megathreads[4] were published on r/h3snark. A megathread is a special post, typically created by a subreddit's moderators and highlighted at the top of the page with a pin icon, that serves to centralize discussion on a particular topic or event. Its purpose is to keep a community organized by preventing the subreddit from being overwhelmed by numerous similar posts and to ensure conversations about major events or recurring topics remain in one designated place. Each megathread **routinely linked directly to the plaintiff's YouTube channel landing page (https://www.youtube.com/@H3Podcast)**, showing a consistent effort to lead users to the original source content owned by TEI. For 19 months straight, the default moderation pattern was to link directly to original sources owned by TEI.

7. Ethan Klein and another online streamer, influencer, and political commentator, Hasan Piker, used to broadcast a progressive political podcast called *Leftovers*, which was part of H3-branded content. The *Leftovers* podcast attracted a substantial audience with episodes getting 500,000 to a million views an episode. Ethan Klein and Hasan Piker both stream dozens of hours of content and commentary each week on YouTube and Twitch (Hasan Piker streams nearly 20-40 hours per week, Ethan Klein streams about 10-15). When their

---

[2] Star, Michael, "If there is another Holocaust, 'I hope Ben Shapiro gets gassed first' -YouTuber Ethan Klein," *The Jerusalem Post* (20 Oct. 2022), https://www.jpost.com/diaspora/antisemitism/article-720168.

[3] Crawford, Todd, "Popular YouTube Podcaster Encourages Protesters to Bomb NRA Conference," *Vision Times* (28 May 2022), http://visiontimes.com/2022/05/28/popular-youtube-podcaster-encourages-protesters-to-bomb-nra-conference.html.

[4] *See* Vulić Decl., Ex. 23.

KRONENBERGER ROSENFELD

relationship hit an abrupt turning point in November 2023, the separation was broadly discussed and analyzed online[5] across discussion platforms. At the end of Ethan and Piker's professional relationship[6], much of the H3 fanbase began splintering, which led to their viewers seeking to engage in good-faith criticism and debrief the emotional and, at times, heated debate between Ethan and Hasan[7].

8. Many Reddit users and H3 fans familiar with *Leftovers* attempted to publish criticism on r/h3h3productions (a subreddit owned and managed by the plaintiffs[8]), but were banned from the subreddit upon publishing opinions questioning or criticizing the plaintiffs[9]. When *Leftovers* ended, the plaintiffs and their moderation team (who consist entirely of paid employees[10]) banned thousands of users and former fans[11] from participating in the r/h3h3productions subreddit.

9. After H3 banned a significant segment of their own fanbase, many users migrated to other spaces[12], and r/h3snark became the primary forum for critical discussion about the H3

---

[5] Bjella, Braden, "'There's no source': Podcaster Ethan Klein blasted for comments on Israel-Palestine, demanded 'proof' over history of conflict," *Daily Dot* (13 Oct. 2023), https://www.dailydot.com/news/ethan-klein-hasan-piker-israel-palestine/.

[6] "HasanAbi vs Ethan Klein: streamers in heated feud over political differences," *The Express Tribune* (22 Oct. 2024), https://tribune.com.pk/story/2504551/hasanabi-vs-ethan-klein-streamers-in-heated-feud-over-political-differences.

[7] Hasan Piker Uncensored, "FINAL LEFTOVERS Hasan & Ethan on Israel & Palestine: The 1 State vs 2 State Debate," *YouTube* (13 Nov. 2023), https://www.youtube.com/watch?v=_1uHVtYsdJg&t=9994s

[8] u/h3h3productions, "Our community seems to be deeply divided, come ask us anything so that we can find some common understanding. AMA!," *r/h3h3productions* (21 Sept. 2016), https://www.reddit.com/r/h3h3productions/comments/53wxz5/our_community_seems_to_be_deeply_divided_come_ask/.

[9] Deleted User, "Was this comment really worth permanently banning me from the sub 😭," *r/h3snark* (3 Mar. 2024), https://www.reddit.com/r/h3snark/comments/1b5pacj/was_this_comment_really_worth_permanently_banning/.

[10] H3 Podcast, "And The Gender Is... - H3 After Dark #51," *YouTube* (24 Sept. 2021), https://www.youtube.com/live/GRJLngUhhno?t=8956s.

[11] Deleted User, "I think in the end, Ethan will be his own downfall," *r/h3snark* (2 Mar. 2024), https://www.reddit.com/r/h3snark/comments/1b4qht6/i_think_in_the_end_ethan_will_be_his_own_downfall/.

[12] u/Spirited_Loquat7008, "I can't believe I'm here.," *r/h3snark* (1 Nov. 2024), https://www.reddit.com/r/h3snark/comments/1gho0qg/i_cant_believe_im_here/.

KRONENBERGER ROSENFELD

Podcast and its affiliated brands, including *Leftovers*. Numerous posts on r/h3snark reflect users' disappointment after years (sometimes more than a decade[13]) of supporting H3, purchasing Teddy Fresh[14] (an H3 brand) merchandise, or donating to the show, only to feel disillusioned and banned for expressing disagreement[15] or frustration with the plaintiffs' opinions and behavior.

10. Many posters explained that their bans resulted simply from voicing critique or frustration[16], not harassment or rule-breaking. In a post published on December 12th, 2023 on the H3Snark Subreddit[17], two months after *Leftovers* ended, an H3Snark user published a post titled "Hold up. This subreddit and the other alternative h3 sub are populated with unfairly banned users." The body reads "Let me get this straight. Ethan and his team give orders for the mods of the main sub to ban anyone who so much as steps a toe out of line or says anything that could be viewed as critical. Many of these people were paying members. **And so they populate alternative subreddits.** Then Ethan complains and calls everyone in these alternative subreddits deranged and 'schitzos'. Isn't it clear who's fault this is? How the fuck can h3 place blame anyone but themselves? How are they the victims here?". The post received hundreds of upvotes despite the H3Snark Subreddit having less than 2,000 members at the time.

---

[13] u/Quirky_Yesterday9949, "It's funny how Ethan's 'open to criticism' while his subreddit mods are heavily banning people for even a slight constructive criticism," *r/h3snark* (7 Mar. 2024), https://www.reddit.com/r/h3snark/comments/1b8tenp/its_funny_how_ethans_open_to_criticism_while_his/.

[14] u/ShivsButtBot, "Guys. I'm shamed at how long I defended Ethan.," *r/h3snark* (2 Nov. 2023), https://www.reddit.com/r/h3snark/comments/17mhx65/guys_im_shamed_at_how_long_i_defended_ethan/.

[15] u/kreamhilal, "not usually a member here but the mods on a certain sub are wildd i literally just posted an explaination. been a fan for ages btw," *r/h3snark* (1 Mar. 2024), https://www.reddit.com/r/h3snark/comments/1b4fg53/not_usually_a_member_here_but_the_mods_on_a/.

[16] u/paperback_mountain, "Got Banned," *r/h3snark* (4 Mar. 2024), https://www.reddit.com/r/h3snark/comments/1b6tjzs/got_banned/.

[17] u/Spiritual-Skill-412, "Hold up. This subreddit and the other alternative h3 sub are populated with unfairly banned users.," *r/h3snark* (12 Dec. 2023), https://www.reddit.com/r/h3snark/comments/18gp586/hold_up_this_subreddit_and_the_other_alternative/.

KRONENBERGER ROSENFELD

11. Around the time *Leftovers* ended, Ethan posted a controversial statement[18] on X (Twitter) in October 2023, which he later deleted. After facing backlash for this X post, Ethan abandoned Twitter and began using Instagram Stories instead[19]. Unlike Twitter's public, permanent replies, Instagram Story responses are private and visible only to the creator. Ethan's shift to Instagram Stories limited critics' ability to respond publicly, leading many to move discussions about Ethan to other communities, such as Reddit. The following explanation of how Instagram stories function is from Instagram's website[20]:

Manage who can reply to your Instagram story with a message

By default, anyone who can see your story can reply to it directly with a message. When you prevent someone from replying, they won't see that option from within your story.

To control who's able to reply to your story:

Instagram app for Android and iPhone

1. Tap or your profile picture in the bottom right to go to your profile.
2. Tap ≡ in the top right.
3. Below **How others can interact with you**, tap **Messages and story replies**.
4. Tap **Story replies**, then select who can reply to your stories.

Instagram Lite app

1. Tap or your profile picture in the bottom right to go to your profile.
2. Tap ≡ in the top right, then tap **Settings**.
3. Tap **Privacy**, then tap **Story**.
4. Select who can reply to your stories.

Keep in mind that your story disappears from Feed, your profile and Direct after 24 hours unless you add it as a highlight. After that, photos and videos from a person's story will no longer be visible in conversations. Any text that was included with a message will still be visible after the photo or video disappears.

You can also hide your story from people.

12. Ethan admitted he was avoiding criticism by switching to Instagram Stories on "I Watched Twilight For The First Time & I Have A Lot To Say - H3 Show #68"[21] on October 18th,

[18] u/yuyuhyuyuh, "for pride month let's not forget what ethan once tweeted to a queer person," *r/h3snark* (3 Jun. 2024), https://www.reddit.com/r/h3snark/comments/1d783x3/for_pride_month_lets_not_forget_what_ethan_once/.

[19] u/Classic-Carpet7609, "Ethan Klein and his Terrible, Horrible, No Good, Very Bad Addiction to Instagram Stories," *r/Fauxmoi* (25 Feb. 2025), https://www.reddit.com/r/Fauxmoi/comments/1iydlvq/ethan_klein_and_his_terrible_horrible_no_good/.

[20] Meta, Inc. "Instagram Stories: Create, Share, and Explore Moments," *Instagram* (n.d.), https://about.instagram.com/features/stories.

[21] H3 Podcast, "I Watched Twilight For The First Time & I Have A Lot To Say - H3 Show #68,"

2024. The following is from timestamp 49:58 to 50:22 of that episode:

12.1. Ethan: "Yeah, I haven't seen this. I'm off Twitter. I thought it was a little bit funny. People joke at me when I say that because of my [Instagram] stories, but I see all that shit on Reddit. I erased my burner account even like a week ago."

Producer Dan Swerdlove: "Oh, okay. Good."

Ethan: "I'm out. The thing I like about the [Instagram] stories is that…"

Producer Dan Swerdlove: "People can't argue with you?"

Hila: *nods head in agreement*

Ethan: "**Exactly! Nobody can bait me into fucking arguing with them.**"

Employee: "That's a good compromise."

Ethan: "Yeah."

13. While plaintiffs banned a large subsection of the H3 audience and migrated to Instagram stories to avoid public criticism, they also promoted r/h3snark on the H3 podcast, simply by discussing the Subreddit. These mentions worked as "signal boosts," where curious listeners would learn about the alternative discussion space[22] and then end up joining the Subreddit as a result. The plaintiffs' callouts led to r/h3snark growing rapidly from 2,000 users to over 40,000.[23] Since the end of *Leftovers*, a total of 83 episodes of the H3 podcast had sections dedicated to discussing "h3 snark". The Subreddit could not have grown so rapidly without the plaintiff's direct support.

14. In 2024, Ethan's online controversies took on a highly dramatic, reality TV-like quality[24],

---

*YouTube* (18 Oct. 2024), https://www.youtube.com/watch?v=M9dYrhdXN88&t=2998s.

[22] Deleted User, "To H3 Fans flooding this sub after the recent shoutout," *r/h3snark* (23 Aug. 2024), https://www.reddit.com/r/h3snark/comments/1ezwen5/to_h3_fans_flooding_this_sub_after_the_recent/.

[23] u/angiesoderp, "Rise of Snark or a Timeline of H3 Topics," *r/h3snark* (11 Dec. 2023), https://www.reddit.com/r/h3snark/comments/18gd543/rise_of_snark_or_a_timeline_of_h3_topics/.

[24] Ethan's Basement, "Why I can't support Ethan Klein anymore.," *YouTube* (7 Nov. 2024), https://www.youtube.com/watch?v=48YaRHrlf1o.

with fans closely following the ongoing fallout between Ethan Klein and Hasan Piker[25]. Reddit users also discussed controversial moments such Ethan's relentless targeting of Hasan Piker on his Instagram Stories,[26] several of plaintiffs' employees quitting, as well as the plaintiffs accidentally airing footage of themselves scolding their employees behind the scenes[27], which went viral. In reaction to the plaintiffs' antics, fan communities, including H3Snark, increasingly adopted team-based mindsets, which led to near-daily waves of polarizing criticism and controversial discussion that required careful moderation.

15. Our moderation of the Subreddit was consistently lawful and conducted in good faith. While we did our best to moderate as heavily as possible, ultimately we are not responsible for content posted by Subreddit users per 47 U.S.C. Section 230. We banned low-effort comments targeting unchangeable physical traits and strictly prohibited attacks based on religion, personal identity, or disability (for example, Ethan has Tourette's syndrome that is expressed through physical tics; the Subreddit banned comments about this topic). Any attempt to mock Ethan's Tourette's often resulted in complete Subreddit bans of the offending poster. Discussion about Ethan and Hila's children was never allowed. Targeting of the Kleins or his employees in real life (known as "tapping the glass") was prohibited. By closely following Reddit's Content Policy[28] and Terms of Service, the Subreddit remained in good standing without any bans or serious warnings from Reddit admins. Moderators regularly consulted Reddit staff to ensure ongoing compliance.

16. When Ethan and Hasan's relationship hit peak rupture at the end of 2024, Ethan began

---

[25] north star radio, "Why the H3 Leftovers Podcast Will Never Return," *YouTube* (11 Sept. 2024), https://www.youtube.com/watch?v=gZGBSjQE_wA.

[26] Deleted User, "Hasan Piker is horrified to learn Ethan Klein has been posting about him on his Instagram stories every day for weeks," *r/h3snark* (7 Nov. 2024), https://www.reddit.com/r/h3snark/comments/1gm8i88/hasan_piker_is_horrified_to_learn_ethan_klein_has/.

[27] Deleted User, "Button Failure #2," *r/h3snark* (28 Aug. 2024), https://www.reddit.com/r/h3snark/comments/1f3nktf/button_failure_2/.

[28] u/h3snarkmodteam2, "Clarification on Rule 6 'Do not address the H3 crew directly,'" *r/h3snark* (18 Jul. 2024), https://www.reddit.com/r/h3snark/comments/1e6hukj/clarification_on_rule_6_do_not_address_the_h3/.

KRONENBERGER ROSENFELD

promoting a new version of his "Content Nuke" series announcing that, this time, the target was his former cohost Hasan Piker. This was not Ethan's first "Content Nuke" video; in 2020, he released several "Content Nuke" videos aimed at YouTuber Keemstar[29] to "cancel" him, capitalizing on a genre of sensational content intended to spark outrage online. Ethan and H3 often rely on outrage, drama, and spectacle, especially against perceived enemies, and *Content Nuke - Hasan Piker* would continue this approach.

**Leading up to Content Nuke - Hasan Piker**

17. Plaintiffs frequently promoted the forthcoming *Content Nuke - Hasan Piker* leading up to its release, and *Content Nuke – Hasan Piker* was anticipated by the YouTube and political commentary community for several months ahead of its release. It was anticipated that plaintiffs' statements in *Content Nuke – Hasan Piker* would be largely controversial, as Ethan Klein himself claimed they would be. For example, on January 24, 2025 in "My Life Is Falling Apart- Addressing The Controversy- I Shouldn't Say This But I Must - H3 Show #102"[30] Ethan and Hila said the following from timestamps 12:10 - 13:50:

17.1. Ethan Klein: "I'm very excited guys. I'll tell you this, too… you guys will notice, but I did not sugarcoat or pull back anything. They are going to be so fucking mad. I did things, intentionally… and I'll say this, openly, I know this is, like, **pushing it… the boundary of what's appropriate to say.** But I'm fucking doing it. Because I'm right, number one. I'm a professional comedian, you know what I mean? I'm the last line of defense, two. If I don't walk the line who does, right Hila? And then three, because I'm just… **I'm more looking forward to like, all these snarkers and Hasan fucking dick riders crying about this video. More than anything in the world. It's what's motivated me. It's what's kept me going, frankly."**

[29] h3h3Productions, "Content Nuke - Keemstar," *YouTube* (19 May 2020), https://www.youtube.com/watch?v=w3gXcIifc3o.

[30] H3 Podcast, "My Life Is Falling Apart- Addressing The Controversy- I Shouldn't Say This But I Must - H3 Show #102," *YouTube* (24 Jan. 2025), https://www.youtube.com/watch?v=3FKZxfBljlw&t=772s.

Employee: "A little bit of a 'rage bait'?"

Ethan Klein: "Well, it's not. It's not rage bait at all. It's just part of the video. I'll tell you guys what the moments are. You'll probably guess them when I show them, but-"

Hila Klein: "It's like when people used to say 'surprises throughout, don't skip [anything], watch until the end'. So it's like shitting and pissing moments throughout. **Especially for the snarkers.**"

Hila Klein: "**Do not skip. Watch all the way through!**" (emphasis added).

18. At no point, prior to the release of *Content Nuke – Hasan Piker*, did the plaintiffs announce they were registering the *Content Nuke - Hasan Piker* with the Library of Congress, which they had preemptively done days before it was published; nor had the plaintiffs ever done this in their 12 years of making content on YouTube. The plaintiff had previously made "Content Nuke" videos about other creators, but never registered those—preemptively, or at all—with the Library of Congress. Had reaction creators known Plaintiff registered a copyright for *Content Nuke – Hasan Piker*, they probably would have grown suspicious that this video was a trap to catch critics into copyright lawsuits. Instead, the plaintiffs never mentioned a copyright registration and, as shown above, encouraged "snarkers" to watch "all the way through".

19. Content creators and podcasters frequently analyzed, discussed, and critiqued statements, events, and behaviors related to H3 leading up to *Content Nuke - Hasan Piker's* release. On the Subreddit, moderating discussions about how creators were reacting and responding to the plaintiffs required strict enforcement of rules and guidance to maintain productive, respectful conversations and prevent harm.

20. Twitch streamer Denims was a prominent critic of the plaintiffs, often reacting to viral and controversial statements from Ethan and Hila's podcast with thoughtful analysis, humor, parody, and contextual fact-checking, which is how I learned about her in 2024. As far as I could tell, her content consistently showed transformative fair use, focusing on critique. To the best of my knowledge, she has never faced DMCA claims from Ted Entertainment, Inc.

or other major rights holders. The plaintiffs also failed to showcase such a history of DMCA takedowns for Denims in the complaint. I could not find any examples when researching for this declaration.

21. **I have never, at any point, contacted or attempted to coordinate with named defendant Denims, her team, or anyone professionally or personally associated with her.** I also do not know of any moderators who conducted such activity; allegations of such a relationship are purely speculative. I've never spoken to or worked with this named defendant, even as a fan or Twitch chatter, nor have I ever claimed to know her or anyone related to her personally. I have also never had any contact with the other two critics the plaintiff is suing for alleged copyright infringement for reacting to *Content Nuke - Hasan Piker* (known on Twitch as Kaceytron and Frogan), despite the plaintiff's unsubstantiated accusations.

22. I also never had or attempted to have contact with the plaintiff's former co-host and Twitch streamer Hasan Piker. **I am a private individual with no personal or professional ties to Twitch, YouTube, Reddit, TikTok, X (formerly Twitter), Instagram, or any political commentator or online influencer,** and I hope this puts to rest the plaintiffs' unfounded conspiracy theories that their critics are all secretly conspiring together to hurt TEI.

**Reaction Streamers for the Content Nuke - Hasan Piker**

23. Many Twitch and YouTube creators planned to react live to the release of *Content Nuke - Hasan Piker*, including major streamers like "Asmongold" and "xQc". Denims also announced she would be reacting. Viewers typically split along political lines, with progressive leftist streamers on one side and conservative or Republican-leaning streamers on the other. Watching reactions in real-time offers a more engaging and insightful experience, as streamers actively interact with their chat and provide context and discussion, making it more dynamic than watching the video alone.

24. One example of an extremely popular streamer who reacted to the *Content Nuke - Hasan Piker* was creator "xQc," who has 12.1 million followers on Twitch and is one of the largest "reaction" streamers in the space.

25. On January 31st at 7:30 PST, just hours after the release of *Content Nuke - Hasan Piker*, a user on the plaintiff's fan subreddit r/h3h3productions (where Ethan Klein serves as head moderator with full editorial control over content) posted about xQc reacting to the video[31] with 53,000 live viewers. The r/h3h3productions' user's post celebrated the positive reception of xQc's reaction to *Content Nuke - Hasan Piker*, and the post garnered nearly 2,000 upvotes and became one of the top posts on the subreddit that day. Here is a screenshot of this Reddit post:

26. In paragraph 69 of the complaint, the plaintiff claims Denim's viewership on Twitch peaked at 45,800 concurrent viewers as she reacted. In the comments of the above post about xQc's reaction video, viewers document that xQc peaked at 94,000 live viewers.

[31] Deleted User, "xQc watching the content nuke with 53k live viewers.," *r/h3h3productions*, (31 Jan. 2025), https://www.reddit.com/r/h3h3productions/comments/1iexreq/xqc_watching_the_content_nuke_with_53k_live/.

KRONENBERGER ROSENFELD

obvious-but-profound • 7mo ago • Edited 7mo ago

Holy shit 94K now

This is actually huge, about to hit a half mill on YT too and only dropped 6 hours ago

578 Share ...

45 more replies

bleblebleblebleb • 7mo ago

omg yes this was the point of the video it was not made for tue podcast regulars it was made for this broad outreach

277 Share ...

discobears • 7mo ago

this is kinda huge, xqc and his chat are fairly supportive of ethan holy shit with 92k live viewers

415 Share ...

Coenotad OP • 7mo ago

Almost 100k. I'm shocked at how level-headed xQc is.

I don't know much about him but I thought he was some unhinged lunatic lol

206 Share ...

24 more replies

8 more replies

27. A copy of xQc's reaction to the *Content Nuke - Hasan Piker* was later uploaded to Youtube[32]. xQc spent a total of 2 hours, 30 minutes, and 24 seconds watching and reacting to *Nuke*. Since the original video is 1 hour, 42 minutes, and 6 seconds long, this means xQc spent about 48 minutes and 18 seconds actively reacting. In comparison, Denims' reaction stream lasted approximately 3 hours, 55 minutes, and 53 seconds, resulting in around 2 hours, 13 minutes, and 47 seconds of reaction time — nearly twice as long as xQc's. Additionally, xQc's peak viewership while he was reacting to *Nuke* was double that of Denims' viewership.

[32] xQc, "h3h3 Nukes Hasan," *YouTube* (1 Feb. 2025), https://www.youtube.com/watch?v=Ja1qRUBc2ko.

| Creator | Total Video Length | Content Nuke Length | Total Time Reacting | Peak Viewership | Portion of Video | Sentiment |
|---|---|---|---|---|---|---|
| XQC | 2:30:24 | 1:42:06 | 0:48:30 | 94,000 | Full Video | Positive |
| Denims | 3:55:53 | 1:42:06 | 2:13:47 | 45,800 | Full Video | Critical |

28. If the plaintiff truly believed that Denims' reactions to *Content Nuke - Hasan Piker* were insufficiently transformative and diverted views away from their original video, as claimed in the complaint, I question why xQc, who reacted significantly less and drew twice the peak viewership, was not also not targeted by TEI in a lawsuit.

29. Additionally, given that Ethan Klein, as head moderator of the plaintiff's fan subreddit r/h3h3productions, publicly celebrated Twitch streamers reacting to his video in full, the r/h3snark moderators could not have any way of knowing that TEI considered *Denims'* reaction to be copyright infringement. The inconsistency between TEI's treatment of xQc's reaction video to *Nuke* and Denims' reaction video (and Kaceytron's, and Frogan's reaction videos) highly suggests that both Denims and the r/h3snark community were targeted more for their critical commentary than for any genuine copyright concerns.

30. On Ethan's podcast episode following the publishing of *Content Nuke - Hasan Piker*, "Nuclear Fallout - H3 Show #105,"[33] on February 3, 2025, Ethan dedicated an entire chapter of his podcast to celebrating xQc's complimentary and positive reaction to his video, and they later published an "H3 Podcast Highlight" video promoting this podcast segment[34]; plaintiff specifically touted xQc's reaction video as the "only reaction [they] cared about." In this episode, Ethan says the following (from timestamp 3:00 to 4:00):

[33] H3 Podcast, "Nuclear Fallout - H3 Show #105," *YouTube* (3 Feb. 2025), https://www.youtube.com/live/TETOdFWf99M.

[34] H3 Podcast Highlights, "xQc's Reaction To The Hasan Content Nuke," *YouTube* (4 Feb. 2025), https://www.youtube.com/watch?v=DvJvzkiPHM0

30.1. Ethan: "I was feeling very confident and I'm happy to say that I think it's been very well received and **the views have been fantastic**. People in our community have been overwhelmingly, uh, supportive of it. I**'m very grateful to everybody who's been watching and sharing and enjoying it has 2.1 million views right now which is fantastic,** that's great. I was scared the algorithm would ruin it because it's like a super old inactive channel but, hey, here we are. 2 million, it's crazy, well, at first it was doing really good already, from the beginning, but just watching my algorithm, if you looked at it compared to our old videos, it was underperforming… but it slowly started to pass."

31. Given Ethan's acknowledgment of xQc's reaction video's viewership success, I have to sincerely question why TEI is now suing three reaction streamers for alleged damages due to *their* reaction streams. In addition, given TEI's encouragement and praise of xQc's reaction video, no moderator on r/h3snark could have possibly known at the time that TEI viewed Denims' full reaction stream and the Subreddit's related discussions as copyright infringement. To my knowledge, no DMCA notices were issued against any creators for *Content Nuke - Hasan Piker*, including Denims. Further, **TEI never notified h3snark moderators that it considered Denims' reaction video to be infringing.**

**The Alleged Inducement Posts**

32. The day that *Content Nuke - Hasan Piker* was released (January 31st, 2025 at 11:30 AM PST), our Automoderator[35] published a megathread discussion[36] on r/h3snark for the *Countdown to Doomsday* H3 Podcast episode. For this episode discussion, the post's entire content is a link directly to the Plaintiff's YouTube channel (https://www.youtube.com/@H3Podcast). Again, I want to be very clear that r/**h3snark**

---

[35] The Automoderator was programmed to create "megathread" discussion posts at H3 podcast's scheduled release times, so the Automod's post of the *Countdown* episode was automatically generated; no individual moderator created this post.

A megathread is a post designed to centralize discussion, which helps the moderators do their jobs of moderating content.

[36] Automoderator, "MEGATHREAD: The H3 Show - Jan 31 2025," *r/h3snark*, (31 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1ien34a/megathread_the_h3_show_jan_31_2025/

**linked directly to the H3 Podcast YouTube channel for this discussion megathread about the *Countdown to Doomsday* episode**, since the plaintiff fails to mention this fact in the complaint.

33. After this post was published, but before *Content Nuke - Hasan Piker* was released, on January 31st at 12:33 PM PST, I created a discussion megathread titled "DENIMS is LIVE reacting now to today's H3 podcast episode and the 'content nuke' video Ethan is publishing in about an hour" (the "Third Megathread") [37]. Nowhere in the post do I suggest that users watch Denims, or any other creator, *in place of* the H3 Podcast or H3H3productions channel.

34. When I created and published the Third Megathread, I genuinely believed Denims' commentary and reactions (which had not even happened yet) would be reasonably fair-use and transformative. This post was for discussion about Denims' reactions and commentary and was not meant to replace the plaintiff's H3 Podcast episode or *Content Nuke - Hasan Piker* video. The link provided was to Denims' Twitch landing page; it was not a link to a specific video. Twitch is a DMCA-compliant platform where creators often react to political or cultural events. It is not a piracy website, and a transformative reaction to the plaintiff's video was a reasonable expectation. I did not link directly to *Content Nuke - Hasan Piker* in this post because **it had not yet been released**, and the Discussion Megathread post for the H3 Podcast episode *Countdown to Doomsday*, created by the AutoModerator as described above in paragraph 32, already provided a link directly to the H3 Podcast channel. I also did not ask or encourage Denims, or anyone else, to unlawfully infringe on TEI's copyrights, in this post.

35. In the "sticky" pinned comments to the Third Megathread, I also left a comment linking to 8 other creators where I wrote, "If you are not a fan of DENIMS, please check out these other creators:". Nowhere in this comment did I encourage or suggest that Reddit users watch these creators *instead of* H3, or as a replacement for the original, nor did I suggest any users pirate or access the *Content Nuke - Hasan Piker* or *Countdown to Doomsday*

---

[37] For purposes of this motion to quash, for the sake of consistency, I will use the same references to numbered Megathreads that Plaintiff referred to numbered "Inducement Posts" in the Complaint, although the Third Megathread was published before the Second Megathread.

episode illegally. This comment was an effort to provide scheduling information and lawful links to landing pages that were of interest to our community, as was part of my moderation duties. The pinned comment I left on this post is visible in the Plaintiff's Exhibit I, but a full view of the Third Megathread, including my "stickied" pinned comment is attached to the Vulić Decl., Ex. 45.

36. My "Denims is LIVE" (i.e., the Third Megathread) post only received 275 upvotes and 33 comments, which is relatively low engagement for the Subreddit. This makes it unlikely that our Subreddit was responsible for directing as many as 40,000 viewers to Denims' stream.

37. Since Hasan Piker was not streaming when Denims' stream began (and his fans typically average 30,000 to 60,000 live viewers), it is far more plausible that *Piker's* audience independently chose to watch Denims or similar politically aligned creators for reactions and critical commentary on the widely discussed video about Hasan by his former co-host. Hasan had announced he would not be reacting to the video due to an international trip, and the plaintiff himself refers to Denims as a "waiting room" (Compl. ¶17) where Hasan's fans gather when he is offline. Based on the plaintiff's own statements, it is likely viewers naturally gravitated to her stream out of habit, rather than because of my Reddit post's limited reach.

38. On January 31st at 1:43 PM PST, I created a second discussion thread titled "Ethan Klein's Content Nuke on Hasan Piker | H3 Snark Megathread," to centralize conversations about the plaintiff's video (the "Second Megathread")[38]. Posting a megathread at the time of a major release is a standard moderation practice on Reddit to avoid duplicate posts and maintain an organized subreddit. The first sentence of the Second Megathread reads "Places to watch *reactions* to this video" (emphasis added), with a hyperlink to the original *Content Nuke - Hasan Piker* YouTube video embedded on the word "this." This hyperlink, included in

[38] Deleted User, "Ethan Klein's Content Nuke on Hasan Piker | H3 Snark Megathread," *r/h3snark* (31 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1ieq74l/ethan_kleins_content_nuke_on_hasan_piker_h3_snark/

KRONENBERGER ROSENFELD

Exhibit H provided by the plaintiff and archived by their lawyers within 10 minutes of my posting, directs users to the original source video of *Content Nuke – Hasan Piker*.

39. The link to the *Content Nuke - Hasan Piker* ended up attached only to the letter "i" in the word "this", which was a formatting oversight on my part rather than an intentional choice. The link remained fully functional, visible within the highlighted metadata in our feeds, and accessible by users. My intention was to provide readers with direct access to the source. The Subreddit would not have linked to the H3 Podcast YouTube channel for the *Countdown to Doomsday* episode that day, and I would not have included the direct link to the *Content Nuke – Hasan Piker* at all, if the goal was to obfuscate views to TEI.

40. After my first sentence linking directly to the plaintiff's video, I then listed the same nine Twitch and YouTube creator landing pages as my prior "Denims is LIVE" post. These were creators who might be giving their *reactions* to the plaintiff's video, so I provided lawful links to their *channel landing pages* on Twitch and YouTube. None of those links were to specific videos or illegal pirate copies **(the only direct link to a video in this post was to the plaintiff's true and original *Content Nuke - Hasan Piker* owned by TEI).** At no point in this post did I encourage or suggest users watch these creators *instead of* the original for any reason. I never suggested or directed any users to pirate or obtain his video through illegal means. This post also never asked or encouraged Denims herself, or any other streamer, to illegally infringe on TEI's rights in *Nuke*.

41. To my knowledge, plaintiffs never issued DMCA takedown notices for any of the Megathreads related to *Countdown to Doomsday* or *Content Nuke – Hasan Piker*. **TEI also never notified me, or any of the other H3Snark moderators, that it considered Denims' stream, or any of the other Twitch or YouTube creators' reaction videos, to be an infringing use of *Countdown to Doomsday* or *Content Nuke – Hasan Piker.*** If they had, the H3Snark moderators would have removed the links to the creators' channels immediately upon notification. If the plaintiffs believed my post (or Denims' stream) infringed on their copyright, it's puzzling they would immediately prioritize archiving my post as a lawsuit exhibit rather than notifying the H3Snark mods or issuing a DMCA

takedown. Plaintiff had already demonstrated the ability to file DMCA takedowns on Reddit in the months prior and would logically use this effective tool to promptly protect their copyrights on both Reddit and Twitch if that were truly their priority.

42. On January 31st, **I did not watch *Content Nuke - Hasan Piker* on its own or through reaction streamers.** I was busy moderating comments and posts on the Subreddit that day, and preparing for a trip, and I frankly wasn't in the headspace to consume the TEI content in *Content Nuke – Hasan Piker*. Instead, I held the reasonable expectation that the creators to whose channels were linked in the Megathreads would react with fair-use criticisms, as they had shown a record of doing. Even if I had tried to verify whether the creators' use was fair, such an attempt would be subjective as I am not a Federal Judge, nor am I a seasoned copyright attorney with the ability to sufficiently weigh or argue fair use for each creator. However, since the filing of this lawsuit, I have now watched Denims's full reaction to the *Content Nuke - Hasan Piker*, and I do believe, with my amateur understanding of copyright law, that her several hours of reacting to the plaintiff's video, providing her own critiques and commentary, and reacting along with her own fans, and bringing a further purpose to TEI's works beyond what TEI intended (on top of Denims' runtime of her stream), is plausible fair use commentary. I do not believe that a person who wanted to view the original content of *Nuke* or *Countdown*, would have watched Denims' reaction video, because it was clearly critical of Ethan's views.

43. On page 1 of the complaint, the plaintiff highlights Denims' remark (from after she reacted to the video) about how watching her full reaction stream supposedly helped "not give [the plaintiff] views." **I never viewed or watched Denims make this remark until these lawsuits were filed.** I want to stress that whatever Denims said does not reflect my intentions or involvement, and I have no reason to believe that my publication of the Megathreads influenced Denims' decision to react to *Content Nuke – Hasan Piker* or *Countdown to Doomsday*, or the content of her reaction stream—because I, and the Subreddit, and its moderators, have no connections to Denims whatsoever. **There was no conspiracy or**

**coordination with any creator to orchestrate copyright infringement or create market substitutes. Anything Denims said is her own responsibility.**

44. My post in the Second Megathread attracted over 1,800 comments from hundreds of users across Reddit, but was not the only discussion megathread on Reddit for this type of conversation. For example, a post on r/youtubedrama (a subreddit I was never a moderator for) titled "Ethan Klein finally posts his long awaited Content Nuke on Hasan"[39], posted two minutes prior to the post I published, attracted over 4,400 comments that were almost entirely critical of Ethan and his video. This post shows that criticism for the plaintiff is not exclusive to r/h3snark; it has been the dominant point of view across most social media platforms.

45. My discussion megathread about the plaintiff's *Content Nuke - Hasan Piker* video, which included a direct link to the original content owned by TEI, serves its own transformative purpose. According to the outcome of the Watch Tower Reddit Subpoena case decided by the NDCA court, posts by a Reddit user incorporating copyrighted material for criticism and commentary qualified as protected fair use. *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d 875 (N.D. Cal. 2020). The court ruled that because the user's discussion thread served a different purpose than the original copyrighted work, it was fair use, not infringement. In my case, I linked directly to the plaintiff's original video without uploading or directly infringing on his copyright, and created a megathread to facilitate commentary and discussion of his critics who were reacting. I believe such a scenario should be protected fair use.

**DMCA Takedowns**

46. Ethan's wife Hila Klein, after this lawsuit was filed, openly admitted that the real intentions of H3's prior DMCA takedowns were to improperly get r/h3snark banned from Reddit for excessive copyright violations, as had happened for other snark and criticism subreddits for

[39] Deleted User, "Ethan Klein finally posts his long awaited Content Nuke on Hasan," *r/youtubedrama* (31 Jan. 2025), https://www.reddit.com/r/youtubedrama/comments/1ieq5uc/ethan_klein_finally_posts_his_long_awaited/.

popular Youtubers. Ethan also admitted that these DMCA takedowns were "leading up to something", highlighting that this was a carefully crafted and premeditated plan to attempt building a record for a future copyright lawsuit.

46.1. **On June 9, 2025 in the episode** "We Almost Canceled Today's Episode - H3 Show #156[40]" (timestamp 1:33:17 to 1:33:29) Ethan said the following:

46.1.1. Ethan: "And once again, if you look at all these other creators… **so many creators have had their snark subreddits banned. There was one I was hearing about recently that had theirs banned for copyright infringement. And we *have*… not only has this one [r/h3snark] not been banned for copyright infringement, we've had Reddit denying copyright takedowns.** Which is illegal, by the way. It's fucking insane, dude. This company is completely compromised."

46.2. On July 11, 2025 in the episode "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165"[41] (timestamp 2:56:35 to 2:58:08), Ethan and Hila say the following :

46.2.1. Ethan, watching a video by YouTube creator Adam McIntyre[42]: *reads video title* "'Ethan Klein is trying to silence people who do not agree with him.'"

Hila: "No…"

Ethan: "Now **this is when I was taking down**…"

Hila: "Trying to take down…"

Ethan: "**I was removing posts on the snark subreddit that were explicitly reposted without any kind of commentary, with the**

[40] H3 Podcast, "We Almost Cancelled Today's Episode - H3 Show #156," *YouTube* (9 Jun. 2025), https://www.youtube.com/live/4QOofN2DaUk?feature=shared&t=5572.

[41] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?t=10595.

[42] Adam McIntyre, "ethan klein is trying to silence people who don't agree with him," *YouTube* (7 Jan. 2025), https://www.youtube.com/watch?v=Nbse0YwZm64.

**explicit goal of stealing views from us.**"

Hila: "Mhmm."

Ethan: "The very reason I'm now suing three people and your dumb bitch ass, at the time, was saying I was silencing people. Which makes no fucking sense because there was like a thousand posts up there, and we DMCA'd like five of them. So, do you want to explain how I'm silencing them? You rat."

Hila: "And that's how… **That's how, supposedly, Trisha [Paytas] got her snark [subreddits] closed, so we were trying to do what others did, and it did not work, miraculously.**"

Ethan: "Ours was **kind of leading up to something, clearly**, but… because **we're obviously pressing charges against the Reddit mods - the admins - the moderators of the snark, too.** Me and my lawyer were extremely conservative about which posts qualified. The ones that I post- that I DMCA'd, were egregious. Right? Like I said, there's hundreds of posts. We removed maybe five at most. So, this is just snark-brained bullshit loser punk ass lying."

46.3. If there were only 5 takedowns on r/h3snark over the year and a half since *Leftovers* ended, I question why plaintiffs frame the entire Subreddit as a "locus of" "rampant" copyright infringement.

47. The plaintiff's complaint details 7 DMCA takedowns they issued from August to December 2024. Reddit only honored 5 of them. After reviewing r/h3snark subreddit statistics for some of these months, data shows posts published from August to December totaled 8,919, which means the 5 honored DMCA takedowns made up 0.05% of total content published. Not even 0.1% of posts getting removed by Reddit legal over four months is hardly a "locus" of infringement.

| Month | Posts Published | Posts Removed | Total Posts |
|---|---|---|---|
| August 2024 | 1,800 | 1,275 | 3,075 |
| September 2024 | 3,379 | 3,366 | 6,745 |
| October 2024 | 2,023 | 2,659 | 4,682 |
| November 2024 | 886 | 1,368 | 2,254 |
| December 2024 | 831 | 1,545 | 2,376 |
| Totals | 8,919 | 10,213 | 19,132 |

48. The plaintiff describes these DMCA takedowns of clips as "posts that contained a clip of TEI content with a descriptive, non-critical title and the comments were locked by the H3Snark Mods or there were no comments after several hours." (see ¶34 of the complaint).

49. Five out of the seven posts targeted by the plaintiff were short-clip posts that moderators locked. These locks were applied to enforce Reddit's content policy or because the post contents were either highly controversial or politically charged, making active moderation too difficult. The intention was never to create market replacements for TEI's content. As previously mentioned, we consistently linked to the official H3 Podcast YouTube channel for every new episode discussion.

50. To further respect copyrights, starting July 23, 2024, well before any DMCA takedown requests, we implemented an automatic disclaimer on every new post in the subreddit (the "AutoMod Copyright Disclaimer"). The AutoMod Copyright Disclaimer encouraged users to report any potential copyright infringements so we (the moderators) could address them proactively. Copies of this disclaimer appear on all posts the plaintiff labels as "Inducement Posts."

AutoModerator MOD • 10mo ago •

**Disclaimer:** Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

2 Share ···

51. These DMCA takedowns were especially strange to me, at the time, considering Ethan had previously announced on his podcast, on January 25th, 2023, that he was "opening up" his "intellectual property to the world"[43]. Ethan expressed enthusiasm about fans clipping and monetizing content[44] from his podcast, members' live streams, or anything featuring him. He explicitly said he would not issue DMCA claims for TEI clips or issue removals for anything except full reuploads of entire episodes. From January 25th, 2023 on the Podcast episode "We Break 9 Different Guinness World Records & Creator Clash Announced RIP AB - Off The Rails #58[45]" (timestamp 10:35 to 12:07):

51.1. Ethan: "I am opening our [Intellectual Property] to the world."

Ethan: "If you want to cut up clips from the podcast, from our members live, from **anything with me in it,** go for it, man. Monetize it. **I will not [DMCA] claim,** I will not remove, I will not do anything."

Ethan: "The only time I'll remove something is, like, if it's just a wholesale re-uploading of, like, an episode."

52. A year later, Ethan announced[46] that he felt it was unfair content intended for paying members was shared, in its entirety, by clip channels. Ethan clarified that reasonable length clips of paywalled content **would still be allowed** but full re-uploads would receive DMCA takedown notifications. From January 24th, 2024 in the episode "Ethan Gets A Low Taper Fade From Jeff Wittek & Bach3lor Announcement - Off The Rails #101[47]" (timestamp 16:31 to 16:49):

---

[43] H3 Podcast, "We Break 9 Different Guinness World Records & Creator Clash Announced RIP AB - Off The Rails #58," *YouTube* (25 Jan. 2023), https://www.youtube.com/watch?v=y19qnDm2tDs&t=634s.

[44] H3 Podcast, "Big big huge announcement massive announcement - After Dark #93," *YouTube* (27 Jan. 2023), https://www.youtube.com/watch?v=_-TUf6tyhPI&t=4528s.

[45] H3 Podcast, "We Break 9 Different Guinness World Records & Creator Clash Announced RIP AB - Off The Rails #58," *YouTube* (25 Jan. 2023), https://www.youtube.com/watch?v=y19qnDm2tDs.

[46] H3 Podcast, "Ethan Gets A Low Taper Fade From Jeff Wittek & Bach3lor Announcement - Off The Rails #101," *YouTube* (24 Jan. 2024), https://www.youtube.com/watch?v=hshRIiyFSu0&t=1102s.

[47] H3 Podcast, "Ethan Gets A Low Taper Fade From Jeff Wittek & Bach3lor Announcement - Off

52.1. Ethan: "You can clip the members (i.e., members-only content) if it's a reasonable length. Full re-uploads will be erased with DMCAs, with peace and love. So no full re-uploads. If it's a reasonably length highlight, we will let you survive."

53. To this day, Ethan still has **never publicly announced that he was fully "closing up" his intellectual property** or that he would strike clips of publicly accessible TEI content. He has instead said the opposite, that clips of both his public and paywalled content was permissible. Considering 5 of the clip uploads Ethan targeted with DMCA takedowns were brief clips from his **public facing podcast episodes** (Reddit's clip length limitations total 15 minutes and the plaintiff's podcasts are 3-4 hours long), it was confusing that his words and behaviors were not matching up. At first, I suspected the DMCAs may not have even been coming from the plaintiffs, but maybe by his fans who were trying to target the subreddit with abuse.

54. Some users targeted with DMCA takedowns decided to file counter-claims because they believed their posts constituted fair use[48]. In the plaintiff's complaint, he includes an exhibit showing a DMCA counterclaim which he alleges was submitted by an r/h3snark moderator. I want to be clear that I never submitted this document or any DMCA counter-claims on behalf of r/h3snark, despite the plaintiff suggesting this might be the case. I never encouraged any user to submit a fraudulent counter-claim or to abuse the counter-claim process. I have no knowledge of any other H3Snark moderator assisting with or encouraging users to submit fraudulent DMCA counter-claims or abuse the counter-claim process.

55. It later came to light that plaintiff used the PII provided by one r/h3snark user who filed a DMCA counter-claim to threaten this user with a lawsuit if they did not give him my and the other moderators' identities. On April 11th, 2025, u/obrienpotatoes published redacted

The Rails #101," *YouTube* (24 Jan. 2024), https://www.youtube.com/live/hshRIiyFSu0?feature=shared&t=991.

[48] @obrienpotatoes1, "hey Hutch, i'm the redditor that received the cease & desist letter from Ethan's lawyer. as you can see from what his lawyer attached to the letter, the clip in question was not behind a paywall. not only that, but here's the offending post. i never encouraged pirating.," *Twitter/X* (7 May 2025), https://x.com/obrienpotatoes1/status/1920290222039761228.

versions of the legal letter he received[49], on X (formerly known as Twitter). Here is the section of this letter that demands my identity (as an H3Snark moderator) and all communications they had with r/h3snark moderators as an option to avoid litigation:

**Your Only Option to Avoid Litigation**

[redacted]; (2) you provide our office with all correspondence you have had with the moderators of H3Snark; (3) you provide our office with all correspondence you have had with other H3Snark users; (4) you provide our office will all correspondence you have had with Reddit; and (5) you provide our office with information regarding the identities of the H3Snark moderators.

If you do not (or cannot) satisfy all five conditions, TEI will sue you for copyright infringement and misrepresentation. Keep in mind that federal court filings are public. Anyone performing a simple Google search on you (let alone a background check) will discover this

Page 4

information. Once judgment is entered against you, the Court's finding that you engaged in copyright infringement and lied in a legal document will also be publicly available.

***You have until March 25, 2025 at 5:00 p.m. PST to agree to these terms.***

56. Ethan, on the same day, confirmed the authenticity of this legal letter by stating the following on his Instagram[50]: "Let me introduce you to this dipshit. **He posted a clip to snark** that we DMCA'd. That should have been it… But he THEN filed a fraudulent

[49] @obrienpotatoes1, "Ethan Klein isn't just going after public figures criticizing him, he's also threatening litigation against RANDOM PEOPLE LIKE ME WHO (allegedly) POSTED A MINUTE AND A HALF LONG CLIP ON REDDIT DOT COM LMAO YOU HAVE TO BE KIDDING ME," *Twitter/X* (11 Apr. 2025), https://x.com/obrienpotatoes1/status/1910711822212067372?s=46.

[50] @obrienpotatoes1, "in that case, ethan is using threatening language when talking to me here," *Twitter/X* (10 Jun. 2025), https://x.com/obrienpotatoes1/status/1932465006165037280.

counter-notification to bring the video back up, thereby forcing our hand to enforce our IP. **We got his email address from the form and subsequently, with very little work, his real ID**. I will be suing him, but he needs to get in line, he's very low priority, but we have 3 years to sue, plenty of time! Btw dude 8 years in university? Please bro get a job. As someone studying accounting and finance, I'd think you'd have a better sense of risk management! Oh well, some lessons come free! (Free in the proverbial sense, **it will cost you quite a bit.**) Hope the 15 min of clout from snark was worth it."

57. In other words, the plaintiff used information provided in a DMCA counternotification, to find the identity of the person who sent the counternotification, and then demanded that the person hand over *my* identifying information to avoid litigation. But my identity, or any of the identities of r/h3snark moderators, who did not post the content subject to the DMCA takedown, is not necessary for the plaintiff to protect his IP rights as to u/obrienpotatoes– and u/obrienpotatoes had no information to give plaintiff about our identities. It seems that the plaintiff's real goal here was to fish for the identities of critics.

58. The clip u/obrienpotatoes posted, from a public H3 podcast episode, was roughly three minutes of Ethan and his employee, Dan Swerdlove, explaining that if any of his H3 Podcast fans posted criticism on r/h3snark, they would be permanently banned from contributing to his r/h3h3productions fan community. On September 16th, 2024, in the episode "Ethan Debates Anti-Semitic Sneako Fan - H3 Show #55*"*[51]. Ethan and his employees said the following, which u/obrienpotatoes then posted a clip of to r/h3snark (timestamp 2:43:27 to 2:44:04):

58.1. Employee Nate Curiel: "I don't know what [this user] got banned for."

Producer Dan Swerdlove: "He got banned for being an r/h3snark poster."

Ethan Klein: "He's banned from our subreddit?"

Producer Dan Swerdlove: "Yeah. Whatever he said was probably irrelevant. **If you post a certain amount on r/h3snark, and you make a post on our**

[51] H3 Podcast, "Ethan Debates Anti-Semitic Sneako Fan - H3 Show #55," *YouTube* (16 Sept. 2024), https://www.youtube.com/watch?v=Ch3WcOM4gNs.

**subreddit, you get banned."**

Employee Olivia Lopes: "It says his post was removed by r/h3snark"

Ethan Klein: "Yeah, that's why I'm confused."

Producer Dan Swerdlove: "Because they were probably just sick of hearing him bitch, because that's the most annoying genre of post is 'Oh, I got banned [from r/h3h3productions], I got banned, look at how upsetting this is!' No one cares. Even the snark people don't fucking care."

Ethan Klein: "Wait, hold on, is he saying he got banned from r/h3snark?"

Producer Dan Swerdlove: "No. **He got banned from our subreddit** and he went there to bitch and they said 'we don't care, please go away.'"

59. Due to Reddit's Moderator Code of Conduct Rule 3, "Respect Your Neighbors", we decided to lock u/obrienpotatoes' clip post proactively since it vaguely referenced r/h3h3productions and subreddit bans. We were worried users may encourage targeted commentary about that subreddit and it would result in breaking Reddit's Code of Conduct[52], but we also felt the podcast clip was of interest to the community and shouldn't be removed entirely. We were attempting to moderate in good-faith. The intention behind locking the post was never about piracy or creating a "market substitute" or to steal views from the plaintiff who had clearly stated his intellectual property was open. The clip was just like any other podcast clips shared on r/h3snark, except it was locked by us. Here is this policy we adhered to from Reddit[53] that states "Enabling or encouraging content that showcases when users are banned or actioned in other communities" was against their Moderator Code of Conduct.

60. The complaint admits plaintiff's strategy for DMCA takedowns was targeting locked clip posts, specifically. Where H3Snark moderators occasionally locked posts from further

---

[52] Deleted User, "Mod Update: No Screenshots of Ban Messages," *r/h3snark* (11 Jan. 2024), https://www.reddit.com/r/h3snark/comments/194l1zd/mod_update_no_screenshots_of_ban_messages/.

[53] Reddit, Inc. "Moderator Code of Conduct," *Reddit, Inc.* (5 Jun. 2025), https://redditinc.com/policies/moderator-code-of-conduct.

KRONENBERGER ROSENFELD

commentary for various reasons (none of which were copyright related), the plaintiffs saw an opportunity to manipulate the context and submit barely colorable DMCA claims to build a false record that r/h3snark was a "locus of infringers". Aside from being locked, these clips were no different than the hundreds of other clip posts shared each month. It's clear the plaintiff also saw DMCAs as an opportunity to unmask critics through potential counterclaims.

61. While the plaintiff tries to paint the Subreddit as a pervasive piracy ring in his complaint, this is far from the truth. In this complaint, the plaintiff provides an example where I provided "Yewtube" links on September 8th, 2024, five months before the *Content Nuke - Hasan Piker* was published. The plaintiff misrepresents the purpose and function of Yewtube, owned by Invidious[54], links as piracy websites. This is a false representation of these websites. Yewtube is a legally compliant web service that provides an alternative, privacy-focused way to access YouTube content. It replaces the standard YouTube domain (www.youtube.com) with its own (yewtu.be), to block ads and tracking. It allows a user to watch videos, view channels, and subscribe to them via RSS feed. The YouTube content creator is unable to view the user's private information, but YouTube itself is able to view the user's IP address, and the YouTube content creator still gets credit for views, as long as they satisfy YouTube's standards for view count (i.e., length of video viewed, etc.). The content is pulled from YouTube itself; they are not illegal or pirated copies of content. I did not continue to share or publish yewtube links beyond September 2024, since the Subreddit decided to ban them when Plaintiff's DMCA takedowns started. **It's also worth noting that the singular DMCA takedown Plaintiff issued for a Yewtube link was never honored by Reddit, who likely also did not see this link as piracy** (Compl. ¶34.a.iv). I never provided any Yewtube links in the months afterward, and never shared a Yewtube link for the *Content Nuke* or *Countdown to Doomsday* episode (which are the main works at hand for this unmasking subpoena).

[54] Invidious, "Frequently Asked Questions," *Invidious* (n.d.), https://docs.invidious.io/faq/#table-of-contents.

62. Since the filing of this lawsuit, a letter a former H3Snark moderator wrote to a "YouTube lawyer"[55] was released that shows moderators were actively seeking guidance on how to make the Subreddit as compliant with copyright law as possible**. This email was sent two weeks prior to the publishing of the *Content Nuke – Hasan Piker*.** Here is what the legal YouTuber LUS showed in their video:

External Inbox ×

Summarize this email

Tue, Jan 14, 9:10 AM

to me

Dear Tony,

I hope this message finds you well. My name [redacted] m a moderator of r/h3snark. Our community values dialogue as we strive to ensure that our engagement with copyrighted material remains respectful, legal, and within the boundaries of fair use. However, as you are aware, we have recently been the target of abusive DMCA claims.

While I personally have experience working with legal in content clearance, this situation has pushed my legal knowledge to its limits. I am reaching out to humbly request your insights and guidance on a draft of fair use clipping guidelines. These guidelines are intended to help our members better understand how to share clips responsibly- avoiding potential issues with DMCA claims. We also believe these guidelines could be valuable for other online communities navigating similar challenges.

**Admitting The *Content Nuke - Hasan Piker* Was a Lawsuit "Trap"**

63. The day this lawsuit complaint was filed, the plaintiff published a YouTube video on his h3h3productions channel admitting to carefully planning and premeditating to "trap" his critics into copyright lawsuits with the *Content Nuke - Hasan Piker*, which went on to attract over a million views. **June 19, 2025:** From "I'm Suing These Three Creators" [56]on h3h3productions:

63.1. Ethan: ""I formulated an idea. What if I could make a long form, irresistible piece of content that I knew these streamers couldn't resist? They couldn't avoid

[55] LUS, " 💡 Ethan Klein vs H3Snark Mods | My Honest Advice to H3Snark Too Late 💡 ," *YouTube* (29 Jun. 2025), https://www.youtube.com/watch?v=4gGa4SUJLrM.

[56] h3h3Productions, "I'm Suing These Three Creators," *YouTube* (19 Jun. 2025), https://www.youtube.com/watch?v=3yAiuEyJF-I&t=328s.

the temptation of watching it the second it was published… It's not that I wanted these people to steal my video. It's that I knew they would. I knew they would watch the entire video, add little to no commentary, react to it instantly, giving them no time to form an opinion. **The trap was set**, and it worked even better than I imagined it would." [timestamp 3:48 to 4:25]

63.2.   Ethan: "The Snark subreddit has been a frequent and persistent infringer. That's how **I knew when this video came out the Snarkers were going to encourage, promote and push streamers to commit copyright infringement.** I should thank the Snarkers actually… **because of their predictability,** they acted like double agents for us, **incriminating their favorite streamers** and serving them up on a golden platter. So, thank you, Snark. It's one thing for a subreddit to admit it's engaging in copyright infringement but how do you get the streamers themselves to admit that they're stealing content?" [timestamp 5:17 to 5:47]

63.3.   Ethan: "There's one thing about copyright you should know: **you've got to register it before you publish to be eligible for statutory damages and attorneys' fees**, which is the main biting force of a copyright infringement lawsuit. Well, I'm happy to tell you guys now, I, Ethan Klein, have registered Hassan Piker Content Nuke with the United States Library of Congress. Some of you guys out there sweating?" [timestamp 6:09 - 6:36]

63.4.   Ethan: "**The purpose of this is not financial gain**... I don't want to chill the reaction community into fear. Actually the opposite. Even though theoretically, I could sue a lot more creators and rake in millions…" [timestamp 6:37 to 6:41]

63.5.   Klein closed the video by encouraging viewers to donate to the defendants' legal defense funds so that "there's money left over for me when I win." [timestamp 20:20  to 20:23]

64.   This admission strongly suggests the lawsuit relates to a premeditated strategy to target critics through copyright claims rather than a straightforward desire to stop infringement.

Saying "the trap was set" and "I knew they would react" signals that Ethan expected reactions, yet the plaintiffs never issued DMCA takedowns for any of the streams or posts he is now suing for, and never notified the H3Snark moderators they believed the streamers' content was infringing.

**Ethan Klein's Prolific Threats**

65. In addition to being brazenly obvious about his improper motive to legally go after H3Snark moderators under the pretense of copyright infringement, Ethan Klein publicly threatened, repeatedly, to ruin my life, the life of my family, and to ruin my professional career over having moderated this Subreddit. Ethan has repeatedly stated his intentions to harass me legally with unlimited funds, indefinitely, on his Podcast to an audience of hundreds of thousands of people.

66. I decided to delete my Reddit account, h3snarkmodteam, on February 17th, 2025 once Ethan expanded his threats to my family, my workplace, and schools I'm affiliated with. He shared the following on his Instagram stories[57] on February 17th, 2025, the day I deleted my account: "It won't save you scumbags from what's coming. I can't wait for your family, friends, work and school to know what you've been up to". The threats went viral and were shared across the front page of Reddit, attracting over 10,000 upvotes and 750 comments on the pop culture news subreddit r/fauxmoi (who I was never a moderator for):

[57] u/TimelyHumor1145, "Ethan klien 'champion of free speech' is threatening to dox the user's and moderators of the h3snark subreddit," *r/Fauxmoi* (17 Feb. 2025), https://www.reddit.com/r/Fauxmoi/comments/1is2p5t/ethan_klien_champion_of_free_speech_is/.

KRONENBERGER ROSENFELD



67. The r/Fauxmoi subreddit moderators have also been threatened by the plaintiff[58], which attracted media attention[59]. These threats included issuing subpoenas in civil litigation for

[58] u/rfauxmoi, "Addressing Ethan Klein's Threats Against This Subreddit," *r/Fauxmoi* (17 Feb. 2025), https://www.reddit.com/r/Fauxmoi/comments/1is2w9h/addressing_ethan_kleins_threats_against_this/.

[59] ICYMI, "Ethan Klein's Attack on Fauxmoi," *Slate* (26 Feb. 2025), https://slate.com/podcasts/icymi/2025/02/ethan-klein-vs-fauxmoi-explained.

KRONENBERGER ROSENFELD

users' IP address[60] to unmask the identities of critics.[61] On the H3 podcast episode "Crew Intervention – H3 Show #112" that aired on February 19, 2025, Ethan said the following:

68. "Well, you've also seen the crossover of Hasan's moderators with pages like r/youtubedrama and r/fauxmoi. And these people are also going to be subject to subpoenas." [3:12:47 – 3:12:59]

69. The plaintiff has also threatened to personally go after the CEO of Reddit,[62] Steve Huffman, if criticism subreddits dedicated to the plaintiffs are not removed. In this segment, he lamented that his "lawyer can't do fucking shit" because of Section 230. He explicitly promised to "drag him to fucking hell" and "go through every fucking detail of this dude's life publicly," create snark subreddits dedicated to him, and protest outside of Reddit Headquarters.

70. When I deleted my account, I intended it as a clear signal to Ethan that I had ceased all moderation activity on r/h3snark. A few days after I deleted my account on February 19th, 2025, during the H3 Podcast Crew Intervention – H3 Show #112[63], the Plaintiff delivered the following threat to over 700,000 viewers:

70.1. "Listen, guys, at this point you [r/h3snark moderators] are totally fucked. … There's a subpoena that's going to come. You can't erase your data. We're going to get your IP address and find your information. We have forensic

---

[60] u/rfauxmoi, Reddit Comment, *r/Fauxmoi* (18 Feb. 2025), https://www.reddit.com/r/Fauxmoi/comments/1is2w9h/comment/mde1eos/.

[61] Upton-Clark, Eve, "Why Ethan Klein is feuding with r/Fauxmoi," *Fast Company* (28 Feb. 2025), https://www.fastcompany.com/91287318/ethan-klein-declares-war-on-r-fauxmoi-but-can-a-subreddit-even-be-sued.

[62] u/RomanPeee, "Ethan Klein said he wants to 'dedicate every fucking episode to destroying every executive officer' at reddit and go through every detail of reddit CEO Steve Huffman's life," *r/LeftoversH3* (17 Jul. 2025), https://www.reddit.com/r/LeftoversH3/comments/1m2j97f/ethan_klein_said_he_wants_to_dedicate_every/.

[63] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=hYaLs31KJifRhlw7.

digital investigators. It's all part of a lawsuit that's going to drop in about 3 weeks, that you guys are gonna fucking love. **I cannot wait. I'm so excited, I'm giddy, to share this with you guys.**" [3:06:19 – 3:06:55]

71. The Plaintiff then proceeded to promise limitless financial resources to ruin the r/h3snark moderators' lives:

71.1. "You should be scared if you're one of the people who participated in [r/h3snark moderation] because I will be pursuing civil damages and criminal damages anytime applicable. **I will spend and go to any limit to, legally, and within the scope the law is allowed, annihilate you, for any cost,** because you people are evil, you people are disgusting fucking human beings. You thought you could harass, you thought you could—"

Producer Dan Swerdlove: "You literally just could have watched something else, man."

Ethan: "You could have just changed the channel. Pretty much. And I've never sued anyone, right? This is—I'm happy to say this is my first—uh, this is my first foray and uh into being a suer, and I'm just so excited, guys, to share it with you. And this is going places, you're just going to have to just sit back."

Producer Dan Swerdlove: "There's more layers to this."

Klein: "**For me, this is the second nuke.** People are going to lose their mind when this lawsuit drops. And if you think I'm exaggerating, it's probably even crazier than what I'm saying. Yeah, you people are scum. You have dedicated your lives to harassing me, my loved ones, my crew—who are also my loved ones—and you are disgusting, vile pieces of shit. Um, and it's funny because they're the biggest fans. We know that. And as much as we value your

continued patronage, I'm, you know, blue flames and everything." [3:07:27 – 3:09:12]

72. And, invoking the thriller movie *Taken*, he equated the subpoena process with a personal man-hunt:

72.1. "This is my Taken moment, I will find you. … I have a very specific set of skills. All the people who are clutching their pearls saying they're threatening online moderators for just moderating a subreddit and he's threatening to doxx them, it's not a doxx you dumbass, it's called a subpoena. It's part of every civil lawsuit, it's the most routine thing in the world. And guess what happens when you break the fucking law, when you harass, when you defame. Then, you know, you open yourself up to being subpoena-ed. **Now what happens with that information, I don't know. The unfortunate thing is that court filings are all public, so if their private information shows up there, then I literally can't help it.**" [3:11:32 – 3:12:16]

72.2. Ethan Klein purports to sue us for copyright infringement. But in his own words, the reason he issued these subpoenas is because he believes we harassed and defamed him. *See* Vulić Decl. Ex. 25.

72.3. It's also worth noting that Ethan omitted the last part of this famous quote from the movie *Taken*: "I don't know who you are… but I will find you… and **I will kill you.**"[64]

73. Finally, he celebrated the prospect of destroying my professional and academic future:

73.1. "The [r/h3snark moderators] are professionals, they have serious jobs, they're part of elite educational programs and they all have quite a lot to lose. **If**

[64] GreatestMovieClips, "Taken Phone Speech [HD]," *YouTube* (18 Jun. 2012), https://www.youtube.com/watch?v=jZOywn1qArI.

**there's any justice in the world they will lose everything that they care about and I will be the one who makes them lose those things… through legal means. Through any legal means.**" [3:21:29 – 3:21:56]

74. He continued to revel in the idea of identifying those who have criticized him anonymously by saying:

74.1. "Listen, I'm not doxxing anybody, okay? I'm not doing anything illegal. It's all above the board. These people have done everything in their life to damage me, my reputation, my business, the people I love, the people I work with; **there is no limit that I will do, legally, to destroy their lives proudly and happily. I will do it and I will stand proud on their fucking proverbial grave** - in terms of their career." [3:23:17 - 3:23:50]

75. He further added:

75.1. "I don't feel bad, I will never feel bad. You can cry and moan and talk about how I'm harassing you and I'm trying to doxx you and at the end of the day… guess what? **I just love it. I love it.** You're already fucked, that's the thing. Things are in motion and it's too late." [3:24:35 - 3:25:03]

76. Ethan then celebrated his accomplishment for his, at the time, vague impending litigation and subpoena threats by saying:

76.1. Klein: "I have so much more to say and there's so much funny things about it and we'll talk about it on Friday. I don't want to overstay my welcome on this. but this is a well-deserved, I feel like, **victory lap,** and it's very interesting and fun and I- Fun for me anyway. **If you want to give me 'Ethan's Day' let me talk about snark for a full episode."**

Producer Dan Swerdlove: "Well, maybe in a few weeks when it all is set in motion."

Ethan: "Oh God you guys I cannot wait. Oh my god. Oh . So good." [3:25:15 - 3:25:47]

77. In the H3 Podcast episode "I Can't Handle This Anymore - H3 Show #111",[65] on February 17th, 2025, Ethan said the following on his Podcast from timestamp 3:09:29 - 3:09:47:

77.1 "You know, but we'll get them [the h3 snark moderators], guys. **We'll get them. You know me. I'll ruin my fucking life in the pursuit of getting these people**. I can't wait to show you guys what we're working on."

78. After filing three copyright lawsuits accusing us moderators of contributory infringement for our discussion megathreads, in June 2025, the plaintiff received backlash and criticism from journalists Taylor Lorenz and Kat Tenbarge. Kat Tenbarge wrote an article[66] about how she felt the targeting of these lawsuits was inciting harassment of the named defendants, which infuriated the plaintiff. The moderators of r/h3snark had nothing to do with these journalists or the article. In retaliation, the plaintiff threatened to name us moderators in more additional identical copyright lawsuits aimed at critics that we had listed would be reacting to the *Content Nuke - Hasan Piker* in our megathreads. He suggested, in his Instagram stories, the only way to stop us from being named in more identical copyright infringement litigation, is if we publicly apologized to him on r/h3snark.

---

[65] H3 Podcast, "I Can't Handle This Anymore - H3 Show #111," *YouTube* (17 Feb. 2025), https://www.youtube.com/live/N2W4RJ2tEnY?feature=shared&t=11369 [3:09:29 - 3:09:47].

[66] Tenbarge, Kat, "Ethan Klein's War on Women," *Spitefire News* (23 Jun. 2025), https://spitfirenews.com/p/ethan-klein-lawsuits-kaceytron-frogan-denims.

79. Kat Tenbarge then responded with an article titled "Ethan Klein Doesn't Deserve My Apology"[67]. When we, also, did not issue such an apology, as r/h3snark had never called the plaintiff a misogynist for these lawsuits (r/h3snark was not an active subreddit; we closed in May of 2025), **the plaintiff attempted to extort his former cohost Hasan Piker into donating $75,000** in legal funds for the named defendants in *current* copyright lawsuits in exchange for not filing *additional* copyright lawsuits aimed at another critic who reacted to *Content Nuke - Hasan Piker*. Hasan's video of Ethan's Instagram story is linked in this footnote. [68]

[67] Tenbarge, Kat, "Ethan Klein Doesn't Deserve My Apology," *Spitfire News* (29 Jun. 2025), https://spitfirenews.com/p/ethan-klein-seandablack-lawsuits-kaceytron-denims-frogan-taylor-lorenz.

[68] u/Embarrassed_Head_316, "Ethan Klein threatens Hasan again and makes another extortion offer," *r/Hasan_Piker* (27 Jun. 2025), https://www.reddit.com/r/Hasan_Piker/comments/1lm8a6q/ethan_klein_threatens_hasan_again_and_makes/.

KRONENBERGER ROSENFELD



80. Does and I have noticed that since filing this lawsuit, plaintiffs and others have been editing the public-facing versions of some of their videos, so Does and I have worked to archive as much as we can.

**Grave Chilling Effect**

81. Despite myself and other moderators not yet being unmasked, the plaintiff's goal to chill criticism is already accomplished simply by filing multiple, identical federal copyright lawsuits against us for linking to his video and reaction streamers critical of him on

January 31st, 2025. As a result, the r/h3snark criticism Subreddit has been voluntarily closed indefinitely. I ceased all activity on Reddit and other social media platforms as of February 17th, 2025. I have no intention or desire to engage in public discussions or commentary going forward, choosing instead to remain silent. These lawsuits and legal pressures have had a profound impact and have effectively silenced a community of critics.

82. While I am confident in my own intentions to never cause harm to the plaintiff, I fear the manipulative narratives the plaintiff spins about his critics. He has a long history of attempting to maliciously spin the criticism he gets as a public figure. For example, in an article published in 2018, a former Reputation Management professional claimed they were once asked by the plaintiff[69] to spin the criticism he was getting at the time as antisemitic conspiracy theory. The article alleges:

82.1. "Full Disclosure: I was once contracted by Ethan and Hila's company through my employer as you will find out in this article, and so I have some skin in the game. Some names and other non-critical information might have been changed to protect anonymity but all of the key details remain intact. It really sucks to see people that you idolized make bad decisions. Like many other people, I once trusted h3h3productions as a voice of reason in online entertainment. To quote Ethan himself, "[in 2016] we could do no wrong…"

82.2. I've worked in reputation management and internet marketing for almost a decade, so I was elated when I got the tip from my boss that we might be working with a major YouTube channel, only to find out it was Ethan and Hila Klein. We started out talking to h3h3productions through an intermediary over

[69] Rebins, Joe, "Change of H3H3," *Medium* (23 Nov. 2018), https://medium.com/@hueykendo57/change-of-h3h3-3a8d75d52494.

E-mail in late 2017/early 2018 who wanted to set up Ethan and Hila and any of their staff with our guys in a call. The first meeting between h3h3productions and our team in Jan-Feb 2018 concerned promotion and branding, but as time went on and their podcast continued to get bad press, they pressed for our reputation management services and other stuff the company doesn't advertise on the front page.

82.3. **They asked if we would be able to control the amount of dislikes and likes they got on Reddit, YouTube and other platforms and if we could somehow remove comments or even file DMCA takedowns to remove any content that was critical of their brand, which really rubbed me the wrong way.** It was a great contract, so we pressed on and continued to work as well as we could to their specifications. My day-to-day work mostly consisted of managing extensive networks of sockpuppet accounts for the h3h3 Reddit, Twitter and YouTube channel, which is something that almost every large content producer does, to the surprise of no one.

82.4. Only very recently did Ethan Klein approach my manager directly about new problems he felt his brand was facing. Ethan Klein talked to my manager, Gary, about his concerns pretty candidly, and I was present in the call to take notes while Gary and Ethan worked out details. Ethan told us about a certain video by a guy on YouTube named Gokanaru that he felt was very critical of his channel and his character (https://youtu.be/2t5v5S0UuOg) and posed a serious risk to his brand, and **he asked us what we could do about getting the video taken down, if we could submit a DMCA request, and what other avenues he could pursue.** We told him pretty plainly that the video was likely protected by Fair Use laws, and Ethan immediately flew off the handle and threatened to end

the contract. We ended the meeting there and told him we'd pick it up with him another day.

82.5. The following week, **Ethan got back into a call with Gary, myself and my co-worker, Trent and explained in an exasperated tone that he had the perfect plan and all he needed us to do was act on it. After shouting at me and my boss, Ethan railroaded anything we said and encouraged us to implement a plan to make it look like all of his critics were attacking him from a purely anti-semitic angle, and that the attack on his brand and character was an Alt-Right conspiracy from 4chan.** When we objected to the racial angle, he insulted Gary personally and told us we were 'hacks' and 'losers' before apologizing, throwing a chargeback our way, and ending the contract"

83. This article from 7 years ago is almost identical to the strategy Ethan has employed now, down to the DMCA claims and illustrating his critics as antisemites. Ethan has called other Jewish creators (who disagree with him politically) names like "tokens" within the past year[70] and spun the criticism he receives, or criticism of Zionism and Israel,[71] as antisemitic and hateful.

84. The concerns that Ethan and his fans would retaliate and harm me (as well as my family) is not a dramatization or paranoia; it's rooted in a proven pattern of the plaintiff's behavior. Ethan Klein recently had to publicly apologize to Hollywood producer Ryan Kavanagh after losing a defamation case where Ethan stated and admitted to the following about inciting his fans to harass Ryan and his family. The following is from **July 11, 2025 in the**

[70] H3 Podcast, "Bhad Bhabie vs Alabama Barker Is Very Funny - H3 Show #122," *YouTube* (14 Mar. 2025), https://www.youtube.com/live/EeX_a0csMco?t=10455s.

[71] H3 Podcast, "Talking To Sam Seder - H3 Show #142," *YouTube* (30 Apr. 2025), https://www.youtube.com/live/YON4fx_vUZU?feature=shared&t=4963.

**H3 Podcast episode** "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165":[72]

84.1. Ethan: "I want to offer my sincere and unreserved apology. At the time I was led to believe you were behind a particular copyright lawsuit. Acting on that belief, **I went on and attacked you publicly and persistently.** In doing so, I failed to consider the personal impact of my actions and **I lost sight of the basic respect every person deserves regardless of any dispute**. [3:22:06 - 3:22:54]

84.2. Ethan: "I also understand that as a result, **your Wikipedia page has been significantly altered to reflect you in a negative light and I apologize for any involvement I had in that.** I apologize for ever **making statements that led anyone to believe you were involved in unethical or bad business dealings.** And I now know that any of those things **I may have spread were not true.** I deeply regret ever elevating or emphasizing that false narrative. And it was wrong of me and I apologize **because of the attention I placed on you."** [3:22:54 - 3:23:40]

84.3. Ethan: "I know that **you and your family became the target of harassment and hate** and truly none of them deserved any of that. The hurt that you know was **caused by my actions is something I take full responsibility for and I am truly sorry for that**. I also understand the harm that the **negative social media and Wikipedia edits have placed on you and your business.** And again, I apologize for my involvement I had in and that and I hope that any

[72] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?feature=shared&t=12126.

such issues can be retracted right and that you do not have to endure any further issues as a result of those actions truly we have since come to peace and I'm thankful for the opportunity to move forward you know with this apology and with full respect I ask that **anybody who may have been acting on my behalf directly or indirectly. Stop immediately.** Ryan and his family and his associates should be left alone now for good." [3:23:40 - 3:24:40]

85. Kavanaugh's lawyer also made the following statements[73] about the lawsuit:

85.1. "In this case, **Ethan Klein used his large fan base to recklessly and knowingly spread malicious lies about my client Ryan Kavanaugh**, harming him immeasurably. Klein has tried, unsuccessfully, to dodge responsibility at every turn. But Mr. Kavanaugh is willing to take this all the way, to set the record straight and hold Klein accountable for spreading malicious lies. The appellate court's decision sends a powerful message to those who think the California anti-SLAPP creates a zone where people can lie and hurt others with impunity. Hopefully this ruling can help others who are being wrongfully targeted and whose lives are being upended by those who act irresponsibly without regard for the harm they cause to others."

86. Part of Ethan's attacks against Ryan Kavanagh in 2021 and 2022 included direction of his fans to bombard his businesses with fake negative reviews, alter and edit his Wikipedia with false and defamatory statements, and to create websites harassing him by comparing his appearance to alleged rapist Harvey Weinstein. I am thoroughly certain the plaintiff

---

[73] ACCESS Newswire, "Ryan Kavanaugh Defeats Ethan Klein," *CBS42* (6 Apr. 2025), https://www.cbs42.com/business/press-releases/accesswire/1011391/ryan-kavanaugh-defeats-ethan-klein/.

will encourage or ensure the same intensity of online harassment, defamatory statements, and limitless retaliation towards me, and my family, if I am unmasked.

87. My fears are not unjustified. The plaintiff's fans have caused perceived enemies of Ethan Klein legitimate harm just in this past year. One of his fans called ICE on an international YouTuber,[74] H3 critic Adam McIntyre, in an attempt to have him deported. The plaintiff's fans also attempted to get critic, Mika's Rhetoric, to quit YouTube[75] for making a video critical of the plaintiff[76] and citing our subreddit[77]. In the episode "Responding To The Haters That Waited For Me To Go On Break - H3 Show #96", reacting to Mika's video, their employee said, "I always love to put a face to the snarkers" [timestamp 2:57:42 - 2:57:55].

[74] u/joyygi, "Adam: 'the person who reported me to ice being a main member of the h3 reddit,'" *r/LeftoversH3* (7 Jul. 2025), https://www.reddit.com/r/LeftoversH3/comments/1ltpcbg/adam_the_person_who_reported_me_to_ice_being_a/.

[75] u/InformationSlow9435, "Mika's Rhetoric speaks on her experience with the Foot Fungi, & why she's hesitant to cover Ethan Klein because of her public-facing IRL job.," *r/h3snark* (14 Dec. 2024), https://www.reddit.com/r/h3snark/comments/1heiqjp/mikas_rhetoric_speaks_on_her_experience_with_the/.

[76] Mika's Rhetoric, "A Nuanced Conversation on H3 and Public Perception," *YouTube* (11 Dec. 2024), https://www.youtube.com/watch?v=9M64CmZfHwo.

[77] Deleted User, "Ethan and AB use Mika to subtly mock her looks and what they assume to be h3 Snarkers' looks as well," *r/h3snark* (7 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1hvqals/ethan_and_ab_use_mika_to_subtly_mock_her_looks/.

KRONENBERGER ROSENFELD

88. Ethan has also pulled up photos of the family[78] of someone who criticized Hila's tattoo on Instagram, on air. This person later alleged that Ethan's fans sent his 16-year-old sister rape threats[79] and revenge porn of him was posted to r/h3h3productions[80].

89. Ethan has also threatened to sue YouTuber Noah Samsen for defamation for critiquing his political views on H3 Podcast episode "Noah Samsen, Retract or Lawyer Up – H3 Show #130[81]". While making these threats, they had an ex-partner of Noah's call into the H3 Podcast to discuss her sexual experiences[82] with him.

90. Ethan also discovered the identity of an anonymous fan-turned-critic on YouTube[83], who once published "fan" content of the plaintiff but now publishes "fan" content of Hasan

---

[78] Deleted User, "Ethan Klein pulls up a haters Instagram live on air and starts looking through his family/friends pictures while seemingly insinuating his fans should go send hate to him, his mom, his friends, and his employer, then later on a b*mb threat was allegedly called into the school his mom works at," *r/Fauxmoi* (1 Mar. 2025), https://www.reddit.com/r/Fauxmoi/comments/1j0wlh1/ethan_klein_pulls_up_a_haters_instagram_live_on/.

[79] u/Novel_Top9276, "Reminder! Ethan doxxed a random person which led to his family getting death threats including his younger sister who is a minor getting rape threats and the h3 sub sharing revenge porn of him.," *r/LeftoversH3* (3 Jul. 2025), https://www.reddit.com/r/LeftoversH3/comments/1lqvogz/reminder_ethan_doxxed_a_random_person_which_led/.

[80] u/MilleniumTHC, "Foot Fungi defames and leaks revenge porn on Joe who was formerly doxxed and harassed by ethan," *r/LeftoversH3* (21 Mar. 2025), https://www.reddit.com/r/LeftoversH3/comments/1jgw60a/foot_fungi_defames_and_leaks_revenge_porn_on_joe/.

[81] H3 Podcast, "Noah Samsen, Retract Or Lawyer Up - H3 Show #130," *YouTube* (2 Apr. 2025), https://www.youtube.com/watch?v=H3ToWhPj4JE .

[82] Deleted User, "Ethan Klein says he's suing YouTuber Noah Samsen for defamation, then the very next podcast episode him and his producer Dan Swerdlove falsely accused Noah of rape allegations with zero evidence, only to be proven wrong by Noah's ex partner who called into the show," *r/Fauxmoi* (29 Mar. 2025), https://www.reddit.com/r/Fauxmoi/comments/1jmpvta/ethan_klein_says_hes_suing_youtuber_noah_samsen/.

[83] @eb_basement, "Ethan Klein sent me a doxxing threat for a thumbnail I've made, accusing me of lying when the thumbnail just shows an ig story he wrote himself. I did not respond so he later sent me a new threatening email showing he has my personal information which I have never shared online," *Twitter/X* (20 Jun. 2025), https://x.com/eb_basement/status/1936088757087699263?s=46.

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 274 of 582

Piker, and vaguely threatened them over the thumbnail image of his video critical[84] of Ethan's Instagram Stories. Here is the fan-turned-critic's X post:

EB @eb_basement · 9h
Ethan Klein sent me a doxxing threat for a thumbnail I've made, accusing me of lying when the thumbnail just shows an ig story he wrote himself. I did not respond so he later sent me a new threatening email showing he has my personal information which I have never shared online
u need to change that thumbnail asap
Ethan Klein
Ethan Klein
have you made a decision here?
Reply
Forward
MY THUMBNAIL :
IG STORY ETHAN WROTE AND
WHERE IS THE LIE ETHAN ?
40
70
679
19K

Here is the email Ethan sent them:

---

[84] HasAnimated, "Hasan goes off on Ethan Klein and his disgusting comment | Hasanimated," *YouTube* (6 Jun. 2025), https://www.youtube.com/watch?v=uapo3WkVVfQ.

Case No. 3:25-mc-80296 49 DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS

KRONENBERGER ROSENFELD

App. p. 274



You need to change that thumbnail asap Inbox ×

Ethan Klein
We both know the part you highlighted is intentionally misleading. You can criticize me, but don't lie. I want to be polite and give you the chance to fix it.

Ethan Klein
to me
PERSONAL INFORMATION have you made a decision here?

Reply Forward

Creator "Ethan's Basement" also alleged that other smaller YouTubers were getting similar threats[85] from Ethan himself:

91. After filing these lawsuits, the plaintiff has consistently made YouTube podcast content out of this copyright lawsuit and the other two lawsuits he filed with identical complaints against r/h3snark. One recent example was, within 20 minutes of this subpoena being approved by Central District of California Judge Wesley Hsu and posted to PACER, Ethan

[85] @eb_basement, "I've been told I'm not the only small creator receiving these kind of emails," *Twitter/X* (20 Jun. 2025), https://x.com/eb_basement/status/1936106440445358081?s=46.

KRONENBERGER ROSENFELD

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 276 of 582

immediately titled his podcast that day to "Our Subpoena was APPROVED! (For Reddit & Discord mod's identity) - H3 Show #174[86]" where he holds up the court order, with a smile, wearing a literal fishing hat. The video received 650,000 views.

3:44:51
Our Subpoena was APPROVED! (For Reddit & Discord mod's identity) - H3 Show #174
653K views • Streamed 1 month ago

92. Ethan also published the following to his H3 Podcast Highlights YouTube Channel:

r/h3snark
HIRED LAWYE
12:55
Our Snark Lawyered Up To Fight Me In Court
41K views • 1 month ago

SNARK
EXPOSED
9:37
Big Denims, Frogan & Kaceytron Lawsuit Updates
70K views • 1 month ago

86 H3 Podcast, "Our Subpoena was APPROVED! (For Reddit & Discord mod's identity) - H3 Show #174," *YouTube* (1 Aug. 2025), https://www.youtube.com/watch?v=cE28l1KCDNQ.

Case No. 3:25-mc-80296
51
DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS
App. p. 276

93. The online spectacle to unmask and target us has become a widely followed circus among legal YouTubers, politically conservative internet personalities, and communities critical of Hasan Piker. Creators "Uncivil Law", "Legal Mindset", "Runkle Of The Bailey" and "LUS" have all made countless videos following the lawsuit announcement. Here are some examples of thumbnails from Legal YouTuber LUS[87], where he discusses us, specifically, since these lawsuits were filed:

94. After announcing these lawsuits, on June 26th 2025, Ethan reposted a clip from Runkle Of The Bailey who was covering the lawsuit filings[88]. Ethan edited a photo of himself laughing, with mocking music, on top of the clip when the commentator said that these

---

[87] LUS, "LUS YouTube Channel Homepage," *YouTube* (n.d.), https://www.youtube.com/@lus/videos.

[88] Runkle Of The Bailey, "Ethan Klein (of H3H3) Sues Over "Lazy Reaction" Videos -- And Some Folks Should Be Scared," *YouTube* (25 Jun. 2025), https://www.youtube.com/watch?v=x_1bFSkbeyo.

KRONENBERGER ROSENFELD

lawsuits were worse for us, financially, than the named defendants, since we are named identically in all three. *See* Vulić Decl. Ex. 35. The clip transcript read as follows:

94.1. Legal YouTuber: "So there's a big list where they have pinned posts entitled 'Content Nuke Where to Watch and Discussion' and so the issue here is they are inducing copyright infringement. Now, in a lot of ways, it's actually worse to be one of the H3 snark mods right now than the actual named people, because the h3 snark mods are just named as does right now, and the reason why is because each of these Reddit moderators have actually been named in three lawsuits, whereas the Twitch streamers are only named in one. So, this could get really expensive for these mods. I do not want to be one of these mods right now and I'm very glad that I'm not one of these mods!"

94.2. In this Instagram Story, Ethan wrote a caption over this clip that read "When you spend all of your free time terrorizing a family instead of literally anything else: Amnesty is still available!" This caption further shows that these lawsuits are not about copyright at all – these lawsuits are about punishing his critics, whom he either honestly believes are harassing his family, or is using that narrative to increase backlash against H3Snark moderators and incite his H3 fanbase. To be clear, I have never defamed or harassed Ethan or his family. His requests for us moderators to contact him for "amnesty" also demonstrate that these lawsuits are not to remediate or protect his rights, but rather to use the threat of federal lawsuits and subpoenas as leverage to force us to contact him directly.

95. I initially considered not writing this statement at all, knowing it will be exploited by Ethan Klein, his commentary circle, and legal YouTubers to create content. They will use this declaration as material to further profit and deepen the chilling effect on those who

wish to speak out critically and anonymously against a controversial public figure. The plaintiffs will continue to convert this lawsuit into sensationalized courtroom drama for viewership, undeterred by legal expenses. These lawsuits provide a direct stream of revenue for the plaintiffs, allowing them to repeatedly monetize conflict with critics through fan-war YouTube content.

96. For this reason, I am not including more personal testimony about my experience. Ethan has also made it clear that he will not keep anything confidential between our legal counsel, since he has already shown an inability to keep confidential settlement communications about these lawsuits private. The following screenshot is from Ethan's Instagram Stories on September 14th, 2025, in response to a settlement offer from another Defendant also being sued for reacting critically to the *Content Nuke – Hasan Piker*:



97. Despite r/h3snark being defunct, I foresee the internet continuing to criticize Ethan Klein. A few weeks ago, Ethan's old Reddit account[89], from when he was 28 years old, with the username "pedo_troll" (pedo is short for pedophile) was discovered. Ethan confirmed on his social media[90] that this account was his, and he stated he had no regrets about what he posted. On this account, he made several pedophilic statements about being sexually attracted to his nephew, joking about hitting his two-year-old in the face with his penis, and struggling to contain himself from wanting to inappropriately "touch little boys". Other comments included jokes about masturbating with his own feces. Since this information came out, many critics online have spoken about it, and the plaintiffs have done their best to get criticism removed. Here is an example of a TikTok creator[91] who the plaintiffs have tried to silence.

98. Since the filing of this lawsuit, I've felt deep frustration with needing to protect my First Amendment rights over such a clear abuse of the copyright system and subpoena process. Many of my fellow moderators have endured a deep psychological impact and fear of retaliation, to the point that Reddit admins offered us free subscriptions to privacy software that would help remove our PII from the internet in the case we are doxxed and harassed by the outcome of these lawsuits. If this court allows Plaintiff's subpoenas to go forward, I

---

[89] u/BolsonaroPresoAmanha, "WORST posts from Ethan's old Reddit account "pedo_troll" (trigger warning: pedophilia, poop eating, zionism and more)," *r/LeftoversH3* (27 Aug. 2025), https://www.reddit.com/r/LeftoversH3/comments/1n1y794/worst_posts_from_ethans_old_reddit_account_pedo/.

[90] u/committed_to_gr8ness, "Ethan Klein's old reddit account was recently leaked, to which posts were found of Ethan comparing Palestinian people to underdeveloped monkeys, making extremely disturbing comments about sexualizing children, and much more," *r/Fauxmoi* (28 Aug. 2025), https://www.reddit.com/r/Fauxmoi/comments/1n2j9x9/ethan_kleins_old_reddit_account_was_recently/.

[91] u/Ok_Strawberry_1782, "Ethan is trying to get my TikTok( and others) completed deleted - Shagisabadword here!," *r/LeftoversH3* (16 Sept. 2025), https://www.reddit.com/r/LeftoversH3/s/5N7UBquRel.

fear it will only embolden Plaintiff to file further, in my mind, baseless, lawsuits, based merely on speculation and unfounded theories of conspiracy. Ethan Klein has already threatened to do so against u/obrienpotatoes and many other critics.

98.1. If unmasked in this lawsuit, I will undoubtedly be named as a defendant in the other two lawsuits, which are in two different states, forcing me to hire multiple attorneys licensed in these different states to defend myself. In addition to my fears of my and my family's safety, this is a financial burden that would ruin me--but of course, that's what the plaintiff wants.

99. While I also share deep concerns about my safety if unmasked, I am far more concerned about how my family and friends will be impacted and potentially harassed online, should my unmasking lead to misrepresentations of my character and impact the reputation of my family. While I'm confident that any criticism I published was protected free speech, should the legal system fail me and my right to anonymity not be protected, I worry deeply how this will impact the people I love most. Ethan has stated very clearly that he wants to ruin my life, harm my family, and destroy anything that matters to me including my career, and my fears take him at his word because he has very passionately and explicitly promised to do so.

100. At a time where fear and retaliation amongst political commentary is at a high since the recent gruesome assassination of Charles James Kirk, unmasking us over critical discussion of a controversial political commentator would be deeply threatening to the First Amendment and right to anonymous free speech online, as well as a threat to our safety.

101. If our motion to quash is denied, I fear Plaintiff's strategy for unmasking critics will inevitably invite the wealthy to relentlessly target and harass private anonymous individuals with barely-there copyright inducement accusations over sharing links directly

to their content or reaction content critical of them on YouTube and Twitch. It will open the floodgates as a viable strategy to unmask anybody who fosters critical conversations about public figures. It will completely transform and irreversibly chill the digital landscape and internet as a whole for anonymous commentary of public figures, as they will now have this as a tool to weaponize painfully thin copyright infringement allegations to unmask and harm private citizens who challenge, criticize, and link to their content lawfully.

102. Some of the accounts the plaintiff is subpoenaing identifying information for were never even moderators on r/h3snark at all. The broad request for unrelated user accounts strongly suggests the plaintiff is fishing for critics' identities rather than seeking to resolve a copyright dispute. This overbroad subpoena is further evidence of abuse of the subpoena process.

103. Denial of this motion to quash will also chill the volunteer content moderation space, creating fear that if a moderator links to lawful platforms (Twitch and YouTube) that contain reaction content, they are at risk of being unmasked with a contributory copyright lawsuit (should someone powerful have the means to pursue and attempt it), and they might not have the financial means to fight to quash an unmasking subpoena.

104. I believe there is a good chance the Central District of California Judge will find that fair use was found in Denims' reaction and, if so, I will have been unmasked and harmed unnecessarily. The plaintiff can continue to pursue the named defendant, who chose to very publicly react to and stream his content in full (and is responsible for her own statements and intentions) if he genuinely wants to pursue damages. There is no true need to unmask anonymous critics over discussion megathreads that did not directly reproduce the copyrighted material and, in my case, linked directly to and promoted the true source video owned by TEI as soon as it was available.

105. Furthermore, I have the following to declare explicitly:

105.1. I did not work with anyone to spread hate or misinformation about Ethan, Hila, or H3, whether in the H3Snark Subreddit, any other subreddit, or anywhere else.

105.2. I have no connection with anyone at Reddit.

105.3. I did not report Ethan or Hila to the LA County Department of Child and Family Services, nor do I have any knowledge of that purported incident, other than what H3 itself broadcasts or publishes.

105.4. I was not involved in any way with human remains being delivered to Ethan and Hila's house.

105.5. I am not conspiring and have never conspired with anyone to cause damage to Ethan, Hila, or H3.

106. I respectfully ask the Judge to please consider (1) my First Amendment rights to free speech (2) a determination of no contributory liability or fair use regarding these Reddit posts, and especially, (3) consider the grave chilling effect risk involved in unmasking and the very likely personal and lasting harm each of us Does will suffer if we are unmasked. I believe the *Highfields* standard would protect me in each case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: September 22, 2025

By: s/ unnamed Doe, H3SNARKMODTEAM
Unnamed Doe, H3SNARKMODTEAM

**DECLARATION OF DOE**

I, Doe 3, do hereby declare:

107. I am a Doe Defendant in the lawsuit *Ted Entertainment, Inc. v. Saber (Denims)*, pending in the United States District Court for the Central District of California, Case No. 2:25-cv-05564-WLH-PD, and am or was a moderator of the H3Snark Subreddit during the relevant time period, i.e., January 30 or 31, 2025, the dates of the so-called "Inducement Posts"; or, my identifying information is being sought through Plaintiff's Subpoenas to Reddit and/or Discord. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could and would do so competently.

108. As explained below, I was a member of the H3Snark Subreddit, and eventually became a moderator. I created the First Megathread, Compl. Ex. G. However, I did not watch Denims' stream (or *Nuke*). In creating the First Megathread, I intended to support a fair use of *Nuke*. I am deeply afraid of retaliation against me if this Court allows me to be unmasked in connection with the lawsuit.

**The Information War: Plaintiff Misrepresents My Actions and My Intent**

109. The Complaint cites 3 comments and 1 megathread post (Compl.¶¶ 32, 44a) to misrepresent my conduct on r/h3snark and to wrongfully depict me as some sort of prolific infringer of TEI copyright. As I demonstrate throughout my declaration, my comments and post served lawful and legitimate purposes, consistent with community discussion and moderation. I did not commit copyright infringement, nor did I "induce" or contribute to any infringement of TEI content, including *Countdown to Doomsday* or *Content Nuke - Hasan Piker*.

110. Contrary to the allegation that I was "anointed as one of the H3Snark mods" for my "efforts" to "induc[e] copyright infringement of TEI content" (Compl.¶ 32), I was invited to help moderate the subreddit sometime in May or June 2024 because I was an active participant

in the community's live chat. My familiarity with the tone, rules, and regular users in the space, as well as my good standing as a subreddit user, allowed me to start moderating immediately and with minimal training or guidance. Granting me those privileges let more senior moderators focus on enforcing subreddit rules in posts and comments, assessing and manually approving user contributions, and strategizing on how best to maintain community transparency during a time of unprecedented growth. My moderator privileges were expanded in late August 2024, since numerous controversies on the H3 Podcast continuously drove users to the subreddit, overwhelming the smaller moderation team. For example, around this time, r/h3snark experienced an influx of users after Ethan and Hila Klein were caught berating their employee, Abdullah "AB" Ayad, after their live broadcasting kill switch, known as "the Button," failed to cut out the episode's audio feed. ("The Button" is a device that H3 used to cut the podcast's live feed at times when the show decided not to broadcast specific events which occurred live.) Due to the segment being retroactively cut from the live broadcast and the rampant censorship on the official H3 subreddit, r/h3h3productions, the video segment archived on r/h3snark resulted in a massive rise in traffic. My promotion as a moderator coincided with community growth; it had absolutely nothing to do with purported copyright infringement.

111. As a former live chat participant and moderator, I can adequately address and correct the allegations put forward in Compl. ¶¶ 29-31 as well. While neither the Plaintiff nor I can possibly know or speak to the individual feelings of every individual user in the subreddit's live chat, I can state that my conversations with community members rarely, if ever, led me to believe that there was a shared sense of hatred toward the Kleins or anyone associated with the H3 Podcast. The live chat welcomed former or "fallen" fans, fans who had been banned from official H3-controlled spaces, and members of r/h3snark. Below is a screenshot, taken August 28, 2025, of me responding to a new live chat user

(u/Agreeable_Coyote_114) asking about r/h3snark as a community, in which I share my personal feelings on the H3 Podcast as a whole.

sarahornejewetts 1:03 PM
@Agreeable_Coyote_114 Welcome! There are nearly 17K people in our sub -- many of which are fans or in the process of letting go of everything h3 (including our sub) all together -- so asking for consensus on anything is pretty much impossible, haha.

speaking only for myself, I am more so disappointed in all of them to varying degrees, though I am most disappointed in Ethan and Hila. I'm an equal opportunity snarker, but I don't hate any of them really. Idk that I like her per se, but I do want the best for Olivia. I feel like the show and the fans (and some snarkers, I'll be real) are really hard on her and I don't think it's fair lmao

8

112. The Plaintiff alleges that moderators "would spam the [live] chat with YewTube links," which they claim is "a website that provides unauthorized access to YouTube videos and publicly performs them," thus constituting "copyright infringement" (Compl.¶ 30). Plaintiff continues, claiming that moderators "concealed the evidence of their copyright infringement by deleting the live chat logs" after each livestream (Compl.¶ 30). Here, the Plaintiff makes inaccurate and untrue statements both about the nature and legality of "YewTube" and the reasoning for deleting live chat logs.

113. First, Yewtube is a web-based service or "instance" offered by Invidious, a free, open-source, and privacy-oriented alternative frontend for accessing YouTube content.[92] Instead

[92] Hanna, "Google Threatens to Kill Open Source YouTube Front-End Invidious for Letting You Watch Videos without Tracking or Ads," *Tuta* (19 Jun. 2023), https://tuta.com/blog/google-youtube-invidious-privacy-alternative. This article describes how Google/YouTube threatened Invidious/YewTube because of alleged violations of YouTube's API policies and alleged harm to Google/YouTube's business model regarding Google's ability to display targeted ads;

KRONENBERGER ROSENFELD

of using the standard YouTube domain (www.youtube.com), it uses its own instance domain (yewtu.be) to block intrusive advertisements and tracking.[93] Through this service, users can watch videos, browse channels, and subscribe via RSS feeds, all without being tracked by YouTube. The content itself is sourced directly from YouTube, not from unlawful or pirated copies.[94] Yewtube shares minimal, but critical user data with YouTube like IP addresses, watch time, and user viewing patterns;[95] views on Yewtube, should they meet the necessary requirements set forth by YouTube itself, can and are registered as views on YouTube videos. YewTube is a lawful website and to my knowledge, does not constitute copyright infringement whatsoever.

114. Second, the moderators deleted the live chat logs at the end of each livestream and community gathering in an effort to protect user privacy and safety. As the H3 Podcast grew increasingly repetitive, myopic, and boring, as commonly stated in r/h3snark users' opinions, r/h3snark users began to use the live chat as a place to gather and discuss other topics, such as gardening, cooking, painting, fashion, local events, history, politics, and so on. People shared photos of their pets, kitchens, artistic works, vacation views – all of which, in conjunction with a user's post and comment history on Reddit, could potentially be used to identify, dox, and harass r/h3snark participants. The screenshots included in the Complaint prove that r/h3snark moderators were, in fact, correct to worry that users were being voyeuristically surveilled at Ethan's behest. The moderators deleted these chats out of

---

Invidious/YewTube denies any harm. I have found no documentation that Google ever sued Invidious for its practices, and to my knowledge, no rightsholder has ever sued Invidious for copyright infringement.

[93] Brinkman, Martin, "Google is threatening privacy-friendly YouTube frontend Invidious," *gHacks* (11 Jun. 2023), https://www.ghacks.net/2023/06/10/google-is-threating-privacy-friendly-youtube-frontend-invidious/.

[94] Roscoe, Jules, "YouTube Tells Open-Source Privacy Software 'Invidious' to Shut Down." *VICE* (15 Jun. 2023), https://www.vice.com/en/article/youtube-tells-open-source-privacy-software-invidious-to-shut-down/.

[95] Invidious, "Frequently Asked Questions - What data is shared with YouTube?," *Invidious*, n.d., https://docs.invidious.io/faq/#q-what-data-is-shared-with-youtube.

an abundance of caution and in an effort to protect users' identities; it had absolutely nothing to do with copyright infringement because, in the moderators' understanding, Yewtube does not illegally copy, pirate, or redistribute YouTube content.

115. Because it is my understanding that YewTube does not constitute copyright infringement, the 3 comments cited by the Plaintiff in their depiction of me as a prolific copyright infringer, one of which merely mentions YewTube and does not link to it, also do not constitute any form of infringement. Moreover, the 3 comments selectively chosen in the Plaintiff's mischaracterization of my conduct on r/h3snark are all from August 2024 – a full five months prior to either *Countdown to Doomsday*'s livestream or *Content Nuke - Hasan Piker*. In addition to my comments not constituting copyright infringement in any way, these 3 comments are wholly unrelated and irrelevant to the works at issue in the Complaint.

116. The Plaintiff states they filed a DMCA takedown against my August 28, 2024 comment containing a YewTube link to *Content Court: Jack Coherty - H3 Show #48* and that "Reddit honored the 8/30/24 Takedown" on September 9, 2024 (Compl. ¶ 34b). To the best of my recollection, I never received any notice indicating that my comment had been removed for violating Reddit's sitewide rules or any copyright laws. A screenshot taken on September 10, 2024 shows that Reddit's Legal Operations team removed the post titled, "MEGATHREAD: The H3 Show - August 28 2024" "in response to a copyright notice," but did not remove my comment. While the entirety of the moderation team was perplexed by this removal, I never once considered it could have been as a result of my comment. In fact, I strongly suspected the DMCA was filed censoriously, since the Button failure and subsequent berating of Ayad by Ethan and Hila occurred during *Content Court: Jack Doherty - H3 Show #48*. Neither I nor any other moderator had any reason to believe and no ability to know that the DMCA takedown was meant for my comment. This further explains why I do not recall receiving any official removal notice from Reddit – nothing I posted was

removed, presumably because YewTube does not constitute copyright infringement. Indeed, r/h3snark moderators did not receive any DMCA takedown notices, and would not have received takedown notices for users' comments; takedown notices instead were sent to the user directly.

117. The removal of the August 28, 2024 megathread caused immense confusion for the moderators because the removed content, as in the case of all episode-specific discussion megathreads on r/h3snark, linked directly to TEI's official H3 Podcast YouTube channel homepage. A screenshot taken September 10, 2024 shows this was an automated function that actively promoted TEI's platform for every scheduled episode of the H3 Podcast during r/h3snark's duration. As far as the r/h3snark moderators knew at the time, an Automoderator post linking directly to TEI's platform had been removed by Reddit Legal

Operations in response to a copyright notice. This very confusing and, as far as we knew, improper removal prompted the r/h3snark moderators to consider how else the DMCA may be weaponized to have the subreddit banned, likely for censorious purposes. This ultimately led to the creation of a rule banning alternate viewing sites, since many moderators suspected posts and comments containing these links could be targeted next.

118. In September 2024, I stepped back from moderating r/h3snark and deleted my Reddit account due to personal reasons unrelated to the removal of the August 28, 2024 megathread. I returned to Reddit and as an r/h3snark moderator on October 25, 2025. I did not and have never submitted any DMCA counternotice regarding my August 28, 2024 comment, the post in which it appeared, or any other material removed from the subreddit. At the time the counternotice was filed, I was inactive on Reddit both as a user and as an r/h3snark moderator. Subreddit moderator tools confirm that my comment was removed not for copyright reasons, but by r/h3snark moderators after the adoption of a new community rule prohibiting the promotion of alternate-viewing sites. This rule was instated due to growing concern that the Plaintiff would submit DMCA takedown notices in an effort to have r/h3snark banned and to silence critics of the H3 Podcast. Below is a true and accurate screenshot showing my comment was removed by an r/h3snark moderator and not Reddit

KRONENBERGER ROSENFELD

Legal.



119. Following my October 25, 2024 return to the Subreddit, I fully complied with the alternate-viewing site rule and consistently enforced it. The Plaintiff's attempt to reframe ordinary moderation decisions and periods of user inactivity as actionable misconduct is factually baseless and appears to stretch copyright liability into areas of protected online speech and community moderation.

120. Plaintiff relies on my January 30, 2025 discussion megathread (Plaintiff's Exhibit G) as evidence of alleged "inducement." Plaintiff's allegations are factually inaccurate, and do not show the moderators had any knowledge of actual infringement. (Compl.¶ 44a). Moreover, Plaintiff's claim that r/h3snark moderators "deleted" the alleged "Inducement Posts" "[a]t some point after January 31, 2025" is patently false (Compl.¶ 44d). My discussion megathread is readily available on r/h3snark to this day and has not been edited or altered in

any way since the final "EDIT" amendment on January 30, 2025.[96]

121. The Plaintiff states that the January 30, 2025 discussion megathread I published was posted "the day before the *Countdown Episode* and *The Nuke* were released" (Compl.¶ 44a), i.e., at a time when no one could have possibly known whether any of the streamers whose channels were linked in the discussion megathread would, *in the future*, infringe on Plaintiff's copyrights. I published the discussion megathread roughly **20 hours and 33 minutes before the *Countdown to Doomsday* livestream** started and about **21 hours and 37 minutes before the release of *Content Nuke - Hasan Piker***. As such, it is not possible for there to be a causal link between the post and any alleged infringement. To claim "inducement" based on a discussion post published before the works at issue existed is chronologically impossible.

122. The post, published at approximately 4:03 PM and later revised, was one of r/h3snark's routine discussion megathreads, designed to consolidate community discourse and prevent duplicate submissions from overwhelming the moderation queue. Megathreads are a standard moderation tool to aggregate community discourse on a specific subject or event into a single, organized discussion thread. As I explain in greater detail below, my post shows that r/h3snark's use of megathreads was a deliberate, good-faith moderation practice designed to maintain order, reduce redundancy, and organize discussion, directly contradicting the Plaintiff's nefarious portrayal of my January 30, 2025 as facilitating infringement or improper activity.

123. The Plaintiff also misrepresents the decision to "pin" the megathread to the subreddit's Community Highlights section, insinuating it was done to induce infringement (Compl.

[96] Deleted User (u/jewettornesarah), "MEGATHREAD | Content Nuke - Where to Watch & Discussion," *r/h3snark* (30 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1ie1ky8/megathread_content_nuke_where_to_watch_discussion/.

44a). In reality, pinning is another routine moderation practice to make topic-specific threads accessible and visible, particularly during high-traffic events, so that moderators can more effectively enforce community rules and reduce duplicate content. By drawing user attention to a designated space for topic-specific discussion, a pinned post substantially reduces the number of unique user submissions and, therefore, grants moderators adequate time to carefully review and thoughtfully discuss contributions while approving other contributions in a more timely manner. It is an effective, pro-active measure to help manage posts and comments requiring manual moderator approval; and that the moderators pinned this post was not done to encourage or facilitate unlawful copying or infringement.

124. As Plaintiff acknowledges, "[t]hroughout January 2025, Ethan built up public interest in The Nuke by frequently discussing it on *The H3 Show*" (Compl.¶ 43). This promotion fueled widespread speculation across the Internet about the video's contents and potential repercussions for both the H3 Podcast and Hasan Piker's Twitch channel. Numerous content creators and streamers publicly discussed whether they would react to the video upon release, including Denims, underscoring that the discourse was broad and decentralized. A parallel trend appeared on r/h3snark following Ethan's December 16, 2024 announcement. Contrary to Plaintiff's allegation that the subreddit "anticipat[ed] *The Nuke* with religious fervor" (Compl.¶ 43), community responses were mixed. Many users stated they had no intention of watching the video, while others expressed interest in seeing how third-party creators would critically respond. These conversations grew to be so frequent and repetitive that managing them became burdensome and prevented timely moderation. This signaled to the moderators that a megathread would likely be necessary to maintain order ahead of *Content Nuke - Hasan Piker*'s release.

125. Plaintiff further disparages r/h3snark users as "deranged and chronically unemployed" (Compl.¶ 23). This characterization is irrelevant and inaccurate. In reality, moderators,

including myself, were primarily concerned with the practical challenges of managing unusually high levels of discussion during a period when several team members faced real-life obligations. The volume and repetitiveness of posts throughout January 2025 prompted me to proactively publish two discussion megathreads: one regarding "Theories & Predictions" about the video and one for users to discuss critical reactions to the video from other creators. The purpose of these megathreads was simple: to consolidate discussion, reduce queue congestion, and ensure timely moderation even if the full team was not available. Neither megathread promoted or instructed users to pirate or redistribute TEI content, nor were they designed or intended to encourage copyright infringement in any form. They were a standard moderation tool used to manage a large, active online community in an orderly manner.

126. The first megathread, titled "MEGATHREAD: Content Nuke Predictions & Theories," was published on January 29, 2025. In that post, I explicitly explain the purpose of the thread: "lots of posts about the Content Nuke coming in; hoping to keep the queue manageable for when it drops. Thank you!"[97] This demonstrates that the use of megathreads on r/h3snark was a deliberate, good-faith moderation practice aimed at maintaining order, reducing redundancy, and organizing community discussion. The "Predictions & Theories" post was also pinned to the Community Highlights section of the subreddit, in an effort to divert users from submitting unique posts that would require more rigorous moderation than a megathread. This directly contradicts Plaintiff's portrayal of my later January 30, 2025 megathread as encouraging infringement or improper activity. Moreover, the comment section of the "Predictions & Theories" megathread further shows that users were already

[97] Deleted User (u/jewettornesarah), "MEGATHREAD: Content Nuke Predictions & Theories," *r/h3snark* (29 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1icwysd/megathread_content_nuke_predictions_theories/.

independently discussing which other creators or streamers might stream or post critical responses to *Content Nuke – Hasan Piker*. These conversations signaled the practical need for a second megathread specifically designed to centralize that type of discussion and prevent it from overwhelming the subreddit's moderation queue.

127. The second megathread, titled "MEGATHREAD | Content Nuke - Where to Watch & Discussion," was published on January 30, 2025.[98] In that post, I make an observational statement about the ongoing discussions within the r/h3snark community ("we've seen a lot of comments about wanting to watch the nuke without showing support for H3"). In the following line, I make a factual, informational, and neutral statement about creators' and streamers' statements regarding whether they would critically react to *Content Nuke - Hasan Piker* ("Several creators have mentioned they're planning to stream their reactions or post reaction videos in the coming days"). In the next sentence, I describe a "list of creators who've supported our sub [r/h3snark], either by engaging with us directly or citing our posts in their own critiques of H3." The Plaintiff's interpretation of this sentence as my post somehow "stat[ing] that Denims 'supported' H3Snark 'by engaging directly with [the H3Snark Mods] directly" not only misquotes my original post, but purposefully removes, omits, or otherwise does not include important context about this line or the list of creators.

128. Three of the listed content creators (North Star Radio, Hallucinogender0g, and Do Not Worry Podcast), and each publicly posted about their plans to critically react and respond to *Content Nuke - Hasan Piker* on r/h3snark.[99] "Engaging directly with [r/h3snark]" refers to

[98] Deleted User (u/jewettornesarah), "MEGATHREAD | Content Nuke - Where to Watch & Discussion," *r/h3snark* (30 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1ie1ky8/megathread_content_nuke_where_to_watch_discussion/.

[99] Deleted User (u/northstarradio), "I'll be live when the content poop drops," *r/h3snark* (18 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1i4eyeh/ill_be_live_when_the_content_poop_drops/ ; Do Not Worry Podcast (u/Deweys_Cox), Reddit Comment, *r/h3snark* (30 Jan. 2025),

these three creators, two of whom (North Star Radio, Do Not Worry Podcast) were long-standing and well-known members of the subreddit's community at large (but not necessarily by the moderators themselves). Both initially joined under usernames that did not identify them by their public, online personas (u/Treyoya and u/Deweys_Cox); they joined of their own volition as disappointed former fans and were not incentivized, invited, or otherwise convinced by any former or current r/h3snark moderators to participate in the community. In fact, Ethan was aware of North Star Radio's participation on r/h3snark, because he vilified him for it.[100] There was never any private agreement, unlawful coordination, or collaboration between moderators and any specific streamer.

129. I revised and updated the post after its initial publication to expand the list of creators. Streamers were added to the list based on user comments left under the megathread. After r/h3snark users left comments on this megathread informing that Twitch streamers Frogan and Kaceytron decided to react and respond to *Content Nuke - Hasan Piker*, links to their general Twitch channels were added.[101] [102] Below is a screenshot I took of u/vampxiu's now-deleted comment from Reddit archiving tool Arctic Shift.[103] The comment shows u/vampxiu stating Kaceytron announcing "she might live react" to *Content Nuke - Hasan Piker* after I published my post, but before my final "EDIT" amendment. Again, there was never any

---

https://www.reddit.com/r/h3snark/comments/1ie0hol/comment/ma3ngfk/; Hallucinogender0g (u/JandZfun), "I WILL BE STREAMING THE CONTENT NUKE," *r/h3snark* (30 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1idzpsk/i_will_be_streaming_the_content_nuke/.

[100] H3 Podcast, "Ethan Debates Anti-Semitic Sneako Fan - H3 Show #55," *YouTube* (16 Sept. 2024), https://www.youtube.com/live/Ch3WcOM4gNs [2:32:11-3:04:09].

[101] u/Sunderstood (excerpt), "Frogan - She is live right now and is talking about it. Most likely will watch it right when it drops.," *r/h3nsark* (30 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1ie1ky8/megathread_content_nuke_where_to_watch_discussion/ma3yvc1/

[102] u/vampxiu (deleted), "kaceytron said she night live react lol.," *r/h3snark* (30 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1ie1ky8/megathread_content_nuke_where_to_watch_discussion/ma3xgzt/.

[103] ArthurHeitmann, "Project Arctic Shift," *GitHub* (n.d.), https://github.com/ArthurHeitmann/arctic_shift; Arctic Shift, "Homepage," *Arctic Shift* (n.d.), https://arctic-shift.photon-reddit.com/.

private agreement, unlawful coordination, or collaboration between moderators and any specific streamer.

r/h3snark by u/vampxiu at 2025-01-31T00:14:16Z | 12 ▯

kaceytron said she might live react lol

Source link: https://reddit.com/r/h3snark/comments/1ie1ky8/megathread_content_nuke_where_to_watch_discussion/ma3xgzt/

130. Since we had no indication or reason to know that any of the creators listed ever received DMCA takedown notices from TEI, it was expected that each listed creator would react and critique in a way that meets the four factors of fair use. All links in my megathread are lawful and direct users only to creators' homepages; none point to any specific video. The links contain no unauthorized mirrors, videos, VODs (videos on demand), or download links. This further demonstrates that my post neither facilitated nor induced copyright infringement, but instead adhered to lawful and responsible moderation practices.

131. Before listing potential streamers, my post includes the following statement: "If you're planning to watch along with any of them [the listed streamers], we ask that you carry our sub[reddit]'s rules into those spaces too." The Subreddit's rules included that users respect copyrights and engage only in fair use of others' content. This demonstrates that I did not encourage, instruct, or pressure users to watch any particular creator's or streamer's critique of *Content Nuke – Hasan Piker* for the purpose of infringing Plaintiff's copyrights. Instead, I reminded subreddit members to remain considerate and respectful when participating in other communities. Far from facilitating infringement, this request reflects standard moderation practice aimed at promoting civility and ensuring that r/h3snark's rules of conduct were upheld beyond the subreddit itself.

132. I revised the post again, as shown by the "EDIT" amendment in Plaintiff's Exhibit G, to

KRONENBERGER ROSENFELD

inform users that the Plaintiff had once more delayed the release of *Content Nuke – Hasan Piker* via an Instagram Story post at approximately 5:12 PM.[104] This was part of a recurring pattern by Plaintiff of teasing the video's release and then postponing it, which reasonably led me and other community members to doubt whether the video even existed at all, some even speculating it was a marketing ploy to generate artificial interest in the H3 Podcast. Far from promoting infringement, this edit shows my good-faith effort to keep the community updated with publicly available information. Nothing in the update directs, instructs, or enables users to access TEI's copyrighted content, underscoring that Plaintiff's portrayal of my megathread as evidence of inducement or infringement is both misleading and unfounded.

133. In addition to Plaintiff's incorrect interpretation of my megathread, the Plaintiff's assertion that they provide a "true and correct PDF printout" of my megathread is inaccurate (Compl. 44a). Plaintiff's Exhibit G omits r/h3snark's automated copyright disclaimer, which appeared as the first comment beneath my post, as it did for every post on the subreddit, and which remains publicly available on the live megathread.[105] This disclaimer is not incidental; it is direct evidence of r/h3snark's good-faith efforts at copyright compliance. By excluding it, Plaintiff removes critical context and materially distorts the meaning of my post, misrepresenting me as an infringer of TEI's copyright when the full, available record shows otherwise.

134. TEI repeatedly misrepresents my conduct on r/h3snark in an effort to construct a false narrative: that I personally infringed TEI's copyright and that r/h3snark is a community of

[104] Deleted User, "Ethan apologizes saying Content Nuke is canceled tonight, might go up tomorrow," *r/h3snark* (30 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1ie397u/ethan_apologizes_saying_content_nuke_is_canceled/.

[105] AutoModerator, "Disclaimer," *r/h3snark* (30 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1ie1ky8/comment/ma3vfxc/.

habitual infringers. This narrative is unsupported by the evidence and relies on selective quotations from my non-infringing posts and comments. By isolating these excerpts and presenting them without context, the Complaint distorts my activity and portrays lawful, ordinary use of online platforms such as YewTube and Reddit as improper. This distortion is not a minor oversight; it strikes at the core of Plaintiff's copyright claim, because it attempts to convert protected, non-infringing online discussion into evidence of infringement where none exists.

135. Despite the Complaint's insinuations, the moderators did not watch the allegedly infringing streams. When *Countdown to Doomsday* and *Content Nuke – Hasan Piker* were released on January 31, 2025, some moderators elected to view them from the original source. I personally did not watch either video upon release, as I reasonably anticipated they would consist of showboating, misrepresentation, historical revisionism, and recycled material already covered extensively on the H3 Podcast. Importantly, no moderators watched any creators, including Denims, Frogan, or Kaceytron, reacting or responding to either video.

136. The one and only time I watched *Content Nuke - Hasan Piker* was in August 2025, and did so at the request of Does' Counsel to assist in determining how much of the video utilized or featured materials from other sources and creators. For this, the Does who volunteered to help, including myself, all watched *Content Nuke - Hasan Piker* from the true source. Having never watched the video prior to this endeavor, I was quickly taken aback by the amount of non-original material used in the work. I quickly noticed that, in addition to archival and news footage, all of the narrative portions of "Prologue" portion of *Content Nuke - Hasan Piker* featuring Ethan at a computer desk, contain footage of Hasan Piker playing a video game in the background. Ethan never acknowledges, comments on, or even glances at this footage – it simply plays in the background. It contributes nothing to

the narrative arc of *Content Nuke - Hasan Piker*, nor is it discussed in its commentary. Four screenshots shared with Does' Counsel show the Piker video game footage in the background at various points from the video's "Prologue." While at times Piker's face and/or body are obscured from view, all footage used shows his distinctive chiron listing his social media accounts in the bottom right-hand corner of the screen.

KRONENBERGER ROSENFELD

11:41 / 1:42:05
Content Nuke - Hasan Piker
h3h3Productions
5.57M subscribers
Subscribe
240K
Share

19:36 / 1:42:05
Content Nuke - Hasan Piker
h3h3Productions
5.57M subscribers
Subscribe
240K
Share

137.    In what might be described as the "Twitch HQ" portion of *Content Nuke - Hasan Piker*, the video deploys a similar motif, playing multiple videos in the background. In what looks like the office setting, videos play behind Ethan's shoulder, by the water cooler. In the later computer lab setting, videos play continuously on computers in the background. The following four screenshots I took to show how these videos are situated within the mise-en-scène.

Play (k)
28:22 / 1:42:05
Content Nuke - Hasan Piker
h3h3Productions
5.55M subscribers
Subscribe
240K
Share
Ask
Download
twitch

1:27:01 / 1:42:05
Content Nuke - Hasan Piker
h3h3Productions
5.55M subscribers
Subscribe
240K
Share
Ask
Download

138. At several points, the video layers others' materials in an attempt to achieve a comedic effect, such as playing Luciano Michelini's "Frolic," better known as the theme song to

KRONENBERGER ROSENFELD

HBO's *Curb Your Enthusiasm*, over clips of Piker's streams. Likewise, the video also makes repeated use of Jonathan Wolff's theme from NBC's *Seinfeld*. These two examples specifically made it difficult to track what other works were being used.

139. The sheer amount of non-original material used in *Content Nuke - Hasan Piker* made fulfilling Does' Counsel's request to determine how much of the video utilized or featured materials from other sources and creators such a frustrating endeavor that the Does volunteering to watch, including myself, asked if we could instead document what portions of the video were not from other sources. Below is a table verified by Does' Counsel documenting instances from *Content Nuke - Hasan Piker* that do not rely in any capacity on materials from other sources.

| Clip Number | Timestamps in *Nuke* | Duration (secs.) | Footage Description |
|---|---|---|---|
| 1 | 00:00-00:03 | 3 | Black fade-in screen |
| 2 | 1:03-1:14 | 9 | Title card & "Prologue" card |
| 3 | 1:23-1:24 | 1 | Klein family photo |
| 4 | 1:26-1:27 | 1 | Stills of Ethan from *H3 Podcast* |
| 5 | 1:33-1:41 | 9 | *H3 Podcast* footage |
| 6 | 2:29 | 0.5 | Black transition screen |
| 7 | 2:48-2:51 | 3 | *Leftovers* footage |
| 8 | 3:30-4:13 | 43 | *H3 Podcast* footage |
| 9 | 4:16-4:55 | 39 | *Leftovers* footage |
| 10 | 5:09-7:11 | 122 | *Leftovers* footage |
| 11 | 11:49-12:26 | 37 | *Leftovers* footage |
| 12 | 12:31-12:39 | 8 | *Leftovers* footage |
| 13 | 17:07-17:16 | 9 | *Leftovers* footage |
| 14 | 17:23-17:42 | 19 | *Leftovers* footage |
| 15 | 17:42-17:51 | 9 | *H3 Podcast* footage |

| | | | |
|---|---|---|---|
| 16 | 24:00-24:01 | 1 | Black transition screen |
| 17 | 25:42-25:44 | 2 | Title card |
| 18 | 42:10-42:13 | 3 | Black screen |
| 19 | 53:22-53:24 | 2 | Black screen |
| 20 | 1:03:22-1:03:33 | 11 | Disclaimer |
| 21 | 1:11:39-1:11:41 | 2 | Video effect |
| 22 | 1:11:57-1:11:58 | 1 | Black screen |
| 23 | 1:21:26-1:21:28 | 2 | Disclaimer |
| 24 | 1:34:10-1:34:12 | 2 | Black screen (fade) |
| 25 | 1:34:36-1:34:37 | 1 | Black screen (fade) |
| 26 | 1:37:49-1:37:50 | 1 | Black screen (fade) |
| 27 | 1:39:03-1:39:05 | 2 | Black screen (fade) |
| 28 | 1:40:23-1:40:30 | 7 | Black screen and text |
| 29 | 1:41:07-1:41:10 | 3 | Black screen and text |
| 30 | 1:41:57-1:42:04 | 7 | Black screen |
| | **TOTAL** | 358.5 | |

140. According to the data collected, of its 1-hour, 42-minute, and 5-second duration, *Content Nuke - Hasan Piker* contains approximately 5 minutes and 58.5 seconds of original or new TEI content, accounting for ~5.58% of the video's total run-time.

141. Further, according to the data collected, of the 5 minutes, 58.5 seconds of original or new TEI content, approximately 4 minutes and 57 seconds is prior footage from either TEI's *H3 Podcast* or *Leftovers* podcast, accounting for ~82.85% of the total original or new TEI content in *Content Nuke - Hasan Piker*.

KRONENBERGER ROSENFELD

142. This means that, according to the data collected, approximately 1 minute and 1.5 seconds of *Content Nuke - Hasan Piker* is entirely new TEI content, accounting for ~1% of the entire video.

143. According to the data collected, there are 20 unique and new instances where absolutely no other content, including clips/video footage, music, and/or sound effects, appear in *Content Nuke - Hasan Piker*. They are: 1 family photo; 1 before-and-after photo of Ethan; 1 video effect that may or may not be original; and 17 title cards, text cards, and transitions.

144. While I was shocked by the data, I cannot truthfully say I was surprised to learn that *Content Nuke - Hasan Piker* was nothing more than brazen mis- and disinformation punctuated mainly by title cards and transitions that come pre-loaded with nearly all modern video editing software. A common critique levied at Ethan is that his content comes across to viewers as lazy, as though he is simply going through the motions and lacking creative inspiration and/or fulfillment. However, as someone who, in my opinion, has been needlessly embroiled in three doxing efforts masquerading as copyright lawsuits in U.S. federal court by Ethan Klein, I admittedly could not help but laugh. This video, the one he has described as his magnum opus, a work of art, and a legal "trap," is emblematic of how much he relies on the labor of others to sustain his relevance and career. In fact, I would go so far as to contend that Ethan's own description of these three copyright lawsuits as "Content Nuke Part 2" is a faithful, accurate, and truthful one. Just as he did in *Content Nuke - Hasan Piker*, the Complaint relies heavily on out of context comments and posts, bad-faith interpretations, and provably false claims to defame, insult, and inflict harm upon those he deems guilty of the supposed crime of hurting his feelings which, last I checked, extends beyond the scope of jurisprudence.

145. Plaintiff's attempt to recast r/h3snark moderators' routine, good-faith moderation activity as inducement to infringement rests on distortions and omissions that cannot withstand

scrutiny. The record shows no act of infringement, inducement, or facilitation of unlawful copying; rather, it shows moderators ensuring order within the community while abstaining from the very conduct Plaintiff wrongly attributes to us.

## III. "Going to War With the Internet": Plaintiff's Hyper-sensitivity & Aversion to Criticism

146. The same holds true for the majority of Plaintiff's assertions regarding r/h3snark, its moderators, and its users. The vast majority of Plaintiff's statements regarding r/h3snark, its moderators, and its users are demonstrably false. For nearly two years, Ethan has repeatedly mischaracterized the subreddit as a hub of harassment, brigading, and doxxing. The Plaintiff alleges that r/h3snark users "religiously watch TEI produced content with orgiastic hatred" (Compl. ¶23), but omits the fact that the subreddit has been largely inactive since he threatened to unmask and dox the Doe Defendants on February 17, 2025.[106] Following those threats, a moderator announced that r/h3snark would be "going on break, until further notice." Since that announcement, only 7 posts have been published on the subreddit: 3 cross-posted from other subreddits addressing Ethan's threats; 1 megathread for the May 2 Ethan-Hasan debate; 1 repost of a prior community video fact-checking a claim from that debate; 1 announcement pausing all posting and commenting due to concerns over Ethan's mental health on May 4; and 1 post promoting a fundraiser on May 15, 2025.[107] Of these seven posts, users could comment only on the February 17

---

[106] u/h3snarkmodteam2, "ANNOUNCEMENT: h3snark is on break," *r/h3snark* (17 Feb. 2025), https://www.reddit.com/r/h3snark/comments/1is0cfj/announcement_h3snark_is_on_break/.

[107] u/veguhn, "Ethan Klein threatens to dox h3snark mods/users.," *r/youtubedrama* (17 Feb. 2025), https://www.reddit.com/r/youtubedrama/comments/1is2fjk/ethan_klein_threatens_to_dox_h3snark_mods_users/; u/TimelyHumor1145, "Ethan klien[sic] 'champion of free speech' is threatening to dox the user's[sic] and moderators of the h3snark subreddit," *r/Fauxmoi* (17 Feb. 2025), https://www.reddit.com/r/Fauxmoi/comments/1is2p5t/ethan_klien_champion_of_free_speech_is/; u/rfauxmoi, "Addressing Ethan Klein's Threats Against This Subreddit," *r/Fauxmoi* (17 Feb.

announcement and the May 2 megathread. I neither posted nor participated in these threads, nor have I engaged in any online communities regarding Ethan, Hila, or their associates since around February 19, 2025 when I deleted my accounts following their doxxing threats. This record clearly demonstrates that r/h3snark has been effectively inactive and that Plaintiff's characterization of the subreddit as a hotbed of hostile activity is false and misleading.

147. As a former fan of the H3 Podcast and Ethan more specifically, I have witnessed him omit critical details when relaying a situation, oftentimes to present himself in a more virtuous or righteous light. For a while, Ethan invited some of the most morally bankrupt online figures on to the H3 Podcast to "debate" them on various topics. As a viewer, I watched as these "debates" transformed the H3 Podcast from a creative, comedic project into a drama-chasing enterprise. During this shift, I began to sense what felt like a shift in Ethan's character from a man genuinely striving, albeit imperfectly, to grow and learn from his past to someone whose morally upstanding image was constructed solely through juxtaposing himself against predators, con artists, and bigots. When his past was invoked in these "debates" by his opponents, Ethan would deflect, down-play, and divert from his own controversies, usually with a well-timed "gotcha" moment that would be later clipped

---

2025), https://www.reddit.com/r/Fauxmoi/comments/1is2w9h/addressing_ethan_kleins_threats_against_this/; u/h3snarkmodteam2, "MEGATHREAD: The H3 Show - May 2 2025," *r/h3snark* (2 May 2025), https://www.reddit.com/r/h3snark/comments/1kd7i0s/megathread_the_h3_show_may_2_2025/; u/h3snarkmodteam2, "Alleged proof that Ethan Klein is being fed links and clips about Hasan Piker from Destiny's discord community," *r/h3snark* (2 May 2025), https://www.reddit.com/r/h3snark/comments/1kdbced/alleged_proof_that_ethan_klein_is_being_fed_links/; u/h3snarkmodteam2, "Concerns for Ethan Klein's Mental State | r/h3snark update," *r/h3snark* (4 May 2025), https://www.reddit.com/r/h3snark/comments/1kerma8/concerns_for_ethan_kleins_mental_state_rh3snark/; u/snarkersaturn, "Please Support Noah Samsen's Gaza Fundraiser," *r/h3snark* (15 May 2025), https://www.reddit.com/r/h3snark/comments/1knfa78/please_support_noah_samsens_gaza_fundraiser/.

KRONENBERGER ROSENFELD

and circulated widely online.

148. To my best recollection, Ethan has challenged r/h3snark or "snarkers" to debate him on the H3 Podcast twice: once on March 6, 2024 and again post-filing on September 8, 2025.[108] In response to his 2024 invitation, in which Ethan likens the subreddit community to Nazis, r/h3snark moderators made a post declining to debate and proposing he debate "Hasan or Sam Seder" instead.[109] For clarity, I was not an r/h3snark moderator at this point in time. More recently, after prolonged public lamenting that "snarkers" have instilled in him an all-consuming fear for the safety of himself, his family, his employees, and others close to him, Ethan once again invited "snarkers" on to debate and converse with him on September 8, 2025. In my opinion, these invitations to "debate" or talk are not good-faith attempts at discourse, learning, or hearing feedback, but a lackluster marketing ploy to drive traffic to a podcast hemorrhaging views, engagement, memberships, and subscribers.

149. Ethan, Hila, and their employees frequently use the term "snark" as a nebulous, catch-all term that can be applied to anyone who does not submit to their worldviews or framings of situations. However, they frequently also use the term "snark" to refer to the moderators of the H3Snark Subreddit. Under the banner of "snark," former and current r/h3snark moderators have been accused of being involved in crimes and other illegal activities meant to specifically target Ethan, Hila, their family members, their employees, and their various associates. Narratives promoted and perpetuated on the H3 Podcast that routinely attribute any and all wrongdoing to "snark" or "snarkers" have been used by Ethan, Hila,

[108] Deleted User, "ethan talking about us earlier," *r/h3snark* (6 Mar. 2024), https://www.reddit.com/r/h3snark/comments/1b8hx7p/ethan_talking_about_us_earlier/; H3 Podcast, "My reputation is dirt. How do I fix it? - H3 Show #188," *YouTube* (8 Sept 2025), https://www.youtube.com/watch?v=FwRvFDkGMIw [2:16:54-2:18:47; 2:21:02-2:22:35; 3:05:10-3:06:06].

[109] Deleted User, "r/h3snark will not be debating you, Ethan," *r/h3snark* (7 Mar. 2024), https://www.reddit.com/r/h3snark/comments/1b8x02a/rh3snark_will_not_be_debating_you_ethan/.

and their employees to incite and pre-emptively justify retaliation by Ethan, Hila, their family members, their employees, their associates, their fans, and their supporters against their critics. By creating a dichotomized, us-versus-them dynamic centered on the H3 Podcast, Ethan has misrepresented and mischaracterized "snark" and criticism as ideologically motivated extremism against which he may appear simultaneously as a hero and a victim. Ethan frequently avoids providing evidence of any purported wrongdoing from "snark," presumably because none exists tying it to any specific individual user or moderator.

**Free Speech for H3, Not for Doe 3: Chilling Speech & Criticism**

150. This declaration is meant to be, in part, an opportunity for me to disclose to the Court how the Plaintiff's conduct, these lawsuits, and the risks of being unmasked have impacted me on a personal level. I feel it is important that I state plainly for the Court that I do not believe it is safe for me to do so. In fact, I believe that speaking freely could jeopardize my anonymity and put me, my fellow former and current moderators, my family, my friends, my colleagues, my peers, and countless others at significant risk of retaliation from Ethan, Hila, their employees, their various associates, and their fans. I understand that by maintaining a sense of emotional distance in my declaration, I risk coming across as unaffected by the events that have led to me writing this declaration in the first place. However, I must stress to the Court that I feel compelled to keep personal details to a minimum out of an abundance of caution, not out of disinterest or apathy.

151. Since February 2025, Ethan, Hila, their employees, their associates, and their fans have made repeated threats to unmask, dox, harass, and even physically harm me and my fellow former and current moderators for simply running a subreddit. Many of these people, however, have made these threats believing they are defending Ethan, Hila, and their

KRONENBERGER ROSENFELD

employees from unprecedented levels of harassment. While I do not subscribe to their "eye-for-an-eye" mentality, I do believe that many of the threats my fellow moderators and I have received since February 2025 stem from repeated accusations made and perpetuated against us on the H3 Podcast. By falsely implicating the Doe Defendants in criminal and illegal activity, and embedding these claims in the podcast, the Ethan, Hila, and H3 have literally and figuratively declared "open season" on all former and current r/h3snark moderators. I will likely never forget the messages we received that described in graphic detail people looking forward to us committing suicide after being unmasked so they may masturbate to the idea of our corpses. Below, a screenshot taken of one of the more disturbing modmail messages, sent August 23, 2024, shows both the creative writing prowess of Ethan's fans, as well as the depths to which they are willing to stoop to carry out Ethan's harassment. Though I sincerely doubt it will stop them from sending similar messages, I do hope that my declaration inspires the authors of those messages to at the very least question the veracity of the statements made about r/h3snark and its former and current moderators on the H3 Podcast.

h3snark • Hey

u/Rich-Ad9837 • 10 months ago Quote Report

Y'all are absolute no life having losers. I would genuinely... be surprised if you weren't over 300lbs and sweat bullets on a daily. I know for a fact, non of y'all could handle any heat in person. That's why you say it behind a screen like 13 year girls. Literally middle schoolers. Your delusional and ignorant, 90% of yall probably watch child porn, wouldn't be surprised if your names are on a registry cite. And god.... Do we all know you will die completely unloved and not remembered. When you do inevitably die, not a single person on this plant, besides your greasy family. Which probably regrets having you. Which is why you do this for a living. Shit I have a 50 round drum with a switch on, the way I'd cream my pants, if I ever got the satisfaction of using it on you.

P.s. you genuinely need help. You preach morals, and yet your the definition of having none. You live and breathe hypocritical nonsense lol. Y'all are racist, sexist, and just all around humans who didn't deserve to be born. There could have been a nurse who saves life's to replace you. That would have been much nicer. But instead we got you. The most unimportant humans I have read on yet, lord. Please buy a noose and a stool and just do us all a favor and kick it. I'd also appreciate if you filmed it so I can cum to it later 👁👄👁

Sincerely, Madyson.

152. I did not work with anyone to spread hate or misinformation about Ethan, Hila, or H3,

KRONENBERGER ROSENFELD

whether in the r/h3snark subreddit, any other subreddit, or anywhere else.

153. I have no connection with anyone at Reddit, nor have I ever had any connection with any Reddit employees or administrators.

154. I did not report Ethan or Hila to the LA County Department of Child and Family Services, nor do I have any knowledge of that purported incident, other than what H3 itself broadcasts or publishes online.

155. I was not involved in any way with human remains being ordered and delivered to Ethan and Hila's house.

156. I am not conspiring and have never conspired with anyone to cause damage to Ethan, Hila, or H3.

157. As a former H3 fan, I am well aware of the fact that my declaration and those of my fellow former and current moderators will be read on the H3 Podcast and discussed widely online by other creators seeking to capitalize on Ethan's, Hila's, and H3's ongoing and unrelenting harassment towards us. I feel it is imperative that I state for the Court that the lawsuits in which my fellow former and current moderators and I are embroiled serve as content for the H3 Podcast. The Plaintiff's goal is, in my opinion, not to protect TEI copyright, but to generate controversy and interest in a sad attempt to reignite public interest in an increasingly irrelevant podcast. Ethan himself has spoken candidly about how "terrifying" it would be to fade into irrelevancy and lose money as a result.[110]

158. Ethan's insecurities are what initially endeared him to me. He was a public figure with a growing online presence who, like many of us, emphasized or "leaned in" to his insecurities and seemingly embraced them. I always thought of Ethan as the ideal clown:

[110] Deleted User, "Ethan discusses the fear of fading into irrelevance, but it cant help but feel much more personal than he projected onto Beevo," *r/h3snark* (25 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1i9wcz8/ethan_discusses_the_fear_of_fading_into/.

someone who used the hurt they felt inside to try and ensure others could be spared from feeling it too. Over the years, I felt as though I watched Ethan grow to be more self-reflexive, curious, and aware of the power he had as a prominent YouTube creator. I admired that he seemed to want to extend his empathy beyond comedy and into advocating for marginalized voices. More specifically, I appreciated that Ethan's documented progression of learning and growing as a person was imperfect. In an increasingly dichotomized world, I found it refreshing to watch Ethan model the realities of what it takes to look back on one's former conduct with a critical eye and make the concerted effort to evolve beyond that. I never expected Ethan to be perfect – I liked him because he came across as a normal, flawed person who just wanted to do and be better.

159. However, even as a fan, I was always uncomfortable with the pleasure Ethan, Hila, and H3 seemed to derive from bullying, harassing, and otherwise tormenting others. As a former fan, I watched and oftentimes stepped away from the H3 Podcast due to what came across as the apathetic cruelty displayed on it. For example, I was always exceedingly uncomfortable and critical of how Ethan and Hila seemed to exploit others, oftentimes vulnerable individuals, to emulate Howard Stern's "Wack Pack." Many fans felt exceedingly uncomfortable watching Ethan berate an employee on air for not disclosing the private details of their health status on the podcast. On more than one occasion, the H3 Podcast has baselessly accused people of pedophilia or insinuated that they are sexual predators. More specifically, I grew increasingly critical of how Ethan's harassment campaigns, always presented as some warped form of righteous justice, would target an individual and then, eventually, all those associated with said individual, for weeks, months, and even years at a time.

160. Ethan, Hila, and H3 have routinely rewarded fans and supporters who aid in their mission to dox, harass, and silence critics. Ethan typically rewards these fans and supporters by

either bringing them up on the H3 Podcast, featuring them in an Instagram Story, or otherwise giving them attention and enshrining them into the narrative fabric of the specific hate campaign. For example, Ethan gave a "shout out" to u/LovelyCallisto for unmasking North Star Radio's previously anonymous Reddit account for posting on r/h3snark.[111] Another example includes Ethan liking a TikTok video of someone actively attempting to crash the wedding of his former *Frenemies* podcast co-host Trisha Paytas and his brother-in-law Moses Hacmon, Hila's own brother.[112] A screenshot I took shows Ethan praising Twitter/X user @Awk20000 or "yeet" after they were blocked for incessantly harassing Ethan's former friend Anisa Johma.

[111] H3 Podcast, "Ethan Debates Anti-Semitic Sneako Fan - H3 Show #55," *YouTube* (16 Sept. 2024), https://www.youtube.com/live/Ch3WcOM4gNs [2:26:53-3:05:05].
[112] u/Natural-Patient-2577, "A reminder that Ethan Klein publicly showed support to a former fan of Trisha's who was threatening to crash & ruin her WEDDING…," *r/Frenemies3* (12 Dec. 2023), https://www.reddit.com/r/Frenemies3/comments/18h4csu/a_reminder_that_ethan_klein_publicly_showed/.

KRONENBERGER ROSENFELD

161. In fact, a video cited in the Complaints, titled "Dear H3Snark, I See You" by YouTuber known as "The Law," shows Ethan is willing to reward fans and supporters with both attention and a permanent place within the grand narrative of the H3 Podcast versus r/h3snark.[113] In this specific instance, Ethan has memorialized The Law, an extremely niche YouTube channel with 967 subscribers, for their efforts in surveilling, cyberstalking, and attempting to intimidate former and current r/h3snark moderators. On August 11, 2025, The Law uploaded a follow-up video titled "Thank You Ethan Klein," with a description that flagrantly lies about the conduct of former and current r/h3snark moderators. A screenshot I took of the video's description also gives credence to the importance sycophantic fans place on Ethan's praise and speaks to how it emboldens them to continue their harassment, cyberstalking, and intimidation of critics.

162. It is precisely this conduct that deters me from speaking openly about my personal experiences. As demonstrated, Ethan has repeatedly emboldened others to pry into the lives of former and current r/h3snark users and moderators in his attempts to unmask and dox the Doe Defendants. His willingness to target not only critics but also their spouses, partners, parents, siblings, employers, business associates, sponsors, and even members of

[113] The Law, "Dear H3Snark, I See You," *YouTube* (3 Mar. 2025), https://youtu.be/lfjbgNjo0Oc.

his own family has left me unable to speak more personally about the harm his conduct has caused. While I do not believe it is in my best interest to provide those details, I respectfully ask the Court to recognize that my silence is born of necessity: a desire to shield innocent people in my life who have no connection whatsoever to r/h3snark. In this way, Ethan Klein has successfully chilled my speech and infringed upon my First Amendment rights.

163. I respectfully urge the Court to consider the broader legal ramifications of unmasking myself and my fellow r/h3snark moderators, as doing so would set a dangerous precedent for free speech online. Requiring anonymity to be lifted in this case would, in effect, impose upon all internet users the burden of analyzing and applying the four factors of fair use, an extraordinarily complex legal test that even federal judges are uniquely trained to assess. I am neither a lawyer nor a copyright expert, and it is unreasonable to expect ordinary posters to meet such a standard under threat of unmasking. Such a precedent would empower wealthy individuals to weaponize copyright law, incentivize platforms to suppress discourse to avoid liability, and flood the federal courts with petty disputes aimed at silencing critics. In practice, it would erode the very foundation of online discourse and effectively kill the internet as we know it.

164. Furthermore, unmasking the Doe Defendants would transform the Court into a de facto doxxing mechanism for wealthy litigants. The Plaintiff's case does not require knowledge of my identity to proceed—however, I do not believe it should proceed at all, as I have committed no unlawful act. The apparent motive here is not the vindication of legal rights but retaliation and harassment. If the Court believes additional evidentiary safeguards are necessary, alternatives such as protective orders or in-camera verification exist without exposing me to irreparable harm. The Court's role is to administer justice, not to serve as the hired hand of the highest bidder. Since February 2025, including after the filing of this

case, Ethan Klein has publicly stated that he can afford to use litigation to pursue his critics, fully aware of their severe financial disadvantage. Allowing unmasking under these circumstances would set a devastating precedent, subjecting anonymous critics to double punishment: first through the crushing financial weight of litigation, and second through the exposure of their personal identities to retaliation and harm.

165. Disclosure of my identity would cause severe and irreparable personal, interpersonal, financial, and professional harm to me, my fellow former and current r/h3snark moderators, my family, my friends, my colleagues, my peers, and all others within my social networks. Unmasking would expose not only myself but also my relations to targeted harassment that could then be exploited and monetized on the H3 Podcast. The chilling effect is already tangible: I have been advised to limit public engagement and to consider adopting a professional pseudonym should my anonymity be compromised through this litigation or by Plaintiff's actions outside of it. The threat of unmasking thus extends far beyond myself; it endangers those connected to me and demonstrates precisely why Courts have long recognized the importance of protecting anonymous speech.

166. If I were to be doxed or unmasked, opportunities for employment, visas, conferences, and mentorship would vanish. These circumstances demonstrate not only the real and irreparable harm disclosure would cause but also the overwhelming public interest in preserving Doe anonymity to prevent further endangerment of innocent parties.

167. At its core, this dispute is not about law; it is about a rich, insecure man's personal vendetta and inability to recognize that his downfall is a product of his own making. I should not be punished for exercising my right to critique, moderate, or simply exist online. Unmasking me when I have done nothing to deserve being sued in the first place would cause irreparable harm to me and countless other innocent people. The Plaintiff has stated on numerous occasions that they are willing to spend as much money as necessary

in order to cause us "financial ruin." These sorts of statements not only show a willingness to weaponize the Courts in retaliation against criticism and chill speech online, but also reveal the true intention of these lawsuits: to inflict pain on others for hurting the feelings of public figures whose dwindling popularity, relevancy, and reputation is the result of their own malicious, vindictive, and petulant conduct.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: September 22, 2025

By: s/ Doe 3
Doe 3

KRONENBERGER ROSENFELD

**DECLARATION OF DOE**

I, Doe, do hereby declare:

168. I am a Doe Defendant in the lawsuit *Ted Entertainment, Inc. v. Saber (Denims)*, pending in the United States District Court for the Central District of California, Case No. 2:25-cv-05564-WLH-PD, and am or was a moderator of the H3Snark Subreddit during the relevant time period, i.e., January 30 or 31, 2025, the dates of the so-called "Inducement Posts"; or, my identifying information is being sought through Plaintiff's Subpoenas to Reddit and/or Discord. Unless otherwise stated, I have personal knowledge of the facts outlined in this declaration, and if called to testify, could and would do so competently.

169. I was an r/h3snark moderator tasked with moderating the subreddit and hosting a safe place for criticism of Ethan and Hila Klein, their online personalities, and their YouTube channels, *h3h3Productions* and *H3 Podcast*. My work with this subreddit was voluntary, and I have no connections, past or present, with Denims nor did I watch her react livestream of the *Content Nuke - Hasan Piker* video. I did not conspire with her in any manner against the Kleins, either. Discovery as broad as Ethan and Hila are asking for would not provide the evidence they are fishing for in this case. I did not particularly care for the *Content Nuke - Hasan Piker* video and was working at the time it was released. I only viewed it in part some time after its release on the *h3h3Productions* YouTube channel because I cannot stand Ethan Klein's mediocre political commentary, but needed to view it in order to moderate fairly. However, being sued as a Reddit moderator is not a common occurrence, and I will explain to the best of my ability how the impact of this lawsuit has affected me and how those effects will continue.

170. If you ask people who have truly frequented the H3Snark subreddit, I believe they will tell you that our moderation was quite fair to the Kleins. We took our volunteer job seriously because we knew that Ethan and Hila are extremely sensitive to criticism. Their censorship

and intimidation of people that discuss them and their show in anything but a positive manner naturally led to the growth of our subreddit. Our rules were curated to give viewers and critics of Ethan and Hila's content and behavior space to voice their opinions while not provoking or attacking the Kleins. For example, to the best of our abilities, we did not allow users to address Ethan, Hila, or their employees directly; we did not allow excessive criticism of their employees given their power imbalance with the Kleins; we did not allow discussion of their children or the families of the podcast ensemble beyond what was willfully and publicly shared in their content; and we did not allow racism, sexism, homophobia/transphobia, xenophobia, or even insults based on immutable characteristics.[114]

171. Ethan and Hila Klein, to our misfortune, have an extreme antagonism with reading criticism about themselves, and they censor it however they can.[115] They threatened to sue us multiple times to achieve this goal and publicly plotted to censor our subreddit through various methods.[116] Ethan and their employees admit to fantasizing about unmasking us and our users.[117] Ethan continues to persecute us by trying to make members of our moderation team turn on one another for our personal and private information in exchange for "amnesty".[118]

---

[114] "About This Sub," *r/h3snark* (n.d.), https://www.reddit.com/r/h3snark/wiki/index/#wiki_rules.
[115] u/imlikeewhat: "Ethan's latest Instagram post", *r/h3snark* (19 Sept. 2024), https://www.reddit.com/r/h3snark/comments/1fkg61o/ethans_latest_instagram_post/.
[116] H3 Podcast, "This Beauty TikToker Is Coming After Me - Off The Rails #111," *YouTube* (3 Apr. 2024), https://www.youtube.com/live/xIl2dEZnvYQ?si=xFnXvayV8OZzvyx_&t=8255 [2:17:35- 2:23:57]; H3 Podcast, "Snark Called Child Protective Services On Us - H3 Show #119," *YouTube* (7 Mar. 2025), https://www.youtube.com/live/ZDnseOSdk_8?si=-OuW-agh1xQ7YqhD&t=10787 [2:58:53-3:00:05]; H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?si=fuZAH40elqYPfbJJ&t=9477 [2:37:55-2:38:58; 2:40:00-2:40:40].
[117] H3 Podcast, "David Dobrik Sued By State Farm Over Jeff Wittek Injury, Crew Designs New Uniforms - H3TV #102," *YouTube* (11 Dec. 2023), https://www.youtube.com/live/_uO9aEEOUa8?si=olMFPodOpvQOmz0l&t=4339 [1:12:29-1:12:55]; H3 Podcast, "Responding To The Haters That Waited For Me To Go On Break - H3 Show #96, *YouTube* (6 Jan. 2025), https://www.youtube.com/live/0SWIbsrw5No?si=QNcNQoSUMnlMjdnl&t=10654 [2:57:34-2:58:03].
[118] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=-P8WxKlDOGs43GXF&t=11077 [3:04:37-

He attempted to extort apologies from us and two journalists after filing these lawsuits by holding a separate person hostage to legal repercussions.[119] He and Hila appear to publicly admit that their DMCA strikes against subreddit posts unrelated to this lawsuit were not for actual copyright infringement, but rather were done as a strategic move to censor criticism of themselves by triggering a ban on our subreddit.[120] Knowing that we would and could not publicly respond (or risk revealing information about our identities), they flaunted their "mole" moderator(s), someone who gave Ethan and Hila private information about us and broke our trust, to instill paranoia in our team.[121] Ethan revealed that one of his motives is trying to hold people accountable for defamation regarding an old post on our subreddit claiming that he banned users for saying "Happy Ramadan"—an action which was not done by the current moderation team, that was swiftly and within a reasonable time taken down,

---

3:04:58]; @slvrgndst, "@TeamYouTube Youtuber Ethan Klein of the H3 Podcast has been publicly threatening to doxx people While this screenshots are off-site, he has repeated similar sentiments in his recent livestreams on youtube This is in clear violation of terms of service regarding harassment," *Twitter/X* (17 Feb. 2025), https://x.com/slvrhndst/status/1891687958744330414 u/dsbatt01: "You are one sad, strange little man, and you have my pity", r/LeftoversH3 (23 Jun. 2025), https://www.reddit.com/r/LeftoversH3/comments/1lio0q1/you_are_one_sad_strange_little_man_and_you_have/.

[119] Tenbarge, Kat, "Ethan Klein Doesn't Deserve My Apology," *Spitfire News* (29 Jun. 2025), https://spitfirenews.com/p/ethan-klein-seandablack-lawsuits-kaceytron-denims-frogan-taylor-lorenz; @TaylorLorenz, "Ok bet: I'm ever so sorry for calling you a misogynist Ethan. Now drop this lawsuit against Sean, who absolutely does not deserve this. https://t.co/wgw5bluhhy," *Twitter/X* (26 Jun. 2025), https://x.com/TaylorLorenz/status/1938315947577921676 @Hasanabiprod, "Ethan Klein has just blatantly admitted to extortion. He demands that Hasan pay $75,000 in legal defences so that Twitch streamer SeanDaBlack can avoid a lawsuit.," *Twitter/X* (27 Jun. 2025), https://x.com/hasanabiprod/status/1938744574412784093; u/dsbatt01, "Jesus Christ man," *r/LeftoversH3* (28 Jun. 2025), https://www.reddit.com/r/LeftoversH3/comments/1ln3gb1/jesus_christ_man/.

[120] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?si=ufKhndJnqN6v1AGR&t=10597 [2:56:37-2:58:05].

[121] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=ceAyapgE2YlPOUyC&t=11033 [3:03:52-3:05:00]; H3 Podcast, "My Haters Are Trembling (Because I'm Back, Baby!) - H3 Show #163," *YouTube* (7 Jul. 2025), https://www.youtube.com/live/OvO4Q5Nc8wY?si=JRF-_Ua2TYZvY66V&t=9354 [2:35:54-2:36:21]; Shrivastava, Aarnesh, "Ethan Klein shows alleged message suggesting that r/h3snark moderators are being removed amid recent controversy," *Sportskeeda* (19 Feb. 2025), https://www.sportskeeda.com/us/streamers/news-ethan-klein-shows-alleged-message-suggesting-r-h3snark- moderators-removed-amid-recent-controversy.

and that has already been resolved by banning the offending user from our moderation team and the subreddit.[122]

172. Ethan, Hila, and their employees directed their audience to overwhelm our forum and mass report us,[123] and they harass users who interact with our subreddit and other subreddits the Kleins associate with us.[124] Ethan repeatedly claims we knew of, committed, and covered up "crimes" against them.[125] He frequently accuses the current moderation team of doxxing him,[126] and he continues pinning the actions of past moderators to the current moderation team.[127] To be clear, we have absolutely no tolerance for these actions. Ethan and Hila concocted conspiracy theories about us colluding with Reddit administrators,[128] being Reddit administrators and the CEO,[129] being involved with other subreddits to coordinate

[122] HasanAbi, "DEBATING ETHAN KLEIN," *YouTube* (3 May 2025), https://youtu.be/ih2ZvBxZWig?si=w0PAmqqLKChetaKQ&t=9624 [2:40:24-2:46:00].
[123] H3 Podcast, "Debating Fresh & Fit - Off the Rails #108," *YouTube* (13 Mar. 2024), https://www.youtube.com/live/lPl1XTHQsHA?si=s-qVyPjrhxQGc3hG&t=2215 [0:36:55-0:37:18].
[124] H3 Podcast, "Cody Ko Exposed By D'Angelo Wallace, Boogie Lied About Having Cancer lol - H3 Show #29," *YouTube* (15 Jul. 2024), https://www.youtube.com/live/gyIlayEQN3E?si=Pg0587XIaiZnDfum&t=4270 [1:11:10-1:12:28]; u/BolsonaroPresoAmanha, "Ethan Klein shares picture of redditor on his Instagram implying she's ugly. She is now getting death threats," *r/FauxMoi* (8 Mar. 2025), https://www.reddit.com/r/Fauxmoi/comments/1j6no6c/ethan_klein_shares_picture_of_redditor_on_his/.
[125] H3 Podcast, "My War Against Snark - H3 Show #120," *YouTube* (11 Mar. 2025), https://www.youtube.com/live/wWG9Msgmnh4?si=ZwvEuXZW_nW_03Tc&t=6860 [1:54:17-1:55:35]; H3 Podcast, "Crew Intervention – H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=GQshZ753Db-9UESq&t=11236 [3:07:16-3:07:31].
[126] H3 Podcast, "David Dobrik Sued By State Farm Over Jeff Wittek Injury, Crew Designs New Uniforms - H3TV #102," *YouTube* (11 Dec. 2023), https://www.youtube.com/live/_uO9aEEOUa8?si=9CRmsSC9HR4Ne76a&t=4076 [1:07:56-1:08:01].
[127] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=RIjFiAhh6wIscuLF&t=11150 [3:05:49-3:06:30]; H3 Podcast, "My War Against Snark - H3 Show #120," *YouTube* (11 Mar. 2025), https://www.youtube.com/live/wWG9Msgmnh4?si=zZRwkAD1erjDgFe6&t=6857 [1:54:17-1:55:35].
[128] H3 Podcast, "We Almost Cancelled Today's Episode - H3 Show #156," *YouTube* (9 Jun. 2025), https://www.youtube.com/live/4QOofN2DaUk?si=yhwWDpc8Cz7Y3nwX&t=5380 [1:29:40-1:29:52].
[129] H3 Podcast, "Debate debrief, snark subreddit & more - See You Next Thursday #63" (Members Only), *YouTube* (14 Mar. 2024), https://www.youtube.com/live/gbS9m1ZowWY? [0:33:08].

negative coverage of them,[130] being similarly involved across other platforms beyond Reddit,[131] and being involved with companies they lost sponsorships with because their advertisements were shown on our subreddit.[132] They accuse every single person or thing that criticizes them of frequently visiting our subreddit and participating in our supposed conspiratorial organization against him.[133]

173. The following are examples of what Ethan and Hila Klein have done to their targets and how they use their audience against them: On the r/h3h3Productions subreddit that the Kleins moderate, an H3 fan created and posted a list of the names of people who donated to a charity event for Ethan to go through and study.[134] This charity event was specifically targeted because Ethan persistently talks about, criticizes, and pesters the streamer who hosted the charity event. Ethan knowingly allowed a journalist's stalker to make public and inappropriate comments about the journalist on the official r/h3h3Productions subreddit while Ethan was in a public argument with them.[135] H3's fans sent threats to the venues of

---

[130] H3 Podcast, "Reading Insane Redditor Confessions - H3 Show #109," *YouTube* (12 Feb. 2025), https://www.youtube.com/live/A8MzE_Pr9XI?si=T_hYucmEMe6nGLA&t=8903 [2:28:23-2:30:19]; H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=g-LYd6gb0oZtIKsR&t=11570 [3:12:50-3:13:50].

[131] H3 Podcast, "Content Nuke: Markiplier - H3 Show #103," *YouTube* (29 Jan. 2025), https://www.youtube.com/live/oDdnL6Pd9qU?si=0OVSGvAnJbIlGXYr&t=6537 [1:48:57-1:49:02, 2:18:59-2:19:18].

[132] H3 Podcast, "Olivia Explains The Blake Lively Drama To A Room Full Of Haters - H3 Show #46," *YouTube* (23 Aug. 2024), https://www.youtube.com/live/gGIoHnFwsRc?si=9-kNWHt3Qxmhggnr&t=5822 [1:37:02-1:38:44].

[133] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=dh3ILqU52FssT5qM&t=11363 [3:09:23-3:10:56]; H3 Podcast, "Debate debrief, snark subreddit, & more - See You Next Thursday #63" (Members Only), *YouTube* (14 Mar. 2024), https://www.youtube.com/live/gbS9m1ZowWY [0:33:08-0:47:40]; HasanAbi, "DEBATING ETHAN KLEIN," *YouTube* (3 May 2025), https://youtu.be/ih2ZvBxZWig?si=ai4UeZc1wUjiA6kN&t=8293 [2:18:13-2:22:12].

[134] u/InformationSlow9435: "H3 Foot Fungus hard at work today created a 7600 line spreadsheet for Dear Leader to track every single CC3 Stand Up To Cancer-Donation & also DOXX the Donors," *r/LeftoversH3* (7 May 2025), https://www.reddit.com/r/LeftoversH3/comments/1kh0u0u/h3_foot_fungus_hard_at_work_today_created_a_7600/.

[135] @TaylorLorenz, "Ethan Klein knows I have a psychotic and dangerous stalker who continues to endanger my physical safety. My stalker is heavily involved in Ethan's reddit community

a YouTube creator's tour stops because the YouTube creator was not supportive of Ethan and Hila anymore.[136] Ethan has threatened critics with doxed information about their names, ages, locations, professions, and relationship statuses on Ethan's Instagram stories and through emails,[137] including a person whose mother Ethan had previously tried to show on his podcast.[138] This victim's family received rape threats and allegedly a bomb threat shortly after the livestrean,[139] and the person's nude photos were shared without their consent on r/h3h3productions.[140] This was all done because that person posted a negative comment on Hila's Instagram post. Ethan expressed that he will continue harassing people even at their lowest as he proclaimed, "I'm stomping, I'm punching down. I'm never done."[141]

174. The following is also what they do to some people more than others: Ethan has repeatedly

(something I flagged to Ethan). And now Ethan has posted messages naming my stalker to his stories. This is sick," *Twitter/X* (23 Jun. 2025), https://x.com/TaylorLorenz/status/1937304028259778662.

[136] Adam McIntyre, "ethan and hila klein need to stop," *YouTube* (12 Mar. 2025), https://youtu.be/CvfVypv7ypQ?si=c2QKk8Pvz92pCpoD.

[137] @KweenInYellow, "Ethan Klein continues in his meglomaniacal campaign…," *Twitter/X* (14 Jul. 2025), https://x.com/kweeninyellow/status/1944871862338474238 @eb_basement, "Ethan Klein sent me a doxxing threat…." *Twitter/X* (20 Jun. 2025), https://x.com/eb_basement/status/1936088757087699263 u/fearless_letter7279, "Ethan is standing on business," *r/h3h3productions* (18, Jul. 2025), https://www.reddit.com/r/h3h3productions/comments/1m3b1d1/ethan_is_standing_on_business.

[138] H3 Podcast, "I Hired a Rabbi To Destroy My Yeezys - H3 Show #116," *YouTube* (28 Feb. 2025), https://www.youtube.com/live/VQiExvFz8h8?si=irMuNn1QQQwaeB93&t=2155 [0:35:51-0:38:18].

[139] @Awk2000, "Ethan Klein is beefing with someone who called him out on IG The anti fan made a TikTok alleging that H3 fans called in a "bomb threat" to his mother's school He deleted the TikTok shortly after…hinting that it could have been a publicity stunt," *Twitter/X* (1 Mar. 2025), https://x.com/Awk20000/status/1895766293967745287 Deleted User, "Ethan Klein intentionally doxxed a random guy on Instagram last week with the goal to have his fans go harass him, and the guy is still receiving threats from Ethan's rabid fans, comments treating his family are being left on his underage sisters Instagram page," *r/Fauxmoi* (9 Mar. 2025), https://www.reddit.com/r/Fauxmoi/comments/1j7duqx/ethan_klein_intentionally_doxxed_a_random_guy_on/.

[140] Deleted User, "[deleted by user]," *r/h3h3productions* (21 Mar. 2025), https://old.reddit.com/r/h3h3productions/comments/1jgs9c1/deleted_by_user/?share_id=bJ34pJ_WgMUqcNweI pAP-.

[141] H3 Podcast, "iDubbbz & Anisa Attack the Crew (We Annihilate Them) - H3 Show #190," *YouTube* (12 Sept. 2025), https://www.youtube.com/live/CuVl0DWIZj8?si=VhpIo52yNomMW-_4&t=8665 [2:00:40-2:00:52; 2:24:25-2:25-08].

called his critics terrorists and terrorist supporters.[142] Ethan and Hila pushed the false idea about the mother of a critic being a "housekeeper who's undocumented".[143] They downplayed and mocked their fanbase's utilization of federal forces against a critic.[144] Ethan baselessly called one producer a pedophile with racially charged undertones, with the producer subsequently receiving harassment from the Kleins' fanbase to the point where the producer contemplated suicide.[145]

175. Ethan and Hila hired someone who stalks their targets for them, which we suspect includes us.[146] Ethan joked about having an "anthrax hookup" and said that he just needs "addresses" while talking about how to handle criticism.[147] Ethan said he would annihilate us.[148] Their employee named Dan Swerdlove told their audience to "stand back and stand by" regarding doxxing us. Ethan said he loves harassing and trying to dox us, and he alluded to knowing private and unshared things about us. He said he will make us lose everything we love. While

[142] H3 Podcast, "I'm Going To War With The Entire Internet - H3 Show #115," *YouTube* (26 Feb. 2025), https://www.youtube.com/live/bq4Bq0KXlGE?si=Iy99NpLtJn_wWrGA&t=8386 [1:15:25-1:15:37; 2:19:46-2:20:07]; u/CheeseandAdderall, "Ethan claims Noah wants ppl to k1ll him. Also calls for his audience to tip Noah off to the FBI," *r/LeftoversH3* (26 Mar. 2025), https://www.reddit.com/r/LeftoversH3/comments/1jkvolx/ethan_claims_noah_wants_ppl_to_k1ll_him_also/ (Plaintiff cut segment from H3 Podcast, "Noah Samsen Is F*cked - H3 Show #127," *YouTube* (26 Mar. 2025)); @r43r77, "Ethan Klein should save that talk for the bedroom lmao," *Twitter/X* (6 Aug. 2025), https://x.com/r43r77/status/1953133314790797350.

[143] H3 Podcast, "Blake Lively BUSTED Again, Hasan Piker BUSTED Again - H3 Show #125," *YouTube* (21 Mar. 2025), https://www.youtube.com/live/bTXSqLY3SpM?si=L8pvoqLO9Gt_WFpY&t=11535 [3:12:15-3:25:00].

[144] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?si=Z1gcD5pZF26jRPux&t=8660 [2:24:20-3:02:06].

[145] Paige Christie, "ETHAN KLEIN DROVE A MAN TO BE SU***DAL?! | The Disturbing Story Of Patrice Wilson," *YouTube* (17 May 2022), https://youtu.be/qhvDUgn3sy0?si=J3xq-nVvPx5hcFCK&t=1911 [0:31:50-1:11:27].

[146] H3 Podcast, "Dear iDubbbz, We're Not Holding Back Anymore. - H3 Show #189," *YouTube* (10 Sept. 2025), https://www.youtube.com/live/Kzo0eCIGI0k?si=DM5y-3kg3xcDUlNS&t=1041 [0:17:21-0:18:05; 0:21:17-0:22:15].

[147] Steve-O's Wild Ride! - Podcast, "Ethan Klein Is Sick Of Lawsuits - Wild Ride #223," *YouTube* (11 Jul. 2024), https://youtu.be/RqAyJx9WEdc?si=I9KZJbXL7NougIWn&t=969 [0:16:09-0:16:37].

[148] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=wFbQ2YXiojWUq5LG&t=11251 [3:07:31-3:07:55; 3:21:25-3:25:00].

talking about unmasking us by somehow getting our information from our lawyer, an employee named Tom Ward said on their live show that Nair, a corrosive chemical substance, should be poured on our faces, and Ethan himself said that he wants to feast on our ashes.[149]

176. With the support and help of their employees, if Ethan and Hila get our identities, they will gleefully harass, smear, and hurt my family and me by posting us on their Instagram stories and showcasing my family's online profiles as they have done to other families. They do not care that their audience has threatened their critics and their families with rape, physical harm, surveillance, false reports, unlawful deportation, terrorism, and death on their behalf. In my opinion, they look forward to getting to do these things to me, my moderation team, and our families. They will not treat me any differently than the people who suffer from the Kleins' deliberately ignorant misinformation about them, saying things that could get someone hurt or killed in today's sociopolitical climate with no consideration. I cannot even describe some things that have happened to me because Ethan and Hila will use specific details to try and figure out who I am, or accuse someone else of being me and inflict collateral damage.

177. The stochastic terrorism that Ethan and Hila wield from their platform has taken away my voice, my privacy, and my sense of safety within my own home and community. There is no reason to believe that Ethan and Hila's unmasking of my identity will lead to mitigation; it will only lead to suffering disproportionate to what they are accusing us of.

178. I say all of this knowing the predictable likelihood that Ethan and Hila may read, mock, and make money off of my suffering to thousands of viewers on their livestream, but it needs to

---

[149] H3 Podcast, "Huge Lawsuit Updates, You're Going To Love These! - H3 Show #176," *YouTube* (6 Aug. 2025), https://www.youtube.com/live/tI8fGcsyfL8?si=2WLGv_iifntnStnM&t=7653 [2:07:33-2:12:25].

KRONENBERGER ROSENFELD

be said because my experience with the Kleins is not at all extraordinary. Ethan and Hila treat their cowardly attempts to control other people's public opinions of them as "content" by spending hours shamelessly harassing, spreading false information, and bullying countless people on their podcast. Their notoriety is not unearned, and we are not their last victims they will haunt online. Ethan and Hila are fixated on finding out who we are, and they will never let go of us.

179. We largely ceased our subreddit activities in February of 2025,[150] in response to Ethan's chilling monologue about discovering who we are and ruining our lives. As stated in our last message on our subreddit,[151] we genuinely believe that Ethan is at a point of no rationality behind his actions except spite, revenge, and an inappropriate and terrifying obsession with those who have "wronged" him. It is not acceptable behavior and has been excessively used against us. However, Ethan is consistently coddled and encouraged by Hila, his employees, his audience, and others to continue his public attacks and threats against us despite our halt of activity.

180. After threatening us, they then attempted to smear us by attributing an alleged visit from the Department of Children and Family Services' Emergency Response Unit in Los Angeles[152] to either the collective whole of our subreddit, other subreddits they vaguely also describe as "the snark" which was first used to describe us, or directly to us, the moderators.[153] When

---

[150] u/h3snarkmodteam2: "ANNOUNCEMENT: h3snark is on break," *r/h3snark* (17 Feb. 2025), https://www.reddit.com/r/h3snark/comments/1is0cfj/announcement_h3snark_is_on_break/.

[151] u/h3snarkmodteam2: "Concerns for Ethan Klein's Mental State | r/h3snark update," *r/h3snark* (4 May 2025), https://www.reddit.com/r/h3snark/comments/1kerma8/concerns_for_ethan_kleins_mental_state_r h3snark/.

[152] u/NoClimate322, "Ethan produced a picture of a CPS worker's business card. That's all.," r/LeftoversH3 (30 Apr. 2025), https://www.reddit.com/r/LeftoversH3/comments/1kb9us6/comment/mpss7gt/

[153] H3 Podcast, "Snark Called Child Protective Services On Us - H3 Show #119," *YouTube* (7 Mar. 2025), https://www.youtube.com/live/ZDnseOSdk_8?si=9oCKJH5lhlPyLIs8&t=10724 [2:58:44-2:59:33]; H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025),

that smear did not get us taken down, they then suggested that an honorary moderator of a subreddit they often conflate with us sent them human remains,[154] again not providing sufficient evidence that we had anything to do with it. And when that conflation did not get us taken down, then they falsely claimed we were actively trying to get one of their employees deported.[155] Over and over again, they exaggerate and distort and lie, knowing their fan base will not question their complaints and take action against us on their behalf. To be clear, we did not do any of these things.

181. This is not unique to us. Ethan and Hila continuously instigate and drag people back into their drama for reactions and "content", even if it has been months or years after their target has stopped responding.[156] They pressure others into not criticizing them, and those who do are mass reported, harassed, overwhelmed, and doxed by them and their audience members, over and over again into submission. After repeatedly harassing and insulting their critics for hours on the podcast live shows, they and their employees then have the audacity to ask why their "enemies" digitally block and ban them.[157] In my observations, they do not consider any of their behavior to be detrimental to themselves or others, and they do not care

---

https://www.youtube.com/live/xu3obq7ssQ0?si=p7PVQQJ9pYfycxmr&t=9451 [2:37:31-2:37:39]; @mattlieb, "I'm 100% against anyone calling CPS on YouTubers they don't like. *48 hours of being harassed by Ethan Klein later* We gotta save them kids.," *Twitter/X* (13 Mar. 2025),https://x.com/mattlieb/status/1900243036283822141.

[154] H3 Podcast, "They Sent Two Human Skulls To My House - H3 Show #138," *YouTube* (21 Apr. 2025), https://www.youtube.com/live/doGqfGdpV_I?si=ghPVPHeaMi2wnH4s&t=521 [0:08:41-0:09:06; 0:20:15-0:20:49].

[155] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?si=zxjh_FQf6G7m0Gpq&t=9439 [2:37:19-2:37:31].

[156] Trisha Paytas has not spoken to or about Ethan and Hila Klein since the end of their show *Frenemies* and aftermath in 2021; H3 Podcast, "Vaush Exposed For Messaging A Minor (Allegedly) - H3 Show #171," *YouTube* (25 Jul. 2025), https://www.youtube.com/live/VWvv5Y7JPR0?si=IEipRsJUWFsRNOR5&t=11770 [3:16:10-3:17:20].

[157] H3 Podcast, "IDubbbz Is A Stinky Lazy Loser - H3 Show #181," *YouTube* (18 Aug. 2025), https://www.youtube.com/live/_yjPuaIvLj4?si=eQHn-zV3WfY09me5&t=4988 [1:23:07-1:24:07]; H3 Podcast, "Dear IDubbbz, We're Not Holding Back Anymore. - H3 Show #189," *YouTube* (10 Sept. 2025), https://www.youtube.com/live/Kzo0eCIGI0k?si=AI_fRSXYd7104X88&t=4104 [1:08:24-1:08:50].

to be truly honest about other people to their audience.

182. I do not believe any of this will end even with a hopefully successful motion to quash because Ethan, Hila, his employees, and his fanbase will likely and predictably devise other ways to obtain our information. This is a pattern with the Kleins. This is how they generate their income, this is how they get views, and this is how they obtain their personal entertainment. They will continue to menace us and others until someone or something forces them to stop.[158]

183. This is not about copyright infringement, because if it was about copyright infringement, I would have expected that Ethan not gleefully gloat about how they have essentially "kept her mouth shut" regarding a defendant, scolded her for not handling the case the way he thought she should, and boasted about garnishing her wages.[159]

184. If this was about copyright infringement, I would have expected that Ethan would not have pettily revealed private information about a potential settlement with a defendant on his Instagram story, scoffed at the idea that he is causing financial torment with these lawsuits by deliberately ignoring how expensive lawyers can be, and unfoundedly insisted that she instead spent the money she raised for her legal fees on drugs.[160]

185. If this was about copyright infringement, I would have expected that Ethan would not joke

[158] Knapp, JD. "YouTuber Ethan Klein Loses Anti-SLAPP Appeal in Producer Ryan Kavanaugh Defamation Case," *The Wrap* (6 Apr. 2025), https://www.thewrap.com/youtuber-ethan-klein-loses-appeal-producer-ryan-kavanaugh-defamation/; H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?si=uFvutnmWhNz-ycBs&t=12100 [3:21:40-3:25:40].

[159] H3 Podcast, "About The Frogan Lawsuit… - H3 Show #172," *YouTube* (28 Jul. 2025), https://www.youtube.com/live/YiGfOEj9K0U?si=esdbksFKjZMaluG5&t=9638 [2:40:38-2:56:30].

[160] @kaceytron, "I did a macrodose of psilocybin yesterday, my intuition is on fire… all of my tarot pulls were that of a big win for myself. Oh Ethan Klein, you fool. Your victim complex just met its match, I am an innocent white woman. See you and Hilda in court!," *Twitter/X* (14 Sept. 2025), https://x.com/kaceytron/status/1967397590594662785 H3 Podcast, "Responding to Denims, iDubbbz & Anisa - H3 Show #191," *YouTube* (15 Sept. 2025), https://www.youtube.com/live/yvuLMQwNCq4?si=m-AhODp9sz1vRq_I&t=1119 [0:18:39-0:35:50].

and flaunt that he has a defendant's address as a direct result of suing her, nor that he would encourage his employee, AB Ayad, to also begin copyright infringement lawsuits against her while she was publicly responding to AB's unsubstantiated claim that she was blackmailing and threatening AB and his wife.[161]

186. If this was about copyright infringement, I would have expected that Ethan would not have said that these lawsuits would not actually go to court, showing that the intent of these lawsuits are to get our information through either "creative settlement offers and stuff" with the defendants, whom he wrongly thinks has our identities, or a subpoena, which is where we are now, before dropping the cases.[162]

187. They are humiliating and punishing their non-wealthy victims by abusing their influence and platform throughout these lawsuits. That includes us. We have not been able to fundraise for our own legal fees because of Ethan and Hila's persistence in finding out who we are, making it dangerous. We have relatively little public attention or support because of our relation to the case and lack of public presence. However, we are just as impacted as the named defendants. Ethan and Hila are hurting us just as much as they are hurting them by disrespecting our boundaries, private information, and financial situations.

188. These lawsuits and our forced participation in them are ridiculous and should have never made it to this stage. I am angry and frustrated that I am required to waste a significant amount of my own income and savings just to protect myself and my moderation time from the Kleins, while the Kleins can comparatively throw a meager fraction of their millions of dollars at the legal system to ruin our lives for criticizing them.

---

[161] H3 Podcast, "Responding to Denims, iDubbbz & Anisa - H3 Show #191," *YouTube* (15 Sept. 2025), https://www.youtube.com/live/yvuLMQwNCq4?si=CJMMKFu3jLoJ3f-4&t=6608 [1:10:22-1:10:35; 1:50:10-1:50:45].

[162] H3 Podcast, "I'm Loving The Reactions To The Lawsuits (Final Episode) - H3 Show #162," *YouTube* (20 Jun. 2025), https://www.youtube.com/live/iwwSERCF_Gk?si=wdWmNoAFVpZ7J2VE&t=6360 [1:46:00-1:46:26].

189. I stress, once again, that Ethan and Hila should not be allowed anywhere near our identities. They are not trustworthy people.

190. Ethan claimed that if our personal and private information becomes public because of his lawsuits against us, that he "literally cannot help it" if his fanbase and the general internet space attacks us, threatens us, and hurts us.[163] Yet, he primes his audience by painting us as people who want to harm them and their families, who have done "crimes" to them, and who deserve to face consequences if Ethan and Hila get our identities. There is no question as to what their audience has already deduced from Ethan's inciting words and actions, and there is no question as to how their audience will respond to our identities being unmasked.

191. I can only sincerely hope that the Court recognizes Ethan and Hila's legal actions for what they are – thinly veiled attempts to obtain our personal information for malicious intent hidden behind a flimsy case of copyright infringement. It is a grave mistake to enable Ethan and Hila Klein, as they have been enabled many times, by denying our motion to quash.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: September 22, 2025

By: s/ Doe
Doe

[163] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4?si=w7MD1dgMnE6Wa3eQ&t=11491 [3:11:30-3:12:240].

KRONENBERGER ROSENFELD

KRONENBERGER ROSENFELD

## DECLARATION OF DOE

I, Doe, do hereby declare:

192. I am a Doe Defendant in the lawsuit *Ted Entertainment, Inc. v. Saber (Denims)*, pending in the United States District Court for the Central District of California, Case No. 2:25-cv-05564-WLH-PD, and am or was a moderator of the H3Snark Subreddit during the relevant time period, i.e., January 30 or 31, 2025, the dates of the so-called "Inducement Posts"; or, my identifying information is being sought through Plaintiff's Subpoenas to Reddit and/or Discord. Unless otherwise stated, I have personal knowledge of the facts outlined in this declaration, and if called to testify, could and would do so competently.

193. Your Honor, I respectfully submit this Victim Impact Statement under seal due to a profound and well-founded fear for the safety of myself, my family, and my fellow moderators.

**Background and Association with H3Snark**

194. I was a long-time viewer and contributor to the r/H3Snark subreddit before becoming a volunteer moderator. I was initially drawn not to the host, Ethan Klein, but to the community whose live chats were always fun and positive. Most of the members were former fans who wished to engage in critical discussion about his podcast. This was especially true as the show's content devolved from creative commentary into what I perceived as a daily, targeted attack on a rotating cast of "enemies."

**H3Snark Moderator Duties & Responsibilities – My Role**

195. My role as a moderator was unpaid and centered on upholding community rules strictly prohibiting harassment, bullying, doxxing, and bigotry. My purpose was not to spread hate or incite harassment, but to facilitate respectful discourse. Our subreddit served as a necessary space for viewers who had been systematically banned from the main H3 subreddit for even mild criticism or participating in the H3Snark subreddit.

**Response to Ethan and Hila's Claims of Community Conduct**

196. The plaintiff's characterization of our community is a fiction. We successfully fostered a space for civil, engaging discussion, a fact that stands in stark contrast to the plaintiff's own documented conduct on his various platforms including his own subreddit with over 500,000 members which both Ethan and Hila are mods of. Their claims of coordinated harassment are demonstratively false. This is further contradicted by Reddit's own findings that H3-controlled subreddits, not ours, were guilty of platform violations.[164]

**Primary Objective of Litigation: Compelled Identification of Anonymous Critics**

197. Ethan Klein has made his hatred for "snarkers" a central theme of his show. This lawsuit is not an isolated action but the escalation of a sustained, public campaign of intimidation against anonymous critics. His actions demonstrate a clear intent to abuse the legal system to uncover our identities:

197.1. Ethan has publicly threatened to use litigation as a means to discover who we are so we "lose everything," pursuing this after failed attempts to obtain our information from Reddit.[165]

197.2. On July 11, 2025, he and Hila Klein openly admitted to "abusing the DMCA process," boasting how easy it was to file false claims in an attempt to unmask us[166].

197.3. He has propagated baseless conspiracy theories, falsely declaring H3Snark mods run several subreddits including r/youtubedrama, r/Fauxmoi, and

---

[164] H3 Podcast, "They Sent Two Human Skulls To My House - H3 Show #138," *YouTube* (21 Apr. 2025), https://www.youtube.com/live/doGqfGdpV_I?si=uew2D9DdBz5qRZt3 [2:11:07-2:12:30]; u/Classic-Carpet7609, "Ethan Klein says Reddit refuses to remove his snark subreddit because they don't see the difference between the snark subreddit and his own subreddit," *r/Fauxmoi*, https://www.reddit.com/r/Fauxmoi/comments/1k4qyxt/ethan_klein_says_reddit_refuses_to_remove_his/. Archived: http://archive.today/PPRin.

[165] HasanAbi, "DEBATING ETHAN KLEIN," *YouTube* (3 May 2025), https://youtu.be/ih2ZvBxZWig?si=yakdsrY8Z4jXKn-T&t=9567 [2:39:27-2:46:00].

[166] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul 2025), https://www.youtube.com/watch?v=xu3obq7ssQ0 [2:56:53-3:00:00].

r/therewasanattempt[167]. Ethan further claims we are coordinated and funded (by Reddit) "cabal" that moderate numerous large subreddits to attack and gaslight him[168]. We closed down the sub for a break, shortly after we made the choice to close for good, citing Ethan's rapidly declining mental health.[169]

197.4. He has bragged about finding a "mole" among the H3Snark moderators[170].

197.5. He has explicitly stated his intent to expose us to our "friends, family, workplaces, and schools" to inflict maximum personal and professional damage.[171]

197.5.1. *"If there's any justice in the world [the H3Snark mods] will lose everything that they care about and I will be the one who makes them lose those things… through legal means. Through any legal means."*[172]

197.6. Ethan has claimed that if not for H3Snark, he wouldn't be suing the three main creators named in these complaints.[173] Ethan's conflict with r/h3snark has been reported on by others who have commented on the escalation.[174] Below are two

[167] H3 Podcast, "I Can't Handle This Anymore - H3 Show #111," *YouTube* (17 Feb. 2025), https://www.youtube.com/live/N2W4RJ2tEnY?si=aJ6e7_vw6sAl8tKN [2:37:27-3:09:33].
[168] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [3:10:24-3:12:07].
[169] u/h3snarkmodteam2, "Concerns for Ethan Klein's Mental State | r/h3snark update," *r/h3snark* (4 May 2025), https://www.reddit.com/r/h3snark/comments/1kerma8/concerns_for_ethan_kleins_mental_state_r_h3snark/.
[170] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [03:04:00-03:05:20].
[171] Mukherjee, Shreyan. "Ethan Klein and r/h3snark subreddit controversy: What exactly happened?," *Sportskeeda* (18 Feb. 2025), https://www.sportskeeda.com/us/streamers/ethan-klein-r-H3Snark-subreddit-controversy-what-exactly-happened.
[172] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [3:21:43-3:21:56].
[173] H3 Podcast, "Dear iDubbbz, We're Not Holding Back Anymore. - H3 Show #189," *YouTube* (10 Sept. 2025), https://www.youtube.com/live/Kzo0eCIGI0k?t=9475s [2:37:55-2:38:49].
[174] Mukherjee, Shreyan. "Ethan Klein and r/h3snark subreddit controversy: What exactly happened?," *Sportskeeda* (18 Feb. 2025), https://www.sportskeeda.com/us/streamers/ethan-klein-r-H3Snark-subreddit-controversy-what-exactly-happened.

KRONENBERGER ROSENFELD

screenshots taken of Instagram Stories published by Ethan that reveal his intent to dox or otherwise "expose" the moderators and shows he seeks to intimidate them by hinting at knowing information about them.

198. He has created subreddits for the admitted purpose of harassing and "trolling" us, directly inciting his massive audience against a handful of individuals.[175]

199. This pattern is well-established. Ethan's previous campaigns against critics, such as Ryan Kavanaugh, involved creating an allegedly slanderous website and inciting a years-long harassment campaign, providing a terrifying blueprint for his intentions for us.[176]

**Content Nuke - Hasan Piker | Attacking Criticism, Not Infringement: The Mods' Fair Use**

---

[175] H3 Podcast, "Ethan Needs a Dentist - SYNT #88" (Members Only), *YouTube* (17 Oct. 2024), https://www.youtube.com/live/U8H6UK4gWXM [1:01:28].

[176] Alford, Aaron, "'This is legal harassment:' Podcaster Ethan Klein sued yet again, this time for defamation," *InvenGlobal* (2 Dec. 2021), https://www.invenglobal.com/articles/15855; "Triller V Ted," *SCRIBD* (n.d.), https://www.scribd.com/document/552882346/Triller-v-Ted.

**Defense**

200. It's easy to forget that copyright infringement is the purported basis for this complaint, given all the theatrics surrounding and included in this case. At its core, I do not believe the infringement claims hold water against Does. The way we ran H3Snark, was with fair use in mind. Under all our posts was an Auto-Moderator comment explaining we don't tolerate copyright infringement[177], and we also made comments encouraging people to make transformative content[178] with the knowledge Ethan is filing DMCA takedowns for any post he disagrees with.

**AutoModerator** MOD · 7mo ago ·

**Disclaimer**: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

201. It is my understanding that for the plaintiff's claim to be valid, we would have had to knowingly post links to reaction streamers that we knew would play the full video uninterrupted. To be clear, I did not watch Denims or any of the other content streamers when we posted the Megathreads. It seems as though plaintiff tried to apply *Hosseinzadeh v. Klein, 276 F.Supp.3d 34 (S.D.N.Y. 2017)*[179] without regard to the fact that case was about pre-produced edited videos; live reactions differ in several ways. Plaintiff's attempts to

---

[177] "Wiki - Rules," *r/h3snark* (n.d.), https://www.reddit.com/r/H3Snark/wiki/index/#wiki_rules.

[178] Deleted User, "False Copyright Strike Tracker Megathread | Ethan Klein is Abusing the Copyright System to Censor Criticism about Himself and the H3 Podcast on Reddit," *r/h3snark* (6 Dec. 2024), https://www.reddit.com/r/H3Snark/comments/1h851se/false_copyright_strike_tracker_megathread_ethan/.

[179] *Hosseinzadeh v. Klein*, 276 F.Supp.3d 34 (S.D.N.Y. 2017) https://scholar.google.com/scholar_case?case=2848981554479469205&q=hosseinzadeh+v+klein&hl=en&as_sdt=2006.

"surgically apply fair use"[180] appear driven by a motive to suppress criticism, as evidenced by the complaint's strategic focus on takedowns of critical posts, specifically. The moderators and I ran a critique and commentary subreddit. By its nature it was a form of protected speech. Even saying we "hate watched" the show, still makes it a form of critical engagement and commentary that ultimately drives traffic back to TEI's content.

**Potential Harms & Consequences of Unmasking my Fellow Does and I**

202. My fear of repercussion if I am unmasked is not hypothetical. The plaintiff has a documented history of inciting his followers to target critics, which can turn—and has turned, for others—into real-world consequences. This incentivization extends to his employees. One example includes his own employee, AB, on air pulling up an individual named Joe Coope's profile in this episode . This is a regular occurrence on the show, where Ethan recaps things he posts on Instagram. Ethan and his crew will look through the Instagram comments, attempting to locate a commenter with a public profile to go through on air. In this particular case, Ethan and his crew go on to make fun of Mr. Coope's appearance and posts, and encourage the show's fans to target this individual. At the same time, Ethan has a researched on staff (AB) trying to dig up whatever information he can to pass on to Ethan for him to share on air. Later, Ethan tried to show Mr. Coope's mother on the stream as well, stating, "Here's your mom, I wonder if she knows what you do on social media in your free time…" Later, Ethan tried to show Joe's mom on stream as well[181].

---

[180] Compl. ¶ 34
[181] *I Hired a Rabbi To Destroy My Yeezys - H3 Show #116* https://www.youtube.com/live/VQiExvFz8h8?si=irMuNn1QQQwaeB93&t=2155 [0:35:51 - 0:38:18]

KRONENBERGER ROSENFELD



203. If our identities are revealed, I have no doubt we will be subjected to sustained, vicious harassment from his followers. He has dismissed concerns about this violence as "snark-brained,"[182] making the threat feel imminent.

**Using the Legal System as a Tool for Klein's Personal Vendetta**

204. I do not believe Plaintiff's lawsuit was brought in good faith. Instead, it appears to me to be a weaponization of the legal system by a powerful, litigious individual with virtually limitless resources to punish and silence criticism. Ethan has admitted his obsession, stating he is "willing to go bankrupt…There's no limit that- what I will do, legally, to destroy their lives in this pursuit[183]." I feel the true motivation for filing the lawsuit is not based on copyright infringement; it is the culmination of his harassment campaign, designed to

[182] H3 Podcast, "Dear Hasan Piker... - H3 Show #106," *YouTube* (5 Feb. 2025), https://www.youtube.com/watch?v=6KV16LWcnTY [2:29:00-2:31:35].
[183] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [3:23:23-3:25:47].

achieve through the courts what he could not achieve through platform rules or honest discourse.

**The Punishing Burden: Emotional & Physical Cost**

205. The effect of being one of many targets of this obsessive campaign has been catastrophic for my mental and physical health.

**Summary and Conclusion**

206. I state this with absolute clarity: if my identity is revealed through this process, the ensuing harassment would be unbearable. Allowing Plaintiff's subpoenas to move forward poses grave and immediate danger. Allowing our unmasking would serve no legitimate legal purpose but would directly facilitate harassment and retaliation. It would reward a demonstrable abuse of process and would have a chilling effect on free speech and anonymous online moderation.

207. The plaintiff does not care about copyright; he cares about content for his show and exacting revenge. I am certain that our statements of fear and suffering will be read and mocked on his podcast for the amusement of his audience, turning our terror into monetized content.

208. I implore you, Your Honor, do not allow the court to become a tool for this vendetta. I urgently and respectfully ask that you quash the subpoena.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: September 22, 2025

By: s/ Doe
Doe

KRONENBERGER ROSENFELD

KRONENBERGER ROSENFELD

**DECLARATION OF DOE**

I, Doe, do hereby declare:

209. I am a Doe Defendant in the lawsuit *Ted Entertainment, Inc. v. Saber (Denims)*, pending in the United States District Court for the Central District of California, Case No. 2:25-cv-05564-WLH-PD, and am or was a moderator of the H3Snark Subreddit during the relevant time period, i.e., January 30 or 31, 2025, the dates of the so-called "Inducement Posts"; or, my identifying information is being sought through Plaintiff's Subpoenas to Reddit and/or Discord. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could and would do so competently.

**Personal Background and Involvement with H3Snark**

210. I have been a long-time viewer of the H3 Podcast and an active participant in various H3-related subreddits on Reddit. My involvement grew to the point where I was invited to help moderate a new community; a subreddit called H3Snark, created specifically for criticizing the H3 Podcast.

211. The H3Snark subreddit was born out of a need for an open space where honest critique could be expressed freely. This space emerged because the official r/H3H3Productions subreddit, overseen by Ethan and Hila Klein themselves, strictly prohibited any form of criticism. Many people, myself included, were banned without explanation or any opportunity to offer feedback. In fact, years before, I was banned from that official subreddit simply for sharing constructive suggestions and ideas for the show. I proposed new segments and skits, motivated purely by my passion for the podcast and as a dedicated fan wanting to contribute positively. Yet, rather than welcoming my input, I was met with rejection and exclusion. At no point did I intend harm or negativity; my only wish was to support and help the show grow.

KRONENBERGER ROSENFELD

**My Role as an H3Snark Moderator**

212. From the very beginning, we recognized that the H3Snark subreddit, created to criticize or lightly poke fun at the H3 Podcast, might attract individuals who were willing to push boundaries too far. It was absolutely essential for us to foster a welcoming and positive community, one free from harassment, hate, or harmful behavior.

213. Everything we undertook as moderators was focused on cultivating a respectful and supportive environment. We valued the voices of our members deeply, regularly seeking their feedback and seriously considering their suggestions to improve the space. For instance, early in our moderation, we strengthened our rules against body shaming and commenting on physical appearances[184]. We also made the difficult but necessary decision to ban the mention of two online personalities, Redbar and Bad Empanada, due to the nature of their content[185].

**Subreddit Moderation and Copyright Policy**

214. One function of the custom-written AutoModerator code was to automatically remove any links to, or mentions of, alternative viewing sites such as YewTube. This was implemented on October 22, 2024, and we created a standardized response that could be applied when removing offending comments or posts that same day. We also updated the code periodically to ensure it caught all sites and apps. The ban on alternative sites, including YewTube, was also added to the subreddit's rules wiki page as of November 16, 2024. Below is our standardized response when removing alternative viewing URLs or mentions:

---

[184] Deleted User, "META: Rule 2 discussion and feedback request," *r/h3snark* (16 Nov. 2023), https://www.reddit.com/r/h3snark/comments/17wtylv/meta_rule_2_discussion_and_feedback_request/.

[185] Deleted User, "Update: we will no longer allow submissions from Redbar Radio.," *r/h3snark* (1 May 2024), https://www.reddit.com/r/h3snark/comments/1chrs4c/update_we_will_no_longer_allow_submissions_from/.

| Alt Sites / Yewtu.be | Your recent submission has been removed because it contained a link to an alternative video viewing site. According to Reddit admins, links to these sites are not permitted on r/h3snark. Please ensure that any future submissions comply with our guidelines. Thank you for your un derstanding. | Removals |
| --- | --- | --- |

215. We provided detailed FAQ pages, clear rules, multiple ways to contact the moderators, and links to H3Podcast's official outlets so that members could easily access content directly from the source. We also used Reddit's built-in post scheduling tool to automatically create Megathreads for every live H3 Podcast episode, which linked directly to the H3 Podcast YouTube channel.

216. Because many members asked how to upload short video clips to Reddit for commentary, the subreddit initially shared instructions for recording and uploading short clips. These instructions were intended to redirect users and reduce the workload for moderators, who otherwise had to repeat the same answers, just as with other information on wiki pages. Most people on Reddit prefer embedded video clips within Reddit since this is the default experience and does not force users to leave the app. We did not tell or encourage members to use embedded videos, nor did we provide any incentives for them to do so.

217. All of our practices were typical for any subreddit on the platform, and if anything, we went above and beyond to ensure we did not infringe on copyright. Every set of instructions always included a prominent disclaimer against copyright infringement, displayed at the top of the Tools and Tips Wiki page as well as below the direct instructions. Here is our Tool, Tips, and Guides Wiki page featuring a clear copyright disclaimer:

KRONENBERGER ROSENFELD

index/tools-tips-guides | view | edit | history | talk | settings

## Helpful Snark Tools, Tips, and Guides

Here is a compilation of useful tools, tips, guides, and more to assist you in locating videos, timestamps, receipts, and various other resources.

**Harassment Disclaimer**: While we encourage exploration, we vehemently condemn any form of harassment, hate, trolling, or brigading. We do not support or condone such behavior in any way. Enjoy the content responsibly, and let's maintain a respectful community.

**Copyright Dislaimer**: It is important to note that the unauthorized download or redistribution of copyrighted material may violate applicable copyright laws. We do not endorse, promote, or encourage any illegal activity, including the unauthorized downloading or distribution of copyrighted material. Users are advised to respect the rights of content creators and adhere to all relevant copyright laws and regulations.

## Internet Archives

These platforms function as tools to explore a website's historical data, allowing users to view

Helpful Snark Tools, Tips, and Guides
Internet Archives
Archive URLs / Search Archives
Bulk save multiple pages
Screenshots
Videos and Timestamps
Find Videos, Timestamps or Clips
Unlisted Youtube Videos
Other Tools
Youtube Insights
Track followers
Social Blade
Mixerno
YouTube Metadata
Channel
Video
Comments
Download Videos
Download Videos
Download Youtube Members-Only

218. All video clip making instructions were completely removed from the subreddit and wiki as of September 14, 2024, and the entire wiki page was removed on February 17, 2025. The screenshot the plaintiff included in their complaint is outdated and also appears to be purposely cropped to omit the disclaimer.

219. On July 23, 2024, we also wrote code for an automated copyright disclaimer comment to be posted on each submission, inviting anyone who believed their copyright was infringed to contact us for prompt removal. Our intent was always to comply fully with copyright regulations. Here is our AutoModerator disclaimer at the time of Content Nuke - Hasan Piker's release:



AutoModerator MOD • 8mo ago •

**Disclaimer**: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

*I am a bot, and this action was performed automatically. Please contact the moderators of this subreddit if you have any questions or concerns.*

**Ethan and Hila's Claims**

220. Although Ethan and Hila have attempted to portray snark subreddits as inherently harmful by comparing them to some of the worst communities on the internet that use the word "snark" in their titles, we always believed that "snark" was the only fitting description for what we did. We did not hate anyone; we did not seek to cancel or harm anyone; our intention was purely to offer criticism and, at times, gently poke fun. This included lighthearted jabs at things like bad lighting[186], poor audio quality[187], or moments such as Hila Klein painting her face blue and wearing chapless pants with silver butt plates[188]; an image that to me felt like a scene from a Mel Brooks parody film. Below is Hila Klein wearing blue face-paint and a silver butt plate:

---

186 Deleted User, "Ethan was making fun of the lighting on Ryan Kavanaugh's podcast but SYNT looks like this," *r/h3snark* (8 Feb. 2024), https://www.reddit.com/r/h3snark/comments/1amf0ew/ethan_was_making_fun_of_the_lighting_on_ryan/.

187 u/chloe-et-al, "(sound warning: loud audio glitch at start) during synt #87 today, an loud static audio glitch kept happening. dan and zach blame the audience for complaining," *r/h3snark* (4 Oct. 2024), https://www.reddit.com/r/h3snark/comments/1fvs920/sound_warning_loud_audio_glitch_at_start_during/.

188 Hila Klein, "we went all out on this photoshoot," *YouTube* (7 Jul. 2023), https://www.youtube.com/watch?v=n9NHduDvi1w [at 11:16].

KRONENBERGER ROSENFELD



Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 346 of 582

11:16 / 12:13
we went all out on this photoshoot
Hila Klein
1.76M subscribers
Subscribe
6.7K
Share
Clip

**Successfully Fostering a Respectful Community**

221. We succeeded in creating a community where no one was harassed or mocked for their weight, appearance, or any other unchangeable traits, and instead the focus remained firmly on actions and statements made within the podcast. Typical discussions addressed serious issues such as the host, Ethan Klein's, use of the n-word and other slurs, as well as topics involving sexism, racism, and homophobia.

222. Members both within our subreddit and from other communities praised us for maintaining such a positive, respectful environment. However, we were also frequently criticized for being too strict or limiting members' freedom of expression, a price we were willing to accept to protect the integrity and safety of the space.

Case No. 3:25-mc-80296 121 DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS

App. p. 346

KRONENBERGER ROSENFELD

**This Lawsuit Has Always Been About Uncovering Our Identities**

223. As early as 2023, Ethan Klein began making threats against me and the other moderators[189]. He threatened to sue us, warned of involving the FBI[190], and specifically threatened to sue us for defamation and hate crimes[191] in an attempt to intimidate and silence us. Klein actively pursued uncovering our identities by exploiting the legal system, employing digital forensic investigators[192], and other means to reveal who we are.

224. Klein openly declared that he could not wait to expose our identities to our friends, family, workplaces, and schools, a threat that deeply affected our personal lives and sense of security. In addition, Klein created multiple subreddits specifically to harass us moderators, a fact he admitted on his podcast[193], and expressed frustration that Reddit removed those subreddits due to harassment. Here is one of Ethan Klein's Instagram stories on 17-02-2025:

[189] H3 Podcast, "Responding to hila conspiracy theories - See You Next Tuesday #50" (Members Only), *YouTube* (Nov. 31, 2023), https://www.youtube.com/watch?v=O86fRRS3I1g.

[190] H3 Podcast, "This Beauty TikToker Is Coming After Me - Off The Rails #111," *YouTube* (Apr. 3, 2024), https://www.youtube.com/live/xIl2dEZnvYQ?si=J6EUCDp78j614YPG [at 2:17:38].

[191] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [at 03:04:23].

[192] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [at 3:04:23].

[193] H3 Podcast, "Ethan Needs a Dentist - SYNT #88" (Members Only), *YouTube* (17 Nov. 2024), https://www.youtube.com/live/U8H6UK4gWXM [at 1:01:28].



225. Further escalating the attack, Ethan filed DMCA strikes against the H3Snark subreddit[194], seemingly aiming to take it down completely. On their podcast, Ethan and Hila discussed at length how other subreddits had been dismantled through copyright strikes and outlined these tactics as a strategy to eliminate H3Snark[195]. They also openly stated that Reddit would only act to remove the H3Snark subreddit in the event of bad publicity[196], revealing an intent to suppress criticism through these pressures.

**The Nuke**

226. Ethan Klein claims that we had prior knowledge of who was streaming "The Nuke" because we were in close contact with them or involved in something more sinister. In truth, we only

[194] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?si=H5RsSUsf4JrbRAu1&t=10595 [at 2:56:35]; H3 Podcast, "We Almost Canceled Today's Episode - H3 Show #156," *YouTube* (9 Jun. 2025), https://www.youtube.com/live/4QOofN2DaUk?feature=shared&t=5572 [at 1:33:17].

[195] Adam McIntyre, "ethan klein is trying to silence people who don't agree with him," *YouTube* (7 Jan. 2025), https://www.youtube.com/watch?v=Nbse0YwZm64 [at 2:57:18].

[196] H3 Podcast, "The BacH3lor Ep. #3 - A Romantic Boat Ride w/ Morgan (Ft. Jeff Wittek) - After Dark #141," *YouTube* (15 Mar. 2024), https://www.youtube.com/watch?v=MBDl186rta8 [at 0:43:50]; H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [at 3:25:06].

learned about these streamers through members of our subreddit community. Some of these creators occasionally posted on our subreddit or gave us shout-outs in their videos, but it is completely unfounded to suggest that we knew them personally or maintained any direct relationship.

227. Personally, I do not watch anyone on Twitch or the streamers we linked to in our posts or megathreads on H3Snark. The only reason we shared links to those streamers was because many of our subreddit members requested them; it was never because I followed or interacted with them on social media or learned information from them directly. I did not watch any of these content creators stream *Nuke* live, or watch their reactions to *Nuke* at any other time.

228. Given the large number of people watching the release of *Nuke* unfold, the other moderators and I worked diligently to combat spam, which could easily overwhelm the subreddit. To address this, we created so-called Megathreads designed specifically to reduce spam and make moderation easier by consolidating discussions into a single, organized place.

229. On H3Snark, every single post, without exception, must be manually approved by a moderator before it appears. This process applies not only to new users or specific cases, but to every post, requiring significant effort from our team. If users cannot quickly find the information they seek, they tend to create multiple posts on the same topic. Without strict moderation, this would lead to chaos and make managing the subreddit far more difficult. It is much more efficient for moderators to focus attention on a single consolidated post containing 99 percent of related discussion, rather than moderate hundreds of scattered posts on the same subjects.

**What Would Happen If We Were Unmasked**

230. The repercussions if we are unmasked are not hypothetical; it is a harsh reality I know we would face. If our identities were revealed, I am certain we would become targets of

swatting, a dangerous and potentially deadly harassment tactic.

231. This threat is made even more real by the hateful rhetoric found on platforms like Kiwi Farms, which has already been connected to the deaths of three individuals[197]. On such sites, some people openly declare that myself and the other moderators deserve whatever harm comes our way. I have provided examples of such posts from Kiwi Farms in screenshots below. Their belief stems largely from false accusations that we contacted Child Protective Services to take Ethan and Hila's children away, an accusation Ethan Klein himself has repeatedly made on his podcast[198][199]. He consistently blames "the snarkers" and the "snark subreddit" for this claim, as well as for packages containing human skulls, he alleges were sent to his home[200]. Relevant screenshots from Kiwi Farms with corresponding URLs are included below, paragraph 233.

232. Additionally, at the time these claims were made the H3Snark subreddit had been shut down and was entirely inactive. I swear that I nor the subreddit had anything to do with these events and were not responsible for them in any way. Below are screenshots of Ethan and Hila accusing "Snark" of reporting their household to CPS, Ethan claiming that "snarkers" sent two human skulls to his house and an Instagram story of Ethan's claims the H3Snark subreddit is responsible for reporting their household to CPS.

---

[197] Colombo, Charlotte, "Kiwi Farms, the forum that has been linked to 3 suicides, was made to troll Chris Chan years before she was arrested on an incest charge," *Insider* (3 Aug. 2021), https://www.yahoo.com/entertainment/inside-history-kiwi-farms-controversial-194906787.html.

[198] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?si=p7PVQQJ9pYfycxmr [at 2:37:31].

[199] H3 Podcast, "Snark Called Child Protective Services On Us - H3 Show #119," *YouTube* (7 Mar. 2025), https://www.youtube.com/watch?v=ZDnseOSdk_8.

[200] H3 Podcast, "They Sent Two Human Skulls To My House - H3 Show #138," *YouTube* (21 Apr. 2025), https://www.youtube.com/watch?v=doGqfGdpV_I.







233. Evidence strongly suggests these human skull packages were a hoax, likely sent by Ethan and Hila themselves. Images shared publicly, including those by journalist Taylor Lorenz,

KRONENBERGER ROSENFELD

show the skulls arriving in a box clearly branded from skullsunlimited.com[201]. Ethan's story, that he believed the box contained computer parts and that the FBI investigated but advised him to keep the skulls, is contradictory and casts further doubt on the legitimacy of his claims. Furthermore, his producer claims he contacted the company and returned the items[202], deepening suspicions that this was a staged event designed as a media hoax to fuel a lawsuit against us, justify arrests, or incite harassment by his supporters, as seen in discussion threads across Kiwi Farms[203] and other forums, as shown in three screenshots below. Also shown is a screenshot of tweet from Journalist Taylor Lorenz showing the skulls' original packaging.[204]

https://kiwifarms.st/threads/ethan-klein-h3h3productions.48352/post-22144981

---

201 @TaylorLorenz, "As annoying as it is when Ethan Klein blatantly lies about me, I've seen people saying that he also lied …," *Twitter/X* (19 Jun. 2025), https://x.com/TaylorLorenz/status/1935668136222896130.

202 H3 Podcast, "They Sent Two Human Skulls To My House - H3 Show #138," *YouTube* (21 Apr. 2025), https://www.youtube.com/watch?v=doGqfGdpV_I.

203 Diabeetus, "Ethan Klein / h3h3Productions / 'pedo_troll,'" *KiwiFarms*, https://kiwifarms.st/threads/ethan-klein-h3h3productions.48352/.

204 @TaylorLorenz, "As annoying as it is when Ethan Klein blatantly lies about me, I've seen people saying that he also lied …," *Twitter/X* (19 Jun. 2025), https://x.com/TaylorLorenz/status/1935668136222896130.



https://kiwifarms.st/threads/ethan-klein-h3h3productions.48352/post-22145615

https://kiwifarms.st/threads/ethan-klein-h3h3productions.48352/post-22146098

234. If this is true, and Ethan and Hila did order the skulls themselves, it reveals just how far they are willing to go to inflict harm on us through harassment, deception, and legal intimidation.

235. The attempts to silence and intimidate us extend beyond these alleged hoaxes. Ethan has

admitted on his podcast to creating subreddits dedicated to harassing moderators of H3Snark[205]. He has also claimed to have a mole within our moderation team[206], from whom he unlawfully obtained private messages that he then read publicly without consent[207]. This blatant invasion of privacy underscores the extreme and unethical lengths Ethan and Hila are willing to pursue in order to target and intimidate us.

**The Threat of Confidentiality Breach and the Inability to Pursue Justice**

236. If Ethan or Hila were to somehow discover my identity, I am certain they would not keep it confidential. Ethan would likely share it with prolific doxxers who lead large communities of serial harassers.

237. Although sharing such information would be illegal, proving that Ethan passed our identities to others would be nearly impossible, especially if done in private conversations or over the phone without any written record. Moreover, we do not have the financial resources to engage in another legal battle over such a leak while also enduring ongoing harassment as a direct result of our identities being exposed. Pursuing legal action against Ethan in the event of an identity leak would be a monumental and unaffordable task for any of us, both financially and mentally.

**Abusing the Legal System**

238. Ethan and Hila are well aware of the mental toll a lawsuit takes, having been in a similar position themselves, and over the years have frequently expressed how tormenting the process was for them[208].

---

[205] H3 Podcast, "Ethan Needs a Dentist - SYNT #88" (Members Only), *YouTube* (17 Nov. 2024), https://www.youtube.com/live/U8H6UK4gWXM [at 1:01:28].
[206] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [at 03:03:52].
[207] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [at 3:16:57].
[208] h3h3Productions, "We're Still Being Sued," *YouTube* (27 Feb. 2017), https://www.youtube.com/watch?v=m40bWgWH8Ro.

239. I cannot stop thinking about Ethan's recent lawsuit against Ryan Kavanaugh[209], which dragged on for four years. Ethan harassed Kavanaugh and his family relentlessly on nearly every podcast episode. There are hundreds of hours of recorded harassment, including Ethan displaying photos of Kavanaugh with his children, or with his family on Christmas morning (content he has since had to remove as part of a settlement agreement)[210]. I cannot help but fear that this Christmas it could be me, with my family shown on screen in a similar way.

240. The mental anguish, financial burden, and emotional toll have already deeply affected me. Ethan has successfully used the legal system to torment me, a random person on the internet.

**The Unrelenting Consequences of Ethan's Actions: Mental Health, Financial Strain, and Continued Harassment**

241. In many ways, I believe that Ethan has already "won". I have not posted on Reddit or any social media since this began. My fellow moderators and I pleaded with Reddit to delete the H3Snark Subreddit, but our requests were denied. Ethan has already cost me enormous amounts of time and money, as well as inflicted unimaginable mental anguish and emotional torment. I know this will not end once this case is over; it is only the beginning.

242. I know Ethan will take joy from reading this victim impact statement aloud on his podcast. He will pause frequently to laugh, mock us, and claim we deserve this, all while playing soundbites to entertain his audience. He has done this many times before, using the legal process and our suffering for his and his audience's amusement. When he initially sued us and others, he exploited the entire process for his own entertainment and to deepen our torment[211]. When Denims and Kaceytron filed their answers in their respective lawsuits,

---

[209] Knapp, JD. "YouTuber Ethan Klein Loses Anti-SLAPP Appeal in Producer Ryan Kavanaugh Defamation Case," *The Wrap* (6 Apr. 2025), https://www.msn.com/en-us/tv/news/youtuber-ethan-klein-loses-anti-slapp-appeal-in-producer-ryan-kavanaugh-defamation-case/ar-AA1Cp200.
[210] H3 Podcast, "Steiny Is Not Allowed On The Show Anymore - H3 Show #157," *YouTube* (12 Jun. 2025), https://www.youtube.com/watch?v=EW7G7VD3_0g [at 0:07:48].
[211] h3h3Productions, "I'm Suing These Three Creators," *YouTube* (19 Jun. 2025), https://www.youtube.com/watch?v=3yAiuEyJF-I.

Ethan read the answers aloud, mocking their attorneys for including only admissions, denials, and lack of knowledge to respond—i.e., what is typically included in an answer. Below is a photo of Ethan Klein burning money while narrating that his favorite pastime is spending hundreds of thousands of dollars on lawsuits and that this lawsuit will create generational wealth for his lawyer.[212]

243. I fear that Ethan will resort to illegal tactics after this, and I have no reason to believe that Ethan and Hila will ever stop targeting us. This harassment is relentless and I do not believe it will ever truly end. Ethan is willing to do anything to destroy our lives and has explicitly stated so on his podcast[213]. Ethan owns a firearm[214] and reportedly has a net worth exceeding

[212] h3h3Productions, "I'm Suing These Three Creators," *YouTube* (19 Jun. 2025), https://www.youtube.com/watch?v=3yAiuEyJF-I, (at 0:00).
[213] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [at 3:23:23].
[214] u/Sarcofaygo, "throwback: Ethan Klein poses with his semiautomatic shotgun (not clickbait)," *r/Frenemies3* (29 Sept. 2022), https://www.reddit.com/r/Frenemies3/comments/xrfhj6/throwback_ethan_klein_poses_with_his/.

KRONENBERGER ROSENFELD

one hundred million dollars[215]. I sincerely believe that if he had the opportunity, Ethan would not hesitate to kill me.

**Summary and Conclusion**

244. This case is not simply about online criticism or a subreddit. It is about the real and dangerous consequences that come with being publicly unmasked in a hostile environment. Throughout this ordeal, my fellow moderators and I have faced relentless harassment, intimidation, and severe personal harm resulting from our roles within the H3Snark community. Our only intention was to create a respectful space for honest critique. Instead, we are now subjected to attempts to expose our identities, threaten our safety, and destroy our lives.

245. I urgently ask this court to protect my identity and not reveal who I am. If my identity is exposed, I will become a target for further harassment, including swatting, doxxing, and physical violence. The threats against me are real and well documented. Online communities with histories of severe harassment, such as Kiwi Farms, have openly called for harm against me and other moderators. This is not hypothetical fear. It is a constant and documented danger that has already affected my mental health and safety.

246. Revealing my identity would also place my family in direct danger. Other victims of Ethan Klein's doxing have had their families harassed, including receiving rape threats against underage relatives. The knowledge that exposing who I am would put my loved ones at such terrible risk is a source of profound, ongoing anguish.

247. The importance of keeping my identity confidential cannot be overstated. To do otherwise would be to hand my tormentors the tools they need to escalate their attacks, potentially with deadly consequences. Ethan Klein's stated willingness to use any means necessary,

[215] Hasanabi Productions, "Hasan's Final Response To Ethan Klein," *YouTube* (1 Feb. 2025), https://www.youtube.com/watch?v=pnLbE7_Um2M [at 0:10:27].

KRONENBERGER ROSENFELD

combined with his vast resources, makes this risk all the more urgent.

248. I implore the court to recognize that this is a fight for my fundamental right to safety, dignity, and free speech without fear of ruinous retaliation or violence. By protecting my identity, the court will help shield me and others who seek to express legitimate criticism in a fair and respectful manner from ongoing harassment and danger.

249. Please understand the deep and lasting harm that public exposure would cause. The stakes extend beyond this lawsuit. They go directly to my life, my family's safety, and my well-being. I am asking for the court's protection to ensure that I can live without the permanent threat of violence and abuse hanging over me.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: September 22, 2025

By: s/ Doe
Doe

KRONENBERGER ROSENFELD

KRONENBERGER ROSENFELD

**DECLARATION OF DOE**

I, Doe, do hereby declare:

250. I am a Doe Defendant in the lawsuit *Ted Entertainment, Inc. v. Saber (Denims)*, pending in the United States District Court for the Central District of California, Case No. 2:25-cv-05564-WLH-PD, and am or was a moderator of the H3Snark Subreddit during the relevant time period, i.e., January 30 or 31, 2025, the dates of the so-called "Inducement Posts"; or, my identifying information is being sought through Plaintiff's Subpoenas to Reddit and/or Discord. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could and would do so competently.

251. I served as a moderator for the H3Snark subreddit on January 30th and 31st at the time that *Content Nuke - Hasan Piker* aired. I used to be a big fan of the H3 Podcast and watched Ethan and Hila's content even before they started the podcast. I was a fan of their original h3h3Productions YouTube channel and purchased many items from their Teddy Fresh brand. I was first introduced to H3Snark after hearing Ethan mention it on the podcast. I went to take a look for myself and found a friendly community that was extremely kind and supportive.

252. People on r/h3snark were critical of Ethan and Hila, but I did not find anyone to be harsh or hateful. Most of the criticisms I saw reflected frustrations I had experienced myself. These concerns could not be expressed elsewhere because Ethan and Hila Klein enforce very strict moderation in their own communities. The H3 Podcast YouTube channel and the official r/h3h3Productions subreddit do not allow criticism, and users are quickly banned or shadow-banned[216], where their comments are hidden from others without their knowledge. Because

---

[216] u/kreamhilal, "not usually a member here but the mods on a certain sub are wildd i literally just posted an explaination. been a fan for ages btw," *r/h3snark* (1 Mar. 2024), https://www.reddit.com/r/h3snark/comments/1b4fg53/not_usually_a_member_here_but_the_mod

of this, I continued to participate in the H3Snark subreddit. Eventually, after being active on the subreddit, I was asked if I would help the moderators by removing any content that broke the subreddit's rules but might have slipped past their AutoMod filters.

253. On the day h3h3Productions released *Content Nuke - Hasan Piker* on their YouTube channel, I was not actively moderating the subreddit in the moments leading up to its release.

254. I took no part in creating the list of reaction streamers linked in the Megathread. However, I agree with the decision made by the other moderators to compile that list and include the streamers they did. Everyone on the list was a streamer we were familiar with to some degree and trusted to cover *Content Nuke - Hasan Piker* in a way that would comply with fair use standards. Creating Megathreads to consolidate multiple streams or topics was common practice on the H3Snark subreddit. As moderators, we often pinned comments or posted links directly in a post to prevent hundreds of repetitive comments asking for the same link.

255. I did not watch *The Nuke* on the day it was released, either from the original source or through any of the reaction streamers linked in the Megathread. I do not watch these streamers' usual content or follow them on social media. I have never been in contact with any of them and do not know them personally.

256. The impact this entire ordeal and lawsuit has had on me is tremendous. Ethan and Hila have been threatening me and the other moderators for years[217], and the threats have significantly escalated this year. Ethan, Hila, and their on-screen cohosts have made numerous comments, including expressing a **desire to discover what we look like[218], informing our families,**

---

s_on_a/; u/Spiritual-Skill-412, "Hold up. This subreddit and the other alternative h3 sub are populated with unfairly banned users.," *r/h3snark* (12 Dec. 2023), https://www.reddit.com/r/h3snark/comments/18gp586/hold_up_this_subreddit_and_the_other_alternative/.

[217] H3 Podcast, "Responding to hila conspiracy theories - See You Next Tuesday #50" (Members Only), *YouTube* (31 October 2023), https://www.youtube.com/watch?v=O86fRRS3I1g.

[218] H3 Podcast, "David Dobrik Sued By State Farm Over Jeff Wittek Injury, Crew Designs New Uniforms - H3TV #102," *YouTube* (11 Dec. 2023), https://www.youtube.com/live/_uO9aEEOUa8?si=olMFPodOpvQOmz0l&t=4339 [at 1:07:56].

**employers, and schools about "what we did,"[219] as well as threatening to pour Nair in our faces[220] and send us Anthrax[221].**

257. Ethan and Hila's fanbase has also been relentless, consistently harassing me and the other moderators in every possible way. They have left threatening comments or replies on our content, posted to our subreddit, and sent messages through modmail. **Many of these threats include promises to find and kill us, as well as references to sexual violence.**

258. Out of fear, I have had to remove much of my social media presence. Ethan and Hila have a group of very dedicated fans who have expressed a willingness to do anything, including hiring digital forensic investigators[222], to discover our identities.

259. On a daily basis, I often feel fear and am constantly overwhelmed with anxiety. I find myself paranoid of others and strangers, and I have a short fuse that causes me to lash out. I frequently become extremely emotional, making it difficult to manage daily life, work, and family responsibilities. My social life has come to a standstill, and I feel mentally trapped by this situation.

260. If Ethan and Hila were to learn about my true identity, I would be faced with harassment from them and their fanbase. On the H3 Podcast, Ethan and Hila dedicate the majority of their show to the harassment of others[223]. They look at their victims and their lives in depth,

---

[219] u/TimelyHumor1145, "Ethan klien "champion of free speech" is threatening to dox the user's and moderators of the h3snark subreddit," *r/Fauxmoi* (17 Feb. 2025), https://www.reddit.com/r/Fauxmoi/comments/1is2p5t/ethan_klien_champion_of_free_speech_is/.

[220] u/committed_to_gr8ness, "Tom Ward, another one of Ethan's paid friends, violently threatens Ethan's critics by saying "let's just pour nair on their faces" ... an extremely blatant violation of YouTube's TOS," *r/LeftoversH3* (6 Aug. 2025), https://www.reddit.com/r/LeftoversH3/comments/1mjnhn3/tom_ward_another_one_of_ethans_paid_friends/.

[221] u/PearlUnicorn, "Ethan jokes about doxxing and sending Anthrax to mean commenters," *r/h3snark* (11 Jul. 2024), https://www.reddit.com/r/h3snark/comments/1e16mpd/ethan_jokes_about_doxxing_and_sending_anthrax_to/.

[222] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [at 03:04:23].

[223] The following is a non-exhaustive list of instances of harassment on the H3 Podcast: H3

commenting on everything from their looks to their employment.[224] [225] Ethan claims this is fair game and that anything online is public and therefore not doxing or illegal.[226] I find this indefensible; this logic would cause everyone to remove all public presence to avoid illegal harassment. Their fanbase is also relentless and Ethan will often instruct them to comment on, or report content from his enemies[227]. It appears to me that Ethan and Hila revel in this

---

Podcast, "Ethan Admits To Faking Illness For Money - H3TV #103," *YouTube* (8 Jan. 2024), https://www.youtube.com/watch?v=WuaEyOStUds [1:14:20-4:12:32]; H3 Podcast, "Dan Clancy Must Resign As Twitch CEO - H3 Show #69," *YouTube* (21 Oct. 2024), https://www.youtube.com/watch?v=cjJqvaNWHEA; H3 Podcast, "Responding To The Haters That Waited For Me To Go On Break - H3 Show #96," *YouTube* (6 Jan. 2025), https://www.youtube.com/watch?v=0SWIbsrw5No [1:05:19-4:16:45]; H3 Podcast, "Dear Hasan Piker… - H3 Show #106," *YouTube* (5 Feb. 2025), https://www.youtube.com/live/6KV16LWcnTY [2:45:51-4:17:05]; H3 Podcast, "Dear Frogan, with peace and love... - H3 Show #141," *YouTube* (28 Apr. 2025), https://www.youtube.com/watch?v=_ppXS8mm6u8 [1:45:30-3:18:34]; H3 Podcast, "Ian & Anisa's Boxing Coach CALLS IN LIVE, Shocking New Details - H3 Show #154," *YouTube* (4 Jun. 2025), https://www.youtube.com/watch?v=bvmJr2FNgFs [17:42-3:53:09]; H3 Podcast, "IDubbbz Is A Stinky Lazy Loser - H3 Show #181," *YouTube* (18 Aug. 2025), https://www.youtube.com/watch?v=_yjPuaIvLj4 [17:40-1:15:59].

[224] u/ikigai9, "Body shaming is only okay when it's done to Ethan's enemies 🤗," *r/h3snark* (10 Feb. 2025), https://www.reddit.com/r/h3snark/comments/1imnknw/body_shaming_is_only_okay_when_its_done_to_ethans/.

[225] u/Any_Bee_5918, "Ethan talks about the lawsuit with previous housekeeper part 2; more fatshaming, Ethan claiming that h3snark refuses to post about his Instagram story and "is banning people who do", shaming old people including those mentally disabled, Ethan mad that DHL doesn't work on the weekend, and more," *r/h3snark* (11 Feb. 2025), https://www.reddit.com/r/h3snark/comments/1in38bb/ethan_talks_about_the_lawsuit_with_previous/; u/Ambitious-Pumpkin205, "In light of the new lawsuit, Ethan & co admit to discriminatory hiring practices towards those with chronic illness (SYNT 92)," *r/h3snark* (8 Feb. 2025), https://www.reddit.com/r/h3snark/comments/1il1aqs/in_light_of_the_new_lawsuit_ethan_co_admit_to/; Deleted User, "Grandpa still not logging off," *r/h3snark* (19 Sept. 2024), https://www.reddit.com/r/h3snark/comments/1fl36lv/grandpa_still_not_logging_off/.

[226] H3 Podcast, "They Sent Two Human Skulls To My House - H3 Show #138," *YouTube* (21 Apr. 2025), https://www.youtube.com/live/doGqfGdpV_I [1:15:28-1:15:5; 1:17:50-1:19:15]. Please see BadEmpanada's "The H3 Podcast is for Doxxing, Harassment & Stochastic Terrorism," *YouTube* (19 Mar. 2025), https://youtu.be/_aJW4_TvTYY and BadEmpanada's "H3 Podcast DOXXES ME & Many Others - YouTube Must Take Action," *YouTube* (3 Apr. 2025), https://youtu.be/fNMFBWUcQO4 for more information.

[227] Deleted User, "Jake begs h3 fans to fuck off," *r/h3snark* (7 Jan. 2024), https://www.reddit.com/r/h3snark/comments/191590p/jake_begs_h3_fans_to_fuck_off/; Deleted User, "Ethan encouraged brigading keemstars podcast while they were live "should we try to fuck with their lives?". He then walks it back," *r/h3snark* (24 Jul. 2024), https://www.reddit.com/r/h3snark/comments/1ebg6eu/ethan_encouraged_brigading_keemstars_podcast/; Deleted User, "Ethan and Hila Klein abusing the Youtube report system to attack a content creator (Do Not Worry pod) he doesn't like. He went on to accuse Anthony of being a fan of the holocaust.," *r/h3snark* (8 Feb. 2025), https://www.reddit.com/r/h3snark/comments/1ikgdgw/ethan_and_hila_klein_abusing_the_youtube_report/.

KRONENBERGER ROSENFELD

kind of harassment and drama, as it brings them more views and therefore more income. Online harassment, comments, and review-bombing would make it certain that I would need to move and completely change professions.

261. In conclusion, revealing our identities to Ethan and Hila would put us at serious risk of ongoing harassment, threats, and harm. Ethan, Hila, and their fanbase have already subjected me and other moderators to years of severe threats, including attacks on our families, workplaces, and physical safety. Their public harassment campaigns and encouragement of fans to intimidate and report us have caused deep anxiety and forced me to restrict my social media presence.

262. If our identities were disclosed, the harassment and threats would almost certainly escalate, potentially forcing us to relocate and abandon our careers.

263. For these reasons, I believe the court should quash plaintiff's subpoenas and foreclose any request to disclose our identities to Ethan, Hila, and TEI.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: September 22, 2025

By: s/ Doe
Doe

KRONENBERGER ROSENFELD

**DECLARATION OF DOE**

I, Doe, do hereby declare:

264. I am a Doe Defendant in the lawsuit *Ted Entertainment, Inc. v. Saber (Denims)*, pending in the United States District Court for the Central District of California, Case No. 2:25-cv-05564-WLH-PD, and am or was a moderator of the H3Snark Subreddit during the relevant time period, i.e., January 30 or 31, 2025, the dates of the so-called "Inducement Posts"; or my identifying information is being sought through Plaintiff's subpoenas to Reddit and/or Discord. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could and would do so competently.

**Personal Background and History with H3Snark**

265. I was a long time viewer, and actually purchased merchandise from Teddy Fresh (a TEI-associated clothing company run by Ethan and Hila Klein) a year before I became a moderator. I was also a paying member because I enjoyed their show and wanted to show my support. I frequently used the podcast as something to listen to on long drives, and found myself giggling along with their jokes.

266. This started to change for me as I became disillusioned with my views on the hosts, especially following the treatment of streamer QTCinderella and the H3 Podcast's willingness to make fun of her crying about others making deepfake porn of her[228]. Even after this, I continued to listen, but my opinion of the podcast continued to sour. This was further exacerbated with Ethan and Hila Klein poorly treating the podcast cohosts (often referred to as "crew members").

267. I came across the H3Snark subreddit through a Google search while looking for alternative

---

[228] H3 in a Nutshell, "Full 'Chestnut' Incident | Ethan Apologizes to QTCinderella," *YouTube* (31 Jan. 2023), https://www.youtube.com/watch?v=yfhNiLi5hVY. Footage originally cut from H3 Podcast, "Rebecca Black - H3 Podcast #265" (25 Jan. 2023).

KRONENBERGER ROSENFELD

places to post. I had grown critical of certain aspects of the podcast, but I knew better than to share these opinions in the main subreddit, H3H3Productions, which was widely known for banning users, even for mild criticism[229].

268. After the abrupt end of their *Leftovers* show,[230] and Ethan's commentary on the ongoing genocide in Palestine,[231] I decided to end my membership officially, and found comfort in the H3Snark community. The H3Snark subreddit members were welcoming, kind, and this was the first community I was ever a part of that I truly felt at home in.

**Moderator Role and Responsibilities**

269. I initially became a mod because I frequented the live chats that were opened for each episode, and then I was given further mod privileges to help with the burden of the subreddit.

270. My job as a moderator included but was not limited to removing hateful commentary directed at the Kleins and podcast hosts. This included strict moderation that did not allow body shaming, racism, antisemitism, sexism, or any abhorrent behavior of any kind[232]. We enforced the standards Reddit administrators set for us, and never allowed doxxing or harassment of any kind.

271. Ethan Klein's reputation for being litigious often put our community on alert, so we regularly posted reminders about online safety and encouraged members to take precautions. This became especially important as our subreddit was frequently targeted by outside users

[229] "Wiki - Rules," *r/h3snark* (n.d.), https://www.reddit.com/r/H3Snark/wiki/index/#wiki_rules; u/kreamhilal, "not usually a member here but the mods on a certain sub are wildd i literally just posted an explaination. been a fan for ages btw," *r/h3snark* (1 Mar. 2024), https://www.reddit.com/r/h3snark/comments/1b4fg53/not_usually_a_member_here_but_the_mods_on_a/; u/Spiritual-Skill-412, "Hold up. This subreddit and the other alternative h3 sub are populated with unfairly banned users.," *r/h3snark* (12 Dec. 2023), https://www.reddit.com/r/h3snark/comments/18gp586/hold_up_this_subreddit_and_the_other_alternative/.

[230] "Leftovers," *H3 Wiki* (n.d.), https://h3h3.fandom.com/wiki/Leftovers.

[231] u/Aylapn, "Ethan Klein on US veteran Aaron Bushnell. R.I.P.," *r/h3snark* (24 Oct. 2024), https://www.reddit.com/r/h3snark/comments/1gb90ss/ethan_klein_on_us_veteran_aaron_bushnell_rip/.

[232] "Wiki - Rules," r/h3snark (n.d.), https://www.reddit.com/r/H3Snark/wiki/index/#wiki_rules.

who organized coordinated "brigades." These groups would swarm the community with the intention of harassing members, disrupting discussions, and manipulating votes. Although brigading is against Reddit's Terms of Service, it became a recurring challenge that moderators had to manage. Moderators managed this via the Reddit moderation tools including mod notes[233], which moderators use for each subreddit to label certain users and warn of abusive behavior. Moderators could also implement "bots" such as Hive-Protect[234] to help automatically ban users from certain communities known to brigade subreddits like H3Snark.

272. Mentions of H3Snark on the live podcast, whether from Ethan[235] or other cohosts like Abdullah Ayad[236] (aka AB), amplified these problems. While those mentions ironically brought new growth and visibility to the subreddit, they also triggered waves of hostility, including death threats sent through modmail and hundreds of hateful comments.

**H3Snark as a Community**

273. On the subreddit H3snark, users joked about the absurdity of what was happening on the H3 Podcast at the time. We strived to make the subreddit a place of constructive criticism and made room for lighthearted commentary and jokes. Before moderators approved posts to the subreddit they were also fact-checked using credible sources, including H3's own public content; which added to the credibility of the subreddit as whole. As moderators we did not tolerate abuse or harassment while encouraging open discussion.

274. As concerns about Ethan Klein's mental health grew, the discussions naturally became more

---

[233] u/lift_ticket83, "Announcing Mod Notes," *r/modnews* (7 Mar. 2022), https://www.reddit.com/r/modnews/comments/t8vafc/announcing_mod_notes/.
[234] Fsvreddit, "hive-protect," *GitHub* (n.d.), https://github.com/fsvreddit/hive-protect.
[235] r/h3snark, https://www.reddit.com/r/h3snark/comments/1ebml8l/snark_mention_on_todays_show/"
[236] Deleted User, "AB calls h3snark 'level-headed" except 'one person' who makes us "look insane,'" *r/h3snark* (28 Nov. 2024), https://www.reddit.com/r/h3snark/comments/1h1oo7k/ab_calls_h3snark_levelheaded_except_one_person/.

serious. One major topic was his seemingly obsessive behavior toward the Twitch streamer Hasan Piker[237].

275. For example, during the LA wildfires, Ethan posted a photo to his Instagram stories showing the approaching fire. The flames were clearly visible, yet he continued posting obsessively about the *Content Nuke - Hasan Piker* video instead of acknowledging the very real danger. Many users in the subreddit, including members of the moderation team, expressed concern for his safety and mental health[238]. Around the same time, Hila Klein posted on her personal Instagram about preparing to evacuate during the fires, which only added to those concerns.

---

[237] u/h3snarkmodteam2, "Concerns for Ethan Klein's Mental State | r/h3snark update," *r/h3snark* (4 May 2025), https://www.reddit.com/r/h3snark/comments/1kerma8/concerns_for_ethan_kleins_mental_state_r_h3snark/.

[238] u/Quirky_Associate_207, "Ethan is Hasan-posting during wildfires in the middle of the night. Can't make this shit up 😭," *r/h3snark* (8 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1hwfht0/ethan_is_hasanposting_during_wildfires_in_the/.



**Content Nuke - Hasan Piker and the Lawsuit**

276. I watched the entirety of the video and the subject of this lawsuit, *Content Nuke - Hasan Piker*, on Ethan and Hila's YouTube channel, h3h3Productions, the day it was released. This way I could accurately help with moderation of any incoming new comments and posts, as all of the content at that time was subject to manual approval via the moderation team.

277. Over several months of my time as a moderator, Ethan Klein has threatened the moderation team of H3Snark. One example being this Instagram story, posted by Ethan Klein on February 18, 2025:

KRONENBERGER ROSENFELD



278. This has continued to escalate, with quotes from Ethan Klein on his podcast saying that he will "feast on our ashes."[239] Ethan Klein admitted on his podcast that filing a DMCA strike is incredibly easy. I bring this up because Ethan Klein has filed DMCA takedowns for posts on the subreddit, which Ethan and Hila appear to admit was an attempt to take it down as a whole[240].

279. Ethan has self-admitted on his podcast that they were the ones behind subreddits dedicated to harassing the moderators and members of the H3snark community[241]. Some examples include the now banned subreddit, H3Snarkception[242], and a new community that was recently created named H3SnarkNarc[243], which was created on June 27th, 2025. I have

[239] H3 Podcast, "Huge Lawsuit Updates, You're Going To Love These! - H3 Show #176," *YouTube* (6 Aug. 2025), https://www.youtube.com/live/tI8fGcsyfL8?si=2WLGv_iifntnStnM [at 2:07:33].
[240] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0?si=H5RsSUsf4JrbRAu1&t=10595 [at 2:56:35].
[241] H3 Podcast, "Ethan Needs a Dentist - SYNT #88" (Members Only), *YouTube* (17 Nov. 2024), https://www.youtube.com/live/U8H6UK4gWXM [at 1:01:28].
[242] r/H3Snarkception, https://www.reddit.com/r/H3Snarkception/.
[243] r/H3SnarkNarc, *Reddit* (27 Jun. 2025), https://www.reddit.com/r/H3SnarkNarc/.

reasonable suspicion to believe that they are now going through potential similar usernames of "suspected mods" or moderators in general, contributing to the severe levels of harassment.

280. I did not work with anyone to spread hate or misinformation about Ethan Klein, Hila Klein, or the H3 Podcast, whether in r/h3snark, another subreddit, or anywhere else. I have no connection with anyone at Reddit. I have never worked with anyone to cause damage to Ethan, Hila, TEI or the H3 Podcast. I have never worked with any streamer, and before the streamers were listed on the megathreads, I wasn't aware that some of these channels existed. I was never a moderator of any other subreddit besides H3Snark.

**H3's Harassment**

281. Ethan Klein has repeatedly targeted moderators of r/h3snark, calling us "snark brained freaks,"[244] suggesting we are dangerous[245], and claiming we are part of some kind of moderator "cabal"[246] in a conspiracy theory he created against Reddit as a corporation. He often takes statements out of context, twists words, or leaves out information so his audience sees the people he attacks as "evil." If my identity is revealed, I believe he will use his platform to misrepresent and further unfairly disparage me, which would disproportionately affect my life over a subreddit megathread that was created for the fair-use discussion of the *Content Nuke - Hasan Piker* video.

282. In another Instagram story which is incredibly scary, Ethan compares the term of being "snark brained" to the assassination of Charlie Kirk[247]. This puts a massive target on our

---

[244] H3 Podcast, "Dear Hasan Piker... - H3 Show #106," *YouTube* (5 Feb. 2025), https://www.youtube.com/watch?v=6KV16LWcnTY [at 2:30:30].
[245] H3 Podcast, "We Almost Cancelled Today's Episode - H3 Show #156," *YouTube* (9 Jun. 2025), https://www.youtube.com/live/4QOofN2DaUk?si=yhwWDpc8Cz7Y3nwX&t=5380 [1:29:40-1:29:52].
[246] H3 Podcast, "Crew Intervention - H3 Show #112," *YouTube* (19 Feb. 2025), https://www.youtube.com/live/s7ZloL0x4G4 [at 3:09:24].
[247] Brown, Bridget, et al., "Charlie Kirk assassinated at university event in Utah," *Associated*

backs - not is it only completely untrue that anything we did is related to Charlie Kirk's assassination - but this association, in my view, makes us targets to be killed.

283. Since this lawsuit began, I have lived in fear of my identity being revealed. I have pulled back from nearly all social situations, I no longer appear in photos, and I limit communication with friends and family. I have to make excuses as to why I cannot be in photos, and my friendships have suffered - that being said, I've done this to protect them as best I can. Even something as small as checking my phone for lawsuit updates in public makes me nervous, because if the wrong person were to see, my life as I know it could be over. When these lawsuits were first announced, I was so terrified that I kept my curtains closed and panicked at sounds of car doors shutting outside - or even regular deliveries.. I have not posted on Reddit, however I've been forced to monitor everything given my situation across several sites.

*Press* (10 Sept. 2025), https://apnews.com/live/utah-valley-university-charlie-kirk-shooting-updates.

284. If my identity is revealed, I believe harassment, retaliation, and even physical harm to myself and my loved ones would be inevitable. Ethan has a history of doxxing people either live on his podcast (which averages 10,264,952 monthly viewers as 09-14-2025[248]), or his Instagram stories. His fanbase has gone after sponsors[249], tried to get people fired[250], and launched campaigns to destroy reputations and livelihoods[251]. With the H3Snark moderators as a current target, I believe I would be attacked in the same way, and that there is a very real risk of physical harm. I worry about a disgruntled fan showing up at my home, breaking windows, or harming me, my partner. The target on us feels so large that the risk of physical violence feels almost expected. Here are just a few examples of the many messages we've received as a modteam.

h3snark • Be Respectful and Inclusive

u/Janex_Official • 3 months ago Quote Report

FBI is actually investigating you guys, so enjoy this subreddit while you can!! You guys should not be on break, you should actually shut this completely down and make sure to cooperate with the FBI. You guys might think this has only to do with the doxxing part, but the FBI is actually going even further, they are investigating terroristic threats from members of this subreddit. Reddit is going to have to give IP addresses from some of the members of this subreddit to the FBI.

u/auto-modmail [hidden] • 3 months ago Quote Report

Hi /u/Janex_Official,

Your account is too new to participate in this subreddit. We require accounts to be at least **2 weeks old** and have **20 combined karma**.

If this is an alt account, please reach out from your main account and include the username of this account so we can verify you.

[248] Socialblade, https://socialblade.com/youtube/handle/h3podcast.
[249] Kat Tenbarge, "Energy drink company G Fuel no longer sponsors internet drama reporter Keemstar after claims that he exploited a YouTuber who died by suicide" *Business Insider*, 02-20-2020 https://www.businessinsider.com/g-fuel-ends-keemstar-sponsorship-h3h3-ethan-klein-etika-2020-5
[250] Do Not Worry Podcast *Ethan Klein Wants Matt Lieb FIRED - DNW* (03-24-2025), YouTube, https://www.youtube.com/watch?v=k9EyoGQ71TE
[251] h3h3Productions *Content Nuke - Keemstar* (05-19-202), YouTube, https://www.youtube.com/watch?v=w3gXcIifc3o



h3snark • kill yourselves you fucking subhuman mutants

[deleted] • 1 month ago Quote Report

You deserve to die, your family's want you dead, you don't have friends or a life, just end it you fucking worthless no job piece of shit

u/auto-modmail [hidden] • 1 month ago Quote Report

r/h3snark is currently on break. Please see our announcement for more information.

auto-modmail archived this conversation 1 month ago

[deleted] • 1 month ago Quote Report

Tie a noose, find a chair, hang the noose on a branch, and hang yourself your worthless piece of subhuman shit

u/auto-modmail [hidden] • 1 month ago Quote Report

r/h3snark is currently on break. Please see our announcement for more information.

h3snark • Being sued?

u/Iamtheconspiracy • 3 months ago Quote Report

I heard you are being sued for this subreddit LOL

Enjoy financial ruin, time is ticking fast towards homelessness 🙃 Fuck HAMAS and remember. Hasan doesn't fuck with poor people 🐷 🐷 Hope whatever desperate gofundme stunt you pull rakes in money from the dumbass community so that you can get your loss verdict in court. If I were you I'd just take the money and escape the country. I'm sure Palestine will be happy to have you.

285. This fear has already disrupted my daily life in very serious ways. In the past, Ethan tried to blame "snarkers" for allegedly calling ICE on one of his podcast hosts. No moderator had anything to do with that, and I would never take part in something like it. The fact that such an accusation was even made, however, leaves me worried that his fans could try the same tactic against my own family. The plaintiff's fans have caused perceived enemies of Ethan Klein legitimate harm just in this past year. Adam McIntyre, which as a person is a regular topic of the podcast, has been personally affected this way. One of his fans called ICE on an

KRONENBERGER ROSENFELD

international YouTuber Adam McIntyre in an attempt to have him deported.[252]

**Personal Impact**

286. This lawsuit has forced me to put major milestones on hold. This has greatly affected my mental health in ways I do not wish anyone else to ever experience. I was going to take a break from the internet as a whole due to the increasingly turbulent political climate, and then the next day the lawsuits dropped.

287. On top of all of this, unlike the other, named, Defendants, the moderator Does have not been able to publicly crowd fund or seek community support (or in some cases, familial support) for our lawsuit. For our safety, we must remain anonymous and silent, and we have had no opportunity to offset the heavy financial burden this case has caused.

288. I also know there is a very real chance that whatever I say here will be read aloud on Ethan Klein's podcast. He has made a pattern of mocking and twisting statements from others, and I fear he will do the same with mine. Instead of this declaration being understood as an honest account of what I've suffered through, I worry it will be turned into entertainment, misused to misrepresent and further defame me, and weaponized against me. I fear that my grief will be turned into entertainment, and monetized for content. Whether it is Ethan himself or other well-known figures in his circle, or even people outside of it, I worry they will exploit my pain for their own gain.

**Conclusion**

289. This ordeal has taken away my peace of mind, my freedom, and my happiness. It has left me isolated and living in constant fear. If my identity is revealed, I believe harassment, retaliation, and the risk of physical harm would be unavoidable. Ethan Klein has built a pattern of profiting from the pain of others by twisting their words, cutting things out of

[252] u/joyygi, "Adam: 'the person who reported me to ice being a main member of the h3 reddit,'" *r/LeftoversH3* (7 Jul. 2025), https://www.reddit.com/r/LeftoversH3/s/Mapwz0ovzm.

context, and presenting them as villains to his audience. I fear he will do the same with me, turning my suffering into content for profit. No private citizen should have to live this way for strictly moderating a subreddit. No one should have to live this way for adhering to Reddit site rules. The risks I face are completely disproportionate to anything I have ever done, and they will continue to follow me as long as this case is allowed to go on. I will never be able to talk about this openly out of the fear that I will be targeted once again, and I fear that Ethan will continue his attempts to target us after the fact. I do not believe he will stop, and I truly fear for my life.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: September 22, 2025 By: s/ Doe
Doe

KRONENBERGER ROSENFELD

**DECLARATION OF DOE**

I, Doe, do hereby declare:

290. I am a Doe Defendant in the lawsuit *Ted Entertainment, Inc. v. Saber (Denims)*, pending in the United States District Court for the Central District of California, Case No. 2:25-cv-05564-WLH-PD, and am or was a moderator of the H3Snark Subreddit during the relevant time period, i.e., January 30 or 31, 2025, the dates of the so-called "Inducement Posts"; or, my identifying information is being sought through Plaintiff's Subpoenas to Reddit and/or Discord. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could and would do so competently.

291. I had been aware of the H3 Podcast for many years but had never watched a video from them until June of 2023 when the H3 Podcast covered the Colleen Ballinger saga. Colleen Ballinger is a YouTuber who faced major backlash in 2023 after being accused of inappropriate relationships with fans. As I was following the situation closely, I decided to tune into H3's streams out of curiosity. Because I was a member of similar subreddits, r/h3snark was recommended to me on Reddit. I have never been a fan of the H3 podcast or its content. I strongly believe that online spaces critical of creators and their content are important to free speech. I enjoyed the H3Snark community as a very well-moderated subreddit because discussions were focused, organized, and were free from harassment. I enjoyed joining the live chats and discussing the podcast with other members of r/h3snark because of its fun atmosphere and strong sense of community. As I became a frequent user and stayed aware and respectful of the rules, I was eventually asked to join as a moderator for H3Snark, with my role being limited to monitoring live chats and then eventually expanded to comments and posts.

292. I served as a volunteer subreddit moderator for H3Snark, joining in late September/early October 2024. I was unpaid and joined as a hobby. I did not make posts as a moderator nor

did I have access to Modmail as my role was to monitor the Reddit Mod Queue and megathreads. I was first welcomed to the moderator team to monitor the live chat and megathreads, and then eventually I monitored the queue for comments and posts that broke our subreddit's rules and Reddit's sitewide rules. I helped ensure our subreddit was free of rule-breaking such as harassment, doxxing, copyright infringement, and other behavior that was not conducive to genuine discussion and criticism that H3Snark was centered around.

293. When *Content Nuke - Hasan Piker* was uploaded, I was at my place of work. I watched the video from the source on the H3H3Productions YouTube channel while discussing it with fellow moderators on Discord. As I was curious about the video's view gain after its initial release, I took screenshots to document the view count. These screenshots clearly show I watched the video from the source.

KRONENBERGER ROSENFELD







Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 378 of 582

2:22
47%
twitch
PIERS' BIGGEST CRITIC UNCENSORED
HASAN PIKER SAYS WAR COVERAGE IS 'ISRAELI PROPAGANDA'
ISRAEL AT WAR
Content Nuke - Hasan Piker
3,895 views 40 min ago ...more
h3h3Productions 5.76M
Content Nuke - Hasan Piker
3,832 views 39 min ago ...more
h3h3Productions 5.76M

Enes Kanter Freedom changes name to celebrate first day as an American citizen
ENES KANTER FREEDOM | BECAME A U.S. CITIZEN TODAY
NBA STAR: MANY ATHLETES ARE SCARED TO CRITICIZE CHINA BECAUSE THEY CARE TOO MUCH ABOUT MONEY
Content Nuke - Hasan Piker
3,041 views 22 min ago ...more
Suspended head of online safety at Ofcom 'chooses to leave' watchdog
The woman who was suspended as online safety director for Ofcom, over alleged anti-Israel posts on social media, has "chosen to leave" the broadcasting...
Mar 1, 2024
Deadline
UK TV Regulator Ofcom Suspends Director For Liking Instagram Post Accusing Israel Of "Ethnic Cleansing"
British media regulator Ofcom has suspended Fadzai Madzingira, its online safety supervision director, over her anti-Israel Instagram posts.
Oct 16, 2023
BBC
Ofcom online safety director suspended over anti-Israel posts
Content Nuke - Hasan Piker
5,265 views 1h ago ...more
h3h3Productions 5.76M

twitch patch_notes
host djclancy
CEO, Twitch
host merrykish
Director, Community Marketing
Content Nuke - Hasan Piker
5,231 views 1h ago ...more
h3h3Productions 5.76M
2:14
48%
Content Nuke - Hasan Piker
3,607 views 33 min ago ...more

KRONENBERGER ROSENFELD

Case No. 3:25-mc-80296 153 DECLS OF DOES ISO DOES' MTN TO QUASH SUBPOENAS
App. p. 378

Content Nuke - Hasan Piker
5,008 views 1h ago ...more
h3h3Productions 5.76M

3:37
32%
Reason #1: Stop Hasan's infiltration of mainstream media
Content Nuke - Hasan Piker
5,334 views 1h ago ...more
h3h3Productions 5.76M
27K
Share
Remix
Download
Comments 5.6K
I'm starting to think Leftovers isn't coming back...
DRAGONS' DEN
"CHILDREN HAVE BEEN

294. I did not watch Denims, Kacytron, Frogan, or any other creator's streams of their reaction to the video. I have never had contact with any of the streamers listed. I had been aware that they would be streaming their reaction to *Content Nuke - Hasan Piker* because members of the H3Snark subreddit had made comments about their intent to react to the video live. I was not directly involved in the creation of the megathreads listed in the complaints, as my role as moderator was to monitor posts, comments, and megathreads for violations. I agree with my fellow moderators' decision to create the megathread and include the streamers they did, as members of H3Snark had requested the moderators to list streamers who would be reacting to the much-anticipated video. Consolidating what could be hundreds of posts into a single megathread is a very common and useful practice to ensure information stays in a single accessible thread for users to find. I do not believe the Kleins are justified in suing us for copyright infringement as we had linked directly to the official source of *Content Nuke - Hasan Piker* in one of the megathreads listed in the complaints, and had no knowledge of if the streamers in question would or even might be violating copyright during their reactions.

295. This situation has already taken a serious toll on my mental and physical health. Sleep has become uneasy and I find myself waking up in the middle of the night with the fear that the Kleins and their audience have found out who I am. Activities that once brought me joy now fill me with dread. I no longer feel safe online, and I carry an ongoing fear that my loved ones may suffer because of my association with this case. I used to take joy in connecting with others online in a variety of spaces unrelated to the H3 Podcast, and I have had to permanently step away from these spaces out of fear. I have had to remove online profiles that held precious memories, and I feel that I may never again be able to participate in social media without fear of being discovered.

296. The lawsuit has had a significant financial impact on me. I am not a multi-millionaire LA

influencer; I am a hardworking individual with a full-time job and a modest income. I am not wealthy, and I have already had to use funds I had saved for personal future events to cover legal expenses. This has been emotionally devastating and has placed me under immense financial stress. I do not want to become a burden on my partner or my family.

297. If my identity were to be revealed, I worry that I too will be harassed publicly by Ethan and Hila and their fanbase. In the past, the Kleins' detractors have frequently been featured in Ethan's Instagram stories. Ethan has also featured his friends' detractors on his Instagram stories and even gone so far as to post wedding photos of their families and friends.[253] The Kleins' audience has repeatedly doxxed and harassed Kleins' detractors by posting on the official r/h3h3productions subreddit, going as far as leaking intimate photos[254]. Such events have led to family members receiving bomb threats at their pace of work[255] and minor siblings receiving threats of sexual assault[256]. I am extremely afraid of what could happen to my family, friends, and place of work if my information were to be made public. I fear that the harassment from the Kleins' fanbase would be extreme and unceasing. The stress on my relationships with my family, friends, and partner would be immense, and I fear they would suffer harassment simply for being a part of my life. I fear that the harassment and

[253] u/dsbatt01, "Random 2am IG nazi crash out part 5, no signs of slowing down [8/2/25]," *r/LeftoversH3* (2 Aug. 2025), https://www.reddit.com/r/LeftoversH3/comments/1mfm868/random_2am_ig_nazi_crash_out_part_5_no_signs_of/.

[254] u/MilleniumTHC, "Foot Fungi defames and leaks revenge porn on Joe who was formerly doxxed and harassed by ethan," *r/LeftoversH3* (21 Mar. 2025), https://www.reddit.com/r/LeftoversH3/comments/1jgw60a/foot_fungi_defames_and_leaks_revenge_porn_on_joe/.

[255] @Awk20000, "Ethan Klein is beefing with someone who called him out on IG. The anti fan made a TikTok alleging that H3 fans called in a "bomb threat" to his mother's school. He deleted the TikTok shortly after…hinting that it could have been a publicity stunt," *Twitter/X* (1 Mar. 2025), https://x.com/Awk20000/status/1895766293967745287.

[256] Deleted User, "Ethan Klein intentionally doxxed a random guy on Instagram last week with the goal to have his fans go harass him, and the guy is still receiving threats from Ethan's rabid fans, comments treating his family are being left on his underage sisters Instagram page," *r/Fauxmoi* (9 Mar. 2025), https://www.reddit.com/r/Fauxmoi/comments/1j7duqx/ethan_klein_intentionally_doxxed_a_random_guy_on/.

reputational damage would lead to losing my job and would prevent me from finding work, leading to selling assets, debt, and potential homelessness.

298. In conclusion, I strongly believe that we did not infringe on copyright, as all of the megathreads alleged to be "inducement posts" were merely created to centralize discussion, and one megathread clearly linked to the original source. This situation has caused me undue financial, mental, and physical stress, as I never expected this situation to arise from simply joining a team of subreddit moderators. I fear for my physical and financial safety and safety of my loved ones if the Kleins were to be made aware of my identity, and for these reasons I believe the court should deny any request to disclose our identities to the Kleins.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: September 22, 2025 By: s/ Doe
Doe

KRONENBERGER ROSENFELD

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 383 of 582

ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK<br><br>(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)<br><br>**TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 383

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 384 of 582

## TABLE OF CONTENTS

**I. INTRODUCTION: NO ONE LIKES A CRYBULLY....................1**

**II. STATEMENT OF FACTS....................2**

**A. TEI and its Owners – Ethan and Hila Klein....................2**

**B. H3Snark....................3**

**C. The Creation, Dissemination and Infringement of The Nuke....................6**

**III. LEGAL STANDARD....................8**

**IV. TEI'S *PRIMA FACIE* CASE OF CONTRIBUTORY COPYRIGHT INFRINGEMENT AGAINST THE H3SNARK MODS....................8**

**A. Denims Engaged in Direct Infringement....................9**

**B. The H3Snark Mods Fail to Demonstrate Fair Use....................9**

**1. The H3Snark Mods Fail to Show They Made a Fair Use....................10**

**2. The H3Snark Mods Fail to Show Denims Made a Fair Use....................10**

**C. The H3Snark Mods Knew of Denims' Infringement....................19**

**D. The H3Snark Mods Induced Denims' Infringement....................22**

**V. THE BALANCING TEST FAVORS DISCLOSURE....................23**

**VI. A PROTECTIVE ORDER IS UNWARRANTED....................25**

**VII. CONCLUSION....................26**

1

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 384

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 385 of 582

## TABLE OF AUTHORITIES

Page(s)

**Cases**

*Agdal v. X Corp. In Int. to Twitter*,
2025 WL 81594 (N.D. Cal. Jan. 13, 2025) .... 8, 23

*Amazon Content Services LLC v. DeBarr*,
-- F.Supp.3d --, 2025 WL 2217715 (C.D. Cal. Aug. 4, 2025) .... 8

*Andy Warhol Found. For the Visual Arts, Inc. v. Goldsmith*,
598 U.S. 508 (2023) .... 10, 11, 12, 17

*Arista Records, LLC v. Doe 3*,
604 F.3d 110 (2d Cir. 2010) .... 19

*Atari Interactive, Inc. v. Redbubble, Inc.*,
515 F.Supp.3d 1089 (N.D. Cal. 2021) .... 9

*Bangkok Broad. & T.V. Co., Ltd. v. IPTV Corp.*,
742 F.Supp.2d 1101 (C.D. Cal. 2010) .... 19

*Bartz v. Anthropic PBC*,
787 F.Supp.3d 1007 (N.D. Cal. 2025) .... 18

*Baugher*,
2021 WL 4942658 .... 8, 9, 10, 23

*Cognosphere Pte. Ltd. v. X Corp.*,
2024 WL 4227594 (N.D. Cal. Sept. 18, 2024) .... 8, 23, 24

*De Fontbrune v. Wofsy*,
39 F.4th 1214 (9th Cir. 2022) .... 10, 11

*Doe 1 v. GitHub*,
672 F.Supp.3d 837 (N.D. Cal. 2023) .... 25

*Doe v. Kamehameha Schs./Bernice Pauahi Bishop Estate*,
596 F.3d 1036 (9th Cir. 2010) .... 25

2
TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 385

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 386 of 582

*Does 1 Thru XXIII v. Advanced Textile Corp.*,
214 F.3d 1058 (9th Cir. 2000) .... 25

*Elvis Presley Enterprises, Inc. v. Passport Video*,
349 F.3d 622 (9th Cir. 2003) .... 11, 17

*Erickson Prods., Inc. v Kast*,
921 F.3d 822 (9th Cir. 2019) .... 19

*Furie v. Infowars, LLC*,
401 F.Supp.3d 952 (C.D. Cal. 2019) .... 20

*Hachette Book Grp, Inc. v. Internet Archive*,
115 F.4th 163 (2d Cir. 2024) .... 17, 18

*Harper & Row Pub., Inc. v. Nation Enters.*,
471 U.S. 536 (1985).... 17

*Hosseinzadeh v. Klein*,
246 F.Supp.2d (S.D.N.Y. 2017) .... 3, 10, 12, 17, 21

*In re DMCA Subpoena to Reddit, Inc.*,
441 F.Supp.3d 875 (N.D. Cal. 2020).... 8, 9, 23

*In re DMCA § 512(h) Subpoena to Twitter*,
608 F.Supp.3d 868 (N.D. Cal. 2022).... 8

*In re Reddit*,
2024 WL 477519 (N.D. Cal. Feb. 7, 2024) .... 23

*Lenz v. Uni. Music Corp.*,
815 F.3d 1145 (9th Cir. 2016) .... 9, 21

*Luvdarts, LLC v. AT&T Mobility, LLC*,
710 F.3d 1068 (9th Cir. 2013) .... 21

*McGucken v. Ocean Pub. Ltd.*,
42 F.4th 1149 (9th Cir. 2022) .... 16, 18

*Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd.*,
545 U.S. 913 (2005).... 22

3

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 386

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 387 of 582

*Mishiyev v. UMG Recordings, Inc.*,
2025 WL 2625525 (M.D. Fla. Sept. 11, 2025) ........ 21

*Monge v. Maya Magazines, Inc.*,
688 F.3d 1164 (9th Cir. 2012) ........ 11, 16

*Nat. Fire Protection Assoc., Inc. v. UpCodes, Inc.*,
753 F.Supp.3d 933 (C.D. Cal. 2024) ........ 18

*Penguin Random House LLC v. Colting*,
270 F.Supp.3d 736 (S.D.N.Y. 2017) ........ 11

*Shaffer v. Kavarnos*,
2025 WL 2299173 (S.D.N.Y. Aug. 7, 2025) ........ 21

*VHT, Inc. v. Zillow Group, Inc.*,
918 F.3d 723 (9th Cir. 2019) ........ 17

**Statutes**

17 U.S.C. Section 512(f) ........ 21

17 U.S.C. § 106 ........ 9

17 U.S.C. § 107 ........ 9

**Rules**

Federal Rules of Evidence 602, 802, 805, 901, 1002-1003 ........ 2

4

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 387

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 388 of 582

Plaintiff/Respondent Ted Entertainment, Inc. ("TEI") respectfully submits its Opposition to the Motion to Quash (Dkt. No. 1) ("Motion") of Movants/Defendants Does (collectively, the "H3Snark Mods").

## I. INTRODUCTION: NO ONE LIKES A CRYBULLY

Piracy as criticism is not a thing. This case is about piracy. It is not about stifling criticism. To the contrary, this case is about the ***lack of sufficient criticism*** to justify promoting a watch party showing copyrighted works – in their entirety – at the exact moment they were released to the public for express purpose of commercial gain.

TEI is the copyright owner of: (1) *The H3 Show # 104: Countdown to Doomsday* ("Countdown Episode"); and (2) *Content Nuke: Hasan Piker* ("*The Nuke*"). Defendant Alexandra Marwa Saber p/k/a Denims ("Denims") hosted an online watch party (the "Watch Party") of the Countdown Episode and *The Nuke* (collectively, the "Works").

Denims' Watch Party broadcast: (1) the Countdown Episode concurrently with its live broadcast and nearly in its entirety; and (2) *The Nuke* immediately after its public release and in its entirety. Her statements and lack of critical commentary demonstrate that Denims' objective was to commercialize her Watch Party and have it serve as a substitute for the Works.

The H3Snark Mods are contributorily liable for Denims' infringement of the Works. The H3Snark Mods had actual knowledge that Denims was broadcasting the Works without permission from TEI. This is evidenced by ***three*** pinned community posts on the r/H3Snark subreddit the day before and during Denims' infringement to promote her Watch Party. Further, by not watching Denims' Watch Party prior to promoting it, the H3Snark Mods could not have formed any opinion on whether she made a fair use of the Works. Rather, all they knew was that Denims was showing the Works without authorization. Despite this, the H3Snark Mods still promoted her Watch Party.

TEI subpoenaed Reddit, Inc. and Discord, Inc. for personal identifying information about the H3Snark Mods. This is TEI's only option to identify the H3Snark Mods and hold them accountable for contributing to Denims' infringement of the Works. Obtaining the H3Snark Mods identities is essential to naming them in the lawsuit and serving them with the Complaint.

The H3Snark Mods treat this Court like their subreddit. They use their Motion and

1

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 388

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 389 of 582

supporting declarations as subterfuge to traffic in falsehoods and gross misrepresentations about the owners of TEI, Ethan Klein ("Ethan") and Hila Klein ("Hila") (collectively, the "Kleins").[1] The H3Snarks call these falsehoods "criticism." When the Kleins respond to this "criticism," the H3Snark Mods claim the Kleins are engaging in "harassment," "abuse" and "threats." Not only does this fail to demonstrate the Kleins' are averse to and seek to silence criticism, it shows the Kleins are willing to directly confront it. Rather, the opposite is true: it is the H3Snark Mods that reveal they are unable to handle the Kleins responding to and exposing their "criticism" as falsehoods and gross misrepresentations.

TEI and the Kleins have gone to great lengths to accommodate the H3Snark Mods' concerns. They informed the H3Snark Mods that they will: (1) not publicly disclose their personal identifying information; (2) not publicly address or refer to the H3Snark Mods in their individual capacities; (3) instruct their audience not to contact, harass or harm the H3Snark Mods in any manner; and (4) narrow the scope of the subpoenas. The H3Snark Mods' omission of these concessions is intentional because it counters their narrative, which they ask this Court to adopt. The H3Snark Mods, however, are not the Kleins' victims. They are their victimizers.[2]

Therefore, for the reasons set forth in this opposition, TEI respectfully requests that this Court deny the Motion in its entirety.

## II. STATEMENT OF FACTS

### A. TEI and its Owners – Ethan and Hila Klein

TEI is a production company that produces online content, primarily for YouTube. It owns the YouTube channels "h3h3Productions" and "H3Podcast." JKD, ¶ 8. TEI is best known for producing The H3 Show f/k/a The H3 Podcast – which is publicly released on the H3 Podcast YouTube channel. *Id.* At the time the events relevant to this dispute occurred, TEI released four

[1] The H3Snark Mods frequently cite Reddit posts and other materials authored by third parties to support their claims. TEI objects to each of these as hearsay and lacking personal knowledge, foundation and proper authentication. Insofar as clips are part of those posts, TEI objects under the best evidence rule as well. Federal Rules of Evidence 602, 802, 805, 901, 1002-1003.

[2] TEI will refrain from addressing the H3Snark Mods' outlandish claims in this brief. Instead, it will focus on the material facts and law to this case. TEI and its owners apologize for needing to address the H3Snark Mods claims in their joint declaration and attorney declaration. *See* Joint Declaration of Ethan Klein and Hila Klein ("JKD"), ¶¶ 25 (fn. 18), 35-97; Declaration of Rom Bar-Nissim ("RBN Decl."), ¶¶ 3-40, 56, 79-80. The Kleins' greatest concern is that the Court takes the H3Snark Mods assertions at face value and signs off on their counterfactual narrative.

2

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 389

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 390 of 582

live broadcasts of The H3 Show a week (three public and one for paying members). *Id.* The h3h3Productions channel contains scripted and highly edited commentary videos. *Id.*, ¶¶ 8-9. Both forms of content provide comedic commentary on current events and public figures. *Id.*

TEI is owned by the Kleins. JKD, ¶ 7. The Kleins pioneered fair use reaction videos on YouTube and established legal precedent on the issue in *Hosseinzadeh v. Klein*, 246 F.Supp.2d 34 (S.D.N.Y. 2017). JKD, ¶ 10. The Kleins co-host The H3 Show and collaborate together on videos for the h3h3Productions channel. *Id.*, ¶¶, 7, 9.

The Kleins are high-profile Jewish Israeli-Americans. JKD, ¶ 11. Hila was born in Israel, while Ethan emigrated to Israel for a period of time and became a citizen. *Id.* For years, the Kleins have consistently spoken out against Israel's occupation of the Palestinian territories and the atrocities committed by the Israeli government against the Palestinian people. *Id.*, ¶¶ 18-19.

Prior to October 7, 2023, Ethan hosted a political comedy podcast with the prominent leftist streamer, Hasan Piker ("Hasan"). JKD, ¶ 22. After October 7th, friction grew between Hasan and the Kleins. *Id.* While the Kleins publicly stated Israel was committing a genocide in Gaza and condemned how Israel was conducting the war, the Kleins still advocated for a two-state solution and condemned political violence and terrorism. *Id.* In contrast, Hasan justified political violence and terrorism and advocated for the immediate dismantling of the State of Israel. *Id.* The public disagreement between the Kleins and Hasan led to supporters of Hasan and his perspective to attack the Kleins as genocide supporters and participants. *Id.*

**B. <u>H3Snark</u>**

Snark subreddits are a relatively new genre of message boards on Reddit. JKD, ¶ 20. They are comprised of "fallen fans" of a particular creator. *Id.*, ¶ 21. They have a notorious reputation for cyberbullying, spreading falsehoods and engaging in invasive and obsessive behavior. *Id.*, ¶ 20. One subreddit was even implicated in the suicide of an online content creator by her widow. *Id.*

Snark subreddits are also hubs of copyright infringement. RBN Decl., ¶ 13; JKD, ¶ 21. They satiate the ravenous appetite of fallen fans to "hate watch" the content by providing unauthorized alternatives to the original – describing it as "ethical viewing." JKD, ¶ 21.

r/H3Snark is a snark subreddit that targets the Kleins and TEI content. JKD, ¶ 23. While

3
TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 390

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 391 of 582

H3Snark was established before October 7th, its user base grew tremendously after the public schism between Hasan and the Kleins following October 7th. *Id.* H3Snark became the central location to attack the Kleins and falsely brand them as advocating the genocide of Palestinians. *Id.*, ¶¶ 23, 38-40.

H3Snark also became a hub for copyright infringement of TEI content. RBN Decl., ¶¶ 7-19, Exs. 49-56. Despite the fallen fans' hatred of the Kleins, they religiously hate watched TEI's content. *Id.* The H3Snark Mods were keenly aware of the appetite of H3Snark users for TEI content. *Id.* Additionally, they were aware that the users wanted to consume TEI content through unauthorized means to avoid supporting TEI and the Kleins (*i.e.*, providing views to TEI content, which would increase the content's visibility and advertising revenue). *Id.*

The H3Snark Mods enthusiastically supplied their users with market substitutes for TEI content. Initially, the H3Snark Mods would provide links to TEI content that was located – not on TEI's authorized YouTube channels – but on YewTube. RBN Decl., ¶¶ 9-14, Exs. 49-53. As one H3Snark Mod stated: "***We encourage folks to watch on yewtube since it doesn't play ads or contribute to their view counts***." *Id.*, ¶ 12, Exs. 50, 53. The H3Snark Mods disseminated these links on megathread posts pinned to the top of the H3Snark page. *Id.* The H3Snark Mods also spammed YewTube links of TEI content during live chats hosted by the H3Snark Mods on H3Snark. *Id.*, ¶¶ 9-10, Exs. 50-51. Once the broadcast was complete, the H3Snark Mods would delete the live chat to destroy the evidence of their contributory infringement. *Id.*, ¶ 11.

The H3Snark Mods provided instructions to its users on how to download TEI content (specifically paywalled content) for reupload onto H3Snark. RBN Decl., ¶ 8, Ex. 49. On the "tools-tips-guides" page of H3Snark's wiki page, the H3Snark Mods provided instructions on how to download "Members-Only" content for reposting onto H3Snark. *Id.* H3Snark users followed these instructions and uploaded entire episodes of paywalled content onto H3Snark. *Id.*, ¶ 7.

On August 1, 2024, TEI reached a breaking point regarding the infringement of TEI's content on H3Snark. RBN Decl., ¶ 7. On that date, TEI discovered that its paywalled video, *H3 Podcast BTS #53* (which was 23:24 minutes) was uploaded in its entirety onto H3Snark. *Id.* The title of the post did not contain a critical aspect or solicit criticism. *Id.* Rather, it merely described

4

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 391

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 392 of 582

the contents of the video: "H3 Live Show Behind the Scenes." *Id.* The post had two short comments that had no critical bearing on the style or substance of the video. *Id.*

At that point, TEI decided to issue DMCA takedowns for H3Snark posts that met very specific and exacting criteria. RBN Decl., ¶¶ 3-19. First, TEI would only target posts containing TEI content that had a non-critical, descriptive title and did not solicit criticism. *Id.*, ¶ 4 Second, TEI would only target posts where: (1) the H3Snark Mods locked the post, which made it impossible for anyone to comment or critique the content; and/or (2) lacked comments with any critical bearing on the content at the time of the DMCA takedown. *Id.* If the title or comments of the post had even marginal critical bearing on the style or substance of the clip, TEI refrained from issuing a DMCA takedown. *Id.* This exacting standard was established for the express purpose of staying well clear of silencing any criticism. *Id.*, ¶ 5.

From August 1, 2024 to November 26, 2024, TEI issued six DMCA takedowns of H3Snark posts and one for a comment containing a YewTube link. RBN Decl., ¶¶ 3-19, Exs. 49-56. Each of the posts or the comment subject to TEI's DMCA takedowns met the aforementioned criteria. *Id.* A thorough fair use analysis was provided with each DMCA Takedown to explain TEI's good faith belief why the post or comment did not qualify as fair use. *Id.*

H3Snark retaliated against the DMCA takedowns. They made pinned community posts and megathreads attacking the DMCA takedowns, along with the Kleins and TEI's counsel as abusing the DMCA takedown system. RBN Decl., ¶¶ 20-21. H3Snark began soliciting individuals to file counternotifications. *Id.*, ¶ 23. TEI received two counternotifications for the seven takedowns it issued. *Id.*, ¶¶ 23-29. The first counternotification was clearly fraudulent and issued by the H3Snark Mods. *Id.*, ¶ 24-26. Reddit ultimately recognized it was fraudulent and refused to honor the first counternotification. *Id.*, ¶ 27, Ex. 59. The second counternotification complied with the statutory requirements for a counternotification – which Reddit honored as required by law. *Id.*, ¶ 28. However, the statement justifying the second counterclaim demonstrated the issuer failed to consider the fair use factors as required by law. *Id.*, ¶¶ 29-30, Ex. 60.

The H3Snark Mods' claim that H3Snark was intended as a "safe space" for "good faith criticism" of the Kleins warrants closer scrutiny. The "criticism" most frequently levied against the

5

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 392

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 393 of 582

Kleins in H3Snark was that they advocated the genocide of Palestinians and supporting Israel's actions in Gaza. JKD, ¶¶ 38-41, Ex. 70.

The declarations of the H3Snark Mods are replete with assertions that contain material omissions, gross misrepresentations and outlandish and false conspiracy theories. JKD, ¶¶ 35-97. While the Kleins do their utmost to address these assertions, some of the most absurd claims are worth highlighting. One of the claims is that the Kleins sent human skulls to themselves to elicit sympathy after being investigated based on a fraudulent report to the Los Angeles County Department of Child and Family Services. *Id.*, ¶ 77. Another claim is the Kleins are using the subpoenas as a fishing expedition because Ethan wore a "fishing" hat when discussing the subpoenas. *Id.*, ¶ 72. Yet another claim is that Ethan intends to kill them based on quoting the film *Taken*. *Id.*, ¶ 73.

The H3Snark Mods claim that the Kleins intend to publicly retaliate against them also warrants closer scrutiny. While the H3Snark Mods feel they are entitled to make false and outlandish claims against the Kleins as a form of "criticism" (no matter how horrific or abusive), they consider the Kleins' public statements defending themselves against these allegations and criticizing the H3Snark Mods as a form of abuse and harassment. This double standard epitomizes the H3Snark Mods abuse and harassment of the Kleins: they seek protection for their "criticism," but seek to punish the Kleins for exercising their First Amendment right to refute this "criticism."

### C. The Creation, Dissemination and Infringement of *The Nuke*

Beginning in mid October 2024, the Kleins reached a breaking point. JKD, ¶ 24. They kept witnessing how Hasan radicalized people to – not be pro-Palestinian – but pro-terrorism. *Id.* They were fed up with how H3Snark was repeatedly branding them as genocide supporters. *Id.* As such, the Kleins – through TEI – decided to create a documentary that exposed how Hasan radicalizes individuals online to support terrorism against Jews and Israelis. *Id.*

*The Nuke* was created over the course of several months. JKD, ¶ 25. It utilized a combination of comedy, commentary, archival materials, audio and visual effects, montage and editing to lampoon and criticize Hasan and the platform that enables him, Twitch. *Id.*, Exs. E, 69. The duration of *The Nuke* is of a feature length film, totaling over one hour and forty-two

6
TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 393

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 394 of 582

minutes. *Id.*, ¶ 25, Ex. E.

The Kleins (particularly Ethan) promoted the video frequently before its release on January 31, 2025. JKD, ¶ 28. The public interest in the video – including on H3Snark – was immense. *Id. The Nuke* was originally set to release on January 30, 2025. *Id.*, ¶ 29. On that date, the H3Snark Mod u/jewettornesarah made a pinned community post on H3Snark to maximize its visibility (the "1/30/25 Post"). RBN Decl., ¶ 35; Dkt. No. 7, p. 103.

The 1/30/25 Post was entitled "MEGATHREAD | Content Nuke – **<u>Where to Watch</u>** & Discussion." Dkt. No. 7, p. 103 (emphasis added). The 1/30/25 Post provided links to various creators, including Denims, as a place "***to watch the nuke <u>without showing</u> support for H3***" (*i.e.*, TEI). *Id.* (emphasis added). The 1/30/25 Post stated they were providing links to creators, like Denims, because they "supported" H3Snark "by engaging directly with" the H3Snark Mods. *Id.*

On January 31, 2025, TEI broadcast the Countdown Episode at around 12:24 p.m. PST on the H3 Podcast YouTube channel. JKD, ¶ 30. It was intended to drum up interest for the release of *The Nuke* and cover various topics and current events. *Id.* At 1:30 p.m. when the Countdown Episode completed, TEI released *The Nuke* on the h3h3Productions YouTube channel. *Id.*

During the broadcast of the Countdown Episode, the H3Snark Mod u/h3snarkmodteam made a pinned community post on H3Snark to maximize its visibility (the "First 1/31/25 Post). RBN Decl., ¶ 38; Dkt. No. 7, p. 133. The title for the post was "DENIMS is LIVE reacting now to today's H3 podcast episode and the 'content nuke' video Ethan is publishing in about an hour." *Id.* It contained a hyperlinked picture of Denims that took users directly to her homepage where people could view her Watch Party of the Countdown Episode. *Id.*; RBN Decl., ¶¶ 38, 40, Ex. 62.

Shortly after *The Nuke* was released, the H3Snark Mod u/h3snarkmodteam created another pinned community post on H3Snark to maximize its visibility (the "Second 1/31/25 Post"). RBN Decl., ¶ 39; Dkt. No. 7, p. 116. It contained text featuring Denims as a place "to watch reactions to this video." *Id.* Next to her name was the word "**<u>Link</u>**" written in bold and underlined that took users directly to Denims' homepage where they could view her Watch Party of *The* Nuke. *Id.*; RBN Decl., ¶¶ 39-40, Ex. 62. The H3Snark Mods also provided links to other creators, but Denims was at the top of the list. Dkt. No. 7, p. 116. The list included information on

7

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 394

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 395 of 582

whether they were currently streaming *The Nuke* or would be doing so shortly. *Id.*

## III. LEGAL STANDARD

Currently, there is a split in authority regarding the standard to disclose a doe defendant's identity via subpoena when "the anonymous speech at issue constitutes copyright infringement or relates to illegal activity[.]" *Agdal v. X Corp. In Int. to Twitter*, 2025 WL 81594, *4 (N.D. Cal. Jan. 13, 2025). "[S]ome courts have concluded that that a First Amendment analysis can be dispensed with altogether while others have concluded that consideration of the First Amendment concerns is still appropriate." *Id.* (collecting authorities).

Some courts have adopted the following test: (1) "the party seeking the disclosure must demonstrate a *prima facie* case on the merits of its underlying, in this case, copyright claim;" and (2) "the Court balances the need for the discovery against the First Amendment interest at stake." *Cognosphere Pte. Ltd. v. X Corp.*, 2024 WL 4227594, *3 (N.D. Cal. Sept. 18, 2024); *Baugher v. GoDaddy.com LLC*, 2021 4942658, *3 (D. Ariz. Oct. 22, 2021) (same); *In re DMCA § 512(h) Subpoena to Twitter*, 608 F.Supp.3d 868, 876 (N.D. Cal. 2022) (same).

As this Court is well-aware, another court has rejected the balancing of the equities part of the inquiry because "it is not well suited for a copyright dispute" since "the First Amendment does not protect anonymous speech that infringes copyright." *In re DMCA Subpoena to Reddit, Inc.*, 441 F.Supp.3d 875, 882 (N.D. Cal. 2020). Rather, First Amendment considerations are adequately addressed examining "fair use in the context" of "whether there was a prima facie case of copyright infringement." *Id.* at 883. Irrespective of which test applies, the Motion must be denied.

## IV. TEI'S *PRIMA FACIE* CASE OF CONTRIBUTORY COPYRIGHT INFRINGEMENT AGAINST THE H3SNARK MODS

The *prima facie* showing requires a plaintiff to "produce competent evidence supporting a finding of each fact that is essential to a given cause of action." *Baugher*, 2021 WL 4942658, *3. The elements of contributory copyright infringement are: "(1) direct infringement by a third party; (2) that the defendant knew or had reason to know of the third party's infringing activity; and (3) the defendant induced, caused or materially contributed to the infringing conduct." *Amazon Content Services LLC v. DeBarr*, -- F.Supp.3d --, 2025 WL 2217715, *4 (C.D. Cal. Aug. 4, 2025).

8

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 395

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 396 of 582

**A. Denims Engaged in Direct Infringement**

The elements of direct copyright infringement are: "(1) ownership of a valid copyright and (2) violation by the alleged infringer of at least one of the exclusive rights granted to copyright infringement." *Baugher*, 2021 WL 4942658, *3.

"Copyright registration establishes a prima facie case of ownership." *Atari Interactive, Inc. v. Redbubble, Inc.*, 515 F.Supp.3d 1089, 1111 (N.D. Cal. 2021). TEI registered the Works with the United States Copyright Office. The registration number for: (1) the Countdown Episode is PAu 4-257-253; and (2) *The Nuke* is PAu 4-256-429. JKD, ¶¶ 26, 34; RBN Decl., ¶¶ 34, 37; Exs. 5-6.

On January 31, 2025, Denims hosted her Watch Party of the Works. RBN Decl., ¶ 41. TEI never authorized Denims' use of the Works in any manner. JKD, ¶ 31. As such, her Watch Party violated TEI's right to publicly perform, reproduce and create derivatives of the Works. *See* 17 U.S.C. § 106(1-2 & 4). As such, TEI has proven of underlying direct infringement.

**B. The H3Snark Mods Fail to Demonstrate Fair Use**

The Ninth Circuit makes "clear that the burden of proving fair use is always on the putative infringer." *Lenz v. Uni. Music Corp.*, 815 F.3d 1145, 1152-53 (9th Cir. 2016). This applies with equal force in the context of subpoenas seeking to identify anonymous individuals for copyright infringement. *See Baugher*, 2021 WL 4942658, *4 (quoting *Lenz*); *cf. In re DMCA Subpoena to Reddit, Inc.*, 441 F.Supp.3d at 883 (holding the movant/defendant must "establish[] he made fair use of the copyrighted works" to quash the subpoena).

Fair use is codified in Section 107 of the Copyright Act. The statute sets forth four non-exclusive factors courts consider to evaluate fair use:

1. [T]he purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;
2. [T]he nature of the copyrighted work;
3. [T]he amount and substantiality of the portion used in relation to the copyrighted work as a whole; and
4. [T]he effect of the use upon the potential market for or value of the copyrighted work

17 U.S.C. § 107.

9

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 396

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 397 of 582

**1. The H3Snark Mods Fail to Show They Made a Fair Use**

The H3Snark Mods incorrectly argue that they made a fair use of the Works by facilitating commentary and criticism of them by users of H3Snark. Dkt. No. 1, pp. 15:6-16:14, 28:5-9. The Ninth Circuit has rejected this argument: the "end-user's utilization of the product is largely irrelevant" to fair use. *De Fontbrune v. Wofsy*, 39 F.4th 1214, 1224 (9th Cir. 2022). This has been applied with equal force in motions to quash seeking to unmask anonymous copyright infringers:

> Posting a work and implicitly inviting comment or criticism is the same as simply copying the work; any work made public will always inspire an opinion in the reader, but the reader's implicit opinion is not the same as comment or criticism formed and made by the blogger who copies the copyright-protected work.

*Baugher*, 2021 WL 4942658, *4.

These cases are in accord with the Supreme Court's mandate that fair use must examine "the specific 'use' of the copyrighted work" at issue. *Andy Warhol Found. For the Visual Arts, Inc. v. Goldsmith* ("*Warhol*") 598 U.S. 508, 533 (2023). The H3Snark Mods did not provide any commentary of the Works in the First 1/31/25 Post or Second 1/31/25 Post (collectively, the "1/31/25 Posts"). Dkt. No. 7, pp. 116, 133. Whether ***third-parties*** commented on the Works in the 1/31/25 Posts is irrelevant because the issue here is the ***H3Snark Mods*** use – not third parties.[3]

Therefore, the H3Snark Mods' argument fails as a matter of law.

**2. The H3Snark Mods Fail to Show Denims Made a Fair Use**

**a. The First Factor Weighs Heavily Against Fair Use**

The first fair use factor "relates to the problem of substitution" – *i.e.*, whether the new work "supersedes" or "supplant[s]" the original. *Warhol*, 598 U.S. at 527. The "central question" is whether the secondary work "adds something new, with a further purpose or different character." *Id.* at 528. The mere fact that a secondary use has "some further purpose" or "add[s] something new … does ***not*** render such uses fair." *Id.* at 528-529 (emphasis added). Rather, "whether an allegedly infringing use has a further purpose or different character" is "a ***matter of degree***, and the degree of difference ***must*** be weighed against other considerations, like

[3] The H3Snark Mods claim that the "text of the Megathreads made clear that their purpose was for discussion about streamers' reaction and commentary" fails to withstand scrutiny. Dkt. No. 1, p. 27:12-13. Neither the title or contents of the 1/31/25 Posts referenced "discussion" or "commentary" whatsoever. Dkt. No. 7, pp. 116, 133. Further, as the Court in *Hosseinzadeh* makes clear, not all reaction videos are equal fair use. 276 F.Supp.3d at 40 fn. 1.

10

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 397

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 398 of 582

commercialism." *Id.* at 532 (emphasis added). When "the purposes of the works ***overlap***" or the secondary use does "not serve an '***entirely different function***' than the originals," the first fair use factor does not favor fair use. *De Fontbrune*, 39 F.4th at 1225 (emphasis added).

The "first factor also relates to the justification for the use" both in the "broad" and "narrower sense." *Warhol*, 598 U.S. at 531-532. In the "broad sense," a use is justified if it has a "distinct purpose" that "furthers the goal of copyright … without diminishing the incentive to create." *Id.* at 531. A use is justified in the "narrower sense" when it "is reasonably necessary to achieve the user's new purpose." *Id.* Such justification is "particularly relevant to assessing fair use" where "wide dissemination of a secondary work would otherwise run ***the risk of substitution for the original*** or licensed derivatives." *Id.* (emphasis added). Again, "the question of justification is one of degree." *Id.*

When examining criticism, "each quoted passage" must serve "a different purpose (an object of criticism)." *Warhol*, 598 U.S. at 528 fn. 4. Consequently, "a court must consider each use within the whole to determine whether the copying is fair." *Id.* The first fair use factor does ***not*** favor fair use when "***a defendant copies more than is necessary to facilitate 'comment or criticism***.'" *Penguin Random House LLC v. Colting*, 270 F.Supp.3d 736, 751 (S.D.N.Y. 2017) (emphasis added). "The law is clear that, to be considered transformative criticism, the aspects of a work that reproduce another's protected expression ***must be in service of commentary on that work***. It is not enough for part of a work to have a transformative purpose." *Id.* (emphasis added).

When "clips are played without much interruption, if any" or "used in excess of [the] benign purpose," the use is "not consistently transformative." *Elvis Presley Enterprises, Inc. v. Passport Video*, 349 F.3d 622, 628-629 (9th Cir. 2003). Additionally, "wholesale copying sprinkled with [spoken] commentary" fails to transform a work. *Id.*; *Monge v. Maya Magazines, Inc.*, 688 F.3d 1164, 1174, 1176 (9th Cir. 2012) (same). Further, when "the commentary has no critical bearing on the substance or style of the original composition, the claim to fairness in borrowing from another's work diminishes according (if it does not vanish), and other factors, like the extent of its commerciality, loom larger." *Warhol*, 598 U.S. at 530-531.

The degree to which a secondary use has a different purpose or character "must be

11
TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 398

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 399 of 582

weighed against other considerations, like commercialism." *Warhol*, 598 U.S. at 525. "The undisputed commercial character of [the defendant's] use, though not dispositive, tends to weigh against a finding of fair use." *Id.* at 537. The first factor "does not" favor "any user who wants to reach different buyers, in different markets, consuming different products." *Id.* at 548 fn. 22.

*Hosseinzadeh* provides useful guidance because it expressly addresses the issue of fair use in the context of reaction videos. As the court noted, reaction videos "vary widely in terms of purpose, structure, and the extent to which they rely on potentially copyrighted material." *Hosseinzadeh*, 276 F.Supp.3d at 40 fn. 1. Reaction videos that "intersperse ***short segments*** of another's work with criticism and commentary" are considered a fair use. *Id.* (emphasis added) When a reaction video is more "akin to a group viewing session," it is not considered fair use. *Id.* at 40, 45-47 (providing analysis of all four fair use factors).

The primary purpose of Denims' Watch Party was to provide a substitute for the Works and exploit them for commercial gain, as explained below.

**Countdown Episode**: Denims streamed almost the entirety of the Countdown Episode concurrently with TEI's original broadcast. RBN Decl., ¶¶ 43-44; Ex. K at 9:30-1:15:26. Consequently, people viewed Denims' Watch Party of the Countdown Episode instead of the original broadcast – as it would make little sense to view both. As Denims herself once recognized: "***If someone watches content on someone's else's stream, there is a very low likelihood that they're going to go watch it separately and give you the view or the like.***" RBN Decl., ¶¶ 49, 50(d), Ex. 64 at 36:00-36:13; *see also Id.* at 30:00-30:13 (similar statement).

The commercial purpose of Denims' Watch Party of the Countdown Episode is immediately evident. Denims commercially exploited the Countdown Episode by receiving paid subscriptions, donations and advertising revenue during her Watch Party of the Countdown Episode. RBN Decl., ¶ 44; Ex. K at 9:30-1:15:26. Further, Denims used the Countdown Episode to promote her Watch Party of *The Nuke* by: (1) placing a chyron at the top of her screen stating: "CONTENT NUKE DROPS AT 1:30 PM PST" (*id.* beginning at 0:34); (2) adding a countdown timer for when *The Nuke* would be publicly released (*id.* beginning at 16:48); and (3) encouraging people to view her Watch Party instead of *The Nuke* by stating: "***If you want to watch it, you***

12
TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 399

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 400 of 582

***know, come enjoy the watch party somewhere else***." *Id.* at 23:40-47.

It is equally evident that any criticism of the Countdown Episode was an afterthought. Denims watched long sections of the Countdown Episode with little to no interruption for several minutes at a time.[4] She even let the Countdown Episode play for 2:21 minutes while she was off camera. Ex. K at 39:18-41:40. When she returned, Denims was silent for an additional minute. *Id.* at 41:41-42:41. When Denims did speak, she provided (in the aggregate) only: (1) 4:43 minutes of brief and superficial commentary with little to no critical bearing on the original;[5] (2) 43 seconds of partially related commentary that meanders into unrelated topics;[6] and (3) 2:12 minutes of unrelated or unintelligible comments.[7] During 1:03:56 hour runtime of Denims' Watch Party, she lets the Countdown Episode play uninterrupted for nearly 88% of the time. *Id.* at 9:30-1:15:26.

***The Nuke*:** Denims started her Watch Party of *The Nuke* one-minute after its release to the public and showed *The Nuke* in its entirety. JKD, ¶ 30; RBN Decl., ¶ 45; Ex. K at 1:15:19. At its peak, Denims received approximately 45,000 concurrent viewers – the most concurrent viewers of Denims' entire career. RBN Decl., ¶ 46, Ex. 63. Denims' purpose was to commercially exploit *The Nuke* for personal gain. On 174 separate occasions, she received paid subscriptions, donations and advertising revenue during her Watch Party of *The Nuke*. RBN, Decl., ¶ 47; *see also* Ex. K at 1:15:19-5:06:20.

Denims made several statements that emphasized her primary purpose was to commercialize her Watch Party and offer it as a substitute for *The Nuke*.

- The title of her stream was: "ETHAN KLEIN HASAN CONTENT NUKE **WATCH PARTY** THIS IS NOT A DRILL." RBN Decl., ¶ 48, Ex. 62 (emphasis added).

[4] Ex. K at 9:30-12:09, 12:14-14:36, 14:55-16:25, 17:45-18:51, 19:06-20:25, 24:09-25:22, 23:40-26:40, 26:48-27:18, 27:25:30:22, 30:27-32:23, 33:41-35:59; 36:05-36:37, 37:22-38:16, 38:20-39:07, 42:53-44:36, 44:43-45:21, 45:24-46:06, 46:17-46:48, 46:52-48:04, 48:23-50:40, 50:45-51:49, 51:58-54:12, 54:19-54:43, 54:48-56:44, 57:02-58:42, 59:08-59:54, 1:00:01-1:01:45, 1:01:57-1:02:50, 1:03:16-1:04:04, 1:04:06-1:05:36, 1:07:47:1:09:05, 1:09:13-1:10:20, 1:11:39-1:13:05, 1:13:45-1:14:22, 1:14:35-1:15:18.

[5] *Id.* at 12:09-13, 14:37-54, 16:26-27, 17:02-16, 17:37-44, 32:24-33:40, 36:00-04, 37:19-21, 38:17-19, 42:42-52, 44:37-42, 45:22-23, 46:07-16, 46:49-51, 51:50-57, 54:13-18, 54:44-47, 56:45-57:01, 58:43-44, 58:52-59:07, 59:55-1:00:00, 1:01:46-56, 1:05:37-43, 1:05:55-1:06:47, 1:07:02-07, 1:07:44-46, 1:09:6-12, 1:10:21-28, 1:10:58-11:02, 1:11:31-38, 1:15:19-26.

[6] *Id.* at 18:52-19:05, 50:41-44, 1:02:51-1:03:15

[7] *Id.* at 20:20-23:39, 23:40-47, 24:02-08, 25:23-40, 26:41-47, 27:19-31, 30:23-26, 36:38-39, 48:05-22, 1:04:05, 1:07:20-22, 1:13:06-44, 1:14:23-24.

13

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 400

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 401 of 582

- Prior to her Watch Party, Denims stated: "***If you want to watch it, you know, come enjoy the watch party somewhere else***." Ex. K at 23:40-47. Additionally, Denims read a message from her chat stating: "We're relying on you to stay live so ***we don't give more views to the Nuke***" – to which Denims replied: "Yeah, I'm going to. I'm going to stream it since he confirmed it's coming out today. We're going to stream it." Ex. J at 4:48:38-4:48:48.
- Prior to and throughout her Watch Party of *The Nuke*, Denims prominently displayed the chyron "***Watching*** Hasan Content Nuke From Ethan Klein." Ex. K beginning at 1:15:03.
- During her Watch Party, Denims responded to a chatter by stating: "Unfortunately, we are ***watching*** the Ethan Nuke." Ex. K at 2:06:09-23.
- Immediately after her watch party, Denims stated: "Well guys, if you enjoyed ***not giving any views to that terrible video***, follow, subscribe, throw a prime, if you like the content if you enjoyed your time here. … I appreciated you guys tuning in with me because, I'm going to be honest, I did not want to ***watch*** that by myself."[8] Ex. K at 5:07:45-5:08:09.
- The following day, Denims stated: "And I know all of those people ***didn't want to give the video another view***. Which is why they ***watched it with me***." RBN Decl., ¶ 48(f), Ex. L.

Denims' conduct during her Watch Party was fully consistent with her statements. Denims failed to address the majority of points raised in *The Nuke*. RBN Decl., ¶ 45. On ***74*** separate occasions, Denims plays *The Nuke* uninterrupted for 30 seconds or more (and frequently a minute or longer) – accounting for 70% of *The Nuke*.[9]

During the Watch Party, Denims admits she was not providing sufficient commentary

[8] A "prime" refers to a free paid subscription to a Twitch channel provided by Amazon Prime.
[9] Ex. K at 1:15:38-1:16:09, 1:16:56-1:19:10, 1:19:33-1:20:59, 1:21:41-1:22:11; 1:24:12-1:25:14, 1:25:43-1:27:28, 1:36:01-1:37:10, 1:37:44-1:38:15, 1:39:16-1:39:55, 1:41:47-1:43:05, 1:46:59-1:48:12, 1:48:18-1:49:15, 1:57:33-1:58:07, 1:58:51-2:00:37, 2:00:58-2:01:29, 2:01:56-2:02:45, 2:03:31-2:04:07, 2:06:24-2:07:24, 2:11:07-2:12:01, 2:12:26-2:13:04, 2:13:30-2:14:20, 2:16:19-2:17:08, 2:17:16-2:18:00, 2:18:15-2:19:40, 2:20:34-2:22:20, 2:29:01-2:31:19, 2:32:01-2:33:00, 2:33:32-2:35:10, 2:39:46-2:41:04, 2:42:04-2:43:53, 2:45:04-2:45:35, 2:45:47-2:47:04, 2:47:26-2:47:56, 2:48:04-2:49:50, 2:51:20-2:52:29, 2:57:25-2:58:13, 2:59:23-3:00:39, 3:04:52-3:05:36, 3:06:16-3:07:17, 3:10:42-3:11:21, 3:12:02-3:12:57, 3:16:59-3:17:46, 3:17:49-3:18:20, 3:24:15-3:25:32, 3:25:48-3:36:53, 3:28:23-3:29:49, 3:26:27-3:37:38, 3:40:15-3:40:55, 3:41:29-3:42:48, 3:44:41-3:45:33, 3:48:32-3:49:12, 3:51:04-3:43:45, 3:56:03-3:56:56, 3:59:16-3:59:50, 4:00:44-4:02:23, 4:12:58-4:13:32, 4:19:37-4:20:09, 4:21:51-4:22:36, 4:23:49-4:24:30, 4:25:57-4:26:30, 4:28:24-4:29:10, 4:36:07-4:36:47, 4:38:05-4:39:40, 4:39:47-4:40:25, 4:41:17-4:42:12, 4:43:11-4:44:23, 4:45:39-4:46:11, 4:46:49-4:47:32, 4:47:52-4:48:30, 4:52:41-4:53:41, 4:54:53-4:55:31, 5:00:50-5:01:36, 5:04:00-5:04:31, 5:05:24-5:06:20

14
TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 401

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 402 of 582

because she did not want to pause *The Nuke* frequently. Ex. K at 3:00:53-3:01:36, 3:01:49-3:02:09. When she does speak, Denims frequently makes short comments with no critical bearing on the style or substance of *The Nuke*, such as (1) incoherent and unclear utterances;[10] (2) speaking with her chat about unrelated or minimally related topics;[11] (3) discussing unrelated or minimally related topics;[12] (4) providing brief and superficial comments with little to no elaboration;[13] (5) frequently expressing confusion by a particular excerpt due to not prescreening *The Nuke*.[14]

In the rare instances where Denims does provide lengthier commentary, her comments have no critical bearing on the style or substance of *The* Nuke. Examples include: (1) discussing China's credit score system (Ex. K at 1.22:40-1:24:11), which was not discussed in *The Nuke* whatsoever; (2) after the discussion of Hasan's apologia for China's genocide of the Uyghurs, Denims attacks the United States as worse than China because of issues with disability benefits, incarceration levels and treatment of transgender individuals (*id.* at 1:25:43-1:35:51), which has nothing to do with *The Nuke*; and (3) after the critique of Morgan Kama Majed p/k/a Frogan ("Frogan"), Denims goes on a diatribe on why Frogan is more American than her (*id.* at 4:14:35-4:19:36), which has nothing to do with *The Nuke*.

To be certain, there are moments when Denims makes a highly transformative use of *The Nuke* (albeit infrequently and inconsistently). Where *The Nuke* seeks to expose how Hasan radicalizes individuals to hate Jews and Israel, Denims occasionally uses *The Nuke* to radicalize individuals to hate Jews and Israel. The inconsistent and infrequent nature of this transformation, however, fails to justify showing *The Nuke* in its entirety immediately upon release for an express commercial purpose by playing large portions of it uninterrupted or with minimal commentary.[15]

[10] *Id.* at 1:19:11-15, 1:21:00-07, 1:22:12-14, 2:12:02-04, 2:14:55-56, 2:37:05-14, 2:47:57-2:48:03, 3:24:35-3:24-14, 4:24:47-56, 4:31:01-18; 4:52:36-40.

[11] *Id.* at 3:19:42-3:20:19, 3:20:24-34, 3:23:35-3:24:14, 3:29:45-3:30:14, 3:37:46-50, 3:38:52-3:39:12, 3:43:41-55, 3:48:13-16, 3:50:15-30, 3:50:44-3:51:03, 4:02:32-35, 4:21:34-50, 4:22:37-52, 4:31:40-53, 4:34:14-44, 4:42:17-19.

[12] *Id.* at 1:37:37-43, 1:38:23-33, 1:58:48-50, 4:46:35-38, 2:06:05-08, 2:39:09-45, 2:45:36-46, 3:01:37-48, 4:20:10-32, 4:32:58-4:33:06, 4:35:39-4:36:06, 4:40:58-4:41:07

[13] *Id.* at 1:21:14-40, 5:04:58-5:05:23, 1:46:42-50, 2:03:28-30, 2:16:17-18, 2:17:09-15, 2:19:41-2:20:03, 2:41:05-07, 4:43:56-4:54:08, 3:46:23-37, 3:59:51-56, 4:30:29-30, 4:57:40-51

[14] *Id.* at 1:39:16-55, 1:41:47-1:43:22, 1:38:34-1:39:15, 1:46:59-1:48:17, 3:03:21-49, 3:40:15-3:41-28, 4:38:05-4:39:40.

[15] The H3Snark Mods' analysis of the first factor is intentionally vague, at a high level of abstraction and lacks a single timestamp. Dkt. No. 1, pp. 21:24-22:19. TEI's complaint went into (continued).

15

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 402

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 403 of 582

In sum, the first fair use factor weighs heavily against fair use.

**b. The Second Factor Weighs Against Fair Use**

The second fair use factor (*i.e.*, "the nature of the copyrighted work") "typically has not been terribly significant in the overall fair use balancing." *McGucken v. Ocean Pub. Ltd.*, 42 F.4th 1149, 1161 (9th Cir. 2022). It examines "the extent to which [the original work] is creative and whether it is unpublished." *Id.* Even when a work "document[s] a real event," the work can still be "creative because [it is] the product of many technical and artistic decisions." *Id.* Whether a work is published asks whether the author exhausted the "right to control the first public appearance" of the work. *Monge*, 688 F.3d at 1178. The mere fact a work is published "does not weigh in favor of fair use." *McGucken*, 42 F.4th at 1162.

The fact the Works were published does not weigh in favor of fair use because Denims streamed: (1) the Countdown Episode concurrently with its broadcast; and (2) *The Nuke* one minute after its release. RBN Decl., ¶ 45; Ex. K at 1:15:19. Further, while containing numerous documentary and factual elements, both Works contained numerous creative elements, which weighs against fair use.[16] JKD, ¶ 25 & fn. 18, Ex. 69; *see generally* Ex. K.

Therefore, the second fair use factor weighs against fair use.

**c. The Third Factor Weighs Heavily Against Fair Use**

The third fair use factor examines "the quantitative amount and qualitative value of the original work used in relation to the justification for that use." *McGucken*, 42 F.4th at 1162. Consequently, the third fair use "factor circles back to the first factor because the extent of permissible copying varies with the purpose and character of the use." *Id.*

When "the amount used is substantial with respect to the infringing work, it is evidence of

exacting detail why Denims failed to sufficiently transform *The Nuke* and provided timestamps and citations. *Compare* Dkt. No. 7, ¶ 2, Ex. 1, pp. 49:17-75:28 *with* Dkt. No. 1, pp. 21:24-22:19. It is no accident why the H3Snark Mods fail to address the gravamen of TEI's argument. By acknowledging that the ***extent*** of Denims' commentary was insufficient to justify showing *The Nuke* in its entirety immediately upon release, the H3Snark Mods would have to acknowledge that this case is not about silencing criticism, but a lack of it.

[16] The H3Snark Mods argue that, because *The Nuke* contains preexisting materials, it is only entitled to "thin" copyright protection under the second fair use factor. Dkt. No. 1, pp. 32:15-33:14. This argument is specious and ignores the countless creative decisions – such as creation of original footage, performance, voice over, editing, graphics, comedy, juxtapositions, montages and other creative elements that comprise *The Nuke*. JKD, ¶ 25 & fn. 18, Ex. 69.

16

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 403

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 404 of 582

the value of the copyrighted work." *Elvis Presley*, 349 F.3d at 630. Indeed, "[c]opying an entire work militates against a finding of fair use." *VHT, Inc. v. Zillow Group, Inc.*, 918 F.3d 723, 744 (9th Cir. 2019). If, however, "the new user only copies as much as necessary for his or her intended use, this factor will not weigh against the new user." *Elvis Presley*, 349 F.3d at 630.

Once again, *Hosseinzadeh* is insightful. In the aggregate, the reaction video at issue used "three minutes and fifteen seconds of the five minute, twenty-four second long" original video – *i.e.*, approximately 60% of the original. *Hosseinzadeh*, 276 F.Supp.3d at 40. The reaction video, however, was "almost fourteen minutes long" and "intersperse[d] relatively ***short segments*** of the [original] video with ***long segments*** of ... commentary." *Id.* (emphasis added). Ultimately, the Court found that the third factor was "neutral" because, while the Kleins copied "a great deal" of the original, "the 'extent' and 'quality and importance' of the video clips used by [the Kleins] were … ***plainly necessary to the commentary and critique***." *Id.* at 46 (emphasis added).

Here, Denims streamed *The Nuke* in its entirety and the Countdown Episode nearly in its entirety. As discussed in Section V.B.2.a, Denims failed to provide commentary or criticism on significant portions (if not the majority) of both Works. Such use was clearly unnecessary and excessive of any potential criticism or commentary Denims provided on the Works themselves.[17]

**d. <u>The Fourth Factor Weighs Heavily Against Fair Use</u>**

This factor is "undoubtedly the single most important element of fair use." *Harper & Row Pub., Inc. v. Nation Enters.*, 471 U.S. 536, 566 (1985). "While the first fair use factor considers whether and to what extent an original work and secondary use have substitutable purposes, the fourth factor focuses on actual or potential market substitution." *Warhol*, 598 U.S. at 536 fn. 12.

The fourth factor is tied to the other factors. "The first and fourth factors are closely related, as the more copying is done to achieve a purpose that is the same or substantially similar to the original, the more likely it is that the copy will serve as a 'satisfactory substitute for the original.'" *Hachette Book Grp, Inc. v. Internet Archive*, 115 F.4th 163, 189 (2d Cir. 2024). Also, the "third and fourth factors are interrelated, as ***the greater the amount and substantiality of the***

[17] The H3Snark Mods concede the "third factor weighs against a find of fair use here." Dkt. No. 1, p. 28 fn. 14. No further explanation is provided. The reason is self-evident: it requires admitting that Denims failed to comment on the majority of points raised in both Works and, therefore, her "commentary" was not consistently transformative.

17

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 404

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 405 of 582

***use, 'the greater the likelihood that the secondary work might serve as an effectively competing substitute for the original***.'" *Id.* at 187-188 (emphasis added). Further, when "a case involves commercial use, such as here, 'the defendant must rebut that presumption of market effect.'" *Nat. Fire Protection Assoc., Inc. v. UpCodes, Inc.*, 753 F.Supp.3d 933, 965 (C.D. Cal. 2024).

The fourth factor "encompasses both (1) the extent of market harm caused by the particular actions of the alleged infringer, and (2) whether unrestricted and widespread conduct of the sort engaged in by the defendant would result in a substantially adverse impact on the potential market for the original and the market for derivative works." *McGucken*, 42 F.4th at 1163. Even when there is "little direct evidence of actual market harm," "to negate fair use," the plaintiff "need only show that if the challenged use should become widespread, it would adversely affect the ***potential*** market for the copyrighted work." *Id.* (original emphasis).

At bottom, the fourth factor "asks whether consumers treat a challenged use 'as a market replacement' for the copyrighted work[.]" *Nat. Fire*, 753 F.Supp.3d at 965. The fourth fair use "factor points ***against fair use when a copyist makes copies available that displace demand for copies the copyright owner already makes available or readily could***." *Bartz v. Anthropic PBC*, 787 F.Supp.3d 1007, 1031 (N.D. Cal. 2025) (emphasis added).

Denims knew her Watch Party was a market substitute for the Works. She said so herself when reading messages from her chat. Examples include: (1) "***If you want to watch it, you know, come enjoy the watch party somewhere else***." (Ex. K at 23:40-47); (2) Denims read a message from her chat stating: "We're relying on you to stay live so ***we don't give more views to the Nuke***" – to which Denims replied: "Yeah, I'm going to. I'm going to stream it since he confirmed it's coming out today. We're going to stream it." (*id.*, at 4:48:38-4:48:48); (3) "Well guys, if you enjoyed ***not giving any views to that terrible video***, follow, subscribe, throw a prime, if you like the content if you enjoyed your time here. (*id.* at 5:07:45-5:08:09); and (4) The day after her Watch Party, Denims stated: "And I know all of those people ***didn't want to give the video another view***. Which is why they ***watched it with me***." Ex. L.

Further, Denims' Watch Party served as a market substitute for the originals is evidenced by the tens of thousands of individuals who watched her Watch Party before they had any

18

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 405

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 406 of 582

opportunity to watch the Works. RBN Decl., ¶ 46, Ex. 63; JKD, ¶¶ 30, 33. These individuals watched Denims' Watch Party instead of the Works because Denims streamed them concurrently or immediately after the public release of the Works. *Id.*, Ex. K at 9:30-1:15:26.

Denims knew her Watch Party (as a general matter) took views away from the original. In a debate with the creator Jay Exci in 2022, Denims admitted multiple times that her watch parties are substitutes for the original: "***If someone watches content on someone's else's stream***, ***there is a very low likelihood that they're going to go watch it separately and give you the view or the like.***" RBN Decl., ¶¶ 49-50, Ex. 64 at 36:00-36:13. In that same discussion, she also admitted:

> There's no point of watching something a second time. You already watched it. Maybe, like,if you're watching it with some other people or something or it's been a long time, you might re-watch the video. ***But once you watch the video in one place, it's pretty unlikely you're going to go back and watch it again.***

RBN Decl., ¶ 50(d), Ex. 64 at 30:00-30:13.

TEI lost ad revenue for the Works as a result of Denims' Watch Party.[18] JKD, ¶ 33. As her viewers admitted, people watched Denims' Watch Party in lieu of the original Works. *Id.* Further, other individuals also hosted watch parties of *The Nuke* by showing it in its entirety immediately upon release with minimal commentary. RBN Decl., ¶¶ 52-54, Exs. 65-66; JKD, ¶ 33.

Therefore, all the fair use factors decisively weigh against fair use.

### C. <u>The H3Snark Mods Knew of Denims' Infringement</u>

The knowledge requirement of contributory infringement requires either: (1) "actual knowledge of specific acts of infringement"; (2) "willful blindness of specific facts"; or (3) there is "reason to know" of specific acts of infringement. *Erickson Prods., Inc. v Kast*, 921 F.3d 822, 831 (9th Cir. 2019). "The standard for the knowledge requirement is objective[.]" *Bangkok Broad. & T.V. Co., Ltd. v. IPTV Corp.*, 742 F.Supp.2d 1101, 1118 (C.D. Cal. 2010); *see also Arista Records, LLC v. Doe 3*, 604 F.3d 110, 118 (2d Cir. 2010) (same).

Here, the H3Snark Mods knew that Denims was streaming both Works. The title of the First 1/31/25 Post was "DENIMS is LIVE reacting now to today's H3 podcast episode and the

[18] YouTube videos are monetized through ad revenue received from views. JKD, ¶ 32.The greatest demand for a YouTube video is immediately and shortly after its release. *Id.* Further, the views and search results a video receives, the more it is promoted through YouTube's algorithm – which further increases the number of views and advertising revenue. *Id.*

19

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 406

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 407 of 582

'content nuke' video Ethan is publishing in about an hour" – *i.e.* Denims was ***currently*** streaming the Countdown Episode and would stream *The Nuke* upon its release. Dkt. No. 7, p. 136.

The Second 1/31/25 Post was titled "Ethan Klein's Content Nuke on Hasan Piker | H3 Snark Megathread" with the text "Places to watch reactions to this video:" Dkt. No. 7, p. 113. The Second 1/31/25 Post contained a list of creators and whether they were streaming *The Nuke* (*e.g.*, "*(LIVE NOW),*" "*(GOING LIVE SOON),*" "*(Live but not reacting yet)*" or "(not reacting yet)"). *Id.* (original emphasis). For Denims, the Second 1/31/25 Post stated: "**Denims (Twitch) | Link** *(LIVE NOW)*" – *i.e.*, Denims was ***currently*** streaming *The Nuke*. *Id.* (original emphasis). Therefore, the H3Snark Mods knew that Denims was exploiting the Works when they made the 1/31/25 Posts.[19]

The H3Snark Mods do not testify that Denims had a license to use the Works. Indeed, proving the existence of a license was their burden as well.[20] *Furie v. Infowars, LLC* 401 F.Supp.3d 952, 968 (C.D. Cal. 2019) ("The existence of an implied license is an affirmative defense to a claim of copyright infringement and the burden of proof is ultimately on the party seeking to avoid infringement liability.").

To the contrary, the 1/30/25 Post proves the H3Snark Mods knew (or had reason to know) that Denims and other creators did not seek permission from TEI to exploit the Works by stating: (1) they were providing links "to watch the nuke ***without showing support for H3***" – *i.e.*, TEI would not receive any benefit because the use was unauthorized; and (2) they were promoting creators who "supported" H3Snark "by engaging directly" with the H3Snark Mods – *i.e.*, creators who would stream the Works without seeking permission from TEI. Dkt. No. 7, p. 103. This proves the only thing the H3Snark Mods knew for certain was Denims' use of the Works was

[19] The H3Snark Mods assert the Second 1/31/25 Post linked directly to *The Nuke*. Dkt. No. 1, p. 27:15-16 (citing Dkt. No. 8, ¶ 38). The hyperlink was hidden in the letter "i" in the word "this" in the phrase "Places to watch reactions to this video." *Id.* In contrast, the links to other creators – including Denims who was at the top of the list – were displayed prominently with the word "**Link**" in bold and underlined that directed users to their respective streams. Dkt. No. 7, pp. 116. The claim that the hyperlink being confined to the letter "i" was an accident strains credulity. This was no accident; it was intentional to provide the imprimatur linking to the original when the Second 1/31/25 Post was clearly intended to direct viewers to Denims' Watch Party. Also, the First 1/31/25 Post did not have a link to the Countdown Episode whatsoever. Dkt. No. 7, p. 133.

[20] The H3Snark Mods claim that Ethan stated TEI was "opening our IP to the world" as to "clips." Dkt. No. 8, ¶¶ 51-53, 59 (citing fn. 43). Here, Denims did not use clips but *The Nuke* in its entirety and the Countdown Episode nearly in its entirety. Therefore, this statement is inapplicable. Further, it is meritless argument to claim TEI has either abandoned their copyrights or granted a license to them. RBN Decl., ¶¶ 32-33.

20

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 407

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 408 of 582

unauthorized – *i.e.*, knowledge of infringement.

The H3Snark Mods' arguments against knowledge fail to withstand scrutiny. First, they argue the posts stated that "Denims would be *reacting to the Nuke* and *Countdown*, *i.e.*, engaging in commentary and criticism." This argument fails as a matter of law because *Hosseinzadeh* expressly stated not all reaction videos are fair use. 246 F.Supp.3d at 40 fn.1.

Second, the H3Snark Mods argue that they did not know about Denims' infringement because they "did not view Denims' stream while it was live." Dkt. No. 1, p. 25:24-26. This is a fatal admission. To begin, this argument goes to the H3Snark Mods' purported ***subjective*** belief – which is irrelevant because knowledge is an ***objective*** inquiry. Regardless, the H3Snark Mods could not – as a matter of law – form any opinion about whether Denims made a fair use without reviewing and analyzing her Watch Party in its entirety before making that determination. *See Lenz*, 815 F.3d at 1154-55; *Mishiyev v. UMG Recordings, Inc.*, 2025 WL 2625525, *3 (M.D. Fla. Sept. 11, 2025); *Shaffer v. Kavarnos*, 2025 WL 2299173, *2 & fn. 2 (S.D.N.Y. Aug. 7, 2025).[21]

Rather, the H3Snark Mods pay "lip service to the consideration of fair use by claiming [they] formed a good faith belief when there is evidence to the contrary." *Lenz*, 815 F.3d at 1154. They promoted Denims' unauthorized use of the Works without first determining whether she made a fair use. This is also the epitome of willful blindness. It proves the H3Snark Mods: (1) "subjectively believed infringement was likely occurring"; and "(2) took deliberate actions to avoid learning about the infringement." *Luvdarts, LLC v. AT&T Mobility, LLC*, 710 F.3d 1068, 1073 (9th Cir. 2013).[22]

Therefore, TEI has met its burden to demonstrate the H3Snark Mods had knowledge of Denims' infringement of the Works.

[21] The cited cases hold that, prior to issuing a DMCA takedown or counternotification, the issuer must form a subjective good faith belief regarding fair use. They further state that, to form a good faith belief on fair use, the issuer must watch the material in its entirety and conduct a fair use analysis ***before*** issuing the takedown or counternotification. This is why TEI did not issue a DMCA Takedown for 1/31/25 Posts; it would have risked exposure for claim for DMCA misrepresentation under 17 U.S.C. Section 512(f) by issuing them prematurely. RBN Decl., ¶ 51.

[22] The H3Snark Mods argument would also lead to perverse results. It incentivizes defendants to either: (1) claim they believed someone would make a fair use; or (2) purposefully avoid examining a particular use of a copyrighted work before promoting the unauthorized use. This would create a "get out of liability free card" for anyone accused of contributory infringement.

21

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 408

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 409 of 582

**D. <u>The H3Snark Mods Induced Denims' Infringement</u>**

The Supreme Court held that inducement of copyright infringement includes: (1) "advertising an infringing use"; (2) "active steps taken to encourage direct infringement"; and/or (3) "actively and knowingly aid[ing] and abet[ing] another's direct infringement." *Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd.* ("*Grokster*"), 545 U.S. 913, 936 (2005).

Here, the H3Snark Mods advertised, encouraged and actively and knowingly aided and abetted Denims' infringing use of the Works by directing viewers to her Watch Party through the 1/31/25 Posts. Dkt. No. 7, pp. 116 & 133. The links in both posts took viewers directly to Denims' homepage where they could view her Watch Party.[23] *Id.* Denims even admitted that the H3Snark Mods were responsible for "signal boosting" her Watch Party, which increased the views. Ex. L.

Further, the H3Snark Mods "aim[ed] to satisfy a known source of demand for copyright infringement." – *i.e.*, intent to achieve an unlawful objective. *Grokster*, 545 U.S. at 939. The 1/30/25 Post demonstrates the H3Snark Mods intent to satisfy their users' desire for unauthorized versions of the Works. In the post, the H3Snark Mods stated: "***Hey everyone, we've seen a lot of comments about <u>wanting to watch the nuke without showing support for H3</u>***" – *i.e.*, recognizing their users wanted to consume unauthorized versions of *The Nuke*. Dkt. No. 7, p. 107 (emphasis added). The post provided links to individuals who "supported" H3Snark "by engaging with [the H3Snark Mods] directly or citing [H3Snark] posts in their own critiques of H3" – *i.e.*, individuals who would stream the Works without seeking permission from TEI. *Id.* Further, the H3Snark Mods provided links for their users so they could "***watch along***" with Denims and other creators – *i.e.*, an infringing watch party. *Id* (emphasis added).

This is reinforced by the H3Snark Mods' prior history of providing infringing YewTube links to deprive TEI of advertising revenue. The H3Snark Mods knew H3Snark users wanted unauthorized versions of TEI content, even stating they "***encourage[d] folks to watch on yewtube since it doesn't play ads or contribute to [TEI's] view counts***." RBN Decl., ¶ 12, Exs. 51, 53.

[23] The H3Snark Mods falsely claim the links in the 1/30/25 Post and 1/31/25 Posts did not link to "any specific video or stream" but the creators' homepages. Dkt. No. 1, p. 27:9-10 (citing Dkt. No. 8, ¶¶ 34-35, 40, 130). This is an attempt to exploit the Court's potential lack of familiarity with Twitch. A Twitch streamer's live broadcast to the public is only available on their homepage; only videos of prior streams have a designated URL. RBN Decl., ¶¶ 38(b), 40, Ex. 62.

22
TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 409

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 410 of 582

Further reinforcing that the H3Snark Mods intended to achieve an unlawful purpose is the timing of the 1/31/25 Posts. The First 1/31/25 Post directing users to Denims' Watch Party of the Countdown Episode was posted at 12:33 p.m. PST – *i.e.*, a few minutes after the Countdown Episode began. Dkt. No. 8, ¶ 33; RBN Decl., ¶ 36; JKD, ¶ 30. The Second 1/31/25 Post directing users to Denims' Watch Party of *The Nuke* was posted at 1:43 p.m. PST – *i.e.*, 13 minutes after *The Nuke* was made publicly available. Dkt. No. 8, ¶ 38; RBN Decl., ¶ 36; JKD, ¶ 30. By offering alternatives for the Works before anyone could finish watching them independently, the H3Snark Mods intended users to view Denims' Watch Party in lieu of the Works.

Therefore, TEI has made its *prima facie* showing of contributory infringement.

## V. THE BALANCING TEST FAVORS DISCLOSURE

As a threshold matter, because TEI "has successfully demonstrated a *prima facie* claim of copyright infringement and the [H3Snark Mods] have not demonstrated fair use, the [H3Snark Mods] have little, if any, First Amendment protection against disclosure of their identities." *Baugher*, 2021 WL 4942658, *5; *see also Agdal*, 2025 WL 81594, *5 (since the speech at issue "infringe[s]" TEI's "copyright in the Video … the speech at issue is entitled to only minimal First Amendment protection."); *see also In re DMCA Subpoena to Reddit*, 441 F.Supp.3d at 882 (balance of the equities is not required because "the First Amendment does not protect anonymous speech that infringes copyright"). The balancing test considers four factors:

> [W]hether (1) the subpoena seeking the information was issued in good faith and not for any improper purpose, (2) the information sought relates to a core claim or defense, (3) the identifying information is directly and materially relevant to that claim or defense, and (4) information sufficient to establish or to disprove that claim or defense is unavailable from any other source.

*Cognosphere*, 2024 WL 4227594, *3.

**Good faith**: When a copyright owner "seek[s] evidence to enforce those rights, in a circumstance of what appears to be direct copyright infringement typical of piracy, is a hallmark of good faith." *Cognosphere*, 2024 WL 4227594, *7. "Courts found that establishing a *prima facie* case of copyright infringement should weigh in favor of discovery absent other convincing reasons." *Id.*; *cf. In re Reddit*, 2024 WL 477519, *3 (N.D. Cal. Feb. 7, 2024) ("A higher standard for unmasking a non-party witness exists than for unmasking a potential defendant").

23

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 410

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 411 of 582

TEI's sole purpose is to enforce its copyrights against the H3Snark Mods in the lawsuits against Denims, Frogan and Kaceytron. JKD, ¶ 5; RBN Decl., ¶ 75. Neither TEI nor its owners have any intention to pursue any other claim against the H3Snark Mods at this time. *Id.* Further, the Kleins have made multiple attempts to ameliorate the H3Snark Mods' concerns by: (1) offering to not speak about the H3Snark Mods if they abstain from talking about them (as it would remove the need to defend themselves); (2) not publicly discuss their names; and (3) encouraging their audience to refrain from contacting the H3Snark Mods in any manner. JKD, ¶ 5; RBN Decl., ¶ 70, 73-74, Ex. 67. Clearly, these gestures of good faith did not satisfy the H3Snark Mods.

The H3Snark Mods devote much of their Motion and almost all of their declarations to argue TEI and the Kleins exhibit bad faith. The declarations of the Kleins and TEI's counsel refute these assertions and demonstrate these claims based on intentional misrepresentations and omissions that fail to withstand scrutiny. JKD, ¶¶ 25, 35-97; RBN Decl, ¶¶ 3-40, 56, 79-80. Far from showing that TEI or the Kleins are unable to take their "criticism," the H3Snark Mods reveal that they are the ones adverse to criticism by grossly distorting the factual record to paint the Kleins addressing, disputing and refuting their "criticism" as "harassment," "abuse," and "threats."

**Core to claim/Directly and materially relevant**: Courts have recognized that "seeking information necessary to start any litigation or enforcement proceedings (*i.e.*, the identities of the persons behind the [anonymous] accounts)" is "information sought [that] is directly and materially relevant to a core claim." *Cognosphere*, 2024 WL 4227594, *7-8. Indeed, such information is "critical to the claim, because without the information," a plaintiff "has no starting point for whom to name as a defendant." *Id.*, *8. Therefore, the information sought in the subpoenas are absolutely essential for TEI to pursue its claim of contributory infringement. RBN Decl., ¶ 76.

**No alternatives**: No alternative means exist to identify the H3Snark Mods. RBN Decl., ¶ 77. TEI has employed private investigators and even was able to find an informant within the H3Snark Mods – but still could not find their identities or location. *Id.* Therefore, there is no alternative to obtain the personal identifying information of the H3Snark Mods.

In sum, the balance of the equities favor TEI and not the H3Snark Mods.

24

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 411

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 412 of 582

## VI. A PROTECTIVE ORDER IS UNWARRANTED

"The normal presumption in litigation is that parties must use their real names." *Doe v. Kamehameha Schs./Bernice Pauahi Bishop Estate* ("*Kamehameha*"), 596 F.3d 1036, 1042 (9th Cir. 2010). Parties may proceed pseudonymously only "in the unusual case when nondisclosure of the party's identity is necessary … to protect a person from harassment, injury, ridicule or personal embarrassment." *Does 1 Thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067-68 (9th Cir. 2000) (internal quotes omitted).

Courts "must balance five factors" to determine whether proceeding pseudonymously is proper: "(1) the severity of the threatened harm, (2) the reasonableness of the anonymous party's fears, … (3) the anonymous party's vulnerability to such retaliation, (4) the prejudice to the opposing party, and (5) the public interest." *Kamehameha*, 596 F.3d at 1042.

Here, the H3Snark Mods have failed to identify any threat directed at them. Rather, any fears they have articulated are based on falsehoods, gross distortions of the truth, rank speculation and the Kleins attempting to defend themselves. JKD, ¶¶ 33-97, RBN Decl, ¶¶ 3-40, 56, 79-80. Further, as discussed in Section V regarding good faith, the Kleins have made multiple attempts to ameliorate the H3Snark Mods' concerns – but the H3Snark Mods have rejected these offers.

The prejudice to TEI is readily apparent. By disclosing the H3Snark Mods' identity to the Court only, it severely hampers TEI's ability to conduct discovery and proceed with the case. RBN Decl., ¶ 78; *see also Doe 1 v. GitHub*, 672 F.Supp.3d 837, 854 (N.D. Cal. 2023) ("pseudonymity may pose certain logistical challenges during discovery").

The H3Snark Mods' actual concern is transparent: they wish to avoid being treated with the same courtesy with which they treated the Kleins. They should not be allowed to enjoy anonymity based on making intentional falsehoods to this Court. As the H3Snark Mods themselves admit, there is tremendous public interest in the outcome of this Motion. It addresses the public scourge of copyright infringement as a form of cyberbullying. Justice Louis D. Brandeis stated it best: "Publicity is justly commended as a remedy for social and industrial diseases. Sunlight is said to be the best of disinfectants; electric light the most efficient policeman." Therefore, the H3Snark Mods request for protective order should be denied.

25

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 412

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 413 of 582

## VII. CONCLUSION

For the reasons set forth above, TEI respectfully requests this Court to deny the Motion.

Dated: October 20, 2025

**HEAH BAR-NISSIM LLP**

By /s/ ROM BAR-NISSIM
ROM BAR-NISSIM
Attorneys for Respondent/Plaintiff Ted Entertainment, Inc.

26
TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 413

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 414 of 582

ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

Case No.: 3:25-mc-80296-SK

(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)

**DECLARATION OF ROM BAR-NISSIM IN SUPPORT OF TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 414

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 415 of 582

**DECLARATION OF ROM BAR-NISSIM**

I, Rom Bar-Nissim, do hereby state and declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California and the United States District Court for the Northern District of California. I am a partner at the law firm Heah Bar-Nissim LLP and attorney of record for Plaintiff/Respondent Ted Entertainment, Inc. ("TEI") in the above-referenced matter. I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would competently testify thereto. I make this declaration in support of TEI's Opposition to the Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc. ("Motion") of the Defendants/Movants Does (collectively, the "H3Snark Mods").

2. I apologize in advance for the length of this declaration. It is not my intention to burden the Court with unnecessary information. Rather, my objective is to clarify the record to refute various assertions made in the declaration of the H3Snark Mods and the Motion. To facilitate ease of use, I am providing headings and bookmarks for topics, so the Court may more easily navigate my declaration to identify the specific information it requires.

**TEI'S DMCA TAKEDOWNS OF H3SNARK POSTS**

3. **Overview:** The H3Snark Mods make numerous assertions about the DMCA takedowns that TEI issued for r/H3Snark posts and one comment – namely that they were intended to silence criticism. I was responsible for issuing the DMCA takedowns to r/H3Snark. Below are the facts related to each of these DMCA takedowns to demonstrate – not only were they issued in good faith – but expressly involved situations where no criticism was involved.

4. **Criteria for DMCA Takedowns Issued to r/H3Snark:** I employed very specific and exacting criteria for the DMCA takedowns I issued against H3Snark posts on behalf of TEI. First, I only issued DMCA takedowns against H3Snark posts containing TEI content that had a non-critical, descriptive title and did not solicit criticism. Second, I would only issue DMCA Takedowns for posts where: (1) the H3Snark mods locked the post, which made it impossible for anyone to comment or critique the content; and/or (2) lacked comments with any critical bearing on the content at the time the DMCA takedown was issued. This exacting standard was

1
DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 415

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 416 of 582

established for the express purpose of staying well clear of silencing criticism.

5. **Avoidance of Any Post Involving Marginal Criticism:** There were several other H3Snark posts – aside from the ones identified above – that were brought to my attention for a potential DMCA takedown. If the post that uploaded TEI content had even marginal critical bearing on the style or substance of the clip – irrespective if the duration of clip was grossly in excess of what was necessary for the critique (which was usually the case), I declined to issue a DMCA takedown. I did not issue DMCA takedowns for these posts – not because I did not believe they made an infringing use of TEI content – but because I wanted to stay well clear of silencing any criticism.

6. **The "AutoMod Copyright Disclaimer"**: I am aware that the H3Snark Mods implemented an "AutoMod Copyright Disclaimer." See e.g., Dkt. No. 8, ¶ 50, p. 25 (screenshot). I found this disclaimer completely unpersuasive. The disclaimer was automatically generated on every single post. Fair use requires examining the specific use at issue. The disclaimers never provided any explanation on why the specific use at issue constituted fair use. The mere fact that the posts appeared on the H3Snark subreddit is insufficient to justify any type of use of TEI content. Rather, it seemed the H3Snark Mods were using this as a talisman to ward off any claim of copyright infringement – irrespective of the specific use at issue.

7. **The First Infringing Post:** On or around August 1, 2024, I became aware of a post on the H3Snark subreddit entitled "H3 Live Show Behind the Scenes" (the "First Infringing Post").[1] The First Infringing Post contained a complete version of TEI's video entitled *H3 Podcast BTS #53* (the "BTS Video"). The BTS Video was 23:24 minutes long and accessible only to paying members of TEI's H3 Podcast YouTube channel. The First Infringing Post had two comments.

a. I conducted a fair use analysis of the First Infringing Post. After conducting my analysis, I determined that The First Infringing Post did not make a fair use of the BTS Video for the following reasons: (1) the First Infringing Post's title merely described the contents of the BTS Video – *i.e.*, it did not contain any criticism or solicit any criticism of

[1] The First Infringing Post can be accessed here: https://www.reddit.com/r/h3snark/comments/1eg8n8a/h3_live_show_behind_the_scenes/

2

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 416

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 417 of 582

the BTS Video; (2) the First Infringing Post only had two comments which had no critical bearing on the style or substance of the BTS Video; (3) the two comments on the First Infringing Post did not justify using the entirety of the BTS Video; and (4) TEI suffered market harm from the First Infringing Post because it provided a complete substitute for the BTS Video – which was only accessible to paying members of the H3 Podcast YouTube channel.

b. After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI. To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the takedown notice.

8. **The H3Snark Wiki**: During my investigation of the First Infringing Post, I was informed that the H3Snark Mods provided its users with instructions on how to download TEI's members only content. I was provided a screenshot of the Wiki page for H3Snark under "tools-tips-guides" (the "H3Snark Wiki Screenshot"). As depicted in the H3Snark Wiki Screenshot, the H3Snark Mods provided users instructions on how to "Download Youtube Members-Only Videos." Shortly after issuing the DMCA Takedown on August 1, 2024, the "tool-tips-guides" section of the H3Snark Wiki page was revised to remove reference to downloading members only content.[2] A true and correct copy of the H3Snark Wiki Screenshot is attached hereto and incorporated herein as **Exhibit 49** and depicted in Dkt. No. 7, p. 32.

9. **The Infringing Comment**: On or around August 30, 2024, I became aware of a comment on the H3Snark post "MEGATHREAD: The H3 Show – August 28, 2024" (the "8/28/24 Megathread").[3] The 8/28/24 Megathread was authored by the H3Snark Mods. The comment at issue was authored by one of the H3Snark Mods u/sarahornejewetts (the "Infringing

[2] One of the H3Snark Mods makes the false statement that: "[a]ll video clip making instructions were completely removed from the subreddit and wiki as of September 14, 2024, and the entire wiki page was removed on February 17, 2025." Dkt. No. 8, ¶ 218. The wiki is available to this day and still contains instructions on how to download videos. *See* https://www.reddit.com/r/h3snark/wiki/index/tools-tips-guides/. Further, the H3Snark Mod's statement that: "The screenshot the plaintiff included in their complaint is outdated and also appears to be purposefully cropped to omit the disclaimer." Dkt. No. 8, ¶ 218. This is false. The post was current at the time of the First Infringing Post. The cropping was solely to fit the page and focus on relevant information. Further, disclaimers are not talismans against infringement. Rather, the language of the disclaimer is contradicted by the language of the post itself.

[3] The 8/28/24 Megathread can be accessed here: https://www.reddit.com/r/h3snark/comments/1f3hlsl/megathread_the_h3_show_aug_28_2024/

3

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 417

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 418 of 582

Comment”). The Infringing Comment contained three links to “Mobile Chat,” “Desktop Chat,” and “Watch on Yewtube.” After clicking upon the “Watch on Yewtube” link, I was taken to the YewTube website. The webpage contained the entire TEI video *Content Court: Jack Doherty – H3 Show #48* (the “8/28/24 H3 Podcast”). Upon watching the 8/28/24 Podcast on YewTube, no advertisements were played during the entire 3:30:26 hour video. On YouTube, advertisements would play every few minutes. A true and correct screenshot of the Infringing Comment is attached hereto and incorporated herein as **Exhibit 50** and depicted in Dkt. No. 7, p. 32**.**

a. In conducting my fair use analysis, I determined that the Infringing Comment did not make a fair use of the 8/28/24 Podcast because: (1) the Infringing Comment did not provide any criticism of the 8/28/24 Podcast, nor did it solicit any criticism; (2) the title of the 8/28/24 Megathread did not contain any criticism of the 8/28/24 Podcast; (3) there were minimal comments on the 8/28/24 Megathread – none of whom had any critical bearing on the style or substance of the 8/28/24 Podcast; (4) YewTube’s transmission of the 8/28/24 Podcast was an infringing public performance of the 8/28/24 Podcast; (5) the YewTube version of the 8/28/24 Podcast showed the video in its entirety; and (6) the Infringing Comment’s link to the 8/28/24 Podcast on YewTube resulted in market harm because it deprived TEI of advertising revenue derived from the 8/28/24 Podcast.[4]

b. After conducting my fair use analysis, I filled out Reddit’s form to issue a DMCA Takedown on behalf of TEI for the Infringing Comment (the “8/30/24 Takedown”). To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the 8/30/24 Takedown.[5]

10. **Additional YewTube Links on r/H3Snark Posts**: Shortly after issuing the

[4] Notably, two different H3Snark Mods – including the author of the Infringing Comment – admit that YewTube prevents advertisements from being shown. Dkt. No. 8, ¶ 61 (YewTube “replaces the standard YouTube domain (www.youtube.com) with its own (yewtu.be), to block ads and tracking”); ¶ 113 (“Instead of using the standard YouTube domain (www.youtube.com), it uses its own instance domain (yewtu.be) to block intrusive advertisements and tracking”).

[5] One of the H3Snark Mods claims there was an improper motive for targeting the Infringing Comment. Dkt. No. 8, ¶ 116. This is false. When I issued the 8/30/24 Takedown, I was completely unaware of the button malfunction moment. When I conducted my review of the YewTube link, I did not see that moment. So, by the time the 8/30/24 Takedown was issued, the button malfunction moment was already excised from the video.

4
DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.’S OPPOSITION TO THE DOE DEFENDANTS’ MOTION TO QUASH PLAINTIFF’S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 418

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 419 of 582

8/30/24 Takedown, I investigated whether additional Megathreads on H3Snark contained infringing YewTube Links. I was shocked to discover that nearly every Megathread contained a stickied comment by the H3Snark Mods with a link to the particular TEI video on YewTube. True and correct screenshots of some of the H3Snark Megathreads containing YewTube links to TEI content are attached hereto and incorporated herein as **Exhibit 51.**

11. **YewTube Links in r/H3Snark Live Chat:** On September 4, 2024, TEI was able to access the H3Snark live chat for the TEI episode being broadcast at that time. Only members of H3Snark were able to access the live chat. During the live chat, YewTube links for the episode were being spammed in the chat by u/h3snarkmodteam. Once the episode was complete, the H3Snark Mods would delete the live chat. True and correct screenshots from the September 4, 2024 live chat are attached hereto and incorporated herein as **Exhibit 52** and is also depicted at Dkt. No. 7, pp. 29-30**.**

12. **The YewTube Admission Comment**: Shortly afterwards, I discovered a comment by u/sarahornejewetts on the H3Snark Post entitled "For those who wonder why Snarkers watch, moments like the second button failure" (the "Button Post").[6] The comment by u/sarahornejewetts stated: "We encourage folks to watch on yewtube since it doesn't play ads or contribute to their view count" (the "YewTube Admission Comment"). A true and correct screenshot of the YewTube Admission Comment is depicted at Dkt. No. 7, p. 31. A true and correct screenshot of the YewTube Admission Comment in the Button Post is attached hereto and incorporated herein as **Exhibit 53** and is also depicted on Dkt. No. 7, p. 31**.**

13. **YewTube Links on Other Snark Subreddits:** After some investigation, I discovered that the use of YewTube links was pervasive amongst snark subreddits for other YouTubers. These other snark subreddits provided the same explanation for why they encouraged using YewTube links instead of links to the original video on YouTube: YewTube deprived the original YouTube video of views and advertising revenue.[7]

[6] The Button Post can be accessed here: https://www.reddit.com/r/h3snark/comments/1f3pwi1/for_those_who_wonder_why_snarkers_watch_moments/

[7] *See e.g.*, https://www.reddit.com/r/Drueandgabe/comments/1i4qj0e/remember_to_use_yewtube_to_view_ (continued).

5

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 419

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 420 of 582

14. **Deletion of YewTube Links on r/H3Snark**: At some point afterwards, the YewTube Admission Comment and all comments containing YewTube links on H3Snark Megathreads were deleted.

15. **The Second Infringing Post:** On or around September 18, 2024, I became aware of the H3Snark Post entitled "Ethan and Dan confirm that posting to snark will get you banned"[8] (the "Second Infringing Post"). The Second Infringing Post comprised solely of a clip from the TEI video *Ethan Debates Anti-Semitic Sneako Fan – H3 Show #55* ("H3 Show # 55). The Second Infringing Post contained no comments because the H3Snark Mods locked the Second Infringing Post – which prevented it from receiving any comments.

a. In conducting my fair use analysis, I determined that the Second Infringing Post did not make a fair use of the clip from the H3 Show # 55 because: (1) the title of the Second Infringing Post merely described the contents of the clip from the H3 Show # 55 and did not provide any criticism or solicit any criticism of the clip; (2) since the H3Snark Mods locked the Second Infringing Post, there were no comments on the Second Infringing Post whatsoever; (3) since there was no commentary or criticism, any amount used was unreasonable; and (4) TEI would suffer market harm because the post could have easily provided a hyperlink to the H3 Show # 55 – which would have provided TEI advertising revenue.[9]

her_content_now/; https://www.reddit.com/r/FundieSnarkUncensored/comments/1clzdlo/reminder_about_yewtube_for_watching_fundie_or/; https://www.reddit.com/r/EUGENIACOONEY/comments/t28lif/yewtube_is_a_site_where_you_can_watch_youtube/; https://www.reddit.com/r/KyraReneeSivertson/comments/1gg9why/new_yewtube_link/; https://www.reddit.com/r/ColleenBallingerSnark/comments/1808mw4/friendly_reminder_to_use_yewtube_if_you_are/; https://www.reddit.com/r/XOMaCennaUnfiltered/comments/1hhi72u/dont_give_her_views_use_yewtube/ https://www.reddit.com/r/aspynovardsnark/comments/xpohm0/tip_if_youre_going_to_watch_the_videos_watch_them/; https://www.reddit.com/r/GRBsnark/comments/1ksrgw1/psa_how_to_watch_yt_videos_without_giving_gyps/

[8] The Second Infringing Post can be accessed here: https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/

[9] One of the H3Snark Mods states: "Most people on Reddit prefer embedded video clips within Reddit since this is the default experience and does not force users to leave the app." Dkt. No. 8, ¶ (continued).

6

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 420

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 421 of 582

b. After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI for the Second Infringing Post (the "9/18/24 Takedown"). To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the 9/18/24 Takedown. A true and correct PDF Printout of the 9/18/24 Takedown taken just before it was submitted is attached hereto and incorporated herein as **Exhibit 54**. While the PDF printout was able to capture the majority of my analysis, it did not capture the entirety of my analysis.

16. **The Third Infringing Post**: On November 22, 2024, I became aware of the H3Snark post: "ethan talks positively about celebrity poker tour's sponsor, a sports gambling app named fliff h3 show #83" (the "Third Infringing Post").[10] The Third Infringing Post contained a clip from the TEI video *We Play Poker w/ Ninja, Impractical Jokers, & More! – H3 Show #83* (the "H3 Show #83). The Third Infringing Post contained two comments – none of which had any critical bearing on the style or substance of the clip. The Third Infringing Post was locked by the H3Snark Mods – which meant the Third Infringing Post would not receive any further comments.

a. In conducting my fair use analysis, I determined that the Third Infringing Post did not make a fair use of the clip from the H3 Show # 83 because: (1) the title of the Third Infringing Post merely described the contents of the clip from the H3 Show # 83 and did not provide any criticism or solicit any criticism of the clip; (2) the two comments had no critical bearing on the style or substance of the clip from the H3 Show # 83; (3) since the H3Snark Mods locked the Third Infringing Post, there were no further comments on the Third Infringing Post; (4) since there was no commentary or criticism of the clip from the H3 Show #83, any amount used was unreasonable; and (5) TEI would suffer market harm because the post could have easily provided a hyperlink to the H3 Show # 83 – which would have provided TEI advertising revenue.

216. This is false. Videos can be embedded onto Reddit using a link to the original YouTube video without having to leave the app. *See e.g.*, Dkt. No. 8, fn. 39. Further, as the H3Snark Mods admit, the practice of uploading clips directly to Reddit is a preference – not an issue of fair use.

[10] The Third Infringing Post can be accessed here: https://www.reddit.com/r/h3snark/comments/1gxfemp/ethan_talks_positively_about_celebrity_poker/

7

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 421

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 422 of 582

b. After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI for the Third Infringing Post (the "First 11/22/24 Takedown"). To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the First 11/22/24 Takedown. A true and correct PDF Printout of the First 11/22/24 Takedown taken just before it was submitted is attached hereto and incorporated herein as **Exhibit 55**. While the PDF printout was able to capture the majority of my analysis, it did not capture the entirety of my analysis.

17. **Fourth Infringing Post:** On November 22, 2024, I also became aware of the H3Snark post: "Ethan describes his issues with Hasan as 'personal beef'" (the "Fourth Infringing Post").[11] The Fourth Infringing Post contained a clip from the TEI video entitled *Logan Paul Posted F***KING INSANE Cringe – H3 Show #84* ("H3 Show #84). At the time I reviewed the Fourth Infringing Post, it had been up for over two hours and had no comments (aside from an Automod post). It was clear that several individuals interacted with the Fourth Infringing Post because it had 130 up votes. Further, the H3Snark Moderators locked the post at the time – which prevented any comments. A true and correct PDF Printout of the Fourth Infringing Post at the time I reviewed it can be found on Dkt. No. 7, pp. 302-303.

a. In conducting my fair use analysis, I determined that the Fourth Infringing Post did not make a fair use of the clip from the H3 Show # 84 because: (1) the title of the Fourth Infringing Post merely described the contents of the clip from the H3 Show # 84 and did not provide any criticism or solicit any criticism of the clip; (2) since the H3Snark Mods locked the Fourth Infringing Post, there were no comments on the Fourth Infringing Post and no further comments were expected; (3) since there was no commentary or criticism of the clip from the H3 Show #84, any amount used was unreasonable; and (4) TEI would suffer market harm because the post could have easily provided a hyperlink to the H3 Show # 84 – which would have provided TEI advertising revenue.

b. After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI for the Fourth Infringing Post. To avoid any potential

[11] The Fourth Infringing Post can no longer be accessed.

8

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 422

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 423 of 582

claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the takedown.

c. Afterwards, I discovered that the H3Snark Mods unlocked the Fourth Infringing Post – which resulted in it receiving comments. It is unclear to me when the H3Snark Mods unlocked the Fourth Infringing Post.

18. **Fifth Infringing Post:** On November 26, 2024, I became aware of the H3Snark post: "LB says '[far leftists] hate israel because israel is backed by the west' and this can lead to antisemitism. Ethan agrees, then says freedom of religion, speech, press and to 'control what happens in your own work space' would be under state-control in communism – h3 show #85" (the "Fifth Infringing Post").[12] The H3Snark Mods locked the Fifth Infringing Post – which prevented it posts from receiving any comments.

a. In conducting my fair use analysis, I determined that the Fifth Infringing Post did not make a fair use of the clip from the H3 Show # 85 because: (1) the title of the Fifth Infringing Post merely described the contents of the clip from the H3 Show # 85 and did not provide any criticism or solicit any criticism of the clip; (2) since the H3Snark Mods locked the Fifth Infringing Post, there were no comments on the post and no further comments were expected; (3) since there was no commentary or criticism of the clip from the H3 Show #85, any amount used was unreasonable; and (4) TEI would suffer market harm because the post could have easily provided a hyperlink to the H3 Show # 85 – which would have provided TEI advertising revenue.

b. After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI for the Fifth Infringing Post. To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the takedown. A true and correct PDF Printout of the takedown for the Fifth Infringing Post taken just before it was submitted is attached hereto and incorporated herein as **Exhibit 56**. While the PDF printout was able to capture the majority of my analysis, it did not

[12] The Fifth Infringing Post can be accessed here: https://www.reddit.com/r/h3snark/comments/1h00ywo/lb_says_far_leftists_hate_israel_because_israel/

9
DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 423

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 424 of 582

capture the entirety of my analysis.

19. **The Sixth Infringing Post:** On November 26, 2024, I became aware of the H3Snark post: "Lena asks Lonerbox about civilians and doesn't get a direct answer: 'It's always civilians are dying … BUT … and then theres a reason for justifying it" ("Sixth Infringing Post").[13] The Sixth Infringing Post also used a clip from H3 show #85. The H3Snark Mods locked the Sixth Infringing Post – which prevented it from receiving any comments.

a. In conducting my fair use analysis, I determined that the Sixth Infringing Post did not make a fair use of the clip from the H3 Show # 85 because: (1) the title of the Sixth Infringing Post merely described the contents of the clips from the H3 Show # 85 and did not provide any criticism or solicit any criticism of the clip; (2) since the H3Snark Mods locked the Sixth Infringing Post, there were no comments on the post and no further comments were expected; (3) since there was no commentary or criticism of the clip from the H3 Show #85, any amount used was unreasonable; and (4) TEI would suffer market harm because the post could have easily provided a hyperlink to the H3 Show # 85 – which would have provided TEI advertising revenue.

b. After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI for the Sixth Infringing Post. To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the takedown.

**THE H3SNARK MODS STRIKE BACK**

20. **Overview**: The H3Snark Mods retaliated against TEI's DMCA takedowns in multiple ways, as detailed below.

21. **The DMCA Takedown Posts:** The H3Snark Mods created community posts and megathreads attacking the DMCA takedowns, Ethan Klein (the co-owner of TEI, along with his wife Hila Klein), and myself for abusing the DMCA takedown system, including: (1) "False Copyright Strike Tracker Megathread | Ethan Klein is Abusing the Copyright System to Censor

[13]The Sixth Infringing Post can be accessed here: https://www.reddit.com/r/h3snark/comments/1h00ldy/lena_asks_lonerbox_about_civilians_and_doesnt_get/

10

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 424

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 425 of 582

Criticism about Himself and the H3 Podcast on Reddit";[14] (2) "H3/Ethan Klein is abusing the copyright system by striking our Reddit posts that share direct links to their YouTube channel";[15] (3) "Another false copyright strike, likely from Ethan Klein abusing the copyright system in an attempt to takedown our community";[16] and (4) "CONFIRMED: Ethan Klein hired an attorney to issue copyright claims against r/h3snark." As to the last post, it was ultimately deleted by Reddit itself.[17] According to the Wayback Machine, this occurred sometime after August 6, 2025.[18]

22. **The u/RomanPee Posts**: One of the H3Snark Mods is u/RomanPeee – who publicly admitted to being Doe No. 2 in the Complaint (including all of the identified alt-accounts). Dkt. No. 7, p. 17, ¶ 11(b). u/RomanPeee has made several public posts on the latest iteration of H3Snark, r/LeftoversH3 that: (1) advance the same arguments advanced in the Motion by the H3Snark Mods; and (2) attacking me in my professional capacity.[19] A true and correct PDF printout of u/RomanPeee admitting to being Doe No. 2 in the Complaint is attached hereto and incorporated herein as **Exhibit 57.** A true and correct printout of u/RomanPee advancing the same argument advance in the Motion and attacking me in my professional capacity is attached hereto incorporated herein as **Exhibit 58.**

23. **Soliciting Users to Issue Counternotifications:** The H3Snark Mods also began soliciting users who created the posts subject to TEI's DMCA takedowns to issue counternotifications. For example, in the Sixth Infringing Post, a now deleted account tagged the poster and stated: "I reached out via DM to discuss how to appeal these, if you're willing to fill out the form!"[20]

[14] https://www.reddit.com/r/h3snark/comments/1h851se/false_copyright_strike_tracker_megathread_ethan/
[15] https://www.reddit.com/r/h3snark/comments/1fdmu80/h3ethan_klein_is_abusing_the_copyright_system_by/
[16] https://www.reddit.com/r/h3snark/comments/1h79qk3/another_false_copyright_strike_likely_from_ethan/
[17] https://www.reddit.com/r/h3snark/comments/1hvtb5v/confirmed_ethan_klein_hired_an_attorney_to_issue/
[18] https://web.archive.org/web/20250806083956/https://www.reddit.com/r/h3snark/comments/1hvtb5v/confirmed_ethan_klein_hired_an_attorney_to_issue/
[19] To illustrate u/RomanPeee's obsession with the Kleins, the following link contains all his links and posts, which illustrates the volume of posts and comments he makes about the Kleins: https://www.reddit.com/user/RomanPeee/
[20] https://www.reddit.com/r/h3snark/comments/1h00ldy/comment/m0pre0t/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

11
DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 425

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 426 of 582

24. **The 1/15/25 Counternotification:** On January 15, 2025, Reddit informed TEI that a so-called DMCA counternotification was issued against the both the 8/30/24 Takedown and the 9/18/24 Takedown (the "1/15/25 Counternotification"). A true and correct copy of the 1/15/25 Counternotification can be found at Dkt. No. 7, pp. 96-97.

25. **Why the 1/15/25 Counternotification was Facially Fraudulent:** The 1/15/25 Counternotification contained several indicia of being fraudulent and authored by the H3Snark Mods.

a. First, it failed to satisfy the statutory requirements of 17 U.S.C. Section 512(g)(3) because it did not include: (1) the issuer's address and telephone number; (2) consent to jurisdiction and service of process; and (3) a statement made under penalty of perjury.

b. Second, the 1/15/25 Counternotification covered a post and a comment authored by two different users (*i.e.*, u/obrienpotatoes and u/sarahornejewetts respectively) – yet only one individual claimed to have issued the 1/15/25 Counternotification – an individual claiming to be "Michael Anderson."

c. Third, the text of the 1/15/25 misrepresented that the 8/30/24 Takedown was for the entire 8/28/24 Megathread and not u/sarahornejewett's comment containing a YewTube link.

d. Fourth, the language of the 1/15/25 Counternotification indicated that it was issued by the H3Snark Mods. Examples include: (1) "We are writing to contest the removal of two posts from our subreddit under alleged copyright claims"; and (2) "We believe these reports may have been filed by fans rather than the legitimate copyright holder."[21] The second statement was particularly bizarre, as both the 8/30/24 Takedown and 9/18/24 Takedown contained my name, contact information and stated they were issued on behalf of TEI.

e. Finally, the name of the issuer "Michael Anderson" was a generic name

[21] Despite denying any involvement in the 1/15/25 Counternotification (Dkt. No. 8, ¶ 118), the text of the H3Snark Mod's declaration contains nearly identical language: "At first, I suspected the DMCAs may not have even been coming from the plaintiffs [*sic*], but maybe by his fans who were trying to target the subreddit with abuse." Dkt. No. 8, ¶ 53.

12

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 426

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 427 of 582

that would make it impossible to identify the issuer.

26. **My Correspondence with Reddit Regarding the 1/15/25 Counternotification:** On January 16-17, 2025, I emailed Reddit and explained in great detail the facts and law demonstrating that the 1/15/25 Counternotification was invalid and fraudulent. On March 18, 2025 (*i.e.*, two months later), I received a response from Reddit. In its response, Reddit agreed that the 1/15/25 Counternotification was invalid and would not be honored.

27. **Reddit Refuses to Honor the 8/30/24 Takedown:** Reddit further stated that it would not honor the 8/30/24 Takedown because the 8/28/24 Megathread only linked to TEI's video on YouTube. I responded the same day and explained to Reddit that this was incorrect because the 8/30/24 Takedown explicitly stated it was directed at the comment posted by u/sarahornejewetts and contained a YewTube link. I also attached a screenshot of the comment. While Reddit never responded, the comment by u/sarahornejewetts was not restored. A true and correct copy of my email correspondence with Reddit from January 16, 2025 through March 18, 2025 is attached hereto and incorporated herein as **Exhibit 59.**

28. **The 3/18/25 Counternotification:** On March 18, 2025, I received an additional counternotification for the 9/18/24 Takedown (the "3/18/25 Counternotification"). According to the 3/18/25 Counternotification, it was issued on December 5, 2024. A true and correct copy of the 3/18/25 Counternotification can be found at Dkt. No. 7, pp. 100-101.

29. **Why the 3/18/25 Counternotification was Fraudulent:** The language of the 3/18/25 Counternotification indicated that the issuer – u/obrienpotatoes – failed to consider the four fair use factors prior to issuing the 3/18/25 Counternotification. Failure to consider the four fair use factors constitutes as misrepresentation under 17 U.S.C. Section 512(f).

a. Instead, the 3/18/25 Counternotification contained conclusory assertions demonstrating the user did not understand fair use, such as: (1) "This was an abuse of the fair use system" (which was bizarre because u/obrienpotatoes was claiming fair use, not TEI); (2) "Even so, it would still be allowed under fair use" without any explanation as to why. Rather, in a post made on April 11, 2025 on X by @obrienpotatoes1 (who claimed to be u/obrienpotatoes), the post indicated that u/obrienpotatoes only considered the

13

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 427

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 428 of 582

duration of the clip and not the other fair use factors by stating it was only "A MINUTE AND A HALF LONG CLIP."[22]

b. The language of the 3/18/25 Counternotification indicated that the H3Snark Mods worked with the issuer – u/obrienpotatoes – to draft the 3/18/25 Counternotification. The 3/18/25 Counternotification stated: "This subreddit has also been mercy to many bad faith brigades recently, so I do not believe this appeal was filed by the actual copyright owner." This was reminiscent of the sentence from the 1/15/25 Counternotification: "We believe these reports may have been filed by fans rather than the legitimate copyright holder." Additionally, this statement was particularly bizarre, as both the 8/30/24 Takedown contained my name, contact information and stated they were issued on behalf of TEI.

30. **Letter to u/ObrienPotatoes:** On March 18, 2025, I drafted and sent a letter to u/ObrienPotatoes via the email address identified in the 3/18/25 Counternotification. I explained in detail: (1) why the user failed to make a fair use; and (2) why the language of the 3/18/25 Counternotification gave rise to a claim for DMCA misrepresentation under 17 U.S.C. Section 512(f). The letter contained an offer to settle the matter for, *inter alia*, information on the H3Snark Mods. At the time I sent the letter, I was already working on the claims for contributory copyright infringement against the H3Snark Mods. Seeking the H3Snark Mods names was solely to name and serve them in the complaints and not for any other purpose.[23] A true and correct copy of my March 18, 2025 letter is attached hereto and incorporated herein as **Exhibit 60**.

31. ***Dear H3 Snark, I see you***: On or around March 3, 2025, I became aware of a YouTube video posted by an account called "The Law" entitled *Dear H3Snark, I see you.* A true and correct copy of *Dear H3Snark, I see you* is located on the flash drive filed concurrently with TEI's Notice of Lodging and incorporated herein as **Exhibit 61.**[24] The video *Dear H3Snark, I see you* documents:

[22] https://x.com/obrienpotatoes1/status/1910711822212067372

[23] I am aware that the H3Snark Mods attempt to impute some improper motive to the settlement request. Dkt. No. 8, ¶ 57. As demonstrated above, this is false.

[24] For convenience, I am also providing a citation to *Dear H3 Snark, I see you* on YouTube, along with pincites for each segment below. The Law, *Dear H3 Snark, I see you* (Mar. 3, 2025), *available at*: https://youtu.be/lfjbgNjo0Oc?si=oSbhB2ba5j67XGBY

14

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 428

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 429 of 582

a. The H3Snark Mods deleting posts after Ethan Klein announced plans to pursue legal action against the H3Snark Mods for harassment Ex. 61 at 1:18-1:41.[25]

b. How the H3Snark Mods abused the live chat feature on Reddit to promote harassment and defamatory statements, including promoting some of the most egregious offenders into H3Snark Mods. Ex. 61 at 2:02-4:54.[26]

c. How the H3Snark Mods use "sock puppet accounts" (*i.e.*, using a false online identity for deceptive purposes) to conceal their identities while engaging in harassment – which were deleted after Ethan Klein announced he would pursue legal action against the H3Snark Mods. Ex. 61 at 4:55-6:51.[27]

d. How the H3Snark Mods purposefully lied about the DMCA Takedowns I issued on behalf of TEI to conceal their copyright infringement and obfuscate their intent to siphon views and ad revenue away from TEI. Ex. 61 at 6:52-9:11).[28] This confirmed a great deal of my observations of H3Snark and the H3Snark Mods' conduct.[29]

32. **The "Opening our IP" Statement Did Not Result in Forfeiture:** I am also aware that the H3Snark Mods appear to take the position that TEI has forfeited all rights in TEI clips. *See* Dkt. No. 8, ¶¶ 51-53, 59. They cite a January 25, 2023 statement by Ethan that TEI was "opening [its] IP to the world" as to "clips." *See Id.* at 51.1 & fn. 43. These statements do not constitute abandonment of copyright because: (1) they do not identify a particular work; and (2) abandonment cannot occur for future works. *See Melchizedek v. Holt*, 792 F.Supp.2d 1042, 1052 (D. Ariz. 2011) ("An overt act indicating the abandonment of copyright protection in one work does not automatically result in the abandonment of copyright protection in subsequent works" and "An over act indicating an intent to abandon copyright protection in a work must be taken with respect to that particular work"). Further, acts like pursuing copyright infringement or

[25] *Id. available at*: https://youtu.be/lfjbgNjo0Oc?si=wfBy74OANSFdV7kt&t=78
[26] *Id. available at*: https://youtu.be/lfjbgNjo0Oc?si=3KDGY5UZ7du2bgn7&t=122
[27] *Id. available at*: https://youtu.be/lfjbgNjo0Oc?si=FucCAQlxFjCK4uCR&t=295
[28] *Id. available at*: https://youtu.be/lfjbgNjo0Oc?si=76UyIBzuoP1eiGQR&t=412
[29] In an attempt to malign "The Law," the H3Snark Mods accuse him of "surveilling, cyberstalking, and attempting to intimidate former and current r/H3Snark moderators." Dkt. No. 8, ¶ 161. Not only is this assertion completely unsupported, the video *H3Snark, I see you* refutes this assertion. Rather, this is a pattern by the H3Snark Mods to attack and malign anyone who criticizes them and exposes their wrongdoing.

15
DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 429

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 430 of 582

DMCA takedowns bely the assertion of abandonment. *See Bell v. Moawad Group, LLC*, 326 F.Supp.3d 918, 929 (D. Ariz. 2018).

33. **The "Opening our IP" Statement Did Not Constitute a License – Let Alone an Irrevocable One:** Insofar as the H3Snark Mods claim TEI granted an irrevocable license to TEI clips. This is false. The existence of a license is governed by state contract law – which requires, offer, acceptance and consideration. *See Furie v. Infowars, LLC*, 401 F.Supp.3d 952, 968 (C.D. Cal. 2019). Assuming for the sake of argument, the aforementioned statements constituted an offer – there was no consideration paid to TEI for the use. A license only becomes irrevocable when consideration is paid to the owner. *Reinicke v. Creative Empire LLC*, 38 F.Supp.3d 1192, 1203 (S.D. Cal. 2014).

**EVENTS LEADING UP TO THE RELEASE OF *CONTENT NUKE: HASAN PIKER* AND THE H3SNARK MODS POSTS INDUCING DENIMS' INFRINGEMENT**

34. **Registration of *The Nuke***: Prior to its release, I registered TEI's video *Content Nuke: Hasan Piker* ("*The Nuke*") with the United States Copyright Office on behalf of TEI. The deposit copy I submitted was nearly identical to the version broadcast on January 31, 2025 – with the exception: (1) the broadcast version had to blur or black out certain archival footage of the hijacking of the *Galaxy Leader* ship and crew and the November 2023 release of Israeli hostages; (2) the conclusion; and (3) some minor visual edits. *The Nuke* received the registration number PAu 4-256-429. A true and correct copy of the deposit copy of *The Nuke* is located on the flash drive the H3Snark Mods submitted to this Court as **Exhibit D**. A true and correct copy of the broadcast version of *The Nuke* is located on the flash drive the H3Snark Mods submitted to this Court as **Exhibit E**.

35. **The 1/30/25 Post:** TEI originally planned to release *The Nuke* on January 30, 2025. On that date, I went on H3Snark and saw a pinned community post authored by u/jewettornesarah on behalf of the H3Snark Mods (the "1/30/25 Post"). At the time, 1/30/25 Post was located at the very top of H3Snark and immediately visible to anyone visiting H3Snark. A true and correct PDF printout of the 1/30/25 Post is located at Dkt. No. 7, p. 103 and incorporated herein.

16
DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 430

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 431 of 582

36. **The Countdown Episode:** On January 31, 2025, TEI preceded the release of *The Nuke* with a podcast episode entitled *The H3 Show # 104: Countdown to Doomsday* ("Countdown Episode"). The Countdown Episode began at approximately 12:24 p.m. PST. The Countdown Episode was set to finish immediately before the release of *The Nuke* at 1:30 p.m. PST. A true and correct copy of the Countdown Episode is located on the flash drive the H3Snark Mods submitted to this Court as **Exhibit F**.

37. **Registration of the Countdown Episode**: After its release, I registered the Countdown Episode with the United States Copyright Office. The Countdown Episode received the registration number PAu 4-257-253.

38. **The First 1/31/25 Post:** After the release of *The Nuke*, I visited the H3Snark subreddit again and saw a community post authored by u/h3snarkmodteam on behalf of the H3Snark mods entitled: "DENIMS is LIVE reacting now to today's H3 podcast episode and the 'content nuke' video Ethan is publishing in about an hour" (the "First 1/31/25 Post").

a. At the time, the First 1/31/25 Post was located at the very top of H3Snark and immediately visible to anyone visiting H3Snark. A true and correct PDF printout of the First 1/31/25 Post is located at Dkt. No. 7 at p. 133 and incorporated herein.

b. The First 1/31/25 Post contained a hyperlinked image of Denims. Upon clicking the image, I was taken directly to the Twitch page of Alexandra Marwa Saber p/k/a Denims ("Denims"). Upon being taken to Denims' Twitch page, I could view her broadcast of *The Nuke*. No other step was required to view Denims' broadcast of *The Nuke*. This is because Twitch streams are accessible from the Twitch streamer's homepage. A true and correct PDF printout of Denims' homepage after clicking the hyperlinked picture and showing her broadcasting her "watch party" of *The Nuke* is attached hereto and incorporated herein as **Exhibit 62**.[30]

39. **The Second 1/31/25 Post:** Upon discovering the First 1/31/25 Post, I found another community post authored by u/h3snarkmodteam on behalf of the H3Snark mods entitled:

[30] I am aware that the H3Snark Mods claim the links in the 1/30/25 post and both the First 1/31/25 Post and Second 1/31/25 Post (collectively, the "1/31/25 Posts") did not link to "any specific video or stream. This is addressed more fully in Paragraph 40 below.

17

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 431

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 432 of 582

"Ethan Klein's Content Nuke on Hasan Piker | H3 Snark Megathread" (the "Second 1/31/25 Post").

a. At the time, the Second 1/31/25 Post was located at the very top of H3Snark and immediately visible to anyone visiting H3Snark. A true and correct PDF printout of the Second 1/31/25 Post is located at Dkt. No. 7 at p. 116 and incorporated herein.

b. The Second 1/31/25 Post contained a list of various streamers who were broadcasting *The Nuke*. Denims' name was at the top of the list with a hyperlink next to her name. Upon clicking the hyperlink next to Denims' name, I was taken directly to Denims' Twitch page where I could view her broadcast of *The Nuke*. No other step was required to view Denims' broadcast of *The Nuke.* The same held true for the links to other Twitch streamers on the list.[31] Exhibit 62 accurately depicts what I saw when I clicked the link next to Denims' name in the Second 1/31/25 Post.

c. Recently, I independently discovered that the H3Snark Mods put a hyperlink to *The Nuke* in the Second 1/31/25 Post. The hyperlink was contained in the letter "i" in the word "this" in the phrase "Places to watch reactions to this video." Due to how hidden the hyperlink was, I did not observe it prior to filing the complaint in the present action. I have tried to recreate creating a hyperlink of the letter "i" in the word "this" and found it exceedingly difficult and requiring deliberate precision because it is so small. I found it far easier to hyperlink the whole word "this" or words "this video." For this reason, u/h3snarkmodteam's testimony that the size of the hyperlink was an accident seems completely implausible, but rather a deliberate attempt to provide an excuse that *The Nuke* was hyperlinked in the Second 1/31/25 Post.

40. **False Assertion by the H3Snark Mods on Hyperlinks in the Three Posts:** I am aware that the H3Snark Mods claim the links in the 1/30/25 post and both the First 1/31/25 Post

[31] The H3Snark Mods point to megathreads about *The Nuke* on other subreddits – such as r/youtubedrama – to justify the Second 1/31/25 Post. *See* Dkt. No. 8, ¶ 44, fn. 39. The r/youtubedrama post is materially different than any of the posts made by the H3Snark Mods. First, an embedded version of *The Nuke* from the h3h3Productions channel on YouTube is prominently displayed in the r/youtubedrama post. Second, the r/youtubedrama post did not contain links to "watch parties" of *The Nuke*.

18
DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 432

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 433 of 582

and Second 1/31/25 Post (collectively, the "1/31/25 Posts") did not link to "any specific video or stream." This is false. A Twitch streamer's live broadcast to the public is only available on their home page. Videos of prior streams (known as VODs) have a specific designated URL. As Exhibit 62 demonstrate, the PDF was of https://www.twitch/tv/denims. This demonstrates that Denims' "watch party" was being broadcast from her homepage.

**DENIMS' JANUARY 31, 2025 WATCH PARTY OF THE COUNTDOWN EPISODE AND *THE NUKE***

41. **Denims' Watch Party:** As previously mentioned, Denims hosted a "watch party" of the Countdown Episode and *The Nuke* on January 31, 2025 (the "Watch Party"). The entirety of Denims' broadcast on January 31, 2025 was over ten hours. Due to the size the video file, the video of Denims' January 31, 2025 broadcast was submitted to the Court in two parts. A true and correct copy of part 1 of Denims' January 31, 2025 broadcast is located on the Flash Drive the H3Snark Mods submitted to this Court as **Exhibit J** and is incorporated herein. A true and correct copy of part 2 of Denims' January 31, 2025 broadcast is located on the Flash Drive the H3Snark Mods submitted to this Court as **Exhibit K** and is incorporated herein.

42. **Denims' Described her Watch Party as a Watch Party:** Exhibit 62 also accurately captures the title of Denims' January 31, 2025 stream: "ETHAN KLEIN HASAN CONTENT NUKE WATCH PARTY THIS IS NOT A DRILL." *See* Ex. 62. In other words, Denims described her use of *The Nuke* as a Watch Party and not a commentary.

43. **Overview of My Fair Use Analysis of Denims' Watch Party:** I conducted a thorough fair use analysis of Denims' Watch Party of the Countdown Episode and *The Nuke* (collectively, the "Works"). I drafted notes that included timestamps summarizing: (1) when the Works played uninterrupted; and (2) when Denims said anything and summarized what she said. One thing I noted is that when Denims did speak, she frequently paused or was silent as she thought of what to say. Denims speech patterns were also very slow and drawn out. In other words, when she did speak, not much was said. The law I utilized for my analysis and led me to my conclusion that Denims did not make a fair use of the Works is contained in Dkt. No. 1, pp. 52:27-58:9.

19
DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 433

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 434 of 582

44. **Overview of Analysis as to Denims' Use of the Countdown Episode:** As to the Countdown Episode, I noted that Denims was silent for the vast majority of her "Watch Party" of the Countdown Episode. Further, Denims even let the Countdown Episode play to an empty chair for several minutes. Due to the dearth of commentary on the Countdown Episode by Denims, her use of nearly the entire Countdown Episode was manifestly unreasonable. Moreover, her use was highly commercialized due to statements she made during her "Watch Party" – particularly using the Countdown Episode to promote her "Watch Party" of *The Nuke*. Additionally, since Denims streamed the Countdown Episode concurrently with the original broadcast, it siphoned viewers away from the original because people would not watch both at the same time. Further, during Denims' "Watch Party," she received numerous donations, paid subscriptions, bits and advertising revenue. Therefore, I concluded that under no circumstances did Denims make a fair use of the Countdown Episode. A more detailed version of my analysis of Denims' use of the Countdown Episode is located at Dkt. No. 7, pp. 58:10-61:6.

45. **Overview of Analysis as to Denims' Use of *The Nuke*:** Denims began her "Watch Party" of *The Nuke* one minute after TEI released it to the public. I noted that Denims frequently let *The Nuke* play for 30 seconds or more without interruption or commentary. Frequently, she would play a long portion of *The Nuke* that eclipsed the brief statements she would make. A significant portion of Denims statements had no critical bearing on the style or substance of *The Nuke* as well. Critically, Denims failed to provide comments on a significant portions of *The Nuke*. Below is a summary of some of the most glaring omissions. A more detailed version of my analysis of Denims' use of *The Nuke* is located at Dkt. No. 7, pp. 61:7-88:28.

a. During the Prologue of *The Nuke*, Denims failed to address: (1) Ethan's criticism of Hasan Piker's takes on Russian and Chinese imperialism and genocide, particularly the annexation of Crimea and the genocide of the Uyghurs; (2) the torrent of antisemitic comments Ethan received from Hasan's chat during their discussion in November 2023; (3) the primary difference of opinion between Ethan and Hasan Piker ("Hasan") on the Israel-Palestine conflict; (4) footage showing Hasan supporting terrorism

20

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 434

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 435 of 582

and expressing hatred of liberals; and (5) Ethan's concern that Hasan radicalized TEI's audience;

b. During the Twitch parody sketch, Denims failed to provide almost any commentary whatsoever;

c. During the section concerning Hasan's support of Ansar Allah a/k/a The Houthis, Denims failed to address the majority of points raised in this section, including: (1) Ethan's criticism of Houthi atrocities, namely recruiting child soldiers, shelling and blocking aid to civilians, ruining agricultural land, oppression of women and slavery, including how this contradicts leftist values; (2) how Hasan violated Twitch's community guidelines by promoting and glorifying Houthi propaganda to the Twitch streamer Nick Polom ("Nick"), including footage of a Houthi music video and the hijacking of the *Galaxy Leader* ship and crew; (3) Ethan's criticism of Hasan's glorification of another Houthi music video and its juxtaposition to the Miami Boys Choir singing "Yerushalim"; (4) the majority of Ethan's criticisms of Hasan holding himself out as a journalist and of his interview of the Houthi Rashid Al-Haddad a/k/a Tim "Houthi" Chalamet ("Al-Haddad"); (5) the evidence demonstrating that Al-Haddad is a member of the Houthis; and (6) how Hasan uses genocide to deflect criticism.

d. During the section concerning Hasan's support of Hezbollah and its former leader Hassan Nasrallah, Denims failed to address key points, such as: (1) Ethan's criticisms of Hebollah's atrocities, including how this contradicts leftist values; (2) the majority of Ethan's criticism of Hasan attempting to radicalize Nick; and (3) Hasan's apologia for Hezbollah.

e. During the section concerning Hasan's support for Hamas, Denims failed to address key points, such as: (1) Ethan's criticism of Hamas' atrocities and its leaders, along with how this contradicts leftist values; (2) Ethan's criticisms of Hasan glorifying Hamas propaganda; and (3) Ethan's thesis on how to achieve peace in the Israel-Palestine conflict.

f. During the section discussing how Twitch and its CEO Dan Clancy enable

21

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 435

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 436 of 582

Hasan, Denims failed to address: (1) Clancey's ineffectiveness as a CEO and forcing Twitch employees to participate in Hasan's "Happy Birthday" video; (2) Ethan's criticism of the Twitch streamer Morgan Kamal Majed p/k/a Frogan ("Frogan") purity testing of the online content creator and streamer Ludwig Aghren; (3) the reasons why the racial tier list at TwitchCon 2024 made Ethan uncomfortable; (4) Clancey banning people asking him about antisemitism during the Q&A session; (5) Twitch re-platforming and hiring antisemites; and (6) Twitch's biased and inconsistent enforcement of its Community Guidelines.

46. **Denims' Watch Party was the Pinnacle of her Streaming Career:** Denims' "Watch Party" of *The Nuke* received the highest number of concurrent viewers (*i.e.*, viewers watching at a single point in time) in her entire streaming career – more than 45,000. Since Denims broadcast her "Watch Party" one minute after *The Nuke's* release, these individuals watched Denims' Watch Party in lieu of *The Nuke* itself. A true and correct screenshot of Denims' Twitch channel statistics from the website Twitch Tracker is attached hereto and incorporated herein as **Exhibit 63**.

47. **Degree of Commercialization:** On 174 separate occasions, Denims received paid subscriptions, donations and paid bits during her "Watch Party" of *The Nuke*. Upon receiving a subscription, donation or paid bits, a notification and message would play in the background.

48. **Denims' Admissions to Siphon Views during Her Watch Party:** Upon examining Denims' "Watch Party," I determined that she did not make a fair use of *The Nuke* either. In addition to the analysis provided above, Denims made multiple statements indicating her intent was to host a "watch party" that provided a substitute for *The Nuke* and siphon as many viewers as possible away from the original and to herself. Her intent to siphon as many views as possible was emphasized by streaming her "Watch Party" of *The Nuke* one minute after its release – when the public interest in *The Nuke* was at its greatest. Below is a summary of those statements.

a. The title of her stream was: "ETHAN KLEIN HASAN CONTENT NUKE WATCH PARTY THIS IS NOT A DRILL." Ex. 62

22
DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 436

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 437 of 582

b. Prior to her Watch Party, Denims stated: "If you want to watch it, you know, come enjoy the watch party somewhere else." Ex. K at 23:40-47. Additionally, Denims read a message from her chat stating: "We're relying on you to stay live so we don't give more views to the Nuke" – to which Denims replied: "Yeah, I'm going to. I'm going to stream it since he confirmed it's coming out today. We're going to stream it." Ex. J at 4:48:38-4:48:48.

c. Prior to and throughout her Watch Party of *The Nuke*, Denims prominently displayed the chyron "Watching Hasan Content Nuke From Ethan Klein." Ex. K beginning at 1:15:03.

d. During her Watch Party, Denims responded to a chatter by stating: "Unfortunately, we are watching the Ethan Nuke." Ex. K at 2:06:09-23.

e. Immediately after her watch party, Denims stated: "Well guys, if you enjoyed not giving any views to that terrible video, follow, subscribe, throw a prime, if you like the content if you enjoyed your time here. … I appreciated you guys tuning in with me because, I'm going to be honest, I did not want to ***watch*** that by myself."[32] Ex. K at 5:07:45-5:08:09.

f. The day after her Watch Party, Denims stated: "And I know all of those people didn't want to give the video another view. Which is why they watched it with me." A true and correct copy of a clip from Denims' February 1, 2025 broadcast is located on the Flash Drive the H3Snark Mods submitted to this Court as **Exhibit L** and is incorporated herein.

49. **The Denims vs. Jay Exci Copyright Debate:** Afterwards, I became aware of a February 6, 2022 video entitled *Jay Exci vs. Denims CLASH in Contentious DEBATE! – Hasan/React Streamer Debate* (the "Debate Video"). In the Debate Video, Denims made several damning statements about her personal perception on the unauthorized use of copyright content. In the debate, she acknowledges her reactions siphon views away from the original. Denims' statements from three years prior were fully consistent with how she conducted her Watch Party

[32] A "prime" refers to a free paid subscription to a Twitch channel provided by Amazon Prime.

23

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 437

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 438 of 582

of the Works three years later. A true and correct copy of the Debate Video is located on the Flash Drive filed concurrently with TEI's Notice of Lodging and incorporated herein as **Exhibit 64.**[33]

50. **Denims' Admissions During the Debate Video**: Denims made numerous admissions during the Debate Video demonstrating that she knew her watch parties were not a fair use and siphoned views away from the original, as discussed below:

a. Early on in the debate, Denims acknowledges that she uses third-party content as "filler" and that it siphons views away from the original: "I just want to be clear on my opinion on, like, filler content and stuff. Like, I think filler content … you shouldn't do it. I know I do it as a react streamer. And I try to do it only with Vox videos or Vice videos (and stuff like that) because I'm not, like, directly ripping from one content creator and not like a whole team and stuff. And most of those videos have, like, five million views. I only get, like, 500 viewers. Likely, I'm not even going to be taking out, I'm taking may 50 views from the video. It's a lot harder to feel, like, I guess bad about that." Ex. 64 at 8:50-9:18.[34]

b. Shortly thereafter, Denims accepts her own bias in the situation and her desire to use third-party content: "Maybe I'm coping, because I'm a reactor and I want to have that content." Ex. 64 at 9:42-9:45.[35]

c. Later in the debate, Denims sets forth her theory to justify a "group viewing session" of third-party content: that Twitch streamers are "curators" that provide a "communal" experience of watching content with their audience who do not want to take the time to find YouTube content on their own.

i. "You know, I'm sure if you click on a random part of the video, I might not be saying anything – sure, whatever – I might walk away from the screen. But it's about, like the communal thing. … It's not about the actual show at

[33] For convenience, I am also providing a citation to the Debate Video on YouTube, along with pincites for each statement. Chud Logic, *Jay Exci vs. Denims CLASH in Contentious DEBATE!* (Feb. 6, 2022), *available at*: https://youtu.be/Y1elepqFtWg?si=8c3s8LsNHSoLP-Ex

[34] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=2tZ8ei4KQeZIsVIk&t=530

[35] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=5LbAU9g6URr4uzg_&t=582

24

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 438

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 439 of 582

a certain point. It's like, oh, it's the same reason you watch shows with your friends. You want to watch it with other people, right." Ex. 64 at 28:06-28:27.[36]

ii. "I think when it comes to streamers on Twitch, a lot of people go watch streamers on Twitch for their react content almost as a curator. So, they don't actually want to go through YouTube themselves and watch a bunch of videos. And they probably never will go through YouTube and click a bunch of videos. They like going to Twitch because they like to have it as, like, this streamer is curating fun content that I want to watch." Ex. 64 at 28:52-29:18.[37]

iii. "I think that, like, people who are watching content on Twitch – curated Twitch content on Twitch – aren't necessarily people that would be watching content on YouTube." Ex. 64 at 30:18-28.[38]

iv. "A lot of the time, the reason that they go and watch react streamers is because they don't want to have to do the effort of going and scrolling through YouTube and clicking on recommends. Ex. 64 at 36:33-36:42.[39]

v. "The people who watch Twitch content are specifically there to watch it so they don't have to scroll through YouTube and find a video that they like." Ex. 64 at 37:01-37:08.[40]

d. Denims, however, ultimately concedes that, when a viewer watches content "curated" by a Twitch streamer, it serves as a substitute for the original:

i. "There's no point of watching something a second time. You already watched it. Maybe, like, if you're watching it with some other people or something or it's been a long time, you might re-watch the video. But once you watch the video in one place, it's pretty unlikely that you're going to go back and watch it again." Ex. 64 at 30:00-30:13.[41]

ii. "If someone watches content on someone else's stream, there is a

[36] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=s4xRfDF2WpmLNlIE&t=1685
[37] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=ImbkVHwTWzdQ0cBZ&t=1732
[38] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=6qJFdieFrwoCl6gx&t=1818
[39] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=h4DnTSuDemVKVkZD&t=2193
[40] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=RkcXxa6Jet4jAqXc&t=2221
[41] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=JYO-cOzoJKek-jn7&t=1800

25

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 439

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 440 of 582

very low likelihood that they're going to go watch it separately and give you the view or the like." Ex. 64 at 36:00-36:13.[42]

51. **Why I Did Not Request the 1/31/25 Posts be Taken Down:** I did not issue a DMCA takedown of the 1/31/25 Posts because I did not want to expose TEI to a claim of misrepresentation under 17 U.S.C. Section 512. Legally, anyone issuing a DMCA takedown must review the secondary use in its entirety before being able to form a subjective good faith belief regarding fair use. Therefore, for purposes of 17 U.S.C. Section 512, I was unable to issue a DMCA takedown notice before fully reviewing Denims' Watch Party. Additionally, I have an anonymous Reddit account and I do not comment or post whatsoever. Therefore, I did not message the H3Snark Mods to take down the 1/31/25 Posts because it would have been incredibly difficult to confirm my identity to them. Afterall, I had issued DMCA takedowns and they repeatedly believed I was a rogue fan instead of counsel for TEI.

**THE H3SNARK MODS PROMOTED OTHER WATCH PARTIES IN THEIR 1/30/25 POST AND 1/31/25 POSTS THAT INFRINGED TEI'S COPYRIGHTS**

52. **The H3Snark Mods Promoted Other Watch Parties:** In the 1/30/25 Post and 1/31/25 Posts, the H3Snark Mods also promoted "watch parties" of *The Nuke* by other online streamers – primarily on Twitch – with similar links to their broadcasts. *See* Dkt. No. 7, pp. 103, 116, 136-137. Two of the individuals on the list made uses of *The Nuke* very similar to Denims' uses of The Works: (1) Frogan (*i.e.*, Morgan Kamal Majed); and (2) Casey Caviness p/k/a Kaceytron ("Kaceytron").

53. **Kaceytron's Watch Party:** Kaceytron's "watch party" of *The Nuke* was the most egregious. Similar to Denims, Kaceytron began her "watch party" 13 minutes after *The Nuke* was released. Like Denims, Kaceytron made statements that she expressly intended to siphon views away from TEI to herself. Specifically, immediately prior to "reacting" to *The Nuke*, Kaceytron stated: "I know a lot of people have been wanting to watch this without necessarily supporting Ethan Klein. So, we're going to watch it." Even worse than Denims, Kaceytron was silent for the vast majority of her "watch party" of *The Nuke*. Indeed, Kaceytron spent more time smoking

[42] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=So3Qlmqr12rMupT_&t=2160

26

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 440

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 441 of 582

marijuana during the stream than speaking – let alone saying anything about *The Nuke.* TEI has sued Kaceytron for her direct infringement and the H3Snark Mods for contributing to that infringement in an action pending in the Western District of Missouri entitled *Ted Entertainment, Inc. v. Caviness et al.* (Case No. 4:25-cv-459-BCW) (the "Kaceytron Action"). A true and correct copy of the Complaint in the Kaceytron Action and the accompanying documentary exhibits is located at Dkt. No. 7, p. 249-340. A true and correct copy of Kaceytron's January 31, 2025 watch party of *The Nuke* is located on the Flash Drive concurrently submitted with TEI's Notice of Lodging and incorporated herein as **Exhibit 65**.

54. **Frogan's Watch Party:** Frogan's watch party of *The Nuke* also failed to make a fair use. Like Denims, Frogan began her "watch party" of *The Nuke* one minute after its release. Like Denims, Frogan made multiple statements both prior and during her watch party expressly stating that she intended to siphon views away from *The Nuke* to herself. *See* Dkt. No. 7, pp. 189-190. Like Denims, Frogan watched long, unadulterated portions of *The Nuke* uninterrupted and without comment on numerous occasions that totaled over 70% of *The Nuke*. *Id.*, at 191-193. Like Denims did with the Countdown Episode, Frogan let *The Nuke* play uninterrupted while she was offscreen for 1:52 minutes and was practically silent for an additional 1:03 minutes. *Id.* at 193. Frogan's "commentary" was so lacking that she even began reading chats complaining about her lack of commentary. *Id.* at 195-196. TEI has sued Frogan for direct infringement and the H3Snark Mods for contributing to that infringement in an action pending in the Central District of California entitled *Ted Entertainment, Inc. v. Majed et al.* (Case No. 2:25-cv-5565-JFW-MAA) (the "Frogan Action"). A true and correct copy of the Complaint in the Frogan Action with its accompanying documentary exhibits is located at Dkt. No. 7, pp. 144-247 and incorporated herein. A true and correct copy of Frogan's January 31, 2025 "watch party" of *The Nuke* is located on the Flash Drive concurrently submitted with TEI's Notice of Lodging and incorporated herein as **Exhibit 66**.

55. **Why TEI Pursued Copyright Infringement Claims Against Denims, Kaceytron and Frogan:** While many other individuals "reacted" to some or all of *The Nuke*, Denims, Kaceytron and Frogan were the only individuals that we discovered: (1) hosted their

27
DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 441

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 442 of 582

"watch parties" of *The Nuke* immediately or mere minutes after its release when interest in watching *The Nuke* would be at its greatest; and (2) made statements expressly stating they intended to siphon views away from the original.

56. **Why TEI Did Not Pursue Copyright Infringement Claims Against xQc:** I am aware the H3Snark Mods point to TEI's declination to pursue legal action against Felix Lengyel p/k/a xQc ("xQc") for his reaction to *The Nuke*. *See* Dkt. No. 8, ¶¶ 23-31. xQc's use of *The Nuke* was materially different than Denims, Frogan and Kaceytron in two key respects. First, xQc's reaction to *The Nuke* occurred six hours after *The Nuke's* release – which provided viewers ample opportunity to watch the original beforehand. Since Denims, Frogan and Kaceytron hosted their "watch parties" immediately upon the release of *The Nuke*, viewers of these "watch parties" did not have an opportunity to watch the original beforehand. Consequently, they were far more likely to watch the "watch parties" hosted by Denims, Frogan or Kaceytron in lieu of the original. Second, unlike Denims, Frogan and Kaceytron, xQc did not make statements expressing malicious intent to siphon views away from the original. Denims, Frogan and Kaceytron made such statements and acted in a manner consistent with those statements.

**TEI SIGNIFICANTLY NARROWS THE SCOPE OF THE SUBPOENAS AND ATTEMPTS TO ADDRESS THE H3SNARK MODS CONCERNS DURING THE MEET AND CONFER PROCESS WITH THEIR COUNSEL**

57. **Service of Subpoena:** On August 4, 2025, I served a subpoena on Reddit, Inc. (the "Reddit Subpoena") and a subpoena on Discord, Inc. (the "Discord Subpoena"). A true and correct copy of the Reddit Subpoena can be found at Dkt. No. 7, pp. 385-397 and is incorporated herein. A true and correct copy of the Discord Subpoena can be found at Dkt. No. 7, pp. 399-410.

58. **The H3Snark Mods Counsel Contacts Me and I Immediately Respond:** On August 4, 2025 (*i.e.*, the same day I served the Reddit Subpoena and Discord Subpoena (collectively, the "Subpoenas"), I received an email from counsel for the H3Snark Mods requesting: (1) copies of the Subpoenas; and (2) a time to meet and confer regarding the H3Snark Mods' motion to quash. A few minutes later, I responded to the H3Snark Mods email. I attached the Subpoenas and offered to provide any other documents or video exhibits counsel required. I

28

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 442

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 443 of 582

also offered to meet and confer on August 6, 2025 in the afternoon. I also requested to know the grounds for the motion to quash. A true and correct copy of my email correspondence with counsel for the H3Snark Mods from August 4, 2025 through September 15, 2025 is attached hereto and incorporated herein as **Exhibit 67.**

59. **Providing the H3Snark Mods All the Court Filings and Exhibits:** On August 5, 2025 , counsel for the H3Snark Mods sent me a Sharefile link to upload the video file exhibits to the complaint. Additionally, the H3Snark Mods' counsel offered to meet and confer on August 6, 2025 at 2:00 p.m. Counsel also provided, in brief, the grounds for the Motion. A few minutes later, I informed counsel for the H3Snark Mods that the video files were currently being uploaded and confirmed August 6, 2025 at 2:00 p.m. for the meet and confer.

60. **The First Meet and Confer:** On August 6, 2025 at 2:00 p.m., I conducted a meet and confer via video conference with counsel for the H3Snark Mods. During the meet and confer, I was very transparent about TEI's arguments in opposition to the motion. It quickly became apparent to me that the meet and confer was premature because my questions about the motion were frequently met with silence. Since I wanted to conduct a meaningful and substantive meet and confer, I decided it was best to adjourn the meet and confer to August 19, 2025 (because this was the day after Reddit and Discord would have to file their objections to the Subpoenas). Counsel for the H3Snark Mods agreed to reconvene on August 19, 2025.

61. **Addressing Some of the H3Snark Mods' Concerns During the First Meet and Confer:** During the meet and confer, I did try to ameliorate some of the H3Snark Mods concerns. I offered to have TEI execute a declaration that was analogous to 17 U.S.C. Section 512(h)(2)(C) – *i.e.*, represent that the H3Snark Mods' identities would only be used for purposes of the Denims Action, the Frogan Action and the Kaceytron Action. I also promised to grant the H3Snark Mods reasonable extensions to file their motion to quash and would inform Reddit and Discord to abstain from responding to the Subpoenas until the motion to quash was decided.

62. **Memorialization Email:** Shortly after the meet and confer on August 6, 2025, I sent counsel for the H3Snark Mods an email memorializing what we discussed during our meet and confer.

29

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 443

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 444 of 582

63. **Ironing Out Scheduling:** From August 12-18, 2025, counsel for the parties discussed scheduling for the meet and confer and the motion to quash.

64. **Reddit Objects; Discord Does Not:** On August 18, 2025, I received Reddit's objections to the Reddit Subpoena. I did not receive any objections from Discord.

65. **Informing the H3Snark Mods Counsel of Reddit's Objection:** On August 19, 2025, I informed counsel for the H3Snark Mods about: (1) Reddit's objections and provided them with a copy of the objections; (2) my attempts to schedule a meet and confer with Reddit's counsel; and (3) Discord's lack of objection to the Discord Subpoena. I recommended that we continue the meet and confer until after I spoke with Reddit's counsel – to which counsel for the H3Snark Mods agreed. Shortly thereafter, I informed counsel for the H3Snark Mods that I would be meeting and conferring with Reddit's counsel on August 21, 2025.

66. **Meet and Confer with Reddit:** On August 21, 2025, I conducted my meet and confer with counsel for Reddit. Since the H3Snark Mods would be filing a motion to quash, Reddit elected not to intervene (at least not at this time) and would await the outcome of the H3Snark Mods' motion to quash.

67. **Informing the H3Snark Mods Counsel of the Outcome of the Meet and Confer with Reddit:** Immediately thereafter, I informed counsel for the H3Snark Mods about what transpired during the meet and confer with Reddit. Counsel for the H3Snark Mods and I agreed to reconvene our meet and confer on August 28, 2025.

68. **The Second Meet and Confer:** On August 28, 2025, counsel for the H3Snark Mods and I conducted another meet and confer via video conference. When I asked questions to learn more about the H3Snark Mods' arguments, the information I received was very limited. I recognized that the transparency I offered on TEI's positions and arguments would not be reciprocated. I moved on to discussing ways the H3Snark Mods' concerns could be addressed.

69. **Further Concessions Made at the Second Meet and Confer:** I stated that TEI and its employees (including Ethan and Hila Klein) would not publicly reveal the names of H3Snark Mods and would not address them in their individual capacity – so long as the H3Snark Mods reciprocated and avoided a situation when the Kleins had to defend themselves. I also

30
DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 444

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 445 of 582

attached the letter I intended to send to Discord and obtain approval for sending it out. I also agreed: (1) to narrow the subpoena to be more narrowly tailored and would provide those terms the following day; and (2) to extend the deadline for the H3Snark Mods to file their motion to quash from September 4, 2025 to September 12, 2025. Counsel for the H3Snark Mods responded shortly thereafter to request an extension to September 15, 2025 – to which I promptly agreed. I also promised counsel for the H3Snark Mods that, if Discord did comply with the subpoena, I would not review the documents and notify the H3Snark Mods' counsel.

70. **Stipulation to Narrow Scope of the Subpoenas:** Later that evening, I sent counsel for the H3Snark Mods the language for the proposed stipulation to narrow the Subpoenas, including: (1) that the Subpoenas would not encompass communications protected by the Stored Communications Act; (2) that the phrase "All DOCUMENTS and COMMUNICATIONS" would be narrowed to only encompass the personal identifying information itself; and (3) Discord and Reddit shall only provide the personal identifying information of those individuals authorized by the Court.

71. **Representations by Counsel and Whether They Were Fulfilled:** On September 9, 2025, counsel for the H3Snark Mods informed me, *inter alia*, that (1) counsel's clients would not publicly discuss TEI or its employees and make this representation in their declarations;[43] (2) that counsel did not represent u/RomanPeee;[44] and (3) counsel's clients would not agree for their identities to be disclosed to TEI, Ethan Klein or Hila Klein, even under a protective order, and would seek an "attorneys' eyes only" designation for their identities and personal identifying information.[45]

72. **The H3Snark Mods Request an Extension, Which Was Granted:** Counsel for the H3Snark Mods also requested an extension to file the Motion until September 22, 2025. I

[43] This ultimately turned to be incorrect as none of the H3Snark Mods made this representation in their declarations.

[44] Initially, I took the H3Snark Mods' counsel's representation of not representing u/RomanPeee at face value. After having reviewed the Motion and the H3Snark Mods' declarations, I now have doubts. I do not impute counsel making a knowing misrepresentation to me. Rather, I believe the H3Snark Mods have misrepresented their identities to counsel – particularly in light of the numerous other misrepresentations contained in their declarations.

[45] The representation ultimately proved to be false – as the H3Snark Mods have requested that only the Judge know the H3Snark Mods' identities.

31

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 445

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 446 of 582

responded shortly thereafter and agreed to the extension. Additionally, counsel for the H3Snark Mods spoke with me telephonically on September 9, 2025 to address various logistical issues.

73. **Further Concessions to Narrow the Scope of the Subpoenas:** On September 10, 2025, I offered to narrow requests 15-16 in the Reddit subpoena to only request information on H3Snark Mods who were moderators of H3Snark on January 31, 2025, instead of January 1, 2025 through February 28, 2025. On September 15, 2025, counsel for the H3Snark Mods rejected this offer.

74. **Summary of Concessions:** To summarize, TEI has: (1) significantly narrowed the scope of the Subpoenas; and (2) agreed to not discuss the H3Snark Mods publicly (including disclosing their names or addressing them as individuals), so long as they abided by the same terms – as this would remove the need for TEI and employees to publicly defend themselves. Further, if necessary, Ethan Klein is willing to publicly encourage TEI audience to refrain from contacting the H3Snark Mods in any manner. Additionally, as of this filing, neither Ethan nor Hila Klein (nor any other TEI employee for that matter) have publicly discussed the Motion or the H3Snark Mods whatsoever.

**NECESSITY FOR THE SUBPOENAS AND THE PERSONAL IDENTIFYING INFORMATION OF THE H3SNARK MODS**

75. **TEI's Sole Purpose for the Subpoenas:** TEI's sole purpose for seeking the personal identifying information of the H3Snark Mods is to pursue the claims for contributory infringement alleged in the complaints of the Denims Action, the Frogan Action and the Kaceytron Action. Neither TEI nor its owners have any intention to pursue any other claim against the H3Snark Mods at this time.[46]

76. **Necessity for Subpoenas:** If TEI is unable to obtain the personal identifying information of the H3Snark Mods, it will be unable to pursue the claims of contributory infringement alleged against the H3Snark Mods in the complaints in the Denims Action, the Frogan Action and the Kaceytron Action.

[46] The H3Snark Mods assert that the subpoena seeks information on individuals who were "never even moderators on r/h3snark at all." Dkt. No. 8, ¶ 102. The H3Snark Mods do not specify which accounts identified in the subpoenas are not H3Snark Mods whatsoever.

32
DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 446

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 447 of 582

77. **No Alternative Means Exist to Obtain the Information:** No alternative means exists to obtain the personal identifying information of the H3Snark Mods. TEI has retained a private investigator to obtain such information. To date, that investigation has been unsuccessful. TEI was able to find information on an informant within the H3Snark Mods – which provided many (but not all) of the Reddit and Discord usernames alleged in the complaints in the Denims Action, the Frogan Action and the Kaceytron Action. The informant, however, did not know any of the H3Snark Mods' actual identities. TEI has exhausted its options and has no alternative but to subpoena such information from Reddit and Discord.

78. **Why the Proposed Protective Order is Not Workable:** I am aware that the H3Snark Mods have requested, in the alternative, a protective order whereby only the judge would know the identities of the H3Snark Mods. This would severely hamper my ability to properly prosecute TEI's claims and curtail the information I could obtain in discovery.

**ADDRESSING MISCELLANEOUS ASSERTIONS BY THE H3SNARK MODS**

79. The H3Snark Mods make numerous references to disputes between Ethan Klein and Ryan Kavanaugh that must be addressed. Dkt. No. 8, ¶¶ 84-86, 199, 239. As a threshold matter, the H3Snark Mods conflate four different disputes. These four disputes, in the order in which they were initiated, are (1) a copyright action entitled *Triller Fight Club II LLC v. The H3 Podcast et al.* (C.D. Cal. Case No. 2:21-cv-03942-JAK-KS) (the "Copyright Action"); (2) a tortious interference action entitled *Triller, LLC v. Ted Entertainment, Inc. et al.* (Los Angeles Superior Court Case No. 21SMCV01225 (the "Tortious Interference Action"); (3) an uniform dispute resolution program dispute entitled *Kavanaugh v. Proxy Protection LLC et al.* (WIPO Case No. D2022-0056) (the "UDRP Action"); and (4) a defamation case entitled *Kavanaugh v. Klein et al.* (Los Angeles Superior Court Case No. 21SMCV01868).

a. At the beginning of the Copyright Action, counsel for Triller Fight Club II represented to two different attorneys representing TEI that Mr. Kavanaugh was the driving force behind the Copyright Action.[47] As a result, Ethan was led to believe – albeit erroneously – that Kavanaugh was responsible for the lawsuit and discussed Kavanaugh

[47] Both lawyers executed declarations testifying to this fact in the Defamation Action.

33

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 447

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 448 of 582

on the podcast. This resulted in the three subsequent lawsuits of the Tortious Interference Action, the UDRP Action and the Defamation Action.

b. The first lawsuit that was resolved was the Tortious Interference Action. The gravamen of the Tortious Interference Action was Ethan calling on his audience to leave honest reviews of the Triller social media application and comparing Kavanaugh's appearance to that of Harvey Weinstein. Ultimately, TEI and the Kleins prevailed when their anti-SLAPP motion was granted in full on January 12, 2022 and were subsequently granted their attorneys fees. Therefore, the assertions in Paragraph 86 of the Doe Declarations is false.

c. The next lawsuit that was resolved was the UDRP Action. The UDRP Action concerned a website "www.doesryankavanaughlooklikeharveyweinstein.com." TEI prevailed in the UDRP Action because the panel held none of the elements for a cybersquatting claim were satisfied and the conduct was protected by the First Amendment. Therefore, the assertions in Paragraphs 86 and 199 of the Doe Declarations are false.

d. The next lawsuit resolved was the Copyright Action. To begin, on a motion to dismiss, the Court found that some of TEI's conduct was protected by fair use – while others presented factual issues that had to proceed to discovery. *See Triller Fight Club II, LLC v. The H3 Podcast*, 2023 WL 11877604 (C.D. Cal. Sept. 15, 2023). Ultimately, TEI brought a claim for false advertising due to false statements Triller made about TEI to promote their settlement program. While initially claiming $50,000,000 in damages, the case ultimately settled for a little over $3,000.

e. Finally, the Defamation Action concerned Ethan repeating allegations made by Kavanaugh's former business partner in a verified complaint that was subsequently withdrawn and publicly retracted. Contrary to the assertions in Paragraph 86, none of the allegations in the complaint concerned Wikipedia. TEI and Ethan lost their anti-SLAPP motion, which was affirmed on appeal. After over four years of litigating, TEI and Ethan decided it best to resolve the dispute in mediation. Part of the settlement

34
DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.
App. p. 448

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 449 of 582

was the prepared statement. *See* Dkt. No. 8, ¶¶ 84.1-84.3. Therefore, the assertions contained in Paragraph 84, 86 and 199 of the Doe Declarations are misleading.

80. **The Letter to Noah Samsen**: I am aware the H3Snark Mods have accused TEI and the Kleins of sending legal threats to Noah Samsen calling him a terrorist. The letter concerned the video identified and discussed in Paragraph 42 of the concurrently filed Joint Declaration of Ethan and Hila Klein. On March 31, 2025, I sent Samsen by email at 16-page demand for retraction on behalf of Ethan Klein and Mutahar Annas. The letter contains a detailed analysis of why Samsen's video defamed Ethan and Mutahar by claiming they supported genocide.

The contents of this declaration are true and correct. Executed this 20th day of October 2025 in Los Angeles, California.

[signature]

Rom Bar-Nissim

35

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

App. p. 449

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**

Case No. 3:25-mc-80296-SK

(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)

**MOVANTS DOE DEFENDANTS' REPLY IN SUPPORT MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**

Date: TBD
Time: TBD
Ctrm: Courtroom C – 15th Floor
Before: Hon. Sallie Kim

KRONENBERGER ROSENFELD

KRONENBERGER ROSENFELD

**TABLE OF CONTENTS**

INTRODUCTION ..... 1
ARGUMENT ..... 1
A. Evidentiary Objections ..... 1
B. The nature of Does' speech implicates the First Amendment ..... 2
C. TEI presents no evidence of a prima facie claim for contributory infringement ..... 3
1. TEI presents no evidence that Does knew of specific infringement ..... 4
2. TEI presents no evidence that Does induced Denims' alleged infringement ..... 7
D. Does made a fair use of TEI's Works ..... 9
E. Denims made a fair use of TEI's Works ..... 9
F. The balancing of factors weighs in favor of Does ..... 10
G. TEI has not established that its Subpoenas seek relevant information ..... 13
H. TEI did not significantly narrow the scope of the Subpoenas ..... 13
I. In the alternative, a protective order is warranted ..... 14
J. Does' attorney's fees are warranted ..... 15
CONCLUSION ..... 15

# TABLE OF AUTHORITIES

Page(s)

**Cases**

*Apple, Inc. v. Samsung Elecs. Co.*,
2012 WL 2576136 (N.D. Cal. July 3, 2012)....................................................................... 2

*Art of Living Found. v. Does 1-10*,
2011 WL 5444622 (N.D. Cal. Nov. 9, 2011) .............................................................. 14, 15

*Awtry v. Glassdoor, Inc.*,
2016 WL 1275566 (N.D. Cal. Apr. 1, 2016) ....................................................................... 7

*Campbell v. Acuff-Rose Music, Inc.*,
510 U.S. 569 (1994)............................................................................................................. 9

*Cognosphere Pte. Ltd. v. X Corp.*,
2024 WL 4227594 (N.D. Cal. Sept. 18, 2024) ................................................................. 11

*Columbia Pictures Indus., Inc. v. Fung*,
710 F.3d 1020 (9th Cir. 2013) ............................................................................................ 7

*Ctr. for Auto Safety v. Chrysler Grp., LLC*,
809 F.3d 1092 (9th Cir. 2016) ..................................................................................... 14, 15

*Doe 1 v. GitHub, Inc.*,
672 F. Supp. 3d 837 (N.D. Cal. 2023)......................................................................... 14, 15

*Does I thru XXIII v. Advanced Textile Corp.*,
214 F.3d 1058 (9th Cir. 2000) ..................................................................................... 14, 15

*Highfields Cap. Mgmt., L.P. v. Doe*,
385 F. Supp. 2d 969 (N.D. Cal. 2005)................................................................................ 3

*Highfields Cap. Mgmt., L.P. v. Doe*,
2005 WL 8188026 (N.D. Cal. May 31, 2005)................................................................... 15

*In re DMCA Subpoena to Reddit, Inc.*,
441 F. Supp. 3d 875 (N.D. Cal. 2020).............................................................................. 3, 9

KRONENBERGER ROSENFELD

*In re DMCA § 512(h) Subpoena to Twitter, Inc.*,
608 F. Supp. 3d 868 (N.D. Cal. 2022) .......... 3

*In re McClatchy Newspapers, Inc.*,
288 F.3d 369 (9th Cir. 2002) .......... 15

*Louis Vuitton Malletier, S.A. v. Akanoc Sols., Inc.*,
658 F.3d 936 (9th Cir. 2011) .......... 8

*Luvdarts, LLC v. AT & T Mobility, LLC*,
710 F.3d 1068 (9th Cir. 2013) .......... 4

*Ma v. Twitter, Inc.*,
2024 WL 3086694 (N.D. Cal. Apr. 22, 2024) .......... 2

*Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*,
545 U.S. 913 (2005) .......... 7

*Murphy v. Spennato*,
2013 WL 12130006 (C.D. Cal. June 24, 2013) .......... 2

*Music Grp. Macao Com. Offshore Ltd. v. Does*,
82 F. Supp. 3d 979 (N.D. Cal. 2015) .......... 3, 11

*Nat'l Fire Prot. Ass'n, Inc. v. UpCodes, Inc.*,
753 F. Supp. 3d 933 (C.D. Cal. 2024) .......... 10

*Perfect 10, Inc. v. Giganews, Inc.*,
847 F.3d 657 (9th Cir. 2017) .......... 8

*Perfect 10, Inc. v. Visa Int'l Serv. Ass'n*,
494 F.3d 788 (9th Cir. 2007) .......... 8

*Robinson v. Binello*,
771 F. Supp. 3d 1114 (N.D. Cal. 2025) .......... 5

*Seltzer v. Green Day, Inc.*,
725 F.3d 1170 (9th Cir. 2013) .......... 10

*Splunk Inc. v. Cribl, Inc.*,
662 F. Supp. 3d 1029 (N.D. Cal. 2023) .......... 7

KRONENBERGER ROSENFELD

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 454 of 582

*Tarantino v. Gawker Media, LLC*,
2014 WL 2434647 (C.D. Cal. Apr. 22, 2014) .......... 8

*VHT, Inc. v. Zillow Grp., Inc.*,
918 F.3d 723 .......... 7, 8

**Statutes**

18 U.S.C. §2701 .......... 14

**Rules**

Civil Local Rule 7-5 .......... 2
Fed. R. Civ. P. 11 .......... 15
Fed. R. Civ. P. 56 .......... 2
Fed. R. Evid. 402 .......... 2
Fed. R. Evid. 403 .......... 2
Fed. R. Evid. 601 .......... 2
Fed. R. Evid. 602 .......... 2
Fed. R. Evid. 701 .......... 2
Fed. R. Evid. 802 .......... 2
Fed. R. Evid. 803(1), (3), (21) .......... 2
Fed. R. Evid. 901 .......... 2
Fed. R. Evid. 1002-1003 .......... 2

KRONENBERGER ROSENFELD

Case No. 3:25-mc-80296-SK
iv
**REPLY ISO DOES' MTN TO QUASH SUBPOENAS**
App. p. 454

KRONENBERGER ROSENFELD

## INTRODUCTION

TEI[1] devotes most of its Opposition to Does' Motion to Quash ("Opp.") to addressing fair use. But first and foremost, TEI must establish whether it can state a claim for contributory infringement against Does. It cannot.

Instead, TEI's hundreds of pages of declarations and exhibits show that this case—and TEI's Subpoenas—encompass much more than a copyright dispute. TEI's principals, Ethan and Hila Klein, see themselves as being cyber-attacked on personal and political levels. Even though the Kleins have shown *no evidence* of an actual H3Snark moderator engaging in any such conduct, they accuse Does of being responsible. More importantly, TEI introduces *no evidence* of infringement by Does; TEI merely relies on unfounded speculation and assumptions.

Fundamentally, TEI conflates users of the H3Snark Subreddit, and really any critics with a "snark" mentality, and attributes their conduct collectively to Does. Furthermore, TEI repeatedly attributes conduct to Does which is neither relevant to copyright infringement, nor actually done by Does. Indeed, when given the opportunity and the *obligation* to produce evidence of its copyright claim, TEI spends its declarations "correct[ing] the record" for perceived wrongs and alleged falsehoods. As TEI's own evidence shows, TEI has an ulterior, reputational motive, unrelated to copyright. Relatedly, TEI has not established that its Subpoenas seek relevant information for moderators of the Subreddit. Finally, the balancing of equities overwhelmingly favors Does' and the public's right to free speech, anonymity, and privacy, where TEI set a trap and is weaponizing the Subpoenas to reveal Does' identities to punish them for conduct they simply did not do. TEI should not be rewarded.

## ARGUMENT

### A. Evidentiary Objections

Response to TEI Objections: In a footnote, TEI objects to Does' citations to "Reddit posts and other materials authored by third parties" as hearsay, lacking personal knowledge, foundation, and proper authentication, and under the best evidence rule for any clips part of those posts. (Opp.

[1] References to TEI herein encompass Ethan and Hila Klein and the H3 podcast and brand. References to Ethan or Hila Klein by their first name only are for ease and not meant to disrespect.

at 2:24-25.) While TEI's objections lack sufficient specificity for Does to respond, Does state that their evidence is based on personal knowledge unless so stated. Does provided authentication for their non-testimonial exhibits. (*See* Vulić Decl. *passim*, D.E. 7.) Moreover, the evidence is relevant to the Does' present sense impression and existing mental state. FRE 803(1), (3), (21).

Does' Objections: **1)** Does object to arguments in footnotes and in TEI's declarations (instead of its brief) as improper, and attempts to circumvent the Court's page limits. *See Apple, Inc. v. Samsung Elecs. Co.*, 2012 WL 2576136, at *4 (N.D. Cal. July 3, 2012); *Murphy v. Spennato*, 2013 WL 12130006, at *3 (C.D. Cal. June 24, 2013); *Ma v. Twitter, Inc.*, 2024 WL 3086694, at *3 (N.D. Cal. Apr. 22, 2024). **2)** Does object to chat logs, social media posts, and anonymous statements (Exs. 49-53, 57-58, 61, 70) as hearsay under FRE 802 lacking exception. **3)** Does object to Exs. 49-53, 57-58, 61, 70, 75 under FRE 901 and/or FRE 1002-1003 as unauthenticated and/or the evidence speaks for itself. **4)** Does object to portions of JKD and RBM Decl. that offer legal conclusions (JKD ¶26; RBN Decl. ¶¶6, 7, 9, 10, 12, 15-19, 25, 29, 32-33, 43-45, 48, 50-54, 56, Exs. 54-56, 59), speculation (including about user motivations or alleged market harm) (JKD ¶¶20, 21, 23-24, 32, 38, 39, 40, 43-56, 58-75, 93-94; RBN Decl. ¶¶12, 20, 22-23, 25, 29, 31-32, 39.c, 42, 44-45, 46, 48-49, 50-56, Exs. 52-53, 57-58, 61), and improper character evidence about Does or others (JKD ¶¶23, 24, 36, 38, 39, 40, 43-56, 70; RBN Decl. ¶¶31; Exs. 52, 61), under FRE 601, 602, 701, L.R. 7-5, and FRCP 56 (JKD ¶¶20, 21; RBN Decl. ¶¶11, 20, 22, 31, 44, 45, 46, Exs. 49, 50-53, 61, 70), as declarants lack personal knowledge. **5)** Does object to inflammatory rhetoric or alleged instances of harassment unrelated to copyright claims (JKD ¶¶23, 24, 36, 43-75, 93-94; RBN Decl. ¶¶20, 31, Exs. 52, 61) under FRE 402 for relevance, and FRE 403 for undue prejudice, confusion of the issues, and risk of misleading. Does ask that objectionable materials be stricken. L.R. 7-5. Further, Does object to TEI's evidence which is self-contradictory; this evidence should also not be considered.

**B. The nature of Does' speech implicates the First Amendment.**

Does' actions in creating Megathreads as discussion boards to analyze, critique, and deliberate TEI's *Nuke*[2] involve Does' First Amendment rights to anonymous speech. *Nuke* is a

[2] It is worth noting that TEI admits in its Opposition that, from its inception, *Nuke* was designed and targeted as a response to the Kleins' [misguided] perception of the H3Snark Subreddit. (Opp. at 6:20-24.) As such, Does have not only a First Amendment, but reputational privilege to critique it.

"tragi-comic documentary critiquing" a political commentator/Ethan's adversary (Hasan) and an influential, interactive live-streaming platform shaping social and political discourse (Twitch). Does' speech is core protected speech. *See In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d 868, 878 (N.D. Cal. 2022) (a speaker's interest in anonymity may extend beyond alleged copyright infringement where the speaker criticizes a powerful political figure); *Highfields Cap. Mgmt., L.P. v. Doe*, 385 F. Supp. 2d 969, 974-75 (N.D. Cal. 2005) ("*Highfields*"); *Music Grp. Macao Com. Offshore Ltd. v. Does*, 82 F. Supp. 3d 979, 983 (N.D. Cal. 2015). In other words, here, the First Amendment implications go beyond the fair use of the Megathreads because the purpose of the Megathreads was to promote commentary and criticism. Thus, First Amendment concerns must be considered, separate and before a consideration of fair use.

Here, expressing criticism of a public figure of Ethan Klein's particular persona and online following, while using one's real name, *will lead* to dire consequences. It is in this context, of high public sentiment, that TEI's claim and Subpoenas must be judged. Therefore, to succeed in unmasking Does, TEI must persuade the Court that there is a real evidentiary basis for believing that Does engaged in wrongful conduct that caused real harm to TEI's interests that the laws TEI invokes—here, copyright laws—are intended to protect. *See Highfields* at 975. Vague explanations, conclusory suggestions, and outcome-determinative unsupported claims are not sufficient. *See In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d at 880-81 and n. 4; *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d 875, 885 (N.D. Cal. 2020). TEI has not made this showing.

**C. TEI presents no evidence of a prima facie claim for contributory infringement.**

TEI has not submitted competent evidence for its claim for contributory copyright infringement or alleged harm. Does, in routine Reddit moderation practice of creating pinned posts, shared links to content creators who live-streamed reaction videos of TEI's *Nuke*. Reaction videos—i.e., analysis of another creator's videos, in a content creator's own video, is so commonplace the industry that it's often difficult to tell where one creator's content begins and another's ends. (Does Reply Declaration ("DRD") ¶10.) Does had no knowledge of any alleged infringement, and they in no way induced Denims' (or other creators') alleged infringement; the creators would have reacted to *Nuke* regardless of what Does posted on the Subreddit. Furthermore, engaging in critical

KRONENBERGER ROSENFELD

discussion of another creator's content is fundamental First Amendment-protected activity. Through their Megathreads, Does intended to—and did—support such critical discussion. A finding of infringement here would drastically alter the content creation world, stifle free speech, and result in the senseless unmasking and harassment of individuals who only furthered discourse about a controversial public figure.

**1. TEI presents no evidence that Does knew of specific infringement.**

TEI has not shown that Does knew of specific infringement, on Denims' stream or elsewhere.

Does moderated the H3Snark Subreddit, which arose from a public interest of critiquing H3. Does' actions must be examined in this larger context, where is it extraordinarily common for third parties, including H3Snark users and other content creators, to discuss or create works criticizing another's content, political stances, and public actions. (Doe Decl. [D.E. 8] ¶¶4, 7, 8, 14, 44, 66, 78-79, 83; DRD ¶¶10, 42.1, 43, 47.) Thus, when creators stated they intended to "react to" *Nuke*, Does's knowledge was that these reactions would be fair use, i.e., critique and commentary. (Doe Decl. ¶¶20, 34, 42, 108, 130, 254; DRD ¶¶17.5, 63.) Here, Does have demonstrated through competent evidence that they had no knowledge of specific infringement. TEI's conclusory allegations of the required knowledge of infringement are plainly insufficient. *See Luvdarts, LLC v. AT & T Mobility, LLC*, 710 F.3d 1068, 1072 (9th Cir. 2013). As an initial matter, TEI's construction of the knowledge element is flawed and backwards. TEI has the burden to show Does' *knowledge* of infringement, not *lack of knowledge* of fair use. While direct copyright infringement is a strict liability claim, what separates contributory infringement from direct infringement is the knowledge requirement. TEI's attempts to impose strict liability, when that is not the law.

TEI did not allege actual knowledge in its Complaint. Realizing this deficiency, TEI now simply changes the verb tense and posture of its facts, and even the legal standard. Now, instead of arguing that Does "knew it was ***highly likely***" Denims' reaction "***would be***" an infringing "group viewing session" and not a fair use (Compl. ¶45), TEI argues that because Does knew that Denims was "currently" streaming, Does "knew that Denims was exploiting the Works," without a license, and without permission. (Opp. 19:24-21:1.) This argument involves a tremendous factual leap as knowledge that Denims was streaming is not knowledge of *infringement*.

KRONENBERGER ROSENFELD

TEI's purported "evidence" of knowledge of infringement is speculative and contradicted by Does' evidence, as summarized below:

**Complaint Exhibit G** [Motion Ex. 45]:

- TEI argues that Does' statement of not showing support for H3 meant that Does knew Denims' use was unauthorized. (Opp. 20:17-18.) Does have clarified—and the purpose of the entire Subreddit demonstrates—that H3Snark users disagreed with TEI. (Doe Decl. ¶¶7-8, 111, 169, 195, 211, 252, 267, 273; DRD ¶14.) That disagreement is the meaning of "without showing support for H3" (DRD ¶14), not the twisted meaning of stealing views that TEI ascribes to it.
- TEI argues that because Does linked to creators who "supported" H3Snark "by engaging directly" with Does, that meant Does knew these creators would stream the Works without seeking TEI's permission. (Opp. 20:18-19.) Here, this is not what the post states (it does not state that creators engaged with Does) and is untrue anyway; TEI puts words and meaning into Does' post to serve its own purpose. In actuality, references to creators supporting the Subreddit reflect three creators' direct engagement with the Subreddit community as users, or citation of r/h3snark in their own critiques, not any creator's direct support of moderators. (DRD ¶14.) This is in no way evidence that Does knew that creators would infringe.
- Further, this Megathread was posted roughly 20 hours before *Countdown* and 21 hours before the release of *Nuke*, i.e., before *anyone* reacted. But knowledge of *potential future* infringement is not adequate to show specific knowledge of actual infringement. *See Robinson v. Binello*, 771 F. Supp. 3d 1114, 1124 (N.D. Cal. 2025).
- TEI argues that this Megathread is "proof" that the H3Snark Mods knew that Denims' anticipated use of the Works was unauthorized. (Opp. 10:21-21:1.) TEI's evidence simply does not show that Does knew Denims' anticipated use would be infringing.

**Complaint Exhibit I** [D.E. 7 at. p. 132]: TEI argues that Does' failure to view Denims' stream demonstrates knowledge of infringement. (Opp. 1:20-23.) This argument is both unfounded and contrary to law. Denims' announcement of her *intent to react* did not indicate an intent to infringe. Moreover, *Nuke* had not even been released at the time this Megathread was posted. (Does Decl.

¶¶33-34, 38, 121; DRD ¶15.)

**Complaint Exhibit H** [D.E. 7 at p. 115]: This Megathread stated "Places to watch ***reactions to*** this video: [*Nuke*]," with a list of creators who had planned to react to *Nuke*. This Megathread did not include any reproduction or infringement of TEI's content. (DRD ¶16.) This Megathread also listed TEI's source of *Nuke* as the **first link**; the post prominently displayed the official *Nuke* thumbnail and metadata, which automatically linked to TEI's original YouTube upload. (DRD ¶17.1.) Reddit's preview clearly directed users first to TEI's *Nuke*. (DRD ¶¶17.2-17.9.) Indeed, upon *Nuke*'s release, the Subreddit featured TEI's video as its most visible post, and if a user clicked on that thumbnail image, they would immediately be brought to TEI's original video of *Nuke*—thereby *giving* TEI more views. (*Id.*) User comments to the Megathread further indicated to Does that Denims' use was fair—and that r/h3snark users engaged with Denims' transformative political commentary, overlapped with many users' own stances. (*See* DRD Ex. 78.)

TEI also argues that Does' linking to Denims' stream without determining whether she made a fair use, is the "epitome of willful blindness." (Opp. 21:16-20.) In doing so, TEI again assumes that Does *subjectively* believed infringement was likely occurring. However, Does have already demonstrated that they *did not know or believe* infringement was occurring, or *would occur*. (Does Decl. ¶¶34, 40, 42-43, 45, 120-123, 125, 200, 217, 292; DRD ¶¶9, 15, 17.10, 31.) TEI cannot twist the facts to make Does cognizant of future infringement which may or may not occur.

In short, TEI's entire basis of knowledge of infringement is self-serving speculation, and belied by Does' declarations. Further, TEI's attempt to impose a knowledge requirement that is *greater than a copyright attorney's*, *see* Opp. fn. 21, is illogical and unfounded.

On that point, TEI argues that it did not *give* Does notice that it believed Denims' stream was infringing because it didn't want to risk exposure for a DMCA misrepresentation. *See id.* But TEI didn't need to issue a DMCA takedown notice. It could have simply posted a comment on the Megathreads, or sent Does a Modmail, notifying Does of purported infringement. (Does Decl. ¶¶31, 41, 50, 64.) TEI didn't need its attorney to do this. (RBN Decl. ¶51.) TEI itself could have contacted Does, and since TEI operates its own subreddits, it knows how Modmail operates. (DRD ¶¶9, 31.) Further, TEI's own evidence shows it was *closely monitoring the Subreddit* at the times the

Megathreads were posted; witnessed the alleged infringement; and made a willing choice *not* to notify Does. (DRD ¶¶8, 31.) This does not show vigorous protection of copyright; it shows a trap.

TEI has not shown any requisite knowledge.

**2. TEI presents no evidence that Does induced Denims' alleged infringement.**

Contributory liability stems from tort-law concepts of enterprise liability and imputed intent. *See Splunk Inc. v. Cribl, Inc.*, 662 F. Supp. 3d 1029, 1051 (N.D. Cal. 2023). In other words, there must be some coordinated effort and some reasonably credible ascribed aim of infringement. TEI offers no competent evidence that there was any connection between Does and Denims (or any other creators), or that there was an imputed intent to infringe. Rather, as Does show, the intent of the Megathreads was to facilitate discussion and critique of a highly public figure and *Nuke*. (Doe Decl. ¶¶4, 6, 9, 32-34, 38, 45, 122, 194; DRD ¶11.)

As with the knowledge requirement, TEI twists the words of the Megathreads[3] into speculated "active" steps of inducement, where there was none. This does not suffice. *See Awtry v. Glassdoor, Inc.*, 2016 WL 1275566, at *14 (N.D. Cal. Apr. 1, 2016); *see also Columbia Pictures Indus., Inc. v. Fung*, 710 F.3d 1020, 1034 (9th Cir. 2013) (plaintiff must show a "high degree of proof of the improper object"; this requirement is dispositive).

Does included links to content creators' homepages on posts on the Subreddit; Does did not conspire, collude, or otherwise collaborate with Denims or any creator about diverting views from or infringing on TEI material. (DRD ¶¶8, 14, 60.) Does did not advertise or solicit to Denims an infringing use or instruct Denims, or anyone else, how to engage in an infringing use. (DRD ¶¶2, 8, 14.) *See VHT, Inc. v. Zillow Grp., Inc.*, 918 F.3d 723 at 745-76; *Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913, 915-16 (2005). Indeed, there was no clear and affirmative improper object of infringement, from Does to anyone, let alone a "high degree of proof of the improper object." *See Fung*, 710 F.3d at 1034-35. No message was communicated to Denims at all. Indeed, Denims and the other creators operated completely independently. (DRD ¶14.) TEI's attempts to distort the intent of the Megathreads, in the face of Does' contradictory evidence, through convoluted

[3] TEI also claims Denims "admitted" Does were responsible for "signal boosting" her stream. (Opp. 22:9-10 and Compl. Ex. L.) An actual review of this exhibit shows this is not what happened, but further evidences TEI's habit of transforming the evidence to serve its own argument.

attributions, misses the mark.

In short, Does did not post the Megathreads with the object of promoting infringement through any clear expression, despite TEI's attempts to frame it otherwise. *Perfect 10, Inc. v. Giganews, Inc.*, 847 F.3d 657, 672 (9th Cir. 2017). Mere knowledge of infringing potential, or actual infringing uses by others, is not enough here to subject Does to liability. *See Perfect 10, Inc. v. Visa Int'l Serv. Ass'n*, 494 F.3d 788, 801 (9th Cir. 2007). And failure to take affirmative steps to prevent infringement alone cannot trigger inducement liability. *VHT, Inc.*, 918 F.3d 723 at 746. Does had no affirmative duty to reach out to Denims, a creator they did not control or even interact with, on a platform (Twitch) Does didn't operate, to prevent Denims from infringing and to ensure she had made a fair use.

TEI argues that Does induced Denims' infringement by sending viewers to her stream. (Opp. 22:6-10.) TEI cites no authority for the proposition that linking to content on the Internet, without more, *induces the recipient* of those viewers, to infringe copyright. TEI's argument makes no sense: the presence of viewers does not communicate a specific object to infringe, and Does had no knowledge that Denims *would* infringe. TEI also argues that Does aimed to satisfy the Subreddit's *users'* desire for unauthorized versions of the Works. (Opp. 22:11-21.) But TEI does not allege in its Complaint that the Subreddit's users infringed, nor could it. *See Tarantino v. Gawker Media, LLC*, 2014 WL 2434647, at **3-4 (C.D. Cal. Apr. 22, 2014). Thus, without a direct infringement allegation against Subreddit users, any inducement claim fails. *See id.*

Similarly, although TEI sets forth no argument for a theory of material contribution, any such argument would fail. Material contribution turns on whether the activity in question "substantially assists" direct infringement. Does' publication of the Megathreads in no way "substantially assisted" Denims' allegedly infringing activity, nor were Does' Megathreads an "essential step in the infringement process." *Louis Vuitton Malletier, S.A. v. Akanoc Sols., Inc.*, 658 F.3d 936, 943-44 (9th Cir. 2011). Denims' conduct was without any assistance from Does. (DRD ¶¶10- 11, 14.)

Finally, TEI argues that prior history of providing allegedly infringing YewTube links "to deprive TEI of advertising revenue" apparently shows Does' penchant for infringement. (Opp. 22:22-25.) TEI's argument is speculative, and lacks any temporal nexus to the Megathreads and

Denims' alleged infringement. Thus, it is irrelevant. TEI further ignores Does' evidence that they stopped allowing alternate viewing sites months before the alleged infringement at issue here, and encouraged their users to respect copyright and engage in fair use. (Doe Decl. ¶¶61, 117, 118, 214; DRD ¶20.) TEI has not shown inducement.

**D. Does made a fair use of TEI's Works.**

TEI's argument that Does did not make a fair use also fails. As to the first factor, Does used the Megathreads for criticism and commentary fundamentally at odds with TEI's original purpose of *Nuke*, making their use transformative. *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d at 884. Does' use was not for a commercial purpose; Does never financially benefitted or received any compensation for moderating H3Snark, or for linking to content. *See id*. (Doe Decl. ¶¶4, 195, 292; DRD ¶¶6, 39.) The nature of *Nuke* was highly factual, weighing in Does' favor; and, Does did not use *any* portion of the works in the Megathreads. (Mot. Ex. 1, Compl. Exs. G-I.) Finally, no one would have viewed the Megathreads and conversation thereon as a substitute for watching *Nuke* that would have created an effect on the potential market for it.

TEI's authority (Opp. 10:2-15) is distinguishable, where Does did not reproduce TEI's works at all, and Does did not "implicitly invite" criticism; instead, the *entire purpose* of the Megathreads was a forum for criticism and discussion of *Nuke*, and through and on the Subreddit, Does and r/h3snark users engaged in legitimate discussion of transformative reactions to *Nuke*; the Megathreads were not just an implicit invitation. Thus, Does' use was fair.

**E. Denims[4] made a fair use of TEI's Works.**

Denims' use was transformative, and in no way superseded or supplanted the use of the original, weighing in favor of fair use. A scathing criticism of a work is the quintessential example of fair use. *See Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 592 (1994); *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d at 885. Denims' reaction stream was exactly that: she frequently pauses *Nuke* to criticize and mock (both content and quality), explain, provide context, challenge, and argue, all the while interacting with her live audience. DRD ¶13, fn. 4 & Ex. 76. She also rewinds

[4] TEI argues, in its declaration, that it chose to sue Denims because of the timing of her reaction stream. (RBN Decl. ¶56.) But the truth is Ethan Klein harbors a deep-seated animosity towards Denims. (DRD ¶13.2 & fns. 5, 6.)

and rewatches to provide a more informed reaction. *See id.* A review of Denims' stream makes it clear that viewers who wanted to view the *Nuke* in its entirety, without Denims' criticism and commentary, would not be able to do so by watching her stream. (Mot. Ex. 1, Compl. Ex. K.) There is no option to pause, fast-forward, move to the next segment—because her stream was *live*. In short, Denims' reaction stream did not supplant the use of the original; it served an entirely different purpose.[5]

TEI also has not shown that Denims' stream acted as a market replacement, instead of a market complement that didn't impair demand on the original. *See Nat'l Fire Prot. Ass'n, Inc. v. UpCodes, Inc.*, 753 F. Supp. 3d 933, 965 (C.D. Cal. 2024). TEI conclusorily states that Denims' reaction stream served as a market replacement for its works, assuming that Denims' audience watched her instead of TEI's content because of timing. (Opp. 18:27-19:3.) TEI also argues that Denims advertised herself as a market substitute.[6] (Opp. 18:17-26.) TEI has presented no admissible evidence, though, that anyone watched Denims' stream instead of its works. It is clear from Denims' stream that anyone who wanted to watch *Nuke* in its entirety without interruption or Denims' criticism and commentary, would not have viewed Denims' stream instead. Finally, TEI provides no evidence of market substitution. TEI's generalization of how YouTube videos are monetized, in a party declaration, without actually attributing lost views to Denims' stream (JKD ¶32), is not admissible nor competent evidence, nor does it demonstrate actual loss. Importantly, before there can be a market substitute, there has to be a *market*; TEI ignores the fact that many, if not most, of the people who watched Denims' stream, would not have watched its content *at all*.[7] The fourth factor weighs in favor of fair use.

**F. The balancing of factors weighs in favor of Does.**

To unmask Does, this Court must find: 1) that disclosure of Does' identities is necessary, for

[5] Here, Denims' commercial use of the works, if any, was incidental, and thus does not inhibit her stream's transformative character. *See Seltzer v. Green Day, Inc.*, 725 F.3d 1170, 1178 (9th Cir. 2013).

[6] TEI also submits a debate from three years ago as evidence that Denims "knew" her stream "took views away from the original," in this specific instance, now. Denims' comment then is irrelevant.

[7] TEI also ignores the fact that it, itself, "reacted" to Denims' reaction video, both in a full-length episode (with 845,000 views currently) and later in a segment it clipped and broadcasts separately (with 26,000 views). (DRD ¶13.2.) So, far from losing revenue, it's making even more.

TEI to protect against or remedy *serious wrongs*, while 2) such disclosure causes relatively little harm to Does' First Amendment and privacy rights. *See Music Grp. Macao Com. Offshore Ltd.*, 82 F. Supp. 3d at 983 (applying *Highfields*). TEI cannot meet this standard. The balance of harms overwhelmingly favors Does, and First Amendment-protected, critical speech at large.

TEI doesn't even attempt to "balance" competing harms. It relies solely on *Cognosphere Pte. Ltd. v. X Corp.*, 2024 WL 4227594 (N.D. Cal. Sept. 18, 2024) for a four-part test which does not balance anything. TEI fails to address any other authority which does weigh competing harms. Under *Highfields* and its progeny demonstrate, the balance weighs in favor of Does.

The alleged wrong here is creating pinned discussion threads which formerly linked to reaction videos of TEI's content. The alleged harm is, at max, 45,000 views of Denims' stream by people who probably wouldn't have watched *Nuke* in its original form anyway, over a period of, at max, 4 hours. (DRD Ex. 77.) These are not serious wrongs compared to the immense harm Does will suffer to their First Amendment and privacy rights if the Subpoenas are not quashed, and that the public will suffer through the stifling of free speech.

Does voluntarily made the Subreddit inactive after TEI's threats to target its users and moderators, and Does ceased all public comment and criticism of TEI, stifling their free speech. (DRD ¶¶36-37, 40.) Despite this, TEI continues to publicly discuss Does and promote harassment through affiliated creators and fan communities. (DRD ¶¶22.3, 23, 23.1-4, 24, 24.1, 26.1.) These coordinated campaigns have extended beyond the Subreddit, silencing or threatening to silence communities across Reddit. (DRD ¶¶31-31.1.) The chilling effect is immediate and measurable: users have deleted accounts, wiped posts, and refrained from participating in legitimate criticism of public figures online. (DRD ¶¶33, 37.) Further, a finding that rightsholders can unmask anonymous speakers who had the sole intent of furthering First Amendment-protected speech, based on a fundamentally flawed, pretextual, and retaliatory contributory infringement claim, will silence countless others.

TEI's claims that it "promises" not to use Does' identifying information are disingenuous. (JKD ¶5; DRD ¶¶48, 50, 51, 51.1, 57.1.) TEI's own disclosures, such as threatening to expose Does to their employers and educational institutions, doxing third parties, inciting its fans and others to

KRONENBERGER ROSENFELD

harass Does, and encouraging speculation about and investigation into anonymous users' identities, show otherwise. TEI's actions have placed Does in genuine danger of being doxed or harassed. (Doe Decl. *passim.*; DRD *passim.*) TEI's own admission that it does not intend to pursue any other litigation "at this time," overtly alluding to some future use of Does' identities, is disturbing at best. (JKD ¶5.a.) Even in its own Opposition, TEI cannot help itself from revealing private identifying information of *three* of its critics. (DRD ¶51; RBN Decl. Exs. 60, 68; JKD ¶49.) TEI's established pattern of disclosure demonstrates that any protective order would be woefully unreliable.

It is not just TEI that Does have to worry about. H3 fans have a proven track record of harassing and even doxing people who are critical of H3 and Ethan. (Doe Decl. ¶¶87-89, 174, 182, 190, 257, 260-261, 284, 297; DRD ¶¶28, 46.1; DRD Ex. 86 & 87.) There is also great risk to Does from the myriad of content creators covering these lawsuits and this Motion. (Doe Decl. ¶¶91-95; DRD Ex. 89.)

Further, this Court should consider TEI's motives in filing these lawsuits. As copious evidence shows, TEI initiated this lawsuit to impose undue financial burdens on Does; ruin them in three different lawsuits; follow through on his previous threats to target Does and their families, friends, workplaces, and educational institutes; and shut down the Subreddit. (Doe Decl. ¶¶66, 71-71.1, 73-73.1, 74.1, 197.5, 224, 261; DRD ¶¶22, 30, 21.2, 21.2.1, 21.3.1, 23.5.1, 60.) This is all based on conduct *not* related to copyrights, but for alleged defamation, business interference, harassment, and criminal conduct—none of which Does committed. (Compl. ¶35.d; Doe Decl. ¶¶72.1, 72.2; Mot. Ex. 25; DRD ¶¶22, 22.1, 22.2, 23.2, 59; JKD ¶93.) Even after Does shut the Subreddit down, TEI continues to attribute content critical of it to Does. (Doe Decl. ¶¶149, 172, 232; DRD ¶¶3, 24, 24.1, 24.1.1, 25, 43, 44.) TEI even goes so far as to say that Does could now "walk away!" from these lawsuits by "turn[ing] off the monitor." (DRD ¶¶24, 24.1; Ex. 84.) That statement, despite the fact that Does have stopped publicly discussing H3, proving that TEI's silencing tactics already worked, shows TEI does not and will never believe them. TEI's self-admitted foe is a psychologically un-recognized "snark-brained" theory of thought (JKD ¶57), which TEI *cannot defeat by unmasking Does in these lawsuits*. TEI wants to punish Does for perceived wrongs of masses, which Does had nothing to do with.

KRONENBERGER ROSENFELD

In sum, the relative harm to TEI's copyright interests, compared to the grave harm Does and the public have suffered and *will suffer*, immensely weighs in favor of quashing the Subpoenas.

**G. TEI has not established that its Subpoenas seek relevant information.**

TEI appears to claim that the information sought by its Subpoenas is directly relevant to pursue its claim of contributory infringement. (Opp. 24:16-22; RBN Decl. ¶¶75-78.) Not so. TEI's Subpoenas seek identifying information for accounts which had no involvement with the alleged infringement, or r/h3snark moderation at all. (Doe Decl. ¶102.) Notably, u/RomanPeee was never an h3snark mod. (DRD ¶3.) Other accounts are not moderator accounts, were never active on r/h3snark, never even existed as accounts, or have no connection to the Megathreads. (DRD ¶¶3, 55, 55.1, DRD Ex 92.) TEI has submitted *no* evidence of the relevance of the Discord accounts it seeks. The Subpoenas are also temporally overbroad and unrelated to the alleged activity. This indiscriminate targeting highlights that the Subpoenas are intended to intimidate and suppress lawful criticism rather than address copyright concerns.

TEI could have easily sought relevant information in its Subpoenas. The usernames of moderators of subreddits are ascertainable from the Subreddit itself. (DRD ¶3.) On the dates the Megathreads were posted, TEI could—and should—have examined the h3snark Subreddit page to view who the mods were on that date. That information was readily available, and TEI moderates its own subreddit, so it knows this information is available. (Doe Decl. ¶8; DRD ¶3.) Indeed, TEI's counsel was already capturing screenshots of the Megathreads as evidence for the Action. (Mot. Ex. 1, Compl. Exs. G-I; RBN Decl. ¶¶35, 38-19.) Instead, TEI issued vastly overbroad Subpoenas seeking: 1) information prohibited from disclosure by federal law, and 2) the identities of users who were never moderators of the Subreddit, like RomanPeee, and Discord users for whom TEI has shown *no* connection to the allegedly infringing Megathreads, or the h3snark Subreddit at all. TEI doesn't even attempt to explain the relevancy of these requests. Further, as discussed below, Section I, Does' identities are not crucial to TEI pursuing its claim, if it has one. This demonstrates an additional reason to quash the Subpoenas.

**H. TEI did not significantly narrow the scope of the Subpoenas.**

TEI claims it attempted to offer "concessions" to Does by narrowing the Subpoena. (Opp.

KRONENBERGER ROSENFELD

7:9-15; RBN Decl. ¶¶69, 73-74.) But TEI's first concession—to eliminate its requests for stored communications content, which clearly violate the federal Stored Communications Act, 18 U.S.C. §2701, *et seq.*—is not a concession at all, but merely a belated attempt to rein in heinously overbroad and illegal requests. TEI's "willingness" to limit the Subpoenas to only encompass identifying information is another non-concession: it is no more than a court would award. And another of TEI's "concessions," that Reddit and Discord only provide PII of individuals authorized by the Court, required Does to file the instant Motion anyway. TEI cannot expect Does—or the Court—to take these "concessions" seriously as indicia of good faith.

**I. In the alternative, a protective order is warranted.**

If this Court does not quash TEI's Subpoenas entirely, a protective order is absolutely warranted. The Ninth Circuit has permitted litigants to use pseudonyms in cases when identification creates a risk of retaliatory physical or mental harm. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000) ("*Advanced Textile*"). Importantly, here where Does' anonymity facilitates free speech, the disclosure of their identities is itself an irreparable harm. *See Art of Living Found. v. Does 1-10*, 2011 WL 5444622, at *9 (N.D. Cal. Nov. 9, 2011). Further, records that might be used to **gratify private spite** or promote public scandal demonstrate compelling reasons to keep certain judicial records secret. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016).

Where a party seeks to proceed pseudonymously on the basis of retaliatory harm, courts balance five factors: 1) the severity of the threatened harm, 2) the reasonableness of the anonymous party's fears, 3) the anonymous party's vulnerability to such retaliation, 4) the prejudice to the opposing party, and 5) the public interest. *See Doe 1 v. GitHub, Inc.*, 672 F. Supp. 3d 837, 852 (N.D. Cal. 2023) ("*GitHub*"). These factors overwhelmingly favor Does.

First, the severity of the threatened harm is immense. Ethan Klein has professed his intent to ruin Does, financially, personally, and professionally. (Doe Decl. ¶¶66, 71-71.1, 73-73.1, 74.1, 197.5, 224, 261; DRD ¶¶22, 30, 21.2, 21.2.1, 21.3.1, 23.5.1, 60.) In *GitHub*, the Court found a protective order appropriate where the parties received legitimate and credible threats of violence. *Id.* at 852. Does, too, have received such veiled death threats, including to the h3snark Modmail.

KRONENBERGER ROSENFELD

KRONENBERGER ROSENFELD

(Doe Decl. ¶¶257, 272) Second, the reasonableness of Does' fears is justified; Ethan has personally threatened harm to Does, and his prior actions of doxing, harassing, and inciting his fanbase to do the same, reasonably lead Does to fear retaliation. (Doe Decl. *passim.*; DRD *passim*.) The fact that some of these threats may come from "internet 'trolls'" and not TEI directly, does not render Does' fears of harm unreasonable. *GitHub* at 853. Third, Does are especially vulnerable to retaliation; they face loss of their jobs and even their careers; likelihood of retaliation, doxing, and swatting; and adverse mental health consequences. (Doe Decl. ¶¶65, 73-73.1, 165, 297-297.1, 197.5; DRD ¶¶21, 21.2, 22, 22.1, 22.2, 23.5.1, 46, 46.1, 47, 48.) *See Advanced Textile* at 1072.

Conversely, TEI has not established any prejudice, merely stating a vague but undeveloped concern of hampering discovery and "proceed[ing]" with the case. (Opp. at 25:17-18.) These assertions, unsubstantiated by any facts, are not sufficient. Indeed, courts have allowed defendants to proceed pseudonymously well into later stages of a case. *See Art of Living Found. v. Does 1-10*, 2011 WL 5444622, at *10.

Finally, the public interest does not weigh against permitting Does to proceed pseudonymously where Does' identities themselves are not central to the issues raised by the case, which purportedly is copyright infringement. *See Ctr. for Auto Safety*, 809 F.3d at 1097; *In re McClatchy Newspapers, Inc.*, 288 F.3d 369, 374 (9th Cir. 2002).

**J. Does' attorney's fees are warranted.**

Does reiterate their request for attorney's fees, to be outlined in a separate motion. TEI's Action, three lawsuits, and its Subpoenas at issue here, were pretextual, unwarranted, and lacking any factual or legal basis under Fed. R. Civ. P. 11. *See Highfields Cap. Mgmt., L.P. v. Doe*, 2005 WL 8188026, at **6-7 (N.D. Cal. May 31, 2005).

## CONCLUSION

TEI's Opposition is unconvincing; instead, it shows that Does are correct. The Opposition makes crystal clear that TEI's three lawsuits are not about copyright infringement: the goal is to silence critical speech and avenge perceived wrongs. There is an opportunity here for this Court to issue a precedent—that vengeful plaintiffs cannot bully critical speakers into submission and silence through unmasking subpoenas. Does respectfully ask the Court to set the right precedent.

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 470 of 582

KRONENBERGER ROSENFELD

Respectfully Submitted,

DATED: November 3, 2025

**KRONENBERGER ROSENFELD, LLP**

By: s/ Leah Rosa Vulić
Leah Rosa Vulić

Attorneys for Movants/Defendants Does

Case No. 3:25-mc-80296-SK 16 **REPLY ISO DOES' MTN TO QUASH SUBPOENAS**

**App. p. 470**

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 471 of 582

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**

Case No. 3:25-mc-80296-SK

(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)

**DECLARATION OF DOE DEFENDANTS IN SUPPORT OF MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**

Date: TBD
Time: TBD
Ctrm: Courtroom C – 15th Floor
Before: Hon. Sallie Kim

KRONENBERGER ROSENFELD

Case No. 3:25-mc-80296-SK

DECL OF DOES ISO REPLY ISO MTN TO QUASH SUBPOENAS

App. p. 471

KRONENBERGER ROSENFELD

**COLLECTIVE DECLARATION OF DOES**

We, Does, do hereby declare:

Plaintiff Ted Entertainment, Inc. ("TEI") and Ethan Klein have openly pursued the dismantling of the r/h3snark subreddit through copyright strikes and now three retaliatory lawsuits aimed at silencing criticism. (Original Doe Decl., D.E. 8 (hereinafter "Doe Decl.") ¶¶18, 63-63.1, 64, 144); *see also* Motion Ex. 20 at [3:48 - 4:25], H3's "I'm Suing These Three Creators.": **"I knew they would watch the entire video, add little to no commentary, react to it instantly, giving them no time to form an opinion. The trap was set, and it worked even better than I imagined it would."**[1] Their campaign has succeeded: r/h3snark has been **inactive since May 15, 2025**, and the Does' only remaining speech about Plaintiff consists of this Motion to Quash and supporting declarations. We respectfully request that the Court quash TEI's subpoenas to prevent further misuse of judicial process and to protect the Does from the severe consequences of being unmasked, doxed, and harassed for engaging in lawful, First Amendment-protected commentary about a public figure.

We submit this Reply Declaration to summarize and rebut Plaintiff's allegations and evidence in its Opposition [D.E. 16, 16-1, 16-2, 17], and to inform the Court of events which occurred after we filed our Motion to Quash.

## I. Introduction & Purpose of Declaration

1. Plaintiff's subpoenas and lawsuits are not truly about copyright enforcement; they are designed to expose and retaliate against anonymous critics.

2. We neither promoted infringing material nor viewed or controlled the allegedly infringing

[1] At times in this Declaration, we cite to Reddit threads for Plaintiff's own content because the H3 Podcast has an established history of editing, deleting, and/or removing segments and/or information from their public videos. (Doe Decl. ¶80.)

streams in question. Our posts merely facilitated discussion of a trending public event and the commentary surrounding it. Our moderation activities constitute protected online discourse under the First Amendment.

3. Subreddits identify moderator accounts on the Subreddit's home page. TEI's evidence shows that its attorney visited the Subreddit multiple times on January 30 and 31, 2025 (Compl. Exs. G-I). TEI or its attorney could have easily discovered exactly which Reddit accounts were moderator accounts on those days simply by looking. Despite this, many of the accounts requested in TEI's Subpoenas had no involvement with the alleged infringement or r/h3snark moderation. (*See also* Doe Decl. ¶102.) Notably, despite TEI's focus on them, **u/RomanPeee was never a moderator of r/h3snark** and continues to post independently; other accounts (e.g., u/ozempicdealer, u/KitchenMukbangStar, u/PurePress, u/jewettsarahorne, u/Right_Salamander) were never moderator accounts. Some of these accounts were never active on r/h3snark, never existed, or never had activity related to the *Nuke*. Discord accounts requested in TEI's Subpoenas are linked only by hearsay, and TEI offers no competent evidence these accounts had anything to do with the h3snark Subreddit. TEI's Subpoenas are also overbroad in the scope of documents requested and timing, including dates unrelated to the alleged activity, and requesting identifying information of users with no connection to the purported infringement. This indiscriminate targeting highlights that the subpoenas are intended to intimidate and suppress lawful criticism rather than address copyright concerns.

4. Plaintiff, who amasses millions of views per month on the H3 Podcast, actively encourages their fanbase and affiliated content creators to attack H3 critics, and promotes content that targets and harasses critics, further amplifying the risk to the Does. (*See also* Doe Decl. ¶¶84, 84.3, 85.1, 86-87, 149-151, 160-162, 173-174, 180, 182, 190, 202, 257-258, 260-261, 284-285, 297). This is further illustrated in Doe Decl. ¶¶91-93 and Exs. 24, 25, 43, which

contains true and accurate screenshots of video thumbnails and view counts taken in September 2025.

5. Despite our voluntary silence, Plaintiff continues to present an incorrect narrative, to this Court and to the world, that we "repeated[ly] abuse, harass[ ]," and defame Ethan and Hila (JKD ¶93 and *passim)*. This was never accurate, and it remains inaccurate now. However, Plaintiff's reliance on this false narrative shows Plaintiff's true goal of punishing critics and silencing detractors.

6. We never financially benefitted or received any sort of monetary compensation for any moderating activity on r/h3snark, or for linking to content. We were unpaid, volunteer moderators (*See also* Doe Decl. ¶¶ 4, 195, 292).

7. Given these facts, quashing the subpoenas and awarding fees is necessary to prevent further abuse, protect anonymous speech, and deter the misuse of copyright law and Rule 45 subpoenas as tools for retaliation and intimidation. Failure to do so risks setting a precedent that allows public figures to weaponize litigation to suppress lawful criticism, under the guise of copyright protection.

## II. <u>Background & Context</u>

8. We collectively reiterate that none of us conspired, colluded, or otherwise collaborated with any of the creators listed in the megathreads at issue, including Denims, regarding diverting views from or infringing on TEI material. (*See also* Doe Decl. ¶¶21, 128, 169.) **No r/h3snark moderator ever referred to any reaction streams linked or otherwise as "watch parties."** We had no reasonable means to know that TEI believed Denims' stream was infringing. Importantly, neither TEI, nor any agent or attorney on its behalf, ever commented on the Megathreads notifying us that TEI considered Denims' or any of the other creators' streams to be infringing.

KRONENBERGER ROSENFELD

9. Each Reddit Subreddit identifies moderator accounts on the subreddit's home page. The H3Snark Subreddit was no different. Anyone at all who visited the Subreddit could instantly send us a "ModMail" to notify us if they believed any content on or linked to through the Subreddit was infringing; it is not a requirement that the person be a member of the Subreddit to do so. **We never received any notification from TEI, or anyone on its behalf, that it considered Denims' stream, or any other content in any of the Megathreads, an infringement of its copyrights.**

10. Reaction content, like that of Plaintiff, Denims, and countless other creators, is inherently interdependent, with creators routinely analyzing and responding to each other's videos across platforms like YouTube and Twitch. A true and accurate screenshot from "Ethan is FURIOUS Over Idubbbz's Content Cop Video | Hasanabi reacts"[2] and a true and accurate screenshot of a caption of a similar image from r/LeftoversH3, both shared below, demonstrates how reaction and commentary content rely on creator symbiosis and how material naturally overlaps.[3] Given this interdependent relationship among creators, our Subreddit had no plausible effect on Denims' or any other creators' decision to react to *Nuke*; they would have produced their commentary regardless of the Subreddit's posts. Likewise, we had no way of knowing that Plaintiff would consider particular reactions to its content as infringing.

---

[2] Hasanabi Productions, "Ethan is FURIOUS Over Idubbbz's Content Cop Video | Hasanabi reacts," *YouTube* (17 Apr. 2025), https://www.youtube.com/watch?v=dQ5Be88wgkU&t=1006s [16:46].

[3] u/Rozemyne827, "Sometimes you have to take a step back and realise we are so chronically online.," *r/LeftoversH3* (17 Apr. 2025), https://www.reddit.com/r/LeftoversH3/comments/1k1v3az/sometimes_you_have_to_take_a_step_back_and/.



KRONENBERGER ROSENFELD

I'm watching Hasan react to Ethan react to a video Ian made in which he is showing Ethan react to Hasan react to Bad Empanada react to a video Ethan made containing a clip of Hasan.

11. The Megathreads (Compl. Exs. G-I) were a standard, good-faith moderation practice designed to maintain order, reduce redundancy of posts (and thus streamline moderation duties), and organize discussion ahead of *Nuke*'s release (*Id.*; Doe Decl. ¶¶34, 38, 40, 122, 124, 126-130, 133, 228-229; Vulić Decl. Ex. 45). Subreddit activity surrounding *Nuke* demonstrates that community interest in reactions was organic and user-driven, not coordinated by moderators, contrary to TEI's speculation in its Opposition that the Megathreads showed we (Does) had any coordination with Denims or other streamers. (Opp. 20:18-19, 22:17-18; *See also* Doe Decl. ¶¶17, 227-228). Numerous streamers publicly announced their intentions to respond to *Nuke*, some several weeks prior to its release (Doe Decl. ¶¶ 124, 127-129). Moderators merely redirected discussion to megathreads for moderation efficiency (*See also* Doe Decl. ¶¶34, 38, 40, 122, 124, 126-130, 228-229).

12. Plaintiff's argument that Denims' reaction could not qualify as fair use based on timing alone (Opp. at 1:5-8) neglects established precedent, including *Hosseinzadeh v. Klein*

(S.D.N.Y. 2017), where the Court held that reaction videos providing extensive commentary and humor are "plainly transformative." Further, the record shows r/h3snark users and Does were engaged in legitimate discussion of transformative reactions, not any form of coordinated infringement, thus the Megathreads were transformative in their own right. (Doe Decl. ¶¶34, 45, 124-134).

13. Moreover, Plaintiff continues to assert that Denims did not provide fair use commentary (Opp. at 1:15-16), despite the fact that, during the over two hours she spent reacting to *Nuke*, over and above the hour- and 42-minute-long *Nuke* itself, Denims paused the video to provide analysis and in-depth commentary 150 times. Attached hereto as **Reply Ex. 76** is a table we created after watching Denims' reaction to *Nuke*, of timestamped examples of Denims' commentary on *Nuke*. The video cited for the following timestamps is "(REUPLOAD) Ethan's Hasanabi 'Nuke' | Denims Reacts" on YouTube.[4] The only edits made to this video, made by a fan of Denims, consist of audible censorship of sensitive language, including swear words, politically sensitive content, and sexual references. Attached hereto as **Reply Ex. 77** are two true and accurate screenshots taken of Denims' viewership statistics on January 31, 2025, taken from TwitchTracker.com.

13.1. In fact, Plaintiff acknowledges that Denims reacted to *Nuke* and shows her commentary to be rather extensive (RBN Decl. ¶45.a-f). Plaintiff takes *more* issue with Denims for not commenting on things they feel are most important. (*Id.*) That does not mean Denims' reaction fails to meet fair use, it only shows that Denims' reaction fails to meet the complimentary standard Ethan sought for the video.

[4] DenimsTTV Archive, "(REUPLOAD) Ethan's Hasanabi 'Nuke' | Denims Reacts," *YouTube* (17 Feb. 2025), https://www.youtube.com/watch?v=jxuzvc4c6EQ.

KRONENBERGER ROSENFELD

13.2. In fact, Ethan made a reaction video to Denims' reaction video to *Nuke* during an episode of the H3 Podcast.[5] During his reaction, Ethan harshly berates and attacks Denims personally, notably calling her: "**f****** b******," "**a f****** b**** of a person**," "**a dumb f****** b******," and "**a dumb f****** b*** that I hate**." The segment was then clipped and uploaded as a standalone video on the H3 Podcast Highlights YouTube channel.[6] This means Ethan not only reacted to Denims' reaction to *Nuke*, but that Plaintiff is actually earning revenue off of Denims' stream not once, but twice.

14. We stated in our prior declaration, but find it important to collectively reiterate here, in response to TEI's Opposition (which ignores these facts), the following: The Megathread in Compl. Ex. G was posted **roughly 20 hours before the *Countdown* livestream and 21 hours before the release of *Nuke*** (Doe Decl. ¶121). It was pinned to the community highlights section to consolidate information, reduce duplicate and spam posts, and maintain order within the subreddit ahead of *Nuke*'s release (Doe Decl. ¶¶122-123).

It contained the Subreddit's Automoderator copyright disclaimer. As we explained (Doe Decl. ¶50, 219) the comment was added to every post. It was not an assessment of fair use, but rather a reminder to users to remain copyright compliant and report any potential infringement. Indeed, the Subreddit's Automoderator copyright disclaimer is further evidence that, had we thought any creators *would* make an infringing use of *Nuke*, we would never have included their links.

[5] H3 Podcast, "Dear Hasan Piker... - H3 Show #106," *YouTube* (5 Feb. 2025), https://www.youtube.com/watch?v=6KV16LWcnTY [2:45:50 - 3:06:30; 4:13:00 - 4:14:00].
[6] H3 Podcast Highlights, "Denims' INSANE Reaction to The Content Nuke," *YouTube* (6 Feb. 2025), https://www.youtube.com/watch?v=cairWrzr1hg.

TEI argues that because the Megathread fosters discussion for users wanting to watch *Nuke* "without showing support for H3," we must have known TEI wouldn't benefit from the creators' unauthorized use. However, the Subreddit's purpose—and our clarification—make clear that H3Snark users simply disagreed with TEI for various reasons. The phrase "without showing support for H3" reflects that criticism, not TEI's distorted "stealing views" interpretation.

The post contains only lawful links to creators' homepages, directing to no specific videos, mirrors, VODs, or download links (Doe Decl. ¶130). References to creators "supporting our sub" reflect **the creators' direct engagement with the subreddit <u>community</u> as users, or citation of r/h3snark in their own critiques, not direct support of moderators** (Doe Decl. ¶¶127-128). Prior to the post's publication, three creators (i.e. North Star Radio, Hallucinogender0g, and Do Not Worry Podcast) posted on r/h3snark about plans to respond to *Nuke*, all voluntarily and independently, without coordination from moderators (Doe Decl. ¶128). The phrase "engaged with us directly" specifically refers to these three creators interacting with the r/h3snark Subreddit as community members (Doe Decl. ¶¶127-129).

15. Regarding the megathread in Compl. Ex. I, Plaintiff's assertion that our failure to view Denims' stream demonstrates knowledge of infringement is unfounded (Opp. at 1:20-23). Denims' announcement of her intent to react to *Countdown* and *Nuke* did not indicate any intent to infringe, or any actual infringement at the time we posted this Megathread, which was prior to *Nuke*'s publication. (Doe Decl. ¶¶ 31, 43, 127, 130).

16. The megathread in Compl. Ex. H demonstrates that r/h3snark users engaged with Denims' transformative commentary, whose political commentary overlapped with many users' own stances, not any reproduction or infringement of TEI content, as shown by comments in **Reply Ex. 78** praising her analysis, her effort in "refuting things" falsely claimed in *Nuke*,

and her ability to make the material "more tolerable." The post prominently displayed the official *Nuke* thumbnail and metadata, which automatically linked to Plaintiff's original YouTube upload (Doe Decl. ¶¶ 38, 40). Contrary to TEI's argument, that the hyperlink was only over the letter "i" in this was immaterial, as Reddit's preview clearly directed users to the true source, as outlined below. (*See also* Doe Decl. ¶¶ 38-39).

17. Screenshots and contemporaneous livestream footage confirm that, upon release, r/h3snark featured Plaintiff's original video as its most visible post while also supporting lawful fair use commentary. Despite monitoring the subreddit that day (Opp. at 16-18; RBN Decl. ¶¶35, 38-39), Plaintiff's counsel omitted these facts, ones which directly contradict the claim that r/h3snark promoted infringement rather than Plaintiff's own Work, and transformative discussion.

17.1. Since the link to the true source of *Nuke* was the first link in Compl. Ex. H, Reddit's interface automatically generated a thumbnail and metadata from that source. The metadata, including the thumbnail, was prominently visible in the post body and preview pane. As a result, any alleged hyperlinking "error" on the word "this" was immaterial, since the correct metadata for the true source remained clearly displayed.

17.2. The following true and accurate screenshot, taken by Does on October 10, 2025 from YouTube, shows the thumbnail metadata directs users to *Nuke* on TEI's h3h3productions YouTube channel:



17.3. As of August 2025, the thumbnail and metadata for h3h3productions' YouTube source of *Nuke* was still prominently visible for mobile iOS devices, before Reddit made Metadata UX changes[7] on their iOS Mobile App:[8] The following is a true and accurate screenshot, taken on August 12, 2025, of the megathread in Compl. Ex. H. The screenshot was taken using the Reddit iOS mobile app on an iPhone:

[7] "Version History (2025.31.0-2025.41.0)," *Apple App Store* (n.d.), https://apps.apple.com/us/app/reddit/id1064216828.

[8] u/I_love_pearljam, "Am I the only one who thinks the new Reddit IOS update is awful?," *r/iphone* (13 Sept. 2025), https://www.reddit.com/r/iphone/comments/1nfnurp/am_i_the_only_one_who_thinks_the_new_reddit_ios/.

KRONENBERGER ROSENFELD

r/h3snark
u/[deleted] • 193d

Ethan Klein's Content Nuke on Hasan Piker | H3 Snark Megathread

Megathread

Places to watch reactions to this video:

- Denims (Twitch) | Link
- Frogan (Twitch) | Link
- SeanDaBlack (Twitch) | Link
- Central Committee/Mike from PA (Twitch) | Link
- Hallucinogender0g (Twitch) | Link
- North Star Radio/Comrade Casey (Twitch) | Link
- Uninformed Leftist (YouTube). | Link
- Kaceytron (Twitch) | Link
- Do Not Worry Podcast (YouTube) | Link

687 | 1,781 | 372

17.4. If a Reddit user were to click on the thumbnail image, **they would immediately be brought to Plaintiff's true and original copy of *Nuke*.** Plaintiff's counsel acknowledges this is how hyperlink metadata functions on Reddit (RBN Decl. ¶38.b).

17.5. If our intent was to induce r/h3snark users to view unauthorized versions of *Nuke*, or induce r/h3snark users to view Denims' stream *instead of Nuke* to decrease views of TEI's *Nuke*, we never would have included a link to h3h3productions' YouTube video. Indeed, our knowledge was that every creator we linked to would make a fair use reaction video of *Nuke*. A true and accurate screenshot in **Reply Ex. 79** shows that Plaintiff's original upload of Nuke has reached 3,788,481 total views as of November 2, 2025.

17.6. The following true and accurate screenshot is from a YouTube streamer "Nocommentchick," who was reacting in real time to r/h3snark via their desktop on January 31, 2025.[9] A true and accurate copy of this segment is submitted herewith to the Court as **Reply Ex. 80**. During Nocommentchick's stream, TEI's true thumbnail metadata for *Nuke* appears in the r/h3snark community pin labeled "Happening now."

17.7. This confirms that, on the day of the video's release, r/h3snark **actively promoted the original source** while also supporting the listed fair use reaction streamers. The following is a true and accurate cropped detail from the above screenshot clearly depicting the r/h3snark subreddit as it appeared to users at the top of the page on January 31, 2025:

[9] nocommentchick, "Ethan Klein's 'Content N☢ke: Hasan' Backfires," *YouTube* (31 Jan. 2025) ,https://www.youtube.com/live/YCf_mafMVUw [1:09:59-1:10:13].

17.8.   These screenshots show that, immediately upon the release of *Nuke*, **the link and thumbnail to the original source was the most prominently displayed post on r/h3snark at the time of publication**.

17.9.   Although Compl. Ex. I was briefly pinned earlier on the morning of the video's release (Opp. 17:38.a), Compl. Ex. H became the **sole pinned post once *Nuke* was published**, **prominently displaying the true source** despite only the letter "i" of the word "this" being hyperlinked within the post body.

17.10.  If we had intended to encourage or facilitate copyright infringement, we **would not** have linked directly to the official source or displayed its authentic metadata and thumbnail in the megathread (Compl. Ex. H). The post prominently highlighted the original upload, consistent with its purpose of organizing lawful discussion. Likewise, **if our goal had been to redirect views to Denims, the "Denims is LIVE" post (Compl. Ex. I) would have remained pinned after *Nuke* was published.** However, as shown by Nocommentchick's evidence, Exhibit I was not pinned once TEI released *Nuke* on YouTube.

18. Plaintiff's counsel has admitted to actively monitoring the subreddit on this day (RBN Decl. ¶¶ 35, 38-39), anticipating *Nuke* discussion megathreads they expected to appear as part of their "trap" (Doe Decl. ¶63.1). It is therefore notable that they either failed to observe or deliberately omitted any reference to the prominently displayed true source featured on the r/h3snark landing page that day.

19. Plaintiff continues to falsely portray r/h3snark as a hub of copyright infringement by mischaracterizing YewTube as a piracy or illegal redistribution website (Opp. at 4:11-19). These assertions contradict actual evidence provided by Does that shows YewTube is a lawful, open-source, privacy-focused web service that sources content hosted directly from YouTube and does not constitute copyright infringement (Doe Decl. ¶¶61, 115).

20. Plaintiff further ignores evidence (Opp. at 4:11-19). Does provided that the DMCA takedown notice filed against a comment containing a YewTube link made August 28, 2024 (Compl. 21:12-17) – **five months prior to *Countdown* and *Nuke*** – was never honored by Reddit (Compl. 24:20-28; 25:1); it was removed by r/h3snark moderators (Doe Decl. ¶¶61; 116-118), further suggesting it did not constitute copyright infringement. Plaintiff's framing of YewTube as a form of infringement or piracy (Opp. at 1:5-8; 4:11-19; 22:22-35) is a deliberate distortion designed to mislead the Court; the comment in question has nothing to do with the works at issue in this case. Further, Plaintiff completely ignores our evidence that we stopped allowing *any* alternative viewing sites on the Subreddit on or around November 16, 2024 (Doe Decl. ¶ 214).

21. It seems Plaintiff avoided issuing DMCA takedowns for our discussion megathreads because the process would not compel moderators to reveal their identities or submit counter-notices (Doe Decl. ¶¶54-55). Instead, by filing this lawsuit, Plaintiff seeks to subpoena numerous r/h3snark accounts, regardless of moderator status, activity, involvement, or post publication, while subjecting us to financial strain of defending

KRONENBERGER ROSENFELD

ourselves against three federal copyright lawsuits, and our legitimate fear of doxing and harassment, not to mention Plaintiff's success already in silencing our free speech rights. This strategy aligns with Plaintiff's ongoing pattern of using public threats and intimidation, repeatedly broadcast on the H3 Podcast and social media, to pressure and punish anonymous critics. (*See also* Doe Decl. ¶¶18, 56, 63-64, 82, 94-95 *passim*). While Plaintiff argues in its Opposition that it attempts to offer us "concessions" to protect our identities, as evidence of good faith, Plaintiff's threats against us have continued post-filing of Plaintiff's Complaint.

21.1. On August 1, 2025, within an hour of Judge Wesley Hsu of CDCA granting their subpoena request, Plaintiff made the following statements during "Our Subpoena was APPROVED! (For Reddit & Discord mod's identity) - H3 Show #174":

21.1.1. Ethan [reading court document]: "Subpoena granted. Now, [r/h3snark] moderators, haters, snarkers are all in shambles right now because the order has come down, straight from the Judge fresh from today. The subpoena was granted by the Judge for Reddit and Discord, which means Reddit and Discord are being court ordered to turn over all relevant information pertaining to the named moderators, the named users that we identified. **That includes IP addresses, that includes emails, that includes private messages, that includes, by the way, if they've bought Reddit Gold or anything like that, payment info method, address, whatever they have, we get.** And by the way, the best detail about this all, which should not be missed on people, is that Denims and Kaceytron, they have the same lawyer, he agreed to this Motion, without dispute. This was a joint stipulation, which means they did not dispute that this subpoena is a good and necessary thing, which means that they're not doing a lot to protect the moderators there."

Hila: "Mm-hmm."

Ethan: "And frankly, why should they, right? You know, I mean, they got big enough problems. But anyway, yeah. **You guys better pray that I don't find out a single one [of your identities] because listen, as as fucked as Denims is, as fucked as Frogan is, as fucked as Kaceytron is, you're gonna be three times that fucked!"**

Dan Swerdlove: "Three times?"

Ethan: **"Three times that fucked.**

…

And guess what? **You have no support. You have no one sending you money or helping you. You're just, and I already know, you're an unemployed loser, with no prospects.** This is what happens when you fuck around. You see what happens? What was that scene from Big Lebowski? … Y'all about to find out what happens when you fuck a stranger in the ass. You're about to see what happens. You know, y'all thought I was playing games? I'm coming! Y'all thought, 'Oh, Ethan's not going to get our info. Oh, look at Ethan, he's not this and that. Oh, Reddit's not going to give-, oh, they're not going to give us up.' **You're done. You're cooked. I'm coming. All I need is your IP address."** [2:27:24 - 2:30:30][10]

21.2. On August 6, 2025, Ethan explicitly acknowledged that these lawsuits would impose undue financial burdens on us. He made the following statements during "Huge Lawsuit Updates, You're Going to Love These! - H3 Show #176":

[10] H3 Podcast, "Our Subpoena was APPROVED! (For Reddit & Discord mod's identity) - H3 Show #174," *YouTube* (1 Aug. 2025), https://www.youtube.com/watch?v=cE28l1KCDNQ [2:27:24-2:30:30]. A true and correct excerpt of this H3 Podcast episode is being lodged concurrently herewith as **Reply Ex. 81**.

21.2.1. Ethan: "We are in a situation that is literally crafted perfectly to my satisfaction. **I have [r/h3snark moderators] all dead to rights!** And I have all [the r/h3snark moderators] identities just right there. **It's gonna be amazing. It's gonna be fantastic, and they're gonna get sued for three different lawsuits. They will be ruined. Now, what's interesting, too, is this [motion to quash] is maybe a twenty or thirty thousand dollar ordeal for them.** So, it makes me wonder, like, do these people have money? **That's another thing I wonder about Reddit,** 'cause **I assume all these people are unemployed**."

Employee: "Well, maybe not? I'm sure, you know, a certain amount of them have to have some money. I mean, most of them don't have jobs."

Producer Dan Swerdlove: "Yeah. And isn't it like a dozen people, if they like all would pitch in-"

Ethan: "I don't know how many there are. I think there's a lot of sock puppet appou- accounts, and probably more like five actual people."

Dan: "Oh."

Ethan: "**I don't know how many people there are**."

Dan: "Interesting."

Ethan: "But I mean, I guess they're that worried. I mean, that tells you something." [2:14:15 - 2:15:16][11]

21.3. During the same episode, Ethan stated that if he was unable to obtain Does' personal identifying information from Reddit, he would instead acquire it directly from our counsel. At this time, Ethan and his employees, Daniel Swerdlove and Tom Ward,

[11] H3 Podcast, "Huge Lawsuit Updates, You're Going To Love These! - H3 Show #176," *YouTube* (6 Aug. 2025), https://www.youtube.com/live/tI8fGcsyfL8 [2:14:15-2:15:16]. Mot. Ex. 22.

KRONENBERGER ROSENFELD

proceeded to mock us for retaining legal representation, characterizing the decision to obtain counsel as "stupid":

21.3.1. Ethan: "My concern this whole time was we'll get the subpoenas, and we won't get anything from it. That they somehow- either you used VPNs or used enough sock puppet accounts or this and that, and that we're not able to get any of their ID's. **But they've done us the courtesy of coming together, hiring an attorney, getting all of their identities on record-**"

Tom: "So stupid."

Dan: "Right?"

Ethan: "So that when they try to quash this, which is gonna fail in my opinion, then- then! **We've got all of these fucking [r/h3snark] mods dead to rights on three lawsuits! And this is my dream come true."**

*Crew laughing.*

Ethan: "They have delivered themselves to me-"

Employee Tom Ward: "On a silver platter."

Ethan: "On a gold- a gold platter, not silver."

Employee Tom Ward: "Okay."

Employee Zach Louis: "Platinum."

Ethan: "**I am going to feast on the fucking ashes of the lives that I will ruin."** [2:10:20 - 2:11:22]

21.3.1.1. Plaintiff claims the "feasting on ashes" comment was taken out of context (JKD ¶75.b), but when contextualized, it becomes abundantly clear that he is using these Subpoenas pretextually and the statements are, in fact, not for "comedic hyperbole."

21.3.2. Ethan: "Oh my god, **I never dreamed that I would actually [be] given this opportunity to get their names. Like, it couldn't have worked out better.** Just think about how fucking dumb it was-"

Dan: "Well, it hasn't worked out yet."

Ethan: "Well no, but just the opportunity here…"

Dan: "Right." [2:13:59 - 2:14:14]

## III. An Overview of Plaintiff's Threats Against Us & Other Critics

22. Plaintiff has explicitly stated that the true purpose of these lawsuits and subpoenas is not to address copyright infringement, but to expose and retaliate against his critics. (*See* Doe Decl. ¶¶ 65, 71.1, 73.1, 74.1, 75.1, 77.1, 78, 79, 204). We believe Plaintiff is attempting to stretch copyright law to retaliate against and unmask us since California anti-SLAPP protections and 47 U.S.C. §230 hinder his ability to sue us, as moderators, and not the individuals who have actually engaged in the conduct he complains of, for reputational harm, defamation, or harassment. (*See also* Leah Dec ¶¶19, 24). Ethan has made several public statements that demonstrate these lawsuits are not about copyright, but personal revenge.

22.1. On February 17, 2025, the same day Ethan threatened to target our families, friends, workplaces, and educational institutions once unmasked (Doe Decl. ¶¶ 66, 197.3, 224), he posted another Instagram Story reflecting his resentment and intent to punish us. In this post, Plaintiff explicitly states that the lawsuits stem from alleged "defamation," "interfering in his business," "malicious harassment," and "broken laws," effectively admitting that these actions are not motivated by genuine claims

of copyright infringement. A true and accurate screenshot of an additional Plaintiff's February 17, 2025 Instagram Story is shown here:[12]

22.2. We announced r/h3snark was "on break, effective immediately" on February 17, 2025 (*See* Doe Decl. ¶146),[13] after Ethan threatened to dox us, hoping this action would prevent him from carrying out his threat to "expose" us to our "family, friends, work and school" (Doe Decl. ¶¶66, 149). While the Subreddit was inactive (no new posts or comments by users), on March 21, 2025, Plaintiff publicly mocked us for

[12] Transcription of Instagram Story: "You have spent all of your free time since October 7 2023 in an effort to torture me, my wife, my family, my employees, my friends. You have defamed me, knowingly falsified images, broken laws, and interfered in my business. Nobody should ever have to endure this level of malicious harassment, and yet you have inflicted it on me and people I love. You guys know me quite well, being long time paying members. I hope that what proceeds won't jeopardize your membership as we look forward to and enjoy your continued patronage."

[13] u/h3snarkmodteam2, "ANNOUNCEMENT: h3snark is on break," *r/h3snark* (17 Feb. 2025), https://www.reddit.com/r/h3snark/comments/1is0cfj/announcement_h3snark_is_on_break/.

shutting down the subreddit, calling us "babies."[14] Despite labeling us as responsible for "relentless harassment," "defamation," "copyright infringement," and "business interference," (Compl. 27:13-16) he ridiculed us for lacking integrity when we ceased all online activity, after his threats aimed at us. These actions make clear that no measure of good faith will satisfy Plaintiff. **The goal is not accountability or copyright protection, but retaliation through obtaining our personal identifying information.**

22.3. Ethan has continued to discuss us on the H3 Podcast despite our full commitment to cease all public commentary about him. To be clear, none of us has publicly commented about Plaintiff, Ethan or Hila Klein, or their business since the r/h3snark Subreddit's final shut down in May 2025 due to concerns for Ethan's mental health.

23. Less than 24 hours after filing Plaintiff's Opposition to our Motion to Quash, on October 21, 2025, Ethan discussed us live before an audience of over 26,000 views (and more than 450,000 total).[15] He described the Opposition as "juicy" and suggested that "other people" would cover it. Ethan states the following during "The Emiru Twitchcon Situation Is Dan Clancy's Fault - H3 Show #202":[16]

23.1. Ethan: "A few updates. **We have the motion, or, this Motion to an Opposition, to the snarkers' Motion to Squash, which is probably the most Goliath behemoth of a filing we have ever put together. Because, the snarkers put together like a**

[14] H3 Podcast, "Blake Lively BUSTED Again, Hasan Piker BUSTED Again - H3 Show #125," *YouTube* (21 Mar. 2025), https://www.youtube.com/live/bTXSqLY3SpM [3:08:31-3:12:10], submitted with the Clerk for manual filing herewith as **Reply Ex. 82**.

[15] u/bigwigx, "Show was 34 minutes late, reached a peak of 26,744 concurrent views, averaged 25,193 concurrent views and ended with 67,482 views", *r/LeftoversH3.* (21 Oct. 2025), www.reddit.com/r/LeftoversH3/comments/1ock3fj/comment/nkosv2y/.

[16] H3 Podcast, "The Emiru Twitchcon Situation Is Dan Clancy's Fault - H3 Show #202," *YouTube* (21 Oct. 2025), https://www.youtube.com/watch?v=aSPVXEKpki8 [0:01:41-0:05:11; 3:05:18-3:05:59], submitted with the Clerk for manual filing herewith as **Reply Exhibit 83**.

**700 page declaration full of the most, like, inflammatory misrepresentations. They basically turned a legal filing into a snark post**." [1:41 - 2:20]

23.2. Ethan: "So, yeah, they filed this insane Motion to Squash and we were forced to respond in kind to all the absolutely outlandish claims they made. So, that just went up last night. So, I mean, it's going to be making the rounds. **People are going to have a lot to dig into. It's quite a filing and we actually included a lot of evidence and proof for things that they've said we were lying about.** For example, the skulls thing. We have our correspondence with the Skulls Unlimited people confirming what happened, right? We have the letter from CPS confirming that it happened and that the call was unfounded and all kinds of other stuff that we were forced to officially defend ourselves from, and, I think they made a big misstep in trying to basically turn their their defense into a snark post because, what I… **what I hope becomes apparent after reading this, and looking at all the evidence, is literally just how the constant harassment and lying and just campaign that we've been under for years because of these people.**" [3:12 - 4:34]

23.3. "But I'm not going to get into the lawsuit because I want to make it very clear. My intention is not to- I don't want these people to be harassed. I don't want their name. I don't want to spread their names. I don't want to dox them in any way. I literally just want to hold them accountable for copyright infringement, right? For aiding copyright infringement. So, I'm not even going to go over it, you know what I mean? **But, there will be lots of people who *will* be going over it, I'm sure, because it's a very juicy read there.** So, that's all I have to say about that." [4:34 - 5:06]

23.3.1. Ethan's belated assertion that his goal is protecting his intellectual property is belied by his statement in almost the same breath, noting that others *will be* discussing his Opposition, and his suggestion of "juicy" material therein.

KRONENBERGER ROSENFELD

23.4. Ethan: "Like [r/h3snark] is just obviously a community of such unwell people and **the fact that, like, everyone else is getting their snark community banned..**. Adam Mcintyre first and foremost. He's like, 'Oh, they're reporting me to ICE.' When there's like a ton of evidence of [r/h3snark] doing that to Love and nothing happens is so fucking disgusting to me. **This is, like, a Dan Clancy-esque inside job happening at Reddit, right, where they're defending and covering for their own, um, and attacking the people they perceive as political enemies.** Um, it's craziness." [3:05:18 - 3:05:59]

23.4.1. The assertion that we reported anybody to ICE is malicious and unfounded. *See* ¶57 for further explanation.

23.5. Plaintiff announces to his audience that he doesn't want us to be publicly named and harassed by his audience, yet its Opposition aggressively demands that we be denied a protective order and claims we do not deserve anonymity (Opp 25:21-28; RBN Decl. ¶78).

23.5.1. Plaintiff's recent claims that they do not intend to dox us with these Subpoenas contradict prior statements and threats to expose us to our families, workplaces, and educational institutions, as well as "ruin us" professionally and financially (Doe Decl. ¶66).

24. On the October 22, 2025 episode of the H3 Show titled "Twitch Responded To The Emiru Situation (It's Bad...) - SYNW #125," he claimed we could simply "walk away" from the lawsuits by ceasing to discuss him, despite our having already done so, and also *confirmed*

that these lawsuits are pretextual, based not on copyright, but perceptions of harassment and defamation. In the episode, Ethan states the following:[17]

24.1. Ethan: "**It reminds me of the snarkers' opposition to the motion to quash. They go on and on about how 'I'm afraid to live my life, I'm afraid at my job, it's costing me money, I can't sleep.' And it's like; walk away!** You don't have to do it. I don't get the luxury to walk away. I don't get to escape your psycho-, your lunatic nonstop harassment obsession with me. **You can walk away! Just close your eyes, turn off the monitor, you're free! Go sleep peacefully.**" [0:51:09-0:51:46]

24.1.1. We have, in fact, done exactly that, including completely withdrawing from social media, discontinuing all moderation of criticism related to him, and refraining from any public discussion of Plaintiff or this lawsuit (Doe Decl. ¶¶66, 70, 81, 118, 241, 283).

25. Due to his reliance on false and incorrect data from an alleged "informant" and an unwillingness to accept our sworn statements, Ethan continues to deny our compliance with our assurances we have stopped discussing him publicly, and perpetuates baseless claims against us (JKD ¶¶ 90; RBN Decl. ¶71).

26. Plaintiff continues to refer to these pending Subpoenas and the Motion to Quash on the H3 Podcast after filing their Motion to Oppose, emphasizing the fact that these court filings are public record, easily obtainable, and why "[we're] so fucked." They stated the following on October 29, 2025:[18]

---

[17] H3 Podcast, "Twitch Responded To The Emiru Situation (It's Bad...) - SYNW #125," (22 Oct. 2025), https://www.youtube.com/watch?v=6b0s63rxUW8 [0:51:09 - 0:51:46], submitted with the Clerk for manual filing herewith as **Reply Ex. 84**.

[18] H3 Podcast, "help.," *YouTube* (29 Oct. 2025), https://www.youtube.com/watch?v=-H1KS0adyA8 [3:50:11-3:51:04; 3:53:58 - 3:54:15].

KRONENBERGER ROSENFELD

26.1. Ethan: "**Again, public record. Let me pull this up** as she continues. There's a link that-... **'For those that say they like to do research, by the way, this is all publicly available and took me less than 10 minutes to track down.' This is why you're so fucked**… **This is part of the public record now that was submitted as an exhibit in my current ongoing lawsuits.** Here is a legal- here's a statement from the company that sent me the skulls that was submitted as an exhibit in my current ongoing lawsuits. Here is a legal- here's a statement from the company that sent me the skulls." [3:50:11 - 3:51:04]

27. Despite assurances that he would refrain from discussing us or our declarations (Opp. 29:4-8; RBN Decl ¶71), Plaintiff produced numerous "lawsuit update" videos since filing in June 2025. **Reply Ex. 85** shows examples of TEI videos dedicated specifically to covering lawsuit updates. These videos have collectively amassed over 4.2 million views on YouTube, demonstrating that Plaintiff continues to publicly leverage this litigation for content and engagement.

28. Since filing our Motion to Quash, the H3 fanbase has read through claims made by us. Upon learning that Reddit Administrators offered Optery subscriptions to r/h3snark moderators, **as is commonly done for any and all moderators of Reddit,**[19] H3 fans on Plaintiff-owned and -moderated r/h3h3productions subreddit began organizing a campaign to reach out to mainstream media outlets (e.g. "the San Francisco Chronicle, Standard Examiner, Weekly, Local ABC, Local NBC"), U.S. Government Reform Committee Chairman James Comer,

---

[19] u/happy_bluebird, "Why did the Reddit admin send Reddit mods a free trial of Optery Pro?," *r/Optery* (20 Feb. 2025), https://www.reddit.com/r/Optery/comments/1iu8w4j/why_did_the_reddit_admin_send_reddit_mods_a_free/.

and even U.S. Representative Nancy Pelosi to escalate threats against Does.[20] This post was later deleted after a week of being published. A true and accurate screenshot archiving the post is available in **Reply Ex. 86**. Plaintiff reiterates the conspiracy theory connecting Reddit administrators and Does in their Opposition. (JKD ¶76.g.)

29. The impact of these lawsuits has spread beyond r/h3snark, reaching unrelated subreddits and silencing or threatening to silence communities across Reddit. Supporters of H3 have circulated Plaintiff's baseless, completely false and entirely speculative claims that we are Reddit employees or administrators. *See* Reply **Ex. 87**; (JKD ¶¶76, 76.a-g.) These conspiracy theories have been used to intimidate other Reddit moderators with threats of litigation, creating a broader chilling effect on anonymous speech. For instance, on October 5, 2025, u/NathanTheSnake, a moderator of r/StandUpComedy, received the following threatening message for moderating posts with sensitive content. The message exemplifies how Plaintiff's rhetoric and ongoing litigation have emboldened others to weaponize his claims, spreading fear and suppressing lawful moderation and discussion across the platform:[21]

29.1. "Hey just read your snarky ass comment on that post with that disrespectful asshole making horrible jokes. **You should really look into the Ethan Klein lawsuit. A moderator was proven to be in that subreddit making Ethan's life hell and now he's legally and correctly suing everyone. So it's only a matter of time before his lawyers really take a look at Reddit and these**

---

[20] u/neptunebay (now deleted), "Some resources to address the conduct of Reddit admins that has recently been revealed (until I likely get banned)," *r/h3h3productions* (27 Sept. 2025), https://www.reddit.com/r/h3h3productions/comments/1nrqejn/some_resources_to_address_the_conduct_of_reddit/. The post has since been deleted by the user.

[21] u/NathanTheSnake, "I told Charlie Kirk Jokes in the bible belt of Canada and they DID NOT like it," (Photo Comment) *r/StandUpComedy* (5 Oct. 2025), https://www.reddit.com/r/StandUpComedy/comments/1nyhk0p/comment/nhw3wmg/.

**'rules' you keep trying to use to get away with letting horrible posts and comments to be on Reddit may be your downfall.** I hope being the way you are is worth whatever is coming to you guys." u/NathanTheSnake captioned their screenshot of this message as "Party of Free Speech, y'all."

30. The r/h3h3productions fan community has continued to downplay and mock the Does' safety concerns, with some users openly endorsing or joking about violence, doxxing, and career retaliation. On October 21, 2025, the day after Plaintiff's opposition was filed, a post by u/Far_Blood2476 discussed Doe Decl. ¶72, referencing Plaintiff's invocation of the film *Taken* and the implication that he could kill us.[22] In the resulting thread, users made comments such as: "**I mean it'd be cool if he did [say he would kill Does], gotta do what you gotta do to win in war times**" (u/InternationalSuit896),[23] and "**I love that they admit they'll lose their highly elite educational programs if it's revealed what they do online**" (u/Dreams-Designer).[24] Another user, u/nalalovelumpy, acknowledged the pretextual and retaliatory nature of the subpoena, writing, "**It's like they don't even understand the first step is to identify them via the subpoena process… and then sue them individually for defamation.**"[25] These comments reflect a broader culture of hostility encouraged by Plaintiff's public rhetoric, underscoring that the subpoena serves a punitive rather than legitimate legal purpose.

31. Although Plaintiff unconvincingly claims that their use of the term "trap" to describe their

---

[22] u/Far_Blood2476, "It's also worth noting that Ethan did not threaten to kill us," *r/h3h3productions* (22 Oct. 2025), https://www.reddit.com/r/h3h3productions/comments/1ocztq1/its_also_worth_noting_that_ethan_did_not_threaten/.

[23] u/InternationalSuit896, "I mean I'd be cool if he did…," *r/h3h3productions* (22 Oct. 2025), https://www.reddit.com/r/h3h3productions/comments/1ocztq1/comment/nkqn63r/.

[24] u/Dreams-Designer, "I love that they admit…," *r/h3h3productions* (22 Oct. 2025), https://www.reddit.com/r/h3h3productions/comments/1ocztq1/comment/nkr9gwb/.

[25] u/nalaloveslumpy, "It's like they don't even understand…," *r/h3h3productions* (22 Oct. 2025), https://www.reddit.com/r/h3h3productions/comments/1ocztq1/comment/nksji4q/.

promotion and publication of *Nuke* was not intended literally (JKD ¶83), the public reasonably interpreted it as such, as shown by numerous commentary creators' coverage of the litigation, as demonstrated in **Reply Ex. 88**.

**More importantly**, Plaintiff's own declarations contradict their post-hoc "explanation" of using this term. Plaintiff's attorney claims they "went on H3Snark and saw a pinned community post [Compl. Ex. G]" (RBN Decl. ¶35) on 1/30/2025. Compl. Ex. G was documented a day later, on 1/31/2025 at 12:28 PM PST – **approximately 7 minutes prior to the *Countdown* livestream starting and roughly 1 hour and 12 minutes ahead of *Nuke*'s release**. Plaintiff's attorney also states he visited r/h3snark at a time when the first 1/31/25 Megathread (Compl. Ex. I), was both the top-most (i.e., pinned) post on the Subreddit, and that when he clicked on Denims' Twitch link, it took him directly to her stream, where she was reacting to *Nuke* (RBN Decl. ¶¶ 38, 38.a-b.) However, records show that the megathread in Compl. Ex. I was pinned for about 1 hour and 10 minutes from approximately 12:33PM to 1:43PM PST. *Nuke* was not released until roughly 1:40PM PST, and shortly after its release, at 1:43PM PST, a second Megathread (Compl. Ex. H) was created and pinned to the top of the Subreddit. **This leaves only a brief 3-minute window during which it was even theoretically possible for the first 1/31/2025 Megathread to be pinned while Denims was reacting to *Nuke*.** Despite this, Plaintiff's attorney further states he observed the second 1/31/2025 Megathread (Compl. Ex. H) pinned while Denims' reaction was ongoing (RBN Decl. ¶39, 39.a-b), which would have been after the first post was unpinned, making Compl. Ex. H the only pinned post on the Subreddit at the time, *see* ¶¶17.7-17.9 above. If this was not a trap, why was Plaintiff's attorney browsing r/h3snark almost a full day prior to any Works being available, accessing the Subreddit immediately after *Nuke* was released, during the three minute period when this sequence of events was

possible, and then again when the second 1/31/2025 Megathread was pinned?

Furthermore, Plaintiff claims they did not notify us of Denims' alleged infringement to avoid potential liability for a false DMCA notice (RBN Decl ¶51). But TEI did not need to issue a DMCA takedown to alert us – it could have simply posted on the Megathreads or sent a Modmail message[26] from an r/h3h3productions moderator account. TEI itself operates and moderators subreddits; it understands how Modmail works. TEI's own evidence shows it was closely monitoring the Subreddit at the time the Megathreads were posted; witnessed the alleged infringement; and made a willing choice not to notify us. Had they notified us, we would have immediately removed any links they instructed us to.

## IV. <u>Addressing Other Matters Levied Against Us</u>

32. Plaintiff makes numerous non-copyright-related allegations about us that are unfounded, uncited, incorrect, deceptively presented, and/or attributable to other parties beyond our control. (JKD ¶¶ *passim*.) The following addresses only the most relevant accusations levied against us regarding matters concerning Plaintiff's copyright claims in greater detail.

33. Many H3Snark moderators deleted their Reddit accounts in February 2025 and have been inactive on Reddit since the deletion of those accounts, so we are not and cannot be responsible for any conduct Plaintiff describes that occurred on Reddit. (Doe Decl. ¶¶66, 70, 81, 118, 241, 283).

34. Current moderators of r/h3snark are only active, and on Reddit at all, to preserve the subreddit for legal reasons (Doe Decl. ¶280). Does active in this case and who currently have Reddit accounts are not moderators of r/LeftoversH3, r/Fauxmoi, r/youtubedrama,

[26] RedditHelp, "What's mod mail and how do I send a message?," Reddit (Sept. 2025), https://support.reddithelp.com/hc/en-us/articles/210896606-What-s-mod-mail-and-how-do-I-send-a-message.

r/hasan_piker, or any other subreddit Plaintiff baselessly attempts to connect us to, at this time or any other time (Doe Decl. ¶¶ 44, 66, 280; JKD ¶56.b and fn.93).

35. We are not and **have never been Reddit employees** (Doe Decl. ¶153).

36. We are private users who moderate(d) r/h3snark voluntarily and without any form of payment or compensation (Doe Decl. ¶¶4; 170; 194-195; 292).

37. r/h3snark has been largely inactive since February 17, 2025, following Ethan's threats to dox or "expose" us to our "family, friends, work and school" via Instagram Story posts (Doe Decl. ¶¶197.5-197.6; 224). Since the February closure, a total of 7 posts have been published to the subreddit (Doe Decl. ¶146). The Subreddit voluntarily closed, officially, May 15, 2025, a month prior to Plaintiff filing their three Complaints (Doe Decl. ¶¶81, 197.3).

38. Plaintiff characterizes snark subreddits as horrific groups who harass their subjects (JKD ¶¶20, 21, 56.v). This is a gross overgeneralization and exaggeration. Plaintiff is aware of this mischaracterization because Plaintiff has cited snark subreddits in H3 Podcast episodes on dozens of occasions and, therefore, knows that many are not banned for harassment.[27]

39. Plaintiff claims that r/h3snark avoided removal due to our alleged "connections" to Reddit administrators, framing the subreddit's continued existence as evidence of collusion and an antisemitic conspiracy designed to harm TEI (JKD ¶¶59, 67.b, 76-76.a-g).[28] In reality, r/h3snark remains available, but inactive, because our moderation strictly complied with Reddit's Content Policy. If the subreddit or we as moderators had engaged in harassment, abuse, or anything else alleged against us, including rampant copyright infringement, Reddit would have likely banned us, as it did with Plaintiff's own r/hasanpiker subreddit for

---

[27] u/sexretive, "proof that ethan sees the value in snark subreddits (with time-stamped links)," *r/h3snark* (15 Mar. 2024), https://www.reddit.com/r/h3snark/comments/1bfwtxr/proof_that_ethan_sees_the_value_in_snark/.

[28] H3 Podcast, "Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit - H3 Show #165," *YouTube* (11 Jul. 2025), https://www.youtube.com/live/xu3obq7ssQ0 [2:42:15 - 2:43:34].

violating the same policies.

40. Plaintiff's screenshots of r/h3snark's live chat (JKD Ex. 70) long predate *Countdown* and *Nuke* (Doe Decl. ¶61) and are irrelevant to the works at issue. The logs shown in these screenshots are constitutionally protected free speech and again illustrate that Plaintiff's issue with r/h3snark is criticism, not copyright infringement.

41. Plaintiff falsely asserts that we created a "megathread" alleging his Tourette's tics were signs of cocaine use (JKD ¶89). In reality, the cited post was a standard announcement, not a megathread, and contained no references whatsoever to Tourette's, tics, or cocaine.[29] This misrepresentation exemplifies Plaintiff's broader pattern of exaggerating or fabricating claims to portray legitimate moderation activity as defamatory or harassing conduct.

41.1. In this final r/h3snark post, Does explain closing down r/h3snark out of genuine concern for Ethan Klein's mental health. Despite Plaintiff's demonization of Does and r/h3snark, Does are former fans of Ethan and the H3 Podcast (Doe Decl. ¶¶ 147, 159) and genuinely do not wish anyone related to H3 any harm Doe Decl. ¶¶ 82, 105.5). Although we state the same in the post, Plaintiff refuses to acknowledge our concern as genuine, instead referring to it as "concern trolling", suggesting we are expressing concern maliciously (JKD *Id*).

42. Moreover, r/h3snark was **completely inactive during the period in which Plaintiff claims to have been targeted by a fraudulent Department of Child and Family Services visit and sent human remains.** We categorically condemn such actions and would never tolerate or endorse them. Instead, Plaintiff has made these **serious criminal accusations publicly without providing any credible proof connecting r/h3snark or Does to these events**.

---

[29] u/h3snarkmodteam2, "Concerns for Ethan Klein's Mental State | r/h3snark update," *r/h3snark* (4 May 2025), https://www.reddit.com/r/h3snark/comments/1kerma8/concerns_for_ethan_kleins_mental_state_r h3snark/.

42.1. Ethan baselessly and wrongfully assigned responsibility for this DCFS call to H3Snark or other TEI-critical communities in an Instagram Story on March 13, 2025 (Doe Decl. ¶ 232). The Instagram Story post also shows him admonishing a Jewish pro-Palestine creator, who had previously criticized Ethan's political opinions publicly, for commenting in r/h3snark and other Subreddits critical of Plaintiff . Does were moderators for r/h3snark exclusively and had (and continues to have) **no control over other subreddits** critical of Plaintiff.

43. Plaintiff falsely and arbitrarily attributes unrelated online conduct to Does and r/h3snark, despite the subreddit's closure (JKD ¶¶77.c, 77.g). Claims that r/h3snark was the source of events occurring after it ceased activity are baseless. Criticism of Plaintiff exists independently across platforms, and any alleged connection of us to post-closure incidents is unfounded. r/h3snark consistently enforced strict moderation policies prohibiting discussion of Plaintiff's children and other private matters (Doe Decl. ¶¶15, 170), underscoring the community's commitment to lawful, responsible discourse. We actively sought to *protect* the Klein children, not the opposite. A true and accurate screenshot of a moderator comment, shown below, highlights standard moderation practices on r/h3snark:[30]

[30] Deleted User. "Again, want to make it very clear that we perma ban anyone who leaves abusive comments in our subreddit and these comments do not represent our community. We have a blanket ban on discussions around minors unless the conversation are critical of Ethan or Hila choosing to backtrack their stances on featuring their children in their content. We also issue bans for users who brigade h3 social media. Do not engage with h3 socials if you participate in this subreddit," *r/h3snark* (29 Jan. 2025), https://www.reddit.com/r/h3snark/comments/1id4u25/comment/m9w7fca/.

[deleted] MOD • 9mo ago • Stickied comment • Edited 9mo ago

Again, want to make it very clear that we perma ban anyone who leaves abusive comments in our subreddit and **these comments do not represent our community**.

We have a blanket ban on discussions around minors unless the conversations are critical of Ethan or Hila choosing to backtrack their stances on featuring their children in their content.

We also issue bans for users who brigade h3 social media. **Do not engage with h3 socials if you participate in this subreddit**.

Vote Share ···

44. In addition to blaming us for the DFCS call, Plaintiff also assigns responsibility for the DFCS call to Denims,[31] who sent a Demand for Retraction letter to Plaintiff prior to the copyright lawsuits being filed. Denims has publicly discussed how these unfounded accusations have damaged her reputation.[32] Plaintiff reacted to Denims' letter on the H3 Podcast[33] and later issued a formal legal response that continues to perpetuate the lie that Denims was responsible for the DFCS report.[34] Despite Ethan himself declaring on air that a DFCS social worker informed him that the report came from someone who "worked at [their] house," Plaintiff continues to attribute the report to any, and all, of their critics.[35]

45. Contrary to Plaintiff's assertion (JKD ¶74), two of the users referenced in Plaintiff's opposition, who sent abusive and threatening modmail messages to us, do, in fact, have posting histories on the r/h3h3productions subreddit. As shown in Reply **Ex. 89**, we verified

[31] H3 Podcast, "Reacting To The Entire Idubbbz Content Cop - H3 Show #137," *YouTube* (18 Apr. 2025), https://www.youtube.com/watch?v=WRyfaf8tiQ8 [1:27:27 - 1:27:42].

[32] DenimsTTV Archive, "Canceling the Lawsuit Fundraiser," *YouTube* (18 May 2025), https://www.youtube.com/watch?v=U9R4G9lyqhU [21:40 - 22:39].

[33] H3 Podcast, "Denims Is Suing Me (Yes, seriously...) - H3 Show #146," *YouTube* (9 May 2025), https://www.youtube.com/live/VbhkX8OlI3M [16:30 - 40:35].

[34] H3 Podcast, "The Three Bozos Of The Apocalypse - H3 Show #149," *YouTube* (19 May 2025), https://www.youtube.com/live/Npd1eiSY1vU [2:34-54 - 3:10:22].

[35] H3 Podcast, "Snark Called Child Protective Services On Us - H3 Show #119," *YouTube* (7 Mar. 2025), https://www.youtube.com/live/ZDnseOSdk_8 [4:13 - 4:32].

this through Arctic Shift, a Reddit archiving tool,[36] which confirms these users either (1) posted in r/h3h3productions directly and/or (2) defended Plaintiff in various other subreddits. Plaintiff's claim to the contrary is therefore incorrect. Whether this misrepresentation is intentional or not, it remains an incorrect statement presented as fact in their opposition.

46. Plaintiff's claim that the Does' safety concerns are exaggerated is contradicted by public testimony from others who have faced harassment from H3 and their supporters.

46.1. In **Reply Ex. 90**, submitted for manual filing with the Clerk herewith, a Twitch streamer previously targeted by Plaintiff describes fans of "Ethan Klein" sending pizzas to her home, a tactic she identifies as a "precursor to SWAT-ing," after being discussed in Ethan's Instagram Stories and on the H3 Podcast. Her account underscores the real and documented risks posed by Plaintiff's fanbase.

47. Plaintiff claims, ostensibly because of our Subreddit, that he fears leaving his home or allowing his children to attend playdates. (JKD ¶93). However, Ethan and Hila make no connection between any conduct of actual r/h3snark moderators, to these fears. Indeed, r/h3snark is not the sole source of discussion, criticism, or commentary regarding Plaintiff's controversial behavior and persona, and negative online opinions do not inherently result in offline harassment, especially given our Subreddit's strict moderation policies. In addition, the Subreddit has been shut down for months, further distancing any alleged conduct from the Subreddit. While we do not doubt that Plaintiff has safety concerns, Ethan has directly issued threats against our wellbeing and livelihood, establishing a clear connection between his actions and our fears of potential harm. In contrast, our moderation and conduct have produced no comparable statements or evidence warranting Ethan's concerns.

[36] ArthurHeitmann, "Project Arctic Shift," *GitHub* (n.d.) https://github.com/ArthurHeitmann/arctic_shift.

KRONENBERGER ROSENFELD

47.1. Moreover, Plaintiff's own public conduct and activity, and their promotion and publication of the same, including after the H3Snark Subreddit closed, undermines the credibility of alleged fears. In August 2025, Ethan publicly livestreamed an exceedingly detailed home tour, showcasing the floor plan of their family's house and highlighting valuable assets.[37] The couple have also attended public events such as traveling to New York City,[38] filming content with an orchestra,[39] traveling for their anniversary,[40] attending a farm to film content,[41] traveling for a family member's birthday,[42] and, on multiple occasions, hiring individuals from Craigslist to sit in as a live studio audience during the H3 Podcast.[43] On October 27, 2025, just days after the Opposition was filed, it was announced Ethan and Hila will attend a publicly promoted poker tournament in Las Vegas in November 2025.[44] These voluntary disclosures and appearances contradict claims of fear or danger stemming from r/h3snark and make clear that any potential offline risks cannot reasonably be

---

[37] H3 Show Clips, "Ethan's $50,000 Fridge & Unscripted House Tour," *YouTube* (28 Aug. 2025), https://www.youtube.com/watch?v=TFmQgN-6UVY [0:01 - 21:59].

[38] kleinhila, "Sunny takes over NY," *Instagram* (28 Mar. 2025), https://www.instagram.com/p/DHw1R4mJau0/.

[39] encompassmusic, "Ethan Klein of the The H3 Podcast conducts an orchestra at Evergreen Studios and the results are...hysterically funny. See for yourself at the link in bio.," *Instagram* (11 Jun. 2025), https://www.instagram.com/p/DKxbT1cJ4T0/.

[40] kleinhila, untitled, *Instagram* (2 Jul. 2025), https://www.instagram.com/p/DLnJxVkukof/?img_index=2%2F.

[41] H3 Podcast, "Ethan Becomes A Cowboy," *YouTube* (5 Aug. 2025), https://www.youtube.com/watch?v=ADJYnCrJXfA.

[42] H3 Podcast, "iDubbbz & Anisa Bad - H3 Show #197," *YouTube* (6 Oct. 2025), https://www.youtube.com/live/Ey75IP_eQyQ [1:49-15:00].

[43] H3 Podcast, "The Most Unhinged Show We've Ever Made – H3 Show #194," *YouTube* (26 Sept. 2025), https://www.youtube.com/live/vtiyvq4Wbn0 [36:38-37:38].

[44] Celebrity Poker Tour "11/19 Players" *Instagram Stories* (25 Oct. 2025), https://www.instagram.com/s/aGlnaGxpZ2h0OjE4MDc3MTk5OTY1MTYwNzkx; Archived at: u/dsbatt01 "The Legend Returns to Gambling after Recovering from His Jumping Jack Humiliation and Storming off Set after Losing the Last Time He Played Poker!," *r/LeftoversH3* (27 Oct. 2025), https://www.reddit.com/r/LeftoversH3/comments/1ohp80w/the_legend_returns_to_gambling_after_recovering/.

attributed to our moderation of the subreddit. *See* ¶¶ 22.2, 22.3, 24.1.1, 33, 34, 37, 39, 42 above.

48. Plaintiff has consistently belittled concerns for our safety and privacy by characterizing our worries as "snark brained" (Opp. 24:23-26). Our fears, by Plaintiff's own admissions, are not unfounded. Plaintiff admits to hiring private investigators to monitor, track, and identify us (JKD ¶57), supporting our assertion that the concern is not about copyright, but instead obtaining our personal identifying information.

49. Additionally, Plaintiff's Ex. 70, as well as screenshots in the Complaint (Compl. ¶¶ 17:1, 17:10, 18:1, 18:10), show Plaintiff has been directing TEI employees to closely monitor and document criticism within r/h3snark posts and live chat discussions.[45] **These screenshots go as far back as *6 months prior* to any alleged contributory infringement, DFCS calls, receiving mail, etc.**

49.1. Specifically, the Google Chrome profile photo, visible in the top right-hand corner of certain screenshots in Ex. 52 and the Complaint, shows the Google user account taking screenshots in r/h3snark's live chat belongs to TEI employee, "Galya". Below are true and accurate screenshots and comparison photos of the Google Chrome profile photo, the photo as posted on her public Instagram account,[46] and a side-by-side comparison of the photos. Does have censored partial nudity in the Instagram screenshot out of respect for Galya and the Courts.

[45] "Galia," *H3 Podcast Wiki* (28 Oct. 2025), https://h3podcast.fandom.com/wiki/Galia.
[46] @gallywood, "пятничный пост ❤️" (Rus. translation: "Friday Post"), *Instagram* (6 Aug. 2021), https://www.instagram.com/p/CSPOYULjWpR/.

KRONENBERGER ROSENFELD







49.1.1. From left to right: (1) the pixelated Chrome profile image submitted by Plaintiff as evidence; (2) Galya's Instagram photo blurred at 50% using

KRONENBERGER ROSENFELD

KRONENBERGER ROSENFELD

Adobe Photoshop; and (3) the original, unedited, and publicly available Instagram photo of Galya, cropped into a circular format.

49.2. Galya has worked for Plaintiff for several years as a behind-the-scenes "researcher" tasked with "investigations" for the H3 Podcast (JKD ¶64). Ethan and Hila publicly, and in their Declarations (JDK *id*), stated that Galya's "research" involves "knowing all the details" about various perceived enemies.[47] Recently, she was tasked with creating an exhaustive bibliography documenting the sexual history of Hasan Piker,[48] the subject of *Nuke*, for an H3 segment.[49]

49.2.1. We encourage the Court to review the full segment cited by Plaintiff in JKD ¶64, footnote 103, as it demonstrates precisely the type of behavior that deeply concerns us. Plaintiff's pattern of leveraging "publicly available information" in a threatening manner (*See* ¶¶26, 26.1 above), combined with their acknowledgement that our identities will be publicly disclosed as a result of these Subpoenas (Doe Decl. ¶72.1), illustrates how such conduct can constitute stalking, especially given that we are private individuals (Doe Decl. ¶¶22, 190, 289, 296).

49.3. Further evidence in RBN Decl. Ex. 51 confirms that TEI employee Kevin, a moderator for Plaintiff's r/h3h3productions subreddit, was engaging with Reddit communities that personally targeted an r/h3snark moderator, alleging they were a

---

[47] H3 Podcast, "Dear iDubbbz, We're Not Holding Back Anymore. - H3 Show #189," *YouTube* (10 Sept. 2025), https://www.youtube.com/watch?v=Kzo0eCIGI0k [13:41 - 19:21].

[48] H3 Podcast, "Noah Samsen is Screwed - H3 Show #127," *YouTube* (26 Mar. 2025) https://www.youtube.com/watch?v=d3wdoHl6l8c [2:30:07 - 2:30:53].

[49] H3 Podcast, "Hasan Piker is a Cringe Machine - H3 Show #179," *YouTube* (13 Aug. 2025) https://www.youtube.com/watch?v=37n_A6onJBE [2:53:19 - 3:07:38]; u/recoveredgangstalker, "Ethan leaked the document for his latest Hasan hit piece today on air," *r/LeftoversH3* (13 Aug. 2025), https://www.reddit.com/r/LeftoversH3/comments/1mpj54t/ethan_leaked_the_document_for_his_latest_hasan/.

Nazi based on their alleged geographical location (resulting in a permanent subreddit ban), back in September 2024. Plaintiff swears to the Court that they had no relation to these subreddits aimed at harassing us (JKD ¶59 fn. 95), **yet their own evidence proves TEI employees were engaged with them.** *See* Reply Ex. 91.

50. Plaintiff directing their "Research" staff to stalk our Subreddit activity *half a year prior* to any alleged infringement occurring, in addition to hiring private investigators to identify us (Opp. 24:23-26), and proudly and publicly boasting about seeking concealed carry licenses (JKD ¶93),[50] is deeply concerning and intimidating behavior directed at critics.

50.1. We have strong reason to believe that, if unmasked through these Subpoenas, Galya and other TEI staff will continue acting on behalf of TEI to "research" our identities and produce H3 Podcast content targeting us as retaliation for facilitating lawful criticism of Plaintiff. Such exposure would not only place us at serious personal risk, but would also chill any anonymous speech critical of TEI, as well as **discourage public criticism of wealthy or influential figures online once copyright subpoenas become a known mechanism for unmasking** and doxxing critics.

51. Although Plaintiff swears under penalty of perjury that they intend no harm to the Does (JKD ¶73), their Opposition publicly disclosed an r/h3snark user's full name and contact information (RBN Decl. ¶60), which had previously been redacted from publicly accessible materials (Doe Decl.¶54-55).[51] Plaintiff also shared identifying information obtained by an illegal dox when referencing a YouTube creator and H3 critic in their Opposition Declaration. (JKD ¶49).[52] Plaintiff also reveals the home address of another YouTube

---

[50] H3 Podcast, "Hasan Piker Crossed The Line… This Must Stop NOW," *YouTube* (18 Aug. 2025), https://youtu.be/n12vbcrwdzM [10:04-10:17].

[51] @obrienpotatoes1, "hey Hutch, i'm the redditor that received the cease & desist letter…," *Twitter/X* (7 May 2025), https://x.com/obrienpotatoes1/status/1920290222039761228.

[52] BadEmpanada, "H3 Podcast DOXXES ME & Many Others - YouTube Must Take Action," *YouTube* (3 Apr. 2025), https://youtu.be/fNMFBWUcQO4.

creator and H3 critic in its Opposition Declaration. (RBN Ex. 68.) Despite Plaintiff showcasing a redacted version of this same letter on the H3 Podcast,[53] Plaintiff's counsel decided to, instead, present the mailing address version of this letter for the Court. These three instances in Plaintiff's Opposition alone show that Plaintiff is using the legal system, through its public filings, as a way to disclose private identifying information about its critics and detractors, or at the very least not being cautious enough to redact this sensitive information. Therefore, we do not trust any and all statements that our private, identifying information will **not** be publicly shared.

51.1. Plaintiff claims they instruct TEI employees and "researchers," such as Galya, to investigate only "publicly available information." (JKD ¶64.) However, by making personal identifying information publicly accessible through these filings, Plaintiff has not only made this information public on a court docket thereby increasing public view of it, it is effectively creating a pretext to use that same information in future H3 Podcast content. *See* ¶¶21, 22.2, 23.3, 23.5.1, 26, 26.1, 27, 30, 37, 49.2, 50.1 above. This demonstrates precisely the type of retaliatory behavior we fear if we are unmasked.

52. Ethan's prior conduct on Instagram Stories supports our concern that, if we are unmasked through these Subpoenas, Plaintiff will share that information with "reporters" and "other [YouTube] creators." As evidence, a true and accurate screenshot of Ethan's Instagram Story from March 15, 2025, shows him discussing the doxxing of users associated with a YouTube creator and outspoken critic of H3:

[53] H3 Podcast, "Noah Samsen, Retract Or Lawyer Up - H3 Show #130," *YouTube* (2 Apr. 2025) ,https://www.youtube.com/live/H3ToWhPj4JE?si=bJ_Io6_nMutUwfik&t=1799 [29:57 - 30:26].

KRONENBERGER ROSENFELD



53. Additionally, Plaintiff shared private settlement correspondence via Instagram Stories (Doe Decl. ¶197.6). These actions indicate that a protective order would not be maintained in confidence.

54. Plaintiff denies our claim that he and his employees have expressed a desire to know the physical identities of the Does and other users of r/h3snark (JKD ¶69). However, our evidence previously submitted continues to strongly support this claim (Doe Decl. ¶¶87, 256), and Plaintiff's self-serving denial of their own public statements is insufficient to refute it.

55. **Reply Ex. 92** shows a true and accurate screenshot of r/h3snark's moderator activity log,

KRONENBERGER ROSENFELD

showing u/h3snarkmodteam2 banning u/RomanPeee from r/h3snark on the morning of January 31, 2025, ahead of *Nuke*'s release. This further demonstrates that u/h3snarkmodteam2 is not u/RomanPeee and that u/RomanPeee is an entirely different user. **None of us are Reddit user u/RomanPeee.**

55.1. Plaintiff expresses grievances regarding attacks on their counsel (JKD ¶47; RBN Decl. ¶22), yet they provide no evidence linking us to these actions. As we have consistently stated (*see, e.g.*, RBN Decl. Ex. 67 at pp. 114-115), **u/RomanPeee is not any of us**, and we cannot be held responsible for their conduct. Plaintiff's insistence on attributing u/RomanPeee's statements to us, based solely on their unfounded claim that this account was one of our alternate accounts, is both misleading and improper. Moreover, a search for u/RomanPeee on r/h3snark yields no relevant results. Likewise, a search for Plaintiff's counsel's name and law firm on r/h3snark only show posts referencing and discussing the DMCA takedowns against r/h3snark.

56. Plaintiff also falsely claims that user u/Shredder_Cheese is a moderator of r/h3snark (JKD ¶59). This claim is unsubstantiated and false. We have publicly refuted it following Plaintiff's previous assertion on his Instagram Stories.[54] **See Reply Ex. 94.**

57. Plaintiff's allegations regarding purported calls to ICE and other government agencies (JKD ¶84) are factually inaccurate, based on unverified claims, and irrelevant to the underlying copyright issues in this case. None of us Does had anything to do with these unsubstantiated claims. The evidence cited is objectionable, misleading, and instead reveals Plaintiff's true motive: to advance a retaliatory agenda rather than pursue legitimate legal claims. If

[54] u/h3snarkmodteam2, "Debunking Ethan's lies about our moderation team (Hamas_Shredder / Shredder-Cheese)," *r/h3snark* (13 Feb. 2025), https://www.reddit.com/r/h3snark/comments/1ioqdkk/debunking_ethans_lies_about_our_moderation_team/.

anything, quite the opposite is true; users on r/h3h3productions and r/hasanpiker, both owned and operated by Plaintiff, frequently invoke government authorities and organize mass-contact campaigns for creators of whom they disapprove. The Subreddit r/hasanpiker was banned for this exact conduct. See **Reply Ex. 93.**

57.1. Plaintiff has insinuated that H3 fans working at government agencies, such as NORAD, could potentially help him obtain identities of Does, thereby affirming concerns that Plaintiff will use any means necessary, legal or otherwise, to obtain Does' private, identifying information.[55] **See Reply Ex. 94**, submitted to the Clerk for manual filing herewith.

## V. Conclusion

58. Our original declarations demonstrated Plaintiff's improper purpose, evidence of harm, and the necessity of anonymity. We dispute nearly all of Plaintiff's response points, but have focused on the most incorrect, damaging, or urgent issues, while seeking to preserve the Court's resources and maintain focus on alleged copyright infringement.

59. Plaintiff, as a highly public figure, has the *ability* to *responsibly* address criticism, while we lack comparable power, influence, or resources. One category of our risks and fears stem from Plaintiff's incitement of his fanbase. Plaintiff has openly acknowledged that these lawsuits and subpoenas are intended to expose and retaliate against critics, stretching copyright law to unmask us because California anti-SLAPP protections may prevent him from successfully pursuing reputational harm, defamation, or harassment claims.

60. The alleged "infringement" in these lawsuits consists solely of linking to Twitch streamers who, in our knowledge, lawfully reacted to and criticized Plaintiff and its video, which itself

[55] H3 Podcast, "I was going to let it go, until this happened… - H3 Show #201," *YouTube* (17 Oct. 2025), https://www.youtube.com/watch?v=tcR0tonb2tQ [2:18:59 - 2:20:18].

incorporated content from third parties, including the Does. Links were to DMCA-compliant platforms, predated any reaction videos (which were fair use in any event), and were shared with no intent to coordinate piracy. Plaintiff has admitted that *Nuke* was a "trap" to punish critics, and monetizes the litigation on his podcast, confirming that the Subpoenas are intended to chill protected speech, not enforce copyright. Even if the Court quashes the subpoena, doing so without awarding fees would reward this abusive strategy, as Plaintiff has forced anonymous critics into costly litigation for his own financial gain.

61. Plaintiff has failed to tailor the Subpoena to actual authors of specific posts, instead broadly demanding personal identifying information from dozens of unrelated users. This overreach, combined with public statements and threats, demonstrates an intent to intimidate and suppress criticism, creating a chilling effect not only on us, but on all anonymous online critics. Shifting the cost of this litigation back to Plaintiff is necessary to deter abusive subpoena tactics, protect anonymous speech, and prevent the misuse of copyright law and subpoenas as tools for harassment and doxxing.

62. We respectfully request that the Court quash the Subpoenas in full and award fees, restoring the financial burden to Plaintiff and safeguarding the First Amendment rights of anonymous critics and online communities.

We declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: November 3, 2025

By: s/ Does
Does

KRONENBERGER ROSENFELD

# Exhibit 76

| Pause # | Timestamps | Description of Reaction |
|---|---|---|
| 1 | 1:08 | Denims starts reacting to *Nuke* |
| 2 | 7:22 - 9:33 | Denims pauses to address a message, noting that Ethan relies heavily on his audience to interpret why Hasan's statements are "right" or "wrong." She characterizes this rhetorical strategy as appealing to "American ignorance" before transitioning into a discussion about social politics in China. |
| 3 | 10:25 - 10:45 | Denims pauses to respond to Ethan's remarks about China and Taiwan, refuting his claims and criticizing him for failing to explain his reasoning or provide supporting evidence. |
| 4 | 12:37 - 21:11 | Denim pauses to provide extensive political commentary on Western propaganda, criticizes Ethan for failing to cite sources, addresses the treatment of disabled Americans, critiques the American prison system, reviews an AP News article, discusses gender in sports, and responds to multiple chat comments. |
| 5 | 22:39 - 22:54 | Denims pauses to make jokes and display an internet "meme" for comedic effect. |
| 6 | 23:27 - 23:43 | Denims pauses to make jokes, promotes her poll. |
| 7 | 24:11 - 24:26 | Denims pauses to explain the missing context that Ethan omitted from his clip. |
| 8 | 25:00 - 26:55 | Denims pauses to respond to Ethan's comments about moderating chat, adds context omitted from his clip, and |

| | | |
|---|---|---|
| | | criticizes his sensitivity to criticism. |
| 9 | 28:11 - 28:45 | Denims pauses to critique Ethan's evidence, noting the brevity of his clips and arguing that they are largely taken out of context. |
| 10 | 28:49 - 29:06 | Denims pauses to suggest that Ethan is defaming Hasan and using false allegations to damage his character. |
| 11 | 29:16 - 30:35 | Denims pauses to criticize Ethan's commentary and perspectives. |
| 12 | 30:40 - 31:30 | Denims pauses to explain the full context of a clip Ethan misrepresented, clarifying Hasan's reasoning. |
| 13 | 31:57 - 32:12 | Denims pauses to critique Ethan's editorial choices and the clips he selected. |
| 14 | 32:37 - 32:39 | Denims mocks Ethan's narrative and editorial framing. |
| 15 | 32:33 - 35:40 | Denim pauses to rewind the video to confirm her understanding of Ethan's statements. She expresses frustration at his narrative distortions, noting that clips "don't say what he says they said," and suggests that Ethan is being dishonest, highlighting his use of "double wrong" logical fallacies. |
| 16 | 35:54 - 36:13 | Denims pauses to mock Ethan's political arguments and his argumentative choices. |
| 17 | 36:29 - 42:42 | Denim pauses to challenge Ethan's historical analysis and factual claims, conducting live research, addressing racial stereotypes, and reviewing relevant Wikipedia pages. |

| | | |
|---|---|---|
| 18 | 43:17 - 43:27 | Denims pauses to argue that Ethan is ignoring the broader political-historical context of the region. She gestures toward his underlying tones of anti-Arab racism. |
| 19 | 44:18 - 44:44 | Denims pauses to state that Ethan is doing “full blown [historical] revisionism.”. |
| 20 | 44:56 - 45:00 | Denims checks how long she’s been reacting and how much of the video is left. |
| 21 | 45:46 - 45:56 | Denims pauses to criticize Ethan for leaving out context of his other takes that have led the internet to be critical of his political opinions. |
| 22 | 46:02 - 46:07 | Denims pauses to criticize Ethan for not providing evidence for his claims about Hasan. |
| 23 | 46:36 - 47:06 | Denims pauses to suggest Ethan is factually incorrect about the data he presents. |
| 24 | 47:53 - 48:21 | Denims pauses to criticize Ethan for making baseless assumptions and leaps in logic. |
| 25 | 48:38 - 48:42 | Denims pauses to mock Ethan and *Nuke*’s developing narrative. |
| 26 | 49:16 - 49:31 | Denims pauses to mock Ethan’s editorial choices and engages with her chat. |
| 27 | 49:49 - 50:18 | Denims pauses to suggest alternative opinions to those presented in *Nuke*. |
| 28 | 51:11 - 51:38 | Denims pauses to thank a fellow Twitch streamer for sending viewers to her stream and welcomes them. She provides new |

| | | |
|---|---|---|
| | | viewers with context about what she's reacting to and how far she is into *Nuke*. |
| 29 | 52:32 - 54:15 | Denims pauses to mock Ethan's hypocrisy for using old videos to criticize Hasan, while also reacting to chat comments and discussing political radicalization. |
| 30 | 54:36 - 55:27 | Denims pauses to criticize Ethan's incorrect definition of the word "propaganda" and mocks Ethan's infantilization. |
| 31 | 55:44 - 56:18 | Denims pauses to mock Ethan, his arguments, and the overall quality of *Nuke* thus far. |
| 32 | 57:11 - 57:37 | Denims pauses to react to her chat and expresses shock at how "bad" and overdramatized Ethan's claims are in *Nuke*. |
| 33 | 58:10 - 58:40 | Denims pauses to add context about Hasan's popularity prior to the *Leftovers* podcast. |
| 34 | 59:32 - 59:52 | Denims pauses to joke about and critique Ethan's lack of editing experience and knowledge. |
| 35 | 1:00:02 - 1:00:08 | Denims pauses to suggest Ethan is mentally ill due to the absurdity of the video. |
| 36 | 1:01:10 - 1:01:15 | Denims pauses to call Ethan's statements "insane." |
| 37 | 1:01:25 - 1:01:32 | Denims engages in discourse with her live chat audience. |
| 38 | 1:02:17 - 1:02:30 | Denims pauses to express visceral pain and frustration with how "cringe" the video is. |
| 39 | 1:03:10 - 1:03:25 | Denims pauses to engage with her chat and make jokes. |

| | | |
|---|---|---|
| 40 | 1:04:51 - 1:05:14 | Denims pauses to add context about Ethan's fixation on the subject he's criticizing. |
| 41 | 1:05:37 - 1:05:44 | Denims pauses to highlight Ethan's hypocrisy, specifically referencing instances in which Ethan performed the sieg heil salute multiple times on his livestream. |
| 42 | 1:07:17 - 1:07:53 | Denims pauses to rewind and rewatch a section she didn't understand so she could give better analysis. She states that Ethan's use and editing of short clips are disorienting to watch. |
| 43 | 1:08:18 - 1:14:11 | Denim pauses to reflect on Ethan's points, presents her own reasoning, shares political history, and briefly departs from *Nuke* to play a clip of political scientist Dr. Norman Finkelstein to illustrate her perspective. She further suggests that Ethan is being disingenuous. |
| 44 | 1:16:30 - 1:16:42 | Denims pauses to make a joke. |
| 45 | 1:17:06 - 1:17:10 | Denims engages with her live chat audience. |
| 46 | 1:18:09 - 1:19:43 | Denims pauses to counter Ethan's political claims in *Nuke*. |
| 47 | 1:20:17 - 1:20:48 | Denims pauses to illustrate that Ethan fails to provide sources for his claims. She further argues that many claims made in *Nuke* thus far are false. |
| 48 | 1:21:02 - 1:21:17 | Denims pauses to make a joke. |
| 49 | 1:21:24 - 1:21:58 | Denims pauses to observe the advancement of technology to be able to access some of the footage presented. |

| | | |
|---|---|---|
| 50 | 1:22:12 - 1:23:40 | Denims pauses to refute Ethan's historical claims, engage with her chat, and discuss the purposes of protesting. |
| 51 | 1:24:06 - 1:24:58 | Denims pauses to mock *Nuke* and engage with her live chat audience's comments. |
| 52 | 1:26:20 - 1:26:24 | Denims engages with her live chat audience. |
| 53 | 1:26:50 - 1:27:22 | Denims pauses to criticize the narrative flow of *Nuke* and Ethan's lack of comedic talent. |
| 54 | 1:29:03 - 1:29:25 | Denims pauses to criticize the lack of originality in Ethan's approach to criticizing Hasan. |
| 55 | 1:29:52 - 1:30:15 | Denims pauses to announce getting half way through *Nuke* and expresses disappointment in the quality of the content. |
| 56 | 1:30:42 - 1:30:59 | Denims pauses to say she feels like she's going insane over how awful the video is. |
| 57 | 1:31:21 - 1:31:25 | Denims pauses to criticize Ethan for his lack of evidence. |
| 58 | 1:32:12 - 1:32:37 | Denims pauses to make a joke. |
| 59 | 1:33:04 - 1:33:14 | Denims pauses to express her general and mounting frustration with *Nuke*. |
| 60 | 1:35:01 - 1:36:30 | Denims pauses to correct the blatant misinformation Ethan is promoting in this segment. She sardonically criticizes Ethan's reporting skills and his manipulative reframing of a translated interview. She minimizes *Nuke* to refute Ethan's claims, citing a January 23, 2025 article published on the official U.S. State Department website, titled "Release of Galaxy Leader |

| | | |
|---|---|---|
| | | Crew Members." |
| 61 | 1:37:38 - 1:38:04 | Denims pauses to criticize Ethan's approach to his argument. |
| 62 | 1:39:19 - 1:40:38 | Denims pauses to criticize Ethan's argument. She discusses one of Ethan's old videos. |
| 63 | 1:41:37 - 1:42:36 | Denims pauses to watch part of an old video ("This Weird City is Freaking Me Out" on the Hila Klein YouTube channel), in which Ethan makes several controversial statements about Israel, such as calling it a "shithole." |
| 64 | 1:43:22 - 1:44:07 | Denims pauses to make political commentary, specifically critiquing Ethan's conflation between Judaism and Zionism. She highlights the absurdity of this claim by sarcastically claiming that, by Ethan's logic, notably Catholic former U.S. President Joe Biden is "Jewish now" due to his support of the Israeli state. |
| 65 | 1:44:25 - 1:44:38 | Denims pauses to point out how Ethan is perpetuating antisemitic stereotypes and making antisemitic remarks in order to accuse others of antisemitism. |
| 66 | 1:45:49 - 1:45:56 | Denims pauses to criticize Ethan's reasoning. |
| 67 | 1:46:02 - 1:46:22 | Denims pauses to respond to her live chat audience's critiques of *Nuke*. While doing so, she expresses wishing she could refute each claim made in the video, but that it would take her far too long to do so. |
| 68 | 1:47:43 - 1:48:02 | Denims pauses to make commentary on a point Ethan makes in *Nuke*. |

| | | |
|---|---|---|
| 69 | 1:48:19 - 1:48:30 | Denims pauses to point out how much context is missing regarding a clip. |
| 70 | 1:48:48 - 1:49:22 | Denims pauses to criticize the clips Ethan chose and their potential source material. |
| 71 | 1:49:45 - 1:50:00 | Denims pauses to express her opinion in opposition to Ethan. |
| 72 | 1:50:07 - 1:50:10 | Denims calls Ethan's arguments "pathetic." |
| 73 | 1:50:45 - 1:51:29 | Denims pauses to acknowledge a clip Ethan selected as funny, while providing context about its age. |
| 74 | 1:52:27 - 1:52:41 | Denims pauses to criticize Ethan for invoking the harmful standard of "the perfect victim" on those facing systemic oppression and genocide. |
| 75 | 1:53:00 - 1:53:26 | Denims pauses to point out Ethan's claims are unsubstantiated and poorly sourced. |
| 76 | 1:53:38 - 1:55:26 | Denims pauses to react to her live chat audience's comments and make jokes. |
| 77 | 1:56:32 - 1:57:11 | Denims pauses to challenge Ethan's framing of what constitutes "terrorism," specifically about why systemically oppressed and harmed peoples may resort to violence when confronting their oppressors. |
| 78 | 1:58:05 - 1:58:50 | Denims pauses to make a joke and mock Ethan's impotent political analysis on Hassan Nasrallah's views on Jewish people and the nation-state of Israel. |
| 79 | 1:58:53 - 2:00:37 | Denims pauses to point out that the clips in *Nuke* are, once |

| | | |
|---|---|---|
| | | again, being taken out of context. |
| 80 | 2:01:04 - 2:01:26 | Denims pauses to point out Ethan and Hila's prior statements about former Israeli Minister of Defense Yoav Gallant, for whom the International Criminal Court has issued an arrest warrant for war crimes and crimes against humanity, being a "good guy." |
| 81 | 2:01:47 - 2:02:08 | Denims pauses to respond to and engage with her chat comments about the video. |
| 82 | 2:02:56 - 2:03:00 | Denims makes commentary about missing context. |
| 83 | 2:03:29 - 2:08:19 | Denims pauses to make commentary on the editing, and reacts to her live chat audience's political commentary. She points out and explains how much context is missing from the clips Ethan uses. She also argues with a chatter who has a different perspective. |
| 84 | 2:08:45 - 2:09:25 | Denims pauses to react to her chat comments and clarify her statements. |
| 85 | 2:10:40 - 2:11:00 | Denims pauses to mock Ethan's logic and reasoning. |
| 86 | 2:12:03 - 2:13:05 | Denims pauses to express frustration with Ethan's arguments and their lack of quality and context. She reacts to her live chat audience's political commentary. |
| 87 | 2:13:23 - 2:13:41 | Denims pauses to make political commentary. |
| 88 | 2:15:00 - 2:19:00 | Denims pauses to express condolences for hostages, provide political commentary, discuss war-related trauma, and clarify context omitted by Ethan. |

| | | |
|---|---|---|
| 89 | 2:19:25 - 2:20:28 | Denims pauses to refute Ethan's claims in *Nuke.* |
| 90 | 2:20:43 - 2:20:51 | Denims pauses to reframe context Ethan manipulates in *Nuke*. |
| 91 | 2:21:10 - 2:21:25 | Denims pauses to offer context Ethan omits from *Nuke*. |
| 92 | 2:21:30 - 2:21:35 | Denims pauses to engage with a live chat audience member asking about the context Ethan omitted. |
| 93 | 2:22:49 - 2:23:40 | Denims pauses to respond to her live chat audience's critiques of *Nuke*. She also mocks his argumentation skills (steelman vs. strawman argumentation), makes political commentary, and jokes at Ethan's expense. |
| 94 | 2:24:04 - 2:24:39 | Denims pauses to make a joke. |
| 95 | 2:24:55 - 2:25:25 | Denims pauses to react to her chat and make jokes about Ethan's hypocrisy. |
| 96 | 2:26:06 - 2:26:10 | Denims pauses to thank her chat, and share her opinion. |
| 97 | 2:26:20 - 2:26:44 | Denims pauses to mock Ethan's lacking debate skills. |
| 98 | 2:27:59 - 2:28:00 | Denims pauses to counter Ethan's arguments and framing. |
| 99 | 2:29:30 - 2:29:53 | Denims pauses to argue certain facts presented are false. |
| 100 | 2:30:44 - 2:31:39 | Denims pauses to argue certain facts were disproven. She suggests context and sources are missing and argues *Nuke* is manipulative and dishonest. |
| 101 | 2:31:55 - 2:33:43 | Denims pauses to discuss sexual violence in the military and |

| | | |
|---|---|---|
| | | engages her chat in conversation about the issue. |
| 102 | 2:34:20 - 2:34:30 | Denims pauses to, once again, point out Ethan's hypocrisy and once again references him sieg heil saluting on his own stream the day before. |
| 103 | 2:34:52 - 2:35:44 | Denims pauses to suggest Twitch CEO Dan Clancy likely has a defamation case against Ethan Klein for repeatedly referring to him as a "pedophile." |
| 104 | 2:35:54 - 2:36:15 | Denims pauses to react to her chat and make jokes. |
| 105 | 2:38:45 - 2:41:14 | Denims pauses to discuss potential workplace sexual harassment, refutes Ethan's claims, and suggests he is grasping at straws to make unfounded allegations. |
| 106 | 2:42:28 - 2:43:50 | Denims pauses to respond to her chat who are sharing opinions of the contents of Ethan's video. |
| 107 | 2:44:07 - 2:44:27 | Denims pauses to express frustration with Ethan's arguments. |
| 108 | 2:44:44 - 2:45:07 | Denims reacts to the segment in *Nuke* about Frogan, a friend of hers [and another creator being sued for her critical reaction to *Nuke*]. |
| 109 | 2:45:00 - 2:45:07 | Denims pauses to refute Ethan's claim and criticizes the quality of *Nuke*. |
| 110 | 2:45:30 - 2:45:56 | Denims pauses to point out the lack of context included in Ethan's narrative and elaborates on events that were left out. |
| 111 | 2:47:30 - 2:53:14 | Denims pauses to point out and explain missing context. |

| | | |
|---|---|---|
| 112 | 2:53:46 - 2:58:09 | Denims pauses to analyze the sentiment of the comments made by Frogan. She also explains political and religious context and reacts to chat comments. |
| 113 | 2:58:42 - 2:58:50 | Denims pauses to correct a false statement Ethan makes about the duration of Frogan's previous ban from Twitch. |
| 114 | 2:59:12 - 3:04:48 | Denim pauses to identify and explain context omitted by Ethan, analyzes the sentiment of comments made by her friend Frogan, and provides political and religious context. She responds to chat comments, offers additional commentary on users' opinions, discusses the role of comedy within tragedy, and addresses Ethan's possible underlying racism as well as broader American cultural issues surrounding race. |
| 115 | 3:05:20 - 3:06:54 | Denims pauses to say hello to her pet who jumps in her lap, discusses Frogan's tweet, and shares her opinions on its messaging. |
| 116 | 3:07:44 - 3:09:10 | Denims pauses to react to the points being made in her chat and argues the narratives around Frogan are unrelated to Hasan. |
| 117 | 3:09:45 - 3:09:58 | Denims pauses to correct Ethan's misinformation about an award Frogan received. |
| 118 | 3:10:15 - 3:11:11 | Denims pauses to engage with her chat, continues to correct Ethan's misinformation and argues the content is irrelevant to Hasan. |
| 119 | 3:11:41 - 3:11:51 | Denims pauses to react to an event she was involved in directly. She also defends herself against accusations of antisemitism levied against her by Ethan in *Nuke*. |

| | | |
|---|---|---|
| 120 | 3:12:08 - 3:12:14 | Denims pauses to make further commentary about the event. |
| 121 | 3:12:30 - 3:12:35 | Denims pauses to mock Ethan's narrative framing of *Nuke*. |
| 122 | 3:13:00 - 3:13:35 | Denims pauses to respond to a clip taken out of context, and explain what they meant. |
| 123 | 3:14:14 - 3:14:45 | Denims pauses to explain missing context. |
| 124 | 3:15:04 - 3:15:19 | Denims pauses to point out how Ethan calling other Jews "tokens" can be interpreted as antisemitism. |
| 125 | 3:15:45 - 3:18:31 | **Denims pauses to react to clips and content she is featured in. She is responding to Ethan's criticism of herself.** |
| 126 | 3:18:55 - 3:21:17 | Denims pauses to correct Ethan's framing. She continues to discuss how certain comments Ethan makes can be interpreted as antisemitic.She makes further political commentary. |
| 127 | 3:21:56 - 3:24:17 | Denims pauses to condemn what she identifies as an antisemitic joke made by Ethan and points out his lack of good faith in discussing the issues. She provides additional context for the clips shown, including those featuring herself. |
| 128 | 3:25:00 - 3:25:42 | Denims expresses confusion about how the narratives are related to Hasan. |
| 129 | 3:26:05 - 3:26:27 | Denims pauses to express frustration with Ethan's approach to framing his arguments. |
| 130 | 3:27:06 - 3:27:14 | Denims pauses to suggest Ethan is framing things dishonestly. |

| | | |
|---|---|---|
| 131 | 3:27:28 - 3:27:31 | Denims makes a joke and is frustrated that none of the narratives are related to Hasan. |
| 132 | 3:27:53 - 3:28:21 | Denims pauses to mock Ethan's sources. |
| 133 | 3:29:38 - 3:29:45 | Denims pauses to express frustration that none of Ethan's points are about the main topic of his video. |
| 134 | 3:30:44 - 3:30:48 | Denims reads her chat and makes jokes. |
| 135 | 3:31:23 - 3:32:00 | Denims pauses to discuss *Nuke*'s odd fixation on Frogan. She further challenges claims made in *Nuke,* pointing out that Ethan's own line of argumentation is antisemitic. |
| 136 | 3:32:44 - 3:33:09 | Denims pauses to make general commentary. |
| 137 | 3:33:40 - 3:34:50 | Denims pauses to make jokes. She suggests she's reacting to the entire video to avoid Ethan's fans from saying she didn't watch all of it, so she wouldn't know what she's talking about. |
| 138 | 3:35:18 - 3:35:24 | Denims pauses to ask questions about how much of the content Ethan had to change last minute due to a recent scandal about one of the creators he features in the video. |
| 139 | 3:35:40 - 3:37:20 | Denims pauses to point out the context that is missing from Ethan's framing. She suggests Ethan is being deeply dishonest about his framing and intentionally misleading viewers. |
| 140 | 3:37:45 - 3:37:56 | Denims pauses to react to pushback in her chat. |

| | | |
|---|---|---|
| 141 | 3:38:54 - 3:39:20 | Denims pauses to point out Ethan's hypocrisy and criticizes his editing. |
| 142 | 3:39:42 - 3:40:00 | Denims pauses to suggest Ethan is being subtly racist. |
| 143 | 3:40:41 - 3:41:25 | Denims pauses to share her opinions on a previous Tweet posted by Hasan. |
| 144 | 3:41:40 - 3:42:00 | Denims pauses to comment on the assassination of former Japanese Prime Minister Shinzo Abe. |
| 145 | 3:42:25 - 3:43:00 | Denims pauses to make jokes. **She reacts to footage of herself Ethan uses in his video.** |
| 146 | 3:43:15 - 3:46:00 | **Denims pauses to react to the content (of herself) Ethan uses.** |
| 147 | 3:46:48 - 3:49:10 | Denims pauses to make counter arguments against Ethan's claims about the FBI and their involvement in streamer drama. |
| 148 | 3:49:42 - 3:50:38 | Denims pauses to react to Ethan's call to action to contact mainstream media about Hasan. She mocks the quality of the video and its lack of sophistication. |
| 149 | 3:51:20 - 3:51:31 | Denims pauses to make jokes about Ethan. |
| 150 | 3:51:36 - 3:50:00 | The video ends. Denims calls it one of the worst videos she has ever watched in her life. She reviews the comments on the video. |

Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10<br><br>Defendants. | Case No.: 2:25-cv-05564-WLH-PD<br><br>*Hon. Wesley L. Hsu*<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>Action Filed: June 19, 2025 |

## TABLE OF CONTENTS

**I. INTRODUCTION ........ 1**

**II. RELEVANT BACKGROUND ........ 3**

- **A. TEI and *The Nuke* ........ 3**
- **B. Denims and her Copyright Infringement ........ 3**
- **C. H3Snark and its Promotion of Infringement of TEI's Works ........ 4**
- **D. The H3Snark Mods Promote Denims' Infringing Watch Party ........ 5**
- **E. Denims' Infringing Watch Party ........ 5**

**III. LEGAL STANDARD ........ 6**

**IV. ARGUMENT ........ 6**

- **A. Fair Use in General ........ 6**
- **B. The First Factor Weighs Against Fair Use ........ 7**
- **C. The Second Factor Weighs Against Fair Use ........ 17**
- **D. The Third Factor Weighs Against Fair Use ........ 17**
- **E. The Fourth Factor Weighs Against Fair Use ........ 19**

**V. CONCLUSION ........ 24**

# TABLE OF AUTHORITIES

Page(s)

**Cases**

*Andy Warhol Found. For the Visual Arts, Inc. v. Goldsmith*,
598 U.S. 508 (2023)....7, 8, 9, 10, 19

*Bartz v. Anthropic PBC*,
787 F.Supp.3d 1007 (N.D. Cal. 2025)....10, 20

*Campbell v. Acuff-Rose Music, Inc.*,
510 U.S. 569 (1994)....7

*Chosen Figure LLC v. Kevin Frazier Prods., Inc.*,
795 F.Supp.3d 1232 (C.D. Cal. 2025)....6

*De Fontbrune v. Wofsy*,
39 F.4th 1214 (9th Cir. 2022)....8, 10

*Deveraturda v. Globe Aviation Sec. Servs.*,
454 F.3d 1043 (9th Cir. 2006)....6

*Elvis Presley Enters., Inc. v. Passport Video*,
349 F.3d 622 (9th Cir. 2003)....9, 18

*Hachette Book Group, Inc. v. Internet Archive*,
115 F.4th 163 (2d Cir. 2024)....19

*Harper & Row Publishers, Inc. v. Nation Enters.*,
471 U.S. 539 (1985)....7, 17, 19

*Hosseinzadeh v Klein*,
276 F.Supp.3d 34 (S.D.N.Y. 2017)....9, 10, 13, 14, 18, 19

*Hughes v. Benjamin*,
437 F.Supp.3d 382 (S.D.N.Y. 2020)....24

*Hustler Mag., Inc. v. Moral Majority, Inc.*,
796 F.2d 1148 (9th Cir. 1986)....7

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 535 of 582

*Kadrey v. Meta Platforms, Inc.*,
788 F.Supp.3d 1026 (N.D. Cal. 2025) .... 19

*McGucken v. Newsweek LLC*,
464 F.Supp.3d 594 (S.D.N.Y. 2020) .... 9

*McGucken v. Pub Ocean Ltd.*,
42 F.4th 1149 (9th Cir. 2022) .... 6, 9, 17, 18, 20

*Monge v. Maya Mag., Inc.*,
688 F.3d 1164 (9th Cir. 2012) .... 9, 17

*Nat. Fire Protection Assoc., Inc. v. UpCodes, Inc.*,
753 F.Supp.3d 933 (C.D. Cal. 2024) .... 19, 20

*Penguin Random House LLC v. Colting*,
270 F.Supp.3d 736 (S.D.N.Y. 2017) .... 8

*Peter F. Gaito Architecture, LLC v. Simone Dev. Corp.*,
602 F.3d 57 (2d Cir. 2010) .... 6

*Righthaven LLC v. Klerks*,
2010 WL 3724897 (D. Nev. Sept. 17, 2010) .... 17

*SOFA Prods., Inc. v. Dodger Prods.*
709 F.3d 1273 (9th Cir. 2013) .... 17

*Stebbins v Alphabet Inc.*,
2025 WL 2233208 (N.D. Cal. July 2, 2025) .... 13, 14

*Unite Here Local 30 v. Sycuan Band of the Kumeyaay Nation*,
35 F.4th 695 (9th Cir. 2022) .... 6

*VHT, Inc. v. Zillow Group, Inc.*,
918 F.3d 723 (9th Cir. 2019) .... 18

*Webb v. Trader Joe's Co.*,
999 F.3d 1196 (9th Cir. 2021) .... 6

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 536 of 582

**Statutes**

17 U.S.C. Section 107 .......... 7

**Other Authorities**

H.R. Rep. No. 94-1476 .......... 7

3
OPPOSITION TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS
App. p. 536

Plaintiff Ted Entertainment, Inc. ("TEI") respectfully submits its Opposition to the Motion for Partial Judgment on the Pleadings ("Motion")[1] of Defendant Alexandra Marwa Saber p/k/a Denims ("Denims").

## I. INTRODUCTION

The Motion must be denied because Denims cannot show she made a fair use of *Content Nuke: Hasan Piker* ("*The Nuke*") at all – let alone as a matter of law. The Motion fails because it ignores material allegations, mischaracterizes others, glosses over the videos at issue and proceeds on a complete misunderstanding of the legal issues in this case.

The central question in this case is ***not if*** Denims commented on *The Nuke*. The question is ***whether its extent was sufficient to justify commercially exploiting The Nuke in its entirety immediately upon its release***.

Denims cannot dispute she commercially exploited *The Nuke* immediately upon its release. Such use presents the greatest threat to the core concern of fair use: substitution. Public interest in *The Nuke* was at its apex immediately before release. Consequently, any unauthorized exploitation at that time posed the greatest risk of siphoning demand away from the original to the secondary user.

The commercial exploitation of a work immediately upon release also undermines the assertion that the work is being used for a fundamentally different purpose. If Denims' primary purpose was to criticize *The Nuke*, there is no reason she had to do so immediately upon *The Nuke's* release before anyone could watch it. To the contrary, her criticism would have benefited from waiting.

Rather, the timing of Denims' exploitation of *The Nuke* reveals her primary purpose: to commercially capitalize on the public interest in *The Nuke*. She achieved this purpose by hosting a watch party of *The Nuke* to siphon views away from the original to herself. Denims even stated as much on multiple occasions and her exploitation of *The Nuke* was fully consistent with those statements. This is

[1] References are to the ECF page number for previous filings.

quintessential commercialism under the first factor and market substitution under the fourth factor.

Denims' failure to comment on significant and substantial portions of *The Nuke* further undermines her claim that her primary purpose was to criticize it. Transformativeness is ***not just a question of if it exists – but its extent***. When, as here, the use's transformativeness is inconsistent, the claim to fair use diminishes significantly. More specifically, it demonstrates that any critical purpose was ancillary to commercially exploiting the work under the first factor. Further, the failure to comment on significant and substantial portions of *The Nuke* shows Denims did not need to show all of it or most of it – let alone immediately upon release – which is manifestly unreasonable under the third factor.

It is also undisputed that the moderators of the H3Snark subreddit (the "H3Snark Mods") directed users of H3Snark ("H3Snarkers") to Denims' watch party and offered it as a substitute for the original. The H3Snark Mods have a history of providing H3Snarkers unauthorized substitutes for TEI's copyrighted works. They even stated that the purpose of doing so is to deprive TEI of views and advertising revenue. The H3Snark Mods also explicitly acknowledged that H3Snarkers wanted to watch *The Nuke* without contributing to TEI's views or ad revenue. This is why they made multiple posts directing H3Snarkers to Denims' watch party, which further establishes market substitution under the fourth factor.

The Honorable Sallie Kim agreed in her April 29, 2026 order denying the H3Snark Mods' motion to quash (the "4/29/26 Order"). It found that TEI alleged ***and*** proved that the H3Snark Mods directed potential viewers of *The Nuke* to view Denims' watch party as a substitute for the original.

Denims' audience even stated that they were viewing her watch party as a substitute for the original. Denims' chat is littered with people thanking her for hosting a watch party of *The Nuke* because, otherwise, they would have watched the official version. Equally telling, Denims' chat demonstrates that there was a massive

exodus of viewers immediately after she finished showing *The Nuke*. This reveals that the vast majority of Denims' audience were there to see *The Nuke* and not her criticism of it, which reinforces market substitution under the fourth factor.

Therefore, for the reasons set forth in this Opposition, TEI respectfully requests this Court to deny the Motion.

## II. RELEVANT BACKGROUND

### A. TEI and *The Nuke*

TEI is a production company that produces online content, primarily for YouTube, and is owned by Ethan Klein and Hila Klein. Complaint ("Cmpt."), ¶ 12. TEI owns the copyrights to the two works at issue in this case, including *The Nuke*. *Id.*, ¶¶ 36, 38, 41, Exs. E-F.

*The Nuke* is a tragi-comic documentary critiquing Hasan Piker and how he radicalizes his audience to support terrorism against Israelis and hate Jews. Cmpt., ¶ 40; Ex. E.[2] It contains original footage, highly edited montages, parodic skits and archival materials (a significant amount of which is owned by TEI). *Id*. A detailed summary is provided in the Complaint. Cmpt., pp. 30:8-40:3.

Throughout January 2025, Ethan built up public interest in *The Nuke* – including frequently discussing it on TEI's podcast, *The H3 Show*. Cmpt., ¶ 43. On January 31, 2025, TEI broadcast the other work at issue in this case: *The H3 Show #104 – Countdown to Doomsday* (the "*Countdown Episode*"). *Id.*, ¶ 41; Ex. F. It was broadcast immediately before TEI released *The Nuke* and further promoted its release to the public. *Id.*

### B. Denims and her Copyright Infringement

Denims is a streamer on Twitch and a prolific copyright infringer. Cmpt., ¶ 8. Denims' content comprises of hosting watch parties of entire copyrighted works and showing them without permission and minimal commentary, if any. *Id.*

On February 6, 2022, Denims debated one of the most outspoken critics of

[2] There are slight differences between the deposit and broadcast versions of *The Nuke*. Cmpt., ¶ 39; *compare* Ex. D *with* Ex. E.

these watch parties. Cmpt., pp. 10:10-18; 11:1-12:17. During the debate, Denims made several damning admissions, including that: (1) her watch parties were "filler content" (*id.*, p. 11:6-13); (2) she felt entitled to the content (*id.*, p. 11:14-16); and (3) she "might not be saying anything" or "walk away from the screen" during her watch parties (*id.*, p. 11:21-26).

Most damning, Denims admitted that her watch parties serve as market substitutes for the original works, stating: (1) "***If someone watches content on someone else's stream***, ***there is a very low likelihood that they're going to go watch it separately and give you the view or the like***"; and (2) "***There's no point of watching something a second time. You already watched it. … [o]nce you watch the video in one place, it's pretty unlikely that you're going to go back and watch it again***." Cmpt., p. 12:20-27.

**C. <u>H3Snark and its Promotion of Infringement of TEI's Works</u>**

H3Snark is a subreddit – *i.e.*, a message board on Reddit – of "fallen fans" of the Kleins. Cmpt., ¶ 21. Despite being "fallen fans," H3Snarkers religiously consume TEI's content (known as "hate-watching"). *Id.*, ¶ 23; Request for Judicial Notice ("RJN"), ¶ 8, Ex. 9 (*i.e.*, the 4/29/26 Order), pp. 9:11-10:10. The H3Snark Mods were keenly aware of H3Snarkers' insatiable appetite for TEI content. *Id.*; Cmpt., ¶ 29. The H3Snark Mods were also aware that H3Snarkers did not want to watch TEI's content on its YouTube channels for the specific purpose of depriving TEI of views and advertising revenue. *Id*.; 4/29/26 Order, pp. 9:11-10:10.

The H3Snark Mods provided the H3Snarkers multiple methods to infringe TEI's content. They supplied H3Snarkers links to TEI content on "YewTube" – a website providing unauthorized access to YouTube videos that deprives the original of views and advertising revenue. Cmpt., pp. 17:19-21:9. The H3Snark Mods provided these links in posts they created on H3Snark and in the H3Snark live chat during the live broadcast of TEI content. *Id.* The H3Snark Mods also provided instructions on how to download TEI's paywalled content so that it could be

reposted on H3Snark – which H3Snarkers did. *Id.*, pp. 21:10-28, 22:12-17.

**D. The H3Snark Mods Promote Denims' Infringing Watch Party**

The H3Snark Mods engaged in similar conduct regarding *The Nuke*. On January 30, 2025 (*i.e.*, the day before *The Nuke* was publicly released), the H3Snark Mods made a pinned community post visible to all H3Snarkers regarding *The Nuke*. Cmpt., p. 40:15-27, Ex. G. They acknowledged that H3Snarkers wanted to see *The Nuke* – albeit a pirated version – by stating: "***Hey everyone, we've seen a lot of comments about wanting to watch the nuke without showing support for H3***." *Id.* (emphasis added). The H3Snark Mods provided a list of streamers, including Denims, with links to their pages as a substitute for watching the original. *Id.*; 4/29/26 Order, pp. 9:11-10:10.

On January 31, 2025, the H3Snark Mods made another pinned community post visible to all H3Snarkers entitled: "***DENIMS is LIVE reacting now to today's H3 podcast episode and the 'content nuke' video Ethan is publishing in an hour***." Cmpt., p. 41:9-16; Ex. I (original and added emphasis). The post contained a picture of Denims that linked directly to her page where she was streaming the *Countdown Episode* (and subsequently *The Nuke*). *Id.* Shortly thereafter, the H3Snark Mods made another pinned community post visible to all H3Snarkers regarding various watch parties for *The Nuke*. *Id.*, p. 40:28-41:8, Ex. H. The post featured Denims at the top of the list of places "to watch reactions to this video" (*i.e.*, *The Nuke*) with a link to her watch party on Twitch in bold. *Id.*

**E. Denims' Infringing Watch Party**

Denims' stream from January 31, 2025 is comprised almost entirely of third-party content (*see generally* Exs. J-K) – most of which is TEI's content used without permission. Ex. J beginning at 3:36:47; Ex. K. Prior to *The Nuke's* release, Denims promoted her watch party of *The Nuke* in various ways. Cmpt., pp. 49:1-3, 49:7-9, 51:23-27; Ex. J at 4:48:38-4:48:48; Ex. K at 0:00:34, 00:23:40-47. The details of Denims' watch party are discussed in greater detail in TEI's fair use analysis.

## III.  LEGAL STANDARD

A motion for judgment on the pleadings is "functionally identical to Rule 12(b)(6) motions." *Webb v. Trader Joe's Co.*, 999 F.3d 1196, 1201 (9th Cir. 2021) (internal quotation marks omitted). For both motions, "courts must consider the complaint in its entirety, as well as other sources [including] documents incorporated into the complaint by reference and matters of which a court may take judicial notice." *Id.*

The Motion must be denied unless "there is no issue of material fact, and the moving party is entitled to judgment as a matter of law." *Unite Here Local 30 v. Sycuan Band of the Kumeyaay Nation*, 35 F.4th 695, 700 (9th Cir. 2022). To make this determination, "[a]ll allegations of fact by [TEI] are accepted as true, and are construed in the light most favorable to [TEI]." *Id.* The Motion may be granted "only if it is clear that no relief could be granted under any set of facts that could be proved consistent with the allegations." *Deveraturda v. Globe Aviation Sec. Servs.*, 454 F.3d 1043, 1046 (9th Cir. 2006).

"Fair use is a mixed question of law and fact." *McGucken v. Pub Ocean Ltd.*, 42 F.4th 1149, 1158 (9th Cir. 2022). "Fair use is thus often resolved at summary judgment" and not a motion for judgment on the pleadings. *Id.* Only when there are "no material, historical facts at issue and the parties dispute only the ultimate conclusions to be drawn from those facts" can a court "draw those conclusions without usurping the function of the jury." *Id.* Further, "the works themselves supersede and control any contrary descriptions of them[.]" *Peter F. Gaito Architecture, LLC v. Simone Dev. Corp.*, 602 F.3d 57, 64 (2d Cir. 2010).

## IV.  ARGUMENT

### A.  Fair Use in General

"The fair use doctrine confers a privilege on people other than the copyright owner to use the copyrighted material in a ***reasonable manner*** without [the owner's] consent[.]" *Chosen Figure LLC v. Kevin Frazier Prods., Inc.*, 795 F.Supp.3d 1232,

1246 (C.D. Cal. 2025) (emphasis added) (quoting *Hustler Mag., Inc. v. Moral Majority, Inc.*, 796 F.2d 1148, 1151 (9th Cir. 1986)). Fair use is codified in 17 U.S.C. Section 107, which sets forth four non-exclusive factors to evaluate fair use:

> 1. [T]he purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;
> 2. [T]he nature of the copyrighted work;
> 3. [T]he amount and substantiality of the portion used in relation to the copyrighted work as a whole; and
> 4. [T]he effect of the use upon the potential market for or value of the copyrighted work.

17 U.S.C. § 107

Fair use "is not to be simplified with bright-line rules" and requires a "case-by-case analysis." *Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 577 (1994). Indeed, "each case raising the question must be decided on its own facts." *Harper & Row Publishers, Inc. v. Nation Enters.* ("*Harper*"), 471 U.S. 539, 560 (1985) (quoting H.R. Rep. No. 94-1476, p. 65 (1976)). Moreover, "its application may well vary depending on context." *Andy Warhol Found. For the Visual Arts, Inc. v. Goldsmith* ("*Warhol*"), 598 U.S. 508, 527 (2023).

Ultimately, the fair use inquiry must be weighed "in light of the purposes of copyright." *Campbell*, 510 U.S. at 578. The Copyright Act "reflects a balance of competing claims upon the public interest: Creative work is to be encouraged and rewarded, but private motivation must ultimately serve the cause of promoting broad public availability of literature, music, and the other arts." *Warhol*, 598 U.S. at 526.

**B. <u>The First Factor Weighs Against Fair Use</u>**

The first factor "relates to the problem of substitution" – *i.e.*, whether the secondary use "supersedes" or "supplant[s]" the original. *Warhol*, 598 U.S. at 527. The "central question" is whether the secondary use "adds something new, with a further purpose or different character." *Id.* at 528. The mere fact that a secondary use has "some further purpose" or "add[s] something new … does ***not*** render such uses fair." *Id.* at 528-529 (emphasis added). Rather, "whether an allegedly infringing use has a further purpose or different character" is "a ***matter of degree***, and the degree of

difference ***must*** be weighed against other considerations, like commercialism." *Id.* at 532 (emphasis added). When, as here, "the purposes of the works ***overlap,***" the secondary use does "not serve an '***entirely different function***'" than the original, which weighs against fair use. *De Fontbrune v. Wofsy*, 39 F.4th 1214, 1225 (9th Cir. 2022) (emphasis added).

The "first factor also relates to the justification for the use" both in the "broad" and "narrower sense." *Warhol*, 598 U.S. at 531-532. A use is justified in the "broad sense" if it has a "distinct purpose" that "furthers the goal of copyright, namely, to promote the progress of science and the arts, without diminishing the incentive to create." *Id.* at 531. A use is justified in the "narrower sense" when it "is reasonably necessary to achieve the user's new purpose." *Id.* Such justification is "particularly relevant to assessing fair use" where "***wide dissemination of a secondary work would otherwise run the risk of substitution for the original***[.]" *Id.* (emphasis added). Again, "the question of justification is one of ***degree***." *Id* (emphasis added).

Even uses set forth in the statute's preamble (like criticism and commentary) "are ***not entitled to a presumption of fairness***." *Warhol*, 598 U.S. at 532 fn. 7 (emphasis added). To qualify as transformative criticism, "each quoted passage" must serve "a different purpose (an object of criticism)" than the original. *Id.* at 528 fn.4. Consequently, "a court must consider ***each use within the whole*** to determine whether the copying is fair." *Id.* (emphasis added).

The first factor does ***not*** favor fair use when "***a defendant copies more than is necessary to facilitate 'comment or criticism.'***" *Penguin Random House LLC v. Colting*, 270 F.Supp.3d 736, 751 (S.D.N.Y. 2017) (emphasis added). "The law is clear that, to be considered transformative criticism, the aspects of a work that reproduce another's protected expression ***must be in service of commentary on that work***. It is ***not enough for part*** of a work to have a transformative purpose." *Id.* (emphasis added).

Further, when "clips are played without much interruption, if any" or "used in excess of [the] benign purpose," such uses fail to sufficiently transform a work. *Elvis Presley Enters., Inc. v. Passport Video*, 349 F.3d 622, 628-629 (9th Cir. 2003).[3] Additionally, "wholesale copying sprinkled with [spoken] commentary" is "at best minimally transformative." *Monge v. Maya Mag., Inc.*, 688 F.3d 1164, 1174, 1176 (9th Cir. 2012) (same). Also, "voice-overs do not necessarily transform a work." *Elvis*, 349 F.3d at 628. Nor does "token commentary" transform a work. *McGucken v. Newsweek LLC*, 464 F.Supp.3d 594, 606 (S.D.N.Y. 2020).

Most important, when "the commentary has ***no critical bearing on the substance or style of the original*** composition, the claim to fairness in borrowing from another's work diminishes accordingly (if it does not vanish), and other factors, like the extent of its commerciality, loom larger." *Warhol*, 598 U.S. at 530-531 (emphasis added).

Moreover, the degree to which a secondary use has a different purpose or character "must be weighed against other considerations, like commercialism." *Warhol*, 598 U.S. at 525. "The undisputed commercial character of [the defendant's] use, though not dispositive, tends to weigh against a finding of fair use." *Id.* at 537. ***Fair use "does not" favor "any user who wants to reach different buyers, in different markets, consuming different products***." *Id.* at 548 fn. 22 (emphasis added).

Commercialism examines "the degree to which the new user exploits the copyright for commercial gain—as opposed to incidental use as part of a commercial enterprise." *Elvis*, 349 F.3d at 627. If the defendant "is ***not*** advertising a scholarly critique or historical analysis, but instead ***seeks to profit at least in part from the inherent entertainment value"*** of the original, the use is commercial. *Id.* at 628.

*Hosseinzadeh v. Klein* provides useful guidance because it expressly

[3] *Elvis* was overruled on other grounds as noted in *McGucken*, 42 F.4th at 1158.

addresses fair use in the context of reaction videos. 276 F.Supp.3d 34 (S.D.N.Y. 2017). As the court noted, reaction videos "***vary widely in terms of purpose, structure, and the extent to which they rely on potentially copyrighted material***." *Id.* at 40 fn. 1 (emphasis added). Reaction videos that "intersperse ***short segments*** of another's work with criticism and commentary" are considered a fair use. *Id.* (emphasis added) When a reaction video is more "***akin to a group viewing session***," it is not considered fair use. *Id.* (emphasis added).

Here, Denims' use of *The Nuke* was more "akin to a group viewing session" (*i.e.*, a watch party) that did not serve an "entirely different function" from the original. *Hosseinzadeh*, 276 F.Supp.3d at 40 fn.1; *De Fontbrune*, 39 F.4th at 1225. Denims herself stated that her purpose was to host a "watch party" of *The Nuke* and siphon views away from the original to herself. What "a copyist ***says or thinks or feels*** matters only to the extent it shows what a copyist in fact ***does*** with the work." *Bartz v. Anthropic PBC*, 787 F.Supp.3d 1007, 1026 (N.D. Cal. 2025) (original emphasis) (citing *Warhol*, 598 U.S. at 533, 544-45).

Denims' statements demonstrating her purpose was to host a watch party of *The Nuke* include: (1) titling her broadcast as a "***watch party***" of *The Nuke* (Cmpt., p. 51:20-22); (2) displaying a chyron on her screen that she was "***Watching***" *The Nuke* (*id.*, pp. 51:28-52:3; Ex. K at 1:15:03)); (3) when asked by a chatter, Denims stated she was "***watching***" *The Nuke* (Cmpt., p. 52:4-6; Ex. K at 2:06:09-23); and (4) stating at the end of her watch party that she "did not want to ***watch***" *The Nuke* by herself. Cmpt., p. 52:12-14; Ex. K at 5:08:04-09.

Denims' statements demonstrating her purpose was to siphon views away from *The Nuke* to herself include: (1) telling a chatter "***If you want to enjoy it, you know, come enjoy the watch party somewhere else***" (Cmpt., p. 49:7-9; Ex. K at 23:40-47); (2) reading a chatter stating: "***We're relying on you to stay live so we don't give more views to The Nuke***" and responding that she was "going to stream it" (Cmpt., p. 51:23-27; Ex. J at 4:48:38-4:48:48); (3) immediately after her watch

party of *The Nuke*, stating "***if you enjoyed not giving any views to that terrible video, subscribe, throw a prime, if you like the content, if you enjoyed your time here***" (Cmpt. p. 52:9-11; Ex. K at 5:07:45-58); and (4) the day after her watch party, Denims acknowledged that she knew "***all of those people didn't want to give the video another view***" which is "why they ***watched*** it with" her. Cmpt., p. 52:15-22; Ex. L.

Denims' use of *The Nuke* was fully consistent with her statements. The timing of Denims' watch party evidences her purpose. Denims began her watch party of *The Nuke* one minute after its release when public interest in the work was at its apex. Cmpt., p. 53:1-9; Ex. K. at 1:15:19. This belies Denims' assertion that she used *The Nuke* solely or primarily to criticize it. If this were true, Denims would have viewed *The Nuke* beforehand, outlined and researched her criticisms and selected the portions she wanted to critique. Instead, Denims hosted a watch party of *The Nuke* immediately after its release because she knew individuals wanted to see it in its entirety without watching (and financially supporting) the original.

Denims' statements that she was hosting a watch party of *The Nuke* is reinforced by the 74 separate occasions where Denims played *The Nuke* uninterrupted for 30 seconds or longer (27 instances being over a minute and one even over two minutes).[4] In total, these excerpts comprise over 70 minutes of *The*

[4] Cmpt., pp. 53:18-56:22; Ex. K. at 1:15:38-1:16:09, 1:16:56-:1:19:10. 1:19:33-1:20:59, 1:21:41-1:22:11, 1:24:12-1:25:14, 1:25:43-1:27:28, 1:36:01-1:37:10, 1:37:44-1:38:15, 1:39:16-1:39:55, 1:41:47-1:43:05, 1:46:59-1:48:12, 1:48:18-1:49:15, 1:57:33-1:58:07, 1:58:51-2:00:37, 2:00:58-2:01:29, 2:01:56-2:02:45, 2:03:41-2:04:07, 2:06:24-2:07:27, 2:11:07-2:12:01, 2:12:26-2:13:04, 2:13:30-2:14:20, 2:16:19-2:17:08, 2:17:16-2:18:00, 2:18:15-2:19:40, 2:20:34-2:22:20, 2:29:01-2:31:19, 2:32:01-2:33:00, 2:33:32-2:35:10, 2:39:46-2:41:04, 2:42:04-2:43:53, 2:45:04-2:45:35, 2:45:47-2:47:04, 2:47:26-2:47:56, 2:48:04-2:49:50, 2:51:20-2:52:29, 2:57:25-2:58:13, 2:59:23-3:00:39, 3:04:52-3:05:36, 3:06:16-3:07:17, 3:10:42-3:11:21, 3:12:02-3:12:57, 3:16:59-3:17:46, 3:17:49-3:18:20, 3:24:15-3:25:32, 3:25:48-3:26:53, 3:28:23-3:29:49, 3:36:27-3:37:38, 3:40:15-3:40:55, 3:41:29-3:42:48, 3:44:41-3:45:33, 3:48:32-3:49:12, 3:51:04-3:53:45, 3:56:03-3:56:56, 3:59:16-3:59:50, 4:00:44-4:02:23, 4:12:58-4:13:32, 4:19:37-4:20:09, 4:21:51-4:22:36, 4:23:49-4:24:30, 4:25:57-4:26:30, 4:28:24-4:29:10, 4:36:07-4:36:47, 4:38:05-4:39:40, 4:39:47-4:40:25, 4:41:17-4:42:12, 4:43:11-4:44:23, 4:45:39-4:46:11, 4:46:49-4:47:32, 4:47:52-4:48:30, 4:52:41-4:53:41, 4:54:53-4:55:31, 5:00:50-5:01:36, 5:04:00-4:04:31, 5:05:24-5:06:20.

*Nuke* – *i.e.*, 70% of its total runtime.

Indeed, despite playing *The Nuke* in its entirety, Denims failed to address significant and substantial portions of *The Nuke*. Cmpt., pp. 57:13-58:27 (summarizing what Denims failed to address in *The Nuke*). Denims even admitted that she was refraining from providing commentary to avoid pausing *The Nuke* for extended periods of time so she could expedite her watch party. Cmpt. p., 57:1-12; Ex. K at 3:00:53-3:01:36, 3:01:49-3:02:09

Worse still, her statements frequently had no critical bearing (or minimal critical bearing) on the style or substance of *The Nuke*. Examples include: (1) making incoherent and unclear utterances;[5] (2) conversing with her chat about topics completely unrelated or only minimally related to *The Nuke*;[6] (3) discussing unrelated or minimally related topics;[7] (4) providing brief superficial comments with little elaboration;[8] (5) expressing confusion at what was depicted in *The Nuke*;[9] (6) going on long unrelated tangents that have nothing to do with the style or substance of *The Nuke*;[10] and (7) playing third-party clips (including TEI clips) uninterrupted for long periods of time without commentary.[11]

The structure of Denims' watch party further emphasizes criticism was ancillary to her primary purpose of hosting a watch party. Denims let substantial portions of *The Nuke* play with little interruption and only provided brief statements

[5] Cmpt., 59:9-12; *see e.g.*, Ex. K at 1:19:11-15, 1:21:00-07, 1:22:12-14, 2:12:02-04, 2:14:55-56, 2:37:05-14, 2:47:57-2:48:03, 3:24:35-3:25:14, 4:24:47-56, 4:31:01-18, 4:52:36-40.

[6] Cmpt., p. 59:13-17; *see e.g.*, Ex. K at 3:19:42-3:20:19, 3:20:24-34, 3:23:35:3:24:14, 3:29:45-3:30:14, 3:37:46-50, 3:38:52-3:39:12, 3:43:41-55, 3:48:13-16, 3:50:15-30, 3:50:44-3:51:03, 4:02:32-35, 4:21:34-50, 4:22:37-52, 4:31:40-53, 4:34:14-44, 4:42:17-19.

[7] Cmpt., p. 59:18-28; *see e.g.*, Ex. K at 1:37:37-43, 1:38:23-33, 1:58:48-50, 2:06:05-08, 2:39:09-45, 2:45:36-46, 3:01:37-48, 4:20:10-32, 4:32:58-4:33:06, 4:35:39-4:36:06, 4:40:58-4:41:07, 4:46:35-38.

[8] Cmpt., p. 60:1-12; *see e.g.*, Ex. K at 1:21:14-40, 1:46:42-50, 2:03:28-30, 2:16-17-18, 2:17:09-15, 2:19:41-2:20:03, 2:41:05-07, 3:46:23-37, 3:59:51-56, 4:30:29-30, 4:43:56-4:44:08, 4:57:40-51, 5:04:58-5:05:23).

[9] Cmpt., p. 60:13-16; *see e.g.*, Ex. K at 1:38:34-1:39:16-55, 1:41:47-1:43:22, 1:46:59-1:48:17, 3:03:21-49, 3:40:15-3:41:28, 4:38:0504:39:40).

[10] Cmpt., p. 62:3-19; *see e.g.*, Ex. K at 1:22:40-1:24:11, 1:25:43-1:35:51, 4:14:35-4:19:36).

[11] Cmpt., pp. 75:9-14, 75:18-76:1; *see e.g.*, Ex. K 2:54:25-2:57:24, 2:22:44-2:29:00.

afterwards. *See e.g.*, Ex. K at 2:13:30-2:23:12, 2:39:50-2:49:52, 2:51:20-3:00:55, 4:39:07-4:46:12.

Case law is clear: to qualify as a fair use, a reaction video must consistently play short clips of the original that are followed by significant and substantial amounts of commentary on the work. *Stebbins v. Alphabet Inc.* provides useful guidance. 2025 WL 2233208 (N.D. Cal. July 2, 2025). The court noted that the defendant played the original video "for ***seconds at a time*** before pausing to respond and critique" the original. *Id.*, *4 (emphasis added). Employing this method, the defendant turned the original "***90-minute*** video" into a "***14 hours*** commentary" on the original. *Id.* (emphasis added). In other words, the ratio of commentary on the work relative to the amount used from the original was ***8.33:1***.

*Hosseinzadeh* emphasizes this point. In the aggregate, the reaction video at issue used "three minutes and fifteen seconds of the five minute, twenty-four second long" original video – *i.e.*, approximately 60% of the original. *Hosseinzadeh*, 276 F.Supp.3d at 40. The reaction video, however, was "almost fourteen minutes long" and "intersperse[d] relatively ***short segments*** of the [original] video with ***long segments*** of ... commentary." *Id.* (emphasis added). In other words, the ratio of original commentary on the work to the amount used from the original was ***3.3:1***.

Denims' watch party of *The Nuke* bears no resemblance to the uses at issue in *Stebbins* and *Hosseinzadeh*.[12] During her watch party, Denims' played (and at times replayed) *The Nuke* for 1:43:24 and everything else (irrespective of whether Denims was commenting on or critiquing *The Nuke* or even speaking) comprised 2:07:51. Ex. K at 1:15:34-5:06:50.[13] In other words, the ratio of "everything else" to *The Nuke* is a paltry ***1.23:1***. Even worse, as demonstrated above, (1) significant portions of the "everything else" comprised of Denims ***not*** commenting or criticizing *The Nuke*; and (2) Denims would frequently let long portions of *The Nuke* play

[12] To further illustrate how Denims' use stands in stark contrast to *Hosseinzadeh*, TEI submitted the two works at issue in that case. RJN, ¶¶ 1-2, Exs. 1-4.

[13] While Denims' broadcast continues after this timestamp, her statements have hardly anything to do with *The Nuke*.

uninterrupted and provide only brief responses. In other words, the true ratio of commentary to the original was ***less*** than the duration of *The Nuke*. This further emphasizes that the ***extent*** of Denims' commentary was insufficient to justify showing *The Nuke* in its entirety immediately upon release.

Further distinguishing *Stebbins* and *Hosseinzadeh* from the present case is the timing of the secondary use. In *Stebbins*, the original work was posted on October 13, 2019 and the secondary work was posted ***nearly two years later*** on September 12 and 15, 2021. 2025 WL 2233208, *1. In *Hosseinzadeh*, the original work was posted on August 11, 2013 and the secondary use was posted ***two and a half years later*** on February 15, 2016. *Hosseinzadeh*, 276 F.Supp.3d at 40; RJN, ¶ 2, Ex. 3. Unlike those cases, Denims' secondary use occurred ***immediately after The Nuke's release*** when public interest and the risk of substitution was at its apex.

Moreover, Denims was keenly aware that her watch parties serve as substitutes for the original. She acknowledged that her watch parties involve "curating" content from YouTube for her audience on Twitch. Cmpt., pp. 11:17-12:16. More damning, Denims admitted that her watch parties serve as substitutes for the original. *Id.*, p. 12:17-27. Therefore, Denims knew and intended her watch party of *The Nuke* to serve as a substitute for the original.

The findings of the 4/29/26 Order reinforce that Denims' purpose was to deprive TEI of views. In determining that TEI made a *prima facie* showing that the H3Snark Mods were contributory liable for Denims' infringement,[14] the Court found that: (1) it "appears that the ***entire purpose*** of watching Denims' watch party was to ***watch TEI's programming in a manner that did not benefit TEI***;" and (2) "the ***entire purpose*** of Denims' watch party was to 'hatewatch' TEI's works ***without giving any benefit to TEI***."[15] 4/29/26 Order, pp. 9:11-10:10 (emphasis added).

[14] The 4/29/26 Order declined to analyze whether Denims' made a fair use of either work at issue in this case. 4/29/26 Order, p. 8:15-22. However, the 4/29/26 Order's findings are probative of the first and fourth fair use factors.

[15] "A hatewatched show is one the viewer genuinely despises but cannot stop watching." 4/29/26 Order, p. 10:2-3.

Finally, Denims' use was highly commercial as evidenced by: (1) advertising her watch party of *The Nuke* beforehand on her stream (and not her critique of it); (2) her statements soliciting subscriptions; (3) the 174 separate instances where she received subscriptions, donations and bits; and (4) running advertisements on her watch party and receiving ad revenue. Cmpt., pp. 48:19-49:9; 76:6-22.

Denims' Motion completely fails to address the points raised above. Instead, she relies on mischaracterizations that are easily refuted by examining the underlying cited material. While TEI will not play whack-a-mole with each mischaracterization, it will highlight the most egregious examples below.

First, Denims claims that TEI admitted her watch party was "highly transformative." Motion, pp. 9:24-10:2. Not only did Denims deny this allegation in her Answer (Dkt. No. 19, ¶ 70), she omits the material parts of the allegation: "Denims ***(albeit infrequently and inconsistently)*** makes a highly transformative use of *The Nuke* [but] [t]he transformative nature of these moments are ***undermined (if not erased) by showing far more of The Nuke than is necessary to achieve this purpose***." Cmpt., pp. 74:21-75:2 (emphasis added).

Second, Denims "summary" of various allegations from the Complaint to claim she commented on *The Nuke* is wildly inaccurate. Motion, 16-6:16. Most egregious is Denims claim the Complaint admits she commented on the Uyghur genocide and Chinese authoritarianism. *Id.*, p. 16:6-7. The Complaint states the ***opposite***: that Denims went on "long and completely unrelated tangents that have nothing to do with the style or substance of *The Nuke*" – including a ten minute "rambling diatribe about: (1) that no one cares about the Uyghurs; (2) western media; (3) the United States is worse than China; (4) falsely stating that disabled Americans lose disability benefits when they get married; (5) incarceration levels in the United States; and (6) the treatment of transgender individuals in the United States." Cmpt., p. 63:3-5, 63:11-16; Ex. K 1:25:43-1:35:51.

Third, Denims' focus on the number of "pauses" during her watch party is

incredibly misleading. Motion, p. 19:3-4. Whether Denims' paused *The Nuke* 211 times (which she does not substantiate) is irrelevant;[16] what she did during those pauses is what is relevant. As demonstrated above, Denims: (1) failed to consistently comment on the style or substance of *The Nuke* and frequently discussed unrelated topics; and (2) failed to consistently provide commentary longer than the prior excerpt shown. Even worse, Denims identifies only seven "notable pauses" (*i.e.*, 3% of the total purported pauses) and still failed to explain how she commented on or critiqued *The Nuke* during those moments.[17] *Id.*, p. 19 fn. 7.

Fourth, Denims misconstrues why the Complaint points out her numerous factual errors. Motion, p. 17:10-23. The Complaint explains that the numerous factual errors show that Denims' primary purpose was – not to critique *The Nuke* – but to provide a watch party of it immediately upon release. If the opposite were true, Denims would have taken the time to watch *The Nuke* beforehand, compile her critiques, substantiate them and only show the portions she intended to critique. Cmpt., pp. 63:19-25; 73:4-8. The reason why Denims failed to do so is clear: she wanted to capitalize on the intense public interest in *The Nuke* by providing a substitute immediately upon release and any criticism was an afterthought.

Finally, Denims' argument that her use was not commercial also fails. Putting aside that her use of *The Nuke* was not sufficiently and consistently transformative to justify her highly commercial use, Denims' claim that the commercial aspects are incidental is easily refuted. Motion, pp. 19:21-20:26. Denims' entire business model

[16] Denims' unauthenticated barcode of pauses is inaccurate and highly misleading because it does not capture: (1) the exact timestamps; (2) whether Denims paused to comment on the style or substance of *The Nuke* or discuss something unrelated; or (3) whether Denims was even speaking at all. Motion, p. 24. Regardless, it still reveals significant portions of Denims' watch party where she played *The Nuke* with little to no interruption.

[17] The seven "notable pauses" warrant closer examination. Not only are the timestamps inaccurately inflated (sometimes materially so), many are only a minute or two in duration, involve Denims' uncritically playing third-party content uninterrupted for several minutes, come after playing long sections of *The Nuke* uninterrupted and/or involve Denims going off on tangents unrelated to the style or substance of *The Nuke*. It is also notable that these seven pauses total approximately 27 minutes – *i.e.*, 21% of time not devoted towards playing *The Nuke* – and highlights the unevenness of Denims' criticism.

relies on the unauthorized commercial exploitation of copyrighted works. Nearly the entirety of Denims' January 31, 2025 stream comprises rebroadcasting third-party copyrighted works with minimal commentary for commercial gain (*see generally* Ex. J-K), the vast majority comprises of rebroadcasting TEI's copyrighted works with minimal commentary.[18] Ex. J beginning at 3:36:47; Ex. K.

Therefore, the first factor weighs against fair use.

### C. The Second Factor Weighs Against Fair Use

The second fair use factor examines "the extent to which [*The Nuke*] is creative and whether it is unpublished." *McGucken*, 42 F.4th at 1161. Even if *The Nuke* "document[s] a real event," it is still "creative because [it is] the product of many technical and artistic decisions." *Id.* Whether a work is published is defined by whether the author exhausted the "right to control the first public appearance" of the work. *Monge*, 688 F.3d at 1178. The mere fact a work is published "does not weigh in favor of fair use." *McGucken*, 42 F.4th at 1162.

Here, the fact that *The Nuke* was released ***one minute prior*** to Denims' watch party does not weigh in her favor. Cmpt., p. 53:1-9; Ex. K. at 1:15:19. To the contrary, Denims' use substantially interfered with TEI's right to control the first public appearance of *The Nuke* because she commenced her watch party before anyone could watch it on their own. Further, while containing numerous documentary and factual elements, *The Nuke* is a creative work because it contains numerous and significant creative elements.[19] Cmpt., 30:1-39:3; Ex. E.

Therefore, the second factor weighs against fair use.

### D. The Third Factor Weighs Against Fair Use

The third factor examines "the quantitative amount and qualitative value of

---

[18] The Motion's "public interest" argument was rejected by the Supreme Court. *Compare* Motion, p. 21, fn. 14 *with Harper*, 471 U.S. at 559.

[19] Denims' citations to the contrary are inapposite. Motion, p. 21:16-21; *SOFA Prods., Inc. v. Dodger Prods.*, 709 F.3d 1273, 1277 (9th Cir. 2013) (seven second clip of Ed Sullivan saying: "Now ladies and gentlemen, here, for all the youngsters in the country, the Four Seasons"; *Righthaven LLC v. Klerks*, 2010 WL 3724897, * (D. Nev. Sept. 17, 2010) (news article).

the original work used in relation to the justification for that use." *McGucken*, 42 F.4th at 1162. Consequently, this "factor circles back to the first factor because the extent of permissible copying varies with the purpose and character of the use." *Id.*

When "the amount used is substantial with respect to the infringing work, it is evidence of the value of the copyrighted work." *Elvis*, 349 F.3d at 630. Indeed, "[c]opying an entire work militates against a finding of fair use." *VHT, Inc. v. Zillow Group, Inc.*, 918 F.3d 723, 744 (9th Cir. 2019). If, however, "the new user ***only copies as much as necessary for his or her intended use***, this factor will not weigh against the new user." *Elvis*, 349 F.3d at 630 (emphasis added).

Here, Denims used the entirety of *The Nuke* but failed to comment on significant and substantial portions of it. Cmpt., pp. 57:13-58:27 (summarizing portions of *The Nuke* Denims failed to address); Section IV.B. Therefore, her use was clearly excessive for any potential critical purpose.

Denims makes a series of bizarre arguments regarding this factor. Denims argues she had to use *The Nuke* in its entirety, otherwise, her critique would have lost context and utility. Motion, p. 23:4-12. Given Denims' failure to critique significant and substantial portions of *The Nuke*, this argument is fallacious on its face. Denims repeatedly admits that her supposed contribution was engaging in "extended tangential discussions" – *i.e.*, discussion completely unrelated to *The Nuke*. *Id.*, pp. 19:2-3, 24:26-27 26:17-18. Further, Denims focus on the number and duration of her pauses relative to playing *The Nuke* backfires. *Id.*, p. 19:2-6 As demonstrated in Section IV.B, the ratio is paltry compared to the 3.3:1 ratio in *Hosseinzadeh* and the 8.3:1 ratio in *Stebbins* and does not take into account Denims' failure to consistently comment on the style or substance of *The Nuke* when she did pause it.[20]

In sum, Denims' commentary would ***not*** have lost "context and utility" if she used a significantly smaller portion of *The Nuke* because "the 'extent' and 'quality

[20] Denims also asserts that she made a "parody" of *The Nuke* but fails to explain how she parodied it. Motion, p. 23:13-20.

and importance'" used from the original was ***not*** "plainly necessary to the commentary and critique." *Cf. Hosseinzadeh*, 276 F.Supp.3d at 46.

### E. <u>The Fourth Factor Weighs Against Fair Use</u>

The fourth factor is "undoubtedly the single ***most important*** element of fair use." *Harper*, 471 U.S. at 566 (emphasis added). "While the first fair use factor considers whether and to what extent an original work and secondary use have substitutable purposes, the fourth factor focuses on actual or potential market substitution." *Warhol*, 598 U.S. at 536 fn. 12.

Indeed, "***harm to the market for the copyrighted work is more important than the purpose for which the copies are made***." *Kadrey v. Meta Platforms, Inc.*, 788 F.Supp.3d 1026, 1035 (N.D. Cal. 2025) (emphasis added). Even when a use is found to be "transformative" (which is not the case here), it does ***not*** "automatically inoculate[]" the use from a "claim of copyright infringement." *Id.* Even transformative works have "***the ability to severely harm the market for the works*** being copied, and thus severely undermine the incentive for human beings to create." *Id.* (emphasis added)

The fourth factor is tied to the other fair use factors. "The first and fourth factors are closely related, as the more copying is done to achieve a purpose that is the same or substantially similar to the original, the more likely it is that the copy will serve as a '***satisfactory substitute for the original***.'" *Hachette Book Group, Inc. v. Internet Archive*, 115 F.4th 163, 189 (2d Cir. 2024) (emphasis added). Further, when "a case involves commercial use, such as here, 'the defendant must rebut that ***presumption*** of market effect.'" *Nat. Fire Protection Assoc., Inc. v. UpCodes, Inc.*, 753 F.Supp.3d 933, 965 (C.D. Cal. 2024) (emphasis added). Also, the "third and fourth factors are interrelated, as the greater the amount and substantiality of the use, 'the greater the likelihood that the secondary work might serve as an effectively ***competing substitute for the original***.'" *Hachette*, 115 F.4th at 187-188 (emphasis added).

The fourth factor "encompasses both (1) the extent of market harm caused by the particular actions of the alleged infringer, and (2) whether unrestricted and widespread conduct of the sort engaged in by the defendant would result in a substantially adverse impact on the potential market for the original and the market for derivative works." *McGucken*, 42 F.4th at 1163. Even when there is "little direct evidence of actual market harm" caused by the secondary use, "to negate fair use," the plaintiff "need only show that if the challenged use should become widespread, it would adversely affect the ***potential*** market for the copyrighted work." *Id.* (original emphasis).

At bottom, the fourth factor "asks ***whether consumers treat a challenged use 'as a market replacement'*** for the copyrighted work[.]" *Nat. Fire*, 753 F.Supp.3d at 965 (emphasis added). The fourth "factor points against fair use when ***a copyist makes copies available that displace demand for copies the copyright owner already makes available or readily could***." *Bartz*, 787 F.Supp.3d at 1031 (emphasis added).

The existence of market harm is overwhelming. As discussed in Sections IV.B-D, (1) Denims made numerous statements expressing her purpose to siphon views from *The Nuke* to herself; (2) the extent of her commentary was insufficient to justify using the entire *The Nuke* immediately upon release; (3) by hosting a watch party of *The Nuke* immediately upon release, there was no opportunity to watch the original before her watch party; (4) Denims' prior statements acknowledging her watch parties serve as market substitutes; and (5) her use was highly commercial, which results in a presumption of market harm.

The H3Snark Mods statements further demonstrate that Denims' watch party served as a market substitute for *The Nuke*. The H3Snark Mods: (1) knew H3Snarkers had an insatiable appetite for TEI's content; (2) knew H3Snarkers wanted to view pirated versions of TEI content to deprive TEI of views and revenue; and (3) provided H3Snarkers pirated versions of TEI content. Cmpt., pp. 17:14-

28:14.

Shortly prior to the release of *The Nuke*, the H3Snark Mods publicly acknowledged that H3Snarkers wanted to watch pirated versions of *The Nuke*. Their highly visible pinned community post stated: "***We have seen a lot of comments about wanting to watch the nuke without showing support for H3***" and provided a list of substitutes, including Denims. Cmpt., p. 40:5-27; Ex. G (emphasis added). Therefore, the H3Snark Mods knew H3Snarkers wanted to watch pirated versions of *The Nuke* and identified Denims as providing a substitute.

On January 31, 2025 (*i.e.*, the day *The Nuke* was released), the H3Snark Mods made two more highly visible pinned community posts. One provided a picture of Denims with a link to her stream entitled: "***DENIMS is LIVE reacting now to today's H3 podcast episode and the 'content nuke' video Ethan is publishing in about an hour***." Cmpt., p. 41:9-16; Ex. I (original and added emphasis). The other linked various creators, including Denims, as a place to watch *The Nuke* instead of the original. Cmpt., pp. 40:28-41:8; Ex. H.

These posts by the H3Snark Mods show they offered Denims' watch party as a substitute for watching *The Nuke* itself. It drove an unprecedented number of viewers to her stream – along with the other individuals on the list who hosted similar watch parties. Cmpt. 50:17-51:12; RJN, ¶¶ 4-7, Exs. 5-8.

The 4/29/26 Order emphasizes this point. If found that TEI did – "not merely allege these facts" but proffered "specific evidence that the [H3Snark Mods] specifically instructed other potential viewers to watch Denims' 'watch party'" to deprive TEI of views. 4/29/26 Order, pp. 9:11-10:10. Further, TEI proffered "credible evidence" the H3Snark Mods "understood" Denims' purpose was to deprive TEI of views and "facilitated this goal by encouraging other people to watch Denims' watch party." *Id.*

Denims' chat dispels any doubt that they viewed her watch party of *The Nuke* as a substitute for the original. Below are screenshots of a ***few*** examples with

timestamps:

Simplemoto: Denims, I'd like to thank you from the bottom of my heart, for being willing sabotage your own algo so we can rob him of 4000 views by you streaming it to us instead

Ex. K at 00:13:14.

drfeltcher: Chat make sure you only watch the content nuke on a stream. Don't give engagement for this. It's what he wants

Ex. K at 00:27:25

proletariatbomb: I appreciate you watching it so i dont have to give ethan a view to wat implode

Ex. K at 00:28:12

supportingorfeeding: It would be funny af if his nuke lost initial viewers because people their reactions to it today

Ex. K at 28:20

[illegible]: Chat watch it with denims don't try to watch it on your own, don't give him

Ex. K at 1:03:57

NorthBoundTrain: dont watch it on h3's channel

Ex. K at 1:14:23

verdanteclipse: Never heard of denims before but I wanted to watch the Ethan crash out wi giving him any views. Denims definitely has star power, no wonder she has more live viewer rn.

Ex. K at 3:05:29

drfeltcher: Chat....remember don't go watch this on Ethan's channel or comment. He hate viewers as well and we shouldn't give them to him

Ex. K at 3:12:26

CtrlSaltEsc: thank you for providing a way to cringe at the video without feeding it a view

Ex. K at 5:08:07

jkmoran99: Thank you for helping us avoid the sin of giving Ethan views

Ex. K at 5:08:57.

When Denims' audience swelled to an unprecedented number of over 40,000 concurrent viewers, her chat commented that the number was uncharacteristic.

Att4ck_Th3_Bl0ck: Did I miss something... are you normally at 39K viewers on your streams?

Ex. K. at 3:47:57.

ChildishNA: 40k on Denims, 9 hour stream whats going on here

Ex. K at 4:11:55

[illegible]: whats with the 40k viewers?

Ex. K at 4:18:43.

Most damning, Denims' chat noted a precipitous drop-off of viewers immediately after *The Nuke* stopped playing (Ex. K at 5:06:22) – *i.e.*, the vast majority of viewers were there to watch *The Nuke* and not her.

iAMcashier: instant drop to 8k viwers

Ex. K at 5:07:03

2terrySD: maybe it wasnt viewbots, the view count fell back to 7k straight after

Ex. K at 5:10:03.

Denims' arguments against market harm are essentially "never mind the man behind the green curtain." She asks this Court to ignore: (1) the statements she made evidencing her purpose to siphon views away from *The Nuke* to herself; (2) that streaming *The Nuke* immediately after its release successfully achieved this purpose; (3) that H3Snarkers wanted to view a pirated version of *The* Nuke, which she provided; (4) the statements from her chat demonstrating that they viewed Denims' watch party as a substitute for the original; and (5) other individuals engaged in the same conduct as Denims. Motion, pp. 26:4-12, 28:6-12. Denims cannot handwave these facts as "conclusory allegations" or simply "implausible." She must confront the fact that she successfully achieved her purpose: to siphon views away from *The Nuke* to herself.

Denims' remaining arguments are equally frivolous. The fact that her watch party was on an "interactive, chat-centric" platform does not create a fundamentally different viewing experience. Motion, p. 27:2-6. Nor did Denims provide sufficient commentary – like in *Stebbins* and *Hosseinzadeh* – to consistently create a fundamentally different viewing experience. *Compare Id.*, p. 20:13-23 *with* Section IV.B; RJN, ¶¶ 1-2, Exs. 2, 4. Nor is this case analogous to *Hughes v. Benjamin*, 437 F.Supp.3d 382 (S.D.N.Y. 2020). Motion, pp. 27:15-28:5.  Unlike that case, it is plainly obvious Denims' viewers were keenly aware of *The Nuke* and wanted to see it – albeit a pirated version. Section IV.B; 4/29/26 Order, pp. 9:11-10:10.

Therefore, the fourth factor weighs against fair use.

## V.    CONCLUSION

For the reasons set forth above, TEI respectfully requests this Court to deny the Motion.

Dated: May 1, 2026                              **HEAH BAR-NISSIM LLP**

By  /s/ Rom Bar-Nissim
ROM BAR-NISSIM
Attorneys for Plaintiff Ted
Entertainment, Inc.

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 561 of 582

**CERTIFICATE OF COMPLIANCE**

The undersigned counsel of record for plaintiff Ted Entertainment, Inc. certifies that this brief contains 6,997 words, which complies with the word limit of L.R. 11-6.1, 11-6.2 and Section G.4 of the Court's Standing Order.

Dated: May 1, 2026

**HEAH BAR-NISSIM LLP**

By /s/ Rom Bar-Nissim
ROM BAR-NISSIM
Attorneys for Plaintiff Ted Entertainment, Inc.

25
OPPOSITION TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS
App. p. 561

Rom Bar-Nissim (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Plaintiff
Ted Entertainment, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TED ENTERTAINMENT, INC., a California Corporation,

Plaintiffs,

v.

ALEXANDRA MARWA SABER f/k/a MARWA TALATT ABDELMONEM p/k/a DENIMS, an individual, and DOES 1-10

Defendants.

Case No.: 2:25-cv-05564-WLH-PD

*Hon. Wesley L. Hsu*

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Action Filed: June 19, 2025

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 563 of 582

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 201 of the Federal Rules of Evidence ("FRE"), plaintiff Ted Entertainment, Inc. ("TEI") respectfully requests that this Court take notice of the following materials:

1. The video entitled *The Big, The BOLD, The Beautiful*, which made a fair use reaction video to the audiovisual work *Bold Guy vs Parkour Girl* in *Hosseinzadeh v. Klein*, 276 F.Supp.3d 34 (S.D.N.Y. 2017). *See* Declaration of Rom Bar-Nissim ("RBN Decl."), ¶ 2(a), Exs. 1-2.

2. The video entitled *Bold Guy vs Parkour Girl*, which was the plaintiff's work in *Hosseinzadeh*. RBN Decl., ¶ 2(b), Exs. 3-4.

3. That the date *Bold Guy vs Parkour Girl* was released to the public was August 11, 2013. RBN Decl., ¶ 2(b), Ex. 3.

4. The complaint filed in the action entitled *Ted Entertainment, Inc. v. Majed et al.* (C.D. Cal. Case No. 2:25-cv-05565-JFW-MAA) ("*Majed* Action") and the allegations contained therein. RBN Decl., ¶ 3; Ex. 5.

5. Exhibit H to the complaint in the *Majed* Action, which is a video file of the watch party at issue in that case (the "Majed Watch Party Video). RBN Decl., ¶ 3; Ex. 6.

6. The complaint filed in the action entitled *Ted Entertainment, Inc. v. Caviness et al.* (W.D. Mo. Case No. 4:25-cv-00459-BCW) ("*Caviness* Action") and the allegations contained therein. RBN Decl., ¶ 4, Ex. 7.

7. Exhibit H to the complaint in the *Caviness* Action, which is a video file of the watch party at issue in the case (the "Caviness Watch Party Video). RBN Decl., ¶ 4, Ex. 8.

8. The April 29, 2026 order (the "4/29/26 Order") by the Honorable Sallie Kim of the Northern District of California denying the motion to quash of the Doe defendants in the miscellaneous action entitled *In re Subpoenas to Reddit, Inc. and Discord, Inc.* (Case No. 3:25-mc-80296-SK) the (the "Motion to Quash

1
PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
OPPOSITION TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS
App. p. 563

Action"). RBN Decl., ¶ 5, Ex. 9.

As set forth in more detail below, these materials are properly subject to judicial notice as they are "adjudicative facts" that are "not subject to reasonable dispute" in that they are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. *See* FRE Rule 201.

## I. <u>DOCUMENTS SUBJECT TO JUDICIAL NOTICE AS PUBLIC RECORDS</u>

It is axiomatic that courts "may take judicial notice of … matters of public record." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 fn. 6 (9th Cir. 2006) (citing *Burbank-Glendale-Pasadena Airport Authority v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998)).

Courts may take judicial notice of "various pleadings filed" with the Court. *Silicon Valley Bank v. New Hampshire Insurance Co.*, 203 F.Supp.2d 1152, 1155 (C.D. Cal. 2002); *see also Endsley v. Luna*, 750 F.Supp.2d 1074, 1084 fn. 2 (C.D. Cal. 2010) (taking judicial notice of six documents filed in the instant action).

Here, Items 2 and 4-9 are all public records as described below.

*<u>The Big, THE BOLD, The Beautiful</u>*: The video file of *The Big, THE BOLD, The Beautiful* was filed with District Court for the Southern District of New York in an action entitled *Hosseinzadeh v. Klein et al.* (Case No. 1:16-cv-03081-KBF) (the "*Hosseinzadeh* Action"). RBN Decl., ¶ 2(a). It was filed as Docket Nos. 52, 55, 84-1 (as Exhibit 1), 87-1. *Id.* Therefore, it is a public record. The video is described in the Court's decision granting summary judgment. *Hosseinzadeh*, 276 F.Supp.3d at 40, 45-46. It is also publicly available on YouTube. RBN Decl., ¶ 2(a). Consequently, the video is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

The video contains adjudicative facts because it was held to have been a fair use reaction video of *Bold Guy vs Parkour Girl*. *Hosseinzadeh*, 276 F.Supp.3d at 45-47. Given the parties' reliance on *Hosseinzadeh*, having the actual video will help the

Case: 26-3513, 05/29/2026, DktEntry: 2.1, Page 565 of 582

Court to contrast the alleged infringing reaction video at issue in this case from the one at issue in *Hosseinzadeh*.

<u>*Bold Guy vs Parkour Girl*:</u> The video file of *Bold Guy vs Parkour Girl* was filed in the *Hosseinzadeh* Action in Docket Nos. 52, 55, 84-1 (as Exhibit 2), 87-2. RBN Decl., ¶ 2(b). Therefore, it is a public record. The video is described in the Court's decision granting summary judgment. *Hosseinzadeh*, 276 F.Supp.3d at 40. It is also publicly available on YouTube. RBN Decl., ¶ 2(b). Further, excerpts of this video were used in *The Big, THE BOLD, The Beautiful*. *See* Ex. 2. Consequently, the video is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

The video contains adjudicative facts because its use in the video *The Big, THE BOLD, The Beautiful* was held to be a fair use. *Hosseinzadeh*, 276 F.Supp.3d at 45-47. Given the parties' reliance on this decision, having the actual video will help the Court to contrast the alleged infringing reaction video at issue in this case from the one at issue in *Hosseinzadeh*.

<u>The Complaint in the *Majed* Action:</u> The complaint was filed in the *Majed* Action as Docket No. 1 (the "*Majed* Complaint") and, therefore, is a public record. RBN Decl., ¶ 3. Consequently, the *Majed* Complaint is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

The *Majed* Complaint is an adjudicative fact because it goes to the fourth fair use factor involving market harm. In determining market harm under the fourth fair use factor, courts examine, *inter alia*, "whether unrestricted and widespread conduct of the sort engaged in by the defendant would result in a substantially adverse impact on the potential market for the original and the market for derivative works." *McGucken v. Ocean Pub. Ltd.*, 42 F.4th 1149, 1163 (9th Cir. 2022). The *Majed* Complaint alleges that the defendant hosted a watch party of TEI's copyrighted work *Content Nuke: Hasan Piker* ("*The Nuke*") immediately upon release. RBN Decl., ¶ 3. This shows that the conduct at issue in this case was duplicated by other individuals

3
PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS
App. p. 565

and resulted in market harm to the original. *Id.*

The Watch Party in the *Majed* Action: The video of the watch party of *The Nuke* at issue in the *Majed* Action was filed as Exhibit H to the Complaint with the Docket No. 1-8 (the "Majed Watch Party Video") and, therefore, is a public record. RBN Decl., ¶ 3. Consequently, the video is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

The Majed Watch Party Video is an adjudicative fact for the same reason that the *Majed* Complaint is an adjudicative fact. RBN Decl., ¶ 3. Further, the Majed Watch Party Video contains the video file of the watch party at issue in the *Majed* Action. *Id.*

The Complaint in the *Caviness* Action: The complaint was filed in the *Caviness* Action as Docket No. 1 (the "*Caviness* Complaint") and, therefore, is a public record. RBN Decl., ¶ 4. Consequently, the document is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

The *Caviness* Complaint is an adjudicative fact for the same reasons as the *Majed* Complaint. RBN Decl., ¶ 4. The *Caviness* Complaint alleges that the defendant hosted a watch party of TEI's copyrighted work *The Nuke* thirteen minutes after its release. *Id.* This shows that the conduct at issue in this case was duplicated by other individuals and resulted in market harm to the original. *Id.*

The Watch Party in the *Caviness* Action: The video of the watch party of *The Nuke* at issue in the *Caviness* Action was filed as Docket No. 1-8 (the "Caviness Watch Party Video) and, therefore, is a public record. RBN Decl., ¶ 4. Consequently, the video is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

The Caviness Watch Party Video is an adjudicative fact for the same reason that the *Caviness* Complaint is an adjudicative fact. RBN Decl., ¶ 4. Further, the Caviness Watch Party Video contains the video file of the watch party at issue in the

*Caviness* Action. *Id.*

The 4/29/26 Order: The 4/29/26 Order was filed in the Motion to Quash Action as Docket No. 45 and, therefore, is a public record. RBN Decl., ¶ 5. Consequently, the 4/29/26 Order is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

The 4/29/26 Order is an adjudicative fact because its findings concern the first and fourth fair use factor. The first fair use factor examines the purpose and character of the use. 17 U.S.C. § 107(1). The fourth fair use factor "asks whether consumers treat a challenged use 'as a market replacement' for the copyrighted work[.]" *Nat. Fire Protection Assoc., Inc. v. UpCodes, Inc.*, 753 F.Supp.3d 933, 965 (C.D. Cal. 2024). The fourth fair use "factor points against fair use when a copyist makes copies available that displace demand for the copies the copyright owner already makes available or readily could." *Bartz v. Anthropic PBC* 787 F.Supp.3d 1007, 1031 (N.D. Cal. 2025). The 4/29/26 Order made several relevant findings that pertain to the first and fourth factor in this case. The relevant excerpt is reproduced below:

> TEI does not merely allege these facts but points to specific evidence that the Doe Defendants specifically instructed other potential viewers to watch Denims' "watch party" as an "ethical" way to watch TEI's programs. [Citation]. In this context, opponents of the Kleins wanted to watch their shows but did not want to give them 'views' on YouTube or other streaming platforms that reward content creators based on their number of viewers. It appears that the entire purpose of watching Denims' watch party was to watch TEI's programming in a manner that did not benefit TEI. [Citation]
>
> TEI's allegations, supported by evidence, create a prima facie claim for contributory copyright infringement against the Doe Defendants. Although it may seem counterintuitive that opponents of the Kleins would want to watch the Kleins' programs, they were engaging in a cultural phenomenon known as "hatewatching"
>
> The Urban Dictionary defines the term "hatewatch" as follows:
>
> A hatewatched show is one the viewer genuinely despises but cannot stop watching. This could be because it is so "important" they feel they have to, because it has enough promise that they hope it gets better, because it's so well-crafted in it's [sic] terribleness that the badness itself is noteworthy, or because they enjoy the adrenaline that

> pure revulsion can bring. Whatever the reason, the hatewatcher can't look away from the trainwreck.
>
> [Citation]. Here, the entire purpose of Denims' watch party was to "hatewatch" TEI's works without giving any benefit to TEI. There is credible evidence that the Doe Defendants understood this goal and facilitated this goal by encouraging other people to watch Denims' watch party.

Ex. 9, pp. 9:17-10:10 (original and added emphasis; footnote omitted).

## II. DOCUMENTS SUBJECT TO JUDICIAL NOTICE AS PUBLICLY ACCESIBLE WEBSITES

"As a general matter, websites and their contents may be proper subjects for judicial notice provided that the party submits a copy of the relevant webpage to the court." *Lakes v. Ubisoft, Inc.*, 777 F.Supp.3d 1047, 1053 (N.D. Cal. 2025) (internal brackets and quotation marks omitted). Here, Items 1-3 are subject to judicial notice as publicly available websites and their contents.

*The Big, the BOLD, The Beautiful*: A reupload of this video is publicly available on YouTube's website at: https://youtu.be/CXUs5FOo-JE?si=gLi8uq9iEbqLMuL_ RBN Decl., ¶ 2(a). A PDF printout of the webpage accompanies the video. *Id.*, Ex. 1. Consequently, the video is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. The video contains adjudicative facts for the same reasons explained in Section I discussing the same video.

*Bold Guy vs Parkour Girl*: This video is publicly available on YouTube's website at: https://youtu.be/Dj4XAYhF0ok?si=7TuEQEXveK7kATLc. RBN Decl., ¶ 2(b). A PDF printout of the webpage accompanies the video. *Id.*, Ex. 3. Consequently, the video is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. The video contains adjudicative facts for the same reasons explained in Section I discussing the same video.

The Date *Bold Guy vs Parkour Girl* was publicly released: On the same

webpage for *Bold Guy vs Parkour Girl*, the description box (when expanded) displays the August 11, 2013 as the date the video was made publicly available. RBN Decl., ¶ 2(b). Consequently, the video is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

The date is an adjudicative fact because it helps illustrate the nearly two and a half year gap between when *Bold Guy vs Parkour Girl* was first made publicly available and the public release of *The Big, the BOLD, The Beautiful* on February 15, 2026. *Hosseinzadeh*, 276 F.Supp.3d at 40; RBN Decl., ¶ 2(b). Given the parties' reliance on the *Hosseinzadeh* decision, the date helps the Court contrast the timing of the reaction video in this case with the use at issue in *Hosseinzadeh.*

## III. CONCLUSION

For the reasons set forth above, TEI respectfully requests this Court to grant its Request for Judicial Notice.

Dated: May 1, 2026

**HEAH BAR-NISSIM LLP**

By /s/ Rom Bar-Nissim
ROM BAR-NISSIM
Attorneys for Plaintiff Ted Entertainment, Inc.

# EXHIBIT 9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**IN RE SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.**

Case No. 25-mc-80296-SK

**ORDER DENYING MOTION TO QUASH SUBPOENAS**

Regarding Docket No. 1

Before the Court is the motion filed by Movant Doe Defendants ("Doe Defendants") to quash subpoenas issued by Ted Entertainment, Inc. ("TEI") to non-parties Reddit, Inc. ("Reddit") and Discord, Inc. ("Discord"). (Dkt. No. 1.) The parties consented to the jurisdiction of the undersigned. (Dkt. Nos. 32–33.) Having carefully considered the parties' papers, relevant legal authority, case record, and oral argument, the Court DENIES Doe Defendants' motion for the reasons set forth below.

**BACKGROUND**

On June 19, 2025, TEI filed a complaint for copyright infringement against Alexandra Marwa Saber f/k/a Marwa Talatt Abdelmonem p/k/a Denims (hereinafter "Denims") and contributory copyright infringement against the Doe Defendants in the Central District of California (the "underlying action"). (Dkt. No. 1-1, Declaration of Leah Rosa Vulić ("Vulić Decl."), Ex. 1 at pp. 78–79.) TEI is a production company that produces online content. (Dkt. No. 16 at p. 7.) TEI releases live broadcasts of "The H3 Show," on YouTube which provide "comedic commentary on current events and public figures." (Dkt. No. 16-2, Declaration of Ethan and Hila Klein at ¶¶ 8–9.) Ethan and Hila Klein (collectively the "Kleins"), the owners of TEI, co-host "The H3 Show." (*Id.* at ¶¶ 7, 9.)

/ / /

United States District Court
Northern District of California

Prior to October 2023, Ethan Klein hosted a political comedy podcast with Hasan Piker. (*Id.* at ¶ 22.) In October 2023, however, a public disagreement commenced between the Kleins and Hasan Piker due to their respective stances on the Israeli–Palestinian conflict. (*Id.*) TEI alleges that a subreddit—titled "r/H3Snark" was created to target the Kleins and TEI content. (*Id.* at ¶ 23.) The Kleins further allege the "r/H3Snark" user base, comprised of former TEI fans, significantly increased following their public disagreement with Hasan Piker. (*Id.* at ¶¶ 21, 23, 38–40.)

TEI alleges that it holds registered copyrights to the following videos: (1) The H3 Show #105: Countdown to Doomsday (the "Countdown Episode"); and (2) Content Nuke: Hasan Piker ("The Nuke"). (Dkt. No. 1-1, Vulić Decl., Ex. 1 at ¶ 2.) TEI alleges that Denims, a defendant in the underlying action, hosted an online "group viewing session" or "Watch Party" of the Countdown Episode and The Nuke to "siphon views and [take potential] revenue away from TEI's copyrighted works." (*Id.*)

TEI further alleges that the moderators of the "r/H3Snark" subreddit comprise Does 1-10 in the underlying action. (*Id.* at ¶ 11.) TEI states that it does not know the true names or exact locations of the Doe Defendants but provides alleged Reddit and Discord usernames of Does Nos. 1-6. (*Id.*) TEI alleges that the Doe Defendants promoted Denims' "watch parties" as an alternative to the TEI's works on the "r/H3Snark" subreddit. (*Id.* at ¶ 3.)

On July 16, 2025, TEI, in the underlying action, requested leave to issue subpoenas to Reddit and Discord to obtain personal identifying information of the Doe Defendants pursuant to Federal Rule of Civil Procedure 45. On July 31, 2025, the District Court in the underlying action granted TEI leave to serve the third-party subpoenas. On August 4, 2025, TEI served the subpoenas on non-parties Reddit and Discord. (Dkt. No. 1-1, Vulić Decl., Exs. 10–11.) The subpoenas, specifically, seek documents and communications containing the personally identifying information of specific Reddit and Discord users. (*Id.*)

/ / /

/ / /

/ / /

United States District Court
Northern District of California

The Doe Defendants move to quash TEI's subpoenas. (Dkt. No. 1.) TEI opposes and the Doe Defendants filed a reply in support of its motion to quash.[1] (Dkt. Nos. 16, 20.) The Court heard oral argument on April 20, 2026. (Dkt. No. 38.)

## ANALYSIS

### I. Legal Standard.

Federal Rule of Civil Procedure 45 governs discovery of non-parties. The scope of permitted discovery under Rule 45 is the same as the scope of discovery permitted under Rule 26(b). *Beaver Cty. Employers Ret. Fund v. Tile Shop Holdings, Inc.*, 2016 WL 3162218, at *2 (N.D. Cal. June 7, 2016) (citing Fed. R. Civ. P. 45 advisory comm's note (1970); Fed. R. Civ. P. 34(a)). Rule 26(b) permits a party to obtain discovery "regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit." Fed. R. Civ. P. 26(b)(1).

A court must protect a nonparty subject to a subpoena if the subpoena "requires disclosure of privileged or other protected matter" or the subpoena "subjects a person to undue burden." Fed. R. Civ. P. 45(d)(3). A court must also limit the frequency or extent of discovery if it determines that: "(i) the discovery sought is unreasonably cumulative or duplicative, or can be obtained from some other source that is more convenient, less burdensome, or less expensive; (ii) the party seeking discovery has had ample opportunity to obtain the information by discovery in the action; or (iii) the proposed discovery is outside the scope permitted by Rule 26(b)(1)." Fed. R. Civ. P. 26(b)(2)(C).

[1] The Doe Defendants filed an administrative motion to submit additional evidence to support their motion to quash. (Dkt. No. 25.) TEI opposed and the Doe Defendants filed a reply. (Dkt. Nos. 28, 30.) The Court DENIES the Doe Defendants' administrative motion because the proffered evidence is not necessary for the Court to decide the Doe Defendants' motion to quash. *See Schumacher v. Airbnb, Inc.*, No. C 15-5734 CW, 2016 WL 7826667, at *7 (N.D. Cal. Nov. 9, 2016) (denying an administrative motion to submit additional evidence because the evidence was not necessary for the court's determination).

United States District Court
Northern District of California

United States District Court
Northern District of California

As relevant here, Rule 45 provides that "the court for the district where compliance is required must quash or modify a subpoena that: (i) fails to allow a reasonable time to comply; (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c); (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or (iv) subjects a person to undue burden." Fed. R. Civ. P. 45(d)(3)(A). "On a motion to quash a subpoena, the moving party has the burden of persuasion under Rule 45(c)(3), but the party issuing the subpoena must demonstrate that the discovery sought is relevant." *Chevron Corp. v. Donziger*, 2013 WL 4536808, *4 (N.D. Cal. Aug. 22, 2013) (internal citation omitted).

**II. Doe Defendants' Motion to Quash.**

The Doe Defendants move to quash TEI's subpoenas on the grounds that (1) they acted in furtherance of their First Amendment right to speak anonymously, and (2) TEI cannot substantiate its claim for contributory copyright infringement against them. (Dkt. No. 1 at pp. 23–33.) The Court addresses the Doe Defendants' arguments in turn.

**A. Digital Millenium Copyright Act § 512(h) Subpoena Legal Standard.**

As a threshold matter, the Court must determine the applicable legal standard. The Doe Defendants argue that the *Highfields* test applies because their right to anonymous speech is protected by the First Amendment where, as here, the nature of their speech is political. (*Id.* at 22–24) (citing *Highfields Cap. Mgmt., L.P. v. Doe*, 385 F. Supp. 2d 969 (N.D. Cal. 2005)). At the motion hearing, TEI explained that it did not issue the subpoenas in question under the Digital Millenium Copyright Act ("DMCA"), 17 U.S.C. § 512(h). Nonetheless, in its opposition, TEI invoked the test outlined in an action involving a subpoena issued under the DMCA—*In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d 868 (N.D. Cal. 2022). (Dkt. No. 16 at p. 13.)

While the DMCA does not apply here, the Court looks to cases applying the DMCA legal standard because the *Highfields* test is not applicable to a copyright action. *Highfields* involved claims for trademark infringement and unfair competition, not copyright law. *See Highfields*, 385 F. Supp. 2d at 972; *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d 875, 882 (N.D. Cal. 2020) (noting that the *Highfields* test "is not well suited for a copyright dispute … because the First Amendment does not protect anonymous speech that infringes copyright."); *Arista Recs.,*

*LLC v. Doe 3*, 604 F.3d 110, 118 (2d Cir. 2010) ("[T]o the extent that anonymity is used to mask copyright infringement or to facilitate such infringement by other persons, it is unprotected by the First Amendment.").

In circumstances involving alleged copyright infringement and the First Amendment right to remain anonymous, "the Ninth Circuit requires a court to consider and weigh both the anonymous speaker's First Amendment interest and the subpoenaing party's need for identifying information." *Barnes v. YouTube, Inc.*, No. 25-CV-05901-VKD, 2026 WL 412470, at *3 (N.D. Cal. Feb. 13, 2026). Specifically, "when adjudicating a subpoena or other request for compelled disclosure that would reveal the identity of an anonymous speaker, a court should (1) notify the speaker and provide them with an opportunity to (anonymously) defend their anonymity; (2) require the party seeking disclosure to make a prima facie showing on the merits of their claim; and (3) balance the equities, weighing the potential harm to the party seeking disclosure against the speaker's interest in anonymity, in light of the strength of the underlying claim." *In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d at 876.

**B. The Application of the DMCA Legal Standard.**

**1. Opportunity of the Anonymous Speakers to Defend Anonymity.**

The parties do not discuss this element in their papers. Because the Court has permitted the Doe Defendants to proceed anonymously, the Court finds that the Doe Defendants' present motion to quash (1) indicates that they received notice of TEI's subpoenas to Reddit and Discord, and (2) serves as a method for the Doe Defendants' to defend their anonymity. *See Barnes*, 2026 WL 412470, at *3 (finding the first DMCA element satisfied because the doe defendant received notice of the subpoena, filed a motion to quash the subpoena, and the court permitted the doe defendant to proceed anonymously).

**2. Prima Facie Case of Denims Copyright Infringement and the Doe Defendants' Contributory Copyright Infringement.**

TEI alleges direct copyright infringement against Denims and contributory copyright infringement against the Doe Defendants. (Dkt. No. 1-1, Vulić Decl., Ex. 1 at ¶¶ 74–87.) The Court addresses each argument in turn.

**a. Denims' Alleged Copyright Infringement.**

To establish a prima facie case of Denims' copyright infringement, TEI must demonstrate: (1) ownership of the copyrighted material, and (2) violation by the accused infringer of at least one exclusive right granted to copyright holders under 17 U.S.C. § 106. *A&M Recs., Inc. v. Napster, Inc.*, 239 F.3d 1004, 1013 (9th Cir. 2001), *as amended* (Apr. 3, 2001), *aff'd sub nom. A&M Recs., Inc. v. Napster, Inc.*, 284 F.3d 1091 (9th Cir. 2002); *see* 17 U.S.C. § 501(a) (infringement occurs when alleged infringer engages in activity listed in § 106). "Among the exclusive rights enjoyed by copyright holders are the rights to reproduce the copyrighted work and to prepare derivative works based on the copyrighted work." *Barnes*, 2026 WL 412470, at *4 (citing 17 U.S.C. § 106(1), (2)).

TEI alleges direct copyright infringement against Denims. (Dkt. No. 1-1, Vulić Decl., Ex. 1 at ¶¶ 74–81.) The Doe Defendants, in response, argue that Denims did not directly infringe TEI's copyrighted works because Denims' use of the Countdown Episode and The Nuke constituted fair use. (Dkt. No. 1 at p. 28.) The Doe Defendants, specifically, argue that Denims' use was transformative, Denims did not supersede the original use, TEI's works are highly factual, Denims' use did not negatively impact the market, and that TEI's "thin" copyrights deserve little protection. (*Id.* at pp. 28–32.)

In response to the Doe Defendants' fair use argument, TEI argues that neither Denims nor the Doe Defendants' use of TEI's works constitute fair use. (Dkt. No. 16 at pp. 14–15.) Regarding Denims' use, TEI asserts that (1) the primary purpose of Denims' Watch Party was to provide a substitute for TEI's works and exploit them for commercial gain; (2) TEI's works contained numerous creative elements; (3) Denims streamed The Nuke in its entirety and the Countdown Episode nearly in its entirety; and (4) Denims' Watch Party served as a market substitute for TEI's works because thousands of individuals watched her Watch Party before they had the opportunity to watch TEI's works. (*Id.* at pp. 15–24.) TEI further argues that the Doe Defendants' use of TEI's works did not constitute fair use because Denims did not provide sufficient commentary on TEI's works in their alleged "inducement posts" on Reddit and Discord. (*Id.* at p. 15.)

/ / /

United States District Court
Northern District of California

United States District Court
Northern District of California

Here, the Court finds that TEI's allegations satisfy the prima facie standard to show copyright infringement by Denims. TEI alleges direct copyright infringement against Denims on the grounds that: (1) TEI owned and registered the copyrights in the Countdown Episode and The Nuke with the United States Copyright Office; (2) Denims accessed the Countdown Episode and The Nuke from TEI's YouTube channels without any license, authorization, or consent from TEI; and (3) Denims' "group viewing session" of the Countdown Episode and The Nuke constituted an unauthorized reproduction, public performance, and derivative work of the Countdown Episode and The Nuke in violation of TEI's rights as set forth in 17 U.S.C. § 106. (Dkt. No. 1-1, Vulić Decl., Ex. 1 at ¶¶ 75–78.) TEI further alleges that the registration numbers for the Countdown Episode and The Nuke, respectively, are PAu 4-257-253 and PAu 4-256-429. (*Id.* at ¶ 38; Dkt. No. 16 at p. 14.)

The Doe Defendants argue that this Court should decide the issue of fair use in the present motion to quash, but this Court must only determine whether TEI has made a prima facie allegation of copyright infringement. To argue that TEI did not make a showing of fair use, the Doe Defendants cite the decision by another District Judge. (Dkt. No. 1 at p. 29) (*citing In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d at 879 ("[t]o make a prima facie case of copyright infringement for the purposes of obtaining a subpoena, then, a party must make a prima facie case that the infringing use did not constitute fair use")). The Doe Defendants apply this law to discuss the merits of fair use. (*Id.* at pp. 29–32)

Normally, fair use is an affirmative defense. *See Tresóna Multimedia, LLC v. Burbank High Sch. Music Ass'n*, 953 F.3d 638, 647–52 (9th Cir. 2020). In the context of a DMCA subpoena, however, a court must consider fair use in analyzing a motion to quash. *See Lenz v. Universal Music Corp.*, 815 F.3d 1145, 1153 (9th Cir. 2016) (holding that "for the purposes of the DMCA—fair use is uniquely situated in copyright law so as to be treated differently than traditional affirmative defenses.") Under the DMCA, a copyright owner must first issue a "take-down" notice to a service provider, which notifies the service provider of the claimed infringement. 17 U.S.C. § 512(c)(3). The notice, in part, must include "[a] statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law." 17 U.S.C. § 512(c)(3)(v).

United States District Court
Northern District of California

Therefore, in the DMCA context, a copyright holder, before sending a take-down notification, must evaluate whether that the allegedly infringing use constitutes fair use. *See* 17 U.S.C. § 512(c)(v); *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d at 886 (noting that a party who served a subpoena under the DMCA "was required to evaluate fair use before sending its take-down [n]otice") (citing *Lenz*, 815 F.3d at 1153)).

In addition, "the [DMCA] subpoena is its own civil case, and the motion to quash is dispositive of the sole issue presented in the case—whether the subpoena should be enforced or not." *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d at 880. In the district court decision cited by the Doe Defendants, the court discussed fair use in the context of a DMCA subpoena. *See In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d at 879–81 (analyzing the fair use factors to find that a copyright owner did not establish a prima facie case of copyright infringement); *see also In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d at 883–87 (addressing fair use to determine whether a DMCA subpoena should be quashed). The structure of the DMCA thus makes it necessary for a court to consider fair use in determining whether to quash a subpoena issued under the DMCA.

In contrast, the Court need not consider fair use in deciding the instant motion to quash a *Rule 45* subpoena. Given the differences between a DMCA and Rule 45 subpoena, the Court declines to analyze the defense of fair use in determining whether TEI has made a prima facie case of contributory copyright infringement. The District Court in the underlying action will determine the issue of fair use. Indeed, a motion for partial judgment on the pleadings regarding whether Denims' use of The Nuke constituted fair use is pending before the District Court in the underlying action. (Dkt. No. 44 at p. 2.) Thus, because that issue will be litigated fully in another forum, there is no need for the Court to address the defense of fair use.

**b. The Doe Defendants' Alleged Contributory Copyright Infringement.**

To establish a prima facie case of the Doe Defendants' contributory copyright infringement, TEI must show that the Doe Defendants: "(1) ha[d] knowledge of [Denims'] infringement and (2) either (a) materially contribute[d] to or (b) induce[d] that infringement." *See Perfect 10, Inc. v. Visa Int'l Serv. Ass'n*, 494 F.3d 788, 795 (9th Cir. 2007); *see also MG Premium*

*Ltd v. Does, No. CV 21-8533-MCS (KKX)*, 2022 WL 3013128 (C.D. Cal. Jan. 18, 2022) (finding that the plaintiff alleged a prima facie case of contributory copyright infringement because the plaintiff alleged the following in its complaint: (1) ownership and registration of the copyrighted work at issue in the case; (2) the defendants knew of the infringing activity; and (3) the defendants actively participated in this infringement by inducing, causing, and contributing to the infringement of the plaintiff's copyright work).

The Doe Defendants contend that (1) TEI cannot show that the "Doe [Defendants] watched Denims' [group viewing session] such that they could know whether [Denims'] use was infringing and not fair use;" and (2) TEI cannot establish that the Doe Defendants induced, caused, or materially contributed to any infringement by "creating a discussion thread, which includes a link to a streamer's channel." (Dkt. No. 1 at pp. 24–28.)

The Court concludes that TEI meets its burden to show a prima facie case of contributory copyright infringement. First, TEI alleges ownership and registration of the copyrighted work at issue in the case. (Dkt. No. 1-1, Vulić Decl., Ex. 1 at ¶¶ 75–76.) Second, TEI alleges that the Doe Defendants knew Denims' "group viewing session" infringed or intended to infringe TEI's copyrighted works and induced, caused, and/or materially contributed to Denims' infringement. (*Id.* at ¶¶ 83–85; Dkt. No. 16 at pp. 24–28.)

TEI does not merely allege these facts but points to specific evidence that the Doe Defendants specifically instructed other potential viewers to watch Denims' "watch party" as an "ethical" way to watch TEI's programs. (Dkt. No. 7, Vulić Decl., Exs. F–G.) In this context, opponents of the Kleins wanted to watch their shows but did not want to give them "views" on YouTube or other streaming platforms that reward content creators based on their number of viewers. It appears that the entire purpose of watching Denims' watch party was to watch TEI's programming in a manner that did not benefit TEI. (*See id.* providing a list of content creators for people to watch The Nuke "without showing support for H3").

TEI's allegations, supported by evidence, create a prima facie claim for contributory copyright infringement against the Doe Defendants. Although it may seem counterintuitive that opponents of the Kleins would want to watch the Kleins' programs, they were engaging in a cultural phenomenon known as "hatewatching."

United States District Court
Northern District of California

The Urban Dictionary defines the term "hatewatch" as follows:

> A hatewatched show is one the viewer genuinely despises but cannot stop watching. This could be because it is so "important" they feel they have to, because it has enough promise that they hope it gets better, because it's so well-crafted in it's [sic] terribleness that the badness itself is noteworthy, or because they enjoy the adrenaline that pure revulsion can bring. Whatever the reason, the hatewatcher can't look away from the trainwreck.

*Hatewatch*, Urban Dictionary, https://www.urbandictionary.com/define.php?term=hatewatch (last visited April 27, 2026) (emphasis in original).[2] Here, the entire purpose of Denims' watch party was to "hatewatch" TEI's works without giving any benefit to TEI. There is credible evidence that the Doe Defendants understood this goal and facilitated this goal by encouraging other people to watch Denims' watch party.

**3. Balance of the Equities.**

If the Court finds that the Doe Defendants' interest in their anonymity extends beyond their alleged contributory copyright infringement, the Court must "balance the equities, weighing the potential harm to the party seeking disclosure against the speaker's interest in anonymity, in light of the strength of the underlying claim." *In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d at 876.

The Doe Defendants argue that balance of equities weighs in their favor because, if "unmasked," the Doe Defendants would face "public exposure, real risks of retaliation[,] actual harm, and the financial and other burdens of defending the Action." (Dkt. No. 1 at pp. 32–33.) The Doe Defendants further contend that TEI fans "have a proven track record of harassing and even doxing people who are critical of [TEI] and Ethan [Klein]" and that "[t]here is also great risk to Does from the myriad of content creators covering these lawsuits and this Motion." (Dkt. No. 20 at p. 17.)

TEI, in response, asserts that the balance of equities weighs in its favor because the Doe Defendants are parties to the underlying action, and, without information about the Doe

[2] The Ninth Circuit periodically uses the website "Urban Dictionary" to provide context for slang terms. *See, e.g.*, *Bikram's Yoga Coll. of India, L.P. v. Evolation Yoga, LLC*, 803 F.3d 1032, 1044 n.13 (9th Cir. 2015).

Defendants' identities, TEI cannot proceed with the underlying action. (Dkt. No. 16 at p. 29.) TEI further argues that it issued the subpoenas in good faith and "no alternative means exist to identify" the Doe Defendants. (*Id.* at pp. 28–29.)

Here, the Court concludes that TEI's need for identifying information outweighs the Doe Defendants' interest in anonymity. TEI seeks information identifying the Doe Defendants so that it can proceed with its claims for contributory copyright infringement against the Doe Defendants. (Dkt. No. 16 at p. 29.) The Doe Defendants are defendants in the underlying action, and without information regarding their identities, TEI cannot identify the Doe Defendants as defendants, properly serve them with process, and ultimately, proceed in the underlying action. *See Barnes*, 2026 WL 412470, at *4 (concluding that the plaintiff's need for disclosure of identifying information of a defendant in the action outweighed the Doe defendant's interest in anonymity); *Cognosphere Pte. Ltd. v. X Corp.*, No. 23-mc-80294-PHK, 2024 WL 4227594, at *8 (N.D. Cal. Sept. 18, 2024) (noting that the identity of an anonymous infringer "is materially relevant, if not critical to the claim, because without the information, [the plaintiff] has no starting point for whom to name as a defendant"). The balance of equities thus weighs in favor of TEI.

**III. Doe Defendants' Request for a Protective Order.**

The Doe Defendants request a protective order allowing disclosure of their identities only to the Court if the Court denies their motion to quash. (Dkt. No. 1 at p. 33.) TEI, in response, argues that a protective order is not warranted in part because solely disclosing the Doe Defendants' identities to the Court "severely hampers TEI's ability to conduct discovery and proceed with the case." (Dkt. No. 16 at p. 30.) The Court DENIES the motion for protective order because TEI must determine the identities of the Doe Defendants in the underlying action against them.

To the extent that the parties have further concerns about disclosure of information about the Doe Defendants, the parties should seek relief from the Central District of California. Until the Doe Defendants appear in the Central District of California, the Court ORDERS the following: Reddit and Discord may respond to the subpoena to TEI only. Additionally, no party may disclose the identities of the Doe Defendants or any other identifying information about the Doe

United States District Court
Northern District of California

Defendants to any individual or entity not a party to this matter. Of course, the District Court in the underlying action may override these protections, once the Doe Defendants make their appearance in that action.

### VI. Doe Defendants' Request for Attorneys' Fees.

In their motion to quash, the Doe Defendants noted that they "reserve their right to seek their attorney's fees and costs." (Dkt. No. 1 at p. 33.) They argue that TEI brought its suit against the Doe Defendants for an improper purpose and that TEI's claims are legally "insufficient." (*Id.*) Because the Court denies the Doe Defendants' motion to quash, they are not entitled to attorneys' fees.

## CONCLUSION

For the foregoing reasons, the Court DENIES the Doe Defendants' motion to quash the subpoenas issued by TEI to Reddit and Discord.

**IT IS SO ORDERED**.

Dated: April 29, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California