Court of Appeal Case No. 26-3513

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

IN RE DOE DEFENDANTS,

*Petitioners and Movant-Defendants*,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

*Respondent*,

TED ENTERTAINMENT, INC.,

*Real Party in Interest and
Respondent-Plaintiff.*

On Petition for Writ of Mandamus to the United States District Court
for the Northern District of California
Case No. 3:25-mc-80296-SK
Hon. Sallie Kim

## SUPPLEMENTAL EXCERPTS OF RECORD, VOLUME II

ROM BAR-NISSIM (SBN 293356)
ROM@HEAHBARNISSIM.COM
Heah Bar-Nissim LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

**Attorneys for Real Party in Interest
Ted Entertainment, Inc.**

1

SER001

## MASTER INDEX TO SUPPLEMENTAL EXCERPTS OF RECORD VOLUMES I-II

| Tab | Description | Date | Docket No. | Volume | Page Nos. |
|---|---|---|---|---|---|
| 1 | Order Requiring Video Filings | 4/20/26 | 40 | 1 | 6 |
| 2 | Ted Entertainment, Inc.'s Notice of Lodging of Flash Drive Containing Video Exhibit of Corrected Exhibit K | 4/20/26 | 39 | 1 | 7-8 |
| 3 | Notice of Questions | 4/15/26 | 37 | 1 | 9-10 |
| 4 | Joint Declaration of Does in Support of Response to Ted Entertainment, Inc.'s Opposition to Does Motion for Administrative Relief Pursuant to Civil Local Rules 7-3 and 7-11 to Submit Additional Evidence in Support of Their Motion to Quash Subpoenas to Reddit, Inc. and Discord, Inc. | 12/18/25 | 30-1 | 1 | 11-17 |
| 5 | Does' Response to Ted Entertainment, Inc's Opposition to Does' Motion for Administrative | 12/18/25 | 30 | 1 | 18-24 |

1

SER002

| Tab | Description | Date | Docket No. | Volume | Page Nos. |
|---|---|---|---|---|---|
| | Relief Pursuant to Civil Local Rules 7-3 and 7-11 to Submit Additional Evidence in Support of their Motion to Quash Subpoenas to Reddit, Inc. and Discord Inc. | | | | |
| 6 | Joint Declaration of Ethan and Hila Klein in Support of Ted Entertainment, Inc's Opposition to the Doe Defendants' Motion for Administrative Relief | 12/15/25 | 28-2 | 1 | 25-153 |
| 7 | Declaration of Rom Bar-Nissim in Support of Ted Entertainment, Inc.'s Opposition to the Doe Defendants' Motion for Administrative Relief | 12/15/25 | 28-1 | 1 | 154-168 |
| 8 | Ted Entertainment, Inc.'s Opposition to the Doe Defendants' Motion for Administrative Relief | 12/15/25 | 28 | | 169-175 |

2

SER003

| Tab | Description | Date | Docket No. | Volume | Page Nos. |
|---|---|---|---|---|---|
| 9 | Declaration of Leah Rosa Vulic in Support of Does' Motion for Administrative Relief Pursuant to Civil Local Rules 7-3 and 7-11 to Submit Additional Evidence in Support of their Motion to Quash Subpoenas to Reddit, Inc. and Discord, Inc. | 12/9/25 | 25-1 | | 176-182 |
| 10 | Does Motion for Administrative Relief Pursuant to Civil Local Rules 7-3 and 7-11 to Submit Additional Evidence in Support of their Motion to Quash Subpoenas to Reddit, Inc. and Discord, Inc. | 12/9/25 | 25 | 1 | 183-246 |
| 11 | Ted Entertainment, Inc.'s Objections to the Doe Defendants' Reply Declaration and Reply Brief | 11/10/25 | 24 | 1 | 247-253 |
| 12 | Joint Declaration of Ethan and Hila Klein in Support of Ted Entertainment, | 10/20/25 | 16-2 | 2 | 260-352 |

3

SER004

| Tab | Description | Date | Docket No. | Volume | Page Nos. |
|---|---|---|---|---|---|
| | Inc.'s Opposition to the Doe Defendants' Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc. | | | | |
| 13 | Declaration of Rom Bar-Nissim in Support of Ted Entertainment, Inc.'s Opposition to the Doe Defendants' Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc. | 10/20/25 | 16-1 | 2 | 353-509 |
| 14 | Order Clarifying In Camera Review | 10/15/25 | 15 | 2 | 510 |
| 15 | Docket Sheet | 7/18/26 | 16 | 2 | 511-516 |

DATED: July 22, 2026      **Heah Bar-Nissim LLP**

By:   */s/ Rom Bar-Nissim*
Rom Bar-Nissim
Attorneys for Real Party in
Interest & Plaintiff-Respondent
Ted Entertainment, Inc.

4

SER005

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** | Case No.  25-mc-80296-SK |
| | **ORDER REQUIRING VIDEO FILINGS** |
| | Regarding Docket Nos. 1, 16 |

Following the Court's motion hearing on April 20, 2026, the Court HEREBY ORDERS Ted Entertainment, Inc. ("TEI") and Movant the Doe Defendants to upload all video exhibits referenced in their papers, including  the correct version of TEI's Exhibit K, by **April 22, 2026** at the following designated link: https://cand.app.box.com/f/12aea34b708b4e63a1ceada8a6731839. The link is provided by the Clerk's office and is only accessible to the undersigned's chambers. Directions regarding the use of the designated link can be found under the "Uploading Digital Exhibits" link on the following page: https://cand.uscourts.gov/attorneys/attorney-practice-resources.

**IT IS SO ORDERED**.

Dated: April 20, 2026



_____
SALLIE KIM
United States Magistrate Judge

SER006

ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK |
| | (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) |
| | **TED ENTERTAINMENT, INC.'S NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO EXHIBIT OF CORRECTED EXHIBIT K** |

SER007

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the instructions of the Honorable Sallie Kim at the April 20, 2026 hearing for the Motion to Quash of Movants/Defendants Does (the "H3Snark Mods"), plaintiff/respondent Ted Entertainment, Inc. ("TEI") hereby lodges with the Court the following material:

> 1.    A flash drive containing the **Corrected Exhibit K** that contains Part 2 of the January 31, 2025 broadcast ("Corrected Exhibit K") of Alexandra Marwa Saber p/k/a Denims ("Denims").

Both TEI and Denims stipulated to the authenticity of the Corrected Exhibit K in the underlying action *Ted Entertainment, Inc. v. Saber et al.* (Case No. 2:25-cv-05564-WLH-PD). *See* Dkt. Nos. 33-34.

**PLEAST TAKE FURTHER NOTICE** that TEI shall serve on counsel for the H3Snark Mods either a flash drive identical to that described above.

Dated: April 20, 2026                           **HEAH BAR-NISSIM LLP**

                                    By  /s/ ROM BAR-NISSIM
                                        ROM BAR-NISSIM
                                        Attorneys for Respondent/Plaintiff Ted
                                        Entertainment, Inc.

---

1

TED ENTERTAINMENT, INC.'S NOTICE OF LODGING OF FLASH DRIVE CONTAINING VIDEO EXHIBIT
OF CORRECTED EXHIBIT K

SER008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No. 25-mc-80296-SK |
| | **NOTICE OF QUESTIONS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING QUESTIONS FOR THE HEARING SCHEDULED FOR APRIL 20, 2026 at 9:30 A.M. VIA PUBLIC ZOOM WEBINAR.

The Court intends to address the questions below at the hearing. The Court advises the parties that it will not accept written answers to the questions. The parties shall be prepared to address the following questions at the hearing:

(1) *This question is directed to Ted Entertainment, Inc. (hereinafter "TEI")*: The Digital Millennium Copyright Act ("DMCA") provides a procedure through which copyright holders may subpoena internet service providers for information identifying an alleged copyright infringer. *See* 17 U.S.C. § 512(h). Did TEI issue the subpoenas pursuant to the DMCA? Why or why not?

(2) *This question is directed to both parties*: If the subpoena was not issued pursuant to the DMCA, why did the parties discuss case law applying the DMCA legal standard instead of Federal Rule of Civil Procedure 45?

(3) *This question is directed to both parties*: Did the creation of the ability to use a DMCA subpoena to find an anonymous infringer negate a party's ability to seek a Rule 45

SER009

United States District Court
Northern District of California

subpoena for the same information?

(4) *This question is directed to both parties*: The parties appear to be arguing the merits of Denims' alleged copyright infringement and the Doe Defendants' alleged contributory copyright infringement.  Why does the Court not only have to find that TEI made a prima facie case for copyright infringement and contributory copyright infringement to decide the Doe Defendants' motion to quash?  The parties should be prepared to support their positions with relevant case law.

(5) *This question is directed to both parties*:  How are the facts of this distinguishable from those in *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d 875 (N.D. Cal. 2020) and *Barnes v. YouTube, Inc.*, No. 25-CV-05901-VKD, 2026 WL 412470 (N.D. Cal. Feb. 13, 2026)?

(6) *This question is directed to both parties*:  If the alleged infringer, here the Doe Defendants, allegedly infringed copyrights but also commented without copyright infringement, should the Court then apply the *Highfields* test as Judge Chhabria did in *In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp. 3d 868 (N.D. Cal. 2022)?

(7) Are the facts undisputed that I can make a determination of fair use?

**IT IS SO ORDERED**.

Dated: April 15, 2026



_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California

2

SER010

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** | Case No. 3:25-mc-80296-SK<br><br>(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)<br><br>**JOINT DECLARATION OF DOES IN SUPPORT OF RESPONSE TO TED ENTERTAINMENT, INC.'S OPPOSITION TO DOES' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULES 7-3 AND 7-11 TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |

Case No. 3:25-mc-80296-SK

**JOINT DECL OF DOES ISO RESPONSE TO TEI'S OPP TO MTN FOR ADMIN RELIEF**

SER011

We, Does, do hereby declare:

We swear under penalty of perjury the following is true, and based upon our personal knowledge, unless otherwise stated. If called to testify, we could and would do so competently.

1.     Plaintiff's improper filing in response to our Administrative Motion reveals a blatant sense of entitlement—both on the part of Plaintiff and Plaintiff's counsel—to dictate the terms of our defense of constitutionally protected speech as anonymous online critics.

2.     The filing reinforces our legitimate concern that Plaintiff intends to use their considerable resources to drag this case out, dox us, and launch additional baseless lawsuits designed to inflict further financial harm on us. (Doe Decl. [D.E 8] *passim*; DRD [D.E. 23] ¶¶22.3, 23-24.1, 26.1, 31-31.1, 37, 50-50.1, 51.1.)

3.     Plaintiff's disregard for procedural rules demonstrates a belief that those rules bind us, but not them. This selective approach to legal accountability reflects a broader pattern of TEI's malicious, abusive conduct toward us and other critics. This has been explicitly demonstrated by the fact that Plaintiff and Plaintiff's counsel have both previously disseminated critics' private and identifying information in pleadings related to our motion to quash. (DRD [D.E. 23] ¶51; RBN Decl. [D.E. 16-1] Exs. 60, 68; JKD [D.E. 16-2] ¶49.)

4.     Moreover, the filing directly contradicts the very premises on which our participation in these lawsuits rests. Plaintiff's counsel now insists that they have never alleged any collaboration or conspiracy between us and Denims, Frogan, or Kaceytron. (TEI Opp. to Admin. Mot. [D.E. 28] 4:22-25.) Yet earlier pleadings from the same counsel explicitly assert such connections. (Denims Compl. [D.E. 7, Ex. 1] 40:25-26, 51:23-27, 75:20-22; Frogan Compl. [D.E. 7, Ex. 3] 40:1-4, Kaceytron Compl. [D.E. 7, Ex. 4] ¶43.) If, as they now claim, there was no alleged link between us and the creators accused of directly infringing TEI's content, then there was no factual, theoretical, or logical foundation for any allegation of contributory copyright infringement against us. In short, Plaintiff's counsel has demonstrated that our involvement in these lawsuits bears no relation to any alleged copyright violation, thereby undermining the entire basis of their claims against us.

5.     Despite unequivocal testimony that we are neither moderators nor participants on r/LeftoversH3. (Doe Decl. [D.E 8] ¶¶66, 70, 81, 146, 280, 295; DRD [D.E. 23] ¶¶33-34.) Plaintiff

KRONENBERGER ROSENFELD

continues to conflate activity on that subreddit with the defunct r/h3snark subreddit—a community that has been totally inactive since May 2025. On-air conversations on the H3 Podcast confirm that Ethan and other TEI employees are fully aware of r/h3snark's inactivity, yet Plaintiff persists in misleading the Court by merging the two subreddits. This deliberate misrepresentation appears intended either to create a pretext for future litigation or to silence an even broader body of critical speech aimed at TEI. In all three Complaints, Plaintiff admits to their initial "plans to pursue legal action against [us] for harassment" (in which we had no involvement, as we have stated repeatedly), making it impossible for us to trust that our private, identifying information will be used exclusively for these filings. (Denims Compl. [D.E. 7, Ex. 1] 27:3-4, Frogan Compl. [D.E. 7, Ex. 3] 27:2-3, Kaceytron Compl. [D.E. 7, Ex. 4] p. 24.) Plaintiff's tactics amount to a financially abusive strategy to intimidate anonymous critics rather than a good faith effort to enforce copyright.

6. Plaintiff **offers no evidence linking any of the users identified in Exs. 106-107 to h3snark moderators.** They cannot provide evidence because **Dart0is (or any of the users identified in their "new evidence" at D.E. 28-1, Exs. 106-107) are not and were never moderators of the h3snark Subreddit.**

Plaintiff admits that in response to discovery, the single communication Denims produced allegedly (but not actually) related to an h3snark moderator is the communication at Ex. 106. However, as stated above, this person was never an h3snark moderator. Thus, the only "evidence" produced in the Denims discovery consists of communications with a person who was never an r/h3snark moderator and to whom Denims *never even responded*. (D.E. 28-1, Exs. 106-107.) This provides no factual basis for *any* coordination between Denims and us, and the complete absence of joint communications, actions, and/or planning proves there was no conspiracy or collaborative effort to infringe on TEI's copyrights. Consequently, TEI cannot produce any evidence of collusion between Denims and us because *none exists*; Plaintiff has just proven that the contributory claims against us are *and have always been* completely meritless.

We never instructed, encouraged, or knew of *any* r/h3snark users contacting Denims or any other creator regarding the works at issue or for any other reason. **We had no knowledge—and could not possibly have had knowledge—of any r/h3snark users privately communicating**

Case No. 3:25-mc-80296-SK

2

**JOINT DECL OF DOES ISO RESPONSE TO TEI'S OPP TO MTN FOR ADMIN RELIEF**

SER013

KRONENBERGER ROSENFELD

**with Denims or** *any other creator***.** Plaintiff's expectation that unpaid, volunteer moderators omnisciently police every r/h3snark user's online activity is unreasonable and unattainable. We believe the record shows Plaintiff is conducting a fishing expedition for the identities of perceived enemies, rather than protecting any legitimate copyright interests.

7. Plaintiff alleges, without any supporting evidence, that we "manipulated" Exs. 100, 101 to mislead the Court. (TEI Opp. to Admin Mot. JKD [D.E. 28-2] ¶¶7(a)-(c), 8(a)-(h).) As per Vulić Admin Decl. [D.E. 25-1] ¶7, we submitted "selections [that] reflect a range of user commentary" from "various social media" platforms. Each is cited with a direct hyperlink; we cropped out engagement metrics because they are ultimately irrelevant. As per Vulić Admin Decl. [D.E. 25-1] ¶8, we never suggested the ModMail messages we received were from r/h3h3productions users, but stated that the "messages, posts, and comments [submitted] reflect a range of user communications that are intended to intimidate, harass, or otherwise pressure [us]" with respect to these lawsuits. Any purported issues with ModMail screenshots appear to stem from a formatting error that occurred when converting the Word document into which the screenshots were copied and pasted to a PDF.

TEI's baseless accusations about evidence "manipulation" are theatrical distractions intended to generate interest in the H3 Podcast. Throughout this litigation, we have maintained that the lawsuits are a desperate effort to revive a waning show and to stage a PR campaign that gains an illusion of legitimacy by appearing in federal court. As private citizens, we have been thrust into an expensive, unjust, and disturbingly hostile publicity war orchestrated by TEI, disguised as three copyright disputes.

8. Plaintiff's promises not to disclose, broadcast, or otherwise share our identities (TEI Opp. to Admin Mot. JKD [D.E. 28-2] ¶¶2, 3(a)-(g))[1] carry little weight in light of their extensive, documented history of threatening and harassing us and inciting others to do so as well. (Doe Decl. [D.E 8] *passim*; Reply Exs. [D.E. 23] 86, 89; DRD [D.E. 23] ¶¶21.1-28, 30, 37, 42-43, 45-51.1, 54.)

[1] Ethan and Hila's attempt to offer the Merriam-Webster definition of "dox" to justify or explain their actions ignores that doxing is a violation of Cal. Civ. Code §1708.89, and the definition does not require that information disclosed be "private," just that it be personally identifying.

Case No. 3:25-mc-80296-SK

3

**JOINT DECL OF DOES ISO RESPONSE TO TEI'S OPP TO MTN FOR ADMIN RELIEF**

SER014

KRONENBERGER ROSENFELD

During the initial August 2025 meet-and-confer before we filed the instant motion to quash, Plaintiff's counsel offered to our counsel assurances that the litigation would proceed civilly. At the time of the meeting, Ethan was live on the H3 Podcast, issuing threats to "feast on the ashes" of our ruined lives, gloating about the exorbitant costs of fighting these subpoenas, declaring that financially ruining us is his "dream come true," and mocking us for retaining counsel. (Doe Decl. [D.E 8] ¶¶175, 256; DRD [D.E. 23] ¶¶21.1-21.3.2; Vulić Decl. [D.E. 7] Ex. 22.) These and other contradictory statements demonstrate that Plaintiff's overtures of civility are merely rhetorical, masking a pattern of intimidation and malicious conduct that directly targets the very individuals they claim they will protect (only if forced to by this Court, as they oppose a protective order completely). The dissonance of formal assurances with on-the-record threats undermines any credibility Plaintiff might claim and reinforces the conclusion that the litigation is being used as a tool of harassment rather than a genuine effort to resolve a legitimate copyright dispute.

9.      Plaintiff's counsel has shown a disregard for protecting the private and identifying information of others throughout these pleadings. (*See* ¶3 above.) He has erroneously attributed posts "attacking [him] in [his] professional capacity" to us and r/h3snark, ignored our sworn declarations that we have never posted on or moderated r/LeftoversH3, and threatened a former r/h3snark user with litigation unless they surrendered every piece of information they possessed about us. (RBN Decl. [D.E. 16-1] ¶¶22, 30 and fn. 22; Exs. 58, 60.) We believe the record shows that only a complete quash of the subpoenas can protect us, our loved ones, associates, and peers from the irreparable, immeasurable harm that unmasking would inevitably inflict.

10.      Plaintiff's counsel acknowledges an enormous public interest—instigated only by Plaintiff, for actions unrelated to copyright and in fact not done by us—in exposing our identities (TEI Opp. to Mot. to Quash [D.E. 16] 25:23-24; TEI Opp. to Admin Mot. [D.E. 28] 5:17-18), validating our fears that unmasking would unleash an overwhelming wave of hostility onto us, our families, friends, colleagues, classmates, and broader social networks. (Doe Decl. [D.E 8] *passim*; DRD [D.E. 23] ¶¶22.3, 23-24.1, 26.1, 31-31.1, 37, 50-50.1, 51.1.) His interest in revealing who we are, coupled with a disregard for the safety, security, and privacy of private citizens (*See* ¶¶3, 9 above), comes across to us as an eagerness to help Plaintiff mobilize an online mob against us, and

Case No. 3:25-mc-80296-SK                                    **JOINT DECL OF DOES ISO RESPONSE TO**

4                    **TEI'S OPP TO MTN FOR ADMIN RELIEF**

SER015

we therefore ask the Court to quash these subpoenas in full, rather than rely on AEO protections.

11.   Plaintiff's assurances that they will tell their fanbase not to harass or dox us (JKD [D.E. 16-2] ¶¶4, 5, 5(a)-(c); TEI Opp to Admin Mot. JKD [D.E. 28-2] ¶¶2, 3, 3(a)-(f)) are unconvincing and expose the willful blindness of TEI toward the attacks carried out by their followers, supporters, and allies, including on their own subreddit r/h3h3productions. (Doe Decl. [D.E 8] ¶¶84-89, 93-94.2, 150-151, 160-161, 173, 202, 258, 260-261, 285, 297; DRD [D.E. 23] ¶¶28, 46.1, 57; Exs. 76, 87, 89, 91, 93-94.) Their filings demonstrate that they cannot be trusted to honor such promises. Ethan Klein has spent countless hours constructing a tacit permission structure that enables his audience and allies to target perceived "enemies of the show" regardless of any injunctions he later issues. Consequently, Plaintiff's assurances are hollow; they know their directives have little practical effect. This is why we sought the Court's permission to admit both the "Apology Video" and the ensuing public reactions as evidence of the overwhelming risks to our privacy, security, and safety, and of those close to us, in our Administrative Motion.

12.   Plaintiff's improper filing is merely one episode in a sustained campaign to silence criticism. (Doe Decl. [D.E 8] ¶¶46-46.2.1, 81, 95-97, 101, 103, 150, 162, 165, 167, 179, 206; DRD [D.E. 23] ¶¶3, 5, 29, 40, 50.1, 60-61.) Relying on demonstrably false allegations and lacking any concrete evidence of wrongdoing, Plaintiff has leveraged their massive online platform to manufacture consent to and incite others to harass, cyber-stalk, and dox us for moderating a subreddit where former fans critiqued and aired grievances about public figures and a once-beloved show. At its core, these suits aim to assign the weight of contributory copyright infringement for sharing lawful links to criticism in a thinly veiled attempt to chill free expression, censor dissenting speech, and entertain a sycophantic audience by threatening the lives and livelihoods of ordinary, private individuals.

13.   We did not intend to file this brief, nor do we wish to continue a costly back-and-forth with a Plaintiff who has openly stated an intent to inflict financial harm on us. However, we felt compelled to respond because Plaintiff attempted to introduce evidence that had never been disclosed to us prior to the public filing and that Plaintiff appears to be misrepresenting—whether intentionally or through negligence—to the Court.

Case No. 3:25-mc-80296-SK   5   **JOINT DECL OF DOES ISO RESPONSE TO TEI'S OPP TO MTN FOR ADMIN RELIEF**

SER016

14.    Accordingly, we respectfully request that the Court quash these predatory, overbroad subpoenas in their entirety, shift our attorney's fees to hold Plaintiff accountable for the financial damages already incurred, and affirm its duty to protect the civil liberties and First Amendment rights of not only us, but of all online critics.

We declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

DATED: December 18, 2025                    By:        s/ Does         
                                       Does

**KRONENBERGER ROSENFELD**

SER017

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No. 3:25-mc-80296-SK |
| | (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) |
| | **DOES' RESPONSE TO TED ENTERTAINMENT, INC.'S OPPOSITION TO DOES' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULES 7-3 AND 7-11 TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |

Case No. 3:25-mc-80296-SK

**DOES' RESPONSE TO TEI'S OPP TO MTN FOR ADMIN RELIEF**

SER018

Does respectfully request the Court consider this brief response to TEI's opposition to Does' motion for administrative relief, TEI's improper submission of additional evidence without court approval, and TEI's improper request for affirmative relief in its Opposition. [D.E. 25, 28-29.]

## INTRODUCTION

In its Opposition [D.E. 28-29], TEI (without seeking the Court's permission) boldly attempts to introduce new evidence which Does *had never seen* until TEI's filing—because Does had absolutely no involvement with it. [D.E. 28-1, Exs. 106-107, etc.]. TEI also blatantly and baselessly accuses Does of lying to this Court, and improperly requests affirmative relief in an opposition. TEI offers this unapproved "evidence" in its submission to which Does are not, under the Local Rules, technically permitted to reply. This brazen gamesmanship is disrespectful not only to Does, but to this Court and its Rules, and greatly prejudices Does. Does thus request that the Court strike TEI's improper and unauthorized evidence and deny its request for leave to file a sur-reply.

## RESPONSE

### A.    Does' administrative motion was proper.

Does' administrative motion was proper to request its relief. Administrative motions are used for miscellaneous matters, not otherwise governed by a federal statute, Federal Rule, local rule, or standing order of the assigned Judge. L.R. 7-11. L.R. 7-3(d) provides that a party cannot submit supplemental material after a reply without court approval, but does not specify the procedure for obtaining court approval. Since L.R. 7-3(d) is silent on the procedure, an administrative motion is a proper method. TEI's reliance on *Tri-Valley CAREs v. U.S. Dep't of Energy*, 671 F.3d 1113, 1131 (9th Cir. 2012) is inapposite. In that case, the Ninth Circuit affirmed the denial of an administrative motion not because it was an improper vehicle to request augmentation of the record, but because the moving party failed to include a stipulation or declaration pursuant to L.R. 7-11(a). Here, Does followed Local Rule 7-11. All of TEI's other authority is similarly inapplicable here.

### B.    Does' evidence is directly relevant.

TEI argues that Does "are attempting to refute an argument that TEI never made," i.e., "evidence there was no conspiracy to siphon views away from TEI's copyrighted works." [D.E. 28 at 4:22-25.] TEI is wrong. A conspiracy or collusion to coordinate views away from TEI is *the entire*

Case No. 3:25-mc-80296-SK

1

**DOES' RESPONSE TO TEI'S OPP TO MTN FOR ADMIN RELIEF**

SER019

*basis for TEI's claim*; without this, there is no contributory infringement. (Denims Compl. [D.E. 7, Ex. 1] at 40:25-26, 51:23-27, 75:20-22; *see also* Doe Admin Decl. ¶4.] Thus, evidence of *no collusion* is directly relevant.

Further, TEI's belated and irrelevant attempts to *manufacture* evidence of collusion through unverified statements of unrelated third parties, simply show its desperation and *lack* of evidence.

**C.      TEI's request for leave to file a sur-reply should be denied.**

TEI's request for *affirmative relief* to file a sur-reply, in its Opposition [D.E. 28 at 2:24-28], is impermissible. *See Benedict v. Hewlett-Packard Co.*, No. 13-CV-00119-BLF, 2016 WL 1213985, at *2 n.2 (N.D. Cal. Mar. 29, 2016) (an opposition is not an appropriate vehicle for seeking affirmative relief); *Frank v. Wells Fargo Bank, N.A.*, 620 F. Supp. 3d 1024, 1028 (C.D. Cal. 2022) (party cannot seek affirmative relief through an opposition brief, citing Fed. R. Civ. P. 7(b)(1)).

If TEI wanted to seek leave to file a sur-reply and offer new evidence, it should have filed a motion seeking such relief. But it has no basis for a sur-reply—the evidence submitted in Does' Reply [D.E. 20-21, 23] directly responded to TEI's evidence in its opposition [D.E. 16-17].

TEI has always had the burden of proof. It cannot now complain that it failed to produce evidence of its claim in: 1) its complaint, 2) a motion to unmask anonymous speakers supported by competent evidence in *any one* of its cases[1], or 3) its opposition. TEI now attempts to introduce, without court permission [*see* L.R. 7-3(d)], "evidence" which is completely irrelevant.

Does offered no new substantive argument in support of their motion to quash in their administrative motion. [D.E. 25.] In contrast, TEI's Opposition is an improper attempt to 1) submit evidence the Court has not given permission to introduce, 2) affirmatively request relief to file a sur-reply, 3) while effectively precluding Does from responding. *See* L.R. 7-11(c) (administrative motion deemed submitted for immediate determination without hearing the day after the opposition is due).

TEI's request should be denied.

---

[1] TEI did not seek substantive court review before issuing its subpoenas. It only submitted a stipulation one of the defendants agreed to. *See Best W. Int'l, Inc. v. Doe*, 2006 WL 2091695, at *4 (D. Ariz. July 25, 2006) (courts typically require some showing before unmasking); *Columbia Ins. Co. v. seescandy.com*, 185 F.R.D. 573, 580 (N.D. Cal. 1999) (plaintiff should file a request for discovery with the Court before seeking identities of anonymous speakers); *see also* D.E. 1 pp. 13-15.

Case No. 3:25-mc-80296-SK                              2              **DOES' RESPONSE TO TEI'S OPP TO MTN FOR ADMIN RELIEF**              SER020

**D.      The court should strike TEI's Opposition and "evidence" in its entirety.**

TEI's never-before-seen "evidence" is not court authorized, and shows its clear attempt to "get in the last word," without allowing *Does* an opportunity to respond, despite its claim that this is what Does attempt to do. [D.E. 28 at 2:14-15.] This Court should strike the declarations of Rom Bar-Nissim and Ethan and Hila Klein [D.E. 28-1 and 28-2] and attached exhibits in their entirety as unauthorized supplemental authority and evidence. *See* L.R. 7-3(d).

**E.      TEI's "evidence" is not relevant—and also not what TEI claims.**

TEI continues to misrepresent "evidence" to fit its narrative. All this does is show that TEI has come forth with no competent evidence of its claim at all.

**1.      Dart0is was never an h3snark mod.**

TEI attempts to introduce evidence (without permission) that Discord user "Dart0is" purportedly wanted to siphon views away from TEI's broadcast of *Nuke*, and apparently posted about it in Denims' Discord server. [D.E. 28 at 5:2-13; D.E. 28-1 ¶19.] TEI further alleges that Dart0is was an h3snark mod. *Id.* The problem is that TEI offers no evidence that Dart0is was an h3snark mod—and, indeed, **this user *never was* an h3snark mod**. (Doe Admin Decl. ¶6.) TEI's own "evidence," on its face, does not establish that Dart0is was an h3snark mod, that any other users in the alleged communications were h3snark mods, or that they acted on behalf of Does (the actual h3snark mods). [D.E. 28-1 Exs. 106-107.] Neither Dart0is, nor anyone else in these conversations, states they are an h3snark mod. *Id.* Does deny the baseless accusations that any of these users were ever h3snark mods.[2] (Doe Admin Decl. ¶6.)

TEI's "evidence" further shows that Denims never responded to whomever this person was (not a mod), showing *lack* of collusion. [D.E. 28-1, Exs. 106-107.] Indeed, there is no indication that Denims ever *saw* these messages. [D.E. 28-1 Exs. 106-107, p. 13 (Dart0is stating "See Denim, Im [sic] thriving even if you ignored me!").] Further, TEI tellingly does not include copies of the actual discovery requests it served, and Denims' written responses and objections to them. Without

---

[2] TEI's repeated accusations that Does lied to the Court [*e.g.*, D.E. 28 at 5:12-13, *see also* D.E. 28-2 ¶¶7-8 (*cf.* Doe Admin Decl. ¶7); D.E. 16-1 fns. 43-45], based on TEI's own misrepresentations, are not evidence and should be stricken. TEI does not *like* Does' evidence, because it doesn't support TEI's theory. This doesn't mean Does are lying. It just means TEI is wrong.

these, TEI has not shown the particular request this document is in response to, that Denims herself classified "Dart0is" or any of the other users as an h3snark mod, or how Denims would even know who h3snark mods were. TEI just expects the Court to take it at its word that these documents identify communications between an h3snark mod and Denims. On their face, they do not; and based on evidence from Does, they do not. (Doe Admin Reply ¶6.) TEI simply offers its own interpretation of this "evidence," which the evidence itself contradicts.

TEI cannot simply keep identifying anonymous users and *baselessly accusing* them of being h3snark mods in attempts to make a prima facie showing of its claim of contributory infringement to unmask Does.[3] Further, what any random subreddit user did in private, without ratification or approval—or even knowledge—by Does, or Denims [D.E. 28-1 Exs. 106-107; Doe Admin Decl. ¶6], does not impose liability *on Does*. Despite now conducting discovery with Denims, TEI *still* has not produced *any* evidence that a *moderator* of the h3snark Subreddit—or any of the accounts TEI names in its Subpoenas—colluded with any creator. TEI admits that even after discovery with Denims, all it found was a "single communication," which isn't even from an h3snark mod. (Doe Admin Decl. ¶6.) TEI hasn't met its burden of introducing competent evidence of its claim, despite all its chances, and it has now proven that **it can't**. Enough is enough.

**2.      TEI continues to conflate any critics (including LeftoversH3) with h3snark.**

TEI's "evidence" about "vicious and hateful abuse and harassment" TEI allegedly suffered [D.E. 28-2 ¶10 & Exs. 115-119] is not relevant. It has nothing to do with copyright infringement. Further, it is not based on actions by Does (h3snark mods), or any conduct on the h3snark Subreddit (which has been completely inactive since before these lawsuits were filed). (Doe Admin Decl. ¶5.) Instead, the conduct TEI complains about (irrelevant to copyright) occurred on a completely separate subreddit, https://www.reddit.com/r/LeftoversH3/, or by individuals with no connection to Does at all. [D.E. 28-2 Exs. 115-119; Doe Admin Decl. ¶5.] TEI's "evidence"—completely unrelated to Does—continues to show that it seeks redress for perceived reputational harms and

---

[3] Indeed, TEI's obvious attempt to throw spaghetti at the wall and see what sticks is *already* an improper fishing expedition trying to get Does to confirm or deny who the h3snark mods even are. *See also* D.E. 20 at 13:3-24. Does contend TEI specifically chose not to identify mods from the Subreddit itself, so it could cast as wide a net as possible in its unmasking subpoenas.

Case No. 3:25-mc-80296-SK

4

**DOES' RESPONSE TO TEI'S OPP TO MTN FOR ADMIN RELIEF**

SER022

alleged harassment not attributable to Does. If the court considers this evidence, it should consider it as evidence that TEI is using these lawsuits—and in particular its motion to quash filings—to avenge purported reputational harms.

**3.    TEI's assertions are not credible.**

TEI's promises of good faith and non-disclosure [D.E. 28-2 ¶¶2-3)] are disingenuous. (Doe Admin Decl. ¶¶2, 8-12.) TEI has threatened to sue Does for harassment and defamation, many times, but knows it cannot because of Section 230 and California's anti-SLAPP protections, so it "formulated a plan…to trap" Does into copyright lawsuits to subpoena their identities. Honoring TEI's pretext will only create precedent for copycat copyright infringement suits by the wealthy and politically powerful to unmask critics, dox them, and bury them in legal filings.

**F.    TEI has not shown why it couldn't have introduced its "evidence" in its opposition.**

TEI's "evidence" of comments in Denims' Discord server should have been introduced in its opposition [D.E. 16]. TEI served discovery requests on Denims on August 22, 2025. [D.E. 7 at pp. 539-548, 544] (Joint Rule 26(f) Report in *Denims* case).] That means Denims' discovery responses were due 30 days later, the day Does' motion to quash was filed (September 22, 2025), and *a month before* TEI filed its opposition. [D.E. 16.] TEI has shown no reason for the delay in introducing this "evidence" (which doesn't even show what TEI claims it shows). For this additional reason, the Court should not allow, or should strike, all the evidence submitted in TEI's Opposition.

**G.    Objections to TEI's "evidence."**

Does object to TEI's evidence: as hearsay/multiple levels of hearsay (FRE 802); as lacking personal knowledge (FRCP 602, L.R. 7-5, FRCP 56(c)(4)); as lacking foundation (FRE 602, 901); as lacking proper authentication (FRE 901, FRCP 56(c)(1)(A)); as irrelevant (FRE 402); under the best evidence rule/document speaks for itself (FRE 901, 1002); as speculation, and causing undue prejudice, confusion of the issues, and risk of misleading (FRE 403, 601, 602, 701); as offering legal conclusions; and not supported by admissible evidence ([L.R. 7-5, FRCP 56(c)(2)).

**Conclusion**

Does request that the Court strike TEI's unauthorized, late evidence and deny its procedurally impermissible request to file a sur-reply.

Case No. 3:25-mc-80296-SK                               5           **DOES' RESPONSE TO TEI'S OPP TO MTN FOR ADMIN RELIEF**                   SER023

KRONENBERGER ROSENFELD

Respectfully Submitted,

DATED: December 18, 2025                    **KRONENBERGER ROSENFELD, LLP**


By:   /s/ Leah Rosa Vulić
                    Leah Rosa Vulić

Attorneys for Movants/Defendants Does

KRONENBERGER ROSENFELD

Case No. 3:25-mc-80296-SK                6    **DOES' RESPONSE TO TEI'S OPP TO MTN FOR ADMIN RELIEF**

SER024

ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK |
| | (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) |
| | **JOINT DECLARATION OF ETHAN AND HILA KLEIN IN SUPPORT OF TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF** |

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

SER025

## JOINT DECLARATION OF ETHAN AND HILA KLEIN

We, Ethan and Hila Klein, do hereby state and declare as follows:

1. We are both over the age of 18. We are the sole co-owners of plaintiff Ted Entertainment, Inc. ("TEI"). We have personal knowledge of the facts contained in this declaration and, if called and sworn as witnesses, we could and would competently testify thereto. Where matters are within both of our personal knowledge, we shall use the first person (*e.g.*, we, us, our). Where matters pertain to or are within the personal knowledge of one of us, we shall use the third-person (*i.e.*, Ethan for Ethan Klein and Hila for Hila Klein). We make this declaration in support of TEI's Opposition to the Motion for Administrative Relief ("Motion") of the Defendants/Movants Does (collectively, the "H3Snark Mods").

2. **Reiteration of Good Faith**: To begin, we wish to reiterate that TEI is pursuing its claims of copyright infringement because we genuinely believe that TEI's claims of: (1) copyright infringement against Alexandra Marwa Saber p/k/a Denims ("Denims") has merit because she failed to make a fair use and infringed TEI's copyrights in *Content Nuke: Hasan Piker* ("*The Nuke*") and *Countdown to Doomsday: H3 Show #104* (the "Countdown Episode") (collectively, the "Works"); (2) copyright infringement against Morgan Kamal Majed p/k/a Frogan ("Frogan") has merit because she failed to make a fair use and infringed TEI's copyrights in *The Nuke*; (3) Kacey Caviness p/k/a Kaceytron ("Kaceytron") has merit because she failed to make a fair use and infringed TEI's copyrights in *The Nuke*; and (4) the H3Snark Mods contributed to the infringement of *The Nuke* and Countdown Episode because they knew these streamers were exploiting the Works without authorization, did not know whether any of these streamers made a fair use, advertised the infringement of these streamers and did it with the purpose of siphoning views away from TEI.

3. **Reiteration of Conditions We Agree the Court to Impose on Us**: In our October 20, 2025 joint declaration, we set forth various conditions we agree for this Court to impose on us to ensure that TEI is pursuing its claims in good faith. Dkt. No. 16-2, ¶¶ 4-5.

   a. First, both of us agree to only use the H3Snark Mods' identities to pursue the claims of contributory infringement alleged against them in the following actions: (1)

SER026

*Ted Entertainment, Inc. v. Saber et al.* (C.D. Cal. Case No. 2:25-cv-05564-WLH-PD) (the "Denims Action"); (2) *Ted Entertainment, Inc. v. Majed et al.* (C.D. Cal. Case No. 2:25-cv-05565-JFM-MAA) (the "Majed Action"); and (3) *Ted Entertainment, Inc. v. Caviness et al.* (W.D. Mo. Case No. 4:25-cv-00459-BCW) (the "Kaceytron Action"). *See also* Dkt. No. 16-2, ¶ 5(a).

b.       Second, we have no intention of pursuing any other claims against the H3Snark Mods at this time – whether in our personal capacities or for our entities (*i.e.*, TEI and Teddy Fresh, Inc.). *See also* Dkt. No. 16-2, ¶ 5(a).

c.       Third, if we discover we have additional claims against the H3Snark Mods, we are willing to make a *prima facie* showing that the claims are viable as a condition for such claims proceeding. *See also* Dkt. No. 16-2, ¶ 5(a).

d.       Fourth, we agree not to publicly reveal the H3Snark Mods personal identifying information or publicly address them in their individual capacities. *See also* Dkt. No. 16-2, ¶ 5(b).

e.       Fifth, we are willing to publicly state to our audience and the public at large not to contact or harm the H3Snark Mods, their families, their employers or educational institutions whatsoever. *See also* Dkt. No. 16-2, ¶ 5(c).

f.       Sixth, if we or our entities breach any of these conditions, we are willing to submit to contempt proceedings with the prevailing party entitled to its attorneys' fees.

g.       To date, we have kept our word despite there being no Court order to do so. We have done this to demonstrate our good faith and that we are willing and able to submit to such conditions.

4.       **The H3Snark Mods' Claim that We Cannot be Trusted**: The H3Snark Mods claim that the aforementioned promises cannot be trusted because we "doxed" several individuals who contributed to Kaceytron's GoFundMe. Dkt. No. 25, p. 6:1-12. Merriam-Webster Dictionary defines "dox" as "to publicly identify or publish *private* information about (someone) especially as a form of punishment or revenge."[1] We did not disclose private information whatsoever. We

---

[1] Merriam-Webster, "Dox" *available at*: https://www.merriam-webster.com/dictionary/dox

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

SER027

read the names of individuals who voluntarily agreed to publicly disclose their names in connection with their contributions. A user contributing to a GoFundMe has the option to contribute anonymously, with a pseudonym or with their actual name. GoFundMe even explains that contributions – including any voluntarily disclosed personal identifying information – can be viewed by the public.[2] Additionally, some of the individuals identified – namely Anisa Jomha and Ian Jomha p/k/a Idubbbz – are public figures as online content creators.

5. **The H3Snark Mods Claims that Two TEI Podcast Episodes Exhibit Improper Motive**: The H3Snark Mods point to two TEI podcast episodes that purportedly support their assertion that TEI is pursuing its copyright claims as subterfuge for improper motives: (1) TEI's December 2, 2025 podcast entitled *The Lawsuit Is Over (Kaceytron Apology) – H3 Show #215* (the "12/2/25 Podcast") (Exs. 103a-c); and (2) TEI's December 3, 2025 Podcast entitled *Lawsuit Reactions, Trish Paytas Stars In Israeli TV Show & Fans Are MAD – H3 Show #216* (the "12/3/25 Podcast") (Exs. 104a-c). Dkt. No. 25, p. 6:13-16. The opposite is true as demonstrated below:

a. **The 12/2/25 Podcast**: The H3Snark Mods submit "clips" from TEI's 12/2/25 Podcast. *See* Exs. 103a-c. These "clips" omit material that contradicts the H3Snark Mods narrative about our motives for TEI pursuing claims of copyright infringement. The segment devoted to discussing Kaceytron's public apology (the "Kaceytron Public Apology") is from 1:26:30-2:21:40 – *i.e.*, a total of 55:10 minutes. Exhibits 103a-c show only 12:46 minutes from that section – *i.e.*, 23% of the original. A true and correct copy of the entire 12/2/25 Podcast is located on the flash drive submitted concurrently with TEI's Notice of Lodging as **Exhibit 108**. On several occasions during the 12/2/25 Podcast, we: (1) discussed the importance of forgiveness and grace towards Kaceytron; (2) emphasized that the purpose of the lawsuit was activism to protect YouTube creators from malicious copyright infringement; (3) praised and complimented Kaceytron's talent; (4) expressed compassion for Kaceytron's family situation and praised her self-awareness; and (5) instructed our audience to forgive Kaceytron and accept her

---

[2] GoFundMe.com, Privacy Notice (Nov. 15, 2025), *available at*: https://www.gofundme.com/c/privacy

3

SER028

apology. Below are excerpts the H3Snark Mods omitted. These excerpts evidence this fact with language cleaned up for clarity.

    i.    **Ex. 108 at 1:27:18-1:28:10:** <u>Ethan</u>: "I want to thank Kaceytron for being a good faith negotiator. I think, going into this, we had low expectations. But I think we both came out of this happily surprised that we were able to kind of put this behind both of us and move on amicably. So, I do want to thank Kaceytron. Yeah, I think ultimately her apology was heartfelt and sincere and I really appreciate everything she said. I do. So, I want to just say thank you to Kaceytron." <u>Hila</u>: "Same. I'm happy we can put it behind us." <u>Ethan</u>: "This has been unpleasant for all of us. I wish you all the best and that's it."

    ii.    **Ex**. **108 at 1:30:03-1:30:14:** <u>Ethan</u>: "I, genuinely, from my heart. I want you guys to know that I accept her apology and I do believe it was made in sincerity and I, and, I do hope that she moves on amicably."

    iii.    **Ex. 108 at 1:30:47-1:31:07**: <u>Ethan</u>: "Now, of course, this was the reason I say that is because I have seen it. And I just want to say that, um, like I said. It's very heartfelt and it's very meaningful and I appreciate it. So, we're going to enjoy this here and we'll watch it all together and move on all together."

    iv.    **Ex. 108 at 1:32:14-1:32:30**: <u>Ethan</u>: "I want to say that I really appreciate [that] she really turned a leaf on the copyright stuff and I think that's really important, right? Because the purpose of this was [the] activism aspect of it all."

    v.    **Ex. 108 at 1:33:07-1:33:32**: <u>Ethan</u>: "I do not want to see any negative, I don't want [to] see people being rude to her. I genuinely have forgiven her. I'm moving on and it's water under the bridge. I don't want to see anybody being, I'm dead serious, let's not be nasty to her, guys. This is it. Okay, it's over. We won. That's it. We won. Right? So, let's just move on and thank her. Thank you. I'm being dead serious. Please do not."

    vi.    **Ex. 108 at 1:36:51-1:37:46**: <u>Ethan</u>: "What a heartfelt, I mean, like

4

SER029

genuinely. And I'm going to be, I'm going to say something: Kaceytron, we've said it continuously throughout this, you are extraordinarily funny. And a very talented person. And I wish you all the best in the future in your future endeavors. And I know you will continue to make people laugh and to continue to bring joy to people in that regard. I do. I think you're extremely funny and very clever. So, I accept your apology. [I] do. And I appreciate all the sincerity and just all the specific, a lot of the stuff in there was, really, I think warranted. And I'm glad that she's, you know, come to terms with a lot of it and I appreciate it. I really think she's turned a new leaf. I do."

vii.　**Ex. 108 at 1:38:32-1:38:58**: Hila: "It's incredibly stressful both emotionally and financially to go through a lawsuit." Ethan: "It is. And I appreciate the situation she's been in and that's why…" Hila: "Which is also why I'm so glad to, at least, put one behind us." Ethan: "Yeah. And I know it was difficult on her. And I'm glad that she's, that she's free of it now and she can just move on. We can all move on. I really do. I, my heart, I have appreciation for Kaceytron. And I thank her very much for the very thorough and sincere apology."

viii.　**Ex**. **108 at 1:41:16-1:41:45**: Ethan: "I do want to continue to emphasize: be nice to Kaceytron. We won. She apologized. That's it." AB: "I'm seeing a lot of love for her in chat. A+ apology." Ethan: "Listen, I want to at least be able to say that, from our community, we forgive, we move on, and we can all appreciate that she's a funny, talented person, and that's it."

ix.　**Ex. 108 at 1:50:14-1:51:07**: Ethan: "Yeah, I really appreciate that, because, I've really resented this narrative from Hasan and all these people in [his] orbit who say their lawsuits are frivolous. When you spend a second to look into it, it's clearly not frivolous. And they keep rehashing the same dumb arguments, like 'Oh, if it wasn't frivolous, why aren't you suing Asmongold?' Dude, I said it in the video. I said it a million times over every time. It's because

5

SER030

they willfully and maliciously copyright infringed." Hila: "Yeah." Ethan: "Right. All three of the people I'm suing said something to the effect of 'watch it with me or somebody else so he doesn't get the views.'" Hila: "Yeah, Like, everybody knows that is just a big giant no no. You don't do that." Ethan: "So, I appreciate her saying that right of the rip there."

x. **Ex. 108 at 1:51:27-1:52:03**: Ethan: "See, I mean, that's a silver lining. It's like the whole point of these lawsuits for me has been activism from the start. That's the primary purpose of this. And, so, when I hear that she's kind of learned how to be more mindful with the way she interacts with copyright[s] or other people's property, then I think that's a big win for both of us. I think that a huge dub [*i.e.*, "w" as in "win"], you know. And it's really an important conversation we've been having in this community for years. So, it's really nice to hear her say that."

xi. **Ex. 108 at 2:11:07-2:11:42**: Ethan: "Right, and I thought that was a really good inclusion too because it hits close to home. I mean, if she has three dependents, which she does, and she is a dedicated caretaker as well. Right? Which is a good and kind and difficult responsibility, right? So, I think that this empathy – this exhibition of empathy – is good. I appreciate it and I think it's good for everybody. So, thank you to Kaceytron for being mature about that one there. Really appreciate it."

xii. **Ex. 108 at 2:12:41-2:13:37**: Ethan: "And I thought that was really kind of self-aware. That almost, like, incredible. What a great apology, because she's on one hand acknowledging that not only have you [*i.e.*, AB and Lena] done more through your activism and fundraising. [And] her antagonism and trolling has done nothing to help the people of Gaza, which is something I think a lot of people online could hear. Putting a watermelon in your Twitter bio does not make you an activist. Or just constantly harassing me on my social [media] post is not going to do anything for policy. Obsessing over every Jewish person

6

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

SER031

you perceive as maybe having something [to do with] Israel as Nazi baby killer is not activism. That's just you being a psychopath. Right? So that's great. I appreciate that a lot."

xiii.    **Ex. 108 at 2:13:50-2:14:37**: Ethan: "Yeah, and this part's good because her and a lot of other people have been saying that my lawsuits are misogynistic – which is something from the beginning [I] took extraordinary umbrage with. And then for them to be attacking you [*i.e.*, Hila] like, I'll won't repeat it. It doesn't matter now. Well, it's just how ironic that they actually are the ones, you know, going for my looks, which is what normally stupid guys on the internet do. You know, like, while simultaneously accusing us of being misogynistic. You know. But anyway, once again, I thank her for that. I accepted the apology. Yeah, it's very kind of her to apologize for that. To make us aware of that. So thank you."

xiv.    **Ex. 108 at 2:14:44-2:15:27**: Ethan: "That's such an important thing to bring up. I mean, it's true. Like, when you look at leftist spaces online specifically. I'm not saying like leftists in general, but she really strikes on something interesting there. When she's talking about leftist spaces, you're talking about like Bad Empanada [*see* Dkt. No. 16-2, ¶¶ 49, 61 for context]. You're talking about, like, Hasan Piker. You're talking about like, these online commies like the squirrel girl lady [*i.e.*, an antisemitic individual on X]. You know, like antisemitism is rampant and I think it's important for people who are members of the left to start calling that out and she's right. We should all be worried about that. So that was actually a brave and courageous admission there or condemnation even. So that was great. I appreciate that, I do."

xv.    **Ex. 108 at 2:15:49-2:17:39**: Ethan: "Yeah. And thank you. Thank you for wishing us the best in our cases, you know. Our continued pursuit of legal justice against Denims and Frogan and the mods, the H3Snark Mods. I mean, to these guys, there's just a crazy blind spot for it. And I mean, of all

7

SER032

people, Kaceytron to be the one speaking reason is incredible. So, thanks anyway. That's it. So, I'm very grateful and I wish her all the best in her future endeavors. And that's it. That's all there is. You know, I'm done. I'm over it. … Yeah. So, I mean, there it is. Right? So, I want to emphasize how important it is for you guys to be kind. Be empathetic to her. We won. She conceded. That's it. We don't need to fight this battle anymore. Kaceytron all day, every day. We stan Kaceytron for doing the right thing, you know. That's all I wanted from the beginning. So, I can't complain about it. All I can say is thank you. So, there it is. That's it."

    b.      **The 12/3/25 Podcast**: The H3Snark Mods provide clips from TEI's 12/3/25 Podcast *See* Exs. 104a-c. In Exhibit 104a, there are numerous statements we made in response to the Denims' post regarding Kaceytron's Public Apology that emphasized that TEI's lawsuits are motivated by pursuing copyright infringement. Timestamps with cleaned up transcription for clarity is provided below:

        i.      **Exhibit 104a at 5:30-6:12**: Ethan: "No, no, no, no. This [*i.e.*, the lawsuit] will endanger the career of a very, very, very few amount of people that chronically and continuously steal people's content and monetize it. You thief, criminal, loser. That's what you do. That's what Kaceytron used to do. She's turned a new leaf now, of course. That's what Frogan does. That's what a lot of these people do. Hasan does it too. You put a fucking video on and you literally get up and leave the room without pausing it. Sorry. Do you think a judge is going to be like: 'Let's protect the lady who plays videos and gets up, walks out of the room.' That's a great precedent for intellectual property."

        ii.     **Exhibit 104a at 7:45-8:13**: Hila: "The precedent that she's talking about, we already set. Like, she's going against people that know a lot about this." Ethan: "Fair use is good and you should, you can do that. But now we're defining the boundaries. Right? We've defined fair use on one side. But on the extreme of the other side, we're defining what copyright infringement is. And

8
JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

SER033

both are important."

iii.      **Exhibit 104a at 9:35-10:07**: <u>Ethan</u>: "Now, Denims, when we break down that 230 minutes, how much of it do you think is irrelevant nonsense versus how much is it commenting on the video? I happen to know the answer to that. And it's a far cry from what you're claiming it is here. [You're] misrepresenting the truth knowingly. You know exactly. You know that you're lying. Why are you trying to convince people on Twitter? We know 'cuz she's begging for money. Right? You don't win lawsuits by convincing people on Twitter."

iv.      **Exhibit 104a at 10:22-10:50**: <u>Ethan</u>: "Now, I didn't analyze the amount that they [other streamers] did because I only analyzed people who explicitly stated that they were maliciously stealing it from me. That being said, of the 230 minutes, it's significantly less."

v.      **Exhibit 104a at 11:20-11:50**: <u>Ethan</u>: "How many times do I need to explain it? How many times? You show me one of these people saying that they're stealing. They're doing it with the express purpose of stealing my views and you'll find another lawsuit. Show me that. Show me that you three morons were the only ones malicious and dumb enough to make such an insane error."

6.      **The Kaceytron Public Apology**: The H3Snark Mods claim Kaceytron's Public Apology is a sign of our improper motive. Dkt. No. 25, pp. 4-5. For the reasons set forth in the concurrently filed Declaration of Rom Bar-Nissim at Paragraphs 13, 15 and 18, we are prohibited from sharing any of the details from the December 1, 2025 mediation with Kaceytron. We are, however, willing to submit a declaration for *in camera* review that discusses our thought process and rationale for the Kaceytron Public Apology if the Court feels it necessary and issues an order to that effect.

7.      **Manipulated Evidence**: The H3Snark Mods submit various pieces of evidence that we discovered to be manipulated as detailed below:

a.      **Live Chat from the 12/2/25 Podcast**: When we saw the screenshot for the

9

SER034

live chat provided by the H3Snark Mods in Exhibit 100 (Dkt. No. 25-1, pp. 33-34), we were immediately suspicious. We receive multiple comments in a single second during TEI's podcasts. We found it extremely odd that the first comment from WillyMacShow was from 1:27:18 and the second from Maddiev2323 was from 1:29:57 (*i.e.*, over a minute and a half later). We also found it odd that the icons for each commentator were not in a straight vertical line – which is how comments appear in YouTube's live chat. We discovered that the screenshots provided by the H3Snark Mods were manipulated to make it appear they were made consecutively when they were not. With the exception of four comments (which were, most likely, deleted by the moderators of our chat), we were able to identify all of the comments in context. True and correct screenshots of the comments we were able to identify that the H3Snark Mods selected (with the comment highlighted) and the actual surrounding comments is attached hereto and incorporated herein as **Exhibit 109.**

c.    **Modmail:** When we viewed and highlighted the messages from u/All_Hall0ws_Eve and u/593920CX (Dkt. No. 25-1, pp. 45-46) in Adobe Acrobat with our cursor, we discovered that the screenshots were composites of two images: (1) the date; and (2) the message. As such, we have no idea whether these messages were genuine or manufactured composites similar to the live chat screenshots for the 12/2/25 Podcast. True and correct screenshots showing the component parts of both screenshots are attached hereto and incorporated herein as **Exhibit 110.**

8.    **Misleading Evidence**: The H3Snark Mods also submit evidence that erroneously gives the impression that our fans – as a whole – desire humiliation or that certain individuals are participants in our community or our fans. The misleading nature of this evidence is discussed below:

a.    **Live Chat from the 12/2/25 Podcast**: The screenshots the H3Snark Mods provided from the live chat of the 12/2/25 Podcast (*see* Dkt. No. 25-1, pp. 33-34) appeared at odds with what we witnessed in the live chat for the 12/2/25 Podcast. During our review of the live chat for the 12/2/25 Podcast, we found an overwhelming number of positive

10

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

SER035

and supportive comments for Kaceytron throughout the segment discussing her public apology. True and correct copies of screenshots from the live chat for the 12/2/25 Podcast are attached hereto and incorporated herein as **Exhibit 111.**

      b.    **YouTube Comments**: We also were suspicious of the seven YouTube comments provided by the H3Snark Mods in Exhibit 100. *See* Dkt. No. 25-1, pp. 34-35. Our suspicions and what we discovered when we investigated is detailed below:

      i.    First, we noticed that two URLs were provided. One URL was to the 12/2/25 Podcast. *See* Comments of @rubymeaddle, @Mario-o4I3h, @iandobosh8584, @RenatoJones. The other URL was to video by the online content creator Nicholas DeOrio who provides commentary on issues of public interest to the online community. *See* Comments of @J0eMega, @DanW99, @phlag36. The fact that some of the comments came from several videos – let alone a non-TEI video – is not fully disclosed in the exhibit or the supporting declaration.

      ii.    Second, we were suspicious because the engagement with the comments (*e.g.*, likes and replies) were cropped out of the screenshots for the comments. For context, the 12/2/25 Podcast currently has over 2,300 comments. Nicholas DeOrio's video has over 400 comments. If a comment has little to no engagement, it is buried deep within the comments – which makes it more difficult to find. It only appears on top when someone clicks a link of that particular comment. As a point of comparison, the top comment on the 12/2/25 Podcast has 4,400 likes and 44 replies and has nothing to do with Kaceytron. The top comment on Nicholas DeOrio's video has 601 likes and 23 replies. Exhibit 100 and its supporting declaration gave no indication whether the comments depicted received significant engagement or were buried deep within the comments. Upon inspection, we discovered that the seven comments identified by the H3Snark Mods had no replies and a tiny number of likes as detailed below:

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

SER036

1. Comment by @rubymeaddle: 2 likes

2. Comment by @Mario-o4I3h: 2 likes

3. Comment by @J0eMega: 7 likes

4. Comment by @DanW99: 3 likes

5. Comment by @iandobosh8584: 5 likes

6. Comment by @RenatoJones: 3 likes

7. Comment by @phlag35: 4 likes

  iii.  Third, despite providing only a tiny fraction of the comments from the 12/2/25 Podcast, we wanted to determine whether the comments were overall positive, negative or completely unrelated to the lawsuits. Exhibit 100 and its supporting declaration provide the impression that the selected comments were emblematic of all of the comments. Upon investigation, we discovered that the vast majority were completely unrelated to Kaceytron or the lawsuits. A significant number of comments that did discuss Kaceytron were positive. True and correct screenshots of these comments – along with their engagement – is attached hereto and incorporated herein as **Exhibit 112.**

  d.  **Modmail**: We wanted to determine if the three users identified in the modmail messages in Exhibit 101 were members of our community. Exhibit 101 and its supporting declaration are silent on the issue but give the impression that these users were participants in our subreddit – *i.e.*, r/h3h3Productions. Upon further investigation, we found a number of suspicious elements, which are detailed below:

    i.  First, we discovered that none of the three users ever posted on the r/h3h3Productions. We used a variety of tools to make this determination. We began by using Reddit's internal search function. Next, we used the website search.pullpush.io. This website is a third-party Reddit search engine that provides a full search across Reddit and includes deleted posts or comments. Finally, we used www.redective.com – which is also another third-party Reddit search engine, but does not capture deleted posts.

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

SER037

ii.      Second, using the same tools identified above, we discovered that the user u/CrabCakes12345 had not made a post or comment for the past 4 months. In other words, it was an inactive account. We found it extremely odd that an inactive account would randomly send a modmail message to the H3Snark Mods. Further, we discovered that the user u/593920CX had no reddit activity whatsoever. Given the H3Snark Mods prolific use of sock puppet accounts and the other instances of manipulated media, we could not rule out that these were not alternative accounts of the H3Snark Mods.

e.      **New Posts on r/H3Snark**: Upon seeing the new posts on r/H3Snark, we wanted to determine if any of the individuals were participants in our subreddit. *See* Dkt. No. 25-1, pp. 47-48. Exhibit 101 and its supporting declaration does not address this issue but provides the impression that these users were from our community Upon further investigation, we found a number of suspicious elements that are detailed below.

i.      First, none of the users identified in Exhibit 101 posted or commented on our subreddit r/h3h3Productions. We utilized the same tools discussed when investigating the users who purportedly sent the Modmail messages.

ii.      Second, many of the users that created the posts were dormant accounts. One account, u/Winter-Opposite-4016, had not made a post or comment in 2 years until making a post on r/H3Snark. Again, given the H3Snark Mods use of sock puppet accounts and the other instances of manipulated media, we could not rule out that some of these accounts were the alternative accounts of the H3Snark Mods.

iii.      Third, we found it odd that the H3Snark Mods identified posts that had nothing to do with the lawsuits or Kaceytron (*e.g.*, the posts by u/RiseUpMerc, u/Infinite_Shallot_626 and u/ThinkHardBruh at Dkt. No. 25-1, p. 48). Further, we found out that u/ThinkHardBruh was spamming the same post on every possible snark subreddit.

13

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

SER038

f.     **Reddit Comments**: Upon seeing the comments and posts included in Exhibit 100 (*see* Dkt. No. 25-1, pp. 35-37), we were suspicious for several reasons as detailed below:

i.     First, aside from the last screenshot, the screenshots depicted in Exhibit 100 do not depict the upvotes or replies to the comments. Like with YouTube comments, Reddit comments that get significant upvotes and/or replies are more prominent in a post. If Reddit comments get little to no upvotes, downvotes and/or replies, they are buried deep with the post or hidden altogether. Below are our findings current as of the time of our investigation:

1.     Six of the sixteen comments received no upvotes or replies whatsoever. This included the comments from: (1) u/saltypretzzel; (2) u/Rustystrings270; (3) u/Purposeimpossible554; (4) u/Disastrous-Forever90; (5) u/fosiforever; and (6) u/disneydaniela.

2.     Two of the comments received less than ten upvotes and no replies: (1) u/shredziller57 with 7 upvotes; and (2) u/FraggleRock_ with 2 upvotes.

3.     Two comments received downvotes (*i.e.*, a net dislike number) – most likely because they included the word "bitch." These were comments by: (1) u/CheckLogical1425; and (2) u/SewFi.

4.     The final post was not from r/h3h3productions subreddit at all and only received 100 upvotes and had a reply exchange with one other person. As a point of contrast, the top comments received: (1) 3,800 upvotes and 143 replies (many with significantly more upvotes themselves); and (2) 2,700 upvotes and 64 replies (many with significantly more upvotes themselves).[3]

5.     Of the remaining four comments, two were from a post on r/h3h3productions entitled: "DISCUSSION MEGATHREAD: It's

[3] https://www.reddit.com/r/LivestreamFail/comments/1pcmtjg/kaceytrons_full_apology/

14

SER039

Happening… - H3Show #215.[4] *See* u/AnotherSilentDay and u/Ricofox1717. The comment by u/AnotherSilentDay was one of the top comments on the post and spurred insightful comments, such as: (1) "Exactly. Ethan never wanted to financially ruin her. I'm excited to see her terms."; and (2) "I'm not surprised they settled, Ethan isn't a horrible person and he got his point across." Further discussion is about how it would be unwise for Kaceytron to act contrary to what she stated.

6.      The final two comments were from a post on r/h3h3productions entitled: "Kaceytron's full apology."[5] *See* u/rehx4 and u/Allenas6.

a.      The comment by u/Allenas6 received 47 upvotes and no replies. It was made in response to a comment that receive 581 upvotes and 55 and stated: "This is the best possible outcome. She is forced to eat some humble pie. That's better than any monetary gain." The conversation responding to the post discussed whether the tradeoff of monetary gain for the Kaceytron Public Apology was worthwhile.

b.      The comment by r/rehx4 received 50 upvotes and 4 replies – three of which criticized the user for the response.

c.      For perspective, the top comments on the post received 1,400 upvotes and 52 replies, 1.5 thousand upvotes and 22 replies, and 1,100 upvotes and 49 replies.

ii.      Critically, the comments identified by the H3Snark Mods are not reflective of how r/h3h3productions responded to Kaceytron's Public Apology. The majority of our community praised Kaceytron for Kaceytron's public apology and showed her grace and compassion. True and correct screenshots of

---

[4]https://www.reddit.com/r/h3h3productions/comments/1pck1l8/discussion_megathread_its_happening_h3_show_215/

[5] https://www.reddit.com/r/h3h3productions/comments/1pcmkny/kaceytrons_full_apology/

15

SER040

posts and comments from the r/h3h3productions subreddit with accompanying hyperlinks are attached hereto and incorporated herein as **Exhibit 113**.

g.       **Posts on X/Twitter**: Upon seeing the four tweets posted on X (Dkt. No. 25-1, pp. 37-38), we were suspicious for several reasons as detailed below:

i.       First, the H3Snark Mods cropped out the number of views, comments and likes for each post. As such, we could not tell if these posts received widespread exposure and engagement. At the time of our investigation, here is what we discovered:

1.   Comment by @W33ab00Jones: 18,000 views, 371 likes, 14 comments and 3 retweets;

2.   Comment by @DeadL0versLaneX: 2,032 views, 66 likes, no comments or retweets;

3.   Comment by @Crusader_Eph611: 5,379 views, 54 likes, 1 comment and no retweets;

4.   Comment by @TheLegalMindset: 43,300 views, 1,900 likes, 63 comments, 98 retweets.

ii.       Second, we wanted to know whether the posts were indicative of a broader consensus. We discovered there was no consensus. Further, upon examining the replies to the Kaceytron's Public Apology on X, we found numerous posts praising Kaceytron for her public apology. Many received more exposure and engagement than the posts identified by the H3Snark Mods. True and correct screenshots of some these replies along with accompanying hyperlinks are attached hereto and incorporated herein as **Exhibit 114.**

h.       **Kiwifarms:** Upon viewing the comments from Kiwifarms (Dkt. No. 25-1, pp. 38-42), we immediately grew suspicious. The comments identified by the H3Snark Mods come from a thread entitled "ethan klein h3h3productions pedo_troll." It is a negative thread on Ethan. This is evidenced by: (1) the use of "pedo_troll" in the title – which is a reference to a long dormant Reddit account Ethan used to troll pedophiles on

SER041

Reddit about 15 years ago and is currently used to defame Ethan as a pedophile; (2) Kiwifarms itself is a very antisemitic platform and a haven for other forms of bigotry and it struck us as very odd the H3Snark Mods would frequent such a website; and (3) several posts showed clear antisemitism as demonstrated below:

i.    SiggerNlayer (aside from employing a dogwhistle racist user name) claims Ethan was performing a "jewish humiliation ritual," claimed the lawsuits were "dumb" and called Ethan a "gigajew" (Dkt. No. 25-1, p. 40);

ii.    AnOminous (responsible for three of the posts identified) said Ethan's actions were "very Hebrew" (Dkt. No. 25-1, p. 41);

iii.    Silence of the Troons called Ethan "Lex Jewthor" (Dkt. No. 25-, p. 42);

iv.    Dan of Steel refers to the Kaceytron Public Apology as a "Kabbalah humiliation ritual"

9.    **Explanation of Ethan's Instagram Posts**: The H3Snark Mods identify several posts made by Ethan from November 30, 2025 (*i.e.*, the day before mediation) through December 3, 2025 (*i.e.*, the day after Kaceytron's public apology). *See* 25-1, pp. 50-57. There are several inaccuracies we wish to address and context we wish to provide to clarify the record.

a.    **Dkt. No. 25-1, p. 50**: This November 30, 2025 post was to inform our audience: (1) that there would be no show on Monday, December 1, 2025; and (2) the reason why there would be no show. TEI regularly releases podcast episodes to the general public on Mondays and Fridays and to members of the H3Podcast channel on Wednesdays. We had already cancelled the episode scheduled for Friday, November 28, 2025 – which upset many of our fans. Given the prior cancellation, we knew our fans would be upset at another cancelled episode. We wanted to give our fans advance notice of the cancellation and provide an explanation. Nothing else was intended behind this post.

b.    **Dkt**. **No. 25-1, p. 51:** The H3Snark Mods incorrectly state this post was from December 1, 2025. It was actually from November 30, 2025. In the post, Ethan

17

SER042

promoted a video by a previous critic of ours, WillieMacShow. Over time, we reconciled our differences and became friends. A few months ago, the supporters of H3Snark issued numerous threats to kill WillieMacShow and his then fiancé at their wedding because they believed his wife was an Israeli agent.[6] We offered to hire security to protect WillieMacShow and his now wife so they could enjoy their wedding in peace. Since the Monday, December 1, 2025 podcast was cancelled, we wanted to provide our viewers with something they would enjoy. The video we promoted by WillieMacShow[7] was primarily focused on critiquing a hit piece created by the YouTuber Cruel World Happy Mind where she primarily relied on r/H3Snark as her source of information.[8] We also conducted an over three hour discussion with Cruel World Happy Mind to address the numerous falsehoods and irresponsible sourcing (which further belies the assertion we avoid or seek to silence criticism).[9] WillieMacShow's title and thumbnail are admittedly "clickbait" – *i.e.*, intended to be more controversial than the actual video to entice people to watch the video.

c.      **Dkt. No. 25-1, p. 52**: This post is a picture Hila took of Ethan. Having experienced the mediation process on several occasions, it can be a tedious process of hurry up and wait. This was the first time we experienced mediation via Zoom. We enjoyed the novelty of conducting mediation from the comfort of our home and being able to play video games during the long stretches of downtime when the mediator was not speaking with us. Nothing else was intended behind this post.

d.      **Dkt. No. 25-1, p. 53**: This post was made shortly after Kaceytron's Public apology. The post merely reiterates that: (1) Kaceytron's apology was accurate; and (2) to our knowledge, Hasan Piker never supported Kaceytron, Denims or Frogan – despite intimating that he would do so behind the scenes.

---

[6] WillyMacShow, *Hasan & His Criminal Fried Dox & Try to Ruin my Wedding* (Aug. 10, 2025), *available at*: https://youtu.be/ylOWmy2sFvA?si=S01yiwD0YeOs6Jlx

[7] WillyMacShow, *The Pathetic Victims of H3H3 | He Took EVERYTHING* (Nov. 30, 2025), *available at*: https://youtu.be/LebO9Xla-GQ?si=G6OVoKXI42pFs2ej

[8] Cruel World Happy Mind, *The Fall of H3: How Ethan Klein DESTROYED His Career...* (Oct. 27, 2025), *available at*: https://youtu.be/5wZOTDeeVkk?si=3NEZ6-5EXxqBHitn

[9] H3 Podcast, *Confronting CWHM On Her Video About me – H3 Show #207* (Nov. 3, 2025) beginning at 38:50, *available at*: https://www.youtube.com/watch?v=IFd0qQo_dNc&t=2330s

18

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

SER043

e.      **Dkt**. **No. 25-1, p. 54:** This post is a screenshot from r/LeftoversH3 – *i.e.*, the modern iteration of r/H3Snark. The post provides instructions to users to request a refund from Kaceytron's GoFundMe. Ethan pointed out that doing so would be fraudulent because Ethan consistently stated the GoFundMe money was recoverable as profits attributable to the infringement of Kaceytron, Denims and Frogan.

f.      **Dkt No. 25-1, pp. 55-56**: These posts are intended as an acerbic joke. Anisa Jomha and her husband Ian Jomha were close friends of ours for nearly a decade. They are both public figures and Ian had nearly 7 million followers on YouTube.[10] We invited them to our home on several occasions and supported them in a variety of ways. When the Department of Child and Family Services visited our home based on a fraudulent phone call, we were both personally hurt that the Jomhas did not come to our defense to say we had a clean home or that we were good parents.[11] Later, the Jomhas made a hit piece on Ethan[12] that was lambasted by the general public as poorly and sloppily researched and a marked betrayal of one close friend to another.[13] Since then, we have had an online back and forth with them where we both troll each other. These posts are a part of that discourse.

g.      **Dkt No**. **25-1, p. 57**: The H3Snark Mods erroneously state this post was from December 4, 2025. It was made on December 3, 2025 was solely intended to promote the 12/3/25 Podcast. Before each podcast episode, Ethan makes an Instagram story promoting the podcast to maximize viewership. Nothing else was intended behind this post.

---

[10] https://www.youtube.com/@idubbbztv

[11] H3 Podcast, *Shark Called Child Protective Services On Us – H3 Show #119* (Mar. 7, 2025) from 17:37-19:32 *available at*: https://www.youtube.com/watch?v=ZDnseOSdk_8&t=1050s

[12] iDubbbzTV, *Content Cop – H3* (Apr. 16, 2025), *available at*: https://youtu.be/NyB85pVw-v4?si=jndvEfmWkizKC27V

[13] *See e.g.,* Turkey Tom, *The Decay of iDubbbz: Five Years of Failure* (Jun 27, 2025), *available at*: https://youtu.be/V5QNrhmIK9k?si=UseITfr81ftTSEN-; nicholasdeorio, *iDubbbz Returned to Backstab Ethan Klein (Content Cop – H3 featuring Hasan Piker* (Apr. 17, 2025), *available at*: https://youtu.be/MH1voB0Jb1s?si=ITmeZYrzV_NLSjAh; WillieMacShow, *IDUBBBZ Is Unironically Evil. Ft. Hasan & Denims | Tried to Ruin Ethan's Family* (May 20, 2025), *available at*: https://youtu.be/-lw4jUWnVuE?si=ime2WcSAdwJHrcpz

---

19

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

SER044

10. **Explanation Why the Comments and Messages to the H3Snark Mods are Mild**: We believe the comments and messages identified by the H3Snark Mods must be put in context of general internet discourse. These comments and messages are extremely mild in the context of online discourse. We would gladly be on the receiving end of such comments and messages compared to the posts, comments and live chats fostered by the H3Snark Mods on r/H3Snark. *See* Dkt. No. 16-2, ¶¶ 38-56. To illustrate, we are providing some screenshots with accompanying hyperlinks (if they are still available) to these comments.

   a. True and correct screenshots of various comments and social media posts concerning us and our family (with accompanying hyperlinks were available) are attached hereto and incorporated herein as **Exhibit 115.**

   b. True and correct screenshots of various comments and social media posts concerning our employees at TEI (with accompanying hyperlinks were available) are attached hereto and incorporated herein as **Exhibit 116.**

   c. True and correct screenshots of various comments and social media posts concerning our lawyer and his partner (with accompanying hyperlinks were available) are attached hereto and incorporated herein as **Exhibit 117.**

   d. True and correct screenshots of the flairs (*i.e.*, tags next to a username) that are available on the latest iteration of r/H3Snark known as r/LeftoversH3 are attached hereto and incorporated herein as **Exhibit 118.**

   e. True and correct screenshots of the flairs that were available on r/H3Snark are attached hereto and incorporated herein as **Exhibit 119.**

We declare under penalty of perjury that the contents of this declaration are true and correct. Executed this 15th day of December 2025 in Nassau, Bahamas.

_____          _____
        Ethan Klein                                    Hila Klein

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

SER045

10.    **Explanation Why the Comments and Messages to the H3Snark Mods are Mild**: We believe the comments and messages identified by the H3Snark Mods must be put in context of general internet discourse. These comments and messages are extremely mild in the context of online discourse. We would gladly be on the receiving end of such comments and messages compared to the posts, comments and live chats fostered by the H3Snark Mods on r/H3Snark. *See* Dkt. No. 16-2, ¶¶ 38-56. To illustrate, we are providing some screenshots with accompanying hyperlinks (if they are still available) to these comments.

a.    True and correct screenshots of various comments and social media posts concerning us and our family (with accompanying hyperlinks were available) are attached hereto and incorporated herein as **Exhibit 115.**

b.    True and correct screenshots of various comments and social media posts concerning our employees at TEI (with accompanying hyperlinks were available) are attached hereto and incorporated herein as **Exhibit 116.**

c.    True and correct screenshots of various comments and social media posts concerning our lawyer and his partner (with accompanying hyperlinks were available) are attached hereto and incorporated herein as **Exhibit 117.**

d.    True and correct screenshots of the flairs (*i.e.*, tags next to a username) that are available on the latest iteration of r/H3Snark known as r/LeftoversH3 are attached hereto and incorporated herein as **Exhibit 118.**

e.    True and correct screenshots of the flairs that were available on r/H3Snark are attached hereto and incorporated herein as **Exhibit 119.**

We declare under penalty of perjury that the contents of this declaration are true and correct. Executed this 15th day of December 2025 in Nassau, Bahamas.

_____              _____
            Ethan Klein                                                         Hila Klein

20

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

SER046

Doc ID: e292c5a45d004f793d2562cf326bd486739871b8

# EXHIBIT 108

(Video File Located on Flash Drive
Concurrently Filed with Notice of Lodging)

# EXHIBIT 109

SER048



SER049



SER050



SER051



SER052



SER053

# EXHIBIT 110

SER054





SER055





SER056

# EXHIBIT 111

SER057

 1:29:50 @thesingingtown [h3] forgiveness is better than spite

 1:30:01 @stefavalenz [h3] YES FORGIVENESS AND GRACE

 1:33:43 @godricsolo [h3] shes a queen

 1:33:43 @Marahsarch [h3] Us stoners are ready to love her I think

 1:33:44 @dj_daem0n [h3] KASEY is FORGIVEN

 1:34:11 @allisonnicole. [h3] I think she is genuinely funny and would get along with Ethan in person

 1:34:13 @Kleoyoutubes [h3] A+ apology

 1:34:23 @vckbc [h3] good on her!

 1:34:35 @lesserprairiechick3n [h3] admitting your wrongs in the way she is, is incredibly difficult and i do respect her for acknowledging where she messed up

 1:35:21 @allykath19 [h3] this is actually respectful

SER058



SER059

 1:36:36  @stassi_g [h3]  thank you kacey for real this is huge

 1:36:43  @KarínPhotog [h3]  Honestly, 8.9/10 apology

 1:36:43  @astraldistractions [h3]  APOLOGY QUEEN

 1:36:44  @theresareads [h3]  W CASEY FR

 1:36:51  @stassi_g [h3]  THANK YOU KACYTRON

 1:36:51  @ma_jaan [h3]  Major respect to KaseyTron

 1:36:56  @yellowpillbottle [h3]  A+ apology

 1:37:06  @ShiningSprocket [h3]  w Kacey, would split a bowl with you

 1:37:13  @maxim5690 [h3]  I KNOW PEOPLE DON'T TRUST HER MOTIVES BUT PLEASE WE NEED TO ACKNOWLEDGE HOW MUCH SHE JUST SAID HERE

 1:37:13  @Slynnmac [h3]  Doesn't matter WHO WROTE THIS FOR HER because it was very respectful for her to say it out loud since yall know Snarkers are relentless. This felt genuine

 1:37:19  @Lily-L-Jane [h3]  LOVE TO KACEY

SER060



SER061



SER062



1:37:52    @DivinOffOfTheDeepEnd [h3]    W kaceytron 😂

1:37:52    @TheMauritianBabeey [h3]    👏 👏 👏 👏 👏 👏

1:37:52    @neutronstart [h3]    Thank you Kaceytron

1:37:52    @jenn25 [h3]    Top tier apology

1:37:53    @nh.avenue [h3]    WACEYYYY

1:37:53    @Lily-L-Jane [h3]    W

1:37:53    @sarellyc [h3]    NO IM LATEEEE

1:37:53    @CherryLimeadeX [h3]    BRIDGE

1:37:53    @julie2452 [h3]    Thank you Kasey for your heartfelt apology!

1:37:54    @madelyne8447 [h3]    Kaceytron amicable friend of the show

1:37:54    @lesserprairiechick3n [h3]    WACEY

1:37:54    @amandamarie740 [h3]    THAT IS AN A++++ APOLOGY

1:37:56    @Frodobagginswilfershire [h3]    I've never seen her serious this way so I believe it's sincere

SER063



SER064

 1:38:31 @emxtion93 [h3] Honestly, I'm no fan of asmondgold nor do I watch and keep up with any content of his but I did learn of kaceys comments about asmond and I'm glad she apologized to him.

 1:38:37 @MegaAwesomeNerd 🔧 [h3] Remember chat on what Ethan said anyone being rude to her on the sub or here is getting yeeted. With P&L Ethan has forgiven her and moved on. So this community will follow suit

 1:38:57 @keels98 [h3] the fact that she extended her apology past ethan and hila is nice

 1:39:08 @JayArrYT [h3] CLEARLY AN S-TIER APOLOGY

 1:39:14 @trey9261 [h3] I'm glad she apologized to AB, Lena, and Olivia

 1:39:15 @karastired [h3] genuinely happy for her and her whole family

 1:39:37 @brookehildebrant9868 [h3] This is crazy omg w Kacy

SER065

 1:39:45  @lesserprairiechick3n [h3]  i'm really glad she apologized to the Ayads and olivia. very healing to see them get the apology they deserved

 1:39:45  @vluis217 [h3]  SNARK IN SHAMBLES

 1:39:46  @TheColdOnez [h3]  I give that apology a 9/10, if she had a dog or something showup it'd be 10/10

amazing

 1:39:49  @stassi_g [h3]  honestly all of that was so fantastic i hope she believes it

 1:40:08  @karastired [h3]  im glad she apologized to asmongold. hopefully he'll be good about it. they were both mean to each other

 1:40:21  @Lily-L-Jane [h3]  ITS OVER KACEY, A NEW DOOR HAS OPENS THE FAMILY WELCOMES YOU

 1:40:21  @Andressadantas1208 [h3]  I'm so happy for this apology, really

 1:40:34  @jennthelen4721 [h3]  GOOD JOB KASEY

 1:40:39  @lesserprairiechick3n [h3]  WACEYTRON

 1:41:44  @maxim5690 [h3]  I APPRECIATE HER

 1:41:45  @aliSHA256.x [h3]  w kacytron

SER066



SER067



1:41:52  @godricsolo [h3]  shes a queen

1:41:52  @Melanie-od3rk [h3]  <3

1:41:52  @4lokowithknife [h3]  She was the best one

1:41:52  @BTSHopeWrld [h3]  she did her big one

1:41:52  @Acidlib [h3]  She IS every woman

1:41:53  @heymynameisharry [h3]  couldnt ask for more from that apology

1:41:53  @MarnieWithSnakes [h3]  Kaceytron did the thang

1:41:53  @afish1100 [h3]  A+ apology

1:41:53  @SublimeLion [h3]  kacy W

1:41:53  @ciriepls [h3]  kacey is awesome for that

1:41:53  @allisonnicole. [h3]  She's a good lady

1:41:54  @DelanoJ [h3]  W Dan

1:41:54  @godricsolo [h3]  lmao true dan

1:41:54  @walkinslippers5591 [h3]  I'm impressed

1:41:54  @LizzieHernandez [h3]  we do

1:41:54  @madelinef17 [h3]  forgive u kaceytron ily girly forever ✊🤚✊🤚✊🤚

1:41:54  @dj_daem0n [h3]  HASAN IS CHAIRMAN sMAOg LOL

1:41:55  @maddiev2323 [h3]  She did make me laugh quite a bit

1:41:55  @blizzardwuffy 🔧 [h3]  Wacytron

1:41:55  @AaronDangerBell [h3]  so nice to KCtron 💛🤟🤟

SER068

 1:41:56 @neutronstart [h3] It takes a lot to admit you're wrong, so hats off to Kaceytron

an excuse to love her

 1:41:59 @angelsonyourbody [h3] BIG DOINKS FOR KACEY

 1:42:00 @Riley_Christian [h3] its a A+ apology thats for sure <3

 1:42:03 @mollyluvxo [h3] Xoxo Kacey tron

 1:42:03 @kiwilexy6792 [h3] Amen

 1:42:03 @ilubnerds102 [h3] Peace to Kacey

 1:42:06 @celetoile [h3] she is legitimately hilarious

 1:42:08 @lukewt3284 [h3] ITS BEEN A GREAT SAGA, GGS KACEY UVE ALWAYS BEEN ENTERTAINING

 1:42:10 @ponny2948 [h3] W kacey

 1:42:16 @slax0219 [h3] W kaceytron

 1:42:19 @Wompingwomps [h3] This is a great turn from her, I hope she keeps it up!!

 1:42:20 @irradiated_woman [h3] KACEYTRON youve always been the coolest of the three even though I don't like that shit you said about oliv

SER069



SER070



SER071

can of coke or do I have an intruder

 1:47:53  @margohellman8392 [h3]  WEED CHAT BLINKERS UP FOR KACEYTRON

 1:48:34  @LizzieHernandez [h3]  smokeeeeee up

 1:48:34  @dcrulescho [h3]  W kaceytron

 A  1:48:55  @amy7208 [h3]  Kaceytron did say that really well

 1:49:26  @isekai_ [h3]  please Kaceytron bridge
  

 1:52:58  @maxim5690 [h3]  YES god this is so satisfying, in the best way. I am genuinely planning to watch a stream of hers soon if I can and say some nice things

 1:53:55  @maxim5690 [h3]  as long as her behavior going forward actually reflects everything she's saying here, which I'm guessing for now it will, she's all good in my book.

SER072



@theOGcorndogg [h3]
Member for 62 months
Fupa Trupa

Used to enjoy watching kaycetron, she was always entertaining and funny, i have high hopes for a redemption arc now that she out of the snark hole

 2:01:23  @Professor_Atrain [h3]  I'm behind but big props to Kaceytron for apologizing. ESPECIALLY about asmongold's mom's passing.

 2:07:13  @davistx [h3]  waceytron

 2:08:14  @TinyM0ushka [h3]  Her apology was was well spoken

 2:12:23  @krissymariekat [h3]  being a caregiver is such a hard job, i have so much respect for them. i can't even fathom what it's like caring for a deteriorating loved one my god

SER073

# EXHIBIT 112

SER074



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=Ugy2qjPm6yBqkMjIUGd4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgyP45vk_LUD7bjD0ml4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgyaO5rvFb9dXo6a_XF4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgwbAJ5sq0kM9FWokGF4AaABAg

SER075



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgxkD46fkO-6A9xiVbx4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgxwCoqsxkQ02nedceB4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgycqIgNP7D15B8i4v14AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgyL68vva_3acAxubgx4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgztEufDGcsa90usegd4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=Ugz9cvCY4qBvAA-

7eel4AaABAg&pp=0gcJCSIANpG00pGi

SER076



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgwEQAb6ldUcr0a3wsV4AaABAg&pp=0gcJCSIANpG00pGi



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgxtJ3bGFmp9CnrMcAx4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=Ugzogui8B8pNj3ofDtl4AaABAg&pp=0gcJCSIANpG00pGi



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=Ugxdh0tm1-IpAer0E1p4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgycQhe8buyGhhBzGRJ4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=Ugzg3j6V0DfSS4JWZa54AaABAg&pp=0gcJCSIANpG00pGi



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgwrYebMsE8qfZ1kAP14AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgxzP8LVaEU1yMgTTw94AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgxWZ0vHto0TCw_7FJh4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgyYz4-pwtUBq3Tz8fl4AaABAg

SER078



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgyLU1MDuYnpjpRRo9d4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgwzDT2lSUrTGsUDgyl4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=Ugw8bTsbWG9gl0OARId4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=Ugxs6UHfhSLtW97ZNHd4AaABAg



https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgyxuiBJBg6tG5qRnzF4AaABAg

SER079

# EXHIBIT 113

SER080



https://www.reddit.com/r/h3h3productions/comments/1p5o6zr/comment/nqkgp7l/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pcml6e/wacey/

SER081



https://www.reddit.com/r/h3h3productions/comments/1pcmigy/comment/nrzt3l9/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pcmigy/comment/nrz0yfe/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER082



**Wide_Purchase5377** · 11d ago

🙌 HILA KLEINER 🙌

I honestly wish she finds healing and peace of mind and set herself on a better path and, that she also sees how toxic the snark community is

⬆ 1 ⬇    💬 Reply    ↪ Share    ⋯

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns1zkhi/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

**Smithinator2000** · 11d ago

Kaceytron deserves her flowers here. 10/10 apology and now everyone can move on.

Honestly, I don't care if she didn't write it herself, she made it sincere. She has agreed to it and to being involved in helping with the other lawsuits. This would have been hard to do and she'll probably lose viewers over it.

⊖    ⬆ 4 ⬇    💬 Reply    ↪ Share    ⋯

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrzfhbo/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**No-Employee6948** · 11d ago

I am really proud of Kacey. This is a great apology. She touches on a lot of points i was not expecting.

She also is the most entertaining woman in these lawsuits. I hope she means this and learns how significant this suit was for any YouTuber/streamer.

⬆ 7 ⬇    💬 Reply    ↪ Share    ⋯

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrz0pmz/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**thellamasc** · 6d ago

I'm Warning You With Peace & Love 🧑

This was great. I love the results, what was addressed and I really hope she means what she said here about her online activities.

(Now we just need the apology rated officially)

⊖    ⬆ 108 ⬇    💬 Reply    ↪ Share    ⋯

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrysc6y/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER083



**R0B0KAT** • 6d ago
🤚 **HILA KLEINER** 🤚

I used to be a kaceytron fan, hoping with my whole heart that she is sincere. If she is, I am extremely impressed and happy with her. Either way, she has probably pushed away a large majority of the people who associated with her previously. It's scary to feel like you're losing an entire community and network of support systems (even though her support systems from her twitch coworkers were nonexistent). It is extremely hard to break out of cult like mentality especially when you're as engrossed in it as Kacey, denims, and frogan have been.

When Ian had a psychologist who commented "I think Ethan needs a hug" and Ian responded "I think he needs a kick in the face", that really stuck with me.

Kacey just left a very intense cult who is gonna tear her up. If she's for real, (even if it's not fully genuine the rest still stands) I don't think she needs a kick in the face lol

⊖   ⬆ 60 ⬇   💬 Reply   ↗ Share   ⋯

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrywxy6/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**Interesting-Log2664** • 11d ago
🤚 **HILA KLEINER** 🤚

She is funny she really does have committed timing when she's not stealing and I hope she produces original content. She has it in her unlike the other two ladies I don't feel like they have much talent as far as entertainment.

⬆ 1 ⬇   💬 Reply   ↗ Share   ⋯

https://www.reddit.com/r/h3h3productions/comments/1pcn0so/comment/ns0gr1d/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



SER084



https://www.reddit.com/r/h3h3productions/comments/1pcml6e/comment/nryrwnv/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pcml6e/comment/nrysj2w/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pcml6e/comment/nryyhdj/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER085



Dangerous_Trip_8905 · 10d ago

I get other people won't be as forgiving but one of the reasons I admire Ethan so much is how forgiving he is and I want to strive for that. I hope to see Kacey take this opportunity to stray away from the demented rabbit hole she fell into and join the family, I genuinely think she is funny and I believe most people are redeemable and able to change. I hope hate from this community doesn't deter her from doing the right thing but I can also understand why it would be overwhelming to see. Best of luck to Wacey 🤞 💗

⇧ 1 ⇩    💬 Reply    ⤷ Share    ...

https://www.reddit.com/r/h3h3productions/comments/1pcml6e/comment/ns31nov/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



Worried-End-5714 · 10d ago

The apology was A+ No doubt about it

⇧ 1 ⇩    💬 Reply    ⤷ Share    ...

https://www.reddit.com/r/h3h3productions/comments/1pcml6e/comment/ns326mi/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



eurotrash_ai · 10d ago

Kaceytron bridge pls ☮ 💜

⇧ 1 ⇩    💬 Reply    ⤷ Share    ...

https://www.reddit.com/r/h3h3productions/comments/1pd3s0x/comment/ns27b4n/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER086



https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrz42rl/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrz1el0/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nryrv16/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER087



**Sofisladder** · 11d ago

Damn I hope she really did learn from this. The apology was great, very serious and firm in taking accountability and making amends.

Even though she was caught red handed and basically forced to say this, kudos to her regardless for speaking those words ✌️ 💪

8    Reply    Share    ...

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrzde0b/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**Fit-Marsupial1451** · 11d ago

omg?!

I NEVER thought I'd see the day... but it's here?! I'm honestly stunned.

SO SO happy she has apologised (and properly) and finally decided to save her family. SO chuffed for Ethan, Hila, AB, O-Liv, and the whole crew.

May this be the start of the end of this madness so healing can begin.

5 BOOMS FOR FAMILY!

x

4    Reply    Share    ...

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns0z8vd/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



**TheeEvil** · 11d ago

Honestly good for her. Probably the absolute best case scenario. Big Ws

20    Reply    Share    ...

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrytcvn/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER088



https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nryx0ye/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrze5m2/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nryvk41/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER089



**BoyCubPiglet2** • 6d ago • Edited 6d ago

I'm curious how much of that she was required to say as part of the settlement, particularly stuff like the comments on Hasan and rising antisemitism. Either way I think it was good and hopefully that's the last we see of Kaceytron in a negative light.

Edit: For the people saying it was all required yes I realize she didn't write it all voluntarily. My question was more did Ethan give a bullet list of the points she needed to hit or did his team basically write a script for her. I'm curious if any of it came from her and if so what.

Also I feel like Ethan has three good options for the money he receives:

1. Pragmatic - Donate it to a Palestinian charity as a middle-finger to haters.
2. Funny - Start FUPA fund 2.0
3. Funniest - Donate it to Denims/Frogan just to win it back later.

⊖    ⇧ 94 ⇩    💬 Reply    ↪ Share    ⋯

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nryu83x/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER090

 **funktion666** · 11d ago

Was that so hard? Jesus, now please at least TRY to stay humble and try to be a good person. Without someone writing your words for you. I really hope this is a wake up call for anyone else who is using Palestine or other people's suffering for their own personal gain.

I really hope she leaves the internet and starts working a real job and living a normal life without relying on parasocial validation with all the mean shit she says and content she steals.

But if she continues streaming, I wish her luck with coming up with her own original content and actually contributing. She is actually funny sometimes from a few clips I've seen. She also has an opportunity to start fresh and better herself and start creating content. She should collab with Frogan on some totally new/fresh ideas.

Being honest, genuine and nice will get you SOO much further in life.

⬆ 1 ⬇     💬 Reply     ➦ Share     …

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrzjeic/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER091

# EXHIBIT 114

SER092



https://x.com/violetisgreen/status/1995982103474053495



https://x.com/Madferretatt/status/1995984783697215988



https://x.com/lanajulie33/status/1995992286585651241

SER093



https://x.com/JaneAndAnime/status/1996309132219978034



https://x.com/Guy789193Tennis/status/1995982371661680876



https://x.com/MateoNoir/status/1996121551637238064

SER094



https://x.com/mothmaam420/status/1995990724601676093



https://x.com/jossie6789/status/1995981426349445328



https://x.com/Yokweallday/status/1995989071664128043

SER095

**Nagato**
@HRNagato

Good apology imo, hopefully we can see you use this as an opportunity to grow as a person, I may not have watched you a few years ago but from watching clips you seemed like such a joyful loving person and that seems to have gone away in recent years, hope we see that Kacey again

5:28 PM · Dec 2, 2025 · **22.7K** Views

💬 11        ⟲ 2        ♡ 80        🔖 3        ⬆️

https://x.com/HRNagato/status/1995983563812966435

**MrInsanity**
@PeenKing858

Good apology. Take a long break from the internet and let yourself breath

5:40 PM · Dec 2, 2025 · **2,464** Views

💬        ⟲        ♡ 18        🔖        ⬆️

https://x.com/PeenKing858/status/1995986520721834067

**RadicalModerate** ✅
@gray_ifor_win87

Good on ya!  Strive to be better!

5:54 PM · Dec 2, 2025 · **14K** Views

💬        ⟲        ♡ 33        🔖        ⬆️

https://x.com/gray_ifor_win87/status/1995989915713118463

SER096



https://x.com/FrEaKoMc/status/1995989792429916582



https://x.com/orangetangop/status/1995983062614565057

SER097



https://x.com/RealLiberalDA/status/1995987436040585288

SER098



https://x.com/CaptainCabinetz/status/1995991546215502068

SER099

# EXHIBIT 115



x.com/LunarTroop/status/1999745072204853663?s=20



https://www.reddit.com/r/LeftoversH3/comments/1odnhge/you_can_walk_away_i_cant/?

SER101

utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_cont
ent=share_button



https://www.reddit.com/r/LeftoversH3/comments/1kl6qax/comment/mrzx320/?utm_sour
ce=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share
_button



https://kiwifarms.st/threads/community-feature-submissions.114933/post-20808941

SER102



https://www.reddit.com/r/LeftoversH3/comments/1m89kup/comment/n4xima2/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1k40py3/comment/mo6od54/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1pk1f1t/comment/nthyobd/?utm_sour

SER103

ce=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share
_button



https://www.reddit.com/r/LeftoversH3/comments/1liun9l/comment/mzf2vgv/?utm_sourc
e=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_
button

SER104



https://www.reddit.com/r/LeftoversH3/comments/1mxhfms/comment/na4ybm1/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER105





https://www.reddit.com/r/LeftoversH3/comments/1l0g3x0/comment/mvd3h41/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1kdfx5l/comment/mqak3l5/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER107



r/LeftoversH3 • 5mo ago
recoveredgangstalker  hater ass bitch ✓

i will cherish this when im in a nursing home reminiscing on th
golden days of bullying ethan klein on the internet

🌱 🌀 SHITPOST 🌀 🌱

11011010100010 00100111010110 message received

⬆ 650 ⬇     💬 29     ↪ Share

https://www.reddit.com/r/LeftoversH3/comments/1ma44ui/i_will_cherish_this_when_im_

SER108

in_a_nursing_home/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1mfcse2/comment/n6g4woh/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1kb3qzw/comment/mprdc0m/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1nvp6tz/comment/nha8kf8/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER109



**carolicolina** · 8mo ago

🤖 this mf never shuts up oh my god 🤖

She's dumb as the box of crayons she uses for Teddy Fresh and I hate her ugly shirt

⬆ 334 ⬇    ⤳ Share    ...

https://www.reddit.com/r/LeftoversH3/comments/1k2zevd/comment/mny1pfi/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

**New_Belt7507** · 6mo ago

ugly is the nicest thing i could say about hila

⊖    ⬆ 803 ⬇    ⤳ Share    ...

https://www.reddit.com/r/LeftoversH3/comments/1lfu3vv/comment/myr3mp6/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER110



Source deleted

SER111



Censored

https://x.com/caramelcolored/status/1950382747286974761/photo/1



https://www.reddit.com/r/LeftoversH3/comments/1pji1yn/comment/ntdzysr/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1kw1md0/comment/mudx4r4/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER114



https://www.reddit.com/r/LeftoversH3/comments/1pbnfmt/comment/nrrmje9/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER115



https://www.reddit.com/r/LeftoversH3/comments/1pk1f1t/these_two_men_are_nearly_20
_years_apart_in_age/

SER116



https://www.reddit.com/r/LeftoversH3/comments/1ot0x3c/the_fungi_writing_adoring_scr
eeds_to_their_role/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&ut
m_term=1&utm_content=share_button

SER117



https://www.reddit.com/r/LeftoversH3/comments/1ned184/comment/ndnpa9a/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER118



https://www.reddit.com/r/LeftoversH3/comments/1ljb154/teddy_fresh_jacket_modification_currently_sitting/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER119



https://www.reddit.com/r/LeftoversH3/comments/1pn6emd/watching_the_creative_proc

SER120

ess_in_action_i_truly/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1juqumq/comment/mm49yb5/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1lannyo/comment/mxm0uki/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER121



https://www.reddit.com/r/LeftoversH3/comments/1kt96wq/comment/mtrs3c0/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1nfl8yp/comment/ndxbd14/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER122



https://x.com/EthansAttic/status/1950907969035550861?s=20



https://x.com/eyuplovely/status/1897448851914489922?s=20

SER123



https://x.com/twicebakedass/status/1905288873313181930?s=20

SER124



https://x.com/Disinfo_Tracker/status/1908254163169091680?s=20



https://x.com/elderhater/status/1949873816525525392?s=20



https://x.com/HasPause/status/1975961983813116378



https://x.com/elderhater/status/1898884858388066341?s=20

SER128



gato fumador reposted

gato fumador ✓ @KweenInYellow · 18h

Be warned Americans, your Zi'nist neighbors will lie in order to help Israel kidnap your children.

https://x.com/KweenInYellow/status/1984357167403880921

[tag] [report abuse]



▏▏ 0:00

## RESPONSE TO ETHAN KLEIN

 BadEmpanada Live

Published on 2024-11-17 | Archived on 2024-11-19 ⬇

MY DEFINITIVE DESTRUCTION OF DEFAMER, OZEMPIC ETHAN KLEIN.
He celebrated Twitch banning people for saying "Zionist", so I celebrate my ability to say "Zionist" on YouTube
BUY FURSAN AL-AQSA:
https://store.steampowered.com/app/1714420/Fursan_alAqsa_The_Knights_of_the_AlAqsa_Mosque/
Support me on Patreon: https://patreon.com/BadEmpanada
Become a BadEmpanada Live member: https://www.youtube.com/@BadEmpanadaLive/join
Main Channel: https://youtube.com/BadEmpanada
Follow my Instagram: https://instagram.com/BadEmpanada
One-time donations: https://ko-fi.com/BadEmpanada
Spanish Channel: https://www.youtube.com/channel/UCfqxvPxPVLuCzPeOsIeOB3g

https://preservetube.com/watch?v=SOMPp8a1aeE

SER129



Oh I WILL see the downfall of the Klein family in my lifetime, I will encourage and look forward to it. Inshallah they will lose everything.

⊖  ⇧ 427 ⇩  💬 Reply  ↪  ⋯

It's been promised to them 3000 years ago, so yhe least we could do is help see it come to pass.

⇧ 80 ⇩  💬 Reply  ↪  ⋯

https://www.reveddit.com/v/LeftoversH3/comments/1pcmib3/kaceytrons_statement/nryra48/?q=oh+i+will&type=comments&cId=bea48fcf-7ae6-4844-9a42-1c5048ebafa2&iId=b120da36-d5d5-48ba-be33-603cef5b92d5&add_user=thxtula..c.new..t1_nrompa8..%2Cmojobobos..c.new..t1_nrh93vs..%2CBirbAtAKeyboard..c.new..t1_npuuj7q..&author=luckyonce_#t1_nryra48

SER130

# EXHIBIT 116

SER131



https://www.reddit.com/r/LeftoversH3/comments/1ks557k/bad_empanada_sets_his_sights_on_failed_musician/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

# AB laments the times when he was well liked by the public & shares in ethan kleins delusions of being the target of a violent attack



https://www.reddit.com/r/LeftoversH3/comments/1nh9fs0/ab_laments_the_times_when_he_was_well_liked_by/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER133



https://www.reddit.com/r/LeftoversH3/comments/1kdb6ar/comment/mq9fgq9/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER134

# EXHIBIT 117

SER135



**cstldk** · 19h ago

😵 **all expenses paid propaganda trip** 😵

Reminder that Rom is a literal West Bank settler and thus a "valid military target" according to Ethan Klein himself AND his legal partner is an individual wanted by the government of Malaysia in connection to one of the largest financial scandals in history.

 ⟲ 66 ⟱    ↗ Share    ⋯

https://www.reddit.com/r/LeftoversH3/comments/1pitu0s/comment/nt8xmpn/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



https://www.reddit.com/r/LeftoversH3/comments/1odjn5g/west_bank_rom_is_literally_crashing_out_in_court/

SER136



r/LeftoversH3 · 20h ago
ChemistPretend4636

## So, West Bank Rom's an idiot (Correspondence between him and H3snark mods' lawyer)

🏛️ LITIGATION 🏛️

https://www.reddit.com/r/LeftoversH3/comments/1pitu0s/so_west_bank_roms_an_idiot_correspondence_between/



Gooey_Goon · 19h ago

Rom saw an opportunity to drain more money out of his cash cow by turning this into a months long multistep process and lept on it

⊖  ⬆ 203 ⬇   ↪ Share   ···

https://www.reddit.com/r/LeftoversH3/comments/1pitu0s/comment/nt8t7xj/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



ficuspony · 19h ago

rom definitely retained more from his time in theatre school than law school

⬆ 48 ⬇   ↪ Share   ···

https://www.reddit.com/r/LeftoversH3/comments/1pitu0s/comment/nt8v8fz/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



Tick-Tock-Mr-Klein · 11h ago

I don't think the future will be very bright for Rom if he continues down this path. Doing all this shit while being as dumb as he is... "quit while you're ahead" is a phrase for a reason. If anyone sane and possessing even an ounce of disdain for entitled babies like both Rom and pedo_troll catches on to the entire intent of these suits and ramifications for allowing them even exist... could be the sound of Rom being sent back (well, not back... he can go anywhere but not Palestine. They deserve better) as his "career" spins down the toilet. Dude made a whole-ass "career" over just litigating the most obvious law ever (that reacting to a video is fair use). Now he's doing the literal opposite (LMFAO). Unprincipled, for sure, but also... maybe too dumb to even hold principles.

⬆ 6 ⬇   ↪ Share   ···

https://www.reddit.com/r/LeftoversH3/comments/1pitu0s/comment/ntakepm/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button



AlokFluff · 15h ago
We are all domestic terrorists 💥

Chatgpt ass lawyer

⬆ 21 ⬇   ↪ Share   ···

https://www.reddit.com/r/LeftoversH3/comments/1pitu0s/comment/nt9jsfh/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER137



**Dry-Look8197** • 2mo ago
Ethan is unwell 🙇

This whole filing seems insanely dishonest.

I guess that we shouldn't be surprised- Settler Rom partners in a firm with a wanted Malaysian embezzler (or at least conspirator in a massive scheme against the taxpayers of Malaysia). Still, the blatant misrepresentation of publicly accessible videos seems especially egregious- especially given the context of the case.

I am not a lawyer, and I have no idea how this really plays out in court, but the whole case seems as dumb and dishonest as the Kleins themselves.

⊖  ⇧ 301 ⇩    ⬭ Reply    ⤳ Share    ⋯

> **bortgunnar** OP • 2mo ago
>
> None of this even seems relevant to the case. It's a copyright case. How does people talking shit about Ethan matter to copyright
>
> ⊖  ⇧ 150 ⇩    ⬭ Reply    ⤳ Share    ⋯
>
> > **Dry-Look8197** • 2mo ago
> > Ethan is unwell 🙇
> >
> > "You see, the only thing we want is ethics in video game journalism."
> >
> > That's what I think whenever I see people bring up Ethan's BS excuses about copyright or CPS. It's just another version of the old Gamergate bullshit- just at the behest of a rich Bel Air asshole.
> >
> > ⊖  ⇧ 80 ⇩    ⬭ Reply    ⤳ Share    ⋯
> >
> > > **zixkill** • 2mo ago
> > > 🎃 Hasan Hasan Hasan Hasaaaaaaan 🤪
> > >
> > > Yeah judges reading over the information about GG would probably not come up with ethics in games journalism either.
> > >
> > > ⇧ 11 ⇩    ⬭ Reply    ⤳ Share    ⋯

https://www.reddit.com/r/LeftoversH3/comments/1oc3bem/comment/nkjt414/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

SER138

# EXHIBIT 118

SER139



SER140



SER141

# EXHIBIT 119

SER142



SER143

"[Shredder] is really good at dying"

Ethan's faded dog tattoos 🐆

Hila's claire's makeup 🧕

✨ mindless hair twirls ✨

Dan's enormous ego 🧑

Dan thinking he's the smartest person in ...

Ethan's fragile ego 🧔

Olivia's last braincell 👩

💗 Trisha deserved better 💗

Select your community flair

lalalalala i cant hear you 🙉

Hater Ass Bitch

fallen fan 👼

slayed by hila 🚙 🧦 🧮

boycott teddy fresh 🔥

leaving the cult behiiiiind

Post-H3 Rehab Club 💊 👀

Ethan "Bad Faith" Klein

Still a fan, but highly critical 🧐

🧑 Zach smokes cigarettes to look "cool"

SER144







SER146





SER147



SER148



SER149





SER150









SER152



SER153

ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK |
| | (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) |
| | **DECLARATION OF ROM BAR-NISSIM IN SUPPORT OF TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF** |

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE
DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

SER154

## DECLARATION OF ROM BAR-NISSIM

I, Rom Bar-Nissim, do hereby state and declare as follows:

1.      I am an attorney at law, duly licensed to practice law in the State of California and the United States District Court for the Northern District of California. I am a partner at the law firm Heah Bar-Nissim LLP and attorney of record for Plaintiff/Respondent Ted Entertainment, Inc. ("TEI") in the above-referenced matter. I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would competently testify thereto. I make this declaration in support of TEI's Opposition to the Motion for Administrative Relief of the Defendants/Movants Does (collectively, the "H3Snark Mods").

## BACKGROUND ON THE STIPULATION FOR THE PRESENT MOTION

2.      **Purpose of Supplementing the Record:** The Court is more than able to review the communications between the H3Snark Mods' counsel and myself regarding the stipulation for the Motion. Dkt. No. 25-1, pp. 15-21. I wish to supplement the record by providing critical context.

3.      **Initial Concerns with the Proposed Motion:** When counsel for the H3Snark Mods contacted me to stipulate to the Motion on December 5, 2025, I knew the H3Snark Mods would not be filing a procedural or administrative motion. Rather, I knew it was extremely likely the Motion would be the H3Snark Mods attempt to file their third substantive brief totaling 45 pages of briefing (*see* Dkt. Nos. 1, 20 and 25) and their fourth submission of evidence (*see* Dkt. Nos. 7-8, 15, 21, 23, 25-1, 26). Given that TEI only had one opportunity to submit one substantive brief of 25 pages and one opportunity to submit evidence (*see* Dkt. Nos. 16-16.2), I thought it appropriate to offer a compromise to avoid the H3Snark Mods having an unfair advantage.

4.      **The Proposed Compromise:** On December 7, 2025, I sent an email to counsel for the H3Snark Mods that proposed a three-stage process that would avoid the Motion and preserve due process and fairness to all parties. *See* Dkt. No. 16-1, Ex. C. The proposal was as follows:

a.      **Stage One:** The H3Snark Mods would have one week after the stipulation was granted (or more if they requested) to file: (1) a declaration that was confined to

1

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

authenticating the evidence identified in the H3Snark Mods' counsel's December 5, 2025 email; and (2) a supplemental brief of up to five pages that would be confined to addressing said evidence.

b.   **Stage Two:** TEI would have two weeks after the H3Snark Mods' submissions to file: (1) a sur-reply of up to 15 pages that would be confined to addressing the H3Snark Mods, supplemental brief, supplemental evidence (including objections), newly raised arguments in their Reply Brief and newly raised evidence in the H3Snark Mods' Reply Declaration; and (2) sur-reply evidence to support the sur-reply.

c.   **Stage Three:** The H3Snark Mods would have one week to file objections to TEI's sur-reply evidence that was up to five pages.

5.   **Rationale of the Proposal:** My proposal was a test to see if the H3Snark Mods would – once again – seek an unfair advantage by preventing TEI from responding to newly raised arguments and evidence. The H3Snark Mods previously engaged in this conduct by raising new arguments in support of their motion to quash in their Reply Brief and submission of new evidence with H3Snark Mods' Reply Declaration. *See* Dkt. No. 24, pp. 2:4-16, 6:18-28. I also knew that the Motion would be replete with misrepresentations and mischaracterizations – much like was done in the H3Snark Mods' prior submission – and five pages would not provide an adequate opportunity to respond. Dkt. Nos. 16-1, ¶¶ 3-40, 56, 79-80; 16-2, ¶¶ 25 (fn. 18), 35-97; 24, pp. 4:18-5:15, 5:28-6:17.

6.   **Conclusions from the Rejection of the Proposal:** By rejecting my proposal, the H3Snark Mods confirmed to me that they would continue to engage in the same behavior they exhibited throughout this litigation. When counsel for the H3Snark Mods claimed it was because they did not want to "re-open briefing," I knew this assertion was false. The contents of the Motion and the exhibits submitted into evidence confirmed this fact to me. From my perspective, it seemed the H3Snark Mods wanted to say whatever they pleased about the owners of TEI but prevent them from responding to, engaging with and debunking their assertions.

**RELEVANT BACKGROUND OF TEI'S THREE COPYRIGHT ACTIONS**

7.   **The Kaceytron Action:** I previously testified to some of the facts related to *Ted*

2

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

SER156

*Entertainment, Inc. v. Caviness et al.* (Case No. 4:25-cv-459-BCW) in my October 20, 2025 declaration ("My 10/20/25 Declaration"). *See* Dkt. No. 16-1, ¶¶ 52-53. A true and correct copy of the January 31, 2025 watch party (the "Kaceytron Watch Party") of TEI's copyrighted work *Content Nuke: Hasan Piker* ("*The Nuke*") hosted by Kacey Caviness p/k/a Kaceytron ("Kaceytron") was authenticated in My 10/20/25 Declaration and submitted to the Court as Exhibit 65. Dkt. No. 16-1, ¶¶ 53, Ex. 65. I also authenticated the complaint and documentary exhibits attached to the complaint in the Kaceytron Action in My 10/20/25 Declaration. *Id.*, ¶ 53; Dkt. No. 7, p. 249-340. Said testimony and exhibits are incorporated by reference herein.

8.    **The Frogan Action:** In My 10/20/25 Declaration, I previously testified to some of the facts related to *Ted Entertainment, Inc. v. Majed et al.* (C.D. Cal. Case No. 2:25-cv-5565-JFW-MAA) (the "Frogan Action"). A true and correct copy of the January 31, 2025 watch party (the "Frogan Watch Party") of *The Nuke* hosted by Morgan Kamal Majed ("Frogan") was authenticated in My 10/20/25 Declaration and submitted to the Court as Exhibit 66. Dkt. No. 16-1, ¶¶ 52, 54, Ex. 66. I also authenticated the complaint and documentary exhibits attached to the complaint in the Frogan Action in My 10/20/25 Declaration. *Id.*, ¶ 54; Dkt. No. 7, pp. 144-247. Said testimony and exhibits are incorporated by reference herein.

9.    **The Denims Action**: In My 10/20/25 Declaration, I previously testified to some of the facts related to *Ted Entertainment, Inc. v. Saber et al.* (C.D. Cal. Case No. 2:25-cv-5564-WLH-PD) (the "Denims Action"). Dkt. No. 16-1, ¶¶ 41-51. A true and correct copy of the January 31, 2025 watch party (the "Denims Watch Party") of *The Nuke* and TEI's copyrighted work *Countdown to Doomsday: H3 Show #104* (the "Countdown Episode") (collectively, the "Works") was authenticated in My 10/20/25 Declaration and previously submitted to the Court by the H3Snark Mods as Exhibits J and K. Dkt. No. 16-1, ¶ 41. A true and correct copy of the complaint and documentary exhibits attached to the complaint in the Denims Action are located at Dkt. No. 7, pp. 12-136. Other exhibits relevant to the Denims Action were authenticated in My 10/20/25 Declaration. Dkt. No. 16-1, ¶¶ 38(b), Exs. 62-64 & Ex. L. Said testimony and exhibits are incorporated by reference herein.

///

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF    SER157

**ADDITIONAL FACTS RELEVANT TO THE KACEYTRON ACTION AND MEDIATION**

10.    **General Assessment of the Kaceytron Action:** Of the three copyright actions brought by TEI (*i.e.*, the Kaceytron Action, Frogan Action and Denims Action), I considered the Kaceytron Action a clear cut example of copyright infringement. As such, I drafted and was prepared to file on TEI's behalf a motion for partial judgment on the pleadings as to the claim of direct copyright infringement against Kaceytron. Ultimately, TEI did not file said motion in the hope that the matter could be resolved in mediation.

11.    **The Court's Order re: Mediation:** On June 19, 2025 (*i.e.*, the same day that TEI filed the Kaceytron Action), the United States District Court for the Western District of Missouri issued an order requiring the parties to engage in mediation 75 days after the Rule 26 conference. Since the Rule 26 conference in the Kaceytron Action took place on August 22, 2025, the parties were required to conduct mediation by December 1, 2025.

12.    **Selection of Mediator and Format of Mediation:** The parties selected John Garretson to serve as a neutral mediator. Mr. Garretson was on a list of preapproved mediators provided by the Court and the only mediator with copyright experience.[1] The parties agreed to conduct mediation on December 1, 2025 – which was the last day the parties could conduct mediation under the order. Initially, Mr. Garretson requested that the parties appear in person for mediation. Due to cost concerns, the parties requested that mediation be conducted remotely – to which Mr. Garretson eventually agreed.

13.    **The Confidentiality Clause:** The retainer agreement with Mr. Garretson contained a confidentiality clause that required the details of mediation to be kept confidential. As such, I cannot and will not share these details in a public filing. I will only submit a declaration providing additional details of the mediation for *in camera* review if the Court deems it necessary and issues an order to that effect.

14.    **Facts Germane to Mediation**: I can discuss facts that are germane to mediation. TEI and Kaceytron conducted court ordered mediation on December 1, 2025. Mr. Garretson

---

[1] MAP Category I List of Neutrals (Nov. 14, 2025), p. 14 *available at*: https://www.mow.uscourts.gov/sites/mow/files/MAP-CategoryI-LON.pdf

4

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

SER158

served as a third party neutral to mediate the dispute. Both Kaceytron and TEI were represented by counsel throughout the mediation. During the mediation, the parties were able to compromise their positions and reach a settlement.

15. **The Settlement Agreement:** The settlement agreement for the Kaceytron Action contained a confidentiality clause – but carved out two provisions. Relevant here is the provision containing the agreed upon text of Kaceytron's public apology ("Kaceytron's Public Apology"). The settlement agreement was signed by Kaceytron, her counsel, Ethan Klein (on behalf of TEI), Hila Klein (on behalf of TEI) and myself in counterparts. I will only submit the executed versions of the settlement agreement for *in camera* review if the Court deems it necessary and issues an order to that effect.

16. **No Intention to Call Kaceytron as a Witness:** At no point in time did I intend to call Kaceytron as a witness or have her submit a declaration in the present action. Nor did I communicate any intention to do so to counsel for the H3Snark Mods. Indeed, I had no communication with counsel for the H3Snark Mods since November 4, 2025 when they requested to transfer the video exhibits in support of the H3Snark Mods Reply Brief and Reply Declaration digitally rather than by flash drive. The sole purpose for which I would call Kaceytron as a witness against the H3Snark Mods would be as to her underlying direct infringement for purposes of contributory infringement.

**ADDRESSING MISCELLANEOUS ASSERTIONS MADE BY THE H3SNARK MODS**

17. **Debunking Assertions on Improper Purpose:** The H3Snark Mods assert that "the sole purpose of TEI's three lawsuits is to unmask Does for perceived wrongs unrelated to copyright infringement." Dkt. No. 25, pp. 2:10-12, 4:17-18. They further assert that TEI's lawsuits are directed at ruining their lives and to dox and humiliate them. *Id.*, p. 2:5-8. The H3Snark Mods also assert that TEI's lawsuits are directed at silencing "criticism" through legal and financial pressure. *Id.*, pp. 3:11-15, 4:14-15. This is unequivocally false and I would never agree to represent – let alone file – copyright claims as subterfuge to redress other wrongs, to silence criticism or to dox and humiliate anyone. I view such conduct as highly unethical and in direct conflict with my values. Indeed, my very first case involved drafting an amicus brief on

5

behalf of independent filmmakers and documentarians that concerned the issue of using copyright to redress wrongs unrelated to copyright. *See Garcia v. Google, Inc.*, 786 F.3d 733 (9th Cir. 2015). To the contrary, the basis for my belief that Denims infringed TEI's copyrights and why the H3Snark Mods contributed to that infringement (and the infringement of Kaceytron and Frogan) is set forth in My 10/20/25 Declaration and incorporated by reference herein. *See* Dkt. No. 16-1, ¶¶ 35, 38-39, 41-56.

18.    **Debunking the H3Snark Mods Characterization of the Kaceytron Public Apology:** The H3Snark Mods describe Kaceytron's Public Apology as a "hostage-style" video and "coerced in exchange for dismissal." Dkt. No. 25, pp. 2:24-3:4. This is simply false. As mentioned, Kaceytron was represented by counsel during the mediation and it was overseen by a neutral mediator. Due to the confidentiality requirement of mediation, I am unable to provide further details explaining why Kaceytron's Public Apology was voluntary and consensual. I will only provide additional details supporting this assertion for *in camera* review if the Court deems it necessary and issues an order to that effect.

19.    **Debunking the H3Snark Mods Claim of No Collusion with Denims:** The H3Snark Mods claim Denims' commentary is relevant to show there was no collusion between Denims and the H3Snark Mods. Dkt. No. 25, pp. 3:8-9, 3:13-14, 7:17-18. This is false as explained below.

a.    During discovery, I served requests for production on Denims on behalf of TEI. Some of the requests sought documents and communications between the H3Snark Mods and Denims.

b.    Denims responded to the discovery requests by stating she did have responsive documents of said communications. In response to the request, Denims produced a single communication from an H3Snark Mod with the Discord username of Dart0is. The communication was from January 21, 2025 and stated, in relevant part, "Can you advertise on H3Snark before or when the content puke [*i.e.*, *The Nuke*] is released? I try time to time to gather people there to join your stream but we need you for this one so we don't boost Ethan's release." Dart0is also included a screenshot of a message sent to

6

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF    SER160

Denims' Discord Mod that stated in relevant part: "So the H3snark community is in a rock and a hard place regarding the future content puke about Hasan. There are more and more of us, and wedont [*sic*] want to give views to ethan." A true and correct copy of the aforementioned communication is attached hereto and incorporated herein as **Exhibit 106.**

c.      Upon receiving and reviewing this communication, my team initiated a further investigation to determine if they could find additional materials related to Dart0is. One means of investigation my team utilized was to become a member of Denims' public Discord server called "Denims Factory."

d.      Upon gaining admittance to "Denims Factory," my team conducted a search to determine if Dart0is participated in Denims' Discord server. My team typed Dart0is' username in Discord's search function with the prefix "from:" to identify messages sent by Dart0is on "Denims Factory." The search yielded 10 results. Relevant here, are three messages Dart0is sent on January 28, 2025 – *i.e.*, three days before *The Nuke* was publicly released. True and correct screenshots of Dart0is messages from January 28, 2025 – along with the message ID and user ID – are attached hereto and incorporated herein as **Exhibit 107.**

e.      In Dart0is' first message from January 28, 2025 on "Denims Factory," Dart0is sent a screenshot from H3Snark that stated: "Remember to just wait a bit and watch it on Denim twitch stream (or other creators). WE MUST NOT FEED ETHAN'S ENGAGEMENT." (original emphasis).

f.      In Dart0is' second message from January 28, 2025 on "Denims Factory," Dart0is responded to another user asking whether Denims would host a watch party with: "i hope we do, im marketing like crazy for it).

/ / /

/ / /

/ / /

/ / /

/ / /

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF

g.     In Dart0is third message from January 28, 2025 on "Denims Factory," Dart0is responded to a user who questioned Dart0is mention of "marketing" with: "promoting sorry (snark mostly). hopefully the content puke will be the nail in ethan's coffin, but the amount of hatewatch could help him survive a couple of quarters if all watch it."

The contents of this declaration are true and correct. Executed this 15th day of December 2025 in Los Angeles, California.

                           ___/s/ Rom Bar-Nissim_____
                                  Rom Bar-Nissim

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF    SER162

# EXHIBIT 106

SER163



SER164

# EXHIBIT 107

SER165



Message ID: 1333878050479411252



Message ID: 1333883318386556990, 1333883640425353298, 1333883980323229696

SER166



**Dartois** 1/28/2025 2:15 PM
See Denim, Im thriving even if you ignored me!🫡🍞🍞

> **SensMak** • -3 h • Modifié il y a -1 min
> Remember to just wait a bit and watch it on Denim twitch stream (or other creators). WE MUST NOT FEED ETHAN'S ENGAGEMENT.
> ↑ 86 ↓   Répondre   💬 1   Partager   …
>
> ⊕ **PickyPanda** • -3 h
>
> **BeanBagMcGee** • -3 h • Modifié il y a -30 min
> I gave you a star for 2 reasons. 1 this is good info and I agree. 2 because I shared my engineering bros the Milk.Exe video in college.
>
> I regret and deep down knew he was a chud. But I gave the benefit of the doubt to a Zionist. Which is a white person from Jim Crow but replace Black with Black and Arab.
>
> Israel killed alot of Black Babies back during their experiments in the 50s.

**KrampuSession** 💀 SCAV ⚔ 1/28/2025 2:26 PM
what

**Deleted User** 1/28/2025 2:27 PM
hes finished the vid

**KrampuSession** 💀 SCAV ⚔ 1/28/2025 2:27 PM
Oh?

**Deleted User** 1/28/2025 2:28 PM
but isn't released yet 🐊

**KrampuSession** 💀 SCAV ⚔ 1/28/2025 2:28 PM

cowardly

💯 2   🙂

**DieAtCola** 🍭 KWAN 👖 1/28/2025 2:34 PM
hes waiting for thursday stream, what a good guy

SER167



SER168

ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK |
| | (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) |
| | **TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF** |

SER169

Plaintiff/Respondent Ted Entertainment, Inc. ("TEI") submits its opposition to the Administrative Motion ("Motion") of Movants/Defendants Does (the "H3Snark Mods").

## I.  INTRODUCTION

The H3Snark Mods' Motion demonstrates that the present action is not about protecting their ability to criticize, but to silence any criticism made against them. This is the H3Snark Mods' *fourth* proffer of evidence and *third* substantive brief. Not only is this improper for an administrative motion, it is a pattern of conduct by the H3Snark Mods to prevent TEI from providing an adequate response. TEI was able to debunk the H3Snark Mods' evidence argument in TEI's opposition and supporting papers. In response, the H3Snark Mods improperly raised new arguments in their reply brief and new evidence in their reply declaration. The purpose was clear: to prevent TEI from exposing them again. This Court must deny the Motion to prevent the H3Snark Mods from continuing to abuse the judicial system for the reasons set forth below.

## II.  THE MOTION IS NOT A PROPER ADMINISTRATIVE MOTION

Local Rule ("L.R.") 7-3(d) prohibits filing any additional evidence after a reply brief is filed. L.R. 7-11 governs administrative motions and states they are to address "miscellaneous administrative matters" – such as "motions to exceed otherwise applicable page limitations or motions to file documents under seal." L.R. 7-11. The Motion does not address administrative or procedural matters; rather, it is an improper substantive motion going to the merits of the case.[1] For this reason alone, the Motion should be denied. *See Tri-Valley CAREs v. U.S. Dept. of Energy*, 671 F.3d 1113, 1131 (9th Cir. 2012) (affirming court's denial of administrative motion to supplement the record for failure to comply with L.R. 7-11).

The H3Snark Mods reliance on *Advanced Internet Technologies., Inc. v. Google Inc.*, 2006 WL 889477 (N.D. Cal. Apr. 5, 2006) further emphasizes that denial is warranted. The Court noted that a "request for a stay in a putative class action is hardly the sort of minor administrative matter that is appropriate for treatment" but granted the motion because of "the substantial merit"

[1] *Cf. Robertson v. Qadri*, 2007 WL 2221075, *1 (N.D. Cal. Aug. 2, 2007) (administrative motion was an improper vehicle for motion to quash); *Omoregie v. Boardwalk Auto Center, Inc.*, 2008 WL 4792643, *1 (N.D. Cal. Oct. 31, 2008) (administrative motion was an improper vehicle to stay litigation); *Dister v. Apple-Bay East, Inc.*, 2007 WL 4045429, *3-4 (N.D. Cal. Nov. 15, 2007) (same); *Spieler v. Mt. Diablo Unified School Dist.*, 2007 WL 1795701, *3 ("motions seeking amendment or clarification" were improper under L.R. 7-11).

1

of the request "and the *lack of prejudice*" to the opposing party. *Id.*, \*1 (emphasis added).

The Motion lacks merit and is extremely prejudicial to TEI. The Motion is intended to deprive TEI of an adequate opportunity to respond to the H3Snark Mods' misrepresentations, misleading statements and rank speculation. *See* Declaration of Rom Bar-Nissim ("RBN"), ¶¶ 14-18, Exs. 106-107; Joint Klein Declaration ("JKD"), ¶¶ 4-10, Exs. 108-119. TEI only has five pages to – not only debunk these statements – but address the impropriety of the Motion and lodge its evidentiary objections. When TEI offered to stipulate to a three-stage process that ensured fairness and due process to all parties, the H3Snark Mods rejected TEI's proposal. RBN, ¶¶ 3-6; Dkt. No. 25-1, pp. 16-17. The H3Snark Mods claimed they did not want to "re-open briefing" – yet that is exactly what they have done. *Id.* Moreover, this is the H3Snark Mods: (1) *fourth* submission of evidence (Dkt. Nos. 7-8, 15, 21, 23, 25-1, 26); and (2) *third* substantive brief on the merits (Dkt. Nos. 1, 20, 25). In contrast, TEI has only had *one* opportunity to do both. Dkt. Nos. 16-16.2. The starkly disproportionate amount of briefing and evidence severely prejudices TEI. RBN, ¶¶ 3, 5.

Furthermore, the H3Snark Mods have previously deprived TEI of an opportunity to respond. As TEI previously noted, the H3Snark Mods raised new arguments in their reply brief and introduced new evidence in their reply declaration. Dkt. No. 24, pp. 2:4-16, 6:18-28. This was done with the express purpose of preventing TEI from debunking said evidence and argument as TEI did with its opposition. *See* Dkt. Nos. 16-1, ¶¶ 3-40, 56, 79-80; 16-2, ¶¶ 25 (fn. 18), 35-97; 24, pp. 4:18-5:15, 5:28-6:17. The Motion seeks to do this again by severely limiting TEI's ability to refute their arguments and debunk their misrepresentations.

The H3Snark Mods exploit the fact that mediation is confidential by advancing conspiracy theories on what occurred. TEI is unable to fully address these conspiracy theories because it is prohibited from disclosing what occurred in mediation. RBN, ¶¶ 13, 15; JKD, ¶ 6.

Alternatively, this Court should grant TEI leave to file a sur-reply and sur-reply evidence – not only to more adequately address the Motion – but the new arguments in the Reply Brief and new evidence in the H3Snark Mods Reply Declaration. *See Stiner v. Brookdale*, 665 F.Supp.3d 1150, 1179 (N.D. Cal. 2023) (newly raised evidence and argument in reply should be disregarded unless the opposing party is given "an adequate opportunity to respond").

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' ADMINISTRATIVE MOTION

SER171

### III.    ADDRESSING THE H3SNARK MODS "EVIDENCE"

**Evidence Related to Kaceytron:** The H3Snark Mods' focus on Kacey Caviness p/k/a Kaceytron ("Kaceytron") is bizarre. They seek to impeach a witness that TEI has no intention to call in the present action – nor did it communicate to the H3Snark Mods counsel an intent to do so. RBN, ¶ 16. This further emphasizes that the Motion is a transparent attempt by the H3Snark Mods to improperly make a fourth submission of evidence and a third substantive brief.

Further, the evidence concerning Kaceytron is irrelevant under the various tests involving unmasking an anonymous defendant in the context of a copyright infringement claim. *See In re DMCA Subpoena to Reddit*, *Inc.* 441 F.Supp.3d 875, 880 (N.D. Cal. 2020) (holding no balance of the equities is applied in the copyright context); *In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F.Supp.3d 868, 876 (N.D. Cal. 2022) (balance of the equities involves "weighing the potential harm to the party seeking disclosure against the speaker's interest in anonymity, in light of the strength of the underlying claim").

Indeed, as TEI demonstrated in its opposition, there are several cases that find that there is minimal, if any First Amendment protection when – as here – the plaintiff has made a *prima facie* claim of copyright infringement. Dkt. No. 16, p. 28:11-18 (quoting *Baugher v. GoDaddy, Inc*, 2021 WL 4942658, *5 (D. Ariz. Oct. 22, 2021); *Agdal v. X Corp. In Interest to Twitter, Inc.*, 2025 81594, *5 (N.D. Cal. Jan. 13, 2025); *In re DMCA Subpoena to Reddit*, 441 F.Supp.3d at 882).

At best, the evidence is marginally relevant to courts that follow the four-factor balancing test – namely whether "the subpoena seeking the information was issued in good faith and not for any improper purpose." *Cognosphere Pte. Ltd. v. X Corp.*, 2024 WL 4227594, *3 (N.D. Cal. Sept. 18, 2024); *In re Reddit, Inc.*, 671 F.Supp.3d 1022, 1025 (N.D. Cal. 2023).

True to form, the H3Snark Mods intentionally omit evidence that refutes their assertions. They provide three "clips" from TEI's December 2, 2025 podcast (the "12/2/25 Podcast"). These clips total 12:46 minutes when the segment discussing Kaceytron's public apology was a total of 55:10 – *i.e.*, a mere 23%. JKD, ¶ 5(a), Ex. 108 1:26:30-2:21:40. On *fifteen separate occasions*, Ethan and Hila Klein discuss: (1) their motives for pursuing TEI's copyright claims – namely as a form of activism to protect YouTube creators for malicious copyright infringement; (2) the

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' ADMINISTRATIVE MOTION

SER172

importance of grace and forgiveness to Kaceytron; (3) praising and complimenting Kaceytron's talent and self-awareness; (4) expressing compassion for Kaceytron's family situation; and (5) instructing the audience to forgive Kaceytron and accept her apology.[2]

TEI's motive behind the copyright lawsuits was further emphasized the following day in the December 3, 2025 podcast (the "12/3/25 Podcast"). On *five separate occasions*, Ethan and Hila discussed the purpose of TEI's copyright infringement when responding to the social media post of Alexandra Marwa Saber p/k/a Denims ("Denims").[3]

Rather than provide meaningful argument, the H3Snark Mods – once again – treat their Motion like their subreddit. They engage in rank speculation about what transpired during mediation to impute ulterior motives regarding the subpoenas to Reddit and Discord. This is another attempt by the H3Snark Mods to prevent TEI from providing a meaningful response – as it is bound by the confidentiality obligations of mediation. RBN, ¶¶ 13, 15, 18; JKD, ¶ 6. Ethan and Hila Klein – along with TEI's counsel – will only disclose what occurred in mediation if the Court deems it necessary and orders that they submit declarations for *in camera* review. *Id.*

Insofar as the H3Snark Mods rely on its newly submitted evidence to support this speculation, the evidence is inadmissible because it is: (1) made without personal knowledge (Federal Rule of Evidence ("FRE") 602, 701); (2) improper character evidence to which no exception applies (*id.* 404-405); (3) protected by the settlement privilege (*id.* 408); (4) hearsay to which no exception applies (*id.* 801-803); (5) improper impeachment evidence because there is no testimony to impeach (*id.* 607-608); (6) improper legal arguments/legal conclusions; (7) improper expert testimony (*id.* 702); and (8) irrelevant both legally and factually (*id.* 401-403).

**Evidence Related to Denims:** The H3Snark Mods seek to use hearsay statements (FRE 701-703) by Denims as evidence there was no conspiracy to siphon views away from TEI's copyrighted works. Once again, the H3Snark Mods are attempting to refute an argument that TEI never made. Further, evidence that Denims produced in discovery – along with subsequent investigation – revealed that the H3Snark Mods attempted to do just that: collude with Denims

---

[2] JKD, ¶ 5(a), Ex. 108 at 1:27:18-1:28:10, 1:30:03-1:30:14, 1:30:47-1:31:07, 1:32:14-1:32:30, 1:33:07-1:33:32, 1:36:51-1:37:46, 1:38:32-1:38:58, 1:41:16-1:41:45, 1:50:14-1:51:07, 1:51:27-1:52:03, 2:11:07-2:11:42, 2:12:41-2:13:37, 2:13:50-2:14:37, 2:14:44-2:15:27, 2:15:49-2:17:39.
[3] JKD, ¶ 5(b), Ex. 104a at 5:30-6:12, 7:45-8:13, 9:35-10:07, 10:22-10:50, 11:20-11:50.

4

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' ADMINISTRATIVE MOTION

SER173

with the express purpose of siphoning views away from TEI. RBN Decl., ¶ 19, Exs. 106-107.

On January 21, 2025, the H3Snark Mod with the Discord username Dart0is sent Denims a direct message on Discord stating: "Can you advertise on the H3Snark before or when the content puke [*i.e.*, *The Nuke*] is released? I try time to time to gather people there to join your stream but we need you for this one *so we don't boost Ethan's release*." RBN Decl., ¶ 19, Ex. 106 (emphasis added). On January 28, 2025, Dart0is sent a screenshot on Denims' Discord server from H3Snark that stated: "Remember to just wait a bit and watch it on Denim twitch stream (or other creators). WE MUST NOT FEED ETHAN'S ENGAGEMENT." *Id.*, Ex. 107 (original emphasis). Dart0is responded to a user asking whether Denims would host a watch party with: "i hope we do, im *marketing* like crazy for it." *Id.* (emphasis added). Dart0is clarified with: "promoting sorry (snark mostly). hopefully the content puke will be the nail in ethan's coffin, *but the amount of hatewatch could help him survive a couple of quarters if all watch it.*" *Id.* (emphasis added). This shows the H3Snark Mods lied to this Court about their intent to siphon views away from TEI.

**Various Internet Comments**: The H3Snark Mods provide various statements made over the Internet in support of their request for a protective order to prevent people from teasing them online in the event the motion to quash is denied. Dkt. Nos. 25-1, Exs. 100-101. Notably, none of these messages threaten the H3Snark Mods in any manner. Rather, the messages emphasize "the public interest in knowing the party's identity" – which weighs in favor of disclosure. *Doe v. UNUM Live Ins. Co. of Am.* ("*UNUM*"), 164 F.Supp.3d 1140, 1144 (N.D. Cal. 2016).

Unsurprisingly, the H3Snark Mods digitally manipulated their evidence and presents it in a highly misleading manner. JKD, ¶¶ 7-9, Exs. 108-114 . Further, the comments provided by the H3Snark Mods are incredibly mild compared to the vicious and hateful abuse and harassment they fostered on r/H3Snark and that their supporters perpetuate. *Compare* Dkt. No. 25-1, Exs. 100-101 *with* Dkt. No. 16-2, ¶¶ 38-56 & JKD, ¶¶ 10, Exs. 115-119. Such evidence hardly warrants a deviation from the "normal presumption in litigation that parties must use their real names." *Doe v. Epic Games, Inc.*, 435 F.Supp.3d 1024, 1053-54 (N.D. Cal. 2020) ("retaliation" and "social stigmatization" insufficient to warrant anonymity); *UNUM*, 164 F.Supp.3d at 1146-47 ("embarrassment" and "stigma" insufficient to warrant anonymity).

Dated: December 15, 2025

**HEAH BAR-NISSIM LLP**

By  /s/ ROM BAR-NISSIM
ROM BAR-NISSIM
Attorneys for Respondent/Plaintiff Ted
Entertainment, Inc.

6

TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' ADMINISTRATIVE MOTION

SER175

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No. 3:25-mc-80296-SK<br><br>(Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California)<br><br><br>**DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF DOES' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULES 7-3 AND 7-11 TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |

Case No. 3:25-mc-80296-SK

DECL OF L. VULIĆ ISO MTN FOR ADMIN
RELIEF RE: NEW EVIDENCE

SER176

I, Leah Rosa Vulić, do hereby declare:

1.      I am an attorney admitted to practice law in the State of California and before this Court. I am an associate with the law firm of Kronenberger Rosenfeld, LLP, and counsel of record for Movants Doe Defendants in connection with their Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc. ("Motion"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called to testify, could and would do so competently.

2.      On December 1, 2025, Plaintiff Ted Entertainment, Inc. ("TEI") participated in court-ordered mediation with the Defendant in *Ted Entertainment, Inc. v. Kacey Caviness* (Kaceytron), W.D. Mo. Case No. 4:25-cv-00459-BCW. That case settled as to Kaceytron. TEI dismissed Kaceytron from the lawsuit, but did not dismiss the lawsuit entirely, meaning Does remain as defendants in that lawsuit. A true and correct copy of the Stipulation for Dismissal in that case is attached hereto as **Exhibit A**.

3.      Attached hereto as **Exhibit B** is a Manual Filing Notification ("MFN"), which is being electronically filed in accordance with the Northern District of California's local rules and procedures.

4.      On December 2, 2025, Kaceytron published an "apology video" ("Apology Video"). A true and correct screencapture of Kaceytron's X post releasing her Apology Video, located at https://x.com/kaceytron/status/1995979364715168142?s=20, is attached hereto as **Exhibit 95**. Submitted herewith to the Court in physical format with the MFN as **Exhibit 96** is a true and correct download of Kaceytron's Apology Video itself, which my office downloaded on December 2, 2025. In her Apology Video, among other statements, Kaceytron stated she committed copyright infringement and promised to help TEI in its case to unmask Does, including by providing testimony under oath. *See* Ex. 96.

5.      Submitted herewith to the Court in physical format with the MFN as **Exhibit 97** is a true and correct clip [timestamps: 4:33:23 – 4:34:57] of the video located at https://www.youtube.com/watch?v=nI6k8V2FPEk .[1] Exhibit 97 is a video on demand of a Twitch

---

[1] A link to the beginning of relevant evidence is located at: https://youtu.be/nI6k8V2FPEk?si=-AKDuAgiQofFNDQx&t=16343 for the Court's convenience.

Case No. 3:25-mc-80296-SK                    1                    **DECL OF L. VULIĆ ISO MTN FOR ADMIN RELIEF RE: NEW EVIDENCE**

livestream Kaceytron published on June 26, 2025, which she then reuploaded to YouTube on July 3, 2025, per the video description. This video was downloaded and clipped by my office staff on December 8, 2025. A true and correct transcript of Kaceytron's statements is attached hereto as **Exhibit 98**.

6.      Submitted herewith to the Court in physical format with the MFN as **Exhibit 99** is a true and correct download of the video Kaceytron published on November 24, 2025, titled "Kaceytron gives LIVE Personal Update on Ethan Klein Lawsuit," located at https://www.youtube.com/watch?v=kgYElzEl7Yk. This exhibit was downloaded by my office staff on December 8, 2025.

7.      Attached hereto as **Exhibit 100** are true and accurate screenshots and hyperlinks to various social media posts and comments responding to Kaceytron's purported Apology Video directed to Ethan and Hila Klein. All screenshots were captured by Does using laptop computers on December 4, 2025. For clarity and ease of reference, the materials have been organized under headings identifying the specific social media platforms from which they were obtained. Although not exhaustive, these selections reflect a range of user commentary indicating that public interest in the matters at issue appears, in large part, to be motivated by a desire to see all Defendants subjected to degradation, humiliation, and financial damages, and, with respect to the Doe Defendants, to have their identities disclosed in a manner that could result in irreparable personal harm. These screenshots reflect only a small subset of the total responses published.

8.      Attached hereto as **Exhibit 101** are true and accurate screenshots of Reddit modmail correspondence, as well as posts and comments published to the moderator queue on the subreddit r/h3snark, concerning and directed toward the Doe Defendants following the release of Kaceytron's purported "apology" video addressed to Ethan and Hila Klein. The screenshots were captured on the Doe Defendants' mobile and computer devices between December 2 and December 4, 2025. These modmail messages, posts, and comments reflect a range of user communications that are intended to intimidate, harass, or otherwise pressure the Doe Defendants, and further indicate that a portion of the public discourse surrounding these matters is motivated by a desire to see the Does exposed, discredited, or otherwise subjected to personal and reputational harm.

Case No. 3:25-mc-80296-SK                                    2                          **DECL OF L. VULIĆ ISO MTN FOR ADMIN RELIEF RE: NEW EVIDENCE**

KRONENBERGER ROSENFELD

9.     Attached hereto as **Exhibit 102** are true and accurate screenshots of Ethan Klein's (@h3h3productions) Instagram Story posts published between November 30 and December 4, 2025 and captured on Doe Defendants' mobile devices. The posts include statements by Mr. Klein concerning his scheduled mediation with Kaceytron; promotional material for a commentary video characterizing Kaceytron and another creator as the "Pathetic Victims of H3H3"; commentary on Kaceytron's purported "apology" video directed to Ethan and Hila Klein; and additional posts in which Ethan references the parties' settlement discussions in a manner framed as content for the H3 Podcast. For clarity and ease of reference, the materials have been organized chronologically by date. These posts reflect a pattern of social media activity suggesting that Ethan continues to provide attention, visibility, and promotional benefit to individuals who engage in online harassment of the Defendants and other critics. They further demonstrate an ongoing practice of invoking pending litigation in public-facing content in a manner that appears intended, at least in part, to exert pressure on or intimidate the Defendants and other critics.

10.    Submitted herewith to the Court in physical format with the MFN as **Exhibits 103a-103c** are true and correct clips [timestamps: 143:22 - 1:44:23, 1:52:44 – 2:03:11, 2:06:20 – 2:07:38] from a download of H3 Podcast, "The Lawsuit Is Over (Kaceytron Apology) - H3 Show #215," YouTube (Dec. 2, 2025), https://www.youtube.com/live/EZTTXkv5q1M. This video was downloaded and clipped by my office staff on December 8, 2025.

11.    Submitted herewith to the Court in physical format with the MFN as **Exhibits 104a-104c** are true and correct clips [timestamps: 1:52:50 – 2:06:25, 2:11:42 – 2:18:25, 2:20:37 – 2:20:58] from a download of the H3 Podcast, "Lawsuit Reactions, Trisha Paytas Stars In Israeli TV Show & Fans Are MAD - H3 Show #216," YouTube (Dec. 3, 2025), https://www.youtube.com/live/P1ca1PZJyVs. This video was downloaded and clipped by my office staff on December 9, 2025.

12.    Attached hereto as **Exhibit 105** is a true and correct screencapture of an X (formerly Twitter) post by Denims, the defendant in the action underlying the instant motion to quash, responding to Kaceytron's Apology Video, located at https://x.com/DenimsTV/status/1996039945841209774?s=20.

Case No. 3:25-mc-80296-SK                                          3                         **DECL OF L. VULIĆ ISO MTN FOR ADMIN RELIEF RE: NEW EVIDENCE**

SER179

13. On December 5, 2025, I emailed TEI's counsel advising him of Does' intent to file the instant administrative motion. I asked if TEI would stipulate to such an administrative motion, qualifying the request by stating that Does require court approval even if TEI stipulates.

14. In response, TEI's counsel agreed to stipulate, on the condition that TEI would be permitted to file a "sur-reply" to Does' Reply [D.E. 20].

15. Because Does do not believe the instant motion should be an avenue for additional substantive briefing by TEI, Does declined TEI's proposal. A true and correct copy of my email communications with TEI's counsel is attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 9, 2025                    By:    s/ Leah Rosa Vulić
                                                  Leah Rosa Vulić

Case No. 3:25-mc-80296-SK                    4        **DECL OF L. VULIĆ ISO MTN FOR ADMIN RELIEF RE: NEW EVIDENCE**

SER180

# Exhibit A

SER181

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> KACEY CAVINESS p/k/a KACEYTRON, an individual, <br><br> and <br><br> DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 4:25-cv-00459-BCW ) ) ) ) ) ) ) ) ) ) ) |

**STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Plaintiff Ted Entertainment, Inc. ("TEI") and Defendant Kacey Caviness p/k/a Kaceytron ("Caviness"), through their undersigned counsel, hereby (1) stipulate that this action be dismissed as against Caviness without prejudice; and (2) request that the Court retain jurisdiction to enforce the settlement agreement between TEI and Caviness (the "Stipulation"). In further support of this Stipulation, the Parties state:

1. On June 19, 2025, TEI filed the complaint in the present action. Dkt. No. 1.

2. On August 15, 2025, Caviness filed her answer to the complaint in the present action. Dkt. No. 16.

3. On December 1, 2025, TEI and Caviness reached an agreement to settle the present action (the "Settlement Agreement").

4. The Settlement Agreement, although confidential by its terms, includes a

1

SER182

provision which remains to be performed.

5.      Thus, as part of the Settlement Agreement, TEI and Caviness agreed to stipulate to dismissal as set forth herein but also to request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement.

WHEREFORE, the Parties: (1) stipulate that this action as against Defendant Kacey Caviness p/k/a Kaceytron be dismissed without prejudice; and (2) request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement.

///

2

SER183

Respectfully submitted,

DATED: December 2, 2025

By:  /s/Rom Bar-Nissim
Rom Bar-Nissim (*admitted pro hac vice*)
HEAH BAR-NISSIM
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:  310-432-2836
Email:  rom@heahbarnissim.com

James J. Kernell, #48850
AVEK IP, LLC
7285 West 132nd Street, Suite 340
Overland Park, Kansas 66213
Telephone:  913-549-4700
Facsimile:  913-549-4646
Email:  jkernell@avekip.com

*Attorneys for Plaintiff*
*Ted Entertainment, Inc.*

DATED: December 2, 2025

By:  /s/Benjamin Kassis
Benjamin Kassis (Pro Hac Vice)
ben@frostllp.com
Benjamin Grush, (Pro Hac Vice)
bgrush@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
(424) 254-0441

Stephen M. Hoeplinger, MO #62384
hoeplinger@capessokol.com
CAPES, SOKOL, GOODMAN & SARACHAN, P.C.
8182 Maryland Avenue, Suite 1500
St. Louis, Missouri 63105
(314) 754-4828

*Attorneys for Defendant KACEY CAVINESS p/k/a KACEYTRON.*

3

SER184

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served on all

counsel of record via the Court's CM/ECF system on December 2, 2025.

/s/ Rom Bar-Nissim

4

SER185

# Exhibit B

SER186

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** | Case No. 3:25-mc-80296-SK <br><br> (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) <br><br><br> **EXHIBIT B TO DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF DOES' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULES 7-3 AND 7-11 TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |

Case No. 3:25-mc-80296-SK                        **MANUAL FILING NOTIFICATION**

SER187

## MANUAL FILING NOTIFICATION

Regarding: **Exhibits 96, 97, 99, 103a-c, and 104a-c** to the Declaration of Leah Rosa Vulić in Support of Does' Motion for Administrative Relief to Submit Additional Evidence in Support of their Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc.

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The following Exhibits were not e-filed because they are video files on a USB flash drive, not able to be filed through the ECF system:

| Exhibit Nos. | Description |
|---|---|
| Ex. 96 | Kaceytron's Apology Video, released by Kaceytron at https://x.com/kaceytron/status/1995979364715168142?s=20 on December 2, 2025. |
| Ex. 97 | [timestamps: 4:33:23 – 4:34:57] of the video located at https://www.youtube.com/watch?v=nI6k8V2FPEk, a video on demand of a Twitch livestream Kaceytron published on June 26, 2025 and later uploaded to YouTube on July 3, 2025 |
| Ex. 99 | "Kaceytron gives LIVE Personal Update on Ethan Klein Lawsuit," located at https://www.youtube.com/watch?v=kgYElzEl7Yk |
| Ex. 103a-c | [timestamps: 143:22 - 1:44:23, 1:52:44 – 2:03:11, 2:06:20 – 2:07:38] from a download of H3 Podcast, "The Lawsuit Is Over (Kaceytron Apology) - H3 Show #215," YouTube (Dec. 2, 2025), https://www.youtube.com/live/EZTTXkv5q1M |
| Ex. 104a-c | [timestamps: 1:52:50 – 2:06:25, 2:11:42 – 2:18:25, 2:20:37 – 2:20:58] from a download of the H3 Podcast, "Lawsuit Reactions, Trisha Paytas Stars In Israeli TV Show & Fans Are MAD - H3 Show #216," YouTube (Dec. 3, 2025), https://www.youtube.com/live/P1ca1PZJyVs |

Respectfully Submitted,

DATED: December 9, 2025      **KRONENBERGER ROSENFELD, LLP**

By:    <u>s/ Leah Rosa Vulić</u>
      Leah Rosa Vulić

Attorneys for Movants/Defendants Does

KRONENBERGER ROSENFELD

Case No. 3:25-mc-80296-SK      2      **MANUAL FILING NOTIFICATION**

SER189

# Exhibit C

SER190

| **From:** | Leah Vulic |
| **To:** | "Rom Bar-Nissim" |
| **Cc:** | Jeff Rosenfeld |
| **Subject:** | RE: Ted Entertainment, Inc. v. Does - Administrative Motion |
| **Date:** | Sunday, December 7, 2025 8:30:00 PM |
| **Attachments:** | image001.png |
| | image002.jpg |
| | image003.png |
| | image004.png |

Dear Rom,

Thank you for your thoughtful proposal. However, we're not trying to re-open briefing, but present a discrete set of new evidence directly relevant to Does' arguments which did not exist at the time of filing. As such, we cannot agree to your proposal.

Best regards,
Leah

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Sunday, December 7, 2025 12:58 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Does - Administrative Motion

Leah:

My Client is willing to stipulate to Your Clients introducing the evidence identified in your email from Friday, but upon certain conditions. We believe these conditions are very reasonable and help ensure fairness and due process for both sides.

We will stipulate to a three stage process: (1) Your Clients submission of a supplemental brief (the "Supplemental Brief") and the supplemental evidence identified in your email from Friday (the "Supplemental Evidence"); (2) My Client will submit a sur-reply (the "Sur-Reply") and sur-reply evidence ("Sur-Reply Evidence"); and (3) Your client can lodge objections to the Sur-Reply Evidence, if any (the "Objections").

Below details what each step of the process would entail and will be memorialized in the stipulation.

**Supplemental Brief and Supplemental Evidence**:

- **Timing**: Your Clients will have one week from the court granting the stipulation to file

SER191

their Supplemental Brief and Supplemental Evidence. If more time is needed, let us know.

- **Supplemental Evidence:** Your clients will submit a declaration that is confined to authenticating the items identified in your email from Friday.

- **Supplemental Brief**: Your clients will submit their Supplemental Brief of up to five pages confined to discussing the significance of the Supplemental Evidence as it relates to the issues of this case.

**Sur-Reply and Sur-Reply Evidence**

- **Timing**: My client will have two weeks from the filing of the Supplemental Brief and Supplemental Evidence to file its Sur-Reply and Sur-Reply Evidence.

- **Sur-Reply Evidence**: My client will submit evidence confined to addressing the Supplemental Evidence and the evidence submitted with Your Clients' Reply Brief.

- **Sur-Reply:** My client will file a Sur-Reply of up to 15 pages confined to discussing the Supplemental Brief, the Supplemental Evidence (including objections) and the Reply Brief (including the evidence submitted with the reply brief).

**Objections**

- **Timing**: Your Client will have one week from the filing of the Sur-Reply Evidence to file their Objections. If you need more time, let me know.

- **Objections**: The Objections shall be up to five pages and confined to evidentiary objections of the Sur-Reply Evidence.

If this proposal works, I will begin drafting the joint stipulation.

Thanks,

**Rom Bar-Nissim**
Partner

**P:**  +1 (310) 432-2836
**E:**  Rom@HeahBarNissim.com

SER192

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Saturday, December 6, 2025 11:00 AM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Does - Administrative Motion

Thank you, Rom.

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Saturday, December 6, 2025 10:28 AM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Does - Administrative Motion

Leah:

I appreciate you following up and answering my question. I will get back to you this weekend.

## Rom Bar-Nissim
Partner

**P:**  +1 (310) 432-2836
**E:**  Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Saturday, December 6, 2025 9:55:55 AM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Does - Administrative Motion

Rom,

SER193

No. As you know, Local Rule 7-3 states no supplementary material (except material specified in 7-3(d)) may be filed *without prior court approval*. We are seeking that court approval.

We are still preparing the motion, but we are required to ask whether you will stipulate (L.R. 7-11(a)), and we wanted to notify you as soon as possible. We need to seek court approval either way.


Best,
Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Friday, December 5, 2025 4:54 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Does - Administrative Motion


Leah: Is this the sole authority you intend to rely upon?

## Rom Bar-Nissim

Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com

---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Friday, December 5, 2025 4:40 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Does - Administrative Motion


Rom,

*See Advanced Internet Techs., Inc. v. Google, Inc.*, No. C-05-02579 RMW, 2006 WL 889477, at *1, n.1 (N.D. Cal. Apr. 5, 2006).


Thanks,
Leah

SER194

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Friday, December 5, 2025 3:59 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Does - Administrative Motion

Leah: Do you have any legal precedent where a party was allowed to introduce evidence after a reply brief? I would like to consider it before providing a response.

## Rom Bar-Nissim

Partner

**P:**  +1 (310) 432-2836
**E:**  Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com

---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Friday, December 5, 2025 2:53 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Ted Entertainment, Inc. v. Does - Administrative Motion

Dear Rom,

We intend to file an administrative motion under Civil Local Rule 7-11 for the Court to admit and consider additional evidence in support of Does' motion to quash, pursuant to Civil Local Rule 7-3.

Namely, Does seek to introduce the following evidence:

1. Kaceytron's "apology" statement and responses thereto, located at https://x.com/kaceytron/status/1995979364715168142?s=20;
2. Kaceytron's prior statements https://youtu.be/nl6k8V2FPEk?si=G5EcqcGjVrqnDgLh 4:33:23 - 4:34:57 (Jun. 26, 2025)
3. Kaceytron's prior statements in her video "Kaceytron gives LIVE Personal Update on Ethan Klein Lawsuit" (Nov. 26, 2025);
4. Clips from H3 Podcast, "The Lawsuit Is Over (Kaceytron Apology) - H3 Show #215," YouTube (Dec.2, 2025), https://www.youtube.com/watch?v=EZTTXkv5q1M;
5. Clips from H3 Podcast, "Lawsuit Reactions, Trisha Paytas Stars In Israeli TV Show & Fans Are

SER195

MAD - H3 Show #215," YouTube (Dec. 3, 2025), https://www.youtube.com/watch?v=P1ca1PZJyVs;

6. Screenshots of social media comments responding to Kaceytron's "apology" statement;

7. Screenshots of modmail and attempted posts to the shutdown h3snark subreddit in response to Kaceytron's "apology" statement;

8. H3's Instagram stories responding to Kaceytron's "apology" statement;

9. Denims' X post located at https://x.com/denimstv/status/1996039945841209774?s=46, and responses thereto.

This evidence is directly relevant to 1) TEI's motivations in filing its three lawsuits and unmasking subpoenas; 2) the harms Does and the public face by TEI's stifling of free speech and unmasking, including retaliation and doxing; 3) the *lack* of evidence of any collusion between Does and content creators. This evidence also was not available at the time Does filed their motion to quash or reply, so it could not be introduced earlier.

Will you stipulate to Does submitting this additional evidence?

Thanks,
Leah

_____

# Leah Vulić

## ASSOCIATE

### KRONENBERGER ROSENFELD, LLP

548 Market St Suite 85399 San Francisco, CA 94104

**Phone:** (415) 955-1155 Ext. 121

**leah@kr.law**
**www.kr.law**

Follow us

 

NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited.  If you are not the intended recipient, please contact the sender at the above number and delete all copies.  Inadvertent waiver shall waive no privileges.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein (the foregoing paragraph has been affixed pursuant to U.S. Treasury Regulations governing tax practice).

# Exhibit 95

SER197

https://x.com/kaceytron/status/1995979364715168142?s=20                                                                                     December 8, 2025 at 9:04 PM PST

# X

- Home
- Explore
- Notifications (2)
- Chat
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

**Post**

Kronenberger Rose...
@KRInternetLaw

## Post

**kaceytron** ✓
@kaceytron

Public Apology to Ethan & Hila

2671/2600

**04:59**

Starting Soon

**kaceytron** ✓ @kaceytron
Public Apology to Ethan & Hila

2:12 PM · Dec 2, 2025 · **12.6M** Views

💬 273     🔁 1K     ❤️ 4.5K     🔖 2K     ↑

**Who can reply?**
Accounts @kaceytron mentioned can reply

---

**spev** 🏳️‍🌈🇵🇸 ✓ @theejohnhancock · Dec 2
yeah its fuck ethan klein for life. worthless loser. its like a hostage script for ethan to stop tormenting kacey. making her praise them and the crew like they are Devine saviors.
💬 6     🔁 85     ❤️ 9.4K     📊 142K     🔖 ↑

---

**aurora** @DuckDiePew · Dec 2
for him to use the same exact method of abuse that he experienced with the copyright system AND crowdfunded his entire lawsuit..... for him to use that against another person just shows how disgusting and vile he is. i hope he knows that forcing these words DOES NOT HELP his case
💬 19     🔁 51     ❤️ 5K     📊 80K     🔖 ↑

---

**TheoFCB** ❤️💙 @besfrd23 · Dec 2
"all remaining gofundme money raised to go to the kliens" 😂😂😭



💬 2     🔁 46     ❤️ 4.1K     📊 108K     🔖 ↑

---

**lilWeasel** @elderhater · Dec 2
i am sick to my stomach ethan klein is truly a great evil
💬 14     🔁 22     ❤️ 4.5K     📊 44K     🔖 ↑

---

**Jane Noone** @Noone_Janey · Dec 2
He is fucking sick for this. You did what you had to do. Proud of you for securing your future, and know that this reflects way worse on him than it does you.
💬 13     🔁 18     ❤️ 3.3K     📊 56K     🔖 ↑

---

**Mr B** @PoliticalNeutra · Dec 2
Of course Hasan didn't help you. He just uses people for his own gain. He is a master grifter and this proves it.
💬      🔁 16     ❤️ 1.7K     📊 25K     🔖 ↑

---

**Guy** @HeyThatGuyFrank · Dec 2
Ethan even got an apology for asmongold! Woah what a legend!
💬      🔁 15     ❤️ 1.7K     📊 34K     🔖 ↑

---

**Andrew** @andrewravioli · Dec 2

💬      🔁 5     ❤️ 1.5K     📊 22K     🔖 ↑

---

**Courtney** @_courttpaige · Dec 2
This is so sad. I know Kacey had to do what was best for her and i truly want this to be over for her. Ethan, Hila, and the entire H3 crew spread

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads Info  |  More ···  © 2025 X Corp.

Q Search

**Relevant people**

**kaceytron** ✓
@kaceytron            [Following]
radicalized woman

**What's happening**

Trending in United States
**AJ Brown**
7,412 posts

Sports · Trending
**4 INTs**
2,127 posts

Sports · Trending
**#PHIvsLAC**
3,463 posts

Sports · Trending
**Saquon**
Trending with Darius Cooper
10.3K posts

Show more

SER198

nothing but hate and negativity. I hope they're happy. You won against a female small creator and only had to sell your souls for it.

💬 40    🔁 25    ♡ 1.2K    📊 70K    🔖 ⬆️

**cadenza** 🇵🇸 @Cadenza_23 · Dec 2
the fact ethan made you apologize to fucking assmold lmao what an evil pathetic loser he is

💬    🔁 1    ♡ 1.3K    📊 11K    🔖 ⬆️

**Zain** @_Elite718 · Dec 2
Nothing like a millionaire forcing small creators to read an apology because his ego got bruised

💬    🔁 5    ♡ 1.2K    📊 23K    🔖 ⬆️

**The Loser** 🍃 🌿 @KwasiGamal · Dec 2
Ethan behind the camera holding the gun.
It is sad and evil but at least I hope this stops him from terrorizing and ruining her life for absolutely no other reason than being a misogynistic narcissist.
Everyone who isnt rotten to his core knows who is in the right here



💬 5    🔁 9    ♡ 1K    📊 31K    🔖 ⬆️

**Augie** ✅ @AugieRFC · Dec 2
Ouch!

💬 2    🔁 3    ♡ 906    📊 116K    🔖 ⬆️

**Savvy ( -"ᵕ"- )** ✅ @MadamSavvy · Dec 2
>they have done more for the palestinian people than I ever have

This takes me back to the tweet just a few days ago about trying to prop yourself up as a "magnet" for hate to "spare others"

What a lovely sound bit all this is but seriously, maybe get a job. Youre not very
Show more

💬 1    🔁 13    ♡ 736    📊 97K    🔖 ⬆️

**J W** @dancingwithcats · Dec 2
This is gross, it just makes Ethan sound like a manipulative abuser.

💬 1    🔁 3    ♡ 764    📊 33K    🔖 ⬆️

**Phantom** @Thephant0mlimb · Dec 2
How long do you guys think it will be before she starts talking shit?

💬 9    🔁 1    ♡ 760    📊 19K    🔖 ⬆️

**SC12** @chadman123769 · Dec 2
Here's a live reenactment of what Hasan/Denims will be doing after this video

💬    🔁 6    ♡ 741    📊 51K    🔖 ⬆️

**ashy** @Dee_Bee1997 · Dec 2
If yall cannot see that this was forced and she was told what to say idk what else is wrong with you. Ethan Kkklein is fucking INSANE for making her say this shit. about her own family? what is actually wrong with him?

💬    🔁 13    ♡ 726    📊 12K    🔖 ⬆️

**windrider** @bbbravostan · Dec 2
Sorry you have to do this but happy that you'll be free of this horrible guy now

💬 4    🔁    ♡ 727    📊 14K    🔖 ⬆️

SER199



**no** @weedgoku69 · Dec 2
really unfortunate that you had to do this to get out of ethan's lawsuit. glad it's over, hope he eats shit forever

♡ 134   4.8K

**SolidState** @SolidStateGreg · Dec 2
I'm so sorry those evil people put these words in your mouth. I hope you find peace, but I know you never will. They will always just squeeze more power from your weaknesses.

♡ 129   5.1K

**sirmansir** @SirManSirMan · Dec 2
Holy shit this is soooo funny

♡ 124   3.5K

**The Joey** @realTHE_JOEY · Dec 2
I re-download twitter for this

♡ 119   8.5K

**MONSTR** @MONSTR_UwU · Dec 2
Isis and Israeli style torture.

♡ 130   3.5K

**OsteoFerocious** @the_oatster · Dec 2
Kacey I really do think a lot of people just wanted to hear you take some responsibility. Sadly this is the internet so you will probably always deal with hate and trolls but I hope most of them are able to move on as well.

5   ♡ 115   57K

**Andrea Joan** @romancingAndrea · Dec 2
Sorry you had to go through this. And do this.
You did what you had to do for you and your family.
We know what this is.
We all got you girl.

♡ 114   9.7K

**Warrior Class Liberal** 🇵🇷 @Neojakazz · Dec 2
Anime pfps eating good today booayy



♡2   ♡ 110   3.5K

**_Jeremy |** @remyJer_ · Dec 2
Hope this is actually the end of this garbage for you ❤️❤️❤️

♡ 100   4.6K

**Renjuri** @Renjurii · Dec 2
Ethan Klein is such a fucking loser lmao. I'm so glad she's done with his dumbass.

1   ♡ 96   2.3K

**Dilwin** @Toxoplamosis · Dec 2
7/10 apology goodbye Kacey it was fun to call u out on ur bs I hope in the future you stick by these words!

♡ 83   5.7K

**Nagato** @HRNagato · Dec 2
Good apology imo, hopefully we can see you use this as an opportunity to grow as a person, I may not have watched you a few years ago but from watching clips you seemed like such a joyful loving person and that seems to have gone away in recent years, hope we see that Kacey again

11   ♡2   ♡ 80   22K

**haru|さる** @haruuuuwo · Dec 2
🏆 Fan account
we love you kacey

♡ 80   10K

**ClearlakeSupremacy** ✓ @ClearlakeWon · Dec 2
What a loser you are shit is hilarious 😂😂

♡ 88   9K

**MikeyyG** @Mikeyy420G · Dec 2
All the FAMILY should accept this apology ,peace and love

♡ 77   3.6K

**Archon** @yogsothothhh · Dec 2
I can't believe Hasan lied about supporting you. You should sue him.

♡ 76   2.5K

**Jesse** @Idiotindisguise · Dec 2
Respect where its due good on you girl! Coming from a h3 fan.

♡1   ♡ 76   2.9K

SER201

SER202

# Exhibit 97
# Kaceytron June 26, 2025 VOD

# Manually Filed with the Clerk

SER203

Exhibit 98

SER204

https://www.youtube.com/watch?v=nI6k8V2FPEk
Kaceytron Vod Archive
July 3, 2025 [from Twitch livestream June 26, 2025]
[all emphasis added]

[4:33:28 - 4:34:57]

[4:33:28]
Kaceytron: [Reading a Twitch chat comment] *" 'I think he will be nice to you he is just trying to get to Snark mods mostly.'* And, I don't fucking get that either— because, **I don't fucking know shit about the fucking Snark mods**. Like, I haven't even really, like, been to that fucking subreddit. Like, you know, I— it was funny, because, I haven't even, like— I didn't even really know about [r/h3snark] until fucking recently."

Kaceytron: [Reading a Twitch chatcomment] *" 'What even is that?'* The H3Snark subreddit. It's like, the one where they talk shit on Ethan Klein or whatever that he is so upset about."

[4:34:12]
Kaceytron: "But, like, I'm not even fucking following that subreddit. It's crazy because I noticed I was following the fucking h3h3Productions subreddit but I wasn't following the fucking other ones that they're talking about. It's the H3Snark and is there another one? I don't know. [Reading a Twitch comment] *'It's inactive.'* No, you're right. It's like— the other one that's inactive or something— but now there's— also the— I don't fucking know. The Leftovers? I don't fucking know. But it's like, **what the fuck does he think I know about the fucking moderators**? Like, I fucking don't know shit about my own moderators, besides, like, some of them are gay."

Exhibit 99
Kaceytron Nov. 24, 2025 Update

Manually Filed with the Clerk

SER206

Exhibit 100

SER207

**Timestamped Members-Only Live Chat Messages**



 1:36:06  **@MauroDiogoM** [h3]  For people saying Ethan shouldnt have settled and that she'll start snarking again. She would be INSANE to do so. If Ethan sued her after that she'd almost instantly lose and she knows.

 1:36:53  **@maddiev2323** [h3]  Hell yeah he gets the gofundme and she's going against snark

 1:36:59  **@RhysticSyphon** [h3]  COOPERATING AGAINST SNARK LET'S GO

 1:37:28  **@blizzardwuffy** 🔧 [h3]     Kacey thank you for coming, papa bless

From H3 Podcast, "The Lawsuit Is Over (Kaceytron Apology) - H3 Show #215," *YouTube* (2 Dec. 2025), https://www.youtube.com/watch?v=EZTTXkv5q1M.

## Various YouTube Comments (With Hyperlinks)

 **@rubymeaddle** 1 day ago
He wants the H3 Snark mods, Kacey was a blip on that sub's radar before the lawsuit.

If she doesn't have anything on them why not settle?
https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgwKnmueccXngY7Ug1B4AaABAg

 **@Mario-o4l3h** 1 day ago
Daily reminder that Ethan is only doing this to build a mega case against snark. That's going to be so much fun
https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgxtvBA_buY3BbrnBqB4AaABAg

 **@J0eMega** ✓ 1 day ago
Her backstab on snark and Hasan almost makes up for my disappointment that she still has a house. Given the sheer amount of content she's stolen, I'd say she got off incredibly easy.
https://www.youtube.com/watch?v=FMNxoSrA8MI&lc=UgzwS_AkYZ95cniI-uV4AaABAg

 **@DanW99** 18 hours ago
Financially ruining her would've been fine, but this is much, much funnier.
https://www.youtube.com/watch?v=FMNxoSrA8MI&lc=Ugz-09-WXJNkIwRwSvt4AaABAg

SER209

 **@iandobosh8584** 1 day ago

I think Kaceytron was the least of everyones worries. She obviously got more inflammatory after the lawsuit, but who wouldn't expect someone to react that way? Even Frogan isnt a ginormous concern even though i would deem her slightly more problematic. I'm glad this chapter is over. I think everyone is really waiting to see how Denims and the Snark mods will result.

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=Ugy082RtzNL1VEnHHQ54AaABAg

 **@RenatoJones** 1 day ago

Holy shit, that Kaceytron apology had me feeling things. I wish Denims and Frogan all the worst. Proud to be a foot soldier

https://www.youtube.com/watch?v=EZTTXkv5q1M&lc=UgwvL-dR_-DDCdWNCep4AaABAg

 **@phlag35** 1 day ago

Ethan must have had so much fun coming up with embarrassing self-owns to make her say about herself.

https://www.youtube.com/watch?v=FMNxoSrA8MI&lc=UgwffT-PA5Ha3qbZlxJ4AaABAg

## Various Reddit Comments (with Hyperlinks)

 saltypretzzel · 2d ago

I wanna know if he got snark mod names through the settlement somehow? I just joined I'm out of the loop. Is snark shitting themselves and crying?

https://www.reddit.com/r/h3h3productions/comments/1pck1l8/comment/nrz4skg/

 Rustystrings720 · 1d ago

I saw a lawtube lady say that Kacey was %100 going to throw those mods under the bus's when it came down to it and here we are

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns2s2dg/

 AnotherSilentDay · 2d ago

idk guys I feel like a full retraction, apology, and a possible release of names would be worth it for him. I'm excited to see her statement! Because if she admits to the copywrite allegations, the others in the lawsuit are going to look even more horrible

https://www.reddit.com/r/h3h3productions/comments/1pck1l8/comment/nrya8gr/

 Ricofox1717 · 2d ago

Kaceytron apology or Snark details either way we are eating family

  ⊖    ⬆ 107 ⬇    💬 Reply    ↗ Share    ⋯

 LoveThinkers · 2d ago

Snark details would be better, so this platform can be cleaned of some bad actors

https://www.reddit.com/r/h3h3productions/comments/1pck1l8/comment/nry8e8b/

SER210

 FraggleRock_ · 2d ago

Not a cancel culture person but.... she should disappear from the online space. She's a horrible person regardless of this feigned apology.

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrzd191/

 rehx4 · 2d ago

Baaaahahahahahahaha!!!!!! Love the driveling apology-- I'm sure she doesn't mean it and is only doing it to avoid consequences but love it regardless. I love how her fans (aka the snarkers) have had to lose tens of thousands of $$$ for her mistakes. It's almost better that they've lost the money and she hasn't lost any money -- it's so funny to me that they've had to face the consequences for something that they didn't even do and she's getting away with just an apology. The very best part thing though is her exposing Hasan (Fuck yeah) for his performative scumbaggery! And that the disgusting snarkers can tremble in their boots knowing that one of theirs is flipping. Sometimes in life justice does prevail!!!

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nryup1n/

 PurposeImpossible554 · 2d ago

Oof, humiliating. I personally don't think I could publicly show my face taking that kind of L. Just...brutal.

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns0p23s/

 Disastrous-Forever90 · 1d ago

She looks scared out of her mind. Good.

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns1xkga/

 CheckLogical1425 · 1d ago

Bro this bitch LOVES humiliation rituals. LMFAO

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns1q4gk/

 SewFi · 1d ago

Love it when a shit eating bitch finally finds out; took her long enough!

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns2lvm3/

 foslforever · 23h ago

I think the little olive branch to Asmongold was nice in there too, like lets make this creature atone for everything while we are here. there is some inner politics in here, like a tip to the fedora to allies who also clown on Hasan

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns54lvp/

SER211

 **Allenas6** · 2d ago

her cooperation is the biggest win for ethan. he only needs 1 fully litigated case to set precedent. kasey was never the main target. its the reddit mods, and maybe denims. with her being willing to cooperate fully including testifying on the stand is huge.

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/ns04ld1/

 **shredziller57** · 2d ago

This is so hilariously humiliating and I fucking love it. Couldn't have happened to a more wretched piece of shit than Kaceytron...unless it happened to Hasan, that is. Would love to also see Noah Samsen have to end up groveling like this.

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrzg3zg/

 **disneydaniela** · 2d ago

The way I gasped when she said she'd cooperate against the H3 Snark subreddit. Juicy juicy!

https://www.reddit.com/r/h3h3productions/comments/1pcmkny/comment/nrzqjdo/





https://www.reddit.com/r/LivestreamFail/comments/1pcmtjg/comment/nrz45b4/

## Twitter/X Comments

 **W33aboojones** ❄️🔥🦊 ✓  @W33ab00Jones · Dec 2

NOOOOOOO ETHAN YOU SPINELESS FUCK. YOU HAVE TO RUIN HER OR NO ONE LEARNS THEIR LESSON.

https://x.com/W33ab00Jones/status/1995974859667767490?s=20

 **bRyan** @DeadL0versLaneX · 20h

Ethan's real target is H3 snark, hopefully this helps him take them all down, they are truly the most vile people

https://x.com/DeadL0versLaneX/status/1995984222553788734?s=20

SER212



**Crusader** ✝ ☑ @Crusader_Eph611 · Dec 2

Watching her being forced to surrender, turn her back on the mods and hasan and bend the knee to submit is so satisfying.
Absolutely deserved.
Can't wait until next time this happens to her because she didn't learn her lesson.

https://x.com/Crusader_Eph611/status/1996012880278482996?s=20



**Legal Mindset** ☑ @TheLegalMindset · 14h

Thank God Denims is stubborn enough to keep this going to we have amazing content coming from discovery and get to see the Reddit mods exposed

https://x.com/TheLegalMindset/status/1996081343839739919?s=20

## KiwiFarms



https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23119639



https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23119218

SER213



**AN/ALR56**
Enjoy every sandwich
True & Honest Fan
kiwifarms.net
Joined:    Mar 13, 2015

Tuesday at 7:03 PM                                                                    #15,354

"the settlement was too nice" Lol what?, He got basically all what he wanted from this:

- A public humiliation ritual, to sink her career and credibility for good, leftists fucking hate losers and snitches, even when they lose lawsuits, name one breadtuber who either cucked out or lost a lawsuit this badly and kept going as nothing happened.
- Reddit retards who donated to her will actually pay him, the seething will be powerful enough to light up the sun
- She is still fucked hard by all her lawyer fees and her side of the court costs, that shit won't go away, unlike in Jobst's case because you can't discharge those debts in bankruptcy law in the US
- She will be forced to testify or rat out the anonymous reddit and twitch mods and possible staff members, which is what he really wanted
- If he didn't offer a settlement, it would take another year, even if she ran out of money and a default decision against her would be made, also it would look bad for him since he would be refusing court mandated mediation.
- He has a fuckton of lawsuits going at the same time and probably another dozen ready to go, no matter how many attorneys he has, there's a limit to filing and paperwork all of them at the same time or close to, ending this one short opens a needed slot to keep going

https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23119607



**AnOminous**
They say I'm a madman, but I'm not mad at anyone.
Retired Staff
True & Honest Fan

Tuesday at 7:30 PM                                                                    #15,373

Dan of Steel said: ⊕

I'd like to think I'd be willing to show some grace, be the bigger man, and just untangle myself from the financial and emotional stress the legal system puts on you and just let it go and be done with it; but I've never been put in Ethan's position.

I'd say it was excessively vindictive up to the point they went after his livelihood and family with the CPS shit. That shit is so low that anyone who does it should be utterly destroyed. I fucking hate redditors and want to see them get their shit utterly wrecked for doing all the shit we're FALSELY accused of doing.

Total Redditor death.

What is best in life? "To crush your enemies, see them driven before you, and to hear the lamentation of their women."

https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23119806



**Sneed Force One**

Tuesday at 7:40 PM                                                                    #15,384

CarlKingofDucks said: ⊕

A disappointing end to an entertaining saga

This is far from over, we still have the unmasking of the H3snark crybaby pussies and two more bitches to sue.

Last edited: Yesterday at 2:12 PM

https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23119884



**Harm**

Tuesday at 9:37 PM                                                                    #15,438

Estate said: ⊕

I don't know man, getting the judicial system involved is gay and lame.

If they hadn't tried to weaponize CPS, then you'd be 1,000% correct. They crossed a line so far that now people will see H3's lawfare as righteous. They still don't appreciate how massively they pre-emptively snatched defeat from the jaws of Ethan Klein with that stunt.

https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23120780

**I'M RETARDED**
**Rome Is Burning**

Tuesday at 11:47 PM                                                                   #15,484

Incecticyder said: ⊕

They are multiple, unknown individuals. We do not know them nor can we predict if they will cave faster than either Frogan or Denims. It will depend on what Reddit does so I do not count them.

It all depends on what Reddit does, and one other thing. How good their opsec is. I wonder what it'd take to phone book a couple of them? We already know Ethan at bare minimum has already dug up at least one

https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23121584

SER214



**Tuesday at 10:23 PM**                                                         #15,461

> ono said:
> I think she doesn't mean a single word and will continue doing whatever, as she has almost always historically done.

> ono said:
> Doesn't take away her actions and the harm they caused, she got away with it all and didn't even have to be sincerely sorry about it.

> ono said:
> She could do it all again, even, because really, nothing is stopping her from doing so and even Ethan is glazing her after the fact.

I get your point, but the apology is a bit of a McGuffin.

Let's look at what a settlement might include. A personal apology in terms agreed to by the parties might only be part of it. It can also include an agreement not to repeat the behaviour, or to pay costs. If a party breaches the terms of the settlement, the other party can sue for breach of contract. Sincerity is nice, but probably unachievable in almost any civil dispute, and anyone who goes into it hoping to change the other party's mind, and not just their behaviour, is an idiot.

In this litigation, no party will have their minds changed, and Ethan would be a fool to try. Also, Kaceytron is too retarded to see what she's done wrong. So what does Ethan get out of this insincere public apology? Schadenfreude as she destroys her reputation and inserts a jab at Hasan, as noted above. He's even bragging about how eager she was to settle and gracious in negotiations, so he's enjoying being the magnanimous victor. So far, so petty. It is also a *very* public signal to anyone else fucking with him that he is on strong ground.

The whole terms of the settlement, however, is where the real stuff is. It almost certainly prevents her from repeating the behaviour or backtracking, on pain of further legal and financial penalties. This is addition to the public stuff, including that she's going to help with sticking it to the Reddit mods, which really is the main game to stop the harassment campaign. Again, she doesn't do that, he can sue her again. So he's gagged her, turned her into a tool for his future legal wrangles, and humiliated her. That's the victory.

https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23121065



**SiggerNlayer**
Least Facially Blind
Kiwifarms User
kiwifarms.net
Joined:    May 2, 2021

**Tuesday at 10:46 PM**                                                         #15,469

This is a titanic win on multiple layers.
-Hasan was specifically called out, putting even more pressure on him to support the Blob and Denims.
-When he doesnt give them any help they will probably actually flip on him when they are inevitably also made to take part in Ethan's jewish humiliation ritual. There's no way either of them can press an actual case as they recieved dogwater funding so a settlement is just guaranteed unless he steps in and saves his own reputation by trying to save them(not that his fans would actually care).
-Kaceytron will now give testimony in his other lawsuits as part of this settlement, which also makes the dumb reddit lolsuit more likely to go somewhere.
-Denims and the Blob were probably delusional enough to believe they will win a money contest in court with less than 50k each against a gigajew like Ethan and having Kaceytron(who recieved more funding then both of them) fold like this is most definitely pulling them out of that.

https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23121215

SER215



https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23121848



https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23122252



https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23123946



https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23124568

SER216



> Yesterday at 7:10 AM ⌗ #15,524
>
> **Morrowind: GOTY Edition said:** ⓘ
>
> - She has not received any financial or other support from Hasan Piker
> - Additionally adds that she found she found his indifference hurtful and disappointing, as well as that he hinted at potentially helping her just for publicity

This is the only part of the humiliation ritual script I can believe Lex Jewthor didn't force her to write while holding a gun to her head.

This is the thanks you get when you're a Hasan simp who does everything you can to get 15 seconds of attention from King Roach. He supports his orbiters going after his opponents for him and won't hesitate to use them for his own purposes, but when they're forced to crawl in the mud because they messed with the wrong Jew, he's nowhere to be found. It's what happened to Ian and Anisa and now it's happening to Kaceytron.

Will Denims, Frogan, CWHM, H3 snark Predditors and other Hasan fans learn? Of course not. It's Ethan Klein's fault Hasan hasn't bothered to donate or reach out to his three diehard supporters. iCuckz and his failed e-prostitute wife are still orbiting Hasan even though it's been months since he tossed them aside.

I can't wait to see Fat Frogan and Denims Abdelmonem grovel in the mud while Predditors seethe on the side. Total Jew Victory.

https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23122697



> Today at 9:16 AM ⌗ #15,685
>
> **AnOminous said:** ⓘ
>
> announce in advance that the illegal actions you are about to commit are utterly intentional and malicious

A lot of people do not really give this part the attention it deserves.
Without the Palestine v. Israel topic and the entire Hasan Orbit turning into an antisemitic carnival, this situation would have never become as bad as it did.
They thought, in their blind hate and sheeple mentality, that a) Ethan and Hila are evil Jews who want to kill brown babies and b) Anything THEY (the HAsan orbit) do to harm Ethan is morally correct to such a degree that they are shielded from the law.

The entire shizo-left-Palestine movement has this weird idea that they are immune to all kinds of legal consequences and that they can do whatever they want.
The entire snark-subreddit and the streamers who have been on the "Ethan Evil Jew" train to Auschwitz have been maliciously trying to ruin Ethan's life in every way possible, including pirating all his content and uploading it on third party sites (the many DMCA takedowns by Ethan sent to reddit, which they honored). Culminating in the organized viewing party that was created and designed to financially harm Ethan as one of its primary goals.

And they think they are in the right.
lmao

https://kiwifarms.st/threads/ethan-klein-h3h3productions-pedo_troll.48352/post-23130068

SER217

Exhibit 101

SER218



SER219



SER220



SER221



SER222



Exhibit 102

SER224



@h3h3productions, "!!!IMPORTANT ANNOUNCEMENT!!!...," *Instagram Story* (30 Nov. 2025).

SER225



@h3h3productions, "No new episode…," *Instagram Story* (1 Dec. 2025).

SER226



@h3h3productions, "Enjoying mediation!!," *Instagram Story* (1 Dec. 2025).

SER227



@h3h3productions, "There are two things…," *Instagram Story* (2 Dec. 2025).

SER228



@h3h3productions, "Does @reddit know…," *Instagram Story* (3 Dec. 2025).

SER229



@h3h3productions, "Thank you Anisa," *Instagram Story* (4 Dec. 2025).

SER230



@h3h3productions, "You know what's so funny?...," *Instagram Story* (4 Dec. 2025).

SER231



@h3h3productions, "More lawsuit talk…," *Instagram Story* (4 Dec. 2025).

Exhibit 103a-c
H3 Show #215 Clips

Manually Filed with the Clerk

SER233

Exhibit 104a-c
H3 Show #216 Clips

Manually Filed with the Clerk

SER234

# Exhibit 105

SER235



This apology, which I can only assume was somehow forced to extract a settlement, was painful to listen to. It is absurd and ironic that Ethan accuses Hasan of being a puppeteer while LARPing as a comic book villain in this way. While it is unfortunate that Ethan appears to have been able to exert control over her in this way, I am happy that Kaceytron was given the opportunity to minimize the harm to her family, avoid the risk of losing her home, and move on from Ethan's lawsuit.

I want to make several things clear. My trial date is 10/26/26 and I look forward to beating Ethan in court. While Kacey (and likely Frogan) have caved to Ethan Klein, which is a decision I doubt they have made lightly, settling like this is not an option for me. It is not an option for me because it would set a precedent that endangers the financial security of any streamer that creates reaction content. If you create content that involves commenting on videos on Twitch, or enjoy consuming reaction content, you should be on my side. If you don't believe me, please read ahead and let me convince you.

I watched and reacted to Ethan's highly anticipated Content Nuke shortly after it aired. Make no mistake, my coverage more than doubled Ethan's video in length. Ethan's video spanned roughly 104 minutes. I spent 230 minutes reacting to, critiquing, and commenting on his video and the content in it, during which I paused 210 times. That means I added 120% of the runtime in commentary, on average pausing every 30 seconds to add 36 seconds of commentary. This commentary length is substantially more than Asmongold, XQC, or any of the many other streamers and Youtubers that watched the Content Nuke in full.

As we know, Ethan decided not to sue Asmongold, XQC or anyone other than the three of us. "But, he wouldn't sue them, they didn't intentionally try to deprive him of revenue, and you said yourself that you did!" This notion is frivolous and is a fabrication. Ethan claims he is pursuing his claim against me only because of some claimed malicious intent on my part. There are two statements that Ethan falsely claims demonstrate my intent, along with his conspiracy theory about collusion with Reddit moderators, none of whom I have ever communicated with.

The first statement is my response to a chat message – I read it out, "We're relying on you to stay live so we don't have to give the Nuke views." and then replied "Yeah, I'm going to stream it. Since he's confirmed it's coming out today, I'm gonna stream it". I hope this is self evident, but it would be bizarre for me to take that opportunity to bring attention to this group of people and how they actually should watch his video on his channel – it isn't my place, I don't care, and making a big deal out of it would only encourage the zealotry that Ethan is upset about. I merely acknowledged that I was going to react to it, and moved on. Drawing a broader narrative based on a chat message I did not write is delusional.

The second statement is a throwaway shill comment I said after the video before signing off "Well guys, if you enjoyed not giving any views to that terrible video, follow, subscribe, throw a prime if you like my content". As an aside, this statement is factual – almost certainly, if someone watched my coverage, they had no interest in watching Ethan's video without the addition of critical commentary, and never would have. Regardless, this statement does not characterize my intent. At most, you can say that this is a meanspirited comment in poor taste, making a joke like this is too far, and that Ethan Klein deserves more respect. We can agree to disagree.

I humbly request that we take this opportunity to question Ethan's framing of events, and call a spade a spade. Ethan is bullying people who said things about him he did not like, and he can do that only because he has more money than them. In doing so, at least in his lawsuit against me, he is setting a disastrous precedent for our corner of the internet — and my hope is that others in our community with resources like Ethan's do not follow in his small footsteps.

Please donate to my legal fund – every penny donated has gone exclusively to court costs and fees, and will go nowhere else. As stated earlier, my trial date is 10/26/26 and I look forward to beating Ethan in court, ideally with your assistance. Thank you for your attention to this matter!



6:13 PM · Dec 2, 2025 · 48.4K Views

SER236

**cheesey guy** @milosmacaroni · 5m
I don't watch denims often and I used to love the H3 Podcast (didn't know about him till frenemies). I am extremely glad that denims is gonna fight this tooth and nail. This hostage video he forced is beyond disgusting. So much of it was irrelevant to the case itself.

♡ 1          ↻          ♡          ⬡ 156          🔖 ⬆

**RomanPeee** @RomanPeee · 26m
Full support for Denims

i have not had any communications with Denims. I also made this clear immediately after the lawsuits were dropped.

Ethan believes that there must be this grand conspiracy because he can't fathom what an obnoxious, unlikeable POS he has become

♡ 3          ↻          ♡ 42          ⬡ 1.8K          🔖 ⬆

**ComaToast** 🔲 @milktoast8008 · 19m
Destroy his ass

Noone agrees with her statement, we know the position shes in financially & what she has to go through, she'll say what he wants if it means keeping her family safe

Her statement only makes Ethan and even scumfuck suicide watch dipshits like Asmon looks worse

♡ 1          ↻ 1          ♡ 4          ⬡ 931          🔖 ⬆

**NickTehKnight** @NothingIsMagic · 32m
A guy makes his career partly based off of fending off a long, protracted lawsuit. Then come like 5 year; makes his own SLAPP lawsuit. The righteous indignation has seemingly dried up. It's going to be a rough go of it when Ethan has to prove the supposed damages.

♡ 3          ↻          ♡ 19          ⬡ 1.6K          🔖 ⬆

**edge** @edge_115 · 26m
i really hope you're able to win this lawsuit quickly you clearly operated within fair use. wish you nothing but the best. i appreciate you standing you're ground (not to detract from kacey i would've done the same as her)

♡ 2          ↻          ♡ 3          ⬡ 1.7K          🔖 ⬆

**DarthPumpwalker** @DarthPumpwalker · 13m
It's not about fair use, it's about you maliciously trying to steal views away from his content. If you had reacted like xqc, asmon, or even Hasan and not mentioned to watch your video instead of giving views to Ethan there wouldn't be a problem.

♡ 3          ↻          ♡ 3          ⬡ 210          🔖 ⬆

**Ze'ev Mishpacha bat Bonds Wolf** 🇺🇸 ⬛ ... ✓ @TheSylvre... · 18m
You probably shouldn't try your case in public. Any public comments you make can be used in court.

♡ 1          ↻          ♡ 10          ⬡ 1K          🔖 ⬆

**Barbie** 🎀 **Agitprop** ✓ @BarbieAgitprop · 7m
You have a solid case and for the love of god beat that man's ass in court (metaphorically of course)

♡ 1          ↻          ♡ 7          ⬡ 406          🔖 ⬆

**Brain freeze** @Brainfreez30101 · 7m
@grok using all your knowledge of copyright and fair use play as a judge and give a ruling

♡ 1          ↻          ♡          ⬡ 94          🔖 ⬆

**Observer** @CharlieSheenGO · 40m
Thank you Denims. I hope big streamers like xQc and Asmongold realize that your fight is their fight. They react to videos constantly often proving little commentary. This is an issue where streamers should set their personal feelings about you aside and focus on the substance.

♡ 6          ↻          ♡ 60          ⬡ 2.1K          🔖 ⬆

**Bobby Rossy** @Bobbby1988 · 9m
The thing Denims does not realize is that it's not about reacting. Reacting to a video and adding content is fair use in the eyes of the court. The fact Ethan registered the video at the U.S. Copyright Office, means its not about reacting anymore. Its about stealing revenue......

♡ 1          ↻          ♡ 2          ⬡ 143          🔖 ⬆

**Ty Jeffrey** @TyJeffrey3 · 12m
Didn't you actively preach to your audience to not watch his version and or advocating that you shouldn't (dissolving him from potential revenue)

How can you compare yourself to XQC and Azgold? And how do you have an audience that can't see these clear facts?

♡          ↻          ♡ 5          ⬡ 254          🔖 ⬆

**Warrior Class Liberal** 🇵🇷 @Neojakazz · 14m
1 down, 2 to go...

♡          ↻          ♡ 21          ⬡ 335          🔖 ⬆

**vibranium synthezoid** @patrickamendoza · 25m
Yikes. This forced apology is cringe and I feel really bad for Kaceytron. The

SER237



SER238



♡ 21    ılıl 336

**vibranium synthezoid** @patrickamendoza · 25m
Yikes. This forced apology is cringe and I feel really bad for Kaceytron. The Kleins are such pieces of shit

💬 2         ♡ 12    ılıl 738

**Session** @session1155 · 17m
The fact that Klein can't just leave it alone, that he has to humiliate someone who did to him a fraction of what he and his community have done to others is enough to label him a monster. Here's to your future victory.

♡ 21    ılıl 335

**vibranium synthezoid** @patrickamendoza · 25m
Yikes. This forced apology is cringe and I feel really bad for Kaceytron. The Kleins are such pieces of shit

💬 2         ♡ 12    ılıl 738

**Session** @session1155 · 17m
The fact that Klein can't just leave it alone, that he has to humiliate someone who did to him a fraction of what he and his community have done to others is enough to label him a monster. Here's to your future victory.

SER239

**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulic (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kr.law
jeff@kr.law
leah@kr.law

Attorneys for Movants/Defendants Does

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No. 3:25-mc-80296-SK <br><br> (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) <br><br><br> **DOES' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL LOCAL RULES 7-3 AND 7-11 TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |

Case No. 3:25-mc-80296-SK

MTN FOR ADMIN RELIEF TO SUBMIT
ADDITIONAL EVIDENCE

SER240

**Introduction**

Does bring this administrative motion pursuant to Civil Local Rules 7-3 and 7-11 seeking the Court's permission to introduce limited new evidence in support of their motion to quash.

**Background**

As background, TEI filed three lawsuits, all of which include Does as defendants and allege that Does committed contributory copyright infringement, in coordination with three separate content creators. (D.E. 1 at 8:16-19.) Does' instant motion to quash arises from TEI's issuance of subpoenas to Reddit and Discord, seeking to unmask Does, in TEI's case against a content creator named Denims. (*Id.* at 9:4-6.) TEI's other lawsuits are against Kaceytron and Frogan. (*Id.* at 8:16-19.) Does maintain that the sole purpose of TEI's three lawsuits is to unmask Does for perceived wrongs unrelated to copyright infringement, and that the balance of harms—to Does personally and to the public's right to free, critical speech—weighs against unmasking Does.

On December 1, 2025, TEI and Kaceytron participated in court-ordered mediation. (Vulić Decl. ¶2.) That case settled as to Kaceytron. (*Id.* at ¶2.) TEI dismissed Kaceytron from the lawsuit, but not Does. (*Id.* at ¶2 & Ex. A.) On December 2, Kaceytron published an "apology video" ("Apology Video") claiming she *did* commit copyright infringement and promising to help TEI in its case to unmask Does, including by providing testimony under oath. (*Id.* at ¶3, Exs. 95-96.)

Does seek the Court's permission to introduce 1) Kaceytron's "Apology Video"; 2) TEI's reaction shows to the same, and to Denims' reaction; 3) Kacey's prior statements contradicting her statements in the Apology Video, including denying any involvement with Does; 4) various other reactions to the Apology Video, reflecting repercussions to Does; and 5) Denims' reaction to the Apology Video. (*Id.* at ¶¶4-12 & Exs. 95-105[1].) Most of this evidence was not available at the time Does filed their motion to quash or reply, so it could not have been introduced earlier.

Kaceytron's hostage-style Video Apology in particular emphasizes TEI's interests well outside copyright protection underlying TEI's three lawsuits. Further, Kaceytron's prior statements that she has no involvement with or knowledge of Does, contradicts Kaceytron's Apology Video

---

[1] Does request the Court's permission to supplement the evidentiary record with Exs. 95-105 to the Vulić Decl. All references to "Ex." herein are to exhibits to the instant Vulić declaration.

Case No. 3:25-mc-80296-SK

1

**MTN FOR ADMIN RELIEF TO SUBMIT ADDITIONAL EVIDENCE**

SER241

that she has any credible information which will assist in implicating Does. Indeed, Kaceytron's Apology Video, stating that she will use money she raised in a GoFundMe ("GFM")[2] for payment *to TEI*, along with her anticipated contradictory testimony against Does, appears to be coerced in exchange for dismissal of the lawsuit against her, so that TEI does not "ruin" her life. (*See* fn. 4.)

TEI's shows reacting to Kaceytron's Apology Video and Denims' reaction thereto evidence TEI's bad-faith intentions, contradict its statements that it will not use Does' identifying information to dox or humiliate them, and show the goal of TEI's lawsuits is to ruin its critics' lives, financially or otherwise. Denim's commentary is relevant to show that there is absolutely no collusion supporting contributory copyright infringement in *this* case. Other reactions show the despicable outrage TEI fans will unleash (and *are* unleashing) against Does if they are unmasked.

This evidence is directly relevant to 1) TEI's motivations in filing its three lawsuits and unmasking subpoenas; 2) the harms Does and the public face by TEI's stifling of free speech and unmasking, including retaliation and doxing; and 3) the *lack* of evidence of any collusion between Does and content creators. Overall, this evidence affirms that TEI should be held strictly to the high *Highfields* bar before it can unmask Does—and that the balance of harms weighs in favor of Does.

A stipulation to this administrative motion (Civ. L.R. 7-11(a)) could not be obtained from TEI. (Vulić Decl. ¶¶13-15.)

### Argument

Civil Local Rule 7-3(d) provides that "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed without [Court] prior approval," except an objection to reply evidence or a statement of recent decision. *See Roshan v. Lawrence*, 689 F. Supp. 3d 697, 703 (N.D. Cal. 2023). In other words, *with* court approval, litigants may seek to file additional or supplementary material, including evidence which did not exist at the time of the filing of the original motion. *See Michael Taylor Designs, Inc. v. Travelers Prop. Cas. Co. of Am.*, 761 F. Supp. 2d 904, 908-09 (N.D. Cal. 2011), *aff'd*, 495 F. App'x 830 (9th Cir. 2012); *see also Advanced Internet Techs., Inc. v. Google, Inc.*, 2006 WL 889477, at *1, n.1 (N.D. Cal. Apr. 5, 2006). Courts in the Ninth Circuit

---

[2] https://www.gofundme.com/f/support-kaceytrons-legal-battle-fund

Case No. 3:25-mc-80296-SK

2

**MTN FOR ADMIN RELIEF TO SUBMIT ADDITIONAL EVIDENCE** SER242

interpreting similar local rules have allowed introduction of supplemental evidence when the material was not available to the party at the time of briefing and the documents' pertinence is established at the time of briefing. *See, e.g., Cassity v. GCI, Inc.*, 2017 WL 8231260, at \*2 (D. Alaska July 13, 2017). [3] Further, Does seek to introduce a discrete set of new evidence, **not** to start a never-ending cycle of supplementary factual filings. *See Y.F. Tr. v. J.P. Morgan Chase Bank, N.A.*, 2010 WL 11629325, at \*5 n.3 (D. Ariz. Mar. 30, 2010).

Further, a district court has considerable latitude in managing the parties' motion practice and enforcing local rules that place parameters on briefing. *See Christian v. Mattel, Inc.*, 286 F.3d 1118, 1129 (9th Cir. 2002). Here, it would be unjust to preclude Does from introducing this evidence where it is directly relevant to Does' arguments in its motion to quash and is new evidence that did not previously exist. Additionally, TEI will not be prejudiced.

**1.** **Apology Video.** While Kaceytron's Apology Video speaks for itself, it also says more about TEI's motivations and intentions for future actions to unmask Does. Specifically, it shows TEI is using heavy legal/financial pressure to force its critics to recant, align with TEI, and assist in pursuing others (i.e., Does) in exchange for settlement. No reasonable person could view this Apology Video as a genuine apology as opposed to a capitulation to legal threats, doxing, and harassment. This evidence belies TEI's position that its primary goal with these subpoenas is to combat copyright infringement.

Moreover, in her Apology Video, Kacey changes her story: Kaceytron previously stated that she does not believe she committed contributory copyright infringement, and knows *nothing* about the h3snark Subreddit or its moderators. (Exs. 97-99.) In her Apology Video, she states that she did commit copyright infringement (a legal conclusion she is not qualified to make), and that she will *help* TEI in its case against the h3snark mods. (Ex. 96.) All of Kaceytron's statements may thus be used to impeach her credibility in *any* statements *against* Does (the h3snark mods). *See United States v. Bao*, 189 F.3d 860, 865-66 (9th Cir. 1999) (a prior inconsistent statement is admissible to

---

[3] Even where supplemental evidence is filed in violation of court rules (which Does' evidence would not be, because Does are explicitly seeking approval prior Court approval), courts have considered supplemental evidence where it is helpful and not prejudicial. *See Michael Grecco Prods., Inc. v. TrekMovie.com*, 677 F. Supp. 3d 1104, 1111 n.3 (C.D. Cal. 2023).

Case No. 3:25-mc-80296-SK

3

**MTN FOR ADMIN RELIEF TO SUBMIT ADDITIONAL EVIDENCE** SER243

raise the suggestion that if a witness makes inconsistent statements, then his entire testimony may not be credible; this inference does not depend on whether either statement is true). Any future knowledge Kacey suddenly claims to know about Does (whether in the Denims lawsuit, at issue here, or in future requests by TEI for subpoenas), thus creates an inference against her credibility.

- Kaceytron also makes apologies related to her prior speech, but unrelated to copyright.
- Kaceytron previously stated that she would not use any of her GFM money for a monetary settlement with Ethan. (Ex. 99.) In her actual settlement, she promises to hand over to Ethan all of the money for her GFM that she doesn't pay to her attorneys. (Ex. 96.)

Kaceytron's Apology Video is disturbing at best, and the apparent terms of their settlement (based on her statements) show the lawsuits are about: 1) silencing, and indeed extorting, TEI's critics, and TEI's critics' supporters, 2) obtaining vindication for perceived reputational harms, and 3) unmasking Does, whose only actions were to moderate a subreddit critical of TEI.

It is true that parties are able to agree to terms of settlement that a court would not enforce on its own, including an apology. *See United States v. Cathcart*, No. C 07-4762 PJH, 2009 WL 3103652, at *3 (N.D. Cal. Sept. 22, 2009) (short of trial, the parties are free to negotiate the terms of an injunction as they wish). But the content of this particular "apology," Kacey's delivery while reading it, and the apparent terms of the settlement itself, at best lend an air of coercion.

**2.    Other reactions to Kacey's Apology Video.** Reactions to Kacey's Apology Video demonstrate the severe harms and harassment Does *will face* (and are already facing) if unmasked.

a.    **Harassing responses.** TEI's supporters immediately reacted in hateful ways, attacking Kacey, praising her downfall and financial ruin, and gleefully heralding the anticipated forthcoming ruination of Does. (Ex. 100.)

b.    **Hate messages to Does.** Even though the h3snark subreddit first went inactive in February 2025 and has been completely inactive since May 2025, Does received hateful modmail through Reddit, and TEI fans attempted to post to the h3snark subreddit. (Ex. 101.)

c.    **H3's Instagram stories.** H3's Instagram stories about the mediation and thereafter demonstrate TEI's glee about its "victory" and mock Kacey's fans who donated to her GFM for essentially donating to TEI. (Ex. 102.)

**3.    TEI's reaction videos.** TEI's reactions to Kaceytron's Apology are even more probative of TEI's motives. Ethan repeatedly thanks Kacey's GFM contributors for donating "him" money, then visually shares her (now deleted) GFM page, and publicly identifies people who donated to supporting Kaceytron financially in her defense. (Exs. 103a-c.) When TEI publicly celebrates entitlement to money raised by its critics—especially when that money was meant to help a defendant facing ruinous legal costs—it signals to other potential critics that not only could they be sued, but their supporters could also be targeted and humiliated, silencing speech and criticism. Further, TEI's self-serving prior assertions that it would *not* dox Does, while it publicly names contributors to other defendants' causes, are completely unbelievable. Obviously TEI is free to discuss these lawsuits; they are public. But TEI's behavior here transforms the legal process into a weapon for silencing dissent rather than a neutral tool for protecting rights, leading to self-censorship and discouragement from engaging in protected speech out of fear of similar retaliation.

TEI's show discussing Denims' reaction (Exs. 104a-c) shows TEI is using these lawsuits to exert control over its critics.[4] This evidence shows TEI's message: If you settle and pay TEI to avoid ruination like Kaceytron did, you will be rewarded with praise and grace—at least until the next show.[5] If you fight, like Denims and Does, you are subject to endless degradation and harassment.

**4.    Denims' reaction post.** Denims' reaction post to Kaceytron's Apology is relevant to show that there is absolutely no collusion with Does or common intent to infringe.[6] This is crucial for the Court's analysis, as, given the ominous nature of Kaceytron's statements in her Apology that she intends to *help* TEI in its case against Does, Kaceytron (or even Denims) may try to alter her narrative, despite her prior statements she did not infringe and did not coordinate with Does.

**Conclusion**

For the foregoing reasons, Does request the Court consider this additional evidence.

---

[4] Ethan Klein states: "You're welcome for giving her [Kacey] that opportunity [to settle]. I could have dragged it out and fucking ruined her whole life." (Ex. 104a [1:04-1:17]; YouTube video at 1:53:49-1:54:02.)

[5] (Ex. 104a [11:40-11:51]; YouTube video at 2:04:26-2:04:37 ("You three morons [including Kaceytron] were the only ones malicious and dumb enough to make such an insane error").)

[6] Denims' statements are consistent with Does' sworn testimony. *See* D.E. 8 ¶¶ 17, 21, 34-35, 40, 124-125, 127-129, 131-132, 156, 169, 227-228, 294 and D.E. 23 ¶¶ 2, 8, 10-11, 14, 60.

Case No. 3:25-mc-80296-SK                5                **MTN FOR ADMIN RELIEF TO SUBMIT ADDITIONAL EVIDENCE** SER245

Respectfully Submitted,

DATED: December 9, 2025                    **KRONENBERGER ROSENFELD, LLP**


By:   /s/ Leah Rosa Vulić
                Leah Rosa Vulić

Attorneys for Movants/Defendants Does

ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK |
| | (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) |
| | **TED ENTERTAINMENT, INC.'S OBJECTIONS TO THE DOE DEFENDANTS' REPLY DECLARATION AND REPLY BRIEF** |

Pursuant to Local Rule 7-3(d)(1), plaintiff/respondent Ted Entertainment, Inc. ("TEI") submits its objections to the Reply Declaration (Dkt. No. 23) and Reply Brief (Dkt. No. 20) of movants/defendants Does (collectively, the "H3Snark Mods").

**Improper Reply Evidence**: "Evidence in support of a motion must be submitted with the motion in order to allow the opposing party to respond." *Musk v. OpenAI, Inc.*, 769 F.Supp.3d 1017, 1026 fn. 4 (N.D. Cal. 2025). When evidence in support of the motion is submitted with a reply brief, the "[e]vidence submitted in reply is properly disregarded" because it belies "any argument that the evidence could not have been timely submitted." *Id.* Rather, the evidence is only admissible when "the new evidence appears to be a reasonable response to the opposition or upon giving the non-movant the opportunity to respond." *Sweet v. Cardona*, 657 F.Supp.3d 1260, 1275 (N.D. Cal. 2023) (internal quotation marks omitted).

This Court should strike the following paragraphs (with accompanying footnotes and screenshots) and exhibits insofar as they: (1) contain evidence in support of the H3Snark Mods motion to quash ("Motion") and could have been submitted with the Motion; and/or (2) are not a reasonable response to TEI's opposition to the Motion: Dkt. No. 23, ¶¶ Preamble, 1-17, 19-22.2, 27, 31, 33-37, 41.1-42.1, 44-45, 46.1, 49, 52-53, 55.1, 57.1, 58-62; Exs. 76-82, 85, 88-90, 92, 94.

**Improper Legal Arguments/Legal Conclusions/Argumentative Testimony**: "Legal arguments are inappropriate in declarations." *GemCap Lending, LLC v. Quarles & Brady, LLP*, 269 F.Supp.3d 1007, 1026 (C.D. Cal. 2017). Further, a "lay witness cannot offer testimony to establish a legal conclusion." *Childs v. San Diego Family Housing LLC*, 714 F.Supp.3d 1262, 1269 (S.D. Cal. 2024). Finally, "testimony" that "is argumentative in character … must be viewed with caution." *Esco Corp. v. Hensley Equip. Co.*, 265 F.Supp. 863, 870 (N.D. Cal. 1965).

TEI objects to the following paragraphs (with accompanying footnotes) and exhibits insofar as they contain improper legal arguments and/or legal conclusions: Dkt. No. 23, ¶¶ Preamble, 1-3, 6-8, 10-13.1, 14-17.1, 17.5, 17.10, 19-21, 22, 22.2, 23.4.1, 23.5, 24, 25, 29-34, 38-41.1, 42.1-43, 45-46, 47-48, 49.2.1-62, Ex. 91. Inclusive of the paragraphs identified above, TEI objects to the following paragraphs and exhibits insofar as they are argumentative: Dkt. No. 23, ¶¶ 4-5, 9, 13.2, 18, 22.1, 22.3, 23.3.1, 23.5.1, 24.1.1, 35, 37, 42, 44, 46.1, Exs. 76, 86-87, 93.

1

TED ENTERTAINMENT, INC.'S OBJECTIONS TO THE DOE DEFENDANTS' REPLY DECLARATION AND REPLY BRIEF

SER248

**Hearsay**: Pursuant to Federal Rules of Evidence ("FRE") 801-802, TEI objects to the following paragraphs (with accompanying footnotes and screenshots) and exhibits insofar as they contain out of court statements and are used for the truth of the matter asserted to which no hearsay exception applies: Dkt. No. 23, ¶¶ 10, 13-14, 16, 17.6, 23, 28-31, 38-39, 43-46.1, 47.1, 49.1, 49.2, 49.3, 51, 55-57, Exs. 76, 78, 80, 86-94. Also, the following exhibits contain unsworn testimony that was not made under penalty of perjury and should be disregarded. *Id.*, Exs. 76, 86-87, 91, 93. *Crawford v. Washington*, 541 U.S. 36, 52 fn. 3 (2004) (noting "a general bar on unsworn testimony" and characterizing it as "unsworn hearsay").

**Improper Expert Testimony**: FRE Rule 701(c) prohibits lay witnesses from testifying on matters "based on scientific, technical or other specialized knowledge within the scope of Rule 702." To qualify as an expert under FRE 702, the H3Snark Mods must demonstrate they are "qualified as an expert on the basis of either knowledge, skill, experience, training, or education or a combination thereof[.]" *Berman v. Freedom Fin. Network LLC*, 400 F.Supp.3d 964, 971 (N.D. Cal. 2019). Further, expert testimony must be "reliable" – *i.e.*, it must "relate to scientific, technical, or other specialized knowledge, which does not include unsubstantiated speculation and subjective beliefs." *Huawei Technologies, Co, Ltd. v. Samsung Elecs. Co. Ltd.*, 340 F.Supp.3d 934, 947 (N.D. Cal. 2018); *see also* FRE Rule 702 (c-d) (expert testimony must be "the product of reliable principles and methods" and the opinions must reflect a "reliable application of the principles and methods to the facts of the case").

The H3Snark Mods provide testimony on several matters involving "scientific, technical, or other specialized knowledge," including (1) legal matters (*see* Dkt. No. 23, ¶¶ Preamble, 1-3, 6-8, 10-13.1, 14-17.1, 17.5, 17.10, 19-21, 22, 22.2, 23.4.1, 23.5, 24, 25, 29-34, 38-41.1, 42.1-43, 45-46, 47-48, 49.2.1-62, Ex. 91); (2) digital forensics and computer science (*id.*, ¶¶ 17.3, 19, 45, 49.1-49.1.1, 49.3 Exs. 89, 91); and (3) streaming and online video content creation (*id.*, ¶ 10). The H3Snark Mods provide no testimony as to their qualifications on these subjects or the reliability of their methods. TEI objects to the aforementioned paragraphs (with accompanying footnotes) and exhibits insofar as they contain improper expert testimony.

**Lack of Personal Knowledge**: A lay witness's testimony must involve "personal

TED ENTERTAINMENT, INC.'S OBJECTIONS TO THE DOE DEFENDANTS' REPLY DECLARATION AND REPLY BRIEF

knowledge of the matter" – *i.e.*, subject matter "rationally based on the witness's perception." FRE 602, 701(a). This requirement does not necessitate "a witness to be personally present or involved in every interaction" or testify "merely [to] his personal observation[s]"; it can include "information contributed by others" as part of an investigation. *Joshua David Mellberg LLC v. Will*, 386 F.Supp.3d 1098, 1102 (D. Ariz. 2019); *U.S. v. Gadson*, 763 F.3d 1189, 1209 (9th Cir. 2014). A lay witness, however, "may not testify based on speculation, rely on hearsay or interpreting unambiguous, clear statements." *U.S. v. Lloyd*, 807 F.3d 1128, 1154 (9th Cir. 2015). Moreover, "conclusory affidavits that do not affirmatively show personal knowledge of specific facts are insufficient." *Shakur v. Schriro*, 514 F.3d 878, 890 (9th Cir. 2008).

As a general matter, the H3Snark Mods do not testify they have personal knowledge of the facts contained in the Reply Declaration. Further, since the Reply Declaration is on behalf of all 8 H3Snark Mods, it is unclear if all, some or none have personal knowledge of a particular subject.

Regardless, TEI objects to the following paragraphs (with accompanying footnotes and screenshots) and exhibits insofar as they contain testimony that – on their face – could not be based on personal knowledge: Dkt. No. 23, ¶¶ Preamble, 1, 3, 5, 7, 10-11, 13-16, 17.5-17.6, 17.10, 18-21, 22-22.2, 23.3.1, 24, 25, 27-29, 30-31, 38-41.1, 43-46.1, 48, 49.1-51.1, 53, 57-61, Exs., 76, 78, 80, 86-91, 93.

**Incomplete Statements**: Under FRE 106, if "a party introduces all or part of a statement, an adverse party may require the introduction … of any other part – or any other statement – that in fairness ought to be considered at the same time" and may be done "over a hearsay objection." While "Rule 106 does not authorize the Court to exclude evidence; instead, it permits the adverse party to include evidence." *Paine v. Inv. & Admin. Comm. of Walt Disney Co. Sponsored Qualified Benefit Plans*, 630 F. Supp. 3d 1275, 1281 (C.D. Cal. 2022).

Pursuant to FRE Rule 106, TEI identifies the following paragraphs that cite incomplete statements from various videos and is providing corrected timestamps that in fairness ought to be considered at the same time to refute and/or contextualize the assertions made in the identified paragraphs: (1) Paragraphs 23-23.4 (citing Ex. 83) require considering 6:45-7:10 & 3:01:31-3:05:59; (2) Paragraphs 24-24.1.1 (citing Ex. 84) requires considering 56:27-56:39; (3) Paragraph

3

TED ENTERTAINMENT, INC.'S OBJECTIONS TO THE DOE DEFENDANTS' REPLY DECLARATION AND REPLY BRIEF

26.1 (citing Ex. 84) requires considering 3:49:06-3:51:04 specifically and 3:25:02-3:51:04 generally; (4) Paragraph 39 (citing fn. 28) should consider 2:36:10-2:43:34 and Dkt. No. 16-2, ¶ 76; and (5) Paragraph 44 (citing fn. 35) should consider 3:33-4:53 and Dkt. No. 16-2, ¶ 77.

**Improper Summary Evidence**: Summary evidence under FRE 1006 is admissible if "the underlying materials upon which the summary is based … are admissible." *U.S. v. Aubrey*, 800 F.3d 1115, 1130 (9th Cir. 2015). The summary contained in Exhibit 76 is not based on admissible evidence. The H3Snark Mods admit the summary is based on an edited version of the January 31, 2025 broadcast of defendant Alexandra Marwa Saber p/k/a Denims – not submitted into evidence. Dkt. No. 23, ¶ 13 & fn. 4. The version serving as the basis for Exhibit 76 is inadmissible as "original," "recording" or "duplicate" – as it contains substantive edits and edits for dead air that fail to accurate capture the nature of Denims' use. FRE 1001-1003. Exhibits 91-93 are improper summaries because they are based on out-of-court statements used for the truth of the matter asserted to which no hearsay exception applies. FRE 801-803. Finally, Exhibits 78, 88 and 91 are improper summaries because they lack proper authentication demonstrating the "item is what it is claims to be" and do not involve self-authenticating items. FRE 901-902.

**Irrelevance**: Evidence is relevant if: (1) "if has any tendency to make a fact more or less probable than it would be without the evidence;" and (2) "the fact is of consequence in determining the action." FRE 401. A fact is of consequence if it relates to "the substantive issues of the case." *Crawford v. City of Bakersfield*, 944 F.3d 1070, 1077 (9th Cir. 2019). "Irrelevant evidence is not admissible." FRE 402. Further, the "court may exclude relevant evidence if its probative value is substantially outweighed by a danger of … unfair prejudice, confusing the issues, undue delay, wasting time, or needless presenting cumulative evidence." *Id.* at 403.

Under FRE 401-403, TEI objects to the following paragraphs (with accompanying footnotes and screenshots) and exhibits insofar as they contain irrelevant information or its minimal probative value is substantially outweighed by undue prejudice, confusing the issues, undue delay, wasting time, or needlessly cumulative: Dkt. No. 23, ¶¶ Preamble, 1-17.6, 17.10-21, 21.1.1-22.3, 23.3.1-23.5.1, 24.1.1-29, 31-54, 55.1-62, Exs. 76-80, 82, 85-88, 90-94.

**Mischaracterization of Cited Evidence**: A court does "not abuse [its] discretion in

4

preventing [a witness] from mischaracterizing evidence." *U.S. v. Caterino*, 956 F.2d 275, *6 (9th Cir. 1992). In some instances, the mischaracterization is evident from an independent review of the cited material. In such instances, the Court should "examine the evidence and determine what it actually states." *Long Haul Inc. v. U.S.*, 2011 WL 13070084, *2 (N.D. Cal. July 26, 2011).

The following paragraphs (including footnotes) and exhibits mischaracterize the cited videos and the mischaracterization is evident from the material itself. Dkt No. 23, ¶¶ Preamble, 13.2, 21.3, 39, 44, 47.1, 49.2, 57.1, Exs. 76, 88.

The following paragraphs cite the Declaration of Rom Bar-Nissim (Dkt. No. 16-1) and the Kleins Joint Declaration (Dkt. No. 16-2) and mischaracterize their contents: Dkt. No. 23, ¶¶ 13.1, 17.4, 29, 31, 34, 39, 43, 45, 48, 49.2-49.2.1, 49.3, 50, 51, 54, 55.1.

The following paragraphs (including their accompanying footnotes) cite the prior declarations submitted with the motion (Dkt. Nos. 7-8) and mischaracterize their prior testimony or the prior testimony itself was misleading or false: Dkt No. 23, ¶¶ Preamble, 3-4, 8, 11, 14-16, 18-21, 22-22.2, 23.5.1, 33-34, 37, 41.1, 42.1, 47.1, 49.2.1, 51-51.1, 53-54.

The following paragraphs (including their accompanying footnotes and screenshots) and exhibits mischaracterize the evidence and to prove the mischaracterization would require extrinsic evidence: Dkt. No. 23, 22.1, 39, 47.1, 49.2, 51-52, Exs. 91.

**Improper Arguments in Reply**: "[R]eply briefs are limited in scope to matters either raised by the opposition or unforeseen at the time of the original motion." *Stiner v. Brookdale Senior Living, Inc.*, 665 F.Supp.3d 1150, 1179 (N.D. Cal. 2023). A "district court need not consider arguments raised for the first time in a reply brief." *Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007). "[A]rguments raised for the first time in a reply brief are waived." *In re Xyrem (Sodium Oxybate) Antitrust Litigation*, 555 F.Supp.3d 829, 885 (N.D. Cal. 2021).

The H3Snark Mods make numerous legal and factual arguments for the first time in their Reply Brief that are not in response to the opposition – let alone unforeseen at the time of the original motion. *See* No. 20, pp. 8:9-10, 8:21-26, 9:9-14, 10:19-21, 11:2-12, 11:26-12:2, 13:20-25, 14:9-14, 14:24-15:6, 15:18-21, 16:9-25, 17:8-28, 18:5-26, 19:24-20:8, 20:14-17. TEI requests that the Court finds that the legal and factual arguments identified above be deemed waived.

Dated: November 10, 2025                **HEAH BAR-NISSIM LLP**


                                        By   /s/ ROM BAR-NISSIM
                                             ROM BAR-NISSIM
                                             Attorneys for Respondent/Plaintiff Ted
                                             Entertainment, Inc.

TED ENTERTAINMENT, INC.'S OBJECTIONS TO THE DOE DEFENDANTS' REPLY DECLARATION AND
REPLY BRIEF

SER253

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing Supplemental Excerpts of Record with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system.

DATED: July 22, 2026           By: /s/ Rom Bar-Nissim

SER254