Court of Appeal Case No. 26-3513

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

IN RE DOE DEFENDANTS,

*Petitioners and Movant-Defendants*,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

*Respondent*,

TED ENTERTAINMENT, INC.,

*Real Party in Interest and
Respondent-Plaintiff*.

On Petition for Writ of Mandamus to the United States District Court
for the Northern District of California
Case No. 3:25-mc-80296-SK
Hon. Sallie Kim

## SUPPLEMENTAL EXCERPTS OF RECORD, VOLUME II

ROM BAR-NISSIM (SBN 293356)
ROM@HEAHBARNISSIM.COM
Heah Bar-Nissim LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

**Attorneys for Real Party in Interest
Ted Entertainment, Inc.**

1

## MASTER INDEX TO SUPPLEMENTAL EXCERPTS OF RECORD VOLUMES I-II

| Tab | Description | Date | Docket No. | Volume | Page Nos. |
|---|---|---|---|---|---|
| 1 | Order Requiring Video Filings | 4/20/26 | 40 | 1 | 6 |
| 2 | Ted Entertainment, Inc.'s Notice of Lodging of Flash Drive Containing Video Exhibit of Corrected Exhibit K | 4/20/26 | 39 | 1 | 7-8 |
| 3 | Notice of Questions | 4/15/26 | 37 | 1 | 9-10 |
| 4 | Joint Declaration of Does in Support of Response to Ted Entertainment, Inc.'s Opposition to Does Motion for Administrative Relief Pursuant to Civil Local Rules 7-3 and 7-11 to Submit Additional Evidence in Support of Their Motion to Quash Subpoenas to Reddit, Inc. and Discord, Inc. | 12/18/25 | 30-1 | 1 | 11-17 |
| 5 | Does' Response to Ted Entertainment, Inc's Opposition to Does' Motion for Administrative | 12/18/25 | 30 | 1 | 18-24 |

1

SER256

| Tab | Description | Date | Docket No. | Volume | Page Nos. |
|---|---|---|---|---|---|
|  | Relief Pursuant to Civil Local Rules 7-3 and 7-11 to Submit Additional Evidence in Support of their Motion to Quash Subpoenas to Reddit, Inc. and Discord Inc. |  |  |  |  |
| 6 | Joint Declaration of Ethan and Hila Klein in Support of Ted Entertainment, Inc's Opposition to the Doe Defendants' Motion for Administrative Relief | 12/15/25 | 28-2 | 1 | 25-153 |
| 7 | Declaration of Rom Bar-Nissim in Support of Ted Entertainment, Inc.'s Opposition to the Doe Defendants' Motion for Administrative Relief | 12/15/25 | 28-1 | 1 | 154-168 |
| 8 | Ted Entertainment, Inc.'s Opposition to the Doe Defendants' Motion for Administrative Relief | 12/15/25 | 28 |  | 169-175 |

2

| Tab | Description | Date | Docket No. | Volume | Page Nos. |
|---|---|---|---|---|---|
| 9 | Declaration of Leah Rosa Vulic in Support of Does' Motion for Administrative Relief Pursuant to Civil Local Rules 7-3 and 7-11 to Submit Additional Evidence in Support of their Motion to Quash Subpoenas to Reddit, Inc. and Discord, Inc. | 12/9/25 | 25-1 | | 176-182 |
| 10 | Does Motion for Administrative Relief Pursuant to Civil Local Rules 7-3 and 7-11 to Submit Additional Evidence in Support of their Motion to Quash Subpoenas to Reddit, Inc. and Discord, Inc. | 12/9/25 | 25 | 1 | 183-246 |
| 11 | Ted Entertainment, Inc.'s Objections to the Doe Defendants' Reply Declaration and Reply Brief | 11/10/25 | 24 | 1 | 247-253 |
| 12 | Joint Declaration of Ethan and Hila Klein in Support of Ted Entertainment, | 10/20/25 | 16-2 | 2 | 260-352 |

3

SER258

| Tab | Description | Date | Docket No. | Volume | Page Nos. |
|---|---|---|---|---|---|
| | Inc.'s Opposition to the Doe Defendants' Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc. | | | | |
| 13 | Declaration of Rom Bar-Nissim in Support of Ted Entertainment, Inc.'s Opposition to the Doe Defendants' Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc. | 10/20/25 | 16-1 | 2 | 353-509 |
| 14 | Order Clarifying In Camera Review | 10/15/25 | 15 | 2 | 510 |
| 15 | Docket Sheet | 7/18/26 | 16 | 2 | 511-516 |

DATED: July 22, 2026       **Heah Bar-Nissim LLP**

By:   */s/ Rom Bar-Nissim*
Rom Bar-Nissim
Attorneys for Real Party in
Interest & Plaintiff-Respondent
Ted Entertainment, Inc.

4

SER259

ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK |
| | (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) |
| | **JOINT DECLARATION OF ETHAN AND HILA KLEIN IN SUPPORT OF TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

SER260

**JOINT DECLARATION OF ETHAN AND HILA KLEIN**

We, Ethan and Hila Klein, do hereby state and declare as follow:

1. We are both over the age of 18. We are the sole co-owners of plaintiff Ted Entertainment, Inc. ("TEI"). We have personal knowledge of the facts contained in this declaration and, if called and sworn as witnesses, we could and would competently testify thereto. Where matters are within both of our personal knowledge, we shall use the first person (*e.g.*, we, us, our). Where matters pertain to or are within the personal knowledge of one of us, we shall use the third-person (*i.e.*, Ethan for Ethan Klein and Hila for Hila Klein). We make this declaration in support of TEI's Opposition to the Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc. ("Motion") of the Defendants/Movants Does (collectively, the "H3Snark Mods").

**INTRODUCTION & AN APOLOGY**

2. We apologize in advance for the length of this declaration. It is not our intention to burden the Court with unnecessary information, but the H3Snark Mods make numerous assertions against us that are false and misleading. Our greatest fear is that the Court takes these assertions at face value and signs off on this false narrative. Our objective with this declaration is to correct the record and provide critical context. To facilitate ease of use, we are providing headings and bookmarks for topics to assist the Court in identifying the exact information it requires.

3. We wish to immediately address the most glaring omission from the Motion and the H3Snark Mods' declaration. The most frequent form of "criticism" made on H3Snark is that we advocate and participate in the genocide of Palestinians. Both of us are Jewish Israeli-Americans. Both before and after October 7th, we have condemned Israel's treatment of the Palestinians. We have also described Israel's War in Gaza as a genocide and donated to Palestinian relief charities. Since October 7th, we have suffered incessant abuse and harassment – fostered in large part by the H3Snark Mods – merely because we do not support political violence (*e.g.*, Hamas) and we believe in a two-state solution instead of the immediate eradication of Israel. We shall provide further details to support these assertions below.

**GOOD FAITH: CONDITIONS WE AGREE FOR THIS COURT TO IMPOSE ON US**

4. The vast majority of the H3Snark Mods concerns are what we will publicly say

1

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

SER261

about them and what our audience shall do if we publicly disclose their identities. We have made multiple attempts to address the H3Snark Mods' concerns – which were apparently rejected.

5.       To demonstrate that TEI is pursuing its claims in good faith, we are repeating what we offered the H3Snark Mods and agree that, if the Court deems it appropriate, to incorporate any or all of the following conditions into the Court's order:.

a.       First, on August 19, 2025, we promised the H3Snark Mods that we shall only use their identities to pursue the claims of contributory infringement alleged against them in the following actions: (1) *Ted Entertainment, Inc. v. Saber et al.* (C.D. Cal. Case No. 2:25-cv-05564-WLH-PD) (the "Saber Action"); (2) *Ted Entertainment, Inc. v. Majed et al.* (C.D. Cal. Case No. 2:25-cv-05565-JFW-MAA) (the "Majed Action"); and (3) *Ted Entertainment, Inc. v. Caviness et al.* (W.D. Mo. Case No. 4:25-cv-00459-BCW) (the "Caviness Action"). At this time, we have no intention of pursuing any other claims against the H3Snark Mods – whether in our personal capacities or for our entities (*i.e.*, TEI and Teddy Fresh, Inc.). If the Court denies the Motion and we discover we have additional claims against the H3Snark Mods, we are willing to make a *prima facie* showing that the claims are viable as a condition for such claims proceeding.

b.       Second, on August 28, 2025, we promised to not publicly reveal the H3Snark Mods' personal identifying information or publicly address them in their individual capacity. We made this offer on condition that the H3Snark Mods would reciprocate, as it would avoid a scenario where we would have to defend ourselves. If the Court denies the Motion, we promise we will not disclose any personal identifying information about the H3Snark Mods or address them in their individual capacities. We are willing to submit to contempt proceedings in the event of an alleged breach – with the prevailing party entitled to its attorneys' fees.

c.       Third, we are willing to publicly state to our audience and the public at large not to contact or harm the H3Snark Mods, their families, their employers or educational institutions whatsoever.

2

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

SER262

## PART I: RELEVANT BACKROUND

6.      The objective of Part I of our declaration is to provide the essential background facts and context for TEI's opposition to the Motion in the most concise manner possible. Part II of our declaration is directed at addressing the assertions made against us by the H3Snark Mods.

## BACKGROUND OF TEI

7.      We are the sole owners of TEI. While we both jointly run TEI, Ethan's official position is Chief Executive Officer of TEI and Hila's official position is Secretary of TEI. We co-host The H3 Show together. Additionally, TEI employs nearly a dozen people. We have a very close relationship with the employees of TEI and consider them family.

8.      TEI is a production company that produces online content, primarily on YouTube. TEI owns various YouTube channels, including: (1) h3h3Productions; (2) H3 Podcast; (3) Ethan Klein; (4) Hila Klein f/k/a Ethan and Hila; and (5) H3 Podcast Highlights. Currently, TEI is best known for producing the podcast The H3 Show f/k/a The H3 Podcast. Full episodes of The H3 Show are uploaded to the H3 Podcast YouTube channel. During the period when the events relevant to this dispute occurred, TEI released four live broadcasts of The H3 Show a week. Three of these episodes were available to the general public, but one was accessible only to paying members of the H3 Podcast YouTube channel. At that time, each podcast episode had a duration of approximately 3:30 hours. The H3 Show provides comedic – frequently bombastic – commentary on current events and public figures, primarily as it concerns the online community.

9.      The type of content posted onto the h3h3Productions channel is both similar and different to the type of content posted onto the H3 Podcast channel. Both the H3 Podcast and the h3h3Productions channel discusses current events and public figures – primarily as it concerns the online community – in a comedic and bombastic manner. The H3 Show – which is broadcast live – is much more freeform in structure, while content uploaded to the h3h3Productions channel is scripted, highly edited, and usually contains visual effects. Both of us work together on videos for the h3h3Productions channel. From June 2020 through January 2025, TEI did not upload content onto the h3h3Productions channel – focusing solely on The H3 Show.

10.      We are proud to have shaped and protected fair use law as applied to online

3

SER263

reaction videos. In 2016, we were sued (in our individual capacities) for copyright infringement, defamation and misrepresentation under 17 U.S.C. Section 512(f) by Matt Hosseinzadeh p/k/a Matt Hoss/The Bold Guy ("Matt Hoss"). The copyright claim concerned a video uploaded to the now Hila Klein YouTube channel called *The Big, The BOLD, The Beautiful* (the "Klein Video")[1] – which was a critical and humorous reaction to Matt Hoss' video *Bold Guy vs. Parkour Girl* (the "Hoss Video").[2] We prevailed on summary judgment and the district court published its decision as *Hosseinzadeh v. Klein*, 246 F.Supp.3d 34 (S.D.N.Y. 2017).

## OUR BACKGROUNDS

11. We are high profile Jewish, Israeli-American online content creators. Hila was born in Israel, while Ethan was born in the United States. After we met in Israel nearly 20 years ago, Ethan decided to move to Israel to be with Hila. As a result, Ethan became a naturalized citizen of Israel. A large portion of Hila's immediate and extended family live in Israel.

12. Shortly after turning 18, Hila was required to fulfill mandatory service in the Isreal Defense Forces ("IDF").[3] She served in the IDF from 2006-2008. Upon enlistment, Hila was assigned a non-combat role. As such, she only received one month of basic training. In contrast, combat roles require anywhere from four months to a year of basic training.

13. Throughout her mandatory service in the IDF, Hila served as a secretary. Initially, she was assigned to work at an IDF office in Tel-Aviv where she would commute to work while living with her parents. Hila experienced great difficulty connecting with the other soldiers in her office and was at the age where she wanted to experience some independence from her family. As a result, she requested to be reassigned. When a request for reassignment is made, the soldier making the request is unable to select or provide any input on where they will be reassigned – except that a non-combat soldier will not be assigned a combat role.

14. Hila was reassigned to be the secretary of the unit commander in the Duchifat battalion – which was based in Ramallah located in the West Bank. During the period in which

---

[1] The Klein Video is accessible here: https://youtu.be/CXUs5FOo-JE?si=Oq7QTJO_kD5UHo6H
[2] The Hoss Video is accessible here: https://youtu.be/Dj4XAYhF0ok?si=ljtU238TPmX6PVTo
[3] We apologize for having to go into such detail regarding Hila's mandatory service in the IDF. Misrepresentations about Hila's military service were pervasive on r/H3Snark. Explaining her military service helps contextualize how user's of r/H3Snark ruthlessly attacked her.

4

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER264

Hila served, the Duchifat battalion worked in coordination with the Palestinian Authority on security issues. Hila's duties included communications, scheduling and general administrative duties.

15. On one occasion, Hila's unit commander offered her to ride along on a patrol. Since Hila had not receive combat training, she would have to do so in secret as she was not authorized to do so under the IDF's rules and guidelines. Hila thought the experience would help her better understand the on-ground realities for both residents of Ramallah and the Duchifat battalion faced regularly and provide insights that would help her perform her duties.

16. Throughout the ride along, Hila remained in the armored vehicle. This was to ensure she would not get ensnared into a combat situation where she would be incapable of defending herself. On one occasion during the ride along, Hila was escorted by several troops to view the location of the arrest of militants and their weapons cache. This survey was extremely brief and Hila quickly returned to the armored vehicle.

17. On November 11, 2017, Ethan interviewed Hila and asked, amongst other things, about her service in the IDF.[4] As a non-native English speaker who had recently moved to the United States, Hila sometimes struggled to convey her thoughts and properly express herself in English.[5] While her proficiency in English has increased tremendously over the past few years, she still has moments where she must translate words from Hebrew into English to express herself properly.

18. Despite being repeatedly accused of supporting and participating in the genocide of Palestinians, we have both been very outspoken in our criticism of the State of Israel and our support for Palestinian self-determination – even before October 7th. Below are some noteworthy examples:

    a. In the November 11, 2017 interview between Ethan and Hila, we had a nuanced conversation of the Israel Palestine conflict, including expressing our strong

---

[4] H3 Podcast, *H3 Podcast #38 – Hila Klein* (Nov. 11, 2017), *available at*: https://youtu.be/cTBnDJ77kr0?si=9e13E_Hap-2YlHwX&t=1117 (from 18:37-29:15).

[5] Hila's limitations with English at the time became a serious issue during *Hosseinzadeh v. Klein.* During the litigation, Matt Hoss noticed Hila's deposition. Our counsel was insistent that Hila be provided a translator because she was not comfortable answering questions in English – particularly under such a high pressure situation.

5

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER265

criticism of the Israeli government and IDF.[6]

b. On December 8, 2020, Ethan conducted a conversation with his co-host at the time, Trisha Paytas, about the Israel-Palestine conflict. He explained why she should not be dismissive of the "Free Palestine" movement and helped her understand the Palestinian perspective of conflict – even referring to the situation as a "genocide" and "apartheid."[7]

c. On May 15, 2021, Ethan made an Instagram post condemning Israel and Benyamin Natenyahu.[8] This occurred during the Unity Intifada that took place from May 10, 2021 through May 21, 2021.[9] The post was made specifically in response to the IDF destroying the al-Jalaa building – which housed Al-Jazeera and the Associated Press.[10] Below is a true and correct screenshot of Ethan's May 15, 2021 Instagram post – including Hila liking the post because of her agreement:

h3h3productions

The Israeli government is making me sick. Even if Hamas is operating out of a civilian building, it doesn't justify the total destruction of that building, its inhumane. Netanyahu is a piece of shit warmonger & needs to go. As a dual citizen I love Israel and the Israeli people, they deserve a government that actually believes in peace and not force and violence. The ultra right Jewish settlers are among the greatest provocateurs in the world. They are shameless and hateful, fueled by religious zeal and enabled by the Israeli government. I wish the settling and repossession of Palestinian land would stop. I wish the bombing in Gaza would stop. Gazans deserve to live a life free of fear. For all of the crimes Hamas has committed we must always remember that they are not Palestine. The Israeli government holds all of the power and it is on them to stop the violence and show a true willingness for peace.

♡ 187K  💬 5,503  ⇄ 7  ◁ 290

Liked by kleinhila and others
h3h3productions My thoughts on the Palestinian / Israeli conflict
May 15, 2021

---

[6] H3 Podcast, *H3 Podcast #38 – Hila Klein* (Nov. 11, 2017), *available at*: https://youtu.be/cTBnDJ77kr0?si=fxYUFkjqkFgLgK3H&t=535 (from 8:55-18:37).
[7] H3 Podcast, *Trish Was Kidnapped at Gunpoint – Frenemies #12* (Dec. 8, 2020), *available at*: https://youtu.be/hBOsrbiA1XM?si=3Ghgyon3D_jzE0oV (from 19:05-23:55).
[8] https://www.instagram.com/p/CO6TiJ9jVZG/?igsh=MWthMWI5OTF6OXNuNA==
[9] Wikipedia, "2021 Israel-Palestine crisis," *available at*: https://en.wikipedia.org/wiki/2021_Israel%E2%80%93Palestine_crisis
[10] Wikipedia, "Destruction of the al-Jalaa building," *available at*: https://en.wikipedia.org/wiki/Destruction_of_the_al-Jalaa_building

6

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

SER266

19.     After October 7, 2023, we became even more vocal in our support for the Palestinian cause and condemning the actions of Israel. We spoke about the conflict in approximately 70 separate podcast episodes. Below are some notable examples:

a.     On October 12, 2023, Ethan conducted a near four-hour conversation about the conflict where he described Israel's actions against the Palestinians a "genocide," openly wept recalling the image of a Palestinian father holding his dead infant child and called Benyamin Netanyahu a "war criminal" amongst many other statements showing support and empathy for the Palestinian people.[11]

b.     On November 20, 2023, Ethan and the crew discussed their hope to see a ceasefire and the atrocities end in Gaza.[12]

c.     On November 25, 2024, Ethan had an hour and a half conversation with the Arab online content creator, LonerBox, about the history of the Israeli-Arab conflict.[13]

d.     On May 23, 2025, Ethan had an hour-long conversation with Palestinian activist and scholar Ahmed Fouad Al-Khatib about pragmatic solutions to the conflict.[14]

**SNARK SUBREDDITS & THE RISE OF r/H3SNARK**

20.     Snark subreddits are a relatively new genre of message boards on Reddit. There are numerous snark subreddits, but they tend to share common characteristics. First, they are usually focused on a single public figure. Second, people who frequent snark subreddits are compulsively obsessed with – not just with critiquing – but hating their target. They have received intense criticism in the media, being describe as "a form of cyberbullying," "invasive of their subject, often getting details wrong, and engaging in harassment".[15] The widow of the

[11] H3 Podcast, *Israel vs. Gaza – Leftovers #61* (Oct. 12, 2023), *available at*: https://www.youtube.com/live/JFznOHunD_c?si=7SPyIcrko96VfxwL

[12] H3 Podcast, *Colleen Returns To YouTube, Pokimane Cookie Controversy – H3TV #99* (Nov. 20, 2023), *available at*: https://www.youtube.com/watch?v=npYrseihU8E&t=1700s (from 28:20-37:10)

[13] H3 Podcast, *I Haven't Been Well – H3 Show #85* (Nov. 25, 2024), *available at*: https://www.youtube.com/watch?v=Yg8EL-sNp68&t=8520s (from 2:22:00-3:15:06).

[14] H3 Podcast, *It's Time For Me To Listen… - H3 Show #151* (May 23, 2025), *available at*: https://www.youtube.com/watch?v=cjPQCcbc-WI&t=8790s (from 2:26:30-3:37:03)

[15] Wikipedia, "Snark subreddits," *available at*: https://en.wikipedia.org/wiki/Snark_subreddits

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

SER267

YouTuber Mikayla Raines blamed her snark subreddit for contributing to her suicide.[16]

21. Users of snark subreddits (known as "snarkers") are "fallen fans" of the online content creator. Snarkers have a voracious appetite for "hate watching" the content of the creator they target. However, snarkers seek to consume pirated versions of said content to avoid supporting the creator with views to deprive them of advertising revenue and visibility of the content in the algorithm. Snarkers frequently refer to this as "ethical consumption."

22. Prior to October 7th, Ethan hosted a political comedy podcast with the prominent leftist streamer, Hasan Piker ("Hasan"). After October 7th, friction grew between us and Hasan. While Ethan publicly stated Israel was committing a genocide in Gaza and condemned how Israel was conducting the war, we still advocated for a two-state solution and condemned political violence and terrorism. In contrast, Hasan justified political violence and terrorism and advocated for the immediate dismantling of the State of Israel – which we believed would also lead to genocide.[17] In the wake of the public schism with Hasan, supporters of Hasan and his perspective began to attack both of us, calling us genocide supporters and even participants. As individuals who are deeply committed to Palestinian dignity and self-determination, this accusation disturbed us to our core.

23. r/H3Snark is message board for our "fallen fans." While r/H3Snark was established before October 7th, it grew tremendously in prominence after the public schism between us and Hasan and becamse the central location to attack us. The most frequently levied "criticism" we received on H3Snark was that we advocated the genocide of Palestinians and supported Israel's actions in Gaza. The posts were also used to target sponsors of TEI content by using misleading and edited clips to fuel fear and hatred.

---

[16] Ryan Hudgins, US, "Petition Aims to Take Down Reddit Snark Page About SaveAFox YouTuber After She Died by Suicide (June 26, 2025), *available at*: https://www.usmagazine.com/celebrity-news/news/petition-targets-reddit-snark-page-after-saveafoxs-mikayla-raines-suicide/

[17] H3 Podcast, Israel vs. Gaza – Leftovers #61 (Oct. 12, 2023), available at: https://www.youtube.com/live/JFznOHunD_c?si=7SPyIcrko96VfxwL; HasanAbi VODs, *HasanAbi November 9, 2023 – Israel Palestine, Debating Ethan H3H3 on Israel, 3rd GOP Debate* (Nov. 10, 2023), *available at*: https://www.youtube.com/watch?v=4y7v0ewLFOQ&t=5083s (from 1:24:43-4:57:40).

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER268

**THE CREATION OF *CONTENT NUKE: HASAN PIKER***

24.     Beginning in mid-October 2024, we reached a breaking point. We repeatedly witnessed Hasan radicalizing people to – not be pro-Palestinian – but pro-terrorism. We were fed up with how r/H3Snark was repeatedly branded us as genocide supporters and participants, despite all the evidence to the contrary. As such, we decided to create a documentary that exposed how Hasan radicalizes individuals online to support terrorism against Jews and Israelis.

25.     *Content Nuke: Hasan Piker* ("*The Nuke*") was created over the course of several months. It utilized a combination of comedy, commentary, archival materials, visual effects, audio effects, montage and editing to lampoon and criticize Hasan and the platform that enables him, Twitch.[18] The duration of *The Nuke* was that of a feature length film, totaling 1:42 hours.

26.     It was always our intention for TEI to register *The Nuke* with the United States Copyright Office. It is our understanding that videos solely streamed over the Internet must be registered as unpublished works. To properly protect *The Nuke*, we knew we had to register it before its release. We strongly suspected that various streamers (particularly those on Twitch) would attempt to stream the entirety of *The Nuke* shortly or immediately after its release with insufficient commentary to justify such use. Indeed, the period of time immediately and shortly after a YouTube video is released is when it receives the greatest number of views.

27.     The deposit copy of *The Nuke* submitted to United States Copyright Office was a nearly identical to the version broadcast to the public. The only differences were: (1) we had to blur footage of Ansar Allah a/k/a The Houthis hijacking the *Galaxy Leader* and its crew; (2) we had to black out footage of Hamas releasing Israeli hostages from November 2023; (3) the inclusion of the conclusion; and (4) various minor visual changes.

28.     We marketed the release of *The Nuke* frequently before its release on January 31, 2025. We (particularly Ethan) discussed it frequently on The H3 Show and released many Instagram stories about its development. As a result, the public interest in the video was immense

---

[18] We have reviewed the H3Snark Mods' "analysis" of the original content contained in *The Nuke*. Dkt. No. 8, ¶¶ 136-144. This "analysis" is misleading in the extreme – which is immediately apparent to anyone watching *The Nuke*. Out of an abundance of caution, **Exhibit 69** is a true and correct copy of a top level analysis of the various original creative contributions throughout *The Nuke* that identifies the times and creative contribution.

9

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER269

– including on H3Snark – for which we were grateful.

**THE RELEASE OF *THE NUKE* AND *THE H3 SHOW #104: COUNTDOWN TO DOOMSDAY***

29.     Originally, *The Nuke* was set to be released on January 30, 2025. Due to a few frames from Hamas' release of Israeli hostages in November 2023 still being visible, TEI did not release *The Nuke* on January 30, 2025 – as the it would result in the video being age restricted, which would limit the visibility and profitability of the video.

30.     On January 31, 2025 at around 12:24 p.m. PST, TEI began its live broadcast of *The H3 Show #104: Countdown to Doomsday* (the "Countdown Episode") on the H3 Podcast YouTube channel. The Countdown Episode – not only served to drum up interest the release of *The Nuke* – it covered various other current events and public controversies. *The Nuke* would be released immediately upon the completion of the Countdown Episode at 1:30 p.m. PST. At 1:30 p.m. PST, TEI released *The Nuke* on the h3h3Productions channel.

31.     Prior to their release, TEI did not authorize anyone to use the Countdown Episode or *The Nuke* (collectively, the "Works") in any manner, except for YouTube itself. Further, TEI never received a request from anyone to use the Works in any manner.

32.     YouTube videos are monetized through advertising revenue. Every few minutes, YouTube plays advertisements over the video and the creator receives a share of the advertising revenue. The more views a YouTube video receives, the more advertising revenue it receives. Further, the more views a YouTube video receives, the more it gains traction in YouTube's algorithm, which increases the visibility of video and resulting views. Additionally, searches for a particular video on YouTube increases its traction in the algorithm as well. Finally, the greatest demand for a YouTube video is immediately and shortly after its release. The Works were no different.

33.     Defendant Alexandra Marwa Saber p/k/a ("Denims") hosted a "watch party" of: (1) the Countdown Episode concurrently with its broadcast and nearly in its entirety; and (2) *The Nuke* immediately after its release and in its entirety. Denims was not the only person to host a "watch party" of *The Nuke* in its entirety immediately or minutes after its release. TEI is pursuing

10

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER270

claims against Morgan Kamal Majed p/k/a Frogan ("Frogan") and Kacey Caviness p/k/a Kaceytron ("Kaceytron") for hosting "watch parties" of *The Nuke* similar to Denims. The "watch parties" of Denims, Frogan and Kaceytron were promoted by the H3Snark Mods in various posts made on January 30, 2025 through January 31, 2025. Denims' "watch party," along with the "watch parties" of Frogan and Kaceytron, resulted in lost advertising revenue for the Works. As such, TEI has sued: (1) Denims for direct infringement and the H3Snark Mods for contributory infringement in an action entitled *Ted Entertainment, Inc. v. Saber et al.* (C.D. Cal. Case No. 2:25-cv-05564-WLH-PD) (the "Denims Action"); (2) Frogan for direct infringement and the H3Snark Mods for contributory infringement in an action entitled *Ted Entertainment, Inc. v. Majed et al.* (C.D. Cal. Case No. 2:25-cv-05565) (the "Frogan Action"); and (3) Kaceytron for direct infringement and the H3Snark Mods for contributory infringement in an action entitled *Ted Entertainment, Inc. v. Caviness et al.* (W.D. Mo. Case No. 4:25-cv-00459-BCW) (the "Kaceytron Action").

34.     After discovering Denims' "watch party" of the Countdown Episode, I requested that the Countdown Episode be registered with the United States Copyright Office.

**PART II: FACTS RELEVANT TO THE H3SNARK MODS CLAIMS AGAINST US**

35.     The H3Snark Mods make countless claims in their declarations and in their Motion against us. We recognize that, at first blush, they paint a grotesque and horrifying picture of us. Further, the sheer quantity of citations provides the impression that these claims are well sourced.

36.     Upon closer examination, however, the H3Snark Mods assertions are comprised of falsehood, gross misrepresentations and material omissions – much like the posts on r/H3Snark. For example, they will frequently cite their own posts, post by other subreddits or other content creators that frame and clip TEI's content is a misleading manner. The apparent reason is that, when viewed on its own and in context, TEI's content does not support their assertions or characterizations. When they do directly cite TEI's content, the timestamps provided are surgically made to omit material context that changes the entire meaning of the content.

37.     We have done our utmost to address as many of the H3Snark Mods assertions as

11

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER271

possible – but we could not address all. We have attempted to correct some of the most glaring, incendiary or egregious assertions – which are addressed below.

**WHAT THE H3SNARK MODS MEAN BY "CRITICISM" OF US**

38.      The H3Snark Mods' testimony gives the impression that H3Snark was a place to make playful and lighthearted jokes about us and the H3 Show. *See e.g.*, Dkt. No. 8, ¶¶ 111, 169, 211-212, 220, 273). Nothing could be further from the truth. H3Snark became ground zero for accusing us and TEI employees of advocating and participating in Israel's genocide of the Palestinian people. If you search terms like "Palestine,"[19] "Israel,"[20] "Genocide,"[21] and "Zionist"[22] on H3Snark, there are countless posts and comments. As can be noted, only archival versions of some posts exist because many of the users who authored these posts deleted their accounts (including moderators).

a.      **"Ethan's legacy will be remembered as a supporter of genocide"** A post with 695 upvotes and 9 comments.[23]

b.      **"The truth behind Ethan's fears":** A post with 202 upvotes and 8 comments.[24] In the post, the author makes statements, such as: (1) Ethan seeks to "[a]ppease his airhead wife, Hila Klein, who broke the Geneva Conventions [*sic*] by willingly participating in a raid in the West Bank she had no business being apart [*sic*] of while she was in the IDF"; and (2) "What isn't valid or legit, however, is his propensity to use these fears [of antisemitism] as a shield to absolve the state of Israel and Israeli citizens (!!!) from the genocide they are currently committing against the Palestinian people."

c.      **"Zionism Megathread | H3 Podcast/H3 Show with Ethan and Hila**

[19] https://www.reddit.com/r/h3snark/search/?q=palestine&cId=ff150b08-dda5-41d4-a69d-50932d8ceadd&iId=1e0a89e4-b1c0-4f04-a718-022bcc1448f6
[20] https://www.reddit.com/r/h3snark/search/?q=israel&cId=56e002dd-eeda-46bd-a688-5540cfc43e39&iId=4e88431c-effe-4c16-aa3e-8d11e8c489fa
[21] https://www.reddit.com/r/h3snark/search/?q=genocide&cId=6f046415-97a3-4bc0-9e70-80dfa49b625b&iId=b8998337-221c-4a65-b210-e09928ad176f
[22] https://www.reddit.com/r/h3snark/search/?q=zionist&cId=47633c69-c10e-4bbc-9b3d-94406723e8d5&iId=83f40e75-4bf3-4a45-a161-391760d9e649
[23] https://www.reddit.com/r/h3snark/comments/1gr3w8y/ethans_legacy_will_be_remembered_as_a_supporter/
[24] https://www.reddit.com/r/h3snark/comments/1gb9wfe/the_truth_behind_ethans_fears/

12

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER272

**Klein":** A post with over 1,400 upvotes and 121 comments that was authored by an H3Snark Mod that deleted their account.[25] In the post, the H3Snark Mod falsely states that Hila elected to have a "more combat-focused role" and "she volunteered to attend a raid of a Palestinian home, and the kidnapping of 'terrorists' in Palestine's city of Ramallah, which violated international peace treaties at the time" – amongst other false statements. In the post, the H3Snark Mods compiled a series of links to other H3Snark Posts that provide out of context clips that are framed misleading titles – instead of direct links to TEI content so that users could view things in context and form their own opinion.

    d.    **"I'm so sick of them pushing the narrative that Hila is just a 'shy' person":** The post had over 1,800 upvotes and 74 comments before being deleted.[26] The archival version contains a picture of Hila with a caption that is depicted below:[27]



---

[25] https://www.reddit.com/r/h3snark/comments/1dp10x0/zionism_megathread_h3_podcasth3_show_with_ethan/

[26] https://www.reddit.com/r/h3snark/comments/1gppf4j/im_so_sick_of_them_pushing_the_narrative_that/

[27] https://web.archive.org/web/20241116121241/https://www.reddit.com/r/h3snark/comments/1gppf4j/im_so_sick_of_them_pushing_the_narrative_that/

13

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER273

e.      **"Proof of Ethan being a Zionist mega thread":** A post with 110 upvotes and 8 comments.[28] In the post, the author falsely stated Ethan was "defending Israel AND the IDF, ignoring the Palestinian genocide and acting so callously towards Palestinians, targeting Muslims online in unhinged Islamophobic rands and still having the audacity to cry anti-semitism when people call him out."

f.      **"ethan and hila are zionists":** A post with 203 upvotes and 2 comments.[29] The title is followed by the false statement: "because they believe in a Jewish state in Israel which means Palestine should not exist" and "It has EVERYTHING to do with their political stance on Israel, which in turn signals their support of the genocide."

g.      **"He's never beating the genocide apologist allegations":** A post with over 1,400 upvotes and 204 comments with the following screenshot:[30]



---

[28]https://www.reddit.com/r/h3snark/comments/1b4czw7/proof_of_ethan_being_a_zionist_mega_thread/

[29] https://www.reddit.com/r/h3snark/comments/1gj56s0/ethan_and_hila_are_zionists/

[30]https://www.reddit.com/r/h3snark/comments/1gm3dev/hes_never_beating_the_genocide_apologist/#lightbox

14

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER274

h.    **"What has been happening for the past year, every single day, as Ethan defends Zionism and the genocidal ethnostate committing these massacres"**: A post with 158 upvotes and 6 comments.[31]

i.    **"Its honestly so hypocritical of ethan to talk about 'white-washing' when he is doing that for a genocide":** A post with 266 upvotes.[32]

j.    **"Ethan does not support Palestine and is lying that he does"**: A post with 986 upvotes and 41 comments.[33]

k.    **"while Hila 'I deny that' Klein is donating to israeli artists & denying genocide, here's her brother Moses talking about the genocide. their glow up is so heartwarming":** A post with 679 upvotes and 23 comments.[34]

l.    **"Imagine not apologizing profusely after denying a genocide"**: A post with 203 upvotes and 8 comments and is "specifically about Hila."[35]

m.    **"Ethan is weaponizing anti-communist misinformation and a genocide to own 'tankies' because they've been calling him out for his defense of Israel's genocide in Gaza":** A post with 210 upvotes and 4 comments. The post states: "Ethan Klein is trying to hide his own complicity in genocide by weaponizing another genocide and anti-communist misinformation to own 'tankies' who are calling him out for his genocide apologia and complicity." [36]

n.    **"when my Zionist bosses deny genocide":** A post with 517 upvotes and 43 comments.[37]

o.    **"Why Ethan & Hila Klein are not Pro-Palestine":** A post with 663

---

[31] https://www.reddit.com/r/h3snark/comments/1fhijj2/what_has_been_happening_for_the_past_year_every/

[32] https://www.reddit.com/r/h3snark/comments/1g5do2o/its_honestly_so_hypocritical_of_ethan_to_talk/

[33] https://www.reddit.com/r/h3snark/comments/1gibg54/ethan_does_not_support_palestine_and_is_lying/

[34] https://www.reddit.com/r/h3snark/comments/1dfto74/while_hila_i_deny_that_klein_is_donating_to/

[35] https://www.reddit.com/r/h3snark/comments/1b8d9wi/imagine_not_apologizing_profusely_after_denying_a/

[36] https://www.reddit.com/r/h3snark/comments/1fli62r/ethan_is_weaponizing_anticommunist_misinformation/

[37] https://www.reddit.com/r/h3snark/comments/1bb2e7i/when_my_zionist_bosses_deny_genocide/

15

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

SER275

upvotes and 49 comments.[38]

39. The H3Snark Mods claim that live chats were innocuous and they deleted them to protect user privacy. Dkt. No. 8, 114, 194, 291. This is misleading in the extreme. It is far more accurate to state that they were concealing vicious attacks against us and our employees. As the screenshots of the live chat demonstrate, both H3Snark Mods and users would attack: (1) Hila as be a participant in genocide because of her mandatory service in the IDF twenty years ago; (2) Ethan for his Tourette ticks and other immutable characteristics – which they regularly characterized as drug addiction or mental illness; (3) our Arab employees as being race traitors; and (4) our sponsors. A compilation of true and correct screenshots of the r/H3Snark live chat from early to mid-September 2024 is attached hereto and incorporated herein as **Exhibit 70**.

40. Some of the statements made in the r/H3Snark live chat are set forth below:

a. "Hila is a literal war criminal"

b. "'Mandatory service' I swear I read stories of people dodging"

c. "Ethan is acting like he did something special by picking up his mailed [*sic*] order terrorist bride"

d. "HE'S A BIG FAT PIG"

e. "all they taught hila in school was how to throw trash at brown people"

f. "She served her duty to her illegal colony"

g. "Hila doesn't believe Palestinians are human. I doubt Ethan does also."

h. "I want her to say she was just following orders so bad"

i. "Ethan has a locked box full of crew spines. Thats [*sic*] the only reason I can think of [to] excuse the wormy, spineless shit I am hearing."

j. "ya they are literally war criminals"

k. "She was born hating Palestinians so there's no way she ca[n] change"

l. "Hila might just be the most vile human in history"

m. "Ab needs to get off his knees" ("Ab" is a reference to TEI's Lebanese-American employee, Abdullah "AB" Ayad)

---

[38] https://www.reddit.com/r/h3snark/comments/1iayqbv/why_ethan_hila_klein_are_not_propalestine/

16

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER276

n.  "Ab is UNFIXABLE"

o.  "AB has brain damage I stg"

p.  "If I were ABs Lebanese family I would be so disappointed in him"

q.  "Zack is smelly like [a] we dog" (Zack is a reference to TEI's Jewish-American employee, Zach Louis)

r.  "crew is so annoying and gross fuck them"

s.  "Hila is a terrorist"

t.  "oh fuck zach's annoying ass"

41. This is the type of "criticism" the H3Snark Mods claim requires a "safe space."

**THE "CRITICS" THE H3SNARK MODS CLAIM WE TARGETED AND THE NATURE OF THEIR "CRITICISM"**

42.  The H3Snark Mods make numerous assertions that we target our "critics." Rarely do they specify the nature of the criticism. Unsurprisingly, these "critics" also accuse us of advocating and participating in the genocide of Palestinians or other false claims.

43.  **Noah Samsen**: The H3Snark Mods claim Ethan threatened to sue Samsen for defamation for "critiquing his political views" and that both of us called critics "terrorists and terrorist supporters." Dkt. No. 8, ¶¶ 89, 174 (citing Fns. 81, 142).

a.  Samsen made a video entitled *The YouTubers Who Backed a Genocide* with the following screenshot prominently displaying Ethan:[39]

[39] Noah Samsen, *The YouTubers Who Backed a Genocide* (Mar. 11, 2025), *available at*: https://youtu.be/SsPCxoln6fQ?si=iIEeITGWKPtnEc1Z

17

SER277

b.      In the video, Samsen expressly misrepresents his sources or relies on highly biased sources to claim various YouTubers support the genocide of the Palestinian people. In one instance, Samsen cited a video where the YouTuber expressly stated he was against the genocide occurring in Gaza. Our lawyer sent Samsen a highly detailed letter explaining how the video was defamatory – which Ethan read on the podcast.[40] A true and correct copy of the letter is attached to the Declaration of Rom Bar-Nissim as Exhibit 68 and incorporated herein.

c.      Samsen openly admits to supporting terrorism and terrorist organizations like Ansar Allah a/k/a the Houthis, Hamas and Hezbollah – frequently calling them "resistance fighters" and attacking anyone who calls them terrorists.[41]

44.      **Anthony "Milhouse" Sargon**: The H3Snark Mods cite Sargon's "Do Not Worry Podcast" as an example of us instructing our fans "comment on, or report content from his enemies." Dkt. No. 8, ¶ 260 (citing fn. 227). In a now-deleted podcast episode, Sargon watched footage of Israeli civilians screaming while fleeing from rocket attacks and stated: "The screams! They are music to my ears!"[42] On February 7, 2025, we criticized Sargon for his reaction.[43]

45.      **North Star Radio a/k/a Comrade Casey**: The H3 Snark Mods cite North Star Radio as an example of us doxing (*i.e.*, releasing non-public personal identifying information) our

[40] H3 Podcast, *Noah Samsen, Retract Or Lawyer Up – H3 Show #130* (April 2, 2025), *available at*: https://www.youtube.com/watch?v=H3ToWhPj4JE&t=730s (from 12:10-2:01:04).
[41] Noah Samsen, *The Genocide Supporting YouTubers Responded* (Mar. 25, 2025), *available at*: https://www.youtube.com/watch?v=hXJjFMATmaI&t=3385s (from 56:27-56:50); Noah Samsen, *The YouTubers Who Backed a Genocide* (Mar. 11, 2025), https://youtu.be/SsPCxoln6fQ?si=1yZv6lSHQvj5u6nj&t=2453 (from 40:53-43:34); *Id. available at*: https://youtu.be/SsPCxoln6fQ?si=HxBShUDCNPZ52Cjw&t=3579 (from 59:39-59:52); Noah Samsen, *UNRWA FUNDRAISER DAY 7* (May 23, 2025), *available at*: https://www.youtube.com/live/9DX5nlXXOsM?si=jY1xBL5d6qkK0So0&t=23957 (from 6:39:17-30); Noah Samsen, *UNWRA FUNDRAISER DAY 2* (May 18, 2025), *available at*: https://www.youtube.com/live/PB9hN4963xM?si=7JOjop4Z1ptki5L1 (from 4:04:59-4:05:12); Noah Samsen, *Ethan Klein Lawsuit Response* (May 15, 2025), *available at*: https://youtu.be/YWSHZouzaIM?si=Ar_vHPbq7PLBuNqI&t=1212 (from 20:12-20:24); Noah Samsen, *Israel's Sloptuber Army* (Aug. 11, 2025), *available at*: https://youtu.be/OO0YaLoSNPI?si=tLOI42qFQFWxiRjL&t=929 (from 15:29-15:47); Noah Samsen, *Anti-Palestine TikTok* (Nov. 21, 2023), *available at*: https://youtu.be/zdlJqlzOGgU?si=VkrxNrUYxPg5slRk&t=1023 (from 17:03-17:24)
[42] Due to the original podcast episode being taken down, we are only able to provide a reupload of the clip in question. https://streamable.com/5kbpy6?src=player-page-share
[43] H3 Podcast, *Hasan Piker Is A Cowardly Liar – H3 Show #107* (Feb. 7, 2025), *available at*: https://www.youtube.com/live/IG6GG1x0M9o?t=7290s (from 2:01:30-2:18:39).

18

SER278

enemies and vilifying individuals who participated in r/H3Snark. Dkt. No. 8, ¶¶ 128, 260 (citing fns. 100, 111). In the video cited by the H3Snark Mods, Ethan reads a post connecting a Reddit user account with North Star Radio. Ethen then critiques North Star Radio for making posts attacking Ethan and his parents. For example one was entitled "Ethan is a scum bag genocide denier IDF simp israel defender. And don't try to tell me I only think that because he's jewish. I think that's because he's a genocide denier IDF simp israel defender".[44]

46. **HasAnimated f/k/a Ethan's Basement**: The H3Snark Mods use "Ethan's Basement" as an example of threatening and doxing a critic over a thumbnail critical of Ethan. Dkt. No. 8, ¶¶ 90, 173 (citing Fns. 83-85, 137).

a. "Ethan's Basement" used to reupload TEI's members-only content – *i.e.*, content accessible only to paying members of the H3 Podcast channel. "Ethan's Basement's" contribution to the reuploaded TEI members-only content was simple, primarily static animation with no commentary laid over the audio of the podcast.

b. After receiving backlash from our paying members, we requested that "Ethan's Basement" stop reuploading this content – as it upset our paying members. "Ethan's Basement" did not take the loss of revenue well and soon started attacking us.

c. The "thumbnail" in question was from June 7, 2025 and falsely depicted a doctored screenshot of Ethan stating: "Palestine doesn't have the right to exist." Below is a true and correct screenshot of the thumbnail.

---

[44] H3 Podcast, *Ethan Debates Anti-Semitic Sneako Fan – H3 Show #55* (Sept. 16, 2024),, *available at*: https://www.youtube.com/live/Ch3WcOM4gNs?si=LTlJ8mly8NQRJ9Rd&t=8819 (from 2:26:58-3:04:11). The original post that Ethan discusses and compiles North Star Radio's comments is available here: https://www.reddit.com/r/h3h3productions/comments/1fgzsfb/north_star_radio_the_person_who_made_the/

19

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.



d.        Ethan emailed Ethan's Basement after seeing the thumbnail and requested the caption be changed. In the email, Ethan expressly stated: "You can criticize me, but don't lie." A true and correct screenshot of Ethan's email is below:



20

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

SER280

47.     **@KweenInYellow**: KweenInYellow is an account on X. The H3Snark Mods cite KweenInYellow as an example of us threatening to dox "critics." Dkt. No. 8, ¶ 173 (citing footnote 137). KweenInYellow regularly supports the fraudulent call made to the Los Angeles County Department of Child and Family Services ("DCFS")[45] and DCFS taking our children.[46] He baselessly claims that we lied about skulls sent to our office in the wake of the DCFS investigation.[47] He also issued death threats to Ethan[48] and even our lawyer – calling him a "valid military target." Below are true and correct screenshot of both posts.



---

[45] The DCFS incident is discussed in greater detail in Paragraph 77 below.
[46] https://x.com/KweenInYellow/status/1926517781085725045; https://imgur.com/a/3dFKpow; https://imgur.com/a/ng5PgOM; https://imgur.com/a/6hNjUpQ; https://x.com/KweenInYellow/status/1920018983299756348; https://imgur.com/a/LNsx8Jj; https://x.com/KweenInYellow/status/1914413864331903314; https://imgur.com/a/FsxGJfT; https://imgur.com/a/FsxGJfT; https://x.com/KweenInYellow/status/1908417814727172451
[47] https://x.com/KweenInYellow/status/1926150987720401099; https://imgur.com/a/XADWXF3; https://imgur.com/rxgXnS9; https://imgur.com/a/LNsx8Jj
[48] https://imgur.com/E1LfL4V

21

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION
TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

SER281

48.      **The "Friends' Detractors"**: The H3Snark Mods claim that Ethan posted the wedding photos of the family and friends of one of his "friends' detractors." Dkt. No. 8, ¶ 297 (citing footnote 253). Harley Morenstein is our good friend and a well-known Jewish-Canadian online content creator best known for the online show *Epic Meal Time*. While at a music festival, two individuals approached him to say "dirty fucking Jew," "all Jews are evil people" and that "Hitler was right and a good guy." Morenstein made a tweet identifying these individuals and what they said to him.[49] To support Morenstein, Ethan identified these individuals online and brought attention to the matter – much like what happened to individuals chanting "Jews will not replace us" in Charlottesville in 2017.

49.      **Matt Lieb:** The H3Snark Mods claim Lieb is an example of a "Jewish" creator who "who disagree with [Ethan] politically" and we attacked for contributing to r/H3Snark. Dkt. No. 8, ¶¶ 83, 232 (citing footnote 70 and screenshot on page 127). Lieb platformed George

[49] https://x.com/HarleyPlays/status/1951494313197617267

22

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

SER282

Ganitis p/k/a Bad Empanada and praised his attacks on us.[50] Ganitis made countless videos attacking us and labeling us supporters and participants in the genocide of Palestinians.[51] He streamed himself playing the videogame *Fursun al-Aqsa* – a third person shooter where the player plays as a Hamas terrorist and is banned in most gaming stores[52] – while he pretended to hunt down Hila.[53] Ganitis was instrumental in disseminating the false assertion that our children were eating dog feces (amongst many other falsehoods) – which led to the fraudulent call to the DCFS investigating us for child abuse and neglect.[54] Ganitis has even taken credit for making the fraudulent phone call to DCFS and engaged in other acts of intimidation against us.[55] We criticized Lieb for platforming and praising Ganitis in the wake of the DCFS investigation.[56]

50.    **Taylor Lorenz**: The H3Snark Mods cite Lorenz to assert we knowingly allowed her stalker to make comments on the r/h3h3productions subreddit. Dkt. No. 8, ¶ 173 (citing Fn. 135). This is completely false.

a.    Prior to Lorenz' post, we had no idea that she even had a stalker – let alone the stalker was on the r/h3h3productions subreddit. It was the r/h3h3productions subreddit that came together to identify Lorenz' stalker to ban him.[57] Upon discovering the user's identity, we immediately banned the user.

b.    Lorenz has a reputation for making false statements – the most notable of which led to the *Washington Post* terminating her. In that instance, she posted a selfie at a White House press conference with President Joe Biden in the background with the

---

[50] BadHasbara, *Bad Hasbara 75: My Twin Sister's House Burned Down, with Bad Empanada* https://www.youtube.com/watch?v=aR1JP_csqD4&t=6318s (from 1:45:18 to 1:45:43).
[51] *See* https://www.youtube.com/@BadEmpanada/search?query=klein; https://www.youtube.com/@BadEmpanadaLive/search?query=klein
[52] Wikipedia, "*Fursun al-Aqsa: The Knigths of the Al-Aqsa Mosque*", *available at*: https://en.wikipedia.org/wiki/Fursan_al-Aqsa:_The_Knights_of_the_Al-Aqsa_Mosque
[53] h3h3Productions, *I can't believe this happened* (Mar. 10, 2025), *available at*: https://youtu.be/L4f9FQmpMco?si=jFK5W5C1b6vAD_hW&t=847 (beginning at 14:07-15:26)
[54] *Id. available at*: https://youtu.be/L4f9FQmpMco?si=SCH0ouuXlzi29ESO&t=425 (beginning at 7:05-8:35, 15:27-17:29).
[55] h3h3Productions, *My Response To iDubbbz's Content Cop* (Apr. 2025), *available at*: https://youtu.be/bHlq4Nb93vQ?si=U18-nVIohNez2owo&t=458 (beginning at 7:38-8:46).
[56] H3 Podcast, *Bhad Bhabie vs. Alabama Barker Is Very Funny – H3 Show #122* (Mar. 14, 2025), *available at*: https://www.youtube.com/live/EeX_a0csMco?t=10230s (from 2:50:30-3:26:49).
[57] https://www.google.com/url?q=https://www.reddit.com/r/h3h3productions/comments/1liy3j0/does_anyone_know_who_this_stalker_of_taylor/&sa=D&source=docs&ust=1760226743740681&usg=AOvVaw2uXkmjMrPgJLfS0OQPxJx8

23

SER283

caption: "War Criminal."[58] As reported by NPR, she was terminated for "willfully misleading editors" by claiming she was not responsible for the post.[59]

   c.   Lorenz has also advocated political violence. After Luigi Mangioni killed UnitedHealthcare CEO, Brian Thompson, Lorenz made a series of posts on X endorsing the assassination and advocating the murder of other executives. After receiving backlash, she walked back her statements by claiming for the first time she was encouraging a "letter writing campaign."[60]

51.   **Kat Tenbarge**: The H3Snark Mods cite Tenbarge's "article" on the copyright lawsuits TEI filed as evidence we incite harassment. Dkt. No. 8, ¶ 78 (citing footnote 66). Prior to being terminated by NBC News, Tenbarge was a journalist. After her termination, she transitioned to become an opinion blogger. The blog post cited by H3Snark Mods is clearly not intended as objective journalism.[61] Rather, it is intended to advance Tenbarge's narrative that TEI's lawsuits are misogynistic merely because it named three women as defendants. In response, we provided our opinion critiquing Tenbarge's blog post.[62]  Like Lorenz, Tenbarge has a reputation for sacrificing honesty for ideology. She is currently being sued for defamation due to falsely stating an advocate of sexual assault survivors disclosed sealed court and police records on a victim when the documents were public. *See Nikolas v. Tenbarge* (E.D.N.Y. Case No. 1:25-cv-

[58] https://x.com/LevineJonathan/status/1823810086705488348

[59] David Folkenflik, NPR "'Washington Post' reviews star columnist Taylor Lorenz's 'war criminal' jab at Biden," (Aug. 15, 2024), *available at*: https://www.npr.org/2024/08/15/g-s1-17201/washington-post-taylor-lorenz-tech-columnist-biden

[60] Isaac Schoor, Mediaite "'We Want These Executives Dead': Taylor Lorenz Melts Down in Extended Celebration of UnitedHealthcare CEO's Murder" (Dec. 5, 2024), *available at*: https://www.msn.com/en-us/news/us/we-want-these-executives-dead-taylor-lorenz-melts-down-in-extended-celebration-of-unitedhealthcare-ceo-s-murder/ar-AA1vkCOF; Lindsay Kornick & Joesph A. Wulfsohn, Fox News "Former WaPo reporter says 'we want these executives dead' after murder of health insurance CEO" (Dec. 5, 2024), *available at*: https://www.foxnews.com/media/former-wapo-reporter-says-we-want-executives-dead-after-murder-health-insurance-ceo?msockid=0a8d1aac47cd6c79220a0cfb46236d1b; TMZ Staff, TMZ "JOURNALIST POSTS BLUE CROSS EXEC PIC Advocating For 'Peaceful Letter Writing Campaigns'" (Dec. 5, 2024), *available at*: https://www.tmz.com/2024/12/05/journalist-taylor-lorenz-posts-picture-blue-cross-ceo-after-unitedhealthcare-ceo-shooting/

[61] Kat Tenbarge, Spitfire News, "Ethan Klein's War on Women" (June 23, 2025) *available at:* https://spitfirenews.com/p/ethan-klein-lawsuits-kaceytron-frogan-denims

[62] H3 Podcast, *My Haters Are Trembling (Because I'm Back, Baby!) – H3 Show #163* (July 7, 2025), *available at*: https://www.youtube.com/watch?v=OvO4Q5Nc8wY&t=8595s (from 2:23:19-3:53:20)

24

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

05005).[63]

52.     **Sam Seder**: The H3Snark Mods cite Seder as an example of Ethan "sp[inning] the criticism he receives, or criticism of Zionism and Israel." Dkt. No. 48 (citing footnote 71). The H3Snark Mods citation is to a comment by Seder during a discussion Ethan had with Seder and does not support this assertion whatsoever.[64]

a.     Frequently, Seder appeared surprised at how often he and Ethan agreed with each other – including Ethan describing Israel's conduct in Gaza as a genocide and condemning Benyamin Natanyahu.[65]

b.     The H3Snark Mods omit what precipitated the comments they cite from Seder. Ethan showed Seder a clip of Hasan stating: "Any kind of fucking Zionist tendencies should be treated in the same way as being a fucking rabid neo-Nazi. And you shouldn't even let someone be the local dog catcher – as Felix was posting – if they exhibited any sort of positive feelings on the State of Israel."

c.     In response, Seder attempted to reframe the discussion as conflating Zionism and Judaism. Despite this, Ethan calmly and respectfully engaged directly with Seder's perspective – who frequently interrupted Ethan.[66] This demonstrates Ethan's openness and willingness to directly engage in perspectives different to his own – which contradicts the H3Snark Mods' characterization.

53.     **Joe Cooper**: The H3Snark Mods cite Cooper as an example of targeting someone who "criticized Hila's tattoo on Instagram." Dkt. No. 8, ¶¶ 88, 173, 297 (citing footnotes 78-80, 138-139, 253-). Below is a true and correct screenshot of the Instagram post:

---

[63] https://www.courtlistener.com/docket/71279427/nikolas-v-tenbarge/

[64] H3 Podcast, *Talking to Sam Seder – H3 Show #142* (April 30, 2025), *available at*: https://www.youtube.com/watch?v=YON4fx_vUZU&t=2860s (from 47:40-2:05:30).

[65] *Id.* https://www.youtube.com/live/YON4fx_vUZU?si=JA8ch6RwzkIwT64M&t=3402 (from 56:42-59:17)

[66] *Id.* https://www.youtube.com/live/YON4fx_vUZU?si=Bm5JB2tZMDr2n5Cr&t=4786 (from 1:19:46-1:29:30)

25

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER285



a.    The Star of David has been a widely recognized symbol of Judaism since the 14th century.[67] After posting a picture of the Jewish tattoo on Instagram, she received hateful and bizarre comments.[68]

b.    Cooper left the comment: "Man. I remember being obsessed with you guys when you only had 15k subs on YouTube. Glad that's behind me. Enjoy hell." Ethan

_____

[67] Britannica, "Star of David: Judaism," *available at*: https://www.britannica.com/topic/Star-of-David; Rabbi Shraga Simmons, Aish, "Star of David (Magen David): Origins & Meaning of the Jewish Star" *available at*: https://aish.com/star-of-david-3/

[68] H3 Podcast, *I Hired A Rabbi To Destroy My Yeezys – H3 Snow #116* (Feb. 28, 2025), *available at*: https://www.youtube.com/watch?v=VQiExvFz8h8&t=1780s (from 29:40-48:20).

26

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

SER286

clicked on Cooper's Instagram profile and viewed his public pictures while critiquing Cooper.[69]

c. None of the evidence cited by the H3Snark Mods supports the assertion that our fans made a bomb threat, sent a minor threats of sexual assault or leaked intimate photos. To the contrary, one of the H3Snark Mods own citations indicates that it was likely a "publicity stunt."[70] Later, in the same thread, a screenshot from another Snark page showed the claims of threats were a "joke."[71]

54. **Aubrey Smalls**: The H3Snark Mods cite Aubrey as an example of how "the majority" of the H3 Podcast is devoted to the "harassment of others." Dkt. No. 8, ¶ 260 (citing footnote 223). Aubrey is a little person who created a documentary advocating for little people. On July 22, 2022, Aubrey posted on the r/h3h3productions subreddit requesting to appear on the show to confront someone with phobia of little people and discuss dwarfism representation.[72] On August 1, 2022, we broadcasted a prerecorded episode that fulfilled Aubrey's request.[73] After his appearance, he sent us an email speaking very positively about the experience. Aubrey even made a post on the r/h3h3productions subreddit that said: "Thank you to Ethan, the crew, and everyone in chat for being so welcoming and respectful." In late December 2024 (when it became fashionable to attack us), Aubrey claimed his appearance on the podcast was a "horrible experience," claimed he was used as "a bit" and that we made fun of him. On January 6, 2025, we addressed and debunked Aubrey's claims by sharing his correspondence and r/h3h3productions subreddit post stating that it was a wonderful experience to correct the public record.[74]

55. **Mika's Rhetoric**: The H3Snark Mods cite Mika's Rhetoric as an example of our fans attempting to get a critic of ours to quit YouTube for being critical of us and for citing

[69] *Id.* https://www.youtube.com/live/VQiExvFz8h8?si=C2x0E3T8jesZcl2c&t=2148 (from 35:48-38:19).

[70] Dkt. No. 8, fns. 139, 255 (citing https://x.com/Awk20000/status/1895766293967745287)

[71] https://x.com/awk20000/status/1895767297182294411?s=46

[72] https://www.reddit.com/r/h3h3productions/comments/w5n2xq/ethan_im_an_actor_with_dwarfism_im_currently/

[73] H3 Podcast, *Andrew Tate Nelk Podcast Disaster, Ethan's Dad Meets Jimmie Lee – H3TV #45* (Aug. 1, 2022), *available at*: https://www.youtube.com/live/C6jBBUEx6fQ?si=SiFxfL-5ew0v6do6&t=2981 (from 49:41-55:55 & 1:16:00-1:28:00).

[74] H3 Podcast, *Responding To The Haters That Waited For Me To Go On Break – H3 Show #96* (Jan. 6, 2025), *available at*: https://www.youtube.com/watch?v=0SWIbsrw5No&t=3919s (from 1:05:19-1:57:45)

27

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER287

H3Snark. Dkt. No. 8, ¶ 87 (citing Footnotes 75-77).

    a.    On December 11, 2024, Mika's Rhetoric made a video about us and TEI's employees.[75] Prior to this video, we were unaware of Mika's Rhetoric and never engaged with her content. On January 6, 2025, Ethan and the podcast crew critiqued Mika Rehetoric's video.[76]

    b.    The examples cited by the H3Snark Mods are from Mika's Rhetoric's original video from December 2024 – *i.e.*, before our reaction on January 6, 2025. Dkt. No. 8, ¶ 87 (citing fns. 75-77). It solely comprises of Mika's Rhetoric speculating on the response to her video – not anything that actually happened.

    c.    The H3Snark Mods fail to provide a single example of our fans responding to Mika's Rhetoric's video by trying to get her to quit YouTube.[77]

56.    **r/FauxMoi:** The H3Snark Mods cite the subreddit r/FauxMoi as an example of another subreddit receiving similar "threats" from us. Dkt. No. 8, ¶ 67 (citing footnotes 58-61). r/FauxMoi describes itself as "cultural zeitgeist archivist."[78] Originally a gossip subreddit, it mutated into a snark community with a far-left bent that is repeatedly accused of bullying, group harassment and rewarding cruelty and derision.[79] A recent digital forensic investigation by the publication *Pirate Wires* revealed that r/FauxMoi is now controlled by "anti-Israel, anti-Western, Marxist" group of moderators.[80]

    a.    On February 17, 2025, Ethan reviewed several very recent posts from

---

[75] Mika's Rhetoric, *A Nuanced Conversation on H3 and Public Perception* (Dec. 11, 2024), *available at*: https://www.youtube.com/watch?v=9M64CmZfHwo

[76] H3 Podcast, *Responding To The Haters That Waited For Me To Go On Break – H3 Show #96* (Jan. 6, 2025), *available at*: https://www.youtube.com/live/0SWIbsrw5No?si=pMaDzt4IAWbPViLN&t=7065 (from 1:57:45-4:16:45).

[77] It is also helpful to understand what Ethan and the crew criticized in Mika Rhetoric's video. The critiques were: (1) Mika repeatedly engaged in false and unsubstantiated speculation about TEI employees; (2) when she did cite examples, they were from several years ago and nothing recent; (3) her failure to properly research her video; (4) her attempt to disclaim any antisemitism but engaging in antisemitism by lecturing us on what is and is not antisemitism; and (5) the poor execution of her video. *Id.*

[78] https://www.reddit.com/r/Fauxmoi/

[79] Nolan Vey, *Blaze* "Fauxmoi Reddit Explained | What It is, Why It's Loud, and How to Use It" (Sept. 30, 2025), *available at*: https://blazemagazine.co.uk/fauxmoi-reddit/.

[80] Ashley Rindsberg, Pirate Wires, "The Terrorist Propaganda to Reddit Pipeline" (Feb. 19, 2025), *available at*: https://www.piratewires.com/p/the-terrorist-propaganda-to-reddit-pipeline

---

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER288

r/FauxMoi, r/YouTubeDrama and r/ThereWasAnAttempt in the wake of us criticizing Hasan in *The Nuke*. All of the posts were from the preceding days – *i.e.*, February 7-15, 2025. The posts from r/FauxMoi that Ethan discussed are described below:

i.  **"Comprehensive list of all of Ethan Klein's most controversial, outrageous and vile moments":**[81] The post was from February 15, 2025 and received over 6,000 upvotes and 228 comments. It contained a list attributing incendiary statements about us and solely cited: (1) r/H3Snark; (2) another snark subreddit r/h3h3_productions; or (3) clips uploaded by third parties. None of the links were to TEI content. This was intentional – as viewing any of the statements in context and without being framed beforehand would lead to materially different impression. This post was also reposted by r/H3Snark.[82]

ii.  **"resurfaced video of ethan klein joking about 'a little girl being raped by big black man/blackzilla"**: This post has now been deleted. It concerned a series of our reaction videos from ten years ago criticizing the music producer, Patrice Wilson, who made music videos featuring highly sexualized preteen girls.[83]

iii.  **"Hila and Ethan Klein practicing antisemitism in Israel":**[84] This post was from February 12, 2025 and received over 5,800 upvotes and 349 comments. It took clip from a ten-year-old video of one of our visits to Israel.[85] As Jewish individuals, we were offering an internal critique of the strict attire required by some ultra-Orthodox sects, a view shared by many secular, feminist and

[81] https://www.reddit.com/r/Fauxmoi/comments/1iqh43c/comprehensive_list_of_all_of_ethen_kleins_most/
[82] https://www.reddit.com/r/h3snark/comments/1iqtepn/comprehensive_list_of_all_of_ethan_kleins_most/
[83] h3h3hProductions, *Alison Gold - Chinese Food -- h3h3 reaction video* (Jan. 3, 2015), *available at:* https://youtu.be/ArEugWw5IQ8?si=ESCl8EO-Yev13IB5; h3h3Productions, *The Return of Patrice Wilson -- h3h3 reaction video* (Dec. 17, 2015), *available at*: https://youtu.be/lg2SfVD5cqk?si=Or7h1U0gyed5G-Kg; Hila Klein, *A Very Classy Music Video (GONE FOGLE)* (Mar. 11, 2016), *available at*: https://youtu.be/icFV7iTkH_Y?si=VnqJogTT_8hsRtMC
[84] https://www.reddit.com/r/Fauxmoi/comments/1inscq1/hila_and_ethan_klein_practicing_antisemitism_in/
[85] Hila Klein, *Jerusalem* (Mar. 15, 2015), *available at*: https://youtu.be/PxjxyDb8ufM?si=oSGL6LZ_LahEt0-3

29

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER289

modern Orthodox communities. Poking fun at ourselves does not compare to the clear Jew-hatred we identified in *The Nuke.* The post on r/FauxMoi attempted to minimize us pointing out this antisemitism by painting us as antisemitic. This is a tactic often used by non-Jews to dismiss criticism and police our speech.

iv. **"Hila Klein, who is a big fan of Yoav Gallant and whose husband liberally uses the n-word, is stunned to learn an artist doesn't want to be associated with her company"**[86] This post is from February 11, 2025 and has over 4,900 upvotes and 426 comments. It contains numerous falsehoods and misleading statements. First, Hila never said she was a "big fan" of Yoav Gallant. Rather, after Benyamin Natenyahu fired him, Hila commented that he was a "good guy" because he wanted to end the war.[87] We tried to explain what she said and Hila publicly apologized for her word choice.[88] Second, Ethan does not use the n-word at all and has not done so for years. Rather, this is a common tactic used by Snark to use an isolated clip from 2017 and make it appear recent. In the clip, Ethan repeats that the interviewees' fans call themselves "N***** F*****"and Ethan has since publicly apologized for using the word.[89] Further, the artist who no longer wanted to work with Hila was a longtime friend whose art was in our home.[90] Finally, the post misleadingly claims Hila's statement about Yoav Gallant was the cause of the disassociation. Hila's statement about Gallant was made three months prior. If that statement was the cause, the disassociation would have happened when Hila made the statement.

v. **"H3H3's Ethan and Hila Klein's nanny filed a lawsuit against**

---

[86] https://www.reddit.com/r/Fauxmoi/comments/1in7yk5/hila_klein_who_is_a_big_fan_of_yoav_gallant_and/

[87] H3 Podcast, *Post Election Cope Stream – H3 Show #77* (Nov. 6, 2024), *available at*: https://www.youtube.com/live/8aBch1GPY08?si=V_BkhgCI2DvwJFyM&t=204 (from 3:24-3:55)

[88] Ethan Klein, *Hasan Piker Is A Weaselly Little Liar* (Nov. 8, 2024), *available at*: https://youtu.be/telKFaTvQqU?si=U2eUm4G8yK-TbLtq (from 0:00-5:12).

[89] h3h3Productions, *My Experience With The Police* (June 5, 2020), *available at*: https://youtu.be/nbHGAu9Kn_c?si=AhINzCTG6intGAkF&t=564 (from 9:24-9:55).

[90] H3 Podcast, *Dear Hasan Piker... - H3 Show #106* (Feb. 5, 2025), *available at*: https://www.youtube.com/watch?v=6KV16LWcnTY&t=4080s (from 1:08:00-1:16:00)

---

30

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER290

**them alleging she was fired 2 days after she asked for time off to get and recover from hernia surgery"**[91] This post is from February 7, 2025 and has over 4,600 upvotes and 279 comments. First, we first learned that our former housekeeper sued us because of this post – not because we were served or otherwise informed of the lawsuit. This highlights the obsessive nature of Snark subreddits – as they wanted to know facts about our personal lives before we knew it ourselves. Second, the allegation is completely false. We terminated our former housekeeper because she regularly body shamed our nanny, calling her "fat." We made multiple attempts to get her to stop – even bringing in human resources, but she persisted in creating a hostile work environment for our nanny.[92]

    b.    r/FauxMoi is an exponentially larger subreddit than r/H3Snark. While there was an occasional post about us on r/FauxMoi before February 2025, the number increased tremendously in February 2025. We realized that the increase in posts was because two moderators of Hasan's subreddit, r/Hasan_Piker, were moderators of r/FauxMoi.[93] Since *The Nuke* was released on January 31, 2025, the increase in posts on r/FauxMoi attacking us was likely in retaliation for *The Nuke*.

## ADDRESSING WHAT THE H3 SNARK MODS CLAIM WE SAID AND DID TO THEM

57.    **Important Definitions:** To begin, it may be helpful to provide our definitions for "Snark," and "Snark Brained" – particularly in the examples cited by the H3Snark Mods.

    a.    <u>Snark</u>: To us, "Snark" is a philosophy that believes demonizing us advances Palestinian liberation from Israel. It adopts the approach of: "No bad means, only bad targets." Since we are a viewed as "good targets," any and all means can be used to attack us. We do not use the term solely to refer to r/H3Snark. We also use the term to

[91] https://www.reddit.com/r/Fauxmoi/comments/1il0486/h3h3s_ethan_and_hila_kleins_nanny_filed_a_lawsuit/

[92] This lawsuit is discussed in greater detail in Paragraph 86.

[93] https://imgur.com/a/blueberry-is-part-of-fauxmoi-mod-team-quESMAe; https://imgur.com/a/sjQBWFz. As these images show, three moderators of r/Hasan_Piker were also moderators of r/ThereWasAnAttempt. Further, these images – along with the Pirate Wires' investigation – uncovered that u/BlueberryBubblyBuzz was a moderator of r/Hasan_Piker, r/FauxMoi and r/ThereWasAnAttempt. The cross-over is why we believed there was collusion between these subreddits. Dkt. No. 8, ¶¶ 68, 173.3 (citing fns. 167-168).

31

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

SER291

refer to r/H3Snark's successor, r/LeftoversH3,[94] and other individuals who adopt this mentality – as it is not just confined to those subreddits.

b. Snark Brained: The term "Snark Brained" is equivalent to saying someone has "drunk the Kool-Aid" regarding Snark. It is to express the lack of critical thinking and cultish behavior that Snarkers exhibit.

58. **We Threatened them Since 2023 (Dkt. No. 8, ¶¶ 223, 256 (citing fns. 189, 217)**: As evidence that we threatened the H3Snark Mods since 2023, they cite a podcast episode from October 31, 2023 – *i.e.*, three weeks from October 7th.

a. In the episode (which is entitled *Responding to hila conspiracy theories – See You Next Tuesday #50*), we go line by line dissecting a post on r/H3Snark post entitled "Hila lied about her role and position in the IDF." The now-deleted post falsely claims that Hila served a combat role in the IDF. The post contained numerous hyperlinks, but they were irrelevant or did not support the assertions made – which we demonstrated in the video.

b. In the episode, we also addressed several of the other posts on r/H3Snark claiming we advocated and participated in the genocide of Palestinian people. Not only does this demonstrate that we were willing to directly engage with criticism, it proves that when r/H3Snark promotes falsehoods about us they call it "criticism," but when we respond to and debunk their "criticism" it is a "threat," "harassment," or "abuse." A true and correct copy of *Responding to hila conspiracy theories – See You Next Tuesday #50* is located on the Flash Drive submitted concurrently with TEI's Notice of Lodging and incorporated herein as **Exhibit 71**.

59. **We Created Subreddits to Harass Them (Dkt. No. 8, ¶¶ 196, 198, 224, 235, 279 (citing fns. 164, 175, 193, 205, 241-243)**: The H3Snark Mods' claim we created subreddits to harass or troll them is false. The only subreddit we created was r/H3SnarkSnark and acquired the subreddit r/HasanPiker.[95] Both were intended to be experiments. We wanted to know whether

[94] https://www.reddit.com/r/LeftoversH3/
[95] The H3Snark Mods claim we created r/H3Snarkception and r/H3SnarkNarc. Dkt. No. 8, ¶ 279 (citing fns. 242-243). This is false. We have no connection with these subreddits.

32

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER292

the Reddit admins would show preferential treatment to H3Snark and Hasan's subreddit r/Hasan_Piker. We were proven correct. Reddit banned r/H3SnarkSnark – not for harassment – but for impersonating r/H3Snark. Ownership of r/H3SnarkSnark was transferred to a moderator of r/H3Snark named "shredder cheese" – a cruel reference to the false conspiracy theory that we killed our beloved dog, Shredder, by feeding him cheese. The same thing happened to r/HasanPiker – *i.e.*, its ownership was transferred to someone involved in r/Hasan_Piker – under the claim of impersonation. In the video cited by the H3Snark Mods, Ethan only discuss r/H3SnarkSnark and that we used it for the experiment described above. *See* Ex. 71 at 1:01:28-1:02:33. A true and correct copy of *Ethan Needs a Dentist – SYNT #88* is located on the Flash Drive submitted concurrently with TEI's Notice of Lodging and incorporated herein as **Exhibit 72.**

60.   **That Snark Engaged in Coordinated Harassment (Dkt. No. 8, ¶ 196 (citing fn. 64))**: The H3Snark Mods claim we falsely stated that they coordinated harassment. The example they provide is from the April 21, 2025 podcast episode *They Sent Two Human Skulls To My House – H3 Show #138*.

a.   First, this episode came out after r/H3Snark locked the subreddit on February 17, 2025 – *i.e.*, we were not referring to the H3Snark Mods.

b.   Second, in the episode, Ethan discusses a video by Elise Tran entitled *To H3 snarkers harassing me*. In the video, Tran explains she is a teacher in France and a leftist who was harassed by Snarkers – even going so far as to contact her employer because she publicly expressed support for us.[96] In the podcast episode, Ethan discusses how Snarkers attacked Tran is the same way they attacked us.[97] The H3Snark Mods' citation completely omits the discussion on Tran to make it appear as an unfounded and unhinged statement.

61.   **We Conflated a Moderator from r/LeftoversH3 with Them (Dkt. No. 8, ¶ 180**

---

[96] Elise Tran, *To H3 snarkers harassing me* (April 18, 2025), *available at*: https://youtu.be/VIWDdIVAUp0?si=VKuE2NpUspprrH3Q
[97] H3 Podcast, *They Sent Two Human Skulls To My House – H3 Show #138* (April 21, 2025), *available at*: https://www.youtube.com/live/doGqfGdpV_I?si=BKJgxdHtT39Ig9BD&t=7840 (from 2:10:40-2:14:52).

33

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

**(citing fn. 154)**: The H3Snark Mods claim we conflated Ganitis (*i.e.*, Bad Empanada who is discussed in Paragraph 45) becoming a moderator for r/LeftoversH3 with being a moderator for r/H3Snark. Again, they cite the April 21, 2025 podcast episode *They Sent Two Human Skull To My House – H3 Show #138.*

      a.     As previously stated, this episode came out after the H3Snark Mods locked r/H3Snark. The timing makes it clear we were referring to r/H3Snark's successor, r/LeftoversH3.

      b.     Further, when viewed in context, it is apparent that we are critiquing the outlandish conspiracy theories Ganitis (*i.e.*, Bad Empanada) disseminated about us shipping skulls to ourselves – a vicious theory advanced in the H3Snark Mods' declarations.[98] *See* Dkt. No. 8, ¶¶ 233-234. Some of this is apparent from the portion cited by the H3Snark Mods, but most of the context is omitted to make it appear we were talking about the H3Snark Mods.

      62.     **We Publicly Threatened to Use Litigation as a Means to Discover Them So that They would Lose Everything (Dkt. No. 8, ¶ 197.1 (citing fn. 165)**): To support this assertion, the H3Snark Mods do not cite anything we said. Rather, they cite Hasan's description of the letter our lawyer sent u/ObrienPotatoes during his debate with Ethan (which further demonstrates we are open to and engage with criticism). While Hasan characterized the claim against u/ObrienPotates as frivolous,[99] he also admitted he knew nothing about the claim.[100] Further, his only citation was from u/ObrienPotatoes' post on X which omitted significant portions of the letter, including its legal and factual analysis.[101] In other words, we never made this admission or statement. Rather, it was a statement Hasan made about us.

---

[98] H3 Podcast, They Sent Two Human Skulls To My House – H3 Show #138 (April 21, 2025), *available at*: https://www.youtube.com/live/doGqfGdpV_I?t=100s (from 1:40-15:10, 19:50-34:40).

[99] It is worth noting that Hasan has no legal training and has a notorious reputation for letting copyrighted content play on his stream to an empty chair. *See e.g.*, h3h3Productions, *I'm Suing These Three Creators* (Jun. 19, 2025), *available at*: https://youtu.be/3yAiuEyJF-I?si=mwZrZ_TKK3pHnB3v&t=179 (from 2:59-3:48).

[100] HasanAbi, *DEBATING ETHAN KLEIN* (May 3, 2025), *available at*: https://youtu.be/ih2ZvBxZWig?si=5VQWB0WXYYC5m2fX&t=9622 (from 2:40:22-2:41:48)

[101] The letter and discussion on the letter is provided in the Declaration of Rom Bar-Nissim at Paragraph 30 and Exhibit 60.

34

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER294

63. **We Claim Everyone Who Criticizes Us of Visiting r/H3Snark (Dkt. No. 8, ¶ 172 (citing fn. 133))**: The H3Snark Mods' citation does not support this assertion. First, they cite a video broadcast on May 3, 2025 – *i.e.*, after r/H3Snark was locked, but when its successor, r/LeftoversH3, was active. Second, in the excerpt, Ethan accuses Hasan (and not anyone else) of relying on r/LeftoversH3 to prepare for the debate. Instead of admitting or denying, Hasan deflects by accusing Ethan of placing responsibility for the fraudulent call to DCFS on Snark.[102] In sum, the only person accused of relying on Snark was Hasan and, when given the opportunity to address the issue, he elected to evade and not answer.

64. **We Hired Someone to "Stalk" Them and Other "Targets" (Dkt. No. 8, ¶ 175 (citing fn. 146)**: The H3Snark Mods citation does not support this assertion whatsoever. In the podcast episode, we respond to a claim our former friend made against our researcher and colleague, Galya. As explained in portions omitted by the H3Snark Mods, Galya is a refugee from the War in Ukraine and an incredibly talented researcher. Her investigations are solely confined to publicly available information.[103] It is a prime example of being "Snark Brained" to describe following a public digital footprint as a form of stalking.

65. **"Ethan has claimed that if not for H3Sanrk, he would not be suing the three main creators named in these complaints." (Dkt. No. 8, ¶ 197.6 (citing fn. 173).** The H3Snark Mods citation does not support this statement whatsoever. The actual statement made by Ethan is: "Snark Brain is such a dangerous disease. We're seeing it time and time again. And, frankly, it's landed these three I'm suing in really troubled waters. You guys gotta get out of that. And this is just from person to person; a care for your humanity. It makes you think that what you're doing is normal."[104]

---

[102] HasanAbi, DEBATING ETHAN KLEIN (May 3, 2025), *available at*: https://youtu.be/ih2ZvBxZWig?si=LkB70pDw7RhXGy1N&t=8293 (from 2:18:13-2:22:12).

[103] H3 Podcast, *Dear iDubbbz, We're Not Holding Back Anymore – H3 Show #189* (Sept. 10, 2025), *available at*: https://www.youtube.com/live/Kzo0eCIGI0k?si=oWZaNImhq1pWPmOt&t=776 (from 12:56-22:15)

[104] *Id.* at https://www.youtube.com/live/Kzo0eCIGI0k?t=9475s (from 2:37:55-2:38:26). For transparency, in the video *I'm Suing These Three Creators*, Ethan did state that the list of streamers provided by the H3Snark Mods in their posts helped identify the three direct infringers. This is materially different, however, from claiming that TEI is only suing the three direct infringers to sue the H3Snark Mods. h3h3Productions, *I'm Suing These Three Creators* (Jun. 19, (continued).

35

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

66.     **We Threatened to Call the FBI on the H3Snark Mods (Dkt. No. 8, ¶ 223 (citing fn. 190)**: The H3Snark Mods citation does not support this assertion. Rather, the citation involves a discussion about how IP address information is obtained. The conversation distinguishes between civil cases (which requires a subpoena) and criminal investigations (which the FBI would pursue). The conversation mainly focuses on subpoenaing an IP address in the context of a sexual predator on Kick. The only mention of Snark is the fake post on r/h3Snark claiming that we were taking down Happy Ramadan posts on r/h3h3Productions – known as the "Ramadan Post." There was no mention of calling the FBI on the H3Snark Mods.[105]

67.     **We Claimed that Snark is Dangerous (Dkt. No. 8, ¶ 281 (citing fn. 245)**: This citation is a prime example of the H3Snark Mods deliberately omitting material context.

a.     First, the video cited is from June 9, 2025 – *i.e.*, after H3Snark prevented further posts. When viewed in context, it is clear we are referring to r/LeftoversH3.

b.     Second, Ethan discusses how: (1) r/LeftoversH3 targeted the online creator Willie Mac Show because they did not like his criticism and that he received a $600 donation; (2) when Willie Mac Show sought to engage with r/LeftoversH3, he was banned and sent the message by a moderator "Keep Yourself Safe" – a phrase used as code for "KYS" or "Kill Yourself" in online circles;[106] and (3) Willie Mac Show was subsequently banned from all Reddit.[107] Due to these facts, Ethan speculates that there must be collusion between Reddit and Snark subreddits in general because it is inexplicable why they continue to exist, while critics of Snark subreddits, like Willie Mac Show, are banned.[108]

68.     **We Called Them "Snark Brained Freaks" about "concerns of violence" that**

2025), *available at*: https://youtu.be/3yAiuEyJF-I?si=i-f8JDBzY6jvpDH5&t=327 (from 5:27-5:39)

[105] H3 Podcast, *This Beauty TikToker Is Coming After Me – Off The Rails #111* (Apr. 3, 2024), *available at*: https://www.youtube.com/live/xIl2dEZnvYQ?t=8255s (from 2:17:35-2:23:57)

[106] https://www.urbandictionary.com/define.php?term=keep+yourself+safe

[107] Willie Mac Show made a series of posts on X with screenshots documenting the experience. *See* https://x.com/WillyMacShow/status/1932089820488089721; https://x.com/WillyMacShow/status/1932081704564322377; https://x.com/WillyMacShow/status/1931829505783648498

[108] H3 Podcast, *We Almost Cancelled Today's Episode – H3 Show #156* (Jun. 9, 2025), *available at*: https://www.youtube.com/live/4QOofN2DaUk?si=Uj5E1Ur7occcGi1c&t=5260 (from 1:27:40-1:33:05)

36

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER296

made "the threat feel imminent" (Dkt. No. 8, ¶¶ 203, 281 (citing fns. 182, 244): This is another example of "Snark Brain" thinking, as explained below.

a.    First, the excerpt cited is from February 5, 2025. If this was a threat of "imminent" violence, it would have already occurred. The fact that no violence has materialized for months emphasizes that we were correct: their perception of an actual and imminent threat was "Snark Brained."

b.    Second, in the excerpt, Hasan tries to brush off concerns about the violence of Frogan's statement where she wished to build a cake recreating September 11th if her community reached a donation goal.[109] Instead, Hasan deflects by focusing on Ethan's prior controversial statements about the NRA and Ben Shapiro.[110] Ironically, Ethan made fun of himself for making both of the statements in *The Nuke* – which was released just a few days prior.[111] Further, immediately after making the NRA comment, Ethan immediately took it back and apologized for going too far.[112] To take responsibility and to avoid incidents like this happening in the future, TEI invested in "The Button" – a $20,000 device that would erase the prior 20 seconds of a live broadcast to avoid issues happening again.[113]

69.    **We Expressed a Desire to Know What they Looked Like (Dkt. No. 8, ¶ 256 (citing fn. 218)**: Simply put, we don't know why the H3Snark Mods provided this citation because nowhere do we state anything about their appearance or wanting to know what they look

[109] H3h3Productions, *Content Nuke – Hasan Piker* (Jan. 31, 2025), *available at*: https://youtu.be/ZSUDHx-1_ww?si=LnH0vywT_2RLRCpn&t=4821 (from 1:20:21-1:20:45).

[110] H3 Podcast, *Dear Hasan Piker... - H3 Show #106* (Feb. 5, 2025), *available at*: https://www.youtube.com/live/6KV16LWcnTY?t=8960s (from 2:29:20-2:31:18)

[111] h3h3Productions, *Content Nuke – Hasan Piker* (Jan. 31, 2025), *available at*: https://youtu.be/ZSUDHx-1_ww?si=RPFwbu6thDIwu8T3&t=87 (from 1:27-1:41 re NRA) and https://youtu.be/ZSUDHx-1_ww?si=lSWPWPW09Hkw7Kiq&t=174 (from 2:54-3:15 re Ben Shapiro).

[112] Philip DeFranco, *The Ethan Klein Bomb Threat Scandal & "VIDEO GAMES ARE THE PROBLEM!!!" Apparently...* (May 30, 2022), *available at*: https://youtu.be/WrZemHkeWOs?si=0VP7-Hg1aKrCrsSv&t=56 (from 0:56-2:26). The original podcast episode was taken down by YouTube for violating its terms of service. The clip used aforementioned video accurately captures the moment and aftermath.

[113] H3 Podcast, *Ethan's Plan To Never Get Cancelled Again, Super Bowl, Joe Rogan Scam, MGK & Megan Fox – H3TV #65* (Feb. 13, 2023), *available at*: https://www.youtube.com/live/JUgwnVF_zuA?si=vRxn_nYgijkjhy56&t=3271 (from 54:31-1:03:20).

37

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

SER297

like.[114]

70.    **We Accused them of Doxxing (Dkt. No. 8, ¶ 172 (citing fn. 126))**: This citation is an example of the H3Snark Mods intentionally omitting context.

a.    In the episode cited, Ethan discussed: (1) a r/h3h3productions mod got banned from Reddit for reporting two posts – one for doxxing and the other for harassment; (2) the first post was to organize people to attend and disrupt one of our live events (which was a major threat to the physical safety of TEI's employees and ourselves); and (3) the other directed harassment towards Hila's mom.[115]

b.    Further, in December 2024, the H3Snark Mods did dox us and our employees. We obtained screenshots from the H3Snark Mods' Discord server that disclosed the addresses for TEI's studio and for our clothing company, Teddy Fresh, Inc.[116] We have not publicly disclosed these addresses to protect ourselves and our employees. From the screenshots, we also discovered that the user who disclosed the address, "ChocoBanana," was banned from our Discord server in July 2021 for spamming gore and using sock puppet accounts to threaten his way back onto the server.[117]

71.    **We Accused them of Crimes, Covering Up Crimes and Pinning Actions of Past Mods on Them (Dkt. No. 8, ¶ 172 (citing fns. 125, 127)**: The excerpt cited by the H3Snark Mods does not discuss crimes or covering up crimes whatsoever. Nor do the H3Snark Mods specify who was a past mod that we confused as being a current mod. Rather, when viewed in context, the excerpt discusses: (1) an H3Snark Mod faking a post claiming we were removing "Happy Ramadan" posts from r/h3h3productions – which was false; (2) messages from December 2024 demonstrating that the H3Snark Mods knew the post was fake; and (3) the incident with "ChocoBanana" discussed above. [118]

---

[114] H3 Podcast, *David Dobrik Sued By State Farm Over Jeff Wittek Injury, Crew Designs New Uniforms – H3TV #102* (Dec. 11, 2023), *available at*: https://www.youtube.com/live/_uO9aEEOUa8?si=9CRmsSC9HR4Ne76a&t=4076 (1:07:56)
[115] *Id.* at https://www.youtube.com/live/_uO9aEEOUa8?si=Sm3zRAqAYvq8NMNy&t=4046 (from 1:07:26-1:17:50).
[116] h3h3Productions, *I can't believe this happened.* (Mar. 10, 2025), *available at*: https://youtu.be/L4f9FQmpMco?si=sTS1xjhuberbr67J&t=1417 (from 23:37-24:15).
[117] H3 Podcast, *My War Against Snark – H3 Show #120* (Mar. 11, 2025), *available at*: https://www.youtube.com/live/wWG9Msgmnh4?t=6380s (from 1:46:20-1:57:30)
[118] *Id.*

38

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER298

72. **Ethan Wore a Fishing Hat in the Video Discussing the Subpoena to Signal the Subpoenas were a Fishing Expedition (Dkt**. **No. 8, ¶ 91 (citing fn. 86)**: This another prime example of "Snark Brain" thinking. In the video *Our Subpoena was APPROVED! (For Reddit & Discord mod's identity) – H3 Show #174*, Ethan wore a Teddy Fresh bucket hat. Ethan almost always wears Teddy Fresh merchandise on the podcast to promote our clothing company.[119] He has worn a variety of Teddy Fresh hats, including beanies, baseball caps and bucket hats. Further, the H3Snark Mods knew we were not on a "fishing expedition." As discussed in greater detail in the Declaration of Rom Bar-Nissim in Paragraphs 61, 69-70, 73-74, we agreed to several substantial changes to the subpoenas to narrow their scope to focus solely on obtaining their personal identifying information to name them in the three copyright actions and serve them.

73. **We Plan on Killing Them (Dkt**. **No. 8, ¶¶ 72, 72.1-3, 243, 257, 282)**: The H3Snark Mods continue their demonization of us by claiming we plan on killing them. One even uses Ethan making a joke by quoting the film *Taken* as evidence of his intent. *Id.*, ¶ 72, 72.1-3. Not only is this false, it highlights how the H3Snark Mods turn us into grotesque caricatures to strip us of our humanity. In one of the videos most frequently cited videos by the H3Snark Mods from February 19, 2025, Ethan and TEI's producer, Dan, make clear: (1) only legal means shall be employed against the H3Snark Mods; (2) fans should not contact, dox or threaten the H3Snark Mods; and (3) not to physically harm them.[120] To be clear, we genuinely do no wish any physical harm to the H3Snark mods.

74. **We are Responsible for Threatening Messages to Them by Third-Parties:** The H3Snark Mods attribute threatening messages they received to us. Dkt. No. 8, ¶¶ 151, 284, pp. 88, 148-149). This is false.

    a.     First, we have not and do not condone any contact with the H3Snark Mods and have expressly stated no one should contact them.[121] We take the responsibility of

---

[119] H3 Podcast, Our Subpoena was APPROVED! (For Reddit & Discord mod's identity) – H3 Show #174 (Aug. 1, 2025), *available at*: https://www.youtube.com/live/cE28l1KCDNQ?si=hCb31SoSGSfXw8eW
[120] H3 Podcast, *Crew Intervention – H3 Show #112* (Feb. 19, 2025), *available at*: https://www.youtube.com/live/s7ZloL0x4G4?si=1NGYe_2YHFSs5oPX&t=12085 (from 3:21:25-3:23:58).
[121] *Id.*

---

39

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

SER299

having a large audience seriously. Despite how they have treated us, we do not wish them to suffer in the same way.

     b.    Second, none of the messages provided can be attributed to our community whatsoever.

        i.    Some of the messages the H3Snark Mods received are from deleted users – rendering it impossible to determine if they were involved in the r/h3h3Productions subreddit or were some random troll. *See e.g.,* Dkt. No. 8,, p. 149.

        ii.    When looking up the Reddit user u/Iamtheconspiracy, there are no results – which also makes it impossible to determine whether they were involved in the h3h3Productions subreddit or some random troll. *Id.*

        iii.    The user u/Janex_Official has not participated in the h3h3Productions subreddit whatsoever.[122]

        iv.    The user u/Rich-Ad9837 has also not participated in the h3h3Productions subreddit whatsoever and his message was from ten months ago. *Id.,* p. 88.

        v.    Moreover, the language in these messages do not provide any indication that they were from our community – as opposed to some anonymous online troll. *Id.,* pp. 88, 148-149.

     c.    Finally, the H3Snark Mods give no indication when these screenshots were taken and most are anywhere from 3 to 10 months from an unknown date. *Id.*

     75.    **Treating Rhetorical Hyperbole as Literal Threats**: The H3Snark Mods cites two instances where Ethan and the crew utilized comedic rhetorical hyperbole as if they were literal threats. The nature of the H3 Show has always been comedically bombastic and using colorful language is part of that. We do recognize that, for some, the word choice may appear in bad taste. Under no circumstances, however, are they intended to be taken literally. Each of these comments are discussed below:

[122] https://www.reddit.com/user/Janex_Official/

40

SER300

a.      Sending Anthrax (Dkt. No. 8, ¶¶ 175, 256 (citing fns. 147, 221)): This statement was not about the H3Snark Mods at all. It was a joke Ethan made on another podcast where the co-hosts were discussing how they (not Ethan) deal with Internet hate.[123] Everyone on the show interpreted it as a joke by laughing afterwards.[124] Ironically, immediately after the discussion on Internet hate, the co-hosts and Ethan discuss how to address criticism.[125]

b.      Spraying Nair on their Faces (Dkt. No. 8, ¶¶ 175, 256 (citing fns. 149, 220)): This was a joke made by TEI's employee, Tom Ward. In the episode where Ward made his statement, there was a previous discussion about how Brandi Glanville of *The Real Housewives of Beverly Hills* sprayed Nair on her face in an attempt to kill a facial parasite.[126] Ward's statement was a joke referring to that prior discussion and was made in reference to Ethan's satisfaction at the H3Snark Mods proverbially delivering themselves to him. Given the surrounding hyperbolic language used by Ethan and the crew about how the H3Snark Mods were delivering themselves on a "silver," "gold" or "platinum" platter, it was clearly intended as a joke.[127] To dispel all doubt, we have no intention to physically harm the H3Snark Mods whatsoever – let alone spray Nair on their faces. This is why we are willing to not address them in their individual capacities and instruct our audience and the public at large not to contact or harm the H3Snark Mods whatsoever.

c.      Feasting on Ashes (Dkt. No. 8, ¶¶ 175, 278 (citing fns. 149, 239)): This was immediately before Wards' joke about Nair and also intended as a hyperbolic joke. He subsequently changes the statement to: "I will feast on this juicy morsel of a meal you've laid out for me" – further emphasizing it was intended as comedic hyperbole.[128]

[123] Steve-O's Wild Ride! – Podcast, *Ethan Klein Is Sick Of Lawsuits – Wild Ride #223* (Jul. 11, 2024), *available at*: https://www.youtube.com/watch?v=RqAyJx9WEdc&t=789s (from 13:09-20:00)

[124] *Id. available at*: https://youtu.be/RqAyJx9WEdc?si=jIDx7z7PT7EuFTgm&t=975 (from 16:15-16:40).

[125] *Id. available at*: https://www.youtube.com/watch?v=RqAyJx9WEdc&t=1200s (from 20:00-23:00)

[126] H3 Podcast, *Huge Lawsuit Updates, You're Going To Love These! – H3 Show #176* (Aug. 6, 2025), *available at*: https://www.youtube.com/live/tI8fGcsyfL8?t=5550s (from 1:32:30-1:46:45).

[127] *Id.*, *available at*: https://www.youtube.com/live/tI8fGcsyfL8?si=MJQp4-tnJ6GLh6WL&t=7826 (from 2:10:26-2:11:49).

[128] *Id.*

41

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

76.     **Collaboration with Reddit Admins**: The H3Snark Mods frequently raise our claims that the H3Snark Mods and Reddit Admins were working together. Dkt. No. 8, ¶¶ 172, 197.3, 281. We drew this conclusion, in part, from statements the H3Snark Mods themselves have made, as demonstrated below:

a.      Our suspicions first arose in late-fall/early winter of 2023. We created a subreddit entitled r/H3SnarkSnark – *i.e.*, a subreddit dedicated to criticizing and mocking r/H3Snark. Shortly after creating the subreddit, it was suspended under the false claim we were impersonating r/H3Snark. *See* Ex. 71 at 1:01:28-1:02:33. Further, ownership of r/H3SnarkSnark was transferred to a user of r/H3Snark called "shredder cheese" – which is a reference to a heartless rumor spread on r/H3Snark that we killed our dog Shredder by feeding him cheese.

b.      We grew more suspicious when individuals were banned or threatened with bans when reporting some of the most incendiary posts on r/H3Snark under the pretense of abusing Reddit's reporting function.[129]

c.      In November 2024, Hila's management company reached out to Reddit about r/H3Snark. Shortly thereafter, r/H3Snark was taken down. Within a few days, it went live again. The H3Snark Mods made a pinned community post announcing the subreddit's return and stated: "Our relationship with Reddit is currently better than ever, and we're in good communication with the admins" (the "November 2024 Announcement"). The H3Snark Mods' November 2024 Announcement led us to believe that Reddit and the admins were actively protecting and enabling r/H3Snark. A true and correct screenshot of the November 2024 Announcement is depicted below:

---

[129] H3 Podcast, *David Dobrik Sued By State Farm Over Jeff Wittek Injury, Crew Designs New Uniforms – H3TV #102* (Dec. 11, 2023), available at: https://www.youtube.com/live/_uO9aEEOUa8?si=Sm3zRAqAYvq8NMNy&t=4046 (from 1:07:26-1:17:50).

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER302

d.      Further leading us to the conclusion Reddit was actively protecting r/H3Snark is that Reddit's admins never reached out or contacted us – despite the r/h3h3productions subreddit being one of the top five largest and most active subreddits for podcasts. It was inexplicable that the Reddit admins would reach out and provide guidance to r/H3Snark but not us.

e.      Our suspicions grew after the issues we encountered with TEI's DMCA takedowns against r/H3Snark. We found it deeply concerning that the Reddit admins would forward to TEI a facially fraudulent DMCA counternotification. While the Reddit

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER303

admins ultimately agreed this counternotification was invalid, they responded by claiming one of our DMCA takedowns was invalid because it was for a link to a video on our YouTube channel. The DMCA takedown, however, specified that it was for a comment posted by u/sarahornejewetts (who is one of the H3Snark Mods) that contained a YewTube link – not the post itself. These issues are explained in greater detail in the Declaration of Rom Bar-Nissim in Paragraphs 24-29.

f. Furthering our suspicions was that one of the H3Snark Mods claimed to be a Reddit employee. One of the H3Snark Mods identified in the complaints TEI filed is u/RomanPeee. Dkt. No. 7, p. 17:1-10. After the complaints were filed, u/RomanPeee admitted that the complaints accurately identified the user's alt-accounts and also claimed to be a Reddit employee. [130] This emphasized our belief that the H3Snark Mods were working directly with Reddit's Admins.

g. The declaration of the H3Snark Mods reinforced our belief that they had a close relationship with Reddit's admins – stating themselves that the "Reddit admins offered us free subscriptions to privacy software that would help remove our PII from the internet." Dkt. No. 8, ¶ 98.

**OTHER FALSEHOODS CONTAINED IN THE H3SNARK MODS' DECLARATIONS**

77. **We Sent Human Skulls to Ourselves to Elicit Sympathy:** One of the most disturbing claims asserted by the H3Snark Mods against us is that we were responsible for sending two real human skulls to ourselves shortly after being investigated DCFS based on a fraudulent phone call. Dkt. No. 8, ¶¶ 233-234.

a. When the social worker visited our home for the first time on March 7, 2025, he informed us that DCFS received a call from someone claiming to work inside our home who witnessed our child eating dog feces. This is what commenced the investigation.

b. The call made to DCFS was fraudulent. Our children have never eaten dog feces . We are extremely selective of who works in our home because we persistently

---

[130]https://www.reddit.com/r/LeftoversH3/comments/1m2hozv/apparently_out_of_the_16_subpoenas_9_are_for_me/

44

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER304

receive threats to our safety and threats to our children's safety. During the months preceding the fraudulent call to DCFS, the only people who worked in our home were our nanny and housekeeper. Both were horrified by the DCFS visit and – without being asked – denied making this report to DCFS.

c.     The DCFS investigation terrified us – as we were concerned that we would lose custody of our children. We firmly believe that H3Snark contributed to this incident by fostering a culture on H3Snark that would regularly dehumanize us. By painting us as monstrous supporters of the genocide of Palestinians, it gave individuals implicit permission to employ any and all means to target us and our children.

d.     On March 11, 2025, we received two human skulls at TEI's studio – an address that is not public but was shared on the H3Snark Mods' Discord server. The skulls were shipped by a company called Skulls Unlimited International, Inc. As stated on their website, the company is "committed to providing legally and ethically obtained natural bone osteological specimens as well as the finest replica specimens to the educational, medical and research communities."[131]

e.     We later discovered that: (1) someone pretending to be Ethan put in the order; (2) the order was placed with a VPN using an IP address from Malmo, Skåne County, Sweden; (3) the email address provided was h3h3@hotmail.com (which is not Ethan's email address or an email address we or our employees use or have access to); (4) the order was placed under a Business Purchase Order for next day morning delivery; and (5) due to the urgent nature of the order, the individual was able to bypass payment and various safeguards Skulls Unlimited had in place. A true and correct copy of email correspondence between TEI and the managing director of the website is attached hereto and incorporated herein as **Exhibit 73.**

f.     On April 19, 2025, we received a letter from DCFS that absolved us of any wrongdoing and found the "Allegation(s) were deemed unfounded with no case opening." A true and correct copy of DCFS' April 19, 2025 letter is attached hereto and incorporated

---

[131] *See https://www.skullsunlimited.com/pages/faq* (under "Our Mission").

45

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER305

herein as **Exhibit 74.**

g.      If the Court is interested in learning about the DCFS incident, we strongly recommend watching: (1) the video *I can't believe this happened*;[132] and (2) our stream from the day of the incident *Snark Called Child Protective Services On Us – H3 Show #119.*[133]

78.      **The "Joe Rebbins" Medium Article:** The H3Snark Mods place great reliance on a transparently fabricated article on Medium entitled "Change of H3H3." Dkt. No. 8, ¶¶ 823-83 (citing fn. 69). The "article" purports to be authored by someone claiming to be "Joe Rebins." In the article, the author claims to have been part of a "reputation management" company we supposedly retained to attack our critics with false accusations of antisemitism and issue fraudulent DMCA takedowns to silence criticism. This article is complete fiction as explained below:

a.      We have never retained a "reputation management" company, a public relations agency or anything of the sort.[134] We have never created a network of sock puppet accounts. We never requested that DMCA takedowns be issued to silence criticism. Further, if we wished to issue a DMCA takedown, we would have done so personally or requested our lawyer do so (as we have in the past).

b.      The apparent author – "Joe Rebins" – has no digital footprint whatsoever. He has no LinkedIn page to confirm his identity – nor has he written any other article. The fact the author claimed to change details to protect anonymity fails to withstand scrutiny. If the claim we retained a reputation management company was true, it would have been incredibly easy for us to identify the author. Indeed, it also makes little sense that someone in "reputation management" would so publicly attack a former client – which would be career suicide in the industry.

---

[132] h3h3Productions, *I can't believe this happened* (Mar. 10, 2025), *available at*: https://youtu.be/L4f9FQmpMco?si=w_nOy1IQMzJoYmJJ
[133] H3Podcast, *Snark Called Child Protective Services On Us – H3 Show #119* (Mar. 7, 2025), *available at*: https://www.youtube.com/live/ZDnseOSdk_8?si=Bt3WwRgWrt8QwBJg
[134] The only coming close was TEI retained a marketing agency for a brief period of time around 2020 to book guests for the podcast.

46

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER306

c.      Further, the image the author used is a stock photo.[135] A reverse image search of the photo reveals that it has been used in connection with dubious testimonials. True and correct screenshots are provided below:



**Joe Rebins**

Picture from Medium Article



The admission process was easy and getting my visa and residence permit didn't take much time. Thanks to Admission Office I now have the chance to study medicine in Georgia which will enable me save a lot of life.

Ayman M. Babiker
Sudanese

Picture from Testimonial on admissionoffice.ge



**MATT**

Will recommend it to others definitely. It is so easy to navigate through the features. I have two WhatsApp accounts, the regular one and WA Business. It is really helpful for me because there are so many important data in the two apps. I use it to do backup regularly and export important chats, contacts, photos and documents then filter them by months. I am really grateful to have it.



Picture from Testimonial on www.imyfone.com

---

[135] A true and correct PDF printout of a Tineye image search of the photo identifying it as a stock photo is attached hereto and incorporated herein as **Exhibit 75.**

47

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER307

d.     The H3Snark Mods' reliance on this clearly fraudulent article is an attempt to minimize our criticism of them and paint a false narrative that we accuse people who criticize us of antisemitism.

79.     **We Left Twitter to Avoid Criticism**: The H3Snark Mods claim that we left Twitter (now X) to avoid criticism. Dkt. No. 8, ¶¶ 11-12. This is false. We left Twitter because, after October 7, 2023, each post we made received a torrent of hateful and antisemitic comments – which was allowed when Elon Musk took over the company. Contrary to the H3Snark Mods' assertions, the problem was not that we were avoiding criticism – it was that we became too tempted to engage with people who were merely trying to antagonize and goad us.[136] For our own well-being, we made the decision to leave Twitter – as have many other public figures. To prevent our accounts from being a breeding ground for hateful and antisemitic comments, we deleted every post we made – as the volume of these comments was unmanageable.[137]

80.     **We Automatically Banned Criticism of Us on r/h3h3Productions**: The H3Snark Mods claim that we banned anyone from providing criticism on the r/h3h3Productions. Dkt. No. 8, ¶¶ 8, 252, 267 (citing fns 9, 11-17, 216, 226) This is false for several reasons:

a.     None of the examples cited by H3Snark Mods provide the exact post that resulted in a ban.[138] The vast majority, however, indicate that the "criticism" was that we were not sufficiently condemning Israel and/or supporting the Palestinian cause to their satisfaction. Dkt. No. 8, Fns. 9, 11-13, 15, 216, 229.[139] The remaining examples give no

---

[136] H3 Podcast, *I Watched Twilight For The First Time & I Have A Lot To Say – H3 Show #68* (Oct. 18, 2024), *available at*: https://www.youtube.com/watch?v=M9dYrhdXN88&t=2998s (from 49:58-50:23).

[137] Currently, our accounts still exists but have no posts whatsoever (except for two reposts of other users on Ethan's account). https://x.com/HilaKleinH3; https://x.com/h3h3productions. We did not delete our accounts because we wanted to avoid someone else making accounts with our user handles to impersonate us.

[138] Only one post puts highlights their comments in boxes, but indicates that they authored the post and blacked out the title of the post. https://www.reddit.com/r/h3snark/comments/1b6tjzs/got_banned/

[139] https://www.reddit.com/r/h3snark/comments/1b5pacj/was_this_comment_really_worth_permanently_banning/; https://www.reddit.com/r/h3snark/comments/1b4qht6/i_think_in_the_end_ethan_will_be_his_own_downfall/; https://www.reddit.com/r/h3snark/comments/1gho0qg/i_cant_believe_im_here/; https://www.reddit.com/r/h3snark/comments/1b8tenp/its_funny_how_ethans_open_to_criticism_while_his/; https://www.reddit.com/r/h3snark/comments/1b4fg53/not_usually_a_member_here_but_the_mods_on_a/

48

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER308

indication whatsoever why they were banned or what they posted that resulted in a ban. *Id.*, Fns. 14, 16-17, 216, 229.[140]

b.     We welcome criticism of us on r/h3h3Productions and expressly say so in the description and rule of the subreddit: "This subreddit is for fans of the show to discuss recent episodes, share memes, suggest segments or interesting topics, and whatever else is related to the show! This being a sub for fans of the show, I'm warning you with peace and love that weirdo hate watchers will be tossed! Reasonable criticism is encouraged but if you despise Ethan Klein or think the show sucks you're going [to] be tossed!"[141]

81.     **TEI's DMCA Takedowns were Intended to Silence Criticism and to get H3Snark banned**: The H3Snark Mods claim that we admitted TEI issued DMCA Takedowns to silence criticism and get H3Snark banned. Dkt. No. 8, ¶¶ 46-50, 197.2, 225 (citing fns. 40-41, 166, 194). This is false. A more detailed discussion of the DMCA Takedowns are contained in the Declaration of Rom Bar-Nissim in Paragraphs 3-19. Further, the H3Snark Mods' citations do not support their assertion as explained below.

a.     *We Almost Canceled Today's Episode – H3 Show #156* (Dkt. No. 8, ¶¶ 46.1, 225 (citing footnotes 40, 194)): The H3Snark Mods description of this video is misleading. This video was from June 9, 2025 – *i.e.*, 10 days before the complaints in the Denims Action, Frogan Action and Kaceytron Action were filed on June 19, 2025. Immediately preceding the timestamped links reveals the discussion concerned – not r/H3Snark – but its successor, r/LeftoversH3. Further, the discussion concerned how r/LeftoversH3 intentionally misrepresented information and banned a prominent YouTuber, along with threatening his life.[142] The discussion about the DMCA takedowns to H3Snark was to highlight its protected status on Reddit. While other snark subreddits were purportedly taken down for copyright infringement, r/H3Snark was not and Reddit even refused to honor TEI's August 30, 2024 takedown of a r/H3Snark comment directing

[140]https://www.reddit.com/r/h3snark/comments/17mhx65/guys_im_shamed_at_how_long_i_defended_ethan/; https://www.reddit.com/r/h3snark/comments/1b6tjzs/got_banned/; https://www.reddit.com/r/h3snark/comments/1b6tjzs/got_banned/
[141] https://www.reddit.com/r/h3productions/
[142] This incident is discussed in greater detail in Paragraph 67 above.

49

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

users to the unauthorized YewTube version of TEI's work.[143]

b. *Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit – h3 Show #165* (Dkt. No. 8, ¶¶ 46.2, 197.3, 225 (citing footnotes 41, 166, 194)): The H3Snark Mods description of this video is also highly misleading. This video is from July 11, 2025 – *i.e.*, nearly a month after the complaints were filed. When Ethan reads the title of McIntyre's video – "*ethan's trying to silence people who don't agree with him*" – Hila immediately responds with an emphatic: "No!" As Ethan further explained, the DMCA Takedowns were "removing posts on the snark subreddit that were explicitly reposted without any kind of commentary with the explicit goal of stealing views from us. The very reasons that I'm now suing three people. And your dumb bitch ass at the time was saying I was silencing people, which makes no fucking sense because there's like a thousand posts up there and we DMCAed like five of them. So, you want to explain how I'm silencing them?!" Ethan further stated: "me and my lawyer were extremely conservative about which post qualified. The ones that I DMCAed were egregious, right? Like I said, there's hundreds of posts. We removed maybe five at most."[144]

82. **We Admitted that Filing DMCA Takedowns is Easy**: The H3Snark Mods claim Ethan "admitted on his podcast that filing a DMCA strike is incredibly easy." Dkt. No. 8, ¶¶ 197.2, 279 (citing footnotes 166 and 239). This is false. Nowhere in the video cited by the H3Snark Mods does Ethan make this statement. To the contrary, Ethan explained in the video the exacting standard TEI employed when deciding to issue a DMCA takedown.[145]

83. *The Nuke* **was a "Trap" to "Target Critics"**: The H3Snark Mods claim TEI set a "trap" to "target critics." Dkt. No. 8, ¶¶ 18, 63, 144. This is false and unsupported.[146] TEI registered *The Nuke* because we knew there was a high likelihood that individuals would watch it

---

[143] H3 Podcast, *We Almost Cancelled Today's Episode – H3 Show #156* (June 9, 2025), available at: https://www.youtube.com/live/4QOofN2DaUk?t=4880s (from 1:21:20-1:35:30); Declaration of Rom Bar-Nissim, ¶¶ 9, 27

[144] H3 Podcast, Adam McIntyre's Snark Scandal Proves Ethan Was Right About Reddit – H3 Show #165 (July 11, 2025), *available at*: https://www.youtube.com/live/xu3obq7ssQ0?si=UDZh2uV-N2PxHo2C&t=10595 (from 2:56:35-2:59:08).

[145] *Id.*

[146] Even more bizarre, the H3Snark Mods appear to take the position that we were required to announce that the work was registration. Dkt. No. 8, ¶ 18.

50

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER310

in its entirety immediately upon release and without sufficient commentary to justify such use. The H3Snark Mods even acknowledge this in their declarations: "It's not that I wanted these people to steal my video. It's that I knew they would. I knew they would watch the entire video, add little to no commentary, react to it instantly, giving them no time to form an opinion." *Id.*, ¶ 63.1; Dkt. No. 7, ¶ 19, Ex. 20 at 3:48-4:24. Further, as explained in the *I'm Suing These Three Creators*, TEI sued Denims, Frogan and Kaceytron because all three expressly stated their intent was to siphon views away from *The Nuke* to themselves. Clips of those statements are included in the video itself. We strongly urge the Court to watch the *I'm Suing These Three Creators* in its entirety to understand why TEI initiated these lawsuits for copyright infringement.[147]

84. **Our Fans were Responsible for Contacting ICE to get Adam McIntyre Deported**: The H3Snark Mods claim our fans contacted ICE to get McIntyre deported. Dkt. No. 8, ¶¶ 87, 174, 285 (citing footnotes 74, 144 and 252)). We have never stated McIntyre should be deported – let alone encouraged our fans to contact ICE to do so. The "evidence" cited by the H3Snark Mods does not support this assertion. Rather, it is a screenshot from McIntyre's Instagram showing two Reddit posts. McIntyre redacted the poster's username and the subreddit on which the posts were made – making it impossible to substantiate his claim that the individual was "a main member of the H3 reddit." In an archived post, a user named u/PopularCabinet6996 claimed to have reported McIntyre to ICE on the r/AdamMcIntyreSnark subreddit.[148] While the user is currently suspended from Reddit, an archive of the user's posts from that period does not demonstrate involvement with the r/h3h3Productions subreddit.[149]

85. **We Called Hasan's Mom an Undocumented Housekeeper**: The H3Snark Mods claim we called Hasan's mother an undocumented housekeeper. Dkt. No. 8, ¶ 174 (citing footnote 143). This is false. To begin, nowhere in the video cited do we make this claim. Rather, it was Hasan who claimed Ethan confused his mother for his housekeeper. This is also false. When we were still on good terms, Hasan would frequently invite Ethan to his house. On one occasion

---

[147] For convenience, we are including a link to the video here. h3h3Productions, *I'm Suing These Three Creators* (June 19, 2025), *available* at: https://youtu.be/3yAiuEyJF-I?si=KjWcQxPaw3S-kHzf

[148] https://archive.ph/V5nbr.

[149] https://web.archive.org/web/20250716225537/https://old.reddit.com/user/PopularCabinet6996

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER311

when Ethan visited Hasan, Ethan saw a woman cooking and cleaning in Hasan's home. When Ethan attempted to introduce himself to her, she responded in Spanish saying she did not speak English.[150] Hasan took Ethan aside and said: "Don't mention her for obvious reasons" – *i.e.*, hiring a housekeeper who was likely undocumented was not good for his public image. When Ethan returned home, he shared the incident with Hila and how the encounter disturbed him.

86. **We Body Shamed Our Former Housekeeper**: The H3Snark Mods reference our former housekeeper and claim we body shamed her. Dkt. No. 8, ¶ 260 (citing footnotes 224-225). This is gross distortion of the truth. On February 7, 2025, our former housekeeper sued us and our entity Teddy Fresh, Inc. for various employment related claims in an action entitled *Borda v. Teddy Fresh, Inc.* (Los Angeles Superior Court Case No. 25STCV03497).[151] Before we were aware or served with the lawsuit, r/FauxMoi and r/H3Snark published the complaint.[152] Due to the controversy and people treating the allegations as uncontroverted truth, we felt it necessary to defend ourselves and correct the public record. On February 10, 2025, Ethan discussed the lawsuit on the podcast and explained, amongst other things, that our former housekeeper was terminated for repeatedly body shaming our nanny by calling her fat. We further explained that we addressed it with her on several occasions and even with human resources.[153] Both clips cited by the r/H3Snark Mods intentionally omit this portion of the discussion. When viewed in context, it is clear that Ethan's comment on our former housekeeper's appearance was solely to highlight the irony of her statements against our nanny.

87. **We Have a Reputation for Being Litigious:** The H3Snark Mods claim we have a reputation for being litigious. Dkt. No. 8, ¶ 271. This is false. We have never sued anyone in our personal capacities. We have not caused our entities to sue anyone until these three copyright lawsuits. Rather, we have defended ourselves and our entities against numerous lawsuits and

[150] It is also worth noting that both Hasan and his mother are Turkish and from Turkey. For transparency, we do not know if Hasan's mother knows Spanish.

[151] On September 30, 2025, the Court granted our motion to compel arbitration.

[152] https://www.reddit.com/r/h3snark/comments/1irkp3d/h3h3s_ethan_and_hila_kleins_housekeeper_filed_a/;
https://www.reddit.com/r/Fauxmoi/comments/1il0486/h3h3s_ethan_and_hila_kleins_nanny_filed_a_lawsuit/

[153] H3 Podcast, *I'm Being Sued By An Ex-Employee – H3 Show #108* (Feb. 10, 2025), *available at*: https://www.youtube.com/watch?v=I0zmBdGEvwU&t=412s (from 6:52-45:10).

52

SER312

asserted a counterclaim in one of them, which led to settlement.

88.    **Ethan's "pedo_troll" Reddit Account:** The H3Snark Mods raise the discovery of Ethan's "pedo_troll" account as an example that the Internet will continue to criticize us. Dkt. No. 8, ¶ 97 (citing fns. 89-90). To begin, the account was from 15 years ago. As the username indicates, the account was intended to troll pedophiles. The claim that that Ethan made "pedophilic statements about being attracted to his nephew" illustrates the nature of the troll because Ethan did not have nephews at the time. Further, Ethan publicly addressed this "criticism" – demonstrating we do not shy away criticism and directly address its substance. A

53

SER313

true and correct screenshot of Ethan's Instagram post addressing the situation is below:

89. **Claims the H3Snark Mods made About Ethan's Mental Health:** The H3Snark Mods continuously try to claim Ethan is mentally unwell – even creating a megathread on the topic. Dkt. No. 8, fns. 106, 151, 169, 237. In online circles, this is called "concern trolling" – *i.e.*, undermining criticisms under the guise of concern. The H3Snark Mods megathread on Ethan's mental health is replete with links – not to TEI content that exhibit such behavior – but content created by individuals clearly hostile and antagonistic to Ethan and/or posts on r/H3Snark. Further, the megathread traffics in more false conspiracy theories, such as: (1) that Ethan presented "manipulated evidence" to support that the call to DCFS was fraudulent; and (2) that Ethan is self-medicating as a way to attribute his ticks from Tourette's to cocaine abuse.[154] Far from demonstrating genuine concern, the H3Snark Mods further antagonized us by dismissing our public criticism of their conduct as mental illness. This tactic is called "crazy-making," where victims are portrayed as irrational or unstable for speaking out about abuse, effectively silencing them.

90. **We Would Read the H3Snark Mods Declarations to Humiliate Them**: The H3Snark Mods claim that we would read their declarations to publicly humiliate them. Dkt. No. 8, ¶¶ 95, 165, 242, 295. This is false. Even before we read the H3Snark Mods' declarations, we made the decision to not publicly discuss the contents of their declarations or the Motion and have not done so.

## FINAL THOUGHTS WE WISH TO SHARE WITH THE COURT

91. We sincerely hope that we demonstrated to this Court that the H3Snark Mods' Motion and declarations should not be taken at face value. Rather, we hope we have shown that they have treated their Motion and declarations like r/H3Snark. By forcing us to play whack-a-mole to address and refute countless assertions against us, they have now used the judicial process to continue their abuse and harassment of us.

92. We believe that the H3Snark Mods hold us to a double standard. When they speak about us, it is innocent "criticism." When we respond to and address their "criticism," it is

[154]https://www.reddit.com/r/h3snark/comments/1kerma8/concerns_for_ethan_kleins_mental_state_rh3snark/

54

SER314

"harassment," "abuse," and "threats" or that we are "mentally unwell."

93.     The H3Snark Mods counterfactual narrative is to paint themselves as victims when they are the victimizers. Due to the repeated abuse, harassment and falsehoods the H3Snark Mods have directed at us, our lives are forever changed. We are no longer comfortable appearing in public – not just for our safety – but we have been repeatedly confronted by complete strangers claiming we advocate and participate in the genocide of Palestinians.[155] Due to the constant threats we have received, we are both seeking concealed carry permits to defend ourselves and our children. We no longer do live events out of fear for our safety and the safety of our employees. Our employees have also suffered significantly – being constantly accused of working for advocates and participants in genocide and one being falsely reported to ICE. We have lost many relationships (both personal and professional) due to the false assertions they have spread about us. Our three children have suffered as well – and not just from the DCFS investigation. We are no longer comfortable taking them on play dates – as our presence would threaten the safety of innocent children and their parents. The H3Snark Mods imaginary fears are our daily reality.

94.     We believe Jean-Paul Sarte's words best articulate the situation: "Never believe that anti-Semites are completely unaware of the absurdity of their replies. They know that their remarks are frivolous, open to challenge. But they are amusing themselves, for it is their adversary who is obligated to use words responsibly, since he believes in words. The anti-Semites have the right to play. They even like to play with discourse for, by giving ridiculous reasons, they discredit the seriousness of their interlocutors. They delight in acting in bad faith, since they seek not to persuade by sound argument but to intimidate and disconcert. If you press them to closely, they will abruptly fall silent, loftily indicating by some phrase that the time for argument is past."

We declare under penalty of perjury that the contents of this declaration are true and correct.

Executed this 20th day of October 2025 in Los Angeles, California.

_____                    _____
Ethan Klein                                                          Hila Klein

[155] https://www.instagram.com/reel/DL82XmUxHHP/?igsh=MW9mM21wb2QzMDU3cg%3D%3D ; https://vt.tiktok.com/ZSUp1A1e9/

55

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

"harassment," "abuse," and "threats" or that we are "mentally unwell."

93.    The H3Snark Mods counterfactual narrative is to paint themselves as victims when they are the victimizers. Due to the repeated abuse, harassment and falsehoods the H3Snark Mods have directed at us, our lives are forever changed. We are no longer comfortable appearing in public – not just for our safety – but we have been repeatedly confronted by complete strangers claiming we advocate and participate in the genocide of Palestinians.[155] Due to the constant threats we have received, we are both seeking concealed carry permits to defend ourselves and our children. We no longer do live events out of fear for our safety and the safety of our employees. Our employees have also suffered significantly – being constantly accused of working for advocates and participants in genocide and one being falsely reported to ICE. We have lost many relationships (both personal and professional) due to the false assertions they have spread about us. Our three children have suffered as well – and not just from the DCFS investigation. We are no longer comfortable taking them on play dates – as our presence would threaten the safety of innocent children and their parents. The H3Snark Mods imaginary fears are our daily reality.

94.    We believe Jean-Paul Sarte's words best articulate the situation: "Never believe that anti-Semites are completely unaware of the absurdity of their replies. They know that their remarks are frivolous, open to challenge. But they are amusing themselves, for it is their adversary who is obligated to use words responsibly, since he believes in words. The anti-Semites have the right to play. They even like to play with discourse for, by giving ridiculous reasons, they discredit the seriousness of their interlocutors. They delight in acting in bad faith, since they seek not to persuade by sound argument but to intimidate and disconcert. If you press them too closely, they will abruptly fall silent, loftily indicating by some phrase that the time for argument is past."

We declare under penalty of perjury that the contents of this declaration are true and correct.

Executed this 20th day of October 2025 in Los Angeles, California.

_____            _____
        Ethan Klein                                      Hila Klein

[155] https://www.instagram.com/reel/DL82XmUxHHP/?igsh=MW9mM21wb2QzMDU3cg%3D%3D ; https://vt.tiktok.com/ZSUp1A1e9/

JOINT DECLARATION OF ETHAN AND HILA KLEIN ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH SUBPOEANS TO REDDIT, INC. AND DISCORD, INC.

Doc ID: 12461e114d402bd74c29b51c1cbcaf3397431aa7

SER316

# EXHIBIT 69

SER317

| Number | Starting Timestamp | Ending Timestmap | Literal Timestamps | Total time(seconds) | Desc | Original Copyrightable Elements |
|---|---|---|---|---|---|---|
| 1 | https://youtu.be/ZSUDHx-1_ww | https://youtu.be/ZSUDHx-1_ww?t=70 | 0:00:00-0:01:10 | 70 | Nuke intro with oppenheimer speech/editing. Followed by brief hasan montage. | Montage (including selection, arrangement and editing) |
| 2 | https://youtu.be/ZSUDHx-1_ww?t=75 | https://youtu.be/ZSUDHx-1_ww?t=116 | 0:01:15-0:01:56 | 41 | Ethan discussing why he made the nuke. Discussing having kids, losing weight, pissing off the internet. Includes a Seinfeld edit. | Script, Performance (vocal and visual), Archival Footage, Editing (including selection and arrangement), Audio effects |
| 3 | https://youtu.be/ZSUDHx-1_ww?t=103 | https://youtu.be/ZSUDHx-1_ww?t=149 | 0:01:43-0:02:29 |  | Ethan explaining why he made the nuke(That's america music video edit) | Script, Performance (vocal and visual), Archival Footage, Editing (including selection and arrangement), |
| 4 | https://youtu.be/ZSUDHx-1_ww?t=156 | https://youtu.be/ZSUDHx-1_ww?t=167 | 0:02:36-0:02:47 | 11 | Montage of juxtaposing clips of Hasan saying edgy things. | Montage (including selection, arrangement and editing), Performance(vocal and visual) |
| 5 | https://youtu.be/ZSUDHx-1_ww?t=167 | https://youtu.be/ZSUDHx-1_ww?t=181 | 0:02:47-0:03:01 | 14 | Ethan stating "who am I to judge" for edgy jokes | Script, Performance (vocal and visual), Editing (including selection and arrangement) |
| 6 | https://youtu.be/ZSUDHx-1_ww?t=181 | https://youtu.be/ZSUDHx-1_ww?t=191 | 0:03:01-0:03:11 | 10 | Ben Shapiro Seinfeld Edit | Editing (including selection and arrangement), Audio Effects |
| 7 | https://youtu.be/ZSUDHx-1_ww?t=195 | https://youtu.be/ZSUDHx-1_ww?t=210 | 0:03:15-0:03:30 | 15 | Ethan discussing how Hasan presents himself | Script, Performance, Editing (including selection and arrangement), |
| 8 | https://youtu.be/ZSUDHx-1_ww?t=210 | https://youtu.be/ZSUDHx-1_ww?t=253 | 0:03:30-0:04:13 | 43 | Ethan narrating clip about the "inordinate amount of radical hardcore leftists" in chat, followed by clip playing. Edits within clip(e.g. zooming in on Ethan). | Script, Performance (voice only), Editing (including selection and arrangement), Archival Materials |
| 9 | https://youtu.be/ZSUDHx-1_ww?t=293 | https://youtu.be/ZSUDHx-1_ww?t=455 | 0:04:53-0:07:35 | 162 | Ethan showing a montage of Hasan carrying a lot of water for communist war crimes/genocides | Montage (including selection, arrangement and editing), Archival Materials |
| 10 | https://youtu.be/ZSUDHx-1_ww?t=459 | https://youtu.be/ZSUDHx-1_ww?t=513 | 0:07:39-0:08:33 | 54 | Ethan showing articles about Uyghur genocide, juxtaposed with Hasan stating "it's the tourism hour" | Montage (including selection, arrangement and editing), Performance(vocal only) |
| 11 | https://youtu.be/ZSUDHx-1_ww?t=512 | https://youtu.be/ZSUDHx-1_ww?t=583 | 0:08:32-0:09:43 | 71 | Ethan discussing Hasan's lack of political complexities with a juxtaposing clip. Edit in clip includes zooming in on Hasan's camera. | Script, Performance (vocal only), Editing (including selection and arrangement) |
| 12 | https://youtu.be/ZSUDHx-1_ww?t=592 | https://youtu.be/ZSUDHx-1_ww?t=606 | 0:09:52-0:10:06 | 14 | Ethan discussing the increase of antisemitic comments following Oct 7 with NBC report playing on screen. | Script, Performance (both vocal and visual), Editing (including selection and arrangement) |
| 13 | https://youtu.be/ZSUDHx-1_ww?t=642 | https://youtu.be/ZSUDHx-1_ww?t=655 | 0:10:42-0:10:55 | 13 | Ethan showing a screen of logs from hasan's chat/discord of them calling him a zionist baby killer. Includes his voice over. | Script, Performance (vocal only), Editing (including selection and arrangement) |
| 14 | https://youtu.be/ZSUDHx-1_ww?t=655 | https://youtu.be/ZSUDHx-1_ww?t=686 | 0:10:55-0:11:26 | 31 | Curb your enthusiasm theme edit of Hasan asking other content creators to moderate their chats. Includes zooming in on Hasan's cam. | Montage (including selection, arrangement and editing), Audio Effects |
| 15 | https://youtu.be/ZSUDHx-1_ww?t=686 | https://youtu.be/ZSUDHx-1_ww?t=709 | 0:11:26-0:11:49 | 23 | Ethan what his problem was with Hasan's coverage. | Script, Performance (vocal and visual) |
| 16 | https://youtu.be/ZSUDHx-1_ww?t=712 | https://youtu.be/ZSUDHx-1_ww?t=761 | 0:11:50-0:12:41 | 49 | Leftovers podcast react to oct 7 rally | Archival Footage, Script, Performance (vocal and visual) |
| 17 | https://youtu.be/ZSUDHx-1_ww?t=761 | https://youtu.be/ZSUDHx-1_ww?t=768 | 0:12:41-0:12:48 | 7 | Ethan explaining how Hasan ran defense for Hamas. | Script, Performance (vocal and visual) |
| 18 | https://youtu.be/ZSUDHx-1_ww?t=768 | https://youtu.be/ZSUDHx-1_ww?t=799 | 0:12:48-0:13:19 | 31 | Hasan downplaying sexual violence clip (resistance is not perfect). Followed by several articles regarding sexual violence on oct 7. | Montage (including selection, arrangement and editing), Audio Effects |
| 19 | https://youtu.be/ZSUDHx-1_ww?t=801 | https://youtu.be/ZSUDHx-1_ww?t=861 | 0:13:21-0:14:21 | 60 | Ethan discussing Gaza losses | Script, Performance (vocal and visual) |
| 20 | https://youtu.be/ZSUDHx-1_ww?t=893 | https://youtu.be/ZSUDHx-1_ww?t=939 | 0:14:53-0:15:39 | 46 | Ethan discussing how there's no jews in surrounding countries of Israel | Script, Performance (vocal and visual) |
| 21 | https://youtu.be/ZSUDHx-1_ww?t=939 | https://youtu.be/ZSUDHx-1_ww?t=967 | 0:15:39-0:16:07 | 28 | Ethan voicing over a map of Jewish refugees in the middle east after 1948 | Script, Peformance (vocal only), Editing (including selection and arrangement) |
| 22 | https://youtu.be/ZSUDHx-1_ww?t=968 | https://youtu.be/ZSUDHx-1_ww?t=1027 | 0:16:08-0:17:07 | 59 | Ethan discussing antisemitism following 1948 war | Script, Performance (vocal and visual), Editing (including selection and arrangement) |
| 23 | https://youtu.be/ZSUDHx-1_ww?t=1027 | https://youtu.be/ZSUDHx-1_ww?t=1072 | 0:17:07-0:17:52 | 50 | Ethan voicing over compilation of him supporting palestine. | Script, Peformance (vocal only), Montage (including selection, arrangement and editing) and Archival Footage |
| 24 | https://youtu.be/ZSUDHx-1_ww?t=1072 | https://youtu.be/ZSUDHx-1_ww?t=1088 | 0:17:52-0:18:08 | 16 | Ethan voicing over and showing the criticism from chats he has received despite his support for palestine. | Script, Performance (vocal only), Montage (including selection, arrangement and editing) and Archival Footage |
| 25 | https://youtu.be/ZSUDHx-1_ww?t=1107 | https://youtu.be/ZSUDHx-1_ww?t=1160 | 0:18:27-0:19:20 | 53 | Clip edit of guy who confronted Ethan and Hila on the street. Includes neckbeard edits and his face. Includes the guy meeting Hasan., | Montage (including selection, arrangement and editing), Audio Effects, Visual Effects |
| 26 | https://youtu.be/ZSUDHx-1_ww?t=1161 | https://youtu.be/ZSUDHx-1_ww?t=1182 | 0:19:21-0:19:42 | 21 | Ethan stating he doens't like terrorits, discusses his cohost really liking terrorists. | Script, Peformance (vocal and visual) |
| 27 | https://youtu.be/ZSUDHx-1_ww?t=1182 | https://youtu.be/ZSUDHx-1_ww?t=1243 | 0:19:42-0:20:43 | 61 | Hasan Terrorism propoganda support comp | Montage (including selection, arrangement and editing) |
| 28 | https://youtu.be/ZSUDHx-1_ww?t=1244 | https://youtu.be/ZSUDHx-1_ww?t=1252 | 0:20:44-0:20:52 | 8 | Ethan discussing Hasan hiding his power level to funnel in normies | Script, Peformance (vocal and visual) |
| 29 | https://youtu.be/ZSUDHx-1_ww?t=1320 | https://youtu.be/ZSUDHx-1_ww?t=1356 | 0:22:00-0:22:36 | 36 | Ethan narrating: "listen to hasan lying to me about how he's a social democrat". Includes a sound bite of hasan discussing hiding his power levle. | Script, Performance (vocal only), Editing (including selection and arrangement) |
| 30 | https://youtu.be/ZSUDHx-1_ww?t=1359 | https://youtu.be/ZSUDHx-1_ww?t=1360 | 0:22:36-0:22:40 | 4 | Ethan descibring hasan as a self described propogandist | Scirpt, Performance(vocal and visual) |
| 31 | https://youtu.be/ZSUDHx-1_ww?t=1369 | https://youtu.be/ZSUDHx-1_ww?t=1377 | 0:22:49-0:22:57 | 8 | Ethan narrating Hasan propogandist clip | Script, Performance (vocal only), Editing (including selection and arrangement) |
| 32 | https://youtu.be/ZSUDHx-1_ww?t=1377 | https://youtu.be/ZSUDHx-1_ww?t=1396 | 0:22:57-0:23:16 | 19 | Ethan stating Hasan was a trojan horse to his community | Script, Performance (vocal and visual), Audio Effects |
| 33 | https://youtu.be/ZSUDHx-1_ww?t=1396 | https://youtu.be/ZSUDHx-1_ww?t=1442 | 0:23:16-0:24:02 | 46 | Hasan liberals compilation | Montage (including selection, arrangement, visual effects, audio effects, and editing) |
| 34 | https://youtu.be/ZSUDHx-1_ww?t=1443 | https://youtu.be/ZSUDHx-1_ww?t=1496 | 0:24:03-0:24:56 | 53 | Ethan apologizing for mainstreaming hasan. Discussing how hasan never faced any consequences. | Script, Performance (vocal and visual) |
| 35 | https://youtu.be/ZSUDHx-1_ww?t=1497 | https://youtu.be/ZSUDHx-1_ww?t=1544 | 0:24:57-0:25:44 | 47 | Hasan on tv screens, followed by a nuke dropping. | Montage (including selection, arrangement, Visual effects and editing) |
| 36 | https://youtu.be/ZSUDHx-1_ww?t=1545 | https://youtu.be/ZSUDHx-1_ww?t=1670 | 0:25:45-0:27:50 |  | Ethan roleplaying as twitch marketing team. | Script, Performance (vocal and visual), Visual Effects |
| 37 | https://youtu.be/ZSUDHx-1_ww?t=1670 | https://youtu.be/ZSUDHx-1_ww?t=1702 | 0:27:50-0:28:22 | 32 | Hasan walking up to a car and posing with a Russia themed background. Soviet music playing. Followed by Stalin lamenting socialism in 2024 | Montage (including selection, arrangement, special effects and editing) |
| 38 | https://youtu.be/ZSUDHx-1_ww?t=1703 | https://youtu.be/ZSUDHx-1_ww?t=1710 | 0:28:23-0:28:30 | 7 | Ethan discussing hasan's designer dog followed by a clip of hasan reviewing his design dog on youtube | Script, Performance (vocal and visual), Visual Effects, Editing (including selection and arrangement) |
| 39 | https://youtu.be/ZSUDHx-1_ww?t=1713 | https://youtu.be/ZSUDHx-1_ww?t=1813 | 0:28:33-0:30:13 | 100 | Ethan roleplaying as marketing team, discussing how the army is broke and should be using hasan as an advertising mechanism for terrorism. | Script, Performance (vocal and visual), Visual Effects |
| 40 | https://youtu.be/ZSUDHx-1_ww?t=1813 | https://youtu.be/ZSUDHx-1_ww?t=1839 | 0:30:13-0:30:39 | 26 | Ethan discuisng where on the politcal spectrum hasan sits. | Script, Performance (vocal and visual), Editing (including selection and arrangement) |
| 41 | https://youtu.be/ZSUDHx-1_ww?t=1841 | https://youtu.be/ZSUDHx-1_ww?t=1915 | 0:30:41-0:31:55 | 74 | Ethan discussing houthis | Script, Performance (vocal only), Montage (including selection, arrangement and editing), Visual Effects |
| 42 | https://youtu.be/ZSUDHx-1_ww?t=1916 | https://youtu.be/ZSUDHx-1_ww?t=1949 | 0:31:56-0:32:29 | 33 | Hasan clip regarding Houthi slogan with Houthi music playing. Houthi slogan in english overlayed with zoom in on hasan's cam. Followed by seinfeld music edit of houthi slogan being plastered on hasan's wall. | Editing (including selection and arrangement), Visual effects, audio effects |
| 43 | https://youtu.be/ZSUDHx-1_ww?t=1951 | https://youtu.be/ZSUDHx-1_ww?t=1965 | 0:32:31-0:32:45 | 14 | Ethan discussing Hasan friendliness towards the Houthi movement | Script, Performance (vocal only), Visual Effects |
| 44 | https://youtu.be/ZSUDHx-1_ww?t=1965 | https://youtu.be/ZSUDHx-1_ww?t=2066 | 0:32:45-0:34:26 | 101 | Hasan reacting to houthi music video with NMP and leaving room. Edit in cludes zoom in on NMP'S face. Ethan discusses how this is against twitch TOS, and displays the rule on screen. | Script, Performance (vocal only), Editing (including selection, arrangement and visual effects) |

SER318

| Number | Starting Timestamp | Ending Timestmap | Literal Timestamps | Total time(seconds) | Desc | Original Copyrightable Elements |
|---|---|---|---|---|---|---|
| 45 | https://youtu.be/ZSUDHx-1_ww?t=2094 | https://youtu.be/ZSUDHx-1_ww?t=2120 | 0:34:54–0:35:20 | 26 | Ethan roleplaying as twitch marketing team defending Hasan's actions and suggesting the houthis be put on broadway. | Script, Performance (vocal and visual), Visual Effects |
| 46 | https://youtu.be/ZSUDHx-1_ww?t=2121 | https://youtu.be/ZSUDHx-1_ww?t=2211 | 0:35:21–0:36:51 | 90 | Clip of hasan defending houthi ship hijacking. Ethan speaks over the clip and refutes Hasan's claim. Ethan claims hasan is lying for the houthis like he's being paid. | Script, Performance (vocal only), Editing (including selection and arrangement), Visual Effects |
| 47 | https://youtu.be/ZSUDHx-1_ww?t=2230 | https://youtu.be/ZSUDHx-1_ww?t=2264 | 0:37:10–0:37:44 | 34 | Ethan speaking over hasan houthi hijacking clip to discuss how disturbing hasan's remarks are regarding wanting jews to flee israel. | Script, Performance (vocal only), Editing (including selection and arrangement), Visual Effects |
| 48 | https://youtu.be/ZSUDHx-1_ww?t=2291 | https://youtu.be/ZSUDHx-1_ww?t=2353 | 0:38:11–0:39:13 | 62 | Ethan derides Hasan making light of someone who had a gun pointed in their face. Ethan discusses how the crew is still missing. Hasan's voice is modified in the clip.Followed by seinfeld cutaway music. The camera then zoomes in on NMP's face, a black and white filter is placed, and wind howling can be heard. A screenshot of nmp's eyes are then placed in the background of hasan's room(same background the houthi slogan was placed). | Script, Performance (vocal only), Editing (including selection, arrangement and visual and audio effects) |
| 49 | https://youtu.be/ZSUDHx-1_ww?t=2355 | https://youtu.be/ZSUDHx-1_ww?t=2359 | 0:39:15–0:39:19 | 4 | Ethan discussing how NMP probably did not enjoy being fed terrorist propaganda. | Script, Performance (vocal and visual), Visual Effects |
| 50 | https://youtu.be/ZSUDHx-1_ww?t=2409 | https://youtu.be/ZSUDHx-1_ww?t=2439 | 0:40:09–0:40:39 | 30 | Hasan reacting to houthi music video. Edits include a zoom in on hasan's face cam as he sips a coke. | Editing (including selection, arrangement and audio efffects), Visual Effects |
| 51 | https://youtu.be/ZSUDHx-1_ww?t=2451 | https://youtu.be/ZSUDHx-1_ww?t=2534 | 0:40:51–0:42:14 | 83 | Ethan playing a jewish music video. Edits include Ethan appearing and hasan speaking about "israel being quiet". Also includes meme edits. | Montage (including selection, arrangement, visual effects, audio effects and editing) |
| 52 | https://youtu.be/ZSUDHx-1_ww?t=2539 | https://youtu.be/ZSUDHx-1_ww?t=2553 | 0:42:19–0:42:33 | 14 | Ethan discussing houthi loufi with clips of him playing | Script, Performance (vocal only), Montage (including selection, arrangement and editing), Visual effects |
| 53 | https://youtu.be/ZSUDHx-1_ww?t=2579 | https://youtu.be/ZSUDHx-1_ww?t=2654 | 0:42:59–0:44:14 | 75 | Ethan discussing how hasan squandered his opportunity to debate a potential houthi terrorist by asking joke questions.Plays clips of the interview with circus music. | Script, Performance (vocal only and visual), Montage (including selection, arrangement, visual and audio effects and editing) |
| 54 | https://youtu.be/ZSUDHx-1_ww?t=2666 | https://youtu.be/ZSUDHx-1_ww?t=2673 | 0:44:26–0:44:33 | 7 | Ethan narrating how hasan is asking an obscene question in his interview with houthi kid | Script, Performance (vocal only) |
| 55 | https://youtu.be/ZSUDHx-1_ww?t=2693 | https://youtu.be/ZSUDHx-1_ww?t=2715 | 0:44:53–0:45:15 | 22 | Ethan narrating, questioning how the houthi kid was able to hang out with the captain of the ship that was kidnapped. | Script, Performance (vocal only) |
| 56 | https://youtu.be/ZSUDHx-1_ww?t=2724 | https://youtu.be/ZSUDHx-1_ww?t=2753 | 0:45:24–0:45:53 | 29 | Zoom in of hasan laughing during interview with houthi kid, followed by Ethan narrating with images of the kidnapped crew members. | Montage (including selection, arrangement, visual and audio effects, editing), Script, Performance(vocal only) |
| 57 | https://youtu.be/ZSUDHx-1_ww?t=2761 | https://youtu.be/ZSUDHx-1_ww?t=2776 | 0:46:01–0:46:16 | 15 | Ethan mocking the kfc in yemen question. | Script, Performance (vocal and visual), Visual Effects |
| 58 | https://youtu.be/ZSUDHx-1_ww?t=2795 | https://youtu.be/ZSUDHx-1_ww?t=2811 | 0:46:35–0:46:51 | 16 | Ethan discussing luffy's flag and the blowback from hasan's interview. | Script, Performance (vocal and visual ), Editing (including selection and arrangement), Visual Effects |
| 59 | https://youtu.be/ZSUDHx-1_ww?t=2811 | https://youtu.be/ZSUDHx-1_ww?t=2860 | 0:46:51–0:47:40 | 49 | Hasan compilation regarding houthi interview, orchestral music playing in background | Montage (including selection, arrangement, audio effects and editing) |
| 60 | https://youtu.be/ZSUDHx-1_ww?t=2864 | https://youtu.be/ZSUDHx-1_ww?t=2875 | 0:47:44–0:47:55 | 11 | Ethan discussing houthi kid's social media | Script, Performance (vocal and visual),  Visual Effects |
| 61 | https://youtu.be/ZSUDHx-1_ww?t=2877 | https://youtu.be/ZSUDHx-1_ww?t=2960 | 0:47:57–0:49:20 | 83 | Ethan displaying houthi kid's tweets while talking. Ends with a shrine edit of the houthi kid being placed in hasan's room(same place the houthi slogan was placed). | Script, Performance (vocal only), Montage (including selection, arrangement, visual and audio effects and editing) |
| 62 | https://youtu.be/ZSUDHx-1_ww?t=2969 | https://youtu.be/ZSUDHx-1_ww?t=3016 | 0:49:29–0:50:16 | 47 | Ethan discussing bigotry of low expectations with hasan clip displayed on screen. Mocks hasan for defending an antisemitic tweet. Video of ethan editing the photo to make them individual on a pike blatantly more jewish is then played. | Script, Performance (vocal only), Editing (including selection and arrangement); Visual Effects |
| 63 | https://youtu.be/ZSUDHx-1_ww?t=3031 | https://youtu.be/ZSUDHx-1_ww?t=3047 | 0:50:31–0:50:47 | 16 | Ethan discusses the criticism hasan received for his interview and his reaction | Script, Performance (vocal only), Editing (including selection and arrangement) |
| 64 | https://youtu.be/ZSUDHx-1_ww?t=3070 | https://youtu.be/ZSUDHx-1_ww?t=3203 | 0:51:10–0:53:23 | 133 | Discuses how hasan will deflect crticisim to the ongoing genocide in gaza. A compilation is then played of hasan doing so. | Script, Performance (vocal only), Montage (including selection, arrangement, visual and audio effects and editing) |
| 65 | https://youtu.be/ZSUDHx-1_ww?t=3207 | https://youtu.be/ZSUDHx-1_ww?t=3218 | 0:53:27–0:53:38 | 11 | Hasan trying to click yemen on a map. Sound effects on clip added. | Audio effects |
| 66 | https://youtu.be/ZSUDHx-1_ww?t=3220 | https://youtu.be/ZSUDHx-1_ww?t=3232 | 0:53:40–0:53:52 | 12 | Hasan at disneyland. Overlayed text: "Disneyland.. during a genocide?! :(" | Script, Performance (vocal only), Visual Effects |
| 67 | https://youtu.be/ZSUDHx-1_ww?t=3238 | https://youtu.be/ZSUDHx-1_ww?t=3251 | 0:53:58–0:54:11 | 13 | Genocide text with ethan speaking gag | Script, Performance (vocal only), Visual Effects, Audio effects |
| 68 | https://youtu.be/ZSUDHx-1_ww?t=3256 | https://youtu.be/ZSUDHx-1_ww?t=3278 | 0:54:16–0:54:38 | 22 | Ethan discussing Anne Frank, followed by images of tweets from houthi kid | Script, Performance (vocal and visual), Visual Effects, Montage (including selection, arrangement and editing) |
| 69 | https://youtu.be/ZSUDHx-1_ww?t=3278 | https://youtu.be/ZSUDHx-1_ww?t=3333 | 0:54:38–0:55:33 | 55 | Ethan roleplaying as twitch marketing team. Goes on to describe hasan's work as terrorist propoganda., | Script, Performance (vocal and visual), Visual Effects |
| 70 | https://youtu.be/ZSUDHx-1_ww?t=3337 | https://youtu.be/ZSUDHx-1_ww?t=3350 | 0:55:37–0:55:50 | 13 | Ethan critiquing hasan's interviewing skills. Goes on to introduce hezbollah | Script, Performance (vocal and visual) and Visual Effects |
| 71 | https://youtu.be/ZSUDHx-1_ww?t=3350 | https://youtu.be/ZSUDHx-1_ww?t=3386 | 0:55:50–0:56:26 | 36 | Ethan discussing hezbollah images of hezbollah attacks displayed on screen. | Script. Performance (vocal only), Montage (including selection, arrangement and editing) |
| 72 | https://youtu.be/ZSUDHx-1_ww?t=3385 | https://youtu.be/ZSUDHx-1_ww?t=3400 | 0:56:25–0:56:40 | 15 | Ethan discussing how hezbollah is a designated terrorist group | Script, Performance (vocal and visual), Visual Effects |
| 73 | https://youtu.be/ZSUDHx-1_ww?t=3419 | https://youtu.be/ZSUDHx-1_ww?t=3588 | 0:56:59–0:59:48 | 169 | Ethan discussing nasrallah interlayed with hasan saying he has no problem with hezballah. Includes edited clips of hasan lauding nasrallah. | Script, Performance (vocal only), Montage (including selection, arrangement, visual effects, audio effects, and editing) |
| 74 | https://youtu.be/ZSUDHx-1_ww?t=3595 | https://youtu.be/ZSUDHx-1_ww?t=3600 | 0:59:55–1:00:00 | 5 | Edit of hasan defending hezbollah. Text on screen says "checkmate". | Montage (including selection, arrangement, visual effects and editing) |
| 75 | https://youtu.be/ZSUDHx-1_ww?t=3630 | https://youtu.be/ZSUDHx-1_ww?t=3635 | 1:00:30–1:00:35 | 5 | Ethan remarking on hasan giving an unfair criticism | Script, Performance (vocal only) |
| 76 | https://youtu.be/ZSUDHx-1_ww?t=3635 | https://youtu.be/ZSUDHx-1_ww?t=3652 | 1:00:35–1:00:52 | 17 | Ethan discussing how hezbollah launched rockets into israel after oct 7 | Script, Performance (vocal only), Editing (including selection and arrangement) |
| 77 | https://youtu.be/ZSUDHx-1_ww?t=3653 | https://youtu.be/ZSUDHx-1_ww?t=3675 | 1:00:53–1:01:15 | 22 | Edit of gears turning on hasan's head with ai hasan voice playing. | Script, Visual and Audio Effects |
| 78 | https://youtu.be/ZSUDHx-1_ww?t=3675 | https://youtu.be/ZSUDHx-1_ww?t=3705 | 1:01:15–1:01:45 | 30 | Ethan speaking over a muted hasan clip of him and nmp talking. Discusses how hasan is dedicated to pleasing his radical audience. | Script, Performance (vocal only) |
| 79 | https://youtu.be/ZSUDHx-1_ww?t=3704 | https://youtu.be/ZSUDHx-1_ww?t=3936 | 1:01:44–1:05:36 | 232 | Ethan introducing hamas, discuising how hasan defends hamas. Ethan narrates a clip hasan is reacting to of an older women being told to say "wave back" by hamas soldiers. Edits include zoom ins on hasan's cam. Ethan goes on to play headlines describing sexual violence on oct 7 | Script, Performance (vocal and visual), Visual Effects, Montage (including selection, arrangement and editing) |
| 80 | https://youtu.be/ZSUDHx-1_ww?t=3937 | https://youtu.be/ZSUDHx-1_ww?t=3956 | 1:05:37–1:05:56 | 19 | Ethan discussing hamas propaganda hasan has played on screen | Script, Performance (vocal only), Editing (including selection and arrangement), Visual Effects |
| 81 | https://youtu.be/ZSUDHx-1_ww?t=3958 | https://youtu.be/ZSUDHx-1_ww?t=4040 | 1:05:58–1:07:20 | 82 | Ethan narrating hasan discussing the home made hamas sniper rifles. Includes an anime edit of hasan's face. Ethan then plays the clip to wait for him to offer any commentary on the video. Ethan plays music as he waits and places a timer on screen. Add sounds effects to hasan eating. | Script, Performance (vocal only), Visual and Audio effects, Editing (including selection and arrangement) |
| 82 | https://youtu.be/ZSUDHx-1_ww?t=4051 | https://youtu.be/ZSUDHx-1_ww?t=4101 | 1:07:31–1:08:21 | 50 | Ethan voicing over hasan clip of hamas snipers where he explains why he's showing it. Ethan then plays the clip and has a text overlayed stating "The reason i'm showing you Hamas propaganda:" Followed by hasan's points listed out(e.g. manifest destiny). | Script, Performance (vocal only), Visual and Audio effects |

SER319

| Number | Starting Timestamp | Ending Timestmap | Literal Timestamps | Total time(seconds) | Desc | Original Copyrightable Elements |
|---|---|---|---|---|---|---|
| 83 | https://youtu.be/ZSUDHx-1_ww?t=4101 | https://youtu.be/ZSUDHx-1_ww?t=4112 | 1:08:21–1:08:32 | 11 | Ethan introducing hasan denying sexual violence on oct 7 | Script, Performance (vocal and visual), Visual Effects |
| 84 | https://youtu.be/ZSUDHx-1_ww?t=4116 | https://youtu.be/ZSUDHx-1_ww?t=4199 | 1:08:36–1:09:59 | 83 | Compilation of hasan denying sexual violence on oct 7. Classical music playing. Hasan's camera zoomed in on. Several other sound edits. | Montage (including selection, arrangement, visual and audio effects, editing), Script, Performance(vocal only) |
| 85 | https://youtu.be/ZSUDHx-1_ww?t=4227 | https://youtu.be/ZSUDHx-1_ww?t=4308 | 1:10:27–1:11:48 | 81 | news report clip from victim with edit of hasan saying "it doesn't matter if rapes happened". ethan goes on to discuss the testimonies and how people like hasan prolong the conflict. Hasan's face with his hands up after saying "god forbid you throw up the green hamas banner" is then placed as an image of hasan's room along side the houthi slogan. | Montage (including selection, arrangement, visual and audio effects, editing), Script, Performance(vocal only) |
| 86 | https://youtu.be/ZSUDHx-1_ww?t=4312 | https://youtu.be/ZSUDHx-1_ww?t=4318 | 1:11:52–1:11:58 | 6 | Ethan discussing twitch tv. Introducing it as another terrorist org. | Script, Performance (vocal and visual), Visual Effects |
| 87 | https://youtu.be/ZSUDHx-1_ww?t=4318 | https://youtu.be/ZSUDHx-1_ww?t=4327 | 1:11:58–1:12:07 | 9 | Dead or alive posters of terrorists, including Dan clancy | Script, Performance (vocal only), Visual and Audio Effects, Editing (including selection and arrangement) |
| 88 | https://youtu.be/ZSUDHx-1_ww?t=4326 | https://youtu.be/ZSUDHx-1_ww?t=4371 | 1:12:06–1:12:51 | 45 | Ethan explaining why he called twitch a terrorist org, and why Clancy is a bad ceo. | Script, Performance (vocal and visual), Visual Effects, Editing (including selection and arrangement) |
| 89 | https://youtu.be/ZSUDHx-1_ww?t=4371 | https://youtu.be/ZSUDHx-1_ww?t=4415 | 1:12:51–1:13:35 | 44 | Ethan reading an excerpt and discussing how much Clancy likes hasan. | Script, Performance (vocal only), Editing (including selection and arrangement) |
| 90 | https://youtu.be/ZSUDHx-1_ww?t=4446 | https://youtu.be/ZSUDHx-1_ww?t=4465 | 1:14:06–1:14:25 | 19 | Ethan discuisng the Clancy birthday clip | Script, Performance (vocal and Visual ), Editing (including selection and arrangement) |
| 91 | https://youtu.be/ZSUDHx-1_ww?t=4488 | https://youtu.be/ZSUDHx-1_ww?t=4534 | 1:14:48–1:15:34 | 46 | Sad edit of clancy scrolling through twitch clips of booby streamers | Montage (including selection, arrangement, visual and audio effects, editing) |
| 92 | https://youtu.be/ZSUDHx-1_ww?t=4540 | https://youtu.be/ZSUDHx-1_ww?t=4545 | 1:15:40–1:15:45 | 5 | Zoom in of Clancy pulling up a booby streamer from his phone | Visual and Audio Effects |
| 93 | https://youtu.be/ZSUDHx-1_ww?t=4548 | https://youtu.be/ZSUDHx-1_ww?t=4592 | 1:15:48–1:16:32 | 44 | Ethan discussing how embaressing Clancy is for bringing up girls twice on stream | Script, Performance (vocal and visual), Visual Effects |
| 94 | https://youtu.be/ZSUDHx-1_ww?t=4593 | https://youtu.be/ZSUDHx-1_ww?t=4594 | 1:16:33–1:16:34 | 1 | Ethan introduces frogan | Script, Performance (vocal and visual) |
| 95 | https://youtu.be/ZSUDHx-1_ww?t=4598 | https://youtu.be/ZSUDHx-1_ww?t=4637 | 1:16:38–1:17:17 | 39 | Ethan discussing frogan overlayed with clips of her and logs. Ethan discusses what a bad person she is then discusses how she derided ludwig for donating $10k to a charity. | Script, Performance (vocal and visual), Editing (including selection and arrangement) |
| 96 | https://youtu.be/ZSUDHx-1_ww?t=4725 | https://youtu.be/ZSUDHx-1_ww?t=4742 | 1:18:45–1:19:02 | 17 | Ethan voice over of how bad frogan is. | Script, Performance (vocal only), Editing(Including Selection and arrangement) |
| 97 | https://youtu.be/ZSUDHx-1_ww?t=4765 | https://youtu.be/ZSUDHx-1_ww?t=4772 | 1:19:25–1:19:32 | 7 | Ethan discussing frogan's veterans clip | Script, Performance (vocal only) |
| 98 | https://youtu.be/ZSUDHx-1_ww?t=4807 | https://youtu.be/ZSUDHx-1_ww?t=4822 | 1:20:07–1:20:22 | 15 | Ethan discussing how frogan received no punishment for her veteran clip | Script, Performance (vocal only), Editing(Including Selection and arrangement) |
| 99 | https://youtu.be/ZSUDHx-1_ww?t=4843 | https://youtu.be/ZSUDHx-1_ww?t=4935 | 1:20:43–1:22:15 | 92 | Frogan 9/11 baking stream clip, text on screen says "Twitch won't do shit." Ethan then shows frogan tweets with voice over. Ethan then shows families calling into news stations on oct 7 with the frogan tweet overlayed. | Montage (including selection, arrangement visual effects, audio effects, and editing), Performance(Vocal only), Script |
| 100 | https://youtu.be/ZSUDHx-1_ww?t=4935 | https://youtu.be/ZSUDHx-1_ww?t=5063 | 1:22:15–1:24:23 | 128 | Ethan discussing twitch protecting frogan and getting awards. Discusses racial tier list panel. | Script, Performance (vocal and visual), Editing (including selection and arrangement), Visual Effects |
| 101 | https://youtu.be/ZSUDHx-1_ww?t=5102 | https://youtu.be/ZSUDHx-1_ww?t=5130 | 1:25:02–1:25:30 | 28 | Ethan discussing hummus in israel | Script, Performance (vocal only), Archival Materials, Editing (including selection and arrangement), |
| 102 | https://youtu.be/ZSUDHx-1_ww?t=5133 | https://youtu.be/ZSUDHx-1_ww?t=5179 | 1:25:33–1:26:19 | 46 | Ethan discussing hummus in israel. Goes back to racial tier list. | Script, Performance (vocal only), Archival Materials, Editing (including selection, visual effects, audio effects, and arrangement) |
| 103 | https://youtu.be/ZSUDHx-1_ww?t=5212 | https://youtu.be/ZSUDHx-1_ww?t=5334 | 1:26:52–1:28:54 | 122 | Ethan discussing the racial tier list. | Script, Performance (vocal and visual), Editing (including selection and arrangement), visual effects |
| 104 | https://youtu.be/ZSUDHx-1_ww?t=5345 | https://youtu.be/ZSUDHx-1_ww?t=5376 | 1:29:05–1:29:36 | 31 | Ethan discussing the questions Clancy  got on stream following the panel. | Script, Performance (vocal and visual), Editing (including selection and arrangement), Visual Effects |
| 105 | https://youtu.be/ZSUDHx-1_ww?t=5376 | https://youtu.be/ZSUDHx-1_ww?t=5408 | 1:29:36–1:30:08 | 32 | Ethan introducing israel twitch ban | Script, Performance (vocal and visual), Visual Effects |
| 106 | https://youtu.be/ZSUDHx-1_ww?t=5408 | https://youtu.be/ZSUDHx-1_ww?t=5521 | 1:30:08–1:32:01 | 113 | Ethan narrating a video from a top israel streamer following his ban. Describes the whole situation with clips and photos. Ethan goes on to discuss the sign up error which israelies saw. | Script, Performance (vocal and visual), Montage (including selection, arrangement and editing), Visual Effects |
| 107 | https://youtu.be/ZSUDHx-1_ww?t=5526 | https://youtu.be/ZSUDHx-1_ww?t=5540 | 1:32:06–1:32:20 | 14 | Ethan discussing how sneako, houthi kid, and fresh and fit got unbanned | Script, Peformance (vocal and visual), Editing (including selection and arrangement), visual effects |
| 108 | https://youtu.be/ZSUDHx-1_ww?t=5564 | https://youtu.be/ZSUDHx-1_ww?t=5580 | 1:32:44–1:33:00 | 16 | Ethan discussing how all three of the above accounts were eventually rebanned | Script, Performance (vocal only), Editing(including selection and arrangement) |
| 109 | https://youtu.be/ZSUDHx-1_ww?t=5579 | https://youtu.be/ZSUDHx-1_ww?t=5742 | 1:32:59–1:35:42 | 163 | Ethan discusses the head of policy and community guidelines and a few other twitch staff being antisemitic. | Script, Performance (vocal and visual), Editing (including selection and arrangement), Visual Effects |
| 110 | https://youtu.be/ZSUDHx-1_ww?t=5761 | https://youtu.be/ZSUDHx-1_ww?t=5870 | 1:36:01–1:37:50 | 109 | Hasan inbred compilation with music and various editing | Montage (including selection, arrangement, audio effects, visual effects, and editing), Script, Performance( Vocal and Visual), Visual Effects |
| 111 | https://youtu.be/ZSUDHx-1_ww?t=5870 | https://youtu.be/ZSUDHx-1_ww?t=5968 | 1:37:50–1:39:28 | 98 | Ethan discussing how Hasan has never gotten banned for various reasons including threatening a sitting US politican. | Script, Performance (vocal and visual), Editing (including selection and arrangement), Visual Effects, Audio Effects |
| 112 | https://youtu.be/ZSUDHx-1_ww?t=5972 | https://youtu.be/ZSUDHx-1_ww?t=6026 | 1:39:32–1:40:26 | 54 | Compilation of twitch streamers threatening violence overlayed with music | Montage (including selection, arrangement, visual effects, audio effects, and editing) |
| 113 | https://youtu.be/ZSUDHx-1_ww?t=6026 | https://youtu.be/ZSUDHx-1_ww?t=6120 | 1:40:26–1:42:00 | 94 | Ethan discussing why he made the video | Editing(including selectgion and arrangement) |
| | | | | 4927 | | |

| Column 1 | Total(seconds) |
|---|---|
| Total length of video | 6125 |
| Timestamps Grand total | 4927 |
| Difference | 1198 |

SER320

# EXHIBIT 70

SER321



SER322



SER323



SER324



SER325





SER327



SER328



SER329



SER330



SER331



SER332



SER333



SER334



SER335





SER336



SER337

# EXHIBIT 71

(Video File Located on Flash Drive
Concurrently Filed with Notice of Lodging)

SER338

# EXHIBIT 72

(Video File Located on Flash Drive
Concurrently Filed with Notice of Lodging)

SER339

# EXHIBIT 73

10/19/25, 9:21 PM

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 87 of 263
Case 3:25-mc-80296-SK... Re: Legal Request From Ted Entertainment Inc. - Rom Bar-Nissim Outlook ...age 82 of 93

 Outlook

---

## Re: Legal Request From Ted Entertainment Inc.

---

**From** Josh Villemarette <josh@skullsunlimited.com>

**Date** Wed 10/1/2025 7:56 AM

**To** Ethan Klein <h3h3productions@gmail.com>; Rom Bar-Nissim <rom@heahbarnissim.com>

**Cc** Daniel Swerdlove <dan@h3h3productions.com>

Good morning,

Thank you for reaching out. We can confirm the information below:

- The order in question (Invoice **W135238**) was dated **March 10, 2025**.

- The order listed Ethan Klein and H3H3 Productions as the customer, with shipping to **Los Angeles, CA**.

- The order also listed the email address **h3h3@hotmail.com**.

- On **April 1, 2025**, Ethan's team contacted us after receiving the shipment, expressing concern and questioning how this could have occurred.

- Based on the information provided by Ethan's team, we understood that neither Ethan Klein nor Ted Entertainment Inc. had placed this order. The order appears to have been placed with a VPN an IP address from Malmo, Skåne County, Sweden.

- The order was placed under a **Business Purchase Order**, which would normally have been sent to accounting for review and approval. However, because the **Next Day Air Early AM** shipping option was selected, an automation rule allowed the order to bypass normal payment and verification safeguards. No payment was processed. This automation issue has since been corrected.

We coordinated directly with representatives of Ted Entertainment Inc. to arrange for the return of the skulls, and they were successfully returned to our facility.

Please let me know if you need anything further.

## Josh Villemarette
••• Managing Director

• 405.794.9300 • josh@skullsunlimited.com

**Skulls Unlimited International, Inc.**

10313 S Sunnylane Rd • Building B Corporate Office

Oklahoma City, OK 73160

**www.skullsunlimited.com** • **www.skeletonmuseum.com**

**www.midwestbiosupply.com** • **www.skullcleaning.com**

**Follow Us on Social Media**



SER341

10/19/25, 9:23 PM
Fwd: Urgent Follow-Up Regarding Unauthorized Shipment – Attention: Dan Swerdlove - Rom Bar-Nissim - Outlook

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 88 of 263
Case 3:25-cv-03832-JSC Document 21-6 Filed 10/23/25 Page 83 of 93

 **Outlook**

---

## Fwd: Urgent Follow-Up Regarding Unauthorized Shipment – Attention: Dan Swerdlove

---

| | |
|---|---|
| **From** | Daniel Swerdlove <dan@h3h3productions.com> |
| **Date** | Fri 9/26/2025 7:35 PM |
| **To** | Rom Bar-Nissim <rom@heahbarnissim.com> |

---------- Forwarded message ---------
From: **Daniel Swerdlove** <dan@h3h3productions.com>
Date: Tue, Apr 8, 2025 at 2:21 PM
Subject: Re: Urgent Follow-Up Regarding Unauthorized Shipment – Attention: Dan Swerdlove
To: Josh Villemarette <josh@skullsunlimited.com>

Hey Josh,

A member of our team is dropping it off at UPS today so it should be on it's way back to you by this evening.

-Dan

On Tue, Apr 8, 2025 at 11:36 AM Josh Villemarette <josh@skullsunlimited.com> wrote:

Hello Dan,

I wanted to drop a quick follow up to see if you received the return label, and to see if you could provide an update on when we might be able to expect the package to be dropped off at a facility. If it'll helps, we could attempt to schedule a pickup with the carrier.

Thank you,

## Josh Villemarette
●●● Managing Director
● 405.794.9300 ● josh@skullsunlimited.com
**Skulls Unlimited International, Inc.**
10313 S Sunnylane Rd ● Building B Corporate Office
Oklahoma City, OK 73160
**www.skullsunlimited.com** ● **www.skeletonmuseum.com**
**www.midwestbiosupply.com** ● **www.skullcleaning.com**
**Follow Us on Social Media**

   

SER342

10/19/25, 9:23 PM
Re: Urgent Follow-Up Regarding Unauthorized Shipment – Attention: Dan Swerdlove - Ron Bar-Nissim - Outlook

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 89 of 263
Case 3:25-cv-03825... Document 16... Filed 10/10/25... Page 84 of 93

**From:** Josh Villemarette <josh@skullsunlimited.com>
**Sent:** Friday, April 4, 2025 11:20 AM
**To:** Daniel Swerdlove <dan@h3h3productions.com>
**Subject:** Re: Urgent Follow-Up Regarding Unauthorized Shipment – Attention: Dan Swerdlove

Hey Dan,

Thanks so much for getting back to me — I really appreciate your response, and I'm glad to hear you'll be able to get the skulls sent back. I've attached the return label to this email.

Regarding your concerns — you're absolutely right to ask. We do have policies in place to ensure that all purchase orders are from verified, accredited facilities, and we normally only fulfill them after confirming customer records and account history. In this case, it was an odd mix of factors — a simple oversight by a single employee, and a shipping automation rule that prioritized the order due to the selected Overnight AM delivery method allowing it to skip some of the normal checks and balances, including the verified purchase order check. We've since corrected that issue and adjusted our rulesets to make sure this can't happen again.

Thanks again for your patience and understanding during all this — we completely understand how unsettling the situation was on your end, and we're glad we can move forward. Wishing you the best as you navigate everything going on.

Let us know once the package is on its way or if there's anything else we can do.

Thank you,

## Josh Villemarette
●●● Managing Director
● 405.794.9300 ● josh@skullsunlimited.com
**Skulls Unlimited International, Inc.**
10313 S Sunnylane Rd ● Building B Corporate Office
Oklahoma City, OK 73160
**www.skullsunlimited.com ● www.skeletonmuseum.com**
**www.midwestbiosupply.com ● www.skullcleaning.com**
**Follow Us on Social Media**



---

**From:** Daniel Swerdlove <dan@h3h3productions.com>
**Sent:** Thursday, April 3, 2025 8:03 PM
**To:** Josh Villemarette <josh@skullsunlimited.com>
**Subject:** Re: Urgent Follow-Up Regarding Unauthorized Shipment – Attention: Dan Swerdlove

Hey Josh

Appreciate your understanding that this is an extremely uncomfortable situation that has been thrust upon us- it really was extremely unsettling to have this show up out of the blue. But yes we can ship them back to you- can you issue us a return shipping label? Just to update you on the

SER343

10/19/25, 9:23 PM    Case 3:25-... Urgent Follow Up Regarding Unauthorized Shipment - Attention: Dan Swerdlove - Ron Bar-Nissim - Outlook

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 90 of 263
Case 3:25-... Document 21 Filed 04/16/2025 Page 85 of 93

status, we did report the incident to the FBI, and we were hanging onto them in case it was needed as evidence, but as of now they have not requested anything like that of us. I'd be happy to get it out of our office since it's pretty creepy to have them sitting in a box at our facility.

I'm still not sure I understand how this could have happened without the exchange of any money- is it really your company's policy to ship something like this to someone without any verifiable payment information? If so I hope this incident has shown the potential for abuse by bad actors and you'll make adjustments to prevent this from happening to others in the future.

Anyhoo- I'll keep an eye out for the shipping label and get these sent back to you ASAP.

-Dan

On Tue, Apr 1, 2025 at 11:22 AM Josh Villemarette <josh@skullsunlimited.com> wrote:
> Good afternoon,
>
> This message is intended for Dan Swerdlove.
>
> I wanted to follow up after the voicemail I just left regarding the shipment your production received from our company, which included two human skulls.
>
> We've been trying to get in touch with your team regarding this matter, as our internal review has confirmed the purchase order was submitted fraudulently by someone not affiliated with H3H3 Productions. We're incredibly sorry this occurred and completely understand how concerning this situation must have been given the current climate surrounding your show. Please understand that this was fulfilled in good faith based on what appeared to be a legitimate request.
>
> Because of the sensitive nature of these specimens, and to maintain proper documentation and chain of custody, we do need to either have the skulls returned to our facility or receive an update on their current status. If law enforcement is now involved, we're more than willing to cooperate with them directly to resolve this matter appropriately and respectfully.
>
> Thank you again for your time, and we truly appreciate your help in clearing this up.
>
> ## Josh Villemarette
> ●●● Managing Director
> ● 405.794.9300 ● josh@skullsunlimited.com
> **Skulls Unlimited International, Inc.**
> 10313 S Sunnylane Rd ● Building B Corporate Office
> Oklahoma City, OK 73160
> **www.skullsunlimited.com** ● **www.skeletonmuseum.com**
> **www.midwestbiosupply.com** ● **www.skullcleaning.com**
> **Follow Us on Social Media**

   

> --

SER344

**Dan Swerdlove**

*Producer*
**The H3 Podcast**
**youtube.com/h3podcast**

--

**Dan Swerdlove**

*Producer*
**The H3 Podcast**
**youtube.com/h3podcast**

--

**Dan Swerdlove**

*Producer*
**The H3 Podcast**
**youtube.com/h3podcast**

SER345

# EXHIBIT 74

SER346



# County of Los Angeles
# Department of Children and Family Services

510 S. Vermont Ave., 10th Floor, Los Angeles, CA 90020
(213) 351-5602

BRANDON T. NICHOLS
Director

Date: 4/9/25

Dear Hila and Ethan Klein:

RE: Referral No. 0186-6724-9318-1006104          Referral Date: 3/3/2025

The investigation of the referral above alleging General neglect (type of abuse and/or neglect) against Ethan and Hila Klein (parent/caregiver alleged to have perpetrated abuse/neglect) has concluded.  Effective          , your investigative referral has been closed by this Department.  The investigation of child abuse and/or neglect resulted in:

☐ Allegation(s) were deemed substantiated and a          (voluntary or court) case has been opened.

☐ Allegation(s) were deemed substantiated with no case opening. No further action will be taken by the Department.
   *Please note that you have a right under WIC 331 to petition the court to open a petition if you are not in agreement with DCFS closing a referral and not opening a case.*

☐ Allegation(s) were deemed inconclusive with no case opening.

☒ Allegation(s) were deemed unfounded with no case opening.

If the Department entered into a Safety Plan agreement with you, this is to advise you that as of          (date) the Structured Decision Making (SDM) Safety Plan is no longer in effect and the agreement is now dissolved.

If an allegation against you for physical abuse, sexual abuse, or severe neglect was substantiated, you will be referred to the Department of Justice for inclusion in the California Child Abuse Central Index (CACI). Inclusion on the CACI could affect employment and other things. If you are referred to CACI, you will receive a separate notice that will include information about how to appeal the substantiated allegation(s) of physical abuse, sexual abuse, or severe neglect.

If you have any questions or concerns regarding this matter, please call me.

Jason Ahn                          EW22
Children's Social Worker           File No:

Telephone No: 213-819-5758

DCFS 196, Notice of Referral Closure (Rev. 01/24)                          Page 1 of 1

*"To Enrich Lives Through Effective and Caring Service"*

# EXHIBIT 75

SER348

 **TinEye**

| ⬆ Upload | Search by image URL | 🔍 |



# 74 results

TinEye searched **78.2 billion images**

First indexed by TinEye on **June 25, 2017**

☐ Include **8** results **not available**

☐ Show only the **2** results found in **stock**

| Best match | ↑↓ |

| Filter by website |



### evweeds.com

VIEW IMAGE - 800 x 800, 93.3 kB

2-2/

Nov 4, 2019



### stricklandoutdoorservices.com

VIEW IMAGE - 300 x 300, 15.8 kB

www.stricklandoutdoorservices.com/

Jun 19, 2024



### restaurant.yaacov-webdesign.com

VIEW IMAGE - 370 x 372, 112.6 kB

restaurant.yaacov-webdesign.com/

Dec 4, 2019

We use cookies (not freshly-baked, sadly) to keep our site running smoothly and improve your experience. Learn more      Accept

SER349



### evweeds.com

VIEW IMAGE - 300 x 300, 13.4 kB

2-2/

Nov 4, 2019



### akibook.net

VIEW IMAGE - 709 x 653, 47.3 kB

meet-our-team/

Oct 26, 2019



### support.obior.com

VIEW IMAGE - 128 x 128, 36.7 kB

collections/460851-help-with-design

Jun 26, 2019



### khidmahbd.com

VIEW IMAGE - 266 x 266, 109.2 kB

assets/img/

Jun 26, 2019



### pictame.com

VIEW IMAGE - 150 x 150, 5.5 kB

user/successivequotes/followers/446042...

Aug 8, 2019



### smytheinsolvency.com

VIEW IMAGE - 500 x 500, 45.8 kB

about/success-stories/

Nov 25, 2019

We use cookies (not freshly-baked, sadly) to keep our site running smoothly and improve your experience. Learn more

SER350

10/9/25, 7:41 AM
TinEye search results

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 97 of 263
Case 3:25-mc-80296-SK    Document 16-1 Filed 10/20/25    Page 92 of 93



**themepack.net**

VIEW IMAGE - 500 x 500, 36.9 kB

**aaa/bashori/index.html**

May 25, 2019

<   1 2 3 4 5 6 7 8   >

SIMILAR IMAGES · SPONSORED

# shutterstock

SAVE 15%. Use TINEYE15 on Shutterstock.



We use cookies (not freshly-baked, sadly) to keep our site running smoothly and improve your experience. Learn more

SER351

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 98 of 263
Case 3:25-mc-80296-SK    Document 16    Filed 10/20/25    Page 93 of 93



© 2025 Idée Inc. TinEye is a registered trademark of Idée Inc.

Made with 🧡 in Canada

idée    ·    Legal    ·    Contact us

We use cookies (not freshly-baked, sadly) to keep our site running smoothly and improve your experience. Learn more

SER352

ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

Attorneys for Respondent/Plaintiff
TED ENTERTAINMENT, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. | Case No.: 3:25-mc-80296-SK |
| | (Case No. 2:25-cv-05564-WLH-PD, Pending in Central District of California) |
| | **DECLARATION OF ROM BAR-NISSIM IN SUPPORT OF TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** |

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER353

## DECLARATION OF ROM BAR-NISSIM

I, Rom Bar-Nissim, do hereby state and declare as follows:

1.      I am an attorney at law, duly licensed to practice law in the State of California and the United States District Court for the Northern District of California. I am a partner at the law firm Heah Bar-Nissim LLP and attorney of record for Plaintiff/Respondent Ted Entertainment, Inc. ("TEI") in the above-referenced matter. I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would competently testify thereto. I make this declaration in support of TEI's Opposition to the Motion to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc. ("Motion") of the Defendants/Movants Does (collectively, the "H3Snark Mods").

2.      I apologize in advance for the length of this declaration. It is not my intention to burden the Court with unnecessary information. Rather, my objective is to clarify the record to refute various assertions made in the declaration of the H3Snark Mods and the Motion. To facilitate ease of use, I am providing headings and bookmarks for topics, so the Court may more easily navigate my declaration to identify the specific information it requires.

### TEI'S DMCA TAKEDOWNS OF H3SNARK POSTS

3.      **Overview:** The H3Snark Mods make numerous assertions about the DMCA takedowns that TEI issued for r/H3Snark posts and one comment – namely that they were intended to silence criticism. I was responsible for issuing the DMCA takedowns to r/H3Snark. Below are the facts related to each of these DMCA takedowns to demonstrate – not only were they issued in good faith – but expressly involved situations where no criticism was involved.

4.      **Criteria for DMCA Takedowns Issued to r/H3Snark:** I employed very specific and exacting criteria for the DMCA takedowns I issued against H3Snark posts on behalf of TEI. First, I only issued DMCA takedowns against H3Snark posts containing TEI content that had a non-critical, descriptive title and did not solicit criticism. Second, I would only issue DMCA Takedowns for posts where: (1) the H3Snark mods locked the post, which made it impossible for anyone to comment or critique the content; and/or (2) lacked comments with any critical bearing on the content at the time the DMCA takedown was issued. This exacting standard was

1

SER354

established for the express purpose of staying well clear of silencing criticism.

5. **Avoidance of Any Post Involving Marginal Criticism:** There were several other H3Snark posts – aside from the ones identified above – that were brought to my attention for a potential DMCA takedown. If the post that uploaded TEI content had even marginal critical bearing on the style or substance of the clip – irrespective if the duration of clip was grossly in excess of what was necessary for the critique (which was usually the case), I declined to issue a DMCA takedown. I did not issue DMCA takedowns for these posts – not because I did not believe they made an infringing use of TEI content – but because I wanted to stay well clear of silencing any criticism.

6. **The "AutoMod Copyright Disclaimer"**: I am aware that the H3Snark Mods implemented an "AutoMod Copyright Disclaimer." See e.g., Dkt. No. 8, ¶ 50, p. 25 (screenshot). I found this disclaimer completely unpersuasive. The disclaimer was automatically generated on every single post. Fair use requires examining the specific use at issue. The disclaimers never provided any explanation on why the specific use at issue constituted fair use. The mere fact that the posts appeared on the H3Snark subreddit is insufficient to justify any type of use of TEI content. Rather, it seemed the H3Snark Mods were using this as a talisman to ward off any claim of copyright infringement – irrespective of the specific use at issue.

7. **The First Infringing Post:** On or around August 1, 2024, I became aware of a post on the H3Snark subreddit entitled "H3 Live Show Behind the Scenes" (the "First Infringing Post").[1] The First Infringing Post contained a complete version of TEI's video entitled *H3 Podcast BTS #53* (the "BTS Video"). The BTS Video was 23:24 minutes long and accessible only to paying members of TEI's H3 Podcast YouTube channel. The First Infringing Post had two comments.

    a. I conducted a fair use analysis of the First Infringing Post. After conducting my analysis, I determined that The First Infringing Post did not make a fair use of the BTS Video for the following reasons: (1) the First Infringing Post's title merely described the contents of the BTS Video – *i.e.*, it did not contain any criticism or solicit any criticism of

---

[1] The First Infringing Post can be accessed here:
https://www.reddit.com/r/h3snark/comments/1eg8n8a/h3_live_show_behind_the_scenes/

2

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER355

the BTS Video; (2) the First Infringing Post only had two comments which had no critical bearing on the style or substance of the BTS Video; (3) the two comments on the First Infringing Post did not justify using the entirety of the BTS Video; and (4) TEI suffered market harm from the First Infringing Post because it provided a complete substitute for the BTS Video – which was only accessible to paying members of the H3 Podcast YouTube channel.

b.      After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI. To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the takedown notice.

8.      **The H3Snark Wiki**: During my investigation of the First Infringing Post, I was informed that the H3Snark Mods provided its users with instructions on how to download TEI's members only content. I was provided a screenshot of the Wiki page for H3Snark under "tools-tips-guides" (the "H3Snark Wiki Screenshot"). As depicted in the H3Snark Wiki Screenshot, the H3Snark Mods provided users instructions on how to "Download Youtube Members-Only Videos." Shortly after issuing the DMCA Takedown on August 1, 2024, the "tool-tips-guides" section of the H3Snark Wiki page was revised to remove reference to downloading members only content.[2] A true and correct copy of the H3Snark Wiki Screenshot is attached hereto and incorporated herein as **Exhibit 49** and depicted in Dkt. No. 7, p. 32.

9.      **The Infringing Comment**: On or around August 30, 2024, I became aware of a comment on the H3Snark post "MEGATHREAD: The H3 Show – August 28, 2024" (the "8/28/24 Megathread").[3] The 8/28/24 Megathread was authored by the H3Snark Mods. The comment at issue was authored by one of the H3Snark Mods u/sarahornejewetts (the "Infringing

---

[2] One of the H3Snark Mods makes the false statement that: "[a]ll video clip making instructions were completely removed from the subreddit and wiki as of September 14, 2024, and the entire wiki page was removed on February 17, 2025." Dkt. No. 8, ¶ 218. The wiki is available to this day and still contains instructions on how to download videos. *See* https://www.reddit.com/r/h3snark/wiki/index/tools-tips-guides/. Further, the H3Snark Mod's statement that: "The screenshot the plaintiff included in their complaint is outdated and also appears to be purposefully cropped to omit the disclaimer." Dkt. No. 8, ¶ 218. This is false. The post was current at the time of the First Infringing Post. The cropping was solely to fit the page and focus on relevant information. Further, disclaimers are not talismans against infringement. Rather, the language of the disclaimer is contradicted by the language of the post itself.

[3] The 8/28/24 Megathread can be accessed here: https://www.reddit.com/r/h3snark/comments/1f3hlsl/megathread_the_h3_show_aug_28_2024/

3

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER356

Comment"). The Infringing Comment contained three links to "Mobile Chat," "Desktop Chat," and "Watch on Yewtube." After clicking upon the "Watch on Yewtube" link, I was taken to the YewTube website. The webpage contained the entire TEI video *Content Court: Jack Doherty – H3 Show #48* (the "8/28/24 H3 Podcast"). Upon watching the 8/28/24 Podcast on YewTube, no advertisements were played during the entire 3:30:26 hour video. On YouTube, advertisements would play every few minutes. A true and correct screenshot of the Infringing Comment is attached hereto and incorporated herein as **Exhibit 50** and depicted in Dkt. No. 7, p. 32**.**

      a.     In conducting my fair use analysis, I determined that the Infringing Comment did not make a fair use of the 8/28/24 Podcast because: (1) the Infringing Comment did not provide any criticism of the 8/28/24 Podcast, nor did it solicit any criticism; (2) the title of the 8/28/24 Megathread did not contain any criticism of the 8/28/24 Podcast; (3) there were minimal comments on the 8/28/24 Megathread – none of whom had any critical bearing on the style or substance of the 8/28/24 Podcast; (4) YewTube's transmission of the 8/28/24 Podcast was an infringing public performance of the 8/28/24 Podcast; (5) the YewTube version of the 8/28/24 Podcast showed the video in its entirety; and (6) the Infringing Comment's link to the 8/28/24 Podcast on YewTube resulted in market harm because it deprived TEI of advertising revenue derived from the 8/28/24 Podcast.[4]

      b.     After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI for the Infringing Comment (the "8/30/24 Takedown"). To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the 8/30/24 Takedown.[5]

10.    **Additional YewTube Links on r/H3Snark Posts**: Shortly after issuing the

---

[4] Notably, two different H3Snark Mods – including the author of the Infringing Comment – admit that YewTube prevents advertisements from being shown. Dkt. No. 8, ¶ 61 (YewTube "replaces the standard YouTube domain (www.youtube.com) with its own (yewtu.be), to block ads and tracking"); ¶ 113 ("Instead of using the standard YouTube domain (www.youtube.com), it uses its own instance domain (yewtu.be) to block intrusive advertisements and tracking").

[5] One of the H3Snark Mods claims there was an improper motive for targeting the Infringing Comment. Dkt. No. 8, ¶ 116. This is false. When I issued the 8/30/24 Takedown, I was completely unaware of the button malfunction moment. When I conducted my review of the YewTube link, I did not see that moment. So, by the time the 8/30/24 Takedown was issued, the button malfunction moment was already excised from the video.

4

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER357

8/30/24 Takedown, I investigated whether additional Megathreads on H3Snark contained infringing YewTube Links. I was shocked to discover that nearly every Megathread contained a stickied comment by the H3Snark Mods with a link to the particular TEI video on YewTube. True and correct screenshots of some of the H3Snark Megathreads containing YewTube links to TEI content are attached hereto and incorporated herein as **Exhibit 51.**

11. **YewTube Links in r/H3Snark Live Chat:** On September 4, 2024, TEI was able to access the H3Snark live chat for the TEI episode being broadcast at that time. Only members of H3Snark were able to access the live chat. During the live chat, YewTube links for the episode were being spammed in the chat by u/h3snarkmodteam. Once the episode was complete, the H3Snark Mods would delete the live chat. True and correct screenshots from the September 4, 2024 live chat are attached hereto and incorporated herein as **Exhibit 52** and is also depicted at Dkt. No. 7, pp. 29-30**.**

12. **The YewTube Admission Comment**: Shortly afterwards, I discovered a comment by u/sarahornejewetts on the H3Snark Post entitled "For those who wonder why Snarkers watch, moments like the second button failure" (the "Button Post").[6] The comment by u/sarahornejewetts stated: "We encourage folks to watch on yewtube since it doesn't play ads or contribute to their view count" (the "YewTube Admission Comment"). A true and correct screenshot of the YewTube Admission Comment is depicted at Dkt. No. 7, p. 31. A true and correct screenshot of the YewTube Admission Comment in the Button Post is attached hereto and incorporated herein as **Exhibit 53** and is also depicted on Dkt. No. 7, p. 31**.**

13. **YewTube Links on Other Snark Subreddits:** After some investigation, I discovered that the use of YewTube links was pervasive amongst snark subreddits for other YouTubers. These other snark subreddits provided the same explanation for why they encouraged using YewTube links instead of links to the original video on YouTube: YewTube deprived the original YouTube video of views and advertising revenue.[7]

---

[6] The Button Post can be accessed here:
https://www.reddit.com/r/h3snark/comments/1f3pwi1/for_those_who_wonder_why_snarkers_watch_moments/

[7] *See e.g.*,
https://www.reddit.com/r/Drueandgabe/comments/1i4qj0e/remember_to_use_yewtube_to_view_ (continued).

5

SER358

14.     **Deletion of YewTube Links on r/H3Snark**: At some point afterwards, the YewTube Admission Comment and all comments containing YewTube links on H3Snark Megathreads were deleted.

15.     **The Second Infringing Post:** On or around September 18, 2024, I became aware of the H3Snark Post entitled "Ethan and Dan confirm that posting to snark will get you banned"[8] (the "Second Infringing Post"). The Second Infringing Post comprised solely of a clip from the TEI video *Ethan Debates Anti-Semitic Sneako Fan – H3 Show #55* ("H3 Show # 55). The Second Infringing Post contained no comments because the H3Snark Mods locked the Second Infringing Post – which prevented it from receiving any comments.

a.     In conducting my fair use analysis, I determined that the Second Infringing Post did not make a fair use of the clip from the H3 Show # 55 because: (1) the title of the Second Infringing Post merely described the contents of the clip from the H3 Show # 55 and did not provide any criticism or solicit any criticism of the clip; (2) since the H3Snark Mods locked the Second Infringing Post, there were no comments on the Second Infringing Post whatsoever; (3) since there was no commentary or criticism, any amount used was unreasonable; and (4) TEI would suffer market harm because the post could have easily provided a hyperlink to the H3 Show # 55 – which would have provided TEI advertising revenue.[9]

her_content_now/;
https://www.reddit.com/r/FundieSnarkUncensored/comments/1clzdlo/reminder_about_yewtube_for_watching_fundie_or/;
https://www.reddit.com/r/EUGENIACOONEY/comments/t28lif/yewtube_is_a_site_where_you_can_watch_youtube/;
https://www.reddit.com/r/KyraReneeSivertson/comments/1gg9why/new_yewtube_link/;
https://www.reddit.com/r/ColleenBallingerSnark/comments/1808mw4/friendly_reminder_to_use_yewtube_if_you_are/;
https://www.reddit.com/r/XOMaCennaUnfiltered/comments/1hhi72u/dont_give_her_views_use_yewtube/
https://www.reddit.com/r/aspynovardsnark/comments/xpohm0/tip_if_youre_going_to_watch_the_videos_watch_them/;
https://www.reddit.com/r/GRBsnark/comments/1ksrgw1/psa_how_to_watch_yt_videos_without_giving_gyps/
[8] The Second Infringing Post can be accessed here:
https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/
[9] One of the H3Snark Mods states: "Most people on Reddit prefer embedded video clips within Reddit since this is the default experience and does not force users to leave the app." Dkt. No. 8, ¶ (continued).

6

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER359

b.      After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI for the Second Infringing Post (the "9/18/24 Takedown"). To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the 9/18/24 Takedown. A true and correct PDF Printout of the 9/18/24 Takedown taken just before it was submitted is attached hereto and incorporated herein as **Exhibit 54**. While the PDF printout was able to capture the majority of my analysis, it did not capture the entirety of my analysis.

16.      **The Third Infringing Post**: On November 22, 2024, I became aware of the H3Snark post: "ethan talks positively about celebrity poker tour's sponsor, a sports gambling app named fliff h3 show #83" (the "Third Infringing Post").[10] The Third Infringing Post contained a clip from the TEI video *We Play Poker w/ Ninja, Impractical Jokers, & More! – H3 Show #83* (the "H3 Show #83). The Third Infringing Post contained two comments – none of which had any critical bearing on the style or substance of the clip. The Third Infringing Post was locked by the H3Snark Mods – which meant the Third Infringing Post would not receive any further comments.

a.      In conducting my fair use analysis, I determined that the Third Infringing Post did not make a fair use of the clip from the H3 Show # 83 because: (1) the title of the Third Infringing Post merely described the contents of the clip from the H3 Show # 83 and did not provide any criticism or solicit any criticism of the clip; (2) the two comments had no critical bearing on the style or substance of the clip from the H3 Show # 83; (3) since the H3Snark Mods locked the Third Infringing Post, there were no further comments on the Third Infringing Post; (4) since there was no commentary or criticism of the clip from the H3 Show #83, any amount used was unreasonable; and (5) TEI would suffer market harm because the post could have easily provided a hyperlink to the H3 Show # 83 – which would have provided TEI advertising revenue.

216. This is false. Videos can be embedded onto Reddit using a link to the original YouTube video without having to leave the app. *See e.g.*, Dkt. No. 8, fn. 39. Further, as the H3Snark Mods admit, the practice of uploading clips directly to Reddit is a preference – not an issue of fair use.

[10] The Third Infringing Post can be accessed here: https://www.reddit.com/r/h3snark/comments/1gxfemp/ethan_talks_positively_about_celebrity_poker/

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER360

b. After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI for the Third Infringing Post (the "First 11/22/24 Takedown"). To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the First 11/22/24 Takedown. A true and correct PDF Printout of the First 11/22/24 Takedown taken just before it was submitted is attached hereto and incorporated herein as **Exhibit 55**. While the PDF printout was able to capture the majority of my analysis, it did not capture the entirety of my analysis.

17. **Fourth Infringing Post:** On November 22, 2024, I also became aware of the H3Snark post: "Ethan describes his issues with Hasan as 'personal beef'" (the "Fourth Infringing Post").[11] The Fourth Infringing Post contained a clip from the TEI video entitled *Logan Paul Posted F\*\*\*KING INSANE Cringe – H3 Show #84* ("H3 Show #84). At the time I reviewed the Fourth Infringing Post, it had been up for over two hours and had no comments (aside from an Automod post). It was clear that several individuals interacted with the Fourth Infringing Post because it had 130 up votes. Further, the H3Snark Moderators locked the post at the time – which prevented any comments. A true and correct PDF Printout of the Fourth Infringing Post at the time I reviewed it can be found on Dkt. No. 7, pp. 302-303.

a. In conducting my fair use analysis, I determined that the Fourth Infringing Post did not make a fair use of the clip from the H3 Show # 84 because: (1) the title of the Fourth Infringing Post merely described the contents of the clip from the H3 Show # 84 and did not provide any criticism or solicit any criticism of the clip; (2) since the H3Snark Mods locked the Fourth Infringing Post, there were no comments on the Fourth Infringing Post and no further comments were expected; (3) since there was no commentary or criticism of the clip from the H3 Show #84, any amount used was unreasonable; and (4) TEI would suffer market harm because the post could have easily provided a hyperlink to the H3 Show # 84 – which would have provided TEI advertising revenue.

b. After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI for the Fourth Infringing Post. To avoid any potential

---

[11] The Fourth Infringing Post can no longer be accessed.

8

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER361

claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the takedown.

c. Afterwards, I discovered that the H3Snark Mods unlocked the Fourth Infringing Post – which resulted in it receiving comments. It is unclear to me when the H3Snark Mods unlocked the Fourth Infringing Post.

18. **Fifth Infringing Post:** On November 26, 2024, I became aware of the H3Snark post: "LB says '[far leftists] hate israel because israel is backed by the west' and this can lead to antisemitism. Ethan agrees, then says freedom of religion, speech, press and to 'control what happens in your own work space' would be under state-control in communism – h3 show #85" (the "Fifth Infringing Post").[12] The H3Snark Mods locked the Fifth Infringing Post – which prevented it posts from receiving any comments.

a. In conducting my fair use analysis, I determined that the Fifth Infringing Post did not make a fair use of the clip from the H3 Show # 85 because: (1) the title of the Fifth Infringing Post merely described the contents of the clip from the H3 Show # 85 and did not provide any criticism or solicit any criticism of the clip; (2) since the H3Snark Mods locked the Fifth Infringing Post, there were no comments on the post and no further comments were expected;  (3) since there was no commentary or criticism of the clip from the H3 Show #85, any amount used was unreasonable; and (4) TEI would suffer market harm because the post could have easily provided a hyperlink to the H3 Show # 85 – which would have provided TEI advertising revenue.

b. After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI for the Fifth Infringing Post. To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the takedown. A true and correct PDF Printout of the takedown for the Fifth Infringing Post taken just before it was submitted is attached hereto and incorporated herein as **Exhibit 56**. While the PDF printout was able to capture the majority of my analysis, it did not

---

[12] The Fifth Infringing Post can be accessed here:
https://www.reddit.com/r/h3snark/comments/1h00ywo/lb_says_far_leftists_hate_israel_because_israel/

9

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE
DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER362

capture the entirety of my analysis.

19. **The Sixth Infringing Post:** On November 26, 2024, I became aware of the H3Snark post: "Lena asks Lonerbox about civilians and doesn't get a direct answer: 'It's always civilians are dying … BUT … and then theres a reason for justifying it" ("Sixth Infringing Post").[13] The Sixth Infringing Post also used a clip from H3 show #85. The H3Snark Mods locked the Sixth Infringing Post – which prevented it from receiving any comments.

a. In conducting my fair use analysis, I determined that the Sixth Infringing Post did not make a fair use of the clip from the H3 Show # 85 because: (1) the title of the Sixth Infringing Post merely described the contents of the clips from the H3 Show # 85 and did not provide any criticism or solicit any criticism of the clip; (2) since the H3Snark Mods locked the Sixth Infringing Post, there were no comments on the post and no further comments were expected;  (3) since there was no commentary or criticism of the clip from the H3 Show #85, any amount used was unreasonable; and (4) TEI would suffer market harm because the post could have easily provided a hyperlink to the H3 Show # 85 – which would have provided TEI advertising revenue.

b. After conducting my fair use analysis, I filled out Reddit's form to issue a DMCA Takedown on behalf of TEI for the Sixth Infringing Post. To avoid any potential claim for misrepresentation under 17 U.S.C. Section 512(f), I detailed my analysis in the takedown.

**THE H3SNARK MODS STRIKE BACK**

20. **Overview**: The H3Snark Mods retaliated against TEI's DMCA takedowns in multiple ways, as detailed below.

21. **The DMCA Takedown Posts:** The H3Snark Mods created community posts and megathreads attacking the DMCA takedowns, Ethan Klein (the co-owner of TEI, along with his wife Hila Klein), and myself for abusing the DMCA takedown system, including: (1) "False Copyright Strike Tracker Megathread | Ethan Klein is Abusing the Copyright System to Censor

[13]The Sixth Infringing Post can be accessed here: https://www.reddit.com/r/h3snark/comments/1h00ldy/lena_asks_lonerbox_about_civilians_and_doesnt_get/

10
DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER363

Criticism about Himself and the H3 Podcast on Reddit";[14] (2) "H3/Ethan Klein is abusing the copyright system by striking our Reddit posts that share direct links to their YouTube channel";[15] (3) "Another false copyright strike, likely from Ethan Klein abusing the copyright system in an attempt to takedown our community";[16] and (4) "CONFIRMED: Ethan Klein hired an attorney to issue copyright claims against r/h3snark." As to the last post, it was ultimately deleted by Reddit itself.[17] According to the Wayback Machine, this occurred sometime after August 6, 2025.[18]

22.    **The u/RomanPee Posts**: One of the H3Snark Mods is u/RomanPeee – who publicly admitted to being Doe No. 2 in the Complaint (including all of the identified alt-accounts). Dkt. No. 7, p. 17, ¶ 11(b). u/RomanPeee has made several public posts on the latest iteration of H3Snark, r/LeftoversH3 that: (1) advance the same arguments advanced in the Motion by the H3Snark Mods; and (2) attacking me in my professional capacity.[19] A true and correct PDF printout of u/RomanPeee admitting to being Doe No. 2 in the Complaint is attached hereto and incorporated herein as **Exhibit 57.** A true and correct printout of u/RomanPee advancing the same argument advance in the Motion and attacking me in my professional capacity is attached hereto incorporated herein as **Exhibit 58.**

23.    **Soliciting Users to Issue Counternotifications:** The H3Snark Mods also began soliciting users who created the posts subject to TEI's DMCA takedowns to issue counternotifications. For example, in the Sixth Infringing Post, a now deleted account tagged the poster and stated: "I reached out via DM to discuss how to appeal these, if you're willing to fill out the form!"[20]

---

[14] https://www.reddit.com/r/h3snark/comments/1h851se/false_copyright_strike_tracker_megathread_ethan/

[15] https://www.reddit.com/r/h3snark/comments/1fdmu80/h3ethan_klein_is_abusing_the_copyright_system_by/

[16] https://www.reddit.com/r/h3snark/comments/1h79qk3/another_false_copyright_strike_likely_from_ethan/

[17] https://www.reddit.com/r/h3snark/comments/1hvtb5v/confirmed_ethan_klein_hired_an_attorney_to_issue/

[18] https://web.archive.org/web/20250806083956/https://www.reddit.com/r/h3snark/comments/1hvtb5v/confirmed_ethan_klein_hired_an_attorney_to_issue/

[19] To illustrate u/RomanPeee's obsession with the Kleins, the following link contains all his links and posts, which illustrates the volume of posts and comments he makes about the Kleins: https://www.reddit.com/user/RomanPeee/

[20] https://www.reddit.com/r/h3snark/comments/1h00ldy/comment/m0pre0t/?utm_source=share&utm_medium=web3x&utm_name=web3xcss&utm_term=1&utm_content=share_button

11

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER364

24. **The 1/15/25 Counternotification:** On January 15, 2025, Reddit informed TEI that a so-called DMCA counternotification was issued against the both the 8/30/24 Takedown and the 9/18/24 Takedown (the "1/15/25 Counternotification"). A true and correct copy of the 1/15/25 Counternotification can be found at Dkt. No. 7, pp. 96-97.

25. **Why the 1/15/25 Counternotification was Facially Fraudulent:** The 1/15/25 Counternotification contained several indicia of being fraudulent and authored by the H3Snark Mods.

 a. First, it failed to satisfy the statutory requirements of 17 U.S.C. Section 512(g)(3) because it did not include: (1) the issuer's address and telephone number; (2) consent to jurisdiction and service of process; and (3) a statement made under penalty of perjury.

 b. Second, the 1/15/25 Counternotification covered a post and a comment authored by two different users (*i.e.*, u/obrienpotatoes and u/sarahornejewetts respectively) – yet only one individual claimed to have issued the 1/15/25 Counternotification – an individual claiming to be "Michael Anderson."

 c. Third, the text of the 1/15/25 misrepresented that the 8/30/24 Takedown was for the entire 8/28/24 Megathread and not u/sarahornejewett's comment containing a YewTube link.

 d. Fourth, the language of the 1/15/25 Counternotification indicated that it was issued by the H3Snark Mods. Examples include: (1) "We are writing to contest the removal of two posts from our subreddit under alleged copyright claims"; and (2) "We believe these reports may have been filed by fans rather than the legitimate copyright holder."[21] The second statement was particularly bizarre, as both the 8/30/24 Takedown and 9/18/24 Takedown contained my name, contact information and stated they were issued on behalf of TEI.

 e. Finally, the name of the issuer "Michael Anderson" was a generic name

---

[21] Despite denying any involvement in the 1/15/25 Counternotification (Dkt. No. 8, ¶ 118), the text of the H3Snark Mod's declaration contains nearly identical language: "At first, I suspected the DMCAs may not have even been coming from the plaintiffs [*sic*], but maybe by his fans who were trying to target the subreddit with abuse." Dkt. No. 8, ¶ 53.

12

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE
DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER365

that would make it impossible to identify the issuer.

26. **My Correspondence with Reddit Regarding the 1/15/25 Counternotification:** On January 16-17, 2025, I emailed Reddit and explained in great detail the facts and law demonstrating that the 1/15/25 Counternotification was invalid and fraudulent. On March 18, 2025 (*i.e.*, two months later), I received a response from Reddit. In its response, Reddit agreed that the 1/15/25 Counternotification was invalid and would not be honored.

27. **Reddit Refuses to Honor the 8/30/24 Takedown:** Reddit further stated that it would not honor the 8/30/24 Takedown because the 8/28/24 Megathread only linked to TEI's video on YouTube. I responded the same day and explained to Reddit that this was incorrect because the 8/30/24 Takedown explicitly stated it was directed at the comment posted by u/sarahornejewetts and contained a YewTube link. I also attached a screenshot of the comment. While Reddit never responded, the comment by u/sarahornejewetts was not restored. A true and correct copy of my email correspondence with Reddit from January 16, 2025 through March 18, 2025 is attached hereto and incorporated herein as **Exhibit 59.**

28. **The 3/18/25 Counternotification:** On March 18, 2025, I received an additional counternotification for the 9/18/24 Takedown (the "3/18/25 Counternotification"). According to the 3/18/25 Counternotification, it was issued on December 5, 2024. A true and correct copy of the 3/18/25 Counternotification can be found at Dkt. No. 7, pp. 100-101.

29. **Why the 3/18/25 Counternotification was Fraudulent:** The language of the 3/18/25 Counternotification indicated that the issuer – u/obrienpotatoes – failed to consider the four fair use factors prior to issuing the 3/18/25 Counternotification. Failure to consider the four fair use factors constitutes as misrepresentation under 17 U.S.C. Section 512(f).

a. Instead, the 3/18/25 Counternotification contained conclusory assertions demonstrating the user did not understand fair use, such as: (1) "This was an abuse of the fair use system" (which was bizarre because u/obrienpotatoes was claiming fair use, not TEI); (2) "Even so, it would still be allowed under fair use" without any explanation as to why. Rather, in a post made on April 11, 2025 on X by @obrienpotatoes1 (who claimed to be u/obrienpotatoes), the post indicated that u/obrienpotatoes only considered the

13

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER366

duration of the clip and not the other fair use factors by stating it was only "A MINUTE AND A HALF LONG CLIP."[22]

b. The language of the 3/18/25 Counternotification indicated that the H3Snark Mods worked with the issuer – u/obrienpotatoes – to draft the 3/18/25 Counternotification. The 3/18/25 Counternotification stated: "This subreddit has also been mercy to many bad faith brigades recently, so I do not believe this appeal was filed by the actual copyright owner." This was reminiscent of the sentence from the 1/15/25 Counternotification: "We believe these reports may have been filed by fans rather than the legitimate copyright holder." Additionally, this statement was particularly bizarre, as both the 8/30/24 Takedown contained my name, contact information and stated they were issued on behalf of TEI.

30. **Letter to u/ObrienPotatoes:** On March 18, 2025, I drafted and sent a letter to u/ObrienPotatoes via the email address identified in the 3/18/25 Counternotification. I explained in detail: (1) why the user failed to make a fair use; and (2) why the language of the 3/18/25 Counternotification gave rise to a claim for DMCA misrepresentation under 17 U.S.C. Section 512(f). The letter contained an offer to settle the matter for, *inter alia*, information on the H3Snark Mods. At the time I sent the letter, I was already working on the claims for contributory copyright infringement against the H3Snark Mods. Seeking the H3Snark Mods names was solely to name and serve them in the complaints and not for any other purpose.[23] A true and correct copy of my March 18, 2025 letter is attached hereto and incorporated herein as **Exhibit 60**.

31. *Dear H3 Snark, I see you*: On or around March 3, 2025, I became aware of a YouTube video posted by an account called "The Law" entitled *Dear H3Snark, I see you.* A true and correct copy of *Dear H3Snark, I see you* is located on the flash drive filed concurrently with TEI's Notice of Lodging and incorporated herein as **Exhibit 61.**[24] The video *Dear H3Snark, I see you* documents:

_____

[22] https://x.com/obrienpotatoes1/status/1910711822212067372
[23] I am aware that the H3Snark Mods attempt to impute some improper motive to the settlement request. Dkt. No. 8, ¶ 57. As demonstrated above, this is false.
[24] For convenience, I am also providing a citation to *Dear H3 Snark, I see you* on YouTube, along with pincites for each segment below. The Law, *Dear H3 Snark, I see you* (Mar. 3, 2025), *available at*: https://youtu.be/lfjbgNjo0Oc?si=oSbhB2ba5j67XGBY

14

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER367

a. The H3Snark Mods deleting posts after Ethan Klein announced plans to pursue legal action against the H3Snark Mods for harassment Ex. 61 at 1:18-1:41.[25]

b. How the H3Snark Mods abused the live chat feature on Reddit to promote harassment and defamatory statements, including promoting some of the most egregious offenders into H3Snark Mods. Ex. 61 at 2:02-4:54.[26]

c. How the H3Snark Mods use "sock puppet accounts" (*i.e.*, using a false online identity for deceptive purposes) to conceal their identities while engaging in harassment – which were deleted after Ethan Klein announced he would pursue legal action against the H3Snark Mods. Ex. 61 at 4:55-6:51.[27]

d. How the H3Snark Mods purposefully lied about the DMCA Takedowns I issued on behalf of TEI to conceal their copyright infringement and obfuscate their intent to siphon views and ad revenue away from TEI. Ex. 61 at 6:52-9:11).[28] This confirmed a great deal of my observations of H3Snark and the H3Snark Mods' conduct.[29]

32. **The "Opening our IP" Statement Did Not Result in Forfeiture:** I am also aware that the H3Snark Mods appear to take the position that TEI has forfeited all rights in TEI clips. *See* Dkt. No. 8, ¶¶ 51-53, 59. They cite a January 25, 2023 statement by Ethan that TEI was "opening [its] IP to the world" as to "clips." *See Id.* at 51.1 & fn. 43. These statements do not constitute abandonment of copyright because: (1) they do not identify a particular work; and (2) abandonment cannot occur for future works. *See Melchizedek v. Holt*, 792 F.Supp.2d 1042, 1052 (D. Ariz. 2011) ("An overt act indicating the abandonment of copyright protection in one work does not automatically result in the abandonment of copyright protection in subsequent works" and "An over act indicating an intent to abandon copyright protection in a work must be taken with respect to that particular work"). Further, acts like pursuing copyright infringement or

[25] *Id. available at*: https://youtu.be/lfjbgNjo0Oc?si=wfBy74OANSFdV7kt&t=78
[26] *Id. available at*: https://youtu.be/lfjbgNjo0Oc?si=3KDGY5UZ7du2bgn7&t=122
[27] *Id. available at*: https://youtu.be/lfjbgNjo0Oc?si=FucCAQlxFjCK4uCR&t=295
[28] *Id. available at*: https://youtu.be/lfjbgNjo0Oc?si=76UyIBzuoP1eiGQR&t=412
[29] In an attempt to malign "The Law," the H3Snark Mods accuse him of "surveilling, cyberstalking, and attempting to intimidate former and current r/H3Snark moderators." Dkt. No. 8, ¶ 161. Not only is this assertion completely unsupported, the video *H3Snark, I see you* refutes this assertion. Rather, this is a pattern by the H3Snark Mods to attack and malign anyone who criticizes them and exposes their wrongdoing.

15

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER368

DMCA takedowns bely the assertion of abandonment. *See Bell v. Moawad Group, LLC*, 326 F.Supp.3d 918, 929 (D. Ariz. 2018).

33. **The "Opening our IP" Statement Did Not Constitute a License – Let Alone an Irrevocable One:** Insofar as the H3Snark Mods claim TEI granted an irrevocable license to TEI clips. This is false. The existence of a license is governed by state contract law – which requires, offer, acceptance and consideration. *See Furie v. Infowars, LLC,* 401 F.Supp.3d 952, 968 (C.D. Cal. 2019). Assuming for the sake of argument, the aforementioned statements constituted an offer – there was no consideration paid to TEI for the use. A license only becomes irrevocable when consideration is paid to the owner. *Reinicke v. Creative Empire LLC*, 38 F.Supp.3d 1192, 1203 (S.D. Cal. 2014).

**EVENTS LEADING UP TO THE RELEASE OF *CONTENT NUKE: HASAN PIKER* AND THE H3SNARK MODS POSTS INDUCING DENIMS' INFRINGEMENT**

34. **Registration of *The Nuke***: Prior to its release, I registered TEI's video *Content Nuke: Hasan Piker* ("*The Nuke*") with the United States Copyright Office on behalf of TEI. The deposit copy I submitted was nearly identical to the version broadcast on January 31, 2025 – with the exception: (1) the broadcast version had to blur or black out certain archival footage of the hijacking of the *Galaxy Leader* ship and crew and the November 2023 release of Israeli hostages; (2) the conclusion; and (3) some minor visual edits. *The Nuke* received the registration number PAu 4-256-429. A true and correct copy of the deposit copy of *The Nuke* is located on the flash drive the H3Snark Mods submitted to this Court as **Exhibit D**. A true and correct copy of the broadcast version of *The Nuke* is located on the flash drive the H3Snark Mods submitted to this Court as **Exhibit E**.

35. **The 1/30/25 Post:** TEI originally planned to release *The Nuke* on January 30, 2025. On that date, I went on H3Snark and saw a pinned community post authored by u/jewettornesarah on behalf of the H3Snark Mods (the "1/30/25 Post"). At the time, 1/30/25 Post was located at the very top of H3Snark and immediately visible to anyone visiting H3Snark. A true and correct PDF printout of the 1/30/25 Post is located at Dkt. No. 7, p. 103 and incorporated herein.

16

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

36. **The Countdown Episode:** On January 31, 2025, TEI preceded the release of *The Nuke* with a podcast episode entitled *The H3 Show # 104: Countdown to Doomsday* ("Countdown Episode"). The Countdown Episode began at approximately 12:24 p.m. PST. The Countdown Episode was set to finish immediately before the release of *The Nuke* at 1:30 p.m. PST. A true and correct copy of the Countdown Episode is located on the flash drive the H3Snark Mods submitted to this Court as **Exhibit F**.

37. **Registration of the Countdown Episode**: After its release, I registered the Countdown Episode with the United States Copyright Office. The Countdown Episode received the registration number PAu 4-257-253.

38. **The First 1/31/25 Post:** After the release of *The Nuke*, I visited the H3Snark subreddit again and saw a community post authored by u/h3snarkmodteam on behalf of the H3Snark mods entitled: "DENIMS is LIVE reacting now to today's H3 podcast episode and the 'content nuke' video Ethan is publishing in about an hour" (the "First 1/31/25 Post").

   a. At the time, the First 1/31/25 Post was located at the very top of H3Snark and immediately visible to anyone visiting H3Snark. A true and correct PDF printout of the First 1/31/25 Post is located at Dkt. No. 7 at p. 133 and incorporated herein.

   b. The First 1/31/25 Post contained a hyperlinked image of Denims. Upon clicking the image, I was taken directly to the Twitch page of Alexandra Marwa Saber p/k/a Denims ("Denims"). Upon being taken to Denims' Twitch page, I could view her broadcast of *The Nuke*. No other step was required to view Denims' broadcast of *The Nuke*. This is because Twitch streams are accessible from the Twitch streamer's homepage. A true and correct PDF printout of Denims' homepage after clicking the hyperlinked picture and showing her broadcasting her "watch party" of *The Nuke* is attached hereto and incorporated herein as **Exhibit 62**.[30]

39. **The Second 1/31/25 Post:** Upon discovering the First 1/31/25 Post, I found another community post authored by u/h3snarkmodteam on behalf of the H3Snark mods entitled:

[30] I am aware that the H3Snark Mods claim the links in the 1/30/25 post and both the First 1/31/25 Post and Second 1/31/25 Post (collectively, the "1/31/25 Posts") did not link to "any specific video or stream. This is addressed more fully in Paragraph 40 below.

17

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER370

"Ethan Klein's Content Nuke on Hasan Piker | H3 Snark Megathread" (the "Second 1/31/25 Post").

a.     At the time, the Second 1/31/25 Post was located at the very top of H3Snark and immediately visible to anyone visiting H3Snark. A true and correct PDF printout of the Second 1/31/25 Post is located at Dkt. No. 7 at p. 116 and incorporated herein.

b.     The Second 1/31/25 Post contained a list of various streamers who were broadcasting *The Nuke*. Denims' name was at the top of the list with a hyperlink next to her name. Upon clicking the hyperlink next to Denims' name, I was taken directly to Denims' Twitch page where I could view her broadcast of *The Nuke*. No other step was required to view Denims' broadcast of *The Nuke*. The same held true for the links to other Twitch streamers on the list.[31] Exhibit 62 accurately depicts what I saw when I clicked the link next to Denims' name in the Second 1/31/25 Post.

c.     Recently, I independently discovered that the H3Snark Mods put a hyperlink to *The Nuke* in the Second 1/31/25 Post. The hyperlink was contained in the letter "i" in the word "this" in the phrase "Places to watch reactions to this video." Due to how hidden the hyperlink was, I did not observe it prior to filing the complaint in the present action. I have tried to recreate creating a hyperlink of the letter "i" in the word "this" and found it exceedingly difficult and requiring deliberate precision because it is so small. I found it far easier to hyperlink the whole word "this" or words "this video." For this reason, u/h3snarkmodteam's testimony that the size of the hyperlink was an accident seems completely implausible, but rather a deliberate attempt to provide an excuse that *The Nuke* was hyperlinked in the Second 1/31/25 Post.

40.     **False Assertion by the H3Snark Mods on Hyperlinks in the Three Posts:** I am aware that the H3Snark Mods claim the links in the 1/30/25 post and both the First 1/31/25 Post

---

[31] The H3Snark Mods point to megathreads about *The Nuke* on other subreddits – such as r/youtubedrama – to justify the Second 1/31/25 Post. *See* Dkt. No. 8, ¶ 44, fn. 39. The r/youtubedrama post is materially different than any of the posts made by the H3Snark Mods. First, an embedded version of *The Nuke* from the h3h3Productions channel on YouTube is prominently displayed in the r/youtubedrama post. Second, the r/youtubedrama post did not contain links to "watch parties" of *The Nuke*.

18

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER371

and Second 1/31/25 Post (collectively, the "1/31/25 Posts") did not link to "any specific video or stream." This is false. A Twitch streamer's live broadcast to the public is only available on their home page. Videos of prior streams (known as VODs) have a specific designated URL. As Exhibit 62 demonstrate, the PDF was of https://www.twitch/tv/denims. This demonstrates that Denims' "watch party" was being broadcast from her homepage.

**DENIMS' JANUARY 31, 2025 WATCH PARTY OF THE COUNTDOWN EPISODE AND _THE NUKE_**

41. **Denims' Watch Party:** As previously mentioned, Denims hosted a "watch party" of the Countdown Episode and _The Nuke_ on January 31, 2025 (the "Watch Party"). The entirety of Denims' broadcast on January 31, 2025 was over ten hours. Due to the size the video file, the video of Denims' January 31, 2025 broadcast was submitted to the Court in two parts. A true and correct copy of part 1 of Denims' January 31, 2025 broadcast is located on the Flash Drive the H3Snark Mods submitted to this Court as **Exhibit J** and is incorporated herein. A true and correct copy of part 2 of Denims' January 31, 2025 broadcast is located on the Flash Drive the H3Snark Mods submitted to this Court as **Exhibit K** and is incorporated herein.

42. **Denims' Described her Watch Party as a Watch Party:** Exhibit 62 also accurately captures the title of Denims' January 31, 2025 stream: "ETHAN KLEIN HASAN CONTENT NUKE WATCH PARTY THIS IS NOT A DRILL." _See_ Ex. 62. In other words, Denims described her use of _The Nuke_ as a Watch Party and not a commentary.

43. **Overview of My Fair Use Analysis of Denims' Watch Party:** I conducted a thorough fair use analysis of Denims' Watch Party of the Countdown Episode and _The Nuke_ (collectively, the "Works"). I drafted notes that included timestamps summarizing: (1) when the Works played uninterrupted; and (2) when Denims said anything and summarized what she said. One thing I noted is that when Denims did speak, she frequently paused or was silent as she thought of what to say. Denims speech patterns were also very slow and drawn out. In other words, when she did speak, not much was said. The law I utilized for my analysis and led me to my conclusion that Denims did not make a fair use of the Works is contained in Dkt. No. 1, pp. 52:27-58:9.

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER372

44.     **Overview of Analysis as to Denims' Use of the Countdown Episode:** As to the Countdown Episode, I noted that Denims was silent for the vast majority of her "Watch Party" of the Countdown Episode. Further, Denims even let the Countdown Episode play to an empty chair for several minutes. Due to the dearth of commentary on the Countdown Episode by Denims, her use of nearly the entire Countdown Episode was manifestly unreasonable. Moreover, her use was highly commercialized due to statements she made during her "Watch Party" – particularly using the Countdown Episode to promote her "Watch Party" of *The Nuke*. Additionally, since Denims streamed the Countdown Episode concurrently with the original broadcast, it siphoned viewers away from the original because people would not watch both at the same time. Further, during Denims' "Watch Party," she received numerous donations, paid subscriptions, bits and advertising revenue. Therefore, I concluded that under no circumstances did Denims make a fair use of the Countdown Episode. A more detailed version of my analysis of Denims' use of the Countdown Episode is located at Dkt. No. 7, pp. 58:10-61:6.

45.     **Overview of Analysis as to Denims' Use of *The Nuke*:** Denims began her "Watch Party" of *The Nuke* one minute after TEI released it to the public. I noted that Denims frequently let *The Nuke* play for 30 seconds or more without interruption or commentary. Frequently, she would play a long portion of *The Nuke* that eclipsed the brief statements she would make. A significant portion of Denims statements had no critical bearing on the style or substance of *The Nuke* as well. Critically, Denims failed to provide comments on a significant portions of *The Nuke*. Below is a summary of some of the most glaring omissions. A more detailed version of my analysis of Denims' use of *The Nuke* is located at Dkt. No. 7, pp. 61:7-88:28.

a.      During the Prologue of *The Nuke*, Denims failed to address: (1) Ethan's criticism of Hasan Piker's takes on Russian and Chinese imperialism and genocide, particularly the annexation of Crimea and the genocide of the Uyghurs; (2) the torrent of antisemitic comments Ethan received from Hasan's chat during their discussion in November 2023; (3) the primary difference of opinion between Ethan and Hasan Piker ("Hasan") on the Israel-Palestine conflict; (4) footage showing Hasan supporting terrorism

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER373

and expressing hatred of liberals; and (5) Ethan's concern that Hasan radicalized TEI's audience;

b.      During the Twitch parody sketch, Denims failed to provide almost any commentary whatsoever;

c.      During the section concerning Hasan's support of Ansar Allah a/k/a The Houthis, Denims failed to address the majority of points raised in this section, including: (1) Ethan's criticism of Houthi atrocities, namely recruiting child soldiers, shelling and blocking aid to civilians, ruining agricultural land, oppression of women and slavery, including how this contradicts leftist values; (2) how Hasan violated Twitch's community guidelines by promoting and glorifying Houthi propaganda to the Twitch streamer Nick Polom ("Nick"), including footage of a Houthi music video and the hijacking of the *Galaxy Leader* ship and crew; (3) Ethan's criticism of Hasan's glorification of another Houthi music video and its juxtaposition to the Miami Boys Choir singing "Yerushalim"; (4) the majority of Ethan's criticisms of Hasan holding himself out as a journalist and of his interview of the Houthi Rashid Al-Haddad a/k/a Tim "Houthi" Chalamet ("Al-Haddad"); (5) the evidence demonstrating that Al-Haddad is a member of the Houthis; and (6) how Hasan uses genocide to deflect criticism.

d.      During the section concerning Hasan's support of Hezbollah and its former leader Hassan Nasrallah, Denims failed to address key points, such as: (1) Ethan's criticisms of Hebollah's atrocities, including how this contradicts leftist values; (2) the majority of Ethan's criticism of Hasan attempting to radicalize Nick; and (3) Hasan's apologia for Hezbollah.

e.      During the section concerning Hasan's support for Hamas, Denims failed to address key points, such as: (1) Ethan's criticism of Hamas' atrocities and its leaders, along with how this contradicts leftist values; (2) Ethan's criticisms of Hasan glorifying Hamas propaganda; and (3) Ethan's thesis on how to achieve peace in the Israel-Palestine conflict.

f.      During the section discussing how Twitch and its CEO Dan Clancy enable

21

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER374

Hasan, Denims failed to address: (1) Clancey's ineffectiveness as a CEO and forcing Twitch employees to participate in Hasan's "Happy Birthday" video; (2) Ethan's criticism of the Twitch streamer Morgan Kamal Majed p/k/a Frogan ("Frogan") purity testing of the online content creator and streamer Ludwig Aghren; (3) the reasons why the racial tier list at TwitchCon 2024 made Ethan uncomfortable; (4) Clancey banning people asking him about antisemitism during the Q&A session; (5) Twitch re-platforming and hiring antisemites; and (6) Twitch's biased and inconsistent enforcement of its Community Guidelines.

46.    **Denims' Watch Party was the Pinnacle of her Streaming Career:** Denims' "Watch Party" of *The Nuke* received the highest number of concurrent viewers (*i.e.*, viewers watching at a single point in time) in her entire streaming career – more than 45,000. Since Denims broadcast her "Watch Party" one minute after *The Nuke's* release, these individuals watched Denims' Watch Party in lieu of *The Nuke* itself. A true and correct screenshot of Denims' Twitch channel statistics from the website Twitch Tracker is attached hereto and incorporated herein as **Exhibit 63**.

47.    **Degree of Commercialization:** On 174 separate occasions, Denims received paid subscriptions, donations and paid bits during her "Watch Party" of *The Nuke*. Upon receiving a subscription, donation or paid bits, a notification and message would play in the background.

48.    **Denims' Admissions to Siphon Views during Her Watch Party:** Upon examining Denims' "Watch Party," I determined that she did not make a fair use of *The Nuke* either. In addition to the analysis provided above, Denims made multiple statements indicating her intent was to host a "watch party" that provided a substitute for *The Nuke* and siphon as many viewers as possible away from the original and to herself. Her intent to siphon as many views as possible was emphasized by streaming her "Watch Party" of *The Nuke* one minute after its release – when the public interest in *The Nuke* was at its greatest. Below is a summary of those statements.

a.    The title of her stream was: "ETHAN KLEIN HASAN CONTENT NUKE WATCH PARTY THIS IS NOT A DRILL." Ex. 62

22

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER375

b. Prior to her Watch Party, Denims stated: "If you want to watch it, you know, come enjoy the watch party somewhere else." Ex. K at 23:40-47. Additionally, Denims read a message from her chat stating: "We're relying on you to stay live so we don't give more views to the Nuke" – to which Denims replied: "Yeah, I'm going to. I'm going to stream it since he confirmed it's coming out today. We're going to stream it." Ex. J at 4:48:38-4:48:48.

c. Prior to and throughout her Watch Party of *The Nuke*, Denims prominently displayed the chyron "Watching Hasan Content Nuke From Ethan Klein." Ex. K beginning at 1:15:03.

d. During her Watch Party, Denims responded to a chatter by stating: "Unfortunately, we are watching the Ethan Nuke." Ex. K at 2:06:09-23.

e. Immediately after her watch party, Denims stated: "Well guys, if you enjoyed not giving any views to that terrible video, follow, subscribe, throw a prime, if you like the content if you enjoyed your time here. … I appreciated you guys tuning in with me because, I'm going to be honest, I did not want to *watch* that by myself."[32] Ex. K at 5:07:45-5:08:09.

f. The day after her Watch Party, Denims stated: "And I know all of those people didn't want to give the video another view. Which is why they watched it with me." A true and correct copy of a clip from Denims' February 1, 2025 broadcast is located on the Flash Drive the H3Snark Mods submitted to this Court as **Exhibit L** and is incorporated herein.

49. **The Denims vs. Jay Exci Copyright Debate:** Afterwards, I became aware of a February 6, 2022 video entitled *Jay Exci vs. Denims CLASH in Contentious DEBATE! – Hasan/React Streamer Debate* (the "Debate Video"). In the Debate Video, Denims made several damning statements about her personal perception on the unauthorized use of copyright content. In the debate, she acknowledges her reactions siphon views away from the original. Denims' statements from three years prior were fully consistent with how she conducted her Watch Party

[32] A "prime" refers to a free paid subscription to a Twitch channel provided by Amazon Prime.

23

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER376

of the Works three years later. A true and correct copy of the Debate Video is located on the Flash Drive filed concurrently with TEI's Notice of Lodging and incorporated herein as **Exhibit 64.**[33]

50. **Denims' Admissions During the Debate Video**: Denims made numerous admissions during the Debate Video demonstrating that she knew her watch parties were not a fair use and siphoned views away from the original, as discussed below:

a. Early on in the debate, Denims acknowledges that she uses third-party content as "filler" and that it siphons views away from the original: "I just want to be clear on my opinion on, like, filler content and stuff. Like, I think filler content … you shouldn't do it. I know I do it as a react streamer. And I try to do it only with Vox videos or Vice videos (and stuff like that) because I'm not, like, directly ripping from one content creator and not like a whole team and stuff. And most of those videos have, like, five million views. I only get, like, 500 viewers. Likely, I'm not even going to be taking out, I'm taking may 50 views from the video. It's a lot harder to feel, like, I guess bad about that." Ex. 64 at 8:50-9:18.[34]

b. Shortly thereafter, Denims accepts her own bias in the situation and her desire to use third-party content: "Maybe I'm coping, because I'm a reactor and I want to have that content." Ex. 64 at 9:42-9:45.[35]

c. Later in the debate, Denims sets forth her theory to justify a "group viewing session" of third-party content: that Twitch streamers are "curators" that provide a "communal" experience of watching content with their audience who do not want to take the time to find YouTube content on their own.

i. "You know, I'm sure if you click on a random part of the video, I might not be saying anything – sure, whatever – I might walk away from the screen. But it's about, like the communal thing. … It's not about the actual show at

---

[33] For convenience, I am also providing a citation to the Debate Video on YouTube, along with pincites for each statement. Chud Logic, *Jay Exci vs. Denims CLASH in Contentious DEBATE!* (Feb. 6, 2022), *available at*: https://youtu.be/Y1elepqFtWg?si=8c3s8LsNHSoLP-Ex
[34] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=2tZ8ei4KQeZIsVIk&t=530
[35] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=5LbAU9g6URr4uzg_&t=582

24

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER377

a certain point. It's like, oh, it's the same reason you watch shows with your friends. You want to watch it with other people, right." Ex. 64 at 28:06-28:27.[36]

ii.      "I think when it comes to streamers on Twitch, a lot of people go watch streamers on Twitch for their react content almost as a curator. So, they don't actually want to go through YouTube themselves and watch a bunch of videos. And they probably never will go through YouTube and click a bunch of videos. They like going to Twitch because they like to have it as, like, this streamer is curating fun content that I want to watch." Ex. 64 at 28:52-29:18.[37]

iii.      "I think that, like, people who are watching content on Twitch – curated Twitch content on Twitch – aren't necessarily people that would be watching content on YouTube." Ex. 64 at 30:18-28.[38]

iv.      "A lot of the time, the reason that they go and watch react streamers is because they don't want to have to do the effort of going and scrolling through YouTube and clicking on recommends. Ex. 64 at 36:33-36:42.[39]

v.      "The people who watch Twitch content are specifically there to watch it so they don't have to scroll through YouTube and find a video that they like." Ex. 64 at 37:01-37:08.[40]

d.      Denims, however, ultimately concedes that, when a viewer watches content "curated" by a Twitch streamer, it serves as a substitute for the original:

i.      "There's no point of watching something a second time. You already watched it. Maybe, like, if you're watching it with some other people or something or it's been a long time, you might re-watch the video. But once you watch the video in one place, it's pretty unlikely that you're going to go back and watch it again." Ex. 64 at 30:00-30:13.[41]

ii.      "If someone watches content on someone else's stream, there is a

[36] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=s4xRfDF2WpmLNlIE&t=1685
[37] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=ImbkVHwTWzdQ0cBZ&t=1732
[38] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=6qJFdieFrwoCl6gx&t=1818
[39] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=h4DnTSuDemVKVkZD&t=2193
[40] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=RkcXxa6Jet4jAqXc&t=2221
[41] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=JYO-cOzoJKek-jn7&t=1800

25

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE
DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER378

very low likelihood that they're going to go watch it separately and give you the view or the like." Ex. 64 at 36:00-36:13.[42]

51.      **Why I Did Not Request the 1/31/25 Posts be Taken Down:** I did not issue a DMCA takedown of the 1/31/25 Posts because I did not want to expose TEI to a claim of misrepresentation under 17 U.S.C. Section 512. Legally, anyone issuing a DMCA takedown must review the secondary use in its entirety before being able to form a subjective good faith belief regarding fair use. Therefore, for purposes of 17 U.S.C. Section 512, I was unable to issue a DMCA takedown notice before fully reviewing Denims' Watch Party. Additionally, I have an anonymous Reddit account and I do not comment or post whatsoever. Therefore, I did not message the H3Snark Mods to take down the 1/31/25 Posts because it would have been incredibly difficult to confirm my identity to them. Afterall, I had issued DMCA takedowns and they repeatedly believed I was a rogue fan instead of counsel for TEI.

**THE H3SNARK MODS PROMOTED OTHER WATCH PARTIES IN THEIR 1/30/25 POST AND 1/31/25 POSTS THAT INFRINGED TEI'S COPYRIGHTS**

52.      **The H3Snark Mods Promoted Other Watch Parties:** In the 1/30/25 Post and 1/31/25 Posts, the H3Snark Mods also promoted "watch parties" of *The Nuke* by other online streamers – primarily on Twitch – with similar links to their broadcasts. *See* Dkt. No. 7, pp. 103, 116, 136-137. Two of the individuals on the list made uses of *The Nuke* very similar to Denims' uses of The Works: (1) Frogan (*i.e.*, Morgan Kamal Majed); and (2) Casey Caviness p/k/a Kaceytron ("Kaceytron").

53.      **Kaceytron's Watch Party:** Kaceytron's "watch party" of *The Nuke* was the most egregious. Similar to Denims, Kaceytron began her "watch party" 13 minutes after *The Nuke* was released. Like Denims, Kaceytron made statements that she expressly intended to siphon views away from TEI to herself. Specifically, immediately prior to "reacting" to *The Nuke*, Kaceytron stated: "I know a lot of people have been wanting to watch this without necessarily supporting Ethan Klein. So, we're going to watch it." Even worse than Denims, Kaceytron was silent for the vast majority of her "watch party" of *The Nuke*. Indeed, Kaceytron spent more time smoking

[42] *Id. available at*: https://youtu.be/Y1elepqFtWg?si=So3Qlmqr12rMupT_&t=2160

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER379

marijuana during the stream than speaking – let alone saying anything about *The Nuke.* TEI has sued Kaceytron for her direct infringement and the H3Snark Mods for contributing to that infringement in an action pending in the Western District of Missouri entitled *Ted Entertainment, Inc. v. Caviness et al.* (Case No. 4:25-cv-459-BCW) (the "Kaceytron Action"). A true and correct copy of the Complaint in the Kaceytron Action and the accompanying documentary exhibits is located at Dkt. No. 7, p. 249-340. A true and correct copy of Kaceytron's January 31, 2025 watch party of *The Nuke* is located on the Flash Drive concurrently submitted with TEI's Notice of Lodging and incorporated herein as **Exhibit 65**.

54.    **Frogan's Watch Party:** Frogan's watch party of *The Nuke* also failed to make a fair use. Like Denims, Frogan began her "watch party" of *The Nuke* one minute after its release. Like Denims, Frogan made multiple statements both prior and during her watch party expressly stating that she intended to siphon views away from *The Nuke* to herself. *See* Dkt. No. 7, pp. 189-190. Like Denims, Frogan watched long, unadulterated portions of *The Nuke* uninterrupted and without comment on numerous occasions that totaled over 70% of *The Nuke*. *Id.*, at 191-193. Like Denims did with the Countdown Episode, Frogan let *The Nuke* play uninterrupted while she was offscreen for 1:52 minutes and was practically silent for an additional 1:03 minutes. *Id.* at 193. Frogan's "commentary" was so lacking that she even began reading chats complaining about her lack of commentary. *Id.* at 195-196. TEI has sued Frogan for direct infringement and the H3Snark Mods for contributing to that infringement in an action pending in the Central District of California entitled *Ted Entertainment, Inc. v. Majed et al.* (Case No. 2:25-cv-5565-JFW-MAA) (the "Frogan Action"). A true and correct copy of the Complaint in the Frogan Action with its accompanying documentary exhibits is located at Dkt. No. 7, pp. 144-247 and incorporated herein. A true and correct copy of Frogan's January 31, 2025 "watch party" of *The Nuke* is located on the Flash Drive concurrently submitted with TEI's Notice of Lodging and incorporated herein as **Exhibit 66**.

55.    **Why TEI Pursued Copyright Infringement Claims Against Denims, Kaceytron and Frogan:** While many other individuals "reacted" to some or all of *The Nuke*, Denims, Kaceytron and Frogan were the only individuals that we discovered: (1) hosted their

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER380

"watch parties" of *The Nuke* immediately or mere minutes after its release when interest in watching *The Nuke* would be at its greatest; and (2) made statements expressly stating they intended to siphon views away from the original.

56. **Why TEI Did Not Pursue Copyright Infringement Claims Against xQc:** I am aware the H3Snark Mods point to TEI's declination to pursue legal action against Felix Lengyel p/k/a xQc ("xQc") for his reaction to *The Nuke*. *See* Dkt. No. 8, ¶¶ 23-31. xQc's use of *The Nuke* was materially different than Denims, Frogan and Kaceytron in two key respects. First, xQc's reaction to *The Nuke* occurred six hours after *The Nuke's* release – which provided viewers ample opportunity to watch the original beforehand. Since Denims, Frogan and Kaceytron hosted their "watch parties" immediately upon the release of *The Nuke*, viewers of these "watch parties" did not have an opportunity to watch the original beforehand. Consequently, they were far more likely to watch the "watch parties" hosted by Denims, Frogan or Kaceytron in lieu of the original. Second, unlike Denims, Frogan and Kaceytron, xQc did not make statements expressing malicious intent to siphon views away from the original. Denims, Frogan and Kaceytron made such statements and acted in a manner consistent with those statements.

**TEI SIGNIFICANTLY NARROWS THE SCOPE OF THE SUBPOENAS AND ATTEMPTS TO ADDRESS THE H3SNARK MODS CONCERNS DURING THE MEET AND CONFER PROCESS WITH THEIR COUNSEL**

57. **Service of Subpoena:** On August 4, 2025, I served a subpoena on Reddit, Inc. (the "Reddit Subpoena") and a subpoena on Discord, Inc. (the "Discord Subpoena"). A true and correct copy of the Reddit Subpoena can be found at Dkt. No. 7, pp. 385-397 and is incorporated herein. A true and correct copy of the Discord Subpoena can be found at Dkt. No. 7, pp. 399-410.

58. **The H3Snark Mods Counsel Contacts Me and I Immediately Respond:** On August 4, 2025 (*i.e.*, the same day I served the Reddit Subpoena and Discord Subpoena (collectively, the "Subpoenas"), I received an email from counsel for the H3Snark Mods requesting: (1) copies of the Subpoenas; and (2) a time to meet and confer regarding the H3Snark Mods' motion to quash. A few minutes later, I responded to the H3Snark Mods email. I attached the Subpoenas and offered to provide any other documents or video exhibits counsel required. I

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER381

also offered to meet and confer on August 6, 2025 in the afternoon. I also requested to know the grounds for the motion to quash. A true and correct copy of my email correspondence with counsel for the H3Snark Mods from August 4, 2025 through September 15, 2025 is attached hereto and incorporated herein as **Exhibit 67.**

59.     **Providing the H3Snark Mods All the Court Filings and Exhibits:** On August 5, 2025 , counsel for the H3Snark Mods sent me a Sharefile link to upload the video file exhibits to the complaint. Additionally, the H3Snark Mods' counsel offered to meet and confer on August 6, 2025 at 2:00 p.m. Counsel also provided, in brief, the grounds for the Motion. A few minutes later, I informed counsel for the H3Snark Mods that the video files were currently being uploaded and confirmed August 6, 2025 at 2:00 p.m. for the meet and confer.

60.     **The First Meet and Confer:** On August 6, 2025 at 2:00 p.m., I conducted a meet and confer via video conference with counsel for the H3Snark Mods. During the meet and confer, I was very transparent about TEI's arguments in opposition to the motion. It quickly became apparent to me that the meet and confer was premature because my questions about the motion were frequently met with silence. Since I wanted to conduct a meaningful and substantive meet and confer, I decided it was best to adjourn the meet and confer to August 19, 2025 (because this was the day after Reddit and Discord would have to file their objections to the Subpoenas). Counsel for the H3Snark Mods agreed to reconvene on August 19, 2025.

61.     **Addressing Some of the H3Snark Mods' Concerns During the First Meet and Confer:** During the meet and confer, I did try to ameliorate some of the H3Snark Mods concerns. I offered to have TEI execute a declaration that was analogous to 17 U.S.C. Section 512(h)(2)(C) – *i.e.*, represent that the H3Snark Mods' identities would only be used for purposes of the Denims Action, the Frogan Action and the Kaceytron Action. I also promised to grant the H3Snark Mods reasonable extensions to file their motion to quash and would inform Reddit and Discord to abstain from responding to the Subpoenas until the motion to quash was decided.

62.     **Memorialization Email:** Shortly after the meet and confer on August 6, 2025, I sent counsel for the H3Snark Mods an email memorializing what we discussed during our meet and confer.

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER382

63.     **Ironing Out Scheduling:** From August 12-18, 2025, counsel for the parties discussed scheduling for the meet and confer and the motion to quash.

64.     **Reddit Objects; Discord Does Not:** On August 18, 2025, I received Reddit's objections to the Reddit Subpoena. I did not receive any objections from Discord.

65.     **Informing the H3Snark Mods Counsel of Reddit's Objection:** On August 19, 2025, I informed counsel for the H3Snark Mods about: (1) Reddit's objections and provided them with a copy of the objections; (2) my attempts to schedule a meet and confer with Reddit's counsel; and (3) Discord's lack of objection to the Discord Subpoena. I recommended that we continue the meet and confer until after I spoke with Reddit's counsel – to which counsel for the H3Snark Mods agreed. Shortly thereafter, I informed counsel for the H3Snark Mods that I would be meeting and conferring with Reddit's counsel on August 21, 2025.

66.     **Meet and Confer with Reddit:** On August 21, 2025, I conducted my meet and confer with counsel for Reddit. Since the H3Snark Mods would be filing a motion to quash, Reddit elected not to intervene (at least not at this time) and would await the outcome of the H3Snark Mods' motion to quash.

67.     **Informing the H3Snark Mods Counsel of the Outcome of the Meet and Confer with Reddit:** Immediately thereafter, I informed counsel for the H3Snark Mods about what transpired during the meet and confer with Reddit. Counsel for the H3Snark Mods and I agreed to reconvene our meet and confer on August 28, 2025.

68.     **The Second Meet and Confer:** On August 28, 2025, counsel for the H3Snark Mods and I conducted another meet and confer via video conference. When I asked questions to learn more about the H3Snark Mods' arguments, the information I received was very limited. I recognized that the transparency I offered on TEI's positions and arguments would not be reciprocated. I moved on to discussing ways the H3Snark Mods' concerns could be addressed.

69.     **Further Concessions Made at the Second Meet and Confer:** I stated that TEI and its employees (including Ethan and Hila Klein) would not publicly reveal the names of H3Snark Mods and would not address them in their individual capacity – so long as the H3Snark Mods reciprocated and avoided a situation when the Kleins had to defend themselves. I also

30

SER383

attached the letter I intended to send to Discord and obtain approval for sending it out. I also agreed: (1) to narrow the subpoena to be more narrowly tailored and would provide those terms the following day; and (2) to extend the deadline for the H3Snark Mods to file their motion to quash from September 4, 2025 to September 12, 2025. Counsel for the H3Snark Mods responded shortly thereafter to request an extension to September 15, 2025 – to which I promptly agreed. I also promised counsel for the H3Snark Mods that, if Discord did comply with the subpoena, I would not review the documents and notify the H3Snark Mods' counsel.

70.    **Stipulation to Narrow Scope of the Subpoenas:** Later that evening, I sent counsel for the H3Snark Mods the language for the proposed stipulation to narrow the Subpoenas, including: (1) that the Subpoenas would not encompass communications protected by the Stored Communications Act; (2) that the phrase "All DOCUMENTS and COMMUNICATIONS" would be narrowed to only encompass the personal identifying information itself; and (3) Discord and Reddit shall only provide the personal identifying information of those individuals authorized by the Court.

71.    **Representations by Counsel and Whether They Were Fulfilled:** On September 9, 2025, counsel for the H3Snark Mods informed me, *inter alia*, that (1) counsel's clients would not publicly discuss TEI or its employees and make this representation in their declarations;[43] (2) that counsel did not represent u/RomanPeee;[44] and (3) counsel's clients would not agree for their identities to be disclosed to TEI, Ethan Klein or Hila Klein, even under a protective order, and would seek an "attorneys' eyes only" designation for their identities and personal identifying information.[45]

72.    **The H3Snark Mods Request an Extension, Which Was Granted:** Counsel for the H3Snark Mods also requested an extension to file the Motion until September 22, 2025. I

---

[43] This ultimately turned to be incorrect as none of the H3Snark Mods made this representation in their declarations.

[44] Initially, I took the H3Snark Mods' counsel's representation of not representing u/RomanPeee at face value. After having reviewed the Motion and the H3Snark Mods' declarations, I now have doubts. I do not impute counsel making a knowing misrepresentation to me. Rather, I believe the H3Snark Mods have misrepresented their identities to counsel – particularly in light of the numerous other misrepresentations contained in their declarations.

[45] The representation ultimately proved to be false – as the H3Snark Mods have requested that only the Judge know the H3Snark Mods' identities.

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER384

responded shortly thereafter and agreed to the extension. Additionally, counsel for the H3Snark Mods spoke with me telephonically on September 9, 2025 to address various logistical issues.

73.     **Further Concessions to Narrow the Scope of the Subpoenas:** On September 10, 2025, I offered to narrow requests 15-16 in the Reddit subpoena to only request information on H3Snark Mods who were moderators of H3Snark on January 31, 2025, instead of January 1, 2025 through February 28, 2025. On September 15, 2025, counsel for the H3Snark Mods rejected this offer.

74.     **Summary of Concessions:** To summarize, TEI has: (1) significantly narrowed the scope of the Subpoenas; and (2) agreed to not discuss the H3Snark Mods publicly (including disclosing their names or addressing them as individuals), so long as they abided by the same terms – as this would remove the need for TEI and employees to publicly defend themselves. Further, if necessary, Ethan Klein is willing to publicly encourage TEI audience to refrain from contacting the H3Snark Mods in any manner. Additionally, as of this filing, neither Ethan nor Hila Klein (nor any other TEI employee for that matter) have publicly discussed the Motion or the H3Snark Mods whatsoever.

**NECESSITY FOR THE SUBPOENAS AND THE PERSONAL IDENTIFYING INFORMATION OF THE H3SNARK MODS**

75.     **TEI's Sole Purpose for the Subpoenas:** TEI's sole purpose for seeking the personal identifying information of the H3Snark Mods is to pursue the claims for contributory infringement alleged in the complaints of the Denims Action, the Frogan Action and the Kaceytron Action. Neither TEI nor its owners have any intention to pursue any other claim against the H3Snark Mods at this time.[46]

76.     **Necessity for Subpoenas:** If TEI is unable to obtain the personal identifying information of the H3Snark Mods, it will be unable to pursue the claims of contributory infringement alleged against the H3Snark Mods in the complaints in the Denims Action, the Frogan Action and the Kaceytron Action.

[46] The H3Snark Mods assert that the subpoena seeks information on individuals who were "never even moderators on r/h3snark at all." Dkt. No. 8, ¶ 102. The H3Snark Mods do not specify which accounts identified in the subpoenas are not H3Snark Mods whatsoever.

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER385

77.    **No Alternative Means Exist to Obtain the Information:** No alternative means exists to obtain the personal identifying information of the H3Snark Mods. TEI has retained a private investigator to obtain such information. To date, that investigation has been unsuccessful. TEI was able to find information on an informant within the H3Snark Mods – which provided many (but not all) of the Reddit and Discord usernames alleged in the complaints in the Denims Action, the Frogan Action and the Kaceytron Action. The informant, however, did not know any of the H3Snark Mods' actual identities. TEI has exhausted its options and has no alternative but to subpoena such information from Reddit and Discord.

78.    **Why the Proposed Protective Order is Not Workable:** I am aware that the H3Snark Mods have requested, in the alternative, a protective order whereby only the judge would know the identities of the H3Snark Mods. This would severely hamper my ability to properly prosecute TEI's claims and curtail the information I could obtain in discovery.

**ADDRESSING MISCELLANEOUS ASSERTIONS BY THE H3SNARK MODS**

79.    The H3Snark Mods make numerous references to disputes between Ethan Klein and Ryan Kavanaugh that must be addressed. Dkt. No. 8, ¶¶ 84-86, 199, 239. As a threshold matter, the H3Snark Mods conflate four different disputes. These four disputes, in the order in which they were initiated, are (1) a copyright action entitled *Triller Fight Club II LLC v. The H3 Podcast et al.* (C.D. Cal. Case No. 2:21-cv-03942-JAK-KS) (the "Copyright Action"); (2) a tortious interference action entitled *Triller, LLC v. Ted Entertainment, Inc. et al.* (Los Angeles Superior Court Case No. 21SMCV01225 (the "Tortious Interference Action"); (3) an uniform dispute resolution program dispute entitled *Kavanaugh v. Proxy Protection LLC et al.* (WIPO Case No. D2022-0056) (the "UDRP Action"); and (4) a defamation case entitled *Kavanaugh v. Klein et al.* (Los Angeles Superior Court Case No. 21SMCV01868).

a.    At the beginning of the Copyright Action, counsel for Triller Fight Club II represented to two different attorneys representing TEI that Mr. Kavanaugh was the driving force behind the Copyright Action.[47]  As a result, Ethan was led to believe – albeit erroneously – that Kavanaugh was responsible for the lawsuit and discussed Kavanaugh

---

[47] Both lawyers executed declarations testifying to this fact in the Defamation Action.

33

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER386

on the podcast. This resulted in the three subsequent lawsuits of the Tortious Interference Action, the UDRP Action and the Defamation Action.

b.      The first lawsuit that was resolved was the Tortious Interference Action. The gravamen of the Tortious Interference Action was Ethan calling on his audience to leave honest reviews of the Triller social media application and comparing Kavanaugh's appearance to that of Harvey Weinstein. Ultimately, TEI and the Kleins prevailed when their anti-SLAPP motion was granted in full on January 12, 2022 and were subsequently granted their attorneys fees. Therefore, the assertions in Paragraph 86 of the Doe Declarations is false.

c.      The next lawsuit that was resolved was the UDRP Action. The UDRP Action concerned a website "www.doesryankavanaughlooklikeharveyweinstein.com." TEI prevailed in the UDRP Action because the panel held none of the elements for a cybersquatting claim were satisfied and the conduct was protected by the First Amendment. Therefore, the assertions in Paragraphs 86 and 199 of the Doe Declarations are false.

d.      The next lawsuit resolved was the Copyright Action. To begin, on a motion to dismiss, the Court found that some of TEI's conduct was protected by fair use – while others presented factual issues that had to proceed to discovery. *See Triller Fight Club II, LLC v. The H3 Podcast*, 2023 WL 11877604 (C.D. Cal. Sept. 15, 2023). Ultimately, TEI brought a claim for false advertising due to false statements Triller made about TEI to promote their settlement program. While initially claiming $50,000,000 in damages, the case ultimately settled for a little over $3,000.

e.      Finally, the Defamation Action concerned Ethan repeating allegations made by Kavanaugh's former business partner in a verified complaint that was subsequently withdrawn and publicly retracted. Contrary to the assertions in Paragraph 86, none of the allegations in the complaint concerned Wikipedia. TEI and Ethan lost their anti-SLAPP motion, which was affirmed on appeal. After over four years of litigating, TEI and Ethan decided it best to resolve the dispute in mediation. Part of the settlement

34

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER387

was the prepared statement. *See* Dkt. No. 8, ¶¶ 84.1-84.3. Therefore, the assertions contained in Paragraph 84, 86 and 199 of the Doe Declarations are misleading.

80.     **The Letter to Noah Samsen**: I am aware the H3Snark Mods have accused TEI and the Kleins of sending legal threats to Noah Samsen calling him a terrorist. The letter concerned the video identified and discussed in Paragraph 42 of the concurrently filed Joint Declaration of Ethan and Hila Klein. On March 31, 2025, I sent Samsen by email at 16-page demand for retraction on behalf of Ethan Klein and Mutahar Annas. The letter contains a detailed analysis of why Samsen's video defamed Ethan and Mutahar by claiming they supported genocide.

The contents of this declaration are true and correct. Executed this 20th day of October 2025 in Los Angeles, California.

_____
Rom Bar-Nissim

DECLARATION OF ROM BAR-NISSIM ISO TED ENTERTAINMENT, INC.'S OPPOSITION TO THE DOE DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.

SER388

# EXHIBIT 49

SER389

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 136 of 263
Case 3:25-mc-80296-SK    Document 16-1    Filed 10/28/25    Page 38 of 157



## Download Videos

One of the fastest and simplest methods for clipping videos is to utilize the screen-record function on your phone. Alternatively, if you aim to download the entire video, you can opt for one of the following approaches.

### Download Videos

- Any platform - JDownloader2
- Youtube
- Reddit
- TikTok
- Facebook

### Download Youtube Members-Only Videos

You must be a *currently active* channel member for this method to work. Ensure you have downloaded *both* JDownloader and the Flag Cookies Extension (or an alternative extension with similar capabilities). In case your download encounters issues, restart by flagging cookies again and re-entering them as the YouTube account password in JDownloader2.

- JDownloader2
- Flag Cookies Extension: Chrome, Firefox, Opera
- Instructions

### Download Archive.org Videos

- Method 1: Wayback Video Download Tool
- Method 2: Go to https://web.archive.org/web/2oe_/http://wayback-fakeurl.archive.org/yt/<youtube video id>. Replace "<youtube video id>" with the Youtube video ID, then just right-click to save the video.

**Copyright Dislaimer**: It is important to note that the unauthorized download or redistribution of copyrighted material may violate applicable copyright laws. We do not endorse, promote, or encourage any illegal activity, including the unauthorized downloading or distribution of copyrighted material. Users are advised to respect the rights of content creators and adhere to all relevant copyright laws and regulations.

SER390

# EXHIBIT 50

SER391



SER392

# EXHIBIT 51

Case: 26-3513   07/22/2026   DktEntry: 15.3   Page: 140 of 263
Case 3:25-mc-80296-SK   Document 16-1   Filed 10/28/25   Page 42 of 157



SER394

https://www.reddit.com/r/h3snark/comments/1dfy42i/megathread_after_dark_jun_14_2024/

🔍 H3 sub | 📷 Insta | ▶ YT | 📺 Twitch | 🦋 Bluesky | 𝕏 Home / X | 🛒 eBay | 🏒 NHL | 🏁 NASCAR | ☄ COD Sat/Rad | 🌐 COD Models | 🌀 SPC | ☁ CLE | ☀ DFO | 📍 Maps | 🟩 DK | ⏰ UTC/EST | ❄ 84Hr NAM Snowfall | 🌐 120Hr GFS Snowfall | 🌀 NWS Grand Rapids | 🌀 NWS Milwaukee/Su... | 🌀 SPC Weather Event... | ☁ Daily/Weekly Warni... | 🌀 NCEP Central Opera... | » | ☐ All Bookmark

## reddit

🔍  r/h3snark  Search in r/h3snark

### Home
### Popular
### Explore
### All

**MODERATION**
- Mod Queue
- Mod Mail
- r/Mod
- r/h3h3productio... ⭐

**CUSTOM FEEDS**
- Create a custom feed

**RECENT**
- r/h3h3productions
- r/h3snark
- r/H3snarkception
- r/h3snarksnark2
- r/h3snarkcirclejerk

**COMMUNITIES**
- Create a community
- r/announcements ⭐
- r/h3h3productio... ⭐
- r/TeddyFresh ⭐

**RESOURCES**
- About Reddit
- Advertise
- Help
- Blog
- Careers
- Press
- Communities

---

**r/h3snark** • 3 mo. ago
AutoModerator

Friday, June 14, 2024 at 2:45:11 PM EDT

## MEGATHREAD: After Dark - Jun 14 2024

`Megathread`

# THE H3 SHOW
## WITH ETHAN KLEIN

youtube.com                                          **Open**

⬆ 15 ⬇   💬 6   ↗ Share

Add a comment

Sort by: Best ∨     🔍 Search Comments

---

**h3snarkmodteam2** MOD • 3mo ago • 🔒 🔧
**MOD** 🔵

LIVE CHAT: https://www.reddit.com/r/h3snark/s/XsHghDD2k7

Yewtube: https://yewtu.be/watch?v=LMOswKoe-Nc 🔟

Mixerno: https://mixerno.space/youtube-stream-counter/LMOswKoe-Nc 🔳

⬆ Vote ⬇   ↗ Share   ⋯

**ricelvl** • 3mo ago

---

### r/h3snark ✓       **Join**

**h3snark**

Criticism for the H3 Podcast / the H3 Show with Ethan Klein. Roasts, toasts and memes for all related creators, brands, and fans....

**Show more**

**19K** Members | **39** ● Online | **Top 5%** Rank by size ↗

**COMMUNITY CHAT CHANNELS**

H3snark Live Chat 🎉
😀😀😀 37 here ...

**COMMUNITY BOOKMARKS**

Wiki ∨
Quick Links ∨

**RULES**
1. No racism, homophobia, etc. ∨
2. No bodyshaming ∨
3. No slurs ∨
4. No other H3 sub mentions, content, screenshots, or discussion ∨
5. Don't be belligerent ∨
6. Do not address the H3 crew directly ∨
7. Do not harass other posters ∨
8. No misinformation or unsubstantiated speculation ∨
9. No brigading ∨
10. No doxing ∨
11. No corny responses ∨
12. Don't like it here? Don't be here. ∨
13. Controversial discussion may be limited ∨

**NOCD**


Not Sponsored By nocd

SER395

# EXHIBIT 52

SER396



SER397



## H3snark Live Chat 🎉
r/h3snark

**RockyK96** 1:14 PM
"what do you mean?!" 😡

**chickentostada** 1:14 PM
Pleaseeee keep crying and cope more

**SeaComprehensive2499** 1:14 PM
i would not sit with them

**h3snarkmodteam** 1:14 PM
⚠️⚠️⚠️⚠️https://yewtu.be/watch?v=PhaQM3bbBoY

yewtube stream link ⚠️⚠️⚠️⚠️

**Katiefairyz** 1:14 PM
I can't believe they are ignoring the fact someone is Republican especially with the election coming up in November we need people speaking out about being liberal now more than ever. So fucked lmao

**MolassesWild8481** 1:14 PM
U can avoid them

**iberico_ham** 1:14 PM
Why wont she stop talking?

**Thick-Dimension9661** 1:14 PM
We don't need their opinion

**SeaComprehensive2499** 1:14 PM
christ olivia be quiet

**MolassesWild8481** 1:14 PM
It's not hard

**pikapika_88** 1:14 PM
ZIONIST QUEEN POP OFF !~

**kte_crnr** 1:14 PM
Experiencing the downfall

**Responsible-Jello260** 1:14 PM
hila loves to instigate drama, out of all the comments she chose that one to read

**CultureOk589** 1:14 PM

**Foxhoundsof** 1:14 PM

Message

SER398





SER400

# EXHIBIT 53

SER401

m/r/h3snark/comments/1f3pwi1/comment/lkgfbxz/
Case 29-3513, 07/22/2026, DktEntry 15-3, Page 148 of 263
Case 3:25-mc-80298-SK     Document 16-1     Filed 10/20/25     Page 50 of 157



SER402

# EXHIBIT 54

SER403

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 150 of 263
Case 3:25-mc-80296-SK    Document 1-3    Filed 11/04/25    Page 52 of 157

Reddit Help  ›  Submit a request

# Submit a request

- If you have a Reddit account and want to report a Content Policy violation, use this report form.

- Otherwise, choose an option below based on what you're experiencing.

**What do you need assistance with?**

Intellectual property requests                                              ▾

**Your email address**

Rom@HeahBarNissim.com

> Note that we may provide your email address to the affected parties upon request. For this reason, you may wish to provide a generic personal or business email address that does not reveal any personal identifiable information.

**What type of Intellectual Property Request do you need assistance with?**

SER404

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 151 of 263

| Copyright Infringement / DMCA | ▼ |
|---|---|

☑ I understand that the information I provide in this copyright infringement notice may be provided to the affected parties upon request.

> Note that we may provide the copyright owner's name, your contact information, and the description of the alleged infringement to the affected parties upon request. For this reason, you may wish to provide your business mailing address and professional email address in the Contact Information section of your notice. If you do not wish for your contact information to be shared with the affected parties, you may authorize a representative to submit the copyright infringement notice on your behalf.

**Subject of inquiry**

Infringing Post

# Suggested articles

Scheduled and Recurring Posts

Community Highlights (Sticky posts)

Translations for feeds, posts, and comments

Why was my content disabled for copyright infringement, but not similar content posted by other users?

Can I edit my posts and comments?

What can I do if content I posted to Reddit was disabled as a result of a copyright infringement notice?

What does it mean when Reddit notifies me that someone submitted a copyright infringement notice for content I posted?

I see several posts or comments in a subreddit that I believe infringe my copyrights. Can I report the entire subreddit, so that Reddit can remove the whole subreddit community?

What can I do to get my posts noticed?

Who may submit a copyright infringement notice?

## Details of inquiry

SER405

T  B  *I*  ≔  ≔  ⌨  🔗  "

I am licensed attorney and authorized agent for the copyright owner, Ted Entertainment, Inc. This takedown notice concerns the Reddit post entitled "Ethan and Dan confirm that posting to snark will get you banned" (the "Infringing Post"). The Infringing Post contains a clip (the "Infringing Clip") from my client's copyrighted video entitled "Ethan Debates Anti-Semitic Sneako Fan - H3 Show #55" (the "Work"). The Work is exclusively available on my client's YouTube channel. The Infringing Clip is derived from timestamp 2:43:14-2:44:41 of the Work. The Infringing Clip is a separate copy of the Work and is not an embed of the original. Rather, the Infringing Clip appears to reside on Reddit's servers. My client has not authorized the creation, reproduction or public performance of the Infringing Clip.

As a copyright attorney, I examined the Infringing Post and Infringing Clip together and in their entirety. I have determined that the use of the Infringing Clip in the Infringing Post is not fair use. Below is a summary of some (but not all) of the key takeaways from my analysis. First, the use of the Infringing Clip in the Infringing Post does not serve a different purpose or have a different character than the original Work. The title of the Infringing Post does not provide any commentary, criticism or further insight into the content of the Infringing Clip. Rather, the title for the Infringing Post merely summarizes the contents of the Infringing Clip. Additionally, there are no comments to the Infringing Post (other than an automated moderator comment) and the moderators have prohibited the creation of any comments on Infringing Post. Second, the amount and substantiality used from the Work in the Infringing Post is unreasonable and unnecessary. Not only does the Infringing Post fail to provide any commentary, criticism or further insight into the Work itself, it could have easily achieved its purpose to inform Redditors of the contents of the Infringing Clip by either: (1) embedding the original Work at the relevant timestamp into the Infringing Post; or (2) providing hyperlinks to the relevant timestamps of the original Work in the Infringing Post. Finally, the Infringing Post containing the Infringing Clip

## Copyright owner's full name

Ted Entertainment, Inc.

Provide the full name (first and last name or business name) of the copyright owner.

## Your full name (if different from the copyright owner) (optional)

Rom Bar-Nissim

SER406

If you are not the copyright owner but are authorized to submit this request on behalf of someone else, please provide your first and last name here. We do not accept initials, nicknames, aliases, or stage names.

**Street Address**

1801 Century Park East, Suite 2400

**City**

Los Angeles

**State/Province**

California

**Postal Code**

90067

**Country**

United States of America ▾

**Reddit URL where the allegedly infringing content appears (required)**

https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/

Provide a direct link (URL) to the Reddit content (post, comment) that you believe infringes your copyrighted work. A properly-formatted Reddit URL begins with "https://www.reddit.com..." URLs that are not properly formatted may not be processed by our team.

**Where does the allegedly infringing content appear on Reddit?**

SER407

| In a Reddit post | ▼ |

## What is your copyrighted work?

| A video I recorded | ▼ |

## Additional information that may assist us with evaluating your claim (optional)

The following URL links to the original Work at the exact timestamp where the Infringing Clip begins. The Infringing Clip consists of timestamp 2:43:14-2:44:41 of the original Work. https://www.youtube.com/live/Ch3WcOM4gNs?si=q65MiFm-mBar1AAz&t=9794

> You may provide any additional information that may assist us with evaluating your claim, such as a link to your original work.

## What is the title of your copyrighted work?

Ethan Debates Anti-Semitic Sneako Fan - H3 Show #55

☐ **Does this report involve a circumvention of technological measures?** (optional)

☑ **Required statement: I state that I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.**

☑ **Required statement: I state under penalty of perjury, that the information in this notice is accurate and that I am the copyright owner or authorized to act on the copyright owner's behalf.**

## Your electronic signature

Rom Bar-Nissim

> By typing your full name here, you are providing us with your electronic signature. Your electronic signature is as legally binding as your physical signature. Please note that your signature must exactly match the first and last names that you entered at the top of this form.

SER408

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 155 of 263

Case 3:25-mc-80296-SK     Document 1-3     Filed 10/31/25     Page 57 of 157

## Attachments (optional)

Add file or drop files here

Submit



### Company

About

Advertising

Careers

Investors

Press Contact

Reddit Blog

Vendor Help Center

### Resources

Policies

Developer Platform

Reddit App

Reddit Premium

Content Policy | Privacy Policy | User Agreement

Reddit, Inc. © 2024. All rights reserved.

SER409

# EXHIBIT 55

SER410

# Submit a request

- If you have a Reddit account and want to report a Content Policy violation, use this report form.

- Otherwise, choose an option below based on what you're experiencing.

## What do you need assistance with?

Intellectual property requests ▾

## Your email address

Rom@HeahBarNissim.com

Note that we may provide your email address to the affected parties upon request. For this reason, you may wish to provide a generic personal or business email address that does not reveal any personal identifiable information.

## What type of Intellectual Property Request do you need assistance with?

SER411

Copyright Infringement / DMCA ▾

☑ **I understand that the information I provide in this copyright infringement notice may be provided to the affected parties upon request.**

> Note that we may provide the copyright owner's name, your contact information, and the description of the alleged infringement to the affected parties upon request. For this reason, you may wish to provide your business mailing address and professional email address in the Contact Information section of your notice. If you do not wish for your contact information to be shared with the affected parties, you may authorize a representative to submit the copyright infringement notice on your behalf.

## Subject of inquiry

Infringing Post

## Details of inquiry

T   B   *I*   |   ≔   ≔   |   ⌨   🔗   ❞

I am a licensed attorney and the authorized agent for the copyright owners, Ted Entertainment, Inc. This takedown notice concerns the Reddit post entitled "ethan talks positively about celebrity poker tour's sponsor, a sports gambling app named fliff h3 show #83" (the "Infringing Post"). The Infringing Post contains a clip (the "Infringing Clip") from my client's copyrighted video entitled "We Play Poker w/ Ninja, Impractical Jokers, & More! - H3 Show #83" (the "Work"). The Work is Exclusively available on my client's YouTube channel. The Infringing Clip is a separate copy of the Work and is not an embed of the original. Rather, the Infringing Clip appears to reside on Reddit's servers. My client has not authorized the creation, reproduction or public performance of the Infringing Clip.

As a copyright attorney, I examined the Infringing Post and the Infringing Clip tother and in their entirety. I have determined that the use of the Infringing Clip in the Infringing Post is not fair use. Below is a summary of some (but not all) of the key takeaways from my analysis. First, the use of the Infringing Clip in the Infringing Post does not serve a different purpose or have a different character than the original Work. The title of the Infringing Post does not provide any commentary, criticism or further insight into the content of the Infringing Clip. Rather, the title for the Infringing Post merely summarizes the contents of the Infringing Clip. Additionally, the only

## Copyright owner's full name

SER412

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 159 of 263

Ted Entertainment, Inc.

Provide the full name (first and last name or business name) of the copyright owner.

## Your full name (if different from the copyright owner) (optional)

Rom Bar-Nissim

If you are not the copyright owner but are authorized to submit this request on behalf of someone else, please provide your first and last name here. We do not accept initials, nicknames, aliases, or stage names.

## Street Address

1801 Century Park East, Suite 2400

## City

Los Angeles

## State/Province

California

## Postal Code

90067

## Country

United States of America ▾

## Reddit URL where the allegedly infringing content appears (required)

SER413

https://www.reddit.com/r/h3snark/comments/1gxfemp/ethan_talks_positively_about_celebrity_poker/

> Provide a direct link (URL) to the Reddit content (post, comment) that you believe infringes your copyrighted work. A properly-formatted Reddit URL begins with "https://www.reddit.com..." URLs that are not properly formatted may not be processed by our team.

**Where does the allegedly infringing content appear on Reddit?**

In a Reddit post ▾

**What is your copyrighted work?**

A video I recorded ▾

**Additional information that may assist us with evaluating your claim** (optional)

> You may provide any additional information that may assist us with evaluating your claim, such as a link to your original work.

**What is the title of your copyrighted work?**

We Play Poker w/ Ninja, Impractical Jokers, & More! - H3 Show #83

☐ Does this report involve a circumvention of technological measures? (optional)

☑ Required statement: I state that I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

SER414

☑ Required statement: I state under penalty of perjury, that the information in this notice is accurate and that I am the copyright owner or authorized to act on the copyright owner's behalf.

## Your electronic signature

Rom Bar-Nissim

By typing your full name here, you are providing us with your electronic signature. Your electronic signature is as legally binding as your physical signature. Please note that your signature must exactly match the first and last names that you entered at the top of this form.

## Attachments (optional)

Add file or drop files here

Submit

---



**Company**

About

Advertising

Careers

Investors

Press Contact

Reddit Blog

Vendor Help Center

**Resources**

Policies

Developer Platform

Reddit App

Reddit Premium

SER415

Content Policy | Privacy Policy | User Agreement

Reddit, Inc. © 2024. All rights reserved.

SER416

# EXHIBIT 56

SER417

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 164 of 263
Case 3:25-mc-80296-SK    Document 1-3    Filed 06/12/25    Page 66 of 157

Reddit Help › Submit a request

# Submit a request

- If you have a Reddit account and want to report a Content Policy violation, use this report form.

- Otherwise, choose an option below based on what you're experiencing.

**What do you need assistance with?**

Intellectual property requests ▾

**Your email address**

Rom@HeahBarNissim.com

> Note that we may provide your email address to the affected parties upon request. For this reason, you may wish to provide a generic personal or business email address that does not reveal any personal identifiable information.

**What type of Intellectual Property Request do you need assistance with?**

Copyright Infringement / DMCA ▾

☑ I understand that the information I provide in this copyright infringement notice may be provided to the affected parties upon request.

> Note that we may provide the copyright owner's name, your contact information, and the description of the alleged infringement to the affected parties upon request. For this reason, you may wish to provide your business mailing address and professional email address in the Contact Information section of your notice. If you do not wish for your contact information to be shared with the affected parties, you may authorize a representative to submit the copyright infringement notice on your behalf.

SER418

## Subject of inquiry

Infringing Post

## Details of inquiry

| T | B | *I* | | ≡ | ≣ | | ⊡ | 🔗 | 🗨 |

I am a licensed attorney and the authority agent of the copyright owner, Ted Entertainment, Inc. This takedown notice concerns the Reddit post entitled "LB says '[far leftists] hate israel because israel is backed by the west' and this can lead to antisemitism. ethan agrees, then says freedom of religion, speech, press, and to 'control what happens in your own work space' would be under state-control in communism - h3 show #85" (the "Infringing Post"). The Infringing Post contains a clip (the "Infringing Clip") from my client's copyrighted video entitled "I Haven't Been Well - H3 Show #85" (the "Work."). The Work is exclusively available on my client's YouTube channel. The Infringing Clip is a separate copy of the Work and is not an embed of the original. Rather, the Infringing Clip appears to reside on Reddit's servers. My client has not authorized the creation, reproduction or public performance of the Infringing Clip.

As a copyright attorney, I examined the Infringing Post and the Infringing Clip together and in their entirety. I have determined that the use of the Infringing Clip in the Infringing Post is not fair use. Below is a summary of some (but not all) of the key takeaways from my analysis. First, the use of the Infringing Clip in the Infringing Post does not serve a different purpose or have a different character than the original Work. The title does not provide any commentary, criticism or further insight into the content of the Infringing Clip. Rather, the title by the poster merely quotes part of the Infringing Clip. Additionally, there are no comments to the Infringing Post (other than an automated moderator comment) and the moderators have prohibited the creation of any comments on the Infringing Post. Second, the amount and substantiality used from the Work in the Infringing Post is unreasonable and unnecessary. Not only does the Infringing Post fail to provide any commentary, criticism or further insight into the Work itself, it could have easily achieved its purpose to inform Redditors of the contents of the Infringing Clip by either embedding or linking the original Work at the relevant timestamp in the

## Copyright owner's full name

Ted Entertainment, Inc.

Provide the full name (first and last name or business name) of the copyright owner.

## Your full name (if different from the copyright owner) (optional)

Rom Bar-Nissim

If you are not the copyright owner but are authorized to submit this request on behalf of someone else, please provide your first and last name here. We do not accept initials, nicknames, aliases, or stage names.

## Street Address

1801 Century Park East, Suite 2400

## City

Los Angeles

SER419

**State/Province**

California

**Postal Code**

90067

**Country**

United States of America ▼

**Reddit URL where the allegedly infringing content appears (required)**

https://www.reddit.com/r/h3snark/comments/1h00ywo/lb_says_far_leftists_hate_israel_because_israel/

> Provide a direct link (URL) to the Reddit content (post, comment) that you believe infringes your copyrighted work. A properly-formatted Reddit URL begins with "https://www.reddit.com..." URLs that are not properly formatted may not be processed by our team.

**Where does the allegedly infringing content appear on Reddit?**

In a Reddit post ▼

**What is your copyrighted work?**

A video I recorded ▼

**Additional information that may assist us with evaluating your claim (optional)**

Here is a link to my client's video at the timestamp in question: https://www.youtube.com/live/Yg8EL-sNp68?si=R4D285l-dHAYM28c&t=9371

> You may provide any additional information that may assist us with evaluating your claim, such as a link to your original work.

**What is the title of your copyrighted work?**

I Haven't Been Well - H3 Show #85

☐ **Does this report involve a circumvention of technological measures?** (optional)

SER420

☑ Required statement: I state that I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

☑ Required statement: I state under penalty of perjury, that the information in this notice is accurate and that I am the copyright owner or authorized to act on the copyright owner's behalf.

Your electronic signature

Rom Bar-Nissim

By typing your full name here, you are providing us with your electronic signature. Your electronic signature is as legally binding as your physical signature. Please note that your signature must exactly match the first and last names that you entered at the top of this form.

Attachments (optional)

Add file or drop files here

Submit

---



**Company**

About

Advertising

Careers

Investors

Press Contact

Reddit Blog

Vendor Help Center

**Resources**

Policies

Developer Platform

Reddit App

Reddit Premium

Content Policy | Privacy Policy | User Agreement

Reddit, Inc. © 2024. All rights reserved.

SER421

# EXHIBIT 57

SER422

10/4/25, 6:23 AM

Apparently, out of the 16 subpoenas 9 are for me. Are Ethan's lawyers giving him good legal advice? : r/LeftoversH3

Skip to main content

r/LeftoversH3 • 3 mo. ago
RomanPeee

## Apparently, out of the 16 subpoenas 9 are for me. Are Ethan's lawyers giving him good legal advice?



*I just want to preface this post by saying that everything here is just my opinion/speculation or otherwise alleged. I am not a lawyer. I have no facts beyond what is publicly available information. I am not making accusations, i am just a lay person with some questions regarding Ethan Klein's legal representation and their advice.*

Totally unrelated but have you guys seen this post: Rom Bar-Nissim's business partner is a "Wanted Individual" in Malaysia. Is this real?

I have been thinking back about the Ethan Klein and Ryan Kavanaugh lawsuits. Remember all those episodes when Ethan would say something disparaging about Ryan and just end it with "... in my opinion" or "... as reported by Variety"? like when he would talk about Ryan's DUIs or allege he was involved in a ponzi scheme?
Or when Ethan made an entire website dedicated to publicize every negative aspect of Ryan's life?

Well, a couple days ago he had to apologize and read a written apology on the show.

As a lay person this raised some questions in me: was the legal advice Ethan got not good? For years Ethan portrayed his case as unlosable and Ryan Kavanaugh's lawyers as incompetent. So what happened? It sure seems like Ethan lost, considering he had to apologize, delete all the disparaging content and never disparage Ryan again, while Kavanaugh doesnt have to do anything? I know they settled, but that is the perception i, as a lay person, got.

And I also saw Ethan Klein shouting "my lawyer can't do fucking shit" in relation to reddit. So they lost the lawsuits and can't help Ethan with his reddit problem. What have they actually achieved for Ethan in recent years?

### SUBPOENAED DOCUMENTS AND INFORMATION NO. 4:
All DOCUMENTS and COMMUNICATIONS containing the PERSONAL IDENTIFYING INFORMATION of REDDIT user u/RomanPeee.

Which brings me to this current lawsuit and the request to subpoena my personal identifying information from reddit.

This is part of Ethan's copyright lawsuit against Denims, where he names h3snark moderators as co-conspirators, which was part of his plan to use the lawsuits to subpoena reddit and obtain identifiable information.

Ethan alleges in his lawsuits that the moderators of h3snark heavily promoted Denims' reaction, which he alleges broke his copyright.

Here's the problem though: in order for the h3snark mods to "aid and abet" in Denims' copyright infringement, she first would need to have committed actual copyright infringement. But that is what the case is about and no copyright violation ruling has been made by the court yet?
Additionally, when the mods "promoted" Denims' stream reaction before it aired, they could not have possibly known whether a future copyright violation might occur.

At this moment, what does Ethan need the personal information of the mods for? On what grounds should a judge allow him to file subpoenas? seems to me like that wont happen :)

So, why would Ethan's lawyer take this route?

New to Reddit?

Create your account and connect with a world of communities.

Continue with Google

Continue with Email

Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

r/LeftoversH3 • 3 mo. ago
I think that Ethan is likely to be deemed a vexatious litigant in these cases
237 upvotes · 20 comments

r/LeftoversH3 • 3 mo. ago
Ethan unironically broke the law
495 upvotes · 45 comments

r/LeftoversH3 • 2 mo. ago
Ethan couldn't be a lawyer and we are all paying for it
148 upvotes · 26 comments

r/LeftoversH3 • 3 mo. ago
Does anybody have a full list of everybody Ethan has threatened legal action against at...
97 upvotes · 21 comments

r/LeftoversH3 • 5 mo. ago
I think it's important (and hilarious) to remember that today was supposed to be...
1K upvotes · 62 comments

r/LeftoversH3 • 1 mo. ago
Ethan is a spineless, gutless coward
370 upvotes · 16 comments

r/LeftoversH3 • 4 mo. ago
Suing people who don't agree with you isn't going to fill that...
584 upvotes · 64 comments

r/LeftoversH3 • 12 days ago
I don't think Ethan will gain subs back even if he fixes his personal problems and...
198 upvotes · 13 comments

r/LeftoversH3 • 3 mo. ago
Is Ethan trying to bait people into getting into legal battles / lawsuits with them?
158 upvotes · 16 comments

r/LeftoversH3 • 2 mo. ago
Ethan: BE has been been reprehended over a video game....
495 upvotes · 40 comments

r/LeftoversH3 • 4 mo. ago
An example in the suit of Ethan and his lawyer being disingenuous
97 upvotes · 9 comments

r/LeftoversH3 • 4 mo. ago
Ethan will probably never take accountability for his harmful rhetoric
185 upvotes · 14 comments

r/LeftoversH3 • 1 mo. ago
Ethan is oddly quiet now that his propaganda dept has quit
355 upvotes · 12 comments

Reddit, Inc. © 2025. All rights reserved.

SER423

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 170 of 263

Case 3:25-cv-02996-SK, Document 31, Filed 08/25/25, Page 172 of 157



Skip to main content

Log In

## Account Information

Reddit carefully reviews all legal process and disclosure requests to ensure facial validity and legal sufficiency under applicable laws. Reddit will only disclose Basic Subscriber Information (see above) to law enforcement in response to a subpoena, court order, or other valid legal process, or in response to a valid Emergency Disclosure Request. Disclosure of other non-content records requires an 18 U.S.C. § 2703(d) order or equivalent legal process. Reddit will only disclose the Contents of Communications pursuant to a valid search warrant or as otherwise authorized by relevant law.

Reddit also reviews all legal process and requests to ensure they are not objectionable for other reasons, such as requests that are vague or overbroad, seek privileged or confidential information, or where the circumstances give rise to concerns around the chilling of free speech or other human rights infringements.

• **Basic Subscriber Information** - This includes the username/subscriber identity, IP logs (including registration IP), email address (if any), phone number (if any), and payment information (if any).

Another problem: Reddit only discloses basic subscriber information in response to a subpoena. But Ethan's lawyer also demands the communications which Reddit only discloses in response to a search warrant?

So even if Reddit were to give them the basic subscriber information of the h3snark mods that could not be enough and amount to nothing?
And they would have to file further petitions to the courts for search warrants etc? Maybe even file lawsuits against Reddit themselves? But that would likely involve a long legal battle against a big corporation with lots of billable hours, so why would they want to do such a thing?

Ethan might present this as a big win, but it's just another nothingburger. This is only a petition to ask the judge for permission to subpoena reddit and they are already celebrating lmao.
I think he will gloat on his show about how everyone is trembling in fear. But i am not concerned at all. I literally laughed about all of this

Anyway, i have it on good authority that Ethan will not exactly get what he wants from reddit ;)

⬆ 926 ⬇          💬 128          Share

### Share your thoughts

Sort by: Best ⌄          🔍 Search Comments

**guendochi1** • 3mo ago
Awesome post. Glad to hear you and other mods will most likely be fine. Ethan is such a loser and his downfall is amazing to witness in realtime
⬆ 288 ⬇     💬 Reply     Share     ⋯

**MudKitchen5721** • 3mo ago
It's glorious. Free Palestine!!!!!
⬆ 72 ⬇     💬 Reply     Share     ⋯

**Lithium-Carbonate69** • 3mo ago
Bro is crashing out over roman pee 🤡
⬆ 399 ⬇     💬 Reply     Share     ⋯

**MudKitchen5721** • 3mo ago
Well he likes poop already, so ¯\_(ツ)_/¯
⬆ 73 ⬇     💬 Reply     Share     ⋯

**sailuntreedur** • 3mo ago
Average h3 fan:

I bet Roman Pee will be cleared

I bet Ethan's urine is crystal clear

⬆ 63 ⬇     💬 Reply     Share     ⋯

**Lithium-Carbonate69** • 3mo ago

---

686 upvotes · 17 comments

r/LeftoversH3 • 6 mo. ago
**Another honorable man wants Ethan to sue** 🙏
554 upvotes · 8 comments

r/LeftoversH3 • 5 mo. ago
**Ethan facing new legal battles in court**
601 upvotes · 31 comments

r/LeftoversH3 • 6 mo. ago
**A question for lawyers: would an ethics complaint against Ethan's attorney stand a...**
99 upvotes · 15 comments

r/LeftoversH3 • 3 mo. ago
**Interesting question from past Ethan about lawsuits**
166 upvotes · 8 comments

r/LeftoversH3 • 3 mo. ago
**Are there other ways we can support Ethan's victims through peaceful and legal collective...**
113 upvotes · 18 comments

r/LeftoversH3 • 6 mo. ago
**So that means Ethan's the one responsible for CPS getting calle...**
123 upvotes · 8 comments

r/LeftoversH3 • 5 mo. ago
**Had there been ANY updates on Ethan's threatened lawsuits?**
138 upvotes · 25 comments

r/LeftoversH3 • 3 mo. ago
**Shoutout to Ethan's own hubris, our greatest ally.**
179 upvotes · 13 comments

r/LeftoversH3 • 4 mo. ago
**Does this clip undermines Ethan's case?**
127 upvotes · 20 comments

r/LeftoversH3 • 6 mo. ago
**Ethan needs to take accountability**
124 upvotes · 10 comments

r/Idaho4 • 4 mo. ago
**While waiting for that "alt perp" defense granted or not granted, I've been bothered b...**
78 upvotes · 174 comments

VIEW POST IN
Русский
Hindi
Français

**r/LeftoversH3**     Join

**LeftoversH3**
Unofficial aftermath discussions hub of the shamefully flamed Leftovers podcast. Hasan Piker/Ethan Klein/H3 related politics,...

Show more

🌐 Public

Reddit Rules   Privacy Policy   User Agreement   Accessibility
Reddit, Inc. © 2025. All rights reserved.

### Left sidebar navigation
Home
Popular
Answers BETA
Explore

RECENT
r/h3h3productions
r/h3snark

TOPICS
Internet Culture (Viral)
Games
Q&As
Technology
Pop Culture
Movies & TV

RESOURCES
About Reddit
Advertise
Reddit Pro BETA
Help
Blog
Careers
Press
Communities
Best of Reddit
Topics
Reddit Rules
Privacy Policy
User Agreement
Accessibility

Reddit, Inc. © 2025. All rights reserved.

SER424

10/4/25, 6:23 AM                    Apparently, 2 out of the 16 subpoenas are for me. Are Ethic's lawyers giving him good legal advice? : r/LeftoversH3

Skip to main content

Log In

Home
Popular
Answers BETA
Explore

RECENT
r/h3h3productions
r/h3snark

TOPICS
Internet Culture (Viral)
Games
Q&As
Technology
Pop Culture
Movies & TV

RESOURCES
About Reddit
Advertise
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit
Topics

Reddit Rules
Privacy Policy
User Agreement
Accessibility



Mamacitia • 3mo ago
Roam In Poop
⬆ 69 ⬇   Reply   Share   …
4 more replies
1 more reply

bigwigx • 3mo ago
Maybe you should have thought of this before you called CPS roman.
⬆ 500 ⬇   Reply   Share   …

RomanPeee OP • 3mo ago
i was busy ordering skulls
⬆ 506 ⬇   Reply   Share   …

Abraluce • 3mo ago
I bet you put the dog poop on his carpet too 🤪 I see you
⬆ 185 ⬇   Reply   Share   …
10 more replies
3 more replies
3 more replies

oddlylikable • 3mo ago
⬆ 287 ⬇   Reply   Share   …

SnooMemesjellies2983 • 3mo ago
I wish I could believe him. I hope that's true
⬆ 151 ⬇   Reply   Share   …

oddlylikable • 3mo ago
Trust the plan. Globalize the enchilada.
⬆ 157 ⬇   Reply   Share   …
2 more replies
10 more replies

EscapedMices • 3mo ago
They won't even need to. The judge won't see any reason to get any of this. There's no proof of a conspiracy. It's an obvious fishing attempt. Will be shut down quickly.
⬆ 34 ⬇   Reply   Share   …
2 more replies

mplolz • 3mo ago
Enjoy the ride, this will be great lore to have for the rest of your life and only thing ethan will get is more billable hours to a wanted criminal.
⬆ 114 ⬇   Reply   Share   …

NoWatchamacallit • 3mo ago
Genuinely why would Ethan keep going back to these lawyers who just effectively lost him a supposedly slam dunk of a case leaving him humiliated and an admitted liar and defamer
⬆ 99 ⬇   Reply   Share   …
9 more replies

patpanda8 • 3mo ago • Edited 3mo ago
Also- this is a civil case not a criminal case. I would think that civil litigation would not constitute a "emergency" criminal matter. I highly doubt a search warrant is going to be issued for a civil matter around a YouTube video.

IMO it sounds like based on Reddit's guidelines, Ethan's case doesn't rise to situation where Reddit will provide any info.

Section 230 is still a thing.

Unless you are on an FBI list I doubt Ethan will get a search warrant against Reddit for even that basic info.

MY LAWYER CANT DO SHIT.

ETA: you also didn't personally gain financially as a MOD so he can't claim you stole potential profits from his video- this case is dead IMO
⬆ 77 ⬇   Reply   Share   …

Reddit, Inc. © 2025. All rights reserved.

SER425

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 172 of 263
Case 3:25-cv-02902-SK Document 43-1 Filed 06/23/25 Page 174 of 157



Log In

Home

Popular

Answers BETA

Explore

RECENT

r/h3h3productions

r/h3snark

TOPICS

Internet Culture (Viral)

Games

Q&As

Technology

Pop Culture

Movies & TV

RESOURCES

About Reddit

Advertise

Reddit Pro BETA

Help

Blog

Careers

Press

Communities

Best of Reddit

Topics

Reddit Rules

Privacy Policy

User Agreement

Accessibility

problematic or worse than others, so they don't seem fond of him.

↑ 44 ↓    💬 Reply    ↗ Share    ⋯

2 more replies

**1000DeadFlies** • 3mo ago

I'm waiting for him to go on his podcast with the drawing of a cartoon bomb and claim that, the snarker's are days away from creating enough enriched Giardia memes to have a fully operational content nuke.

↑ 65 ↓    💬 Reply    ↗ Share    ⋯

**beautifullymental** • 3mo ago

His lawyers are allegedly wanted criminals and West Bank settlers. BadEmpanada covers this pretty thoroughly in his Content Poop.

↑ 50 ↓    💬 Reply    ↗ Share    ⋯

**Seymour--ass** • 3mo ago

Barry Zuckerkorn-ass lawyer

↑ 40 ↓    💬 Reply    ↗ Share    ⋯

2 more replies

**honeyncinnamon** • 3mo ago

He wouldn't have said "my lawyers can't do fucking shit" if his lawyers could in fact do fucking shit

↑ 40 ↓    💬 Reply    ↗ Share    ⋯

**Dangerous-Drag-9578** • 3mo ago

Ethan's Machiavellian schemes foiled by an email address without your legal name and/or potentially using a VPN. Top minds folks.

↑ 41 ↓    💬 Reply    ↗ Share    ⋯

1 more reply

**IcyNerd16** • 3mo ago

But Ethan said apologizing to KavKav was a huge W!!!!

↑ 38 ↓    💬 Reply    ↗ Share    ⋯

**recoveredgangstalker** • 3mo ago

this whole thing is ridiculous, idk what else there is to even say at this point. like how sad. he really truly believes he is being gangstalked by redditors

↑ 30 ↓    💬 Reply    ↗ Share    ⋯

Reddit, Inc. © 2025. All rights reserved.

SER426

# EXHIBIT 58

SER427

Skip to main content

r/LeftoversH3  ✕    Search in r/LeftoversH3    Log In    •••



**r/LeftoversH3** • 3mo ago

RomanPeee

SER428    •••

## "Denims threw you under the bus. You are fucked now!" No, she didn't. No, I'm not.

**❝ OPINION ❞**

Context: Ethan Klein's lawyers are asking the judge to grant leave to send subpoenas to Reddit. Denims' lawyers did not object to this.This is what people now portray as this great "betrayal" to sow division. So I want to make this very clear: nothing of the sort has happened

## Keep supporting and donating to Denims

I'll try my best and explain this whole situation:

---

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TED ENTERTAINMENT, INC., a California Corporation,

    Plaintiffs,

    v.

████████████████████
f/k/a ████████████████
████████████ p/k/a DENIMS, an individual, and DOES 1-10

Case No.: 2:25-cv-05564-WLH-PD

**DISCOVERY MATTER**

**JOINT STIPULATION RE: GRANTING PLAINTIFF LEAVE TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO THE RULE 26(f) CONFERENCE**

**THEREFORE, IT IS HEREBY STIPULATED,** by and between the Parties through their respective attorneys of record respectfully request that: (1) this Court grant the Stipulation; (2) that TEI be granted leave to serve the proposed subpoenas attached as Exhibit A to Reddit and Exhibit B to Discord prior to the conference of counsel under Federal Rule of Civil Procedure Rule 26(f); and (3) the Court enter the Order lodged concurrently herewith.

    Dated: July 16, 2025

Stipulation to grant leave to serve subpoenas

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 175 of 263

Case 3:25-mc-80296-SK   Document 16-1   Filed 10/20/25   Page 77 of 157

Skip to main content

Log In

The judge will decide if their reasons are valid. If the judge grants them, Ethan's lawyer can send the subpoenas to Reddit, and they will respond to them.

So nothing really has happened as of yet.

Denims' lawyers have not objected to the subpoenas though. This is where the whole "Denims threw h3mods under the bus" is coming from. But that was the right decision.
I will detail why in the following paragraph.

# Contributory Copyright Infringement

Case 2:25-cv-05564   Document 1   Filed 06/19/25   Page 79 of 80   Page ID #:79

### SECOND CLAIM FOR RELIEF

**(Contributory Copyright Infringement – Against The H3Snark Mods)**

82.   TEI incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

83.   The H3Snark Mods (and each one of them) knew Denims' "group viewing session" would infringe TEI's copyrights in the *Coundown Episode* and *The Nuke.*

84.   The H3Snark Mods (and each one of them) are responsible for the First Inducement Post, Second Inducement Post and Third Inducement Post.

85.   The First Inducement Post, Second Inducement Post and Third Inducement Post induced, caused and/or materially contributed to Denims' infringement of the *Countdown Episode* and *The Nuke.*

86.   Due to the H3Snark Mods' contributory infringement, TEI has suffered damages in an amount to be established at trial.

87.   The H3Snark Mods' acts of contributory infringement were made with actual or constructive knowledge of TEI's rights, such that said acts of contributory infringement were willful, intentional, malicious and/or taken with reckless disregard for TEI's rights.

SER429

Skip to main content        Log In

The first element necessary to establish contributory infringement is knowledge of the infringing activity. That is, the defendant knew or should have known about the infringement.

How could the h3snark mods have known whether Denims' reaction would infringe on Ethan's copyright or not? They linked to the stream before any reaction even occurred.

Even after Denims ended her stream, every good faith actor would have to agree that her reaction, which is twice the length of the nuke, would not constitute an obvious copyright violation.

So their claim already fails at the first hurdle. Unless of course, you believe that h3snark mods were conspiring with Denims who explicitly told them she would commit copyright infringement lol?

Another problem with contributory copyright infringement is that it needs an underlying established copyright infringement. And the courts have not yet found Denims to have committed any violation. That is what the entire case is about. Without copyright infringement there can not be any contributory copyright infringement.

Which is exactly why it's good that Denims did not object to the subpoenas: it has nothing to do with her and she should focus on her lawsuit and winning her case.

Take this also as her lawyers being competent and focusing on the matter at hand and not just racking up billable hours.If you donated to her gofundme I am sure you'd be happy to know your money is not getting burned fighting something that has no significance to her case and will lead to nothing.

## Where is this narrative coming from?

Legal Mindset, who you might know from his Rumble videos such as "Myth of Saint Floyd Debunked" or from his mention in the new Alex Novell video, talked about this on his YouTube channel which is why people have been saying this.



Again, the subpoenas have iirc not been granted yet, so reddit has not even had the chance to respond. So why is Legal Mindset making such a big deal of this?

SER430



Skip to main content

Log In



**DISLOYAL Denims Sacrifices Reddit & Discord Mods (Fast Facts)**

288K views • 1 day ago

Nothing has happened yet. He does this to push his agenda, sow division, get people to stop supporting Denims and to make some YouTube revenue.

And he will continue to do this for every little thing that gets filed. Get ready for the "Denims/H3snark mods are 100% done now" followed by "150%, 200%, 300%, ... done now" type videos.

This creates an environment where people on the h3 site will watch these videos for months and believe that there is no way for Ethan to lose. They are echochambering themselves.

Legal Mindset also thinks there is a grand conspiracy of Hasan Piker instructing h3snark mods, that is going to be discovered with the subpoenas. I hate to disappoint you guys but I have not been in contact with Hasan.

These people will be immensely disappointed when that turns out false and the case does not go the way they expect. Their only conclusion will be an even deeper conspiracy.
So, for example, when Reddit will not give them what they want or hoped to get from me, in their minds the only conclusion will be a conspiracy at Reddit.

SER431

10/19/25, 5:50 PM ... how you know the fuck you don't. Message ... H3

Skip to main content  Log In

# Lessons from the Ryan Kavanaugh lawsuits

Many of you likely also were fans of the H3 show during Ethan's legal battle with Ryan Kavanaugh. So you probably also remember how smug and arrogant Ethan used to be with hanging articles about Ryan in the background of his shows and finishing his disparaging sentence with "... in my opinion" or "... as reported by ...". Or how he made an entire website dedicated to Ryan Kavanaugh. He was very confident that these things were not impacting his case.

Ethan also generally portrayed Ryan's lawyers as incompetent and made it seem like he was sure to win. When he lost a judgement he would blame it on the judge being old and thereby not understanding the case properly (I am paraphrasing, I believed Ethan insulted them).And when he lost appeals he would just not talk about it.

This created an environment where H3 fans believed for years that Ethan's case was unlosable.

So much so that one H3 member wrote a superchat at the beginning of the H3 Show #165, which aired a couple of days ago, in which they talked about how they just watched Ryan Kavanaugh's new movie. They voiced how much they disliked it and alluded to others to reviewbomb it. Bless their little heart, they had no idea what would come later in that very same episode.

After his settlement with Ryan Kavanaugh Ethan had to read a written apology to him on the show. He apologized for all the harassment he may have caused him and all the times he disparaged him.Ethan also had to go through countless episodes and remove any disparaging content.

So maybe don't be too scared about Ethan's confidence that he displays in this case.

His goal is very obvious: he wants to use this lawsuit to doxx h3snark mods. He wants to silence critics and make people afraid to speak out against him.
**Don't let him.**
You have done nothing wrong and you have no reason to let him intimidate you.

# Final Message from me

Again: **KEEP SUPPORTING DENIMS**

Kuncan Dastner talks about this at the end of his video, and i find it very meaningful and important to not forget in all of this:

Whatever you hear people say, pls pls pls don't even be concerned about me for a single second. You'll just have to trust me on this one

They are already claiming I am finished, trembling and don't even know what is coming next. But they are completely clueless lmao

Save this, screenshot it, set it as your wallpaper idc, just remember this for when I am vindicated:

https://www.reddit.com/r/LeftoversH3/comments/1m5nyg0/denims_threw_you_under_the_bus_you_are_fucked_now/ 5/16

SER432

10/19/25, 5:50 PM

Skip to main content

Log In

SER433

10/19/25, 5:50 PM    Case 3:25-mc-80296-SK   Document 16-1   Filed 10/20/25   Page 82 of 157   H3

Skip to main content

Log In



Learn to sit back and observe.
Not everything needs a reaction.

https://www.reddit.com/r/LeftoversH3/comments/1m5nyg0/denims_threw_you_under_the_bus_you_are_fucked_now/    7/16

SER434

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 181 of 263
Case 3:25-mc-80296-SK Document 16-1 Filed 10/20/25 Page 83 of 157

Skip to main content



Log In

Join the conversation

Sort by: Best ⌄          🔍 Search Comments

 **rabidfusion** · 3mo ago



⊖  ⬆ 290 ⬇     💬 Reply     ↗ Share     ⋯

**RomanPeee** OP · 3mo ago · Edited 3mo ago

lmao 💀 💀

I also want to add: It's not just H3 fans. I have gotten a couple of *very pleasant* messages from people with no connection to h3. One guy send me a phone screenshot of him browsing kiwifarms 💀 💀 💀

⬆ 129 ⬇     💬 Reply     ↗ Share     ⋯

**clandensteen_ops_69** · 3mo ago

SURPRISE MOTHERFUCKER

⊖  ⬆ 51 ⬇     💬 Reply     ↗ Share     ⋯

**SecondTheThirdIV** · 3mo ago

Some fries motherfucker

⬆ 18 ⬇     💬 Reply     ↗ Share     ⋯

⊕  1 more reply

 **Dusty_VT** · 3mo ago

yeah lines 83, 86, and 87 aren't gonna fly. especially when and if his video on the matter comes out. the judge will instantly know that he:

SER435

10/19/25, 5:50 PM

 Skip to main content

Log In

3: did this intentionally on the grounds to sue people.

124  ⬆ Reply  ⬆ Share  ...

 **Secure_Garlic_** • 3mo ago

Honestly, the whole honeypot aspect of this case is what I'm most interested in seeing play out. Ethan has never sought a copyright on any other video, and has never sued anyone for reacting to his videos before now. He's openly stated he sought a copyright for this one video with the specific intent on suing specific people for reacting to it. That is incredibly vexatious.

67  Reply  Share  ...

**Wereking2** • 3mo ago

Plus he even admitted that others did violate his copyright but he's choosing not to sue them as well. Which in itself usually doesn't matter except it further adds to the Honeypot he has setup.

29  Reply  Share  ...

⊕ 1 more reply

⊕ 1 more reply

**Disastrous-Pack1641** • 3mo ago

Yeah where were the © and ™ ??

28  Reply  Share  ...

**Disastrous-Pack1641** • 3mo ago

CASE DISMISSED

26  Reply  Share  ...

⊕ 8 more replies

**tm1822** • 3mo ago

It's crazy to link Hasan to anything h3snark because all he did for the longest time was shit on snark subs, even once he realized what Ethan was doing it took him a long time to not bash the snark pages.

Hasan, as reactive as he is, wouldn't have dismissed snark if he was in on it. He'll give the benefit of the doubt frequently on things he's knowledgeable about, but he definitely looked at snark very black and white for a long, long time.

66  Reply  Share  ...

 **tm1822** • 3mo ago

SER436

Skip to main content

Log In

18    Reply    Share    ...

**itisthelord** • 3mo ago

Honestly whilst snarky posts and comments have been made, this sub just isn't really snark. The posts are mainly of what Ethan says or does and any updates on that. Sure, there are snark-like posts but that would be the case with every sub imaginable.

Even H3Snark was pretty much just snark by name. Snark, in my opinion, is talking shit about people who don't deserve it, twisting their words to fit a narrative, and endlessly harassing them no matter what they do. Ethan has just conflated the word snark with criticism.

Snarks subs are usually pretty toxic places that attack any positive that may come from their subject, the few times Ethan has done something positive I've seen people praise in spite of the bad he does. I just don't consider this a snark sub at all.

14    Reply    Share    ...

⊕  1 more reply

**RomanPeee** OP • 3mo ago

no no no, you dont understand: Hasan only *pretended* to dislike snark subs so that no one will be suspicious of him. /s

It is especially ironic, because one party involved in this is actually the leader of one of the largest snark subreddits: Ethan Klein. He not only encourages the harassment of creators, but he also participates in it

31    Reply    Share    ...

⊕  2 more replies

**BadMeetsEvil147** • 3mo ago

Did your original post get deleted? I remember seeing this yesterday

⊖    64    Reply    Share    ...

**RomanPeee** OP • 3mo ago

i included the link to Denims' fundraiser and automod deleted immediately lol. Mods then approved the post but it got kinda buried so i wanted to repost it today

and i also didnt censor Denims' real name in the first post

⊖    62    Reply    Share    ...

**BadMeetsEvil147** • 3mo ago

Understood, keep fighting the good fight comrade

27    Reply    Share    ...

SER437

Skip to main content



Log In

**RomanPeee** OP • 3mo ago

KEEP SUPPORTING AND DONATING TO DENIMS (and to Kacey and Frogan too)



Two steps ahead. I am always two steps ahead.

⬆ 150 ⬇     💬 Reply     ↗ Share     ...

**ashiwi** • 3mo ago

"Coundown" they really dont even spellcheck these things before putting them out?

⊖   ⬆ 40 ⬇     💬 Reply     ↗ Share     ...

**RomanPeee** OP • 3mo ago

omg i didnt even realize that 😭 😭 😭


"group viewing session" would infringe TEI's copyrights in the *Coundown* Episode and *The Nuke*.

⬆ 29 ⬇     💬 Reply     ↗ Share     ...

⊕  1 more reply

**Tick-Tock-Mr-Klein** • 3mo ago

All the other shit aside, you know Eichmann and Settler Boy Rom have zero confidence in their own "case" based on a fairly simple fact... if you issued DMCA takedowns to reddit, and reddit failed to comply (in fact told you to fuck off because uploading clips for political commentary falls squarely perfectly inside the first amendment and fair use)... you should sue reddit.

Your non-existent (because he has released it) copyright was infringed? You send the platform a formal takedown demand. They always comply... except reddit stopped complying. This fully open reddit, a corporation valued in the billions I believe(?) to litigation. If you're confident that your claim is legitimate, sue them! Sue them immediately! Get millions of dollars in a huge win or settlement! Fuck the (likely) not wealthy and "sure as shit will pay you nothing" random moderators. (I would legitimately burn all my assets and move to Serbia or somewhere outside US banking jurisdiction before paying a nickel to that Nazi. Probably many feel the same.)

SER438

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 185 of 263
Case 3:25-mc-80296-SK Document 16-1 Filed 10/20/25 Page 87 of 157

 
or should because it's kinda fucking your entire premise that you care about the copyright... also sue Reddit. Why are you not suing the billion dollar corporation you accuse of violating your alleged copyright??"

The entire thing is so fucking incompetent *OR* is only done for one single reason which I'm very sure will be its undoing. Eichmann has directly admitted the reason... repeatedly. He even talked about it yesterday when he admitted to illegally doxxing a dozen people. That reason is doxxing. That's all. Doxxing and intimidation. The judge will see this based not only on Eichmann's statements but also the requests being made for these "cases." The fact that the cases were selectively chosen and ignored the biggest alleged violator (reddit themselves! Not users).

Honestly wouldn't be surprised to see the judge dismiss the cases across the board and deny the subpoenas of course. Maybe he'll instruct Settler Boy to resubmit his filing 1. In a proper and professional way and 2. Naming reddit as the main "infringer."

You can't fucking ignore that reddit is the publisher and has denied takedowns. Why would a billion dollar corporation deny those if not for 100% confidence that they are fair use and any litigation from Eichmann is doomed for failure? Corporations ALWAYS play super safe. Them refusing the takedowns is all you really need to know about the legality of the clips for political commentary. It's the most legal shit that's ever been legal. Eichmann is the biggest dumbass that's ever dumbed or assed.

⬆ 19 ⬇    💬 Reply    ↗ Share    ...

⊕  3 more replies

⊕  [deleted] • 3mo ago


**Lost_Amoeba_6368** • 3mo ago

Great write up.

Thanks, OP.

⬆ 13 ⬇    💬 Reply    ↗ Share    ...

 r/LeftoversH3 • 11d ago

**denims gets it**



1.7K upvotes · 40 comments

SER439

Skip to main content            Log In

fuck you Denims I'm going to put to in an awkward position where I'm going to retract, but...



187 upvotes · 21 comments

 r/LeftoversH3 · 5mo ago

Denims statement



401 upvotes · 84 comments

 r/LeftoversH3 · 5mo ago

The best thing about the Denims lawsuit...

294 upvotes · 17 comments

 r/LeftoversH3 · 7mo ago

Is Denims okay? Like genuinely

137 upvotes · 15 comments

 r/LeftoversH3 · 2mo ago

Why would Denims do this?



553 upvotes · 6 comments

 r/LeftoversH3 · 5mo ago

Denims ready to sue



627 upvotes · 60 comments

 r/LeftoversH3 · 1mo ago

This makes so much sense now in hindsight ......

263 upvotes · 64 comments

 r/LeftoversH3 · 4mo ago

First Denims Mention

59 upvotes · 6 comments

SER440

Skip to main content



Log In

667 upvotes · 44 comments

 r/LeftoversH3 · 4mo ago

Lawsuit provides definition of propaganda that does not contradict Denims' statement whatsoever.



138 upvotes · 10 comments

 r/LeftoversH3 · 17d ago

"I'm denying that"



296 upvotes · 19 comments

 r/LeftoversH3 · 12d ago

I feel like I'm gonna have an aneurism....



164 upvotes · 39 comments

 r/thescoop · 5mo ago

AOC asks if miscarriages are covered as exemptions. GOP Member: "I'm glad you're addressing us instead of addressing the camera." @AOC: "There are 13.7 million Americans on the other...



4.4K upvotes · 229 comments

 r/LeftoversH3 · 4mo ago

indistinguishable from parody



303 upvotes · 39 comments

 r/LeftoversH3 · 4mo ago

their lack of self-awareness shall be studied



552 upvotes · 29 comments

SER441

Skip to main content



Log In

176 upvotes · 15 comments

 r/LeftoversH3 · 1mo ago

All I could think about when I read the original comment



140 upvotes · 7 comments

 r/LeftoversH3 · 4mo ago

I'm sorry, I refuse to believe people are this dense...



156 upvotes · 37 comments

 r/SubredditDrama · 4mo ago

"No, it's time for Justice. It's time to criminally charge everyone who chose profits over health. It's time to sentence those who, knowingly and intentionally, did harm to our children to life sentences w/o the...

168 upvotes · 78 comments

 r/LeftoversH3 · 6mo ago

Oh how the turn tables



188 upvotes · 9 comments

 r/LeftoversH3 · 4mo ago

Well this sounds vaguely familiar...



52 upvotes · 11 comments

 r/LeftoversH3 · 6mo ago

Don't link any things that disproves my point*, stop.



124 upvotes · 8 comments

 r/LeftoversH3 · 2mo ago

Destiny

SER442

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 189 of 263
Case 3:25-mc-80296-SK     Document 16-1     Filed 10/20/25     Page 91 of 157



  Log In

Any hint of sanity is immediately deleted

99 upvotes · 8 comments

VIEW POST IN

Hindi

Reddit Rules   Privacy Policy   User Agreement   Accessibility   Reddit, Inc. © 2025. All rights reserved.

SER443

# EXHIBIT 59

SER444

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 191 of 263
Case 3:25-cv... Page 133 of 157

 Outlook

## Re: Counter-notification received regarding a takedown notice you submitted to Reddit

**From** Rom Bar-Nissim <rom@heahbarnissim.com>

**Date** Fri 1/17/2025 12:17 PM

**To** Reddit Support <support+idN5N924-22607@reddit.zendesk.com>

Dear Reddit Support Team:

I am following up on my email from yesterday. I wish to further clarify: (1) why the Invalid Counter Notification fails to satisfy the statutory requirements of 17 U.S.C. Section 512(g)(3); and (2) if Reddit restores the content subject to TEI's original takedown notices, Reddit will lose its immunity under 17 U.S.C. Section 512(c).

The statute states: a "service provider's compliance with paragraph (2) [*i.e.*, 17 U.S.C. Section 512(g)(2)] shall not subject the service provider to liability for copyright infringement with respect to the material identified in the notice provided under [17 U.S.C. Section 512](c)(1)(C)." 17 U.S.C Section 512(g)(4).

In 17 U.S.C. Section 512(g)(2) (*i.e.*, the section referenced in 17 U.S.C. Section 512(g)(4)), the statute states that immunity does not apply when reposting content subject to a takedown notice, unless - amongst other things - Reddit is in "receipt of a counter notification described in paragraph (3)" - *i.e.*, 17 U.S.C. Section 512(g)(3). 17 U.S.C. Section 512(g)(2).

17 U.S.C. Section 512(g)(3) contains the requirements for an effective counter notification. "To be effective under this subsection, a counter notification" must include "substantially the following": (1) a "statement under penalty of perjury that the subscriber has a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled"; (2) the "subscriber's ... address, and telephone number"; (3) "a statement that the subscriber consents to the jurisdiction of Federal District Court for the judicial district in which the address is located, or if the subscriber's address is outside of the United States, for any judicial district in which the service provider may be found"; and (3) "that the subscriber will accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person." 17 U.S.C. Section 512(g)(3).

As mentioned, the Invalid Counter Notification fails to satisfy any of the requirements identified above. Specifically, it does not contain: (1) the issuer's address and telephone number; (2) consent to jurisdiction and service of process; and (3) a statement made under penalty of perjury. Therefore, Reddit is not in receipt of a counter notification in compliance with 17 U.S.C. Section 512(g)(3) and will not be immunized if it reposts the content.

Additionally, there are further indications that the Invalid Counter Notification is fraudulent. First, the posts and comments at issue were made by three different Reddit users: (1) r/AutoModerator (*i.e.*, the moderator for H3Snark); (2) u/sarahornejewetts; and (3) u/obrienpotatoes. Despite this fact, there is only a single user that issued the Invalid Counter Notification.

Second (and related to the first point), the name identified in the Invalid Counter Notification is "Michael Anderson" - *i.e.*, someone who is male or identifies as being male. Yet, u/sarahornejewetts was

SER445

responsible for one of the infringing posts - *i.e.*, someone who is female or identifies as being female.

Third, the Invalid Counter Notification contains information that is easily confirmed as false  by viewing the original takedown notice. As the August 30, 2024 takedown notice makes clear, the issue was a link to a three hour and thirty minute video on **_YewTube_**. Yet, the Invalid Counter Notification falsely states: "This post consisted solely of a direct link to H3's official YouTube channel, not to any specific video." As u/sarahornejewetts stated in a comment shortly before posting the link to TEI's work on YewTube: "We encourage folks to watch on yewtube since it doesn't play ads or contribute to views."

Fourth, it appears that the Invalid Counter Notification was sent - not by the recipient of the original takedown notices - but the moderators for H3Snark. This is evidenced by the sentence: "We are writing to contest the removal of two posts from our subreddit" and the repeated use of "we" in the Invalid Counter Notification.

Please confirm that Reddit will not honor the Invalid Counter Notification by close of business on January 20, 2025. If not, we will escalate this matter to Reddit legal.

Be advised: If Reddit reposts the content subject to TEI's original takedown notices, Reddit will lose its immunity under 17 U.S.C. Section 512 and TEI will be forced to sue Reddit for copyright infringement.

All rights reserved.

## Rom Bar-Nissim
Partner

**P:**  +1 (310) 432-2836
**E:**  [Rom@HeahBarNissim.com](mailto:Rom@HeahBarNissim.com)
1801 Century Park E #2400 Los Angeles CA 90067

[HeahBarNissim.com](http://HeahBarNissim.com)



---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Thursday, January 16, 2025 2:05 PM
**To:** Reddit Support <support+idN5N924-22607@reddit.zendesk.com>
**Subject:** Re: Counter-notification received regarding a takedown notice you submitted to Reddit

Dear Reddit Support Team:

I am counsel for Ted Entertainment, Inc. ("TEI") - *i.e.*, the party that issued the original takedown notices that are the subject of this invalid counter notification**_. The counter notification is invalid because it does not contain the issuer's address to allow TEI to serve the issuer with a lawsuit ("The Invalid Counter Notification")._**

As set forth in 17 U.S.C. Section 512(g)(3), a counter notification must contain certain information. "To be effective under this subsection, a counter notification must" include, *inter alia*, the "subscriber's name, address, and telephone number" and that "the subscriber will accept service of process from the

SER446

10/19/25, 5:53 PM

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 193 of 263

Case 3:25TEl Counter-notification received regarding a takedown notice you submitted to Reddit - Rom Bar-Nissim - Outlook age 195 of 157

person who provided notification under (c)(1)(C) or an agent of such person."  17 U.S.C. Section 512(g)(3)(D).

The Invalid Counter Notification does not contain an address, telephone number or acceptance of service of process from TEI. Without this information - particularly an address, it is impossible for my client to serve the issuer of the Invalid Counter Notification with a lawsuit to vindicate TEI's rights. Consequently, one of the primary purposes of the counter notification - *i.e.*, to provide TEI with sufficient information to pursue and serve a lawsuit for copyright infringement against the issuer of the Invalid Counter Notification - is circumvented and defeated.

***Reddit must reject The Invalid Counter Notification and refuse to repost the material identified in TEI's takedown notices to retain its immunity under 17 U.S.C. Section 512(c).***

***Please confirm that the Reddit shall refuse to honor The Invlalid Counter Notification.***

All rights reserved.

**Rom Bar-Nissim**

Partner

**P:**  +1 (310) 432-2836

**E:**  Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Reddit Admin Team (Reddit Support) <support@reddit.zendesk.com>
**Sent:** Wednesday, January 15, 2025 7:08 AM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Subject:** Counter-notification received regarding a takedown notice you submitted to Reddit

##- Please type your reply above this line -##

This is an email from Reddit Legal Support. To respond, please reply to this email.

 **Reddit Admin Team** (Reddit Support)

Jan 15, 2025, 07:08 PST

Hello,

We received a counter notification under the Digital Millennium Copyright Act ("DMCA"), in response to a copyright takedown notice you submitted for the following content:

SER447

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 194 of 263
Case 3:25-cv-... Document Filed 10/28/2... Page 66 of 157

https://www.reddit.com/r/h3snark/comments/1f3hlsl/megathread_the_h3_show_aug_28_2024/

https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/

Details of the counter notification and original DMCA notice are copied below, for your review.

We're providing you with the counter notification and await information (in not more than 10 US business days) that you've filed an action seeking a court order to enjoin the counter notifier's use of that content on Reddit. Such information should be submitted to us by replying directly to this email. If we don't receive this information from you, we may reinstate the content to Reddit.

[BEGIN COPY OF COUNTER NOTIFICATION]

Submitted
October 18, 2024 at 11:58

Blimp Up 0d <blimp.up.0d@icloud.com>

Copyright - Electronic signature
Michael Anderson

Counter Notification - counter explanation
Instance 1: This post contained a clip from a publicly available YouTube stream. The clip's duration was
approximately 1-3 minutes, which falls well within the parameters of Fair Use. As such, we contend that this
post should not have been removed for copyright infringement.
Instance 2: This post consisted solely of a direct link to H3's official YouTube channel, not to any specific
video. Providing a link to an official channel or video to direct users to content through authorized means
does not constitute copyright infringement. This removal is equivalent to a television network suing a
newspaper for publishing their official programming schedule or announcing an upcoming premiere. Such
actions are not only standard practice in media but are typically welcomed as free publicity. Just as a TV
listing directs viewers to official content without reproducing it, our link simply guided users to H3's
authorized YouTube channel. Removing this link is as nonsensical as penalizing a publication for informing
its readers about where and when they can legally access content.
We believe both posts were removed erroneously and should be reinstated. We kindly request

SER448

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 195 of 263
Case 3:25-cv-02668-SK   Document 31-1   Filed 10/28/25   Page 67 of 157

your review

of this matter and look forward to your response.

Counter Notification - requester's full name

Michael Anderson

Counter Notification - Reddit URL(s)

Instance 1:

https://www.reddit.com/r/h3snark/comments/1fiiy9j/ethan_and_dan_confirm_that_posting_to_snark_will/

Instance 2:

https://www.reddit.com/r/h3snark/comments/1f3hlsl/megathread_the_h3_show_aug_28_2024/

Blimp Up 0d October 18, 2024 at 11:58

Hello Reddit Admins,

We are writing to contest the removal of two posts from our subreddit under alleged copyright claims. We

respectfully request that you review these posts, reinstate them, and provide information about the party filing

these removal requests. We believe these reports may have been filed by fans rather than the legitimate

copyright holder.

[END COPY]

Reddit Admin Team

---

This email is a service from Reddit Support.

SER449

# EXHIBIT 60

SER450

# HEAH BAR-NISSIM

March 18, 2025

VIA EMAIL:

Alexander O'Brien
Email: aobri@brockport.edu

RE:    Your December 5, 2024 Counternotification

## <u>PRIVILEGED AND CONFIDENTIAL SETTLEMENT COMMUNICATION PURSUANT TO FEDERAL RULE OF EVIDENCE 408 AND CALIFORNIA EVIDENCE CODE SECTION 1152 *et seq.*</u>

Dear Mr. O'Brien:

We are counsel for Ted Entertainment, Inc. ("TEI"). If you have counsel, please forward this correspondence to your attorney and have them communicate with me directly about this matter.

We are in receipt of your December 5, 2024 counternotification to Reddit (the "12/5/24 Fraudulent Counternotification") (although our office only received it today). As set forth below, (1) under no circumstances does your use of TEI's work on r/H3Snark ("H3Snark") constitute fair use; (2) your 12/5/24 Fraudulent Counternotification constitutes misrepresentation under 17 U.S.C. Section 512(f); and (3) an opportunity for you to avoid a lawsuit for copyright infringement and misrepresentation under 17 U.S.C. Section 512(f).

## <u>Your Post on Reddit Did Not Constitute Fair Use</u>

In the takedown notice our office issued on September 18, 2024 (the "9/18/24 Takedown"), our office provided a highly detailed fair use analysis to explain why your post did not constitute fair use. A PDF printout of the 9/18/24 Takedown is attached to this letter as Exhibit A (though the analysis of the fourth fair use factor is not fully visible). A PDF printout of your post is attached to this letter as Exhibit B.

**First Fair Use Factor.** The first fair use factor examines the "purpose and character" of your specific use of TEI's work. 17 U.S.C. § 107(1). The 9/18/24 Takedown explained that your post "does not serve a different purpose or have a different character than the original work" because: (1) the "title" of your post (*i.e.*, "Ethan and Dan confirm posting to snark will get you banned" did "not provide any commentary criticism or further insight into the content" of the clip, but "merely summarizes the contents" of the clip; (2) there were "no comments" for your post and the moderators "prohibited the creation of any comments" for the post. *See McGucken v. Pub Ocean Ltd.*, 42 F.4th 1149, 1158 (9th Cir. 2022); *In*

SER451

Alexander O'Brien
March 18, 2025
Page 2

*re DMCA Subpoena to Reddit, Inc.*, 441 F.Supp.3d 875, 884-885 (N.D. Cal. 2020). Consequently, the purpose and character of your use was identical to the original – which does not constitute fair use. *See Andy Warhol Foundation for the Visual Arts, Inc. v. Goldsmith*, 598 U.S. 508 (2023).

**Third Fair Use Factor.** The third fair use factor examines the "amount and substantiality used" by you of TEI's work. 17 U.S.C. § 107(3). This factor examines whether "the amount and substantiality of the portion used in relation to the copyright work as a whole is reasonable in relation to the purpose of the copying." *Tresona Multimedia, LLC v. Burbank High School Vocal Music Association*, 953 F.3d 638, 650 (9th Cir. 2020) (internal brackets and ellipses omitted). Consequently, "the extent of permissible copying varies with the purpose and character of the use" - *i.e.*, the third factor "necessarily overlaps somewhat with the first factor." *Id.* As explained in the 9/18/24 Takedown, the amount you used was "unreasonable and unnecessary." "Not only does [your post] fail to provide any commentary, criticism or further insight into the Work itself, it could have easily achieved its purpose to inform Redditors of the contents of the [clip] by either: (1) embedding the original Work at the relevant timestamp into [your post]; or (2) providing hyperlinks to the relevant timestamps of the original Work in [your post]."

**Fourth Fair Use Factor.** The fourth fair use factor examines the "effect of the use upon the potential market for or value of the copyrighted work." 17 U.S.C. § 107(4)). This factor examines "both (1) the extent of market harm caused by the particular actions of the alleged infringer, and (2) whether unrestricted and widespread conduct of the sort engaged in by the defendant would result in a substantially adverse impact on the potential market for the original and the market for derivative works." *McGucken*, 42 F.4th at 1163 (internal quotation marks omitted). A explained in the 9/18/24 Takedown, (1) "[e]ach view of the Infringing Clip siphons views from the original work" - which "results in less ad revenue derived from the original Work"; and (2) "if the conduct were to become widespread (*i.e.*, other Reddit posts containing clips from the Work without any further commentary, criticism or further insight), this would further exacerbate my client's lost revenue."

## Why the 12/5/24 Fraudulent Counternotification Violates 17 U.S.C. Section 512(f)

A counternotification made pursuant to 17 U.S.C. Section 512(g)(3) is subject to several legal requirements. Critically, you were required to make a "statement under penalty of perjury that [you have] a good faith belief that the material was removed or disabled as a result of mistake." 17 U.S.C. § 512(g)(3)(C). To manifest a good faith belief that a particular use is fair use, the issuer must conduct a fair use analysis. *See Hosseinzadeh v. Klein*, 276 F.Supp.3d 34, 36 (S.D.N.Y. 2017); *cf. Lenz v. Universal Music Group*, 815 F.3d 1145, 1149, 1154-55 (9th Cir. 2016). Your 12/5/24 Fraudulent Counternotification demonstrates that you conducted "lip service to the consideration of fair use" - which means you are "still subject to 512(f) liability." *Cf. Lenz*, 815 F.3d at 1154.

Your 12/5/24 Fraudulent Counternotification emphasizes that you issued it in bad faith. First and foremost, your 12/5/24 Fraudulent Counternotification completely fails to address any

SER452

Alexander O'Brien
March 18, 2025
Page 3

of the detailed points raised in the 9/18/24 Takedown. Nor does your 12/5/24 Fraudulent Counternotification explain why your post was fair use whatsoever. Instead, your 12/5/24 Fraudulent Counternotification makes the conclusory assertion that your post "would still be allowed under fair use." By failing to articulate the basis for this conclusion or addressing the points raised in the 9/18/24 Takedown, your 12/5/24 Fraudulent Counternotification emphasizes it was made in bad faith.

Second, your 12/5/24 Fraudulent Counternotification states: "[t]his was an abuse of the fair use system." This statement is nonsensical and demonstrates your fundamental lack of understanding of fair use. You are the one attempting to claim fair use, not TEI. We take your statement in the 12/5/24 Fraudulent Counternotification as an admission of your own bad faith and not an indictment against TEI.

Third, your 12/5/24 Fraudulent Counternotification states H3Snark "has also been mercy to many bad faith brigades recently, so I do not believe that this appeal was filed by the actual copyright owner." In the 9/18/24 Takedown, this office provided our contact information, including: (1) the person who issued the 9/18/24 Takedown; (2) the name of our firm, (3) our firm's address; and (4) my email address. A simple Google search would have confirmed this information and that I have represented Ted Entertainment, Inc. and the Kleins in the past for several years.

Finally, the language in your 12/5/24 Fraudulent Counternotification oddly reminiscent of another fraudulent counternotification our office received on January 16, 2025 (which was issued on October 18, 2024) from the moderators of H3Snark (the "10/18/24 Fraudulent Counternotification"). The 10/18/24 Fraudulent Counternotification included your post and claimed the "clip's duration was approximately 1-3 minutes, which falls well within the parameters of Fair Use." Like your 12/5/24 Fraudulent Counternotification, it also states: "[w]e believe these reports may have been filed by fans rather than the legitimate copyright holder." We successfully contested the validity of the 10/18/24 Fraudulent Counternotification and, on March 18, 2025, Reddit acknowledged that it was invalid.

**Your Only Option to Avoid Litigation**

TEI will not pursue claims against you if you satisfy all of the following conditions: (1) you withdraw your 12/5/24 Fraudulent Counternotification within five business days of receiving this correspondence and provide our office written confirmation of doing so; (2) you provide our office with all correspondence you have had with the moderators of H3Snark; (3) you provide our office with all correspondence you have had with other H3Snark users; (4) you provide our office will all correspondence you have had with Reddit; and (5) you provide our office with information regarding the identities of the H3Snark moderators.

If you do not (or cannot) satisfy all five conditions, TEI will sue you for copyright infringement and misrepresentation. Keep in mind that federal court filings are public. Anyone performing a simple Google search on you (let alone a background check) will discover this

Alexander O'Brien
March 18, 2025
Page 4

information. Once judgment is entered against you, the Court's finding that you engaged in copyright infringement and lied in a legal document will also be publicly available.

*You have until **March 25, 2025 at 5:00 p.m. PST** to agree to these terms.*

This letter does not constitute a complete statement of all of TEI's rights, contentions, legal theories or the facts in support thereof. Nothing stated herein is intended, nor shall it constitute, a waiver or relinquishment of any of TEI's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

Sincerely,

Rom Bar-Nissim

SER454

# EXHIBIT 61

(Video File Located on Flash Drive
Concurrently Filed with Notice of Lodging)

SER455

# EXHIBIT 62

SER456

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 203 of 263
Case 3:25-mc-80296-SK    Document 16-1  Filed 10/20/25    Page 105 of 157



to do is is is advocate for uh a a a lighter form

**Denims** ✓

🚨 ETHAN KLEIN HASAN CONTENT NUKE WATCH PARTY 🚨 THIS IS NOT A DRILL 🚨

Just Chatting    English    politics    news    Hasanabi    Denims    Trump

👤 43,328    6:58:56

## About Denims ✓

**86.4K** followers

Political commentary and discussions!
Business Inquiries -
Denims@badmoontalent.com

🔗 Website
✖ Twitter
📷 Instagram
▶ Youtube
🎮 Discord

## Denims's Goals

13,615 followers to go!
86385/100000 Followers

1,261 more subs to go!
1739/3000 Subs

**Sign up to experience the best of Denims** Chat, follow or subscribe – Twitch is your oyster.    Sign Up

SER457

# EXHIBIT 63

SER458





SER459

# EXHIBIT 64

(Video File Located on Flash Drive
Concurrently Filed with Notice of Lodging)

SER460

# EXHIBIT 65

(Video File Located on Flash Drive
Concurrently Filed with Notice of Lodging)

# EXHIBIT 66

(Video File Located on Flash Drive
Concurrently Filed with Notice of Lodging)

SER462

# EXHIBIT 67

SER463

 **Outlook**

---

## RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

---

**From** Leah Vulic <Leah@kr.law>
**Date** Mon 9/15/2025 4:01 PM
**To**  Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc**  Jeff Rosenfeld <Jeff@kr.law>

Hi Rom,

Thank you for following up, and for thinking of ways the subpoena to Reddit could potentially be limited.

Unfortunately, however, I do not believe your proposal would be workable for us. I do appreciate your willingness to compromise.

Very best,
Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Monday, September 15, 2025 7:47 AM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Leah:

Following up on this point. In sum, I want to suggest to my client to limit Requests 15-16 in the Reddit subpoena to encompass moderators of H3Snark on January 31, 2025 only. Currently, the requests seek information on moderators from January 1, 2025 through February 28, 2025.

If you agree, I will run the proposal past my client. As promised, I have not revealed the number of your clients - nor will I. But to obtain approval, I will indicate that the number of your clients is larger than anticipated and it would benefit all of us to narrow that number down, if possible.

Thanks,

## Rom Bar-Nissim
Partner

**P:**  +1 (310) 432-2836
**E:**  Rom@HeahBarNissim.com
1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com

**HEAH BAR-NISSIM**

SER464

10/3/25, 11:42 AM
Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 211 of 263
Case 2:25-cv-05564-WLH-PD Document 31-3 Filed 10/7/26 Page 13 of 157
RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash - Rom Bar-Nissim - Outlook

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Wednesday, September 10, 2025 7:51 AM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah:

I have been brainstorming ideas on how to potentially remove some of your clients from falling within the ambit of the Subpoenas.

The biggest question I have is whether all of your clients were moderators of H3Snark on January 31, 2025. I still need to run this past my client, but I think I can persuade my client to narrow the Subpoenas to only include individuals who were moderators of H3Snark on January 31, 2025. For the Reddit Subpoena, this would mean narrowing the scope of Requests 15-16 and, potentially, requests regarding other usernames for individuals who were not moderators on that date. For the Discord Subpoena, this would implicate account and display names for individuals that were not moderators on that date.

If you would prefer to answer this question by phone, I understand. I will not run this past my client before you answer - as I promised to receive your input before broaching the issue of removing some of your clients from the ambit of the Subpoenas.

Thanks,

**Rom Bar-Nissim**
Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com
1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com

HEAH BAR-NISSIM

---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Tuesday, September 9, 2025 4:12 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hello Rom,

Pleasure speaking with you as well.

Thank you. I will be considering what we discussed.

Very best,
Leah

SER465

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 212 of 263

10/3/25, 11:42 AM    Case 2:25-cv-05564-WLH-PD ... Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash - Rom Bar-Nissim - Outlook   Page 14 of 157

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Tuesday, September 9, 2025 3:37 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Leah:

As always, a pleasure speaking with you. As promised, I am confirming the extension to file the Motion to Quash on or before September 22, 2025.

## Rom Bar-Nissim
Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com
1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Tuesday, September 9, 2025 1:01 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah:

Glad we addressed and resolved the proposed limitations. Feel free to reference them in the motion.

I also appreciate you informing me about the declarations of your clients and that you do not represent u/RomanPeee. This is very informative. I will need to consult with Ethan and Hila, but I do not expect that it will be an issue for them not to refer to your clients and do so under oath.

As to having their identities disclosed to Ted Entertainment, Inc., Ethan or Hila, I would like to consult with my client first. To clarify, this would only apply in the scenario that the motion to quash is denied but a protective order allowing your clients to proceed anonymously is granted. Correct?

As for an additional week, I have no issue. However, since I am asking counsel for Denims and Kaceytron to agree to a continuance of the scheduling conference in both matters, I would like to run this past them as well.

I will keep you posted.

SER466

Thanks,

**Rom Bar-Nissim**
Partner

**P:**  +1 (310) 432-2836

**E:**  Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Tuesday, September 9, 2025 12:05 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Rom,

Thank you for your responses. You're right, I did not respond to your email about limiting the subpoena. I apologize that I missed that after the long weekend.

I think your proposed limitations are fine. We will likely reference that we have agreed to this limitation in our motion.

Regarding a mutual agreement not to discuss the other parties to address the concerns regarding harassment: My clients are not publicly discussing your clients. The H3Snark Subreddit is inactive. They will, in their declarations, and are, right now to me, swearing this. My clients are also NOT RomanPeee and also have no association with that person. They are able to provide you those assurances; however, they do not agree to their identities being disclosed to plaintiff (and Ethan and Hila), even under a protective order.

I would like to ask for an additional week extension to file the motion to quash, to September 22. Will you agree? I'm happy to discuss by phone if necessary.

Thanks,

Leah

SER467

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Monday, September 8, 2025 4:41 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah:

My responses are below in all caps.

## Rom Bar-Nissim

Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Monday, September 8, 2025 4:31 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Rom,

SER468

Thank you. I hope you had a nice holiday weekend and short week after.

I wanted to touch base about a few matters:

1. Did you hear back from Discord, after they received the letter? NO. NOR DID THEY PRODUCE DOCUMENTS - SO THEY ARE RESPECTING THE REQUEST.
2. Have you been able to think about/work on a stipulation narrowing the scope of documents requested to resolve Stored Communications Act issues? MY PROPOSED STIPULATION IS IN MY AUGUST 29, 2025 EMAIL. YOU CAN FIND IT IN THIS EMAIL CHAIN BELOW. YOU NEVER RESPONDED. HAVE YOU DISCUSSED THE ISSUE OF THE MUTUAL AGREEMENT TO NOT DISCUSS THE OPPOSING PARTY TO ADDRESS THE CONCERN RE: HARASSMENT?
3. We saw that a scheduling conference has been set in the case, and that the Rule 26(f) conference likely happened last week. If that occurred, were there any discussions about timing and deadlines in the Central District case that would affect our plan with the motion to quash? WE DID CONDUCT THE CONFERENCE FOR BOTH THE CAVINESS AND SABER MATTERS. WE DID NOT DISCUSS SPECIFIC DEADLINES. THIS MORNING, I APPROACHED OPPOSING COUNSEL ABOUT REQUESTING A CONTINUANCE OF THE SCHEDULING CONFERENCE TO ACCOMODATE THE MOTION TO QUASH. IF THE MOTION TO QUASH IS DENIED (IN WHOLE OR IN PART), YOUR INPUT WOULD BE NECESSARY FOR DATES. I HAVE NOT HEARD BACK, BUT I EXPECT TO IN THE NEXT DAY OR TWO BECAUSE THE JOINT REPORT IS DUE SOON.

We look forward to hearing from you.

Best regards,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Friday, August 29, 2025 2:23 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah and Jeff:

SER469

10/3/25, 11:42 AM    RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash - Rom Bar-Nissim - Outlook

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 216 of 263

Case 2:25-cv-05564-WLH-PD    Document 26-2    Filed 10/24/25    Page 18 of 157

The letter to Discord is sent. It will arrive Tuesday morning before 10:30 a.m. (that was the fastest I could do). Below is the FedEx tracking number.

FedEx Tracking No.: 883975159820

Enjoy your Labor Day weekend.

## Rom Bar-Nissim

Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Thursday, August 28, 2025 8:50 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah and Jeff:

Here are my suggestions on how to limit the scope of the Subpoena. I welcome your suggestions on how to further refine these limitations or if you propose additional limitations. For clarity, the

SER470

10/3/25, 11:42 AM                 RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash - Rom Bar-Nissim - Outlook

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 217 of 263

Case 2:25-8c-05564-X K. Document 31-3 Filed 10/20/25 Page 19 of 157

limitations shall apply only if the court denies the motion to quash (in whole or in part). If the court grants the motion to quash, this issue is obviously moot.

1. The Subpoena shall not encompass communications between Reddit users (as to Reddit) or Discord users (as to Discord) that are protected by the Stored Communications Act (18 U.S.C. Section 2701, *et seq*.).
2. The phrase "All DOCUMENTS and COMMUNICATIONS" shall no longer require each document or communication in Reddit and Discord's possession, custody or control that contain the "PERSONAL IDENTIFYING INFORMATION" (as defined in each particular subpoena) as to the users identified in each subpoena or, as to Reddit, the moderators of r/H3Snark from January 1, 2025 to February 28, 2025. Rather, full compliance with the subpoena shall be fulfilled if  the internet service provider at issue provides all "PERSONAL IDENTIFYING INFORMATION" (as defined in each particular subpoena) in its possession, custody or control on the users identified in the subpoena or, as to Reddit, the moderators of r/H3Snark form January 1, 2025 to February 28, 2025.
3. Discord and Reddit shall only provide the "PERSONAL IDENTIFYING INFORMATION" (as defined in each particular subpoena) as to the users authorized by the Court in its opinion on the motion to quash - including, if authorized by the Court, the moderators of r/H3Snark from January 1, 2025 to February 28, 2025.

Thanks,

**Rom Bar-Nissim**

Partner

**P:**  +1 (310) 432-2836
**E:**  Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com
HBN_Logo_Block_Red.png

---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Thursday, August 28, 2025 5:15 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

SER471

Thank you, Rom.

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Thursday, August 28, 2025 5:11 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah:

I understand the concern. In the event Discord complies, I will not review and notify you.

## Rom Bar-Nissim

Partner

**P:**  +1 (310) 432-2836
**E:**  Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Thursday, August 28, 2025 5:06:51 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Rom,

SER472

Since the letter asks them to hold responding in abeyance until any decision, that should be fine.

I was just concerned about September 5 passing and Discord producing records immediately after. I probably shouldn't be worried about that given their total lack of response, but just in case—if for some reason Discord *does* produce any records, anything other than objections, before an order on the motion to quash, I assume you have no problem with segregating and not reviewing or disclosing that production?

Thank you for sending.

Best regards,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Thursday, August 28, 2025 4:51 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah:

No issue with the 15th. In the letter to Discord, I did not specify when you would file. I just stated "The parties have agreed that the Motion to Quash will be filed sometime shortly after September 5, 2025." I kept it open ended to afford us some flexibly.

If you want, I can change it to "The partes have agreed that the Motion to Quash will be filed on or before September 15, 2025." Otherwise, I can keep it as is. Just let me know.

Regardless, I will get sent by FedEx tomorrow (but likely in the early afternoon when you will be away). I will share the tracking number with you both as well.

Thanks,

SER473

## Rom Bar-Nissim

Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Thursday, August 28, 2025 4:38 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Rom,

It was a pleasure speaking with you as well.

The letter to Discord is fine, thank you. However, regarding the last point in your email, could we make the motion to quash filing deadline September 15, and have that reflected in the letter to Discord? (Our paralegal in charge of the case will be out on September 12.)

We agree on the other points, including mutual extensions for opposition and reply, if necessary. We will also touch base with you before setting the hearing date on the motion.

We look forward to the stipulation to narrow the subpoena, and I will speak with our clients about a potential agreement.

SER474

10/3/25, 11:42 AM Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash - Rom Bar-Nissim - Outlook

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 221 of 263

Case 2:25-mc-80296-SK Document 1-2 Filed 10/24/25 Page 23 of 157

Thanks,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Thursday, August 28, 2025 3:12 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah and Jeff:

As always, it was a pleasure speaking with you both.

**Letter to Discord**: As promised, attached is the letter to discord requesting they hold compliance with the subpoena in abeyance until resolution of the motion to quash. I provided your contact information. If you have no issues with it, let me know and I will send it out tomorrow.

**Stipulation to narrow subpoena**: By tomorrow, I will provide a draft that narrows the scope of responsive documents for the subpoena. Insofar as we can agree to certain terms, that would be ideal.

**Consulting with Client**: Leah will consult with your clients about entering into some agreement whereby we can reduce the risk of potential harassment initiated by the parties.

**Date for Motion**: We penciled in the date of September 12 as the deadline for filing the motion to quash. Leah wishes to confirm with the rest of the team that this date works prior to locking this date down. We also agreed that, depending on the circumstances, we will give mutual extensions for the opposition and reply (if necessary).

If anything is incorrect, please let me know. Let me know if I'm good to go with the Letter.

Thanks!

SER475

## Rom Bar-Nissim

Partner

**P:**  +1 (310) 432-2836
**E:**  Rom@HeahBarNissim.com


1801 Century Park E #2400 Los Angeles CA 90067


HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Thursday, August 21, 2025 4:22 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash


Hi Rom,


Thanks. I'll send you a meeting invite for next Thursday, August 28 at 1:30 p.m.


Talk to you then!


Thanks,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Thursday, August 21, 2025 3:55 PM
**To:** Leah Vulic <Leah@kr.law>

SER476

**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Leah:

I have not received anything from Discord. If the objection was sent in the mail, it may take a few days to arrive. I will inform them by overnight mail that compliance is stayed pending resolution of the forthcoming motion to quash.

Let's lock down Thursday, August 28 at 1:30 pm to continue the meet and confer.

Thanks!

## Rom Bar-Nissim

Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Thursday, August 21, 2025 3:50:40 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Rom,

SER477

10/3/25, 11:42 AM    RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash - Rom Bar-Nissim - Outlook

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 224 of 263
Case 2:25-cv-05564-WLH-PD    Document 26    Filed 11/20/25    Page 26 of 157

Thank you, I hope you are well also.

Thank you for the update regarding Reddit, and Discord. Have you received objections from Discord?

Next week to continue our meet and confer, how about Thursday, August 28? We are free at 1:30 p.m. and after.

Thanks,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Thursday, August 21, 2025 1:40 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Leah and Jeff:

Hope you are both well. I just completed my meet and confer with Reddit. Reddit had two primary concerns: (1) that there be a First Amendment review of the subpoenas; and (2) the scope of compliance - primarily as to which users. It was my overall impression that Reddit does not want to get involved in this dispute.

As to the first concern, this has been addressed by your clients' forthcoming motion to quash.

As to the second concern, in the event your clients' motion is denied, the scope of compliance will turn on the order itself. Namely, whether it addresses the mods specifically identified in the subpoena and those unidentified as well.

In the interim, Reddit will hold compliance with the Subpoena in abeyance until the motion is resolved. I informed them that we are ironing out when the motion will be filed and that I will keep them posted.

SER478

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 225 of 263
Case: 2:25-cv-05564-WLH-PD Document 26-3 Filed 02/05/26 Page 27 of 157

Let's figure out a day and time that works to resume our meet and confer next week. I am generally free in the afternoon from Tuesday through Friday. I also plan on sending a letter to Discord next week asking them to hold off on complying with the subpoena until the motion to quash is resolved.

Thanks,

## Rom Bar-Nissim

Partner

**P:**  +1 (310) 432-2836
**E:**  [Rom@HeahBarNissim.com](mailto:Rom@HeahBarNissim.com)

1801 Century Park E #2400 Los Angeles CA 90067

[HeahBarNissim.com](http://HeahBarNissim.com)



---

**From:** Leah Vulic <[Leah@kr.law](mailto:Leah@kr.law)>
**Sent:** Tuesday, August 19, 2025 3:49 PM
**To:** Rom Bar-Nissim <[rom@heahbarnissim.com](mailto:rom@heahbarnissim.com)>
**Cc:** Jeff Rosenfeld <[Jeff@kr.law](mailto:Jeff@kr.law)>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Thank you, Rom.

---

**From:** Rom Bar-Nissim <[rom@heahbarnissim.com](mailto:rom@heahbarnissim.com)>
**Sent:** Tuesday, August 19, 2025 1:17 PM
**To:** Leah Vulic <[Leah@kr.law](mailto:Leah@kr.law)>
**Cc:** Jeff Rosenfeld <[Jeff@kr.law](mailto:Jeff@kr.law)>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

SER479

10/3/25, 11:42 AM                RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash - Rom Bar-Nissim - Outlook

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 226 of 263

2:25-cv-05564-WLH-PD Document 125-3 Filed 11/21/25 Page 29 of 157

Leah and Jeff:

I will be meeting and conferring with Reddit's counsel this Thursday - likely at 12:00 p.m. PST. I will continue to keep you both posted.

Thanks,

## Rom Bar-Nissim

Partner

**P:**  +1 (310) 432-2836
**E:**  Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Tuesday, August 19, 2025 11:01 AM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Rom,

Sounds good, thank you for keeping us posted. We look forward to hearing from you.

Thanks,

SER480

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 227 of 263
Case 2:25-...-05564...    Document...    Filed 10/2025    Page 29 of 157

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Tuesday, August 19, 2025 10:42 AM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Thanks Leah.

Let us reschedule then. I think it best I conduct a meet and confer with Reddit first. If necessary, we can schedule another meet and confer with the three of us. I will keep you posted.

Thanks

## Rom Bar-Nissim

Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Tuesday, August 19, 2025 8:59 AM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

SER481

Good morning, Rom,


Thank you for the updates.


Yes, we think it makes sense to postpone our meet and confer. Alternatively, if you think it would be more efficient, we could have a joint meet and confer with us, you, and Reddit's counsel (that way, if a motion to compel Reddit is necessary, we can coordinate on the logistics of the compel/quash motions). We'll leave that decision to you.


Please let us know your thoughts, but in short, yes, we think it would be beneficial to reschedule our meet and confer.


Thanks,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Tuesday, August 19, 2025 7:38 AM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash


Good Morning Leah and Jeff:


I wanted to keep you updated on a material development and determine whether we should reschedule our meet and confer. As you know, yesterday was the deadline for Reddit and Discord to serve their objections to their respective subpoenas. Reddit served objections by email, which are attached. I did not receive any objections from Discord, however, the objections may have been served by mail.


Currently, I am trying to schedule a day and time this week to meet and confer with Reddit's counsel. I did inform Reddit's counsel that the Doe defendants intend to file a motion to quash and that we will be conducting our second meet and confer today.

SER482

10/3/25, 11:42 AM RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash - Rom Bar-Nissim - Outlook

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 229 of 263

Case 2:25-mc-80296-SK Document 1-2 Filed 10/20/25 Page 31 of 157

In light of this development, I wonder if it would me a more productive to reschedule today's meet and confer until after I meet and confer with Reddit's counsel. I think it would be helpful for both of us to determine whether Reddit's issues can be resolved or whether a motion to compel is necessary. If you prefer to proceed with today's meet and confer, I completely understand - as I am certain we will still have a productive conversation.

Please let me know how you would like to proceed.

## Rom Bar-Nissim

Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Thursday, August 14, 2025 11:08 AM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hi Rom,

Thank you. Did we set a time for reconvening on Tuesday, August 19? If not, shall we say 2:00 p.m.?

For an internal timing meet-and-confer deadline, let's set Friday, August 29, as September 1 is Labor Day.

SER483

Thank you for the additional updates.

Best regards,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Tuesday, August 12, 2025 2:21 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah:

Thank you for your email. We are in agreement. Currently, the deadline for your clients to file the motion to quash is September 4, 2025. We are also in agreement that, if your clients require additional time, we can meet and confer on a reasonable extension to the deadline and informing Reddit and Discord that the compliance date is extended.

Since I would need to inform Reddit and Discord by mailing their agent for service of process (as they have not contacted me yet), we should create an internal deadline for this meet and confer. I don't want us to be in a situation where it will be too late to inform Reddit or Discord of the situation.

What do you think of Monday, September 1, 2025? I think this should be sufficient advance notice to inform Reddit and Discord.

Also, as an FYI, counsel for Denims and Kaceytron inquired about the status of the subpoenas. I informed them that you and Jeff contacted me on behalf of your clients regarding their forthcoming motion to quash. I also provided links to your firm profiles. Additionally, I informed counsel that we conducted a meet and confer regarding the motion to quash and agreed to continue the meet and confer. I also explained to them that one of the grounds your clients presently wish to move on is that there is no underlying infringement because Denims made a fair use of the works.

SER484

10/3/25, 11:42 AM          RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash - Rom Bar-Nissim - Outlook

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 231 of 263

Case 2:25-... Document ... Filed ... Page 33 of 157

You should also know that Denims will not be filing a motion to dismiss, but rather filing an Answer. We mentioned that this was a consideration on how to proceed during our meet and confer.

If you have any further questions, please feel free to contact me. I look forward to resuming our meet and confer.

## Rom Bar-Nissim

Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Tuesday, August 12, 2025 2:04 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Dear Rom,

Thank you. It was nice to meet and speak with you as well.

I want to make sure we're on the same page regarding the motion to quash filing deadline. With a September 5 compliance deadline for Reddit and Discord, are we in agreement that a motion to quash would be filed on September 4? However, you are agreeing in your email that if we approach that

SER485

deadline and Doe Defendants require more time, we can discuss and extend the motion to quash deadline for Does/subpoena compliance deadline for Reddit and Discord. Please confirm, or correct me if I am wrong.

We look forward to meeting again next week.

Very best,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Wednesday, August 6, 2025 3:00 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Jeff and Leah:

Thank you for taking the time to chat today. I'm glad we agreed to adjourn our meet and confer and resume on August 19, 2025. This way, we can have a more meaningful and substantive discussion regarding your clients' motion to quash.

Aside from discussing the merits of the motion in further detail on August 19, 2025, we agreed to also meet and confer on a potential motion for a protective order to prevent disclosure of your clients' names in public. I stated I would consult with my client in preparation of this issue. In addition, I stated I would ask my client whether they are willing to execute a declaration containing analogous provisions to 17 U.S.C. 512(h)(2)(C) as a way to ameliorate certain concerns (though I have not broached it with them yet).

I also promised that, in the event we come close to the September 5, 2025 deadline and you require additional time to get the motion on file, I will inform Reddit and Discord that your clients intend to file a motion to quash (and, in the alternative, motion for a protective order) and to avoid further action regarding the subpoena until the motion is resolved.

SER486

10/3/25, 11:42 AM

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 233 of 263

RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash - Rom Bar-Nissim - Outlook

I also promised to provide some citations that are worth examining in relation to some of the issues we discussed.

*Baugher v. GoDaddy.com LLC*, 2021 WL 4942658 (D. Ariz. Oct. 22, 2021)

*Cognosphere Pte. Ltd. v. X Corp.*, 2024 WL 4227594 (N.D. Cal. Sept. 18, 2024)

*De Fontbrune v. Wofsy*, 39 F.4th 1214, 1224-1225 (9th Cir. 2022)

I would also strongly recommend closely examining the cases cited in the Complaint.

Thanks and looking forward to continuing our conversation. As mentioned, if you need to correct anything I stated in this email, please feel free to do so.

**Rom Bar-Nissim**

Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Tuesday, August 5, 2025 3:22 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

SER487

Thank you, Rom. See you tomorrow.

Best,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Tuesday, August 5, 2025 3:06 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Leah:

The video exhibits are being uploaded as we speak. 2:00 p.m. works for me.

Looking forward to speaking with you.

## Rom Bar-Nissim

Partner

**P:** +1 (310) 432-2836
**E:** Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com

HEAH BAR-NISSIM

SER488

10/3/25, 11:42 AM
RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash - Rom Bar-Nissim - Outlook
Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 235 of 263
Case 2:25-cv-05564-WLH-PD Document 31 Filed 10/21/25 Page 37 of 157

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Tuesday, August 5, 2025 2:57 PM
**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** RE: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Dear Mr. Bar-Nissim,

Thank you.

Yes, could you please upload the video files to us through Sharefile: Upload your files using this link.

We are available tomorrow, August 6, at 2:00 p.m. I can circulate a Zoom link if that works for you.

In brief, the basis for the motion is that Plaintiff hasn't met the standard for unmasking anonymous speakers in the copyright infringement context. Plaintiff hasn't stated a prima facie claim, and cannot establish a prima facie claim with minimal evidence, including because our clients did not engage in contributory copyright infringement and/or their conduct is protected by fair use, Plaintiff has not attributed and cannot attribute the alleged misconduct to the individuals for whom it seeks identifying information, and the lawsuit is expressly pretextual.

We look forward to speaking with you tomorrow.

Very best,

Leah

---

**From:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Sent:** Monday, August 4, 2025 6:14 PM
**To:** Leah Vulic <Leah@kr.law>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Re: Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Hello Ms. Vulic:

SER489

Attached are ZIP folders of the subpoena and accompanying documents served on Discord and Reddit today.

Please let me know if you require any other documents. If you need the video exhibits, please send me a link where I can upload the documents.

As for setting up a time to meet and confer, I am available this Wednesday, August 6 in the afternoon. Tell me what works for you.

In order to have a more constructive meet and confer, it would be helpful to know - in brief - the grounds for the motion.

Looking forward to speaking with you.

Thanks,

## Rom Bar-Nissim

Partner

P: +1 (310) 432-2836
E: Rom@HeahBarNissim.com

1801 Century Park E #2400 Los Angeles CA 90067

HeahBarNissim.com



---

**From:** Leah Vulic <Leah@kr.law>
**Sent:** Monday, August 4, 2025 6:00 PM

SER490

**To:** Rom Bar-Nissim <rom@heahbarnissim.com>
**Cc:** Jeff Rosenfeld <Jeff@kr.law>
**Subject:** Ted Entertainment, Inc. v. Saber, et al., No. 2:25-cv-05564-WLH-PD - Forthcoming Motion to Quash

Dear Counsel,

The undersigned and this office represent Defendants John Does for purposes of bringing motion(s) to quash in the above-referenced lawsuit.

Please provide us with copies of any subpoenas you have issued or intend to issue.

Please also let us know your availability to meet and confer regarding Does' forthcoming motion to quash.

Very best,

Leah

---

## Leah Vulić

### ASSOCIATE

**KRONENBERGER ROSENFELD, LLP**

548 Market St Suite 85399 San Francisco, CA 94104
**Phone:** (415) 955-1155 Ext. 121

**leah@kr.law**

**www.kr.law**

Follow us

 

NOTICE: This email may contain material that is privileged, confidential, and/or attorney-client work product for the sole use of the intended recipient.
Any review, reliance or distribution by others or forwarding without express written permission is strictly prohibited. If you are not the intended recipient,
please contact the sender at the above number and delete all copies. Inadvertent waiver shall waive no privileges.

SER491

10/3/25, 11:42 AM

Case: 26-3513, 07/22/2026, DktEntry: 15.3, Page 238 of 263

RE: Zeo Entertainment, Inc. v. Sabel, et al., No. 1:25-cv-05564-PLO-2021 coming Motion to Quash - Roro Bar-Nissim - Outlook

Case 3:25-cv-86296-RSK Document 11-2 Filed 10/20/25 Page 40 of 157

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein (the foregoing paragraph has been affixed pursuant to U.S. Treasury Regulations governing tax practice).

SER492

# EXHIBIT 68

SER493

# HEAH BAR-NISSIM

March 31, 2025

VIA EMAIL: Noah@SparkMedia.la

Noah Samsen
c/o Spark Media, Inc.
5232 Sylmar Ave.
Sherman Oaks, CA 91401

RE: **Demand for Correction Pursuant to California Civil Code Section 48a**

Dear Mr. Samsen:

  We are counsel for Mutahar Anas ("Muta") and Ethan Klein ("Ethan") (collectively, "Our Clients"). If you have counsel, please forward this letter to them and have them contact me about this matter.

  We are writing you pursuant to California Civil Code ("C.C.C.") Section 48a demanding you make a retraction and correction in compliance with the statute.[1] Your March 11, 2025 video, entitled *The YouTubers Who Backed a Genocide* (the "First Defamatory Video").[2] The Defamatory Video contains numerous defamatory statements against Our Clients, which are set forth below.

**The Law of Defamation**

  Libel is defined as "a false and unprivileged publication by writing, printing, picture, effigy, or other fixed representation to the eye, which exposes a person to hatred, contempt, ridicule, or obloquy, or which causes him to be shunned or avoided, or which has a tendency to injure him in his occupation." Cal. Civ. Code § 45.

  The defamatory statement "must contain a provable falsehood" – sometimes referred to as a false assertion of fact. *Bently Reserve LP v. Papaliolios* (2013) 218 Cal.App.4th 418, 427. "To decide whether a statement expresses or implies a provably false assertion of fact, courts use a totality of the circumstances

---

[1] Our Clients do not concede that C.C.C. Section 48a applies in this matter and expressly reserve the right to challenge its applicability in the future.

[2] Noah Samsen, *The YouTubers Who Backed a Genocide* (March 11, 2025), *available at*: https://youtu.be/SsPCxoln6fQ?si=r33VCzMlgsQOBGX_. We are aware that you have issued another defamatory video on March 25, 2025, entitled *The Genocide Supporting YouTubers Responded* (the "Second Defamatory Video"). We have already identified additional defamatory statements you made about Our Clients in the Second Defamatory Video – which we shall address in a separate demand for retraction and correction under C.C.C. Section 48a.

SER494

Noah Samsen
March 31, 2025
Page 2

test." *Id.* This requires examining "both the language of the statement and the context in which it is made." *Id.* The "dispositive question" is "whether a reasonable fact finder could conclude the published statement declares or implies a provably false assertion of fact." *Edward v. Ellis* (2021) 72 Cal.App.5th 780, 790.

Actionable assertions of fact are statements that are "factually specific, earnest, or serious in tone, or the speaker represents himself as unbiased, having specialized or first-hand experience or having personally witnessed abhorrent behavior." *ZL Technologies, Inc. v. Does 1-7* (2017) 13 Cal.App.5th 603, 624 (quoting *Bently Reserve*, 218 Cal.App.4th at 428-433).

Furthermore, an "opinion based on implied, undisclosed facts is actionable if the speaker has no factual basis for the opinion." *Bently Reserve*, 218 Cal.App.4th at 427. Rather, "an opinion is not actionable if it discloses all the statements of fact on which the opinion is based and those statements are true." *Id.* Where the factual basis "is disputed" or relies "on another defamatory statement," the statements are still actionable. *Flowers v. Carville* (9th Cir. 2002) 310 F.3d 1118, 1129.

When "the person defamed is a public figure," the defamatory statement must be made with "actual malice—that is, with knowledge that it was false or with reckless disregard of whether it was false or not." *Reader's Digest Assn. v. Sup. Ct.* (1984) 73 Cal.3d 244, 256.

Knowledge of falsity can be proven by demonstrating the defendant reviewed information contradicting the defamatory statement. *See e.g.*, *Edward*, 72 Cal.App.5th at 794 (court found it "critical" to demonstrating that the defendant "***knew*** long before distribution of the contested mailers that [the plaintiff] did not pay damages to the City for fraud" when he "read the Orange County Register's article" refuting these assertions); *Montandon v. Triangle Publications* (1975) 45 Cal.App.3d 938, 944-45 (TV Guide "knowingly" did "not truthfully report the press release from Channel 2" by rewriting the press release).

Reckless disregard means the defendant either: (1) "entertained serious doubts as to the truth of his publication"; or (2) "acted with a high degree of awareness of probable falsity." *Masson v. New York Magazine, Inc.* (1991) 501 U.S. 496, 510. It can be proved by "circumstantial evidence," including: (1) a "failure to investigate"; (2) "anger and hostility toward the plaintiff"; (3) "reliance upon sources known to be unreliable" or "known to be biased against the plaintiff." *Reader's Digest*, 37 Cal.3d at 257-258. These factors are given additional "weight" the more the "defamatory statement deviates from the truth." *Annette F. v. Sharon S.* (2004) 119 Cal.App.4th 1146, 1169-70. "False statements that are completely 'fabricated by the defendant' or 'so inherently improbable that only a reckless man' would publish them are "likely to have been made with actual malice." *Id.* (quoting *St. Amant v. Thompson* (1968) 390 U.S. 727, 732).

Applying these principles, it is evident that the statements identified below from the First Defamatory Video constitute actionable defamation.

Noah Samsen
March 31, 2025
Page 3

**<u>The First Defamatory Statement</u>**

The "First Defamatory Statement" comprises of the thumbnail for the defamatory Video (which depicts Our Clients against a backdrop of the destruction of Gaza) coupled with the title of the First Defamatory Video (*i.e.*, "The YouTubers Who Backed a Genocide"). A screenshot is provided below.



The First Defamatory Statement falsely asserts that Our Clients support genocide in Gaza. The verb "to back" means: "to support by material or moral assistance."[3] The term "genocide" is a crime defined as:

> [A]ny of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:

(a) Killing members of the group;
(b) Causing serious bodily or mental harm to members of the group;
(c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;
(d) Imposing measures intended to prevent births within the group;
(e) Forcibly transferring children of the group to another group.

Convention on the Prevention and Punishment of the Crime of Genocide, Article II.

---

[3] Merriam-Webster, "Back," *available at*: https://www.merriam-webster.com/dictionary/back

SER496

Noah Samsen
March 31, 2025
Page 4

Whether Our Clients supported (by material or moral assistance or otherwise) genocidal acts by Israel with the intent to destroy, in whole or in part, the Palestinians is subject to being proven true or false. The surrounding context further emphasizes the First Defamatory Statement is an actionable assertion of fact. Throughout the First Defamatory Video, your language is factually specific, earnest and serious in tone. This is emphasized by holding yourself out as having "specialized knowledge" or expertise in the Israel/Palestine conflict – due to the large volume of materials you cite in the First Defamatory Video (much of which you misrepresent).

Critically, you either fail to disclose the factual basis for the First Defamatory Statement or you misrepresent the factual basis in the First Defamatory Video – as detailed below.

For Muta, the First Defamatory Video only shows two very brief clips from Muta's October 21, 2024 video entitled, *Twitch Is A Disgustingly Evil Platform...* ("Muta's Video").[4] *See* Defamatory Video at 48:08-48:21 & 49:30. Not only did you fail to disclose the source of these clips, it is evident that you intentionally misrepresented it. In Muta's Video, he explicitly states:

> Like I've said before (and I've been clipped a few times and you know even when I stream you know videos do get uploaded of my takes on situations) that I feel like I need to clarify: ***I'm not somebody that is afraid to say that genocide is wrong. I think there is an actual case of, you know, genocide and there's an actual case of attack that goes towards the Palestinian people***.

Muta's Video at 29:41-30:01.

Further, in relation to Twitch's IP ban of Israel and Palestine, Muta also states:

> Honestly, if you really think about it, this rule actually hurt Gazans more than it ever would have hurt Israelis because [Twitch's] geoblock – if it targeted that region. You know, if you wanted to allow people to document and live stream the real atrocities that are occurring to them in that that region, you know, Palestinians could have used a platform to showcase themselves.

Muta's Video at 9:01-9:17.

Moreover, you intentionally omitted portions of Muta's Video that demonstrate he does not support the take of Zack Hoyt p/k/a Asmongold ("Asmongold") on Palestinians. Immediately before the clip you used in the Defamation Video, Muta stated:

> So, obviously, Asmongold walked back [his statements] back and apologized. [He] said: "My bad, of course no one deserves to have their life destroyed, even if they do things or have views I find regressive." So, in this situation, one could,

---

[4] SomeOrdinaryGamers, *Twitch Is A Disturbingly Evil Platform...* (Oct. 21, 2024), *available at*: https://youtu.be/Arf3onMjCEE?si=kIqsUUyfu49ZfDiu

SER497

Noah Samsen
March 31, 2025
Page 5

you know (if they were to extend the charitability) could say that Asmongold was probably referring to the extremists in the Islamic religion and their view on people in the LGBTQ camp.

Muta's Video at 3:09-3:34.

Lastly, Muta's initial reaction to Asmongold's take on Palestinians is easy to find on YouTube ("Muta's Reaction").[5] Before Muta even watches the clip, he states: "This is going to be bad." Immediately after watching the clip, Muta expresses his shock at Asmongold's take and states: "***I don't think anybody should sit there and be, like, I guess a whole group of people deserve to be genocided***." Muta's Reaction at 0:41-3:00. This is a clear and unequivocal condemnation of Asmongold's take.

Due to your intentional and material omissions and misrepresentations of what Muta stated in Muta's Video and Muta's Reaction, the First Defamatory Statement is an actionable assertion of fact that was made with knowledge that it was false.

As for Ethan, you either failed to disclose the factual basis for the First Defamatory Statement or, when you did disclose the factual basis, you either misrepresent the facts or rely on George Angelos Ganitis p/k/a Bad Empanada ("Bad Empanada") – a source known to be highly biased against Ethan with a history of harassing, doxxing and making false statements about others. Specifically, those statements are:

- **The Second Defamatory Statement:** "In the *Content Nuke*, you can find just about every type of what we just looked at in terms of manufacturing consent. Ethan spreads atrocity propaganda. He shares the Hamas mass rapes hoax – the same hoax that was used by the Western media, the US government and the Israeli government to justify genocide." First Defamatory Video at 43:15-32.
- **The Third Defamatory Statement**: "Ethan spreads overt misinformation. Just straight up lies about Hezbollah and Ansar Allah (or the Houthis) in order to delegitimize their struggle against Israel's genocide. He cites baseless claims from Saudi state propaganda outlets to attack the Houthis. He also cites a documentary about Ansar Allah, which he uses as proof of the claim that they brought back slavery when the documentary wasn't even about the Houthis; it was about the Yemini government before the Houthi takeover." First Defamatory Video at 43:56-44:23.
- **The Fourth Defamatory Statement**: "He spreads long debunked Nakba denialist talking points. Talking points that have been used for decades to legitimize Israeli colonization of Palestine." First Defamatory Video at 44:22-44:29.
- **The Fifth Defamatory Statement**: "Ethan cites sources that contradict his own claims directly, such as the UN report he claims proves the Hamas

---

[5] Some Ordinary Clips, *SomeOrdinaryGamers – Muta talks about the Asmongold controversy* (Oct. 18, 2024), *available at*: https://youtu.be/2iyig7mjY6w?si=MyhM5wNlWYyPX4Y4

Noah Samsen
March 31, 2025
Page 6

> mass rapes allegation – which the report itself denies." First Defamatory
> Video at 44:30-44:41.
>
> - **The Sixth Defamatory Statement**: "He spends 20 minutes in the video
>   smearing a 19-year-old survivor of the US-backed Saudi genocide in
>   Yemen as a terrorist with zero credible evidence." First Defamatory Video
>   at 44:41-44:50.

Further, it is clear you knew that Ethan did not support genocide in Gaza because you watched (or claimed to watch) *Content Nuke – Hasan Piker* ("*The Nuke*").[6] In *The Nuke*, Ethan expresses his repeated condemnation of Israel's treatment of Palestinians. *The Nuke* 0:17:06-18:01. This emphasizes that you knew Ethan did not support genocide in Gaza, but still labeled him being one. Additionally, Ethan condemned the genocide in Gaza on numerous occasions prior to *The Nuke* [7] Your desire to falsely paint Ethan as supporting genocide in Gaza is emphasized by the end of the First Defamatory Video, where you state:

> I think many of you can probably also help out with that most of you have
> smartphones and cameras and TikTok. So, go ahead, start posting about it. Spread
> the work. Aside from being a morally good thing to do, it's also becoming
> sustainable, you know. It's algorithmically viable. The Ethan Klein crash out
> industrial complex is booming.

First Defamation Video at 1:00:36-1:0056.

This statement demonstrates that you intended to – not just have third parties spread defamatory statements about Ethan – but profit from those defamatory statements. You proved this point yourself. When your video entitled *Manufacturing Consent for Genocide* failed to receive many views (particularly in comparison to the First Defamatory Video), you made the Second Defamatory Video to further profit from your defamatory statements about Ethan.

**<u>The Second Defamatory Statement and the Fifth Defamatory Statement</u>**

For the Second Defamatory Statement, you did not disclose the factual basis for how Ethan engaged in "every type" of "manufactur[ed] consent" with one exception: your false assertion that Ethan spread the "Hamas mass rapes hoax" – which you expanded upon with the

---

[6] h3h3Productions, *Content Nuke – Hasan Piker* (Jan. 31, 2025), *available at*:
https://youtu.be/ZSUDHx-1_ww?si=aVDdZReXFZ9Ha8qp
[7] H3 Podcast, *i made a mistake. i'm sorry. – H3TV #93* (October 9, 2023), at 2:03:40-2:03:58, 2:05:14-2:05:20, 3:35:56-3:36:17, *available at*:
https://www.youtube.com/live/ZNFeRPMOu8g?si=4jE4j8SsuGKOuiPL; H3 Podcast, *Israel vs. Gaza – Leftovers #61* (Oct. 12, 2023), at 8:26-9:20, 1:15:22-1:15:38, 2:52:33-2:52:41, *available at*: https://www.youtube.com/live/JFznOHunD_c?si=vtd4HrejPjU6kzzx; H3 Podcast, *Jay Shetty Exposed By Ex-Girlfriend & He Lied About Being A Monk – After Dark #139* (March 2, 2024), at 2:24:16-2:24:31, *available at*: https://www.youtube.com/live/5XrPXgcKwVc?si=893H-4SIKBG46jLD

Noah Samsen
March 31, 2025
Page 7

Fifth Defamatory Statement (*i.e.* the false assertion that Ethan misrepresented the United Nations Report from the Office of the Special Representative of the Secretary-General on Sexual Violence in Conflict (the "UN Report")).[8]

The mass rapes on October 7th were not a hoax. In your First Defamatory Video, you cite Paragraphs 84 and 86 from the UN Report. First Defamatory Video at 44:31. From the language you displayed in the Defamatory Video, it makes clear that there were mass rapes on October 7th.

> Overall, based on the totality of information gathered from ***multiple and independent sources at the different locations***, the are ***reasonable grounds to believe*** that conflict-related sexual violence occurred at ***several locations*** across the Gaza periphery, including in the form of ***rape and gang rape***, during the 7 October 2023 attacks. ***Credible circumstantial information,*** which may be indicative of some forms of sexual violence, including ***genital mutilation, sexualized torture, or cruel, inhuman and degrading treatment,*** was also gathered.

UN Report, ¶ 84 (emphasis added); *see also Id.*, ¶ 85 ("With regards to the hostages, the mission team found ***clear and convincing information*** that ***some hostages*** taken to Gaza ***have been subjected to various forms of conflict-related violence and has reasonable grounds to believe that such violence is ongoing***.") (emphasis added).

Paragraph 86 of the UN Report does not support the assertion that Hamas did not engage in mass rapes on October 7th. As the plain language of Paragraph 86 states, the investigators could not determine the exact scope of the sexual violence because it would require a separate, more comprehensive investigation – not because there was no evidence.

> The mission team was unable to establish the ***prevalence*** of sexual violence and concludes that ***the overall magnitude, scope, and specific attribution of these violations <u>would require a fully-fledged investigation</u>. A comprehensive investigation would enable the information base to be <u>expanded in locations</u> which the mission team was not able to visit and to <u>build the required trust with survivors/victims of conflict-related sexual violence who may be reluctant to come forward at this point</u>***.

UN Report, ¶ 86 (emphasis added).

---

[8] United Nations's Office of the Special Representative of the Secretary-General on Sexual Violence in Conflict, "Mission Report: Official visit of the Office of the SRSG-SVC to Israel and the occupied West Bank 29 January – 14 February 2024" (March 4, 2024), *available at*: https://news.un.org/en/sites/news.un.org.en/files/atoms/files/Mission_report_of_SRSG_SVC_to_Israel-oWB_29Jan_14_feb_2024.pdf

SER500

Noah Samsen
March 31, 2025
Page 8

Additionally, immediately after the Second Defamatory Statement, you cite materials that you claim support your assertion that "the same hoax that was used by the Western media, the US government and the Israeli government to justify genocide" The materials you cited, however, only discuss conflict related sexual violence in general (and not just October 7th) and did not discuss Israel's actions in Gaza whatsoever.[9]

By misrepresenting the factual basis of the Second Defamatory Statement – particularly after reviewing the UN Report yourself, you knew the Second Defamatory Statement was false.

**Third Defamatory Statement**

Despite making the factual assertion that Ethan spread "overt misinformation" and "straight up lies" about Hezbollah, you do not identify a single piece of misinformation or falsehood Ethan made about the organization. Indeed, you do not address – let alone refute – the assertions made in *The Nuke* that: (1) Hezbollah engaged in terrorism resulting in the deaths of thousands of civilians; (2) Hezbollah orchestrated the assassination of Lebanese Prime Minister Rafik Al-Hariri; (3) Hezbollah hijacked airplanes; (4) Hezbollah fired 15,000 rockets in civilian areas; (5) Hezbollah intervened in the Syrian Civil War to aid the dictator Bashar Al-Assad, which resulted in deaths of hundreds of thousands of civilians; (6) Hezbollah's leader, Hassan Nasrallah, made numerous antisemitic and genocidal statements against Jews; (7) Hezbollah initiated the most recent round of fighting on October 8th, not Israel, which resulted in 100 Israelis killed and over 200,000 displaced. *The Nuke* at 0:55:44-1:01:43.

As to the Houthis, you do not claim Ethan lied or spread misinformation about the Houthis: (1) recruiting child soldiers; (2) shelling civilians; (3) blocking aid to civilians; (4) ruining agricultural land with mines; (5) oppressing women and members of the LGBTQ community; (6) torturing and killing women; (7) performing Nazi salutes; (8) flag states "Death to Israel" and "Curse Upon the Jews; (9) captured the *Galaxy Leader* in international waters, not Yemini waters and the ship was not destined to or traveling from Israel; and (10) took the crew of the *Galaxy Leader* (who were not Israeli) hostage. *The Nuke* at 0:30:40-55:33.

Instead, you focus solely on Ethan's assertion that the Houthis engage in slavery. You do not, however, proffer facts refuting this assertion. Rather, you attempt to impeach the credibility of the sources relied upon by Ethan. For example, you attack the article entitled "Exclusive – Houthis Restore Slavery in Yemen" from *Asharq Al-Awsat* English Version.[10] The article itself refers to receiving information from: (1) "[s]ources close to the group"; (2) "[s]everal local

---

[9] *See* The White House, "FACT SHEET: The Biden-Harris Administration's Actions to Address Conflict-Related Sexual Violence" (June 17, 2024), *available at*: https://bidenwhitehouse.archives.gov/briefing-room/statements-releases/2024/06/17/fact-sheet-the-biden-harris-administrations-actions-to-address-conflict-related-sexual-violence/; Screams Before Silence, *Screams Before Silence – White House Screening* (June 20, 2024), *available at*: https://youtu.be/Sr0KoYCYCI0?si=WC9FMj4N8ZNqfMIX

[10] Ashraq Al-Awsat, "Exclusive – Houthis Restore Slavery in Yemen" (July 13, 2019), *available at*: https://english.aawsat.com/home/article/1810456/exclusive-houthis-restore-slavery-yemen.

SER501

Noah Samsen
March 31, 2025
Page 9

reports”; (3) “Yemini activists”; (4) a “member of the lawyers syndicate in Yemen”; and (5) a “civilian, who works for a pro-Houthi tribal leader in Saada.” Other than your blithe assertion that the article contains “baseless claims” from “Saudi state propaganda outlets,” you cite no evidence refuting the substance of the article or the sources it relied upon.

The United States’ State Department cited the aforementioned article in its “2022 Country Reports on Human Rights Practices: Yemen”: “The newspaper *Asharq al-Awsat* reported in 2019 that prominent Houthis held more than 1,800 citizens as slaves and servants who worked in their residences and places of work.”[11] While you many not consider the State Department trustworthy, it is highly unlikely a judge or jury will share opinion – particularly based on nothing more than blithe assertions.[12]

Further, it is evident you did not watch the *Al-Jazeera World* documentary *Slavery in Yemen*.[13] The documentary focused on Yemen’s overall culture of slavery and the deposed government’s “denials” of its existence. Moreover, it is highly misleading to claim it was issued before the Houthi takeover of Yemen, since the Houthis controlled parts of Yemen as early as March 2011 with the Battle of Saada.[14] Further, the *Al-Jazeera* documentary was released on September 10, 2014 – *i.e.*, six days before the Battle of Sanaa and eleven days before the Houthi’s prevailed on September 21, 2014.

Your blithe factual assertions that Ethan misrepresented information about Hezbollah and the Houthis – particularly after you watched *The Nuke* – along with failing disclose or misrepresenting the factual basis for the Third Defamatory Statement demonstrates you knew it was false.

---

[11] U.S. Department of State, “2022 Country Reports on Human Rights Practices: Yemen,” p. 47 *available at*: https://www.state.gov/wp-content/uploads/2023/03/415610_YEMEN-2022-HUMAN-RIGHTS-REPORT.pdf

[12] There are additional sources evidencing the Houthi’s engaging in human trafficking. In 2023, an independent Yemini human rights organization, Mwatana, found that the Houthis forcibly recruited African migrants and deployed them to the front lines of conflict zones and refused to pay them. Mwatana for Human Rights, Transit from Hell (December 2023), *available at*: 65a7c50c0bd846bbcd91e5b7_Transit in Hell - En_.pdf. Further, *The Independent* published an article reporting on the Houthis engaging in sex trafficking, supported by statements from Yemini victims, lawyers and human rights activists. Charlene Rodrigues, *The Independent*, “‘It’s for the service of the homeland’: The Houthis’ sexual violence and prostitution rings in Yemen” (July 12, 2021), *available at*: https://www.independent.co.uk/independentpremium/houthis-yemen-prostitution-violance-rape-b1878927.html

[13] Ashraf Mashharawi, Al-Jazeera World, *Slavery in Yemen* (Sept. 10, 2014), *available at*: https://www.aljazeera.com/program/al-jazeera-world/2014/9/10/slavery-in-yemen/

[14] Wikipedia, “Battle of Saada” *available at*: https://en.wikipedia.org/wiki/Battle_of_Saada; Wikipedia, “Houthi Insurgency: 2011 Yemini Revolution”), *available at*: https://en.wikipedia.org/wiki/Houthi_insurgency#2011_Yemeni_Revolution.

Noah Samsen
March 31, 2025
Page 10

**The Fourth Defamatory Statement**

For the Fourth Defamatory Statement, you do not identify: (1) what Ethan said that denied the Nakba; (2) how those points were debunked; and (3) how these talking points legitimize Israeli colonization. Instead, you show a screenshot of Bad Empanada's video, entitled *Nakba Denier, Expulsion Liar: 'Content Nuke' Destroyed #6*[15] (the "Bad Empanada Video") with the text "debunked here by BadEmpanada."

You are well aware that Bad Empanada has exhibited tremendous bias against Ethan and is known for spreading misinformation and antisemitism. The Bad Empanada Video exemplifies this point. The Bad Empanada Video begins with him claiming claiming: "Ethan Klein attempts to justify the Israeli settler-colonial state by glossing over The Nakba." Bad Empanada Video, at 0:00:06-13. This is completely false and Bad Empanada fails to show any clip from *The Nuke* supporting this assertion. Rather, in the clip cited by Bad Empanada, Ethan discusses: (1) that Jews would not feel safe as an ethnic minority; (2) Israel is comprised of refugees from Europe and Arab countries; (3) following the 1948 War, there were more Jews displaced than Palestinians during The Nakba; and (4) there are hardly any Jews left in Arab countries. Bad Empanada Video at 0:31-1:40.

None of this denies the Nakba or downplays it. Rather, it is a fact that "approximately 900,000 Jews migrated, fled, or were expelled from Muslim-majority countries throughout Africa and Asia, primarily as a consequence of the establishment of the State of Israel"[16] and The Nakba "turned 700,000 Palestinians into refugees" – which was "mainly caused by Israeli arms."[17]

Next, Bad Empanada attempts to "debunk" the exodus of Jews from Morocco by arguing: (1) Morocco was still a French Colonial possession after the 1948 war; and (2) the Jewish Agency struck an agreement with the French governor to force Moroccan Jews to immigrate. Bad Empanada Video at 1:41-2:44.

This is a gross misrepresentation of what occurred. In June 1948, "riots against Jews

---

[15] BadEmpanada Live, *Ethan Klein DENIES Nakba, LIES About Jewish Expulsions – 'Content Nuke Destroyed #6* (Feb. 12, 2025), *available at*:
https://youtu.be/T4EIQqvSmuo?si=PodQarYG1Gg5-Orf

[16] Wikipedia, "Jewish exodus from the Muslim world," *available at*:
https://en.wikipedia.org/wiki/Jewish_exodus_from_the_Muslim_world *see also* Maurice Roumani, *The Case of the Jews from Arab Countries: A Neglected Issue* ("Roumani"), pp. 15-16 (Fllowing the 1948 Arab-Israeli war, over 800,000 Jews in the Arab and Muslim world fled their homes after a dramatic rise in antisemitic violence and persecution); Malka Hille Schulewitz, *The Forgotten Millions*, p. 133 ("Some 600,000 Jews fled Arab countries for Israel, while a further 260,000 found refute in Europe and the Americas.")

[17] United Nations, "UN marks 75 years since displacement of 700,000 Palestinians" (May 15, 2023), *available at*: https://news.un.org/en/story/2023/05/1136662 Benny Morris, *Righteous Victims*, p. 685.

Noah Samsen
March 31, 2025
Page 11

broke out in Oujda and Jerada" – which were "two towns, located near the border with Algeria." These two towns "were departure points for Moroccan Jews seeking to reach Israel" when they were "not permitted to do so from within Morocco." In "the eyes of many Moroccans, [the Jews] would join the ranks of enemy combatants against the Arab armies."[18] It took French authorities three hours to intervene in Oujda and Jerada.[19] Within that time, five jews in Oujda were killed, thirty seriously injured and shows and homes looted. In Jerada (where the Jewish population was only one hundred), thirty-nine Jews were killed and thirty severely wounded.[20]

Due to the riots in Oujda and Jerada, 28,000 Moroccan Jews left for Israel between 1948-1951.[21] From 1955-1957 (*i.e.*, immediately before and after Moroccan independence in 1956) 70,000 Moroccan Jews left from 1955-1957 due to hostility from Arab nationalism.[22] After Moroccan independence, an additional 130,000 Moroccan Jews left for Israel.[23]

Further, Bad Empanada misrepresents the article cited in his video (which also misrepresents the contents of its citing source). Bad Empanada claims that the Jewish agency "struck and agreement with the French governor of Morocco to force Moroccan Jews to emigrate." Bad Empanada Video, at 2:02-2:2:18. The actual article states that "the Jewish agency had to strike an agreement with the French governor of Morocco to bring about the emigration of Moroccan Jews."[24] Further, the source cited in the article, Tom Segev's book *1949: The First Israelis*, does not support either assertion. Rather, Segev was referring to observations of a Jewish Agency emissary of Moroccan Jews who were located in transit camps in Marseilles, France in July 1949 – *i.e.*, after leaving Morocco due to the riots in Oujda and Jerada and hostility from the rise of Arab nationalism. The emissary observed Moroccan Jews expressing "reluctance to go to Israel" due to hearing about "the hardships of settling in Israel."[25] While some Moroccan Jews opted to return to Morocco, the emissary also noted that others decided to remain in Marseilles and would wait "until the housing situation in Israel improve[d]."[26]

---

[18] Wikipedia, "Migration of Moroccan Jews to Israel" *available at*: https://en.wikipedia.org/wiki/Migration_of_Moroccan_Jews_to_Israel; Wikipedia, "Operation Yachin" *available at*: https://en.wikipedia.org/wiki/Operation_Yachin.
[19] Roumani, p. 19.
[20] Lyn Julius, *Uprooted* ("Julius"), p. 60.
[21] Israel Central Bureau of Statistics, "Immigrants, by Period of Immigration, Country of Birth and Last Country of Residence" ("Israel CBS Report") (2009), p. 237, *available at*: https://web.archive.org/web/20110811092357/http://www1.cbs.gov.il/shnaton60/st04_04.pdf; MoroccanJews.org, "Data on Immigration to Israel from Morocco," *available at*: https://moroccanjews.org/home/jewish-emigration-from-morocco/data-on-immigration-to-israel-from-morocco/
[22] Roumani, p. 19.
[23] Israel CBS Report, p. 237.
[24] Joseph Massad, *MiddleEastEye*, "The Truth behind Israeli propaganda on the 'expulsion' of Arab Jews" (Dec. 15, 2020), *available at*: https://www.middleeasteye.net/big-story/truth-behind-israeli-propaganda-expulsion-arab-jews
[25] Tom Segev, *1949: The First Israelis* ("Segev"), p. 167; *see also* Roumani, 51-52.
[26] Segev, p. 328 fn. 63.

Noah Samsen
March 31, 2025
Page 12

Bad Empanada goes on to attempt to "debunk" the exodus of Jews from Algeria by arguing: (1) the Cremieux Decree granted Algerian Jews French citizenship and Algerian Jews oppressed Algerian Christians and Muslims as a result; and (2) once Algeria achieved independence, it gave an ultimatum to all French citizens (not just the Jews) to renounce their citizenship or leave the country. Bad Empanada Video at 2:45-4:02

Once again, this is highly misleading. Algeria never offered Jews citizenship after independence; rather the government harassed the Jewish community and deprived Jews of their economic rights.[27] Indeed, the Algerian National Code of 1963 only afforded citizenship to inhabitants who had at least two Algerian-born ascendants on their father's side that were Muslim. The law was recodified in Article 32 of Algeria's Nationality Code in December 1970.[28]

Bad Empanada also ignores the major contributing factors to Algerian Jews emigrating from Algeria. One major factor was the 1934 Pogrom of Constantine, which resulted in twenty-five dead, dozens injured and several homes and shops looted.[29] Another is the FLN targeting Jews and Jewish institutes on approximately ninety separate occasions from 1956-1958 during the Algerian War of Independence (despite some Jews joining and supporting the FLN).[30] After the Six-Day War, the remaining Jews in Algeria suffered additional antisemitic riots – which contributed to the remaining Algerian Jews to leave.[31]

Additionally, it is ahistorical to claim only Algerian Jews (and not Algerian Muslims) were granted French citizenship by the 1870 Cremieux Decree. Algerian Muslims were offered French citizenship but reject it on the grounds they would be subjected to French civil law.[32] Algerian Jews accepted French citizenship – in large part – due to the massacre of Jews in Algiers in 1805, 1815 and 1830.[33] Moreover, to describe Algerian Jews as "oppressors" that

---

[27] Jewish Virtual Library, "Jews of Algeria," *available at*: https://www.jewishvirtuallibrary.org/jews-of-algeria; The Asylumist: Asylum and its Discontents in the United States, "Remembering Algeria's Jewish Refugees – 50 Years Later"; Wikipedia, "National Liberation Front (Algeria): Relationship with Jewish Algerians," *available at*: https://en.wikipedia.org/wiki/National_Liberation_Front_(Algeria)#Relationship_with_Jewish_Algerians

[28] Ya'akov Meron, *The Forgotten Millions*, p. 93; UNHCR, Alegria: Nationality Code (2005), *available at*: https://www.refworld.org/legal/legislation/natlegbod/2005/fr/121663.

[29] Wikipedia, "History of Algerian Jews: After WWII" *available at*: https://en.wikipedia.org/wiki/History_of_the_Jews_in_Algeria#After_WWII; Wikipedia, "1934 Constantine riots," *available at*: https://en.wikipedia.org/wiki/1934_Constantine_riots.; Roumani,, p. 50.

[30] Johannes Heuman, *The silent disappearance of Jews from Algeria*, *available at* https://www.tandfonline.com/doi/full/10.1080/14725886.2022.2027211; Roumani, p. 20.

[31] Roumani, p. 53.

[32] Anver Ofrath, *"We Shall Become French": Reconsidering Algerian Jews' Citizenship*, *available at*: https://academic.oup.com/fh/article/35/2/243/6299901

[33] Roumani, p. 45.

Noah Samsen
March 31, 2025
Page 13

collaborated with the French ignores: (1) the rampant antisemitism in mainland France – *e.g.*, the Dreyfus Affair; (2) French authorities failed to prevent the 1934 Pogrom of Constantine; (3) Algerian Jews lost citizenship in 1940 and were barred from working in public service.[34]

Finally, Bad Empanada attempts to "debunk" the exodus of Jews from Iraq by arguing: (1) Iraq desperately tried to keep its Jews and passed laws preventing them from leaving; and (2) that Zionists committed terrorist attacks to poison relations between Iraqi Arabs and Jews, motivate the Jews to leave and pressure the Iraqi government to rescind the ban. Bad Empanada Video at 4:03-5:00

These assertions are ahistorical. The bombing campaign Bad Empanada is referring to occurred from April 1950 through June 1951. In March 1950 (*i.e.*, before the bombings), the Iraqi government authorized the emigration of Iraqi Jews to Israel on condition they relinquish their Iraqi citizenship – which would result in dispossession of all their property to the state.[35]

Moreover, the responsibility for the bombings is hotly contested. Two Zionist activists were convicted of the bombings. The sole evidence against them was a confession from only one of the activists – which  was extracted under torture. Further, the claim that Zionists were responsible for the emigration of Iraqi Jews fails to withstand scrutiny. Many of the bombings occurred *after* the law permitting Jews to leave the country had expired. If the bombing campaign were part of a Zionist effort to expedite Jewish migration, it is extremely odd that these bombings would be carried out when only 5,000 Iraqi Jews remained in Iraq (out of an original 125,000). [36]

More insidious, Bad Empanada ignores key events prior to April 1950 regarding the spread of antisemitism in Iraq in the 20th century. Beginning in the 1930s, the situation for Iraqi Jews deteriorated for two major reasons: "the ongoing conflict in the Palestinian Mandate and the introduction of Nazi propaganda." By 1934 (barely 2 years after Iraqi independence), Jews were being fired from positions in the Iraqi Ministries of Economics and Communications and quotas were imposed for Jews for civil service positions, secondary schools and colleges. Beginning in 1936 (following Iraq's first military coup), physical attacks on Baghdadi Jews became increasingly frequent.[37] In 1938, Iraq made "Zionist activity" a crime. The testimony of two Muslims was sufficient to convict any Jew. The result was arbitrary enforcement of the law – such as possessing a Biblical map of the Holy Land. The law was also used as a method to extort Iraq's most prominent Jews. The most notable example was Shafiq Ades – who was fined and

---

[34] Julius, p. 68; Roumani, p. 50.

[35] Wikipedia, "History of Jews in Iraq: Modern Iraq," https://en.wikipedia.org/wiki/History_of_the_Jews_in_Iraq#Modern_Iraq; Wikipedia, "1950-1951 Baghdad bombings," *available at*: https://en.wikipedia.org/wiki/1950%E2%80%931951_Baghdad_bombings

[36] Moshe Gat, *The Jewish Exodus from Iraq, 1948-1951* ("Gat"), pp. 173, 178-180, 184-185 (PDF Version).

[37] Roumani, p. 49.

SER506

Noah Samsen
March 31, 2025
Page 14

hanged on the baseless charge of sending military equipment to Israel.[38] On April 1, 1941, the pro-Nazi and fascist politician, Rashid Ali al-Quilani, successfully led another coup – which was encouraged by the Palestinian leader and Nazi propogandist, The Grand Mufti Hajj Amin al-Husseini.[39] Even though al-Quilani's rule was short lived, he played an instrumental role in spreading Nazi ideology, which led to the *Farhud* on June 1-2, 1941 (*i.e.*, a month after the coup was toppled on May 2, 1941). The *Farhud* was a pogrom of Baghdadi Jews resulting in more than 180 Jews killed, looting of Jewish businesses and destruction of Jewish homes.[40]

Prior to the partition vote in November 1947, Iraqi Jews were being lynched, their homes ransacked, they were ethnically cleansed from Fallujah and forced to pay extortion money. After partition, the situation grew even worse. Iraqi Jews were stripped of due process, prohibited from using banks, trains, the post office, telegraphs, securing import and export licenses and all Jewish workers in the government were fired.[41] In 1950 (mere days after the law prohibiting Jewish emigration was passed in March), members of the anti-Jewish Istiqlal party attacked locations where Jewish belonging were sold.[42] The few Jews that remained after 1951 were treated as a fifth column and would become scapegoats for future Arab military defeats against Israel. After the Six Day War, nine Iraqi Jews were hanged in Baghdad and one in Basra (my granduncle) on false charges of being Israeli spies after being convicted by a three-man Ba'athist tribunal.[43]

---

[38] Roumani, p. 52; Gat, pp. 27-28.

[39] Wikipedia, "1941 Iraqi coup d'etat," *available at*: https://en.wikipedia.org/wiki/1941_Iraqi_coup_d%27%C3%A9tat; Wikipedia, "Rashid Ali al-Gaylani," *available at*: https://en.wikipedia.org/wiki/Rashid_Ali_al-Gaylani; World War Two, *The Nazi-Islam Alliance? – Amin al-Husseini – WW2 Biography Special* (Dec. 21, 2021), *available at*: https://youtu.be/K07j-wuL8sw?si=en3seNLjS0JRmxHj; The World History Channel, *Why Did The Grand Mufti Of Palestine Collaborate With Nazi Germany?* (Jan. 30, 2025), *available at*: https://youtu.be/aVeXPFY7shI?si=ZT4GYoa27xKF6-kG; Casual Historian, *How the Zionists responded to World War Two and the Holocaust* (Feb. 8, 2025), *available at*: https://youtu.be/w6NrUiUhYiA?si=EswHI27G-9MW8OH4; Casual Historian, *The Palestine Mandate: The Origins of the Israeli-Palestinian Conflict (Supercut)* (Dec. 28, 2023), *available at*: https://youtu.be/vUuR-3tw9p8?si=EzAVrpG5IZHUKa8Y; United States Holocaust Memorial Museum, Holocaust Encyclopedia, "Hajj Amin al-Husayni: Wartime Propagandist," *available at*: https://encyclopedia.ushmm.org/content/en/article/hajj-amin-al-husayni-wartime-propagandist?parent=en%2F11094; United States Holocaust Memorial Museum, Holocaust Encyclopedia, "Hajj Amin Al-Husayni: Arab nationalist and Muslim Leader," *available at*: https://encyclopedia.ushmm.org/content/en/article/hajj-amin-al-husayni-arab-nationalist-and-muslim-leader?parent=en%2F11104; Wikipedia, "Amin al-Husseini," *available at*: https://en.wikipedia.org/wiki/Amin_al-Husseini.

[40] Gat, pp. 10-11; Wikipedia, "Farhud," *available at*: https://en.wikipedia.org/wiki/Farhud;

[41] Wikipedia, "History of Jews in Iraq: Modern Iraq," https://en.wikipedia.org/wiki/History_of_the_Jews_in_Iraq#Modern_Iraq;

[42] Gat, pp. 192-193.

[43] Foreign Relations of the United States, 1969-1976, Volume E-4, Documents on Iran and Iraq, 1969-1972, Document 251. Accessed: https://history.state.gov/historicaldocuments/frus1969-76ve04/d251#:~:text=On%20January%2027%2C%201969%2C%20fourteen,in%20Baghdad%2

SER507

Noah Samsen
March 31, 2025
Page 15

Bad Empanada also misrepresents the facts of Iraq's prohibition against Jewish emigration to Israel. The ban on Jewish emigration from Iraq was initiated immediately after the passing of the UN Partition Resolution in 1947. From the end of November 1947, Jews were only allowed to leave the country under extraordinary circumstances (*e.g.*, severe illness) and were required to pay 2,000 Iraqi dinars to do so. After May 15, 1948, the ban was tightened to require permission from the Iraqi Minister of Defense and paying a deposit bond of 3,000 Iraqi dinars.[44] Further, Iraqi Jewish emigration to Israel was banned after the 1948 War because Iraq was concerned the population transfer would strengthen Israel – *i.e.*, the same reason why Morocco prohibited Jewish emigration to Israel.[45]

Bad Empanada also misrepresents the motivation for the Iraqi government in authorizing Iraqi Jews to emigrate to Israel. In January 1949, Nuri al-Said because Iraq's Prime Minister. He had drastic solutions for Iraq's "Jewish Problem." A month later, the British learned that al-Said was planning to expel the Jews from Iraq. The British Foreign Office negotiated a population exchange of 100,000 Iraqi Jews for an equivalent number of Palestinian refugees.[46] By early 1951 (when over 80,000 Iraqi Jews had registered to leave but were still in the country), it was apparent that many of the Iraqi Jews still located in Iraq would be stripped of their citizenship before they left. Rather than extend their citizenship until they could depart, al-Said threatened to forcibly expel them across the border or imprison them in concentration camps.[47]

All this demonstrates that the source you disclosed as the basis for the Fourth Defamatory Statement was false and transparently biased against Ethan. This demonstrates you made the Fourth Defamatory Statement with reckless disregard for the truth.

**The Sixth Defamatory Statement**

You completely fail to disclose the factual basis for the Sixth Defamatory Statement – *i.e.*, that Ethan labeled Al-Hadad as a terrorist with zero credible evidence. *The Nuke* shows social media posts of Al-Hadad admitted to being a Houthi terrorist and echoed the Houthi's genocidal rhetoric. *The Nuke* at 47:43-49:05. Despite your knowledge of Al-Hadad's social media posts, you stated there was "zero credible evidence" that Al-Hadad was a Houthi without any supporting evidence or argument whatsoever. This demonstrates you knew the Sixth Defamatory Statement was false.

---

0as%20Israeli%20spies; Gourji C. Bekhor, *Fascinating Live and Sensational Death*, pp. 183-209.

[44] Gat, p. 26.

[45] Wikipedia, "History of Jews in Iraq: Modern Iraq," https://en.wikipedia.org/wiki/History_of_the_Jews_in_Iraq#Modern_Iraq; Gat, pp. 127-128.

[46] Gat, pp. 35-36.

[47] Gat, pp. 127-128; Wikipedia, "History of Jews in Iraq: Modern Iraq," https://en.wikipedia.org/wiki/History_of_the_Jews_in_Iraq#Modern_Iraq

SER508

Noah Samsen
March 31, 2025
Page 16

**<u>Conclusion</u>**

Our Clients demand that you provide a retraction and correction of all the defamatory statements identified in this letter in compliance with California Civil Code Section 48a.

This letter does not constitute a complete statement of all of Our Clients' rights, contentions, legal theories or the facts in support thereof. Nothing stated herein is intended, nor shall it constitute, a waiver or relinquishment of any of Our Clients' rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

Sincerely,

Rom Bar-Nissim

SER509

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.** | Case No.  25-mc-80296-SK |
| | **ORDER CLARIFYING IN CAMERA REVIEW** |
| | Regarding Docket Nos. 8, 14 |

Before the Court is the motion by Movants Doe Defendants ("Movants") to quash subpoenas issued by Ted Entertainment, Inc. to Reddit, Inc. and Discord, Inc. in the U.S. District Court for the Central District of California.  (Dkt. No. 1.)  Upon review of Movants' declarations in support of their motion to quash, (Dkt. No. 8), the Court HEREBY ORDERS Movants to provide the Court the portions excluded from the declarations (i.e., the "Excluded Portions" referenced in Dkt. No. 8, p. 2) for *in camera* review by no later than October 28, 2025.  Movants must send the documents electronically to skpo@cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated:  October 15, 2025

_____
SALLIE KIM
United States Magistrate Judge

APPEAL,CONSENT

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:25-mc-80296-SK

In re. Subpoenas to Reddit, Inc. and Ddiscord, Inc.
Assigned to: Magistrate Judge Sallie Kim
Case in other court: U.S. Court of Appeals for the Ninth Circuit,
 26-03513
 9th Circuit Court of Appeals, 26-03513
 9th Circuit Court of Appeals, 26-03553
Cause: Civil Miscellaneous Case

Date Filed: 09/22/2025
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Ted Entertainment, Inc.**

represented by **Rom Aric Bar-Nissim**
Heah Bar-Nissim LLP
1801 Century Park East
Suite 2400
Los Angeles, CA 90067
310-432-2836
Email: rom@heahbarnissim.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Doe Defendants**

represented by **Karl Stephen Kronenberger**
Kronenberger Rosenfeld, LLP
548 Market Street
Ste 85399
San Francisco, CA 94104
415-955-1155
Fax: 415-955-1158
Email: karl@kr.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael Rosenfeld**
Kronenberger Rosenfeld, LLP
548 Market Street
Ste 85399
San Francisco, CA 94104
415-955-1155
Email: jeff@kr.law
*ATTORNEY TO BE NOTICED*

**Leah Rosa Vulic**
Kronenberger Rosenfeld, LLP
548 Market Street, Suite 85399

SER511

San Francisco, CA 94104
(415) 955-1155
Email: leah@kr.law
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2025 | 1 | MOTION TO QUASH SUBPOENA against IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. ( Filing fee $ 52, receipt number ACANDC-21158465.). Filed by IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.. (Attachments: # 1 Declaration of Leah Rosa Vulic, # 2 Declaration Does, # 3 Proposed Order)(Vulic, Leah) (Filed on 9/22/2025) Modified on 9/23/2025 (pjf, COURT STAFF). (Entered: 09/22/2025) |
| 09/23/2025 | 2 | Case assigned to Magistrate Judge Sallie Kim.<br><br>(mbc, COURT STAFF) (Filed on 9/23/2025) (Entered: 09/23/2025) |
| 09/23/2025 | 3 | **ORDER SETTING BRIEFING SCHEDULE. Signed by Magistrate Judge Sallie Kim on 9/23/2025. (bxl, COURT STAFF) (Filed on 9/23/2025) (Entered: 09/23/2025)** |
| 09/23/2025 | 4 | NOTICE of Appearance filed by Jeffrey Michael Rosenfeld on behalf of IN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC. (Rosenfeld, Jeffrey) (Filed on 9/23/2025) (Entered: 09/23/2025) |
| 09/23/2025 | 5 | STIPULATION WITH PROPOSED ORDER *to Extend Deadline of Ted Entertainment, Inc. to Oppose the Does' Motion to Quash Pursuant to Civ. L.R. 6-2 and 7-12* filed by Ted Entertainment, Inc.. (Attachments: # 1 Declaration Declaration of Rom Bar-Nissim, # 2 Proposed Order)(Bar-Nissim, Rom) (Filed on 9/23/2025) (Entered: 09/23/2025) |
| 09/23/2025 | 6 | Certificate of Interested Entities by Ted Entertainment, Inc. (Bar-Nissim, Rom) (Filed on 9/23/2025) (Entered: 09/23/2025) |
| 09/24/2025 | | Electronic filing error. Filer did not add all interested parties when prompted. Re-file this document in its entirety and when prompted, enter all affiliates or corporate parents.Please re-file in its entirety. Re: 6 Certificate of Interested Entities filed by Ted Entertainment, Inc. (pjf, COURT STAFF) (Filed on 9/24/2025) (Entered: 09/24/2025) |
| 09/24/2025 | 7 | Declaration of Leah Rosa Vulic in Support of 1 MOTION *CORRECTION OF DOCKET # [1-1]* filed byIN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.. **Notice of Manual Filing** 7 139-142. (Related document(s) 1 ) (Vulic, Leah) (Filed on 9/24/2025) Modified on 9/25/2025 (pjf, COURT STAFF). (Entered: 09/24/2025) |
| 09/24/2025 | 8 | Declaration of Doe Defendants in Support of 1 MOTION *CORRECTION OF DOCKET # [1-2]* filed byIN RE. SUBPOENAS TO REDDIT, INC. AND DISCORD, INC.. (Related document(s) 1 ) (Vulic, Leah) (Filed on 9/24/2025) Modified on 9/25/2025 (pjf, COURT STAFF). (Entered: 09/24/2025) |
| 09/24/2025 | 9 | **Order by Magistrate Judge Sallie Kim granting 5 Stipulation to Extend Deadline to Oppose Motion to Quash. (bxl, COURT STAFF) (Filed on 9/24/2025) (Entered: 09/25/2025)** |
| 09/26/2025 | 10 | CERTIFICATE OF SERVICE by Doe Defendants re 2 Case Assigned by Intake, 3 Order, 8 Declaration in Support, 1 MOTION, 7 Declaration in Support, (Vulic, Leah) (Filed on 9/26/2025) (Entered: 09/26/2025) |

SER512

7/18/26, 12:52 PM                                                CAND-ECF

| 09/26/2025 | 11 | CERTIFICATE OF SERVICE by Doe Defendants re 3 Order, 8 Declaration in Support, 1 MOTION, 7 Declaration in Support, *on Discord Inc.* (Vulic, Leah) (Filed on 9/26/2025) (Entered: 09/26/2025) |
| --- | --- | --- |
| 09/29/2025 | | Remark - USB Drive received re manual filing 7 . Maintained by Clerk's Office Box.com. (kab, COURT STAFF) (Filed on 9/29/2025) (Entered: 09/29/2025) |
| 10/06/2025 | 12 | STIPULATION WITH PROPOSED ORDER *to Extend Deadline of Ted Entertainment, Inc. to Oppose the Does' Motion to Quash Pursuant to Civ. L.R. 6-2 and 7-12* filed by Ted Entertainment, Inc.. (Attachments: # 1 Declaration Declaration of Rom Bar-Nissim, # 2 Proposed Order)(Bar-Nissim, Rom) (Filed on 10/6/2025) (Entered: 10/06/2025) |
| 10/07/2025 | 13 | **Order by Magistrate Judge Sallie Kim granting 12 Stipulation to Extend Opposition Deadline. (bxl, COURT STAFF) (Filed on 10/7/2025) (Entered: 10/07/2025)** |
| 10/07/2025 | | Set/Reset Deadlines as to 1 MOTION to Quash. Responses due by 10/20/2025. (bxl, COURT STAFF) (Filed on 10/7/2025) (Entered: 10/07/2025) |
| 10/14/2025 | 14 | **ORDER REGARDING IN CAMERA REVIEW. Signed by Magistrate Judge Sallie Kim on 10/10/2025. (bxl, COURT STAFF) (Filed on 10/14/2025) (Entered: 10/14/2025)** |
| 10/15/2025 | 15 | **ORDER CLARIFYING IN CAMERA REVIEW. Signed by Magistrate Judge Sallie Kim on 10/15/2025. (bxl, COURT STAFF) (Filed on 10/15/2025) (Entered: 10/16/2025)** |
| 10/20/2025 | 16 | OPPOSITION/RESPONSE (re 1 MOTION ) *to Quash Plaintiff's Subpoenas to Reddit, Inc. and Discord, Inc.* filed byTed Entertainment, Inc.. (Attachments: # 1 Declaration of Rom Bar-Nissim, # 2 Declaration of Ethan and Hila Klein)(Bar-Nissim, Rom) (Filed on 10/20/2025) (Entered: 10/20/2025) |
| 10/20/2025 | 17 | NOTICE by Ted Entertainment, Inc. re 16 Opposition/Response to Motion, *of Lodging of Video Exhibits* (Bar-Nissim, Rom) (Filed on 10/20/2025) (Entered: 10/20/2025) |
| 10/21/2025 | 18 | STIPULATION WITH PROPOSED ORDER *TO EXTEND THE DEADLINE FOR DOES TO FILE REPLY IN SUPPORT OF THEIR MOTION TO QUASH* filed by Doe Defendants. (Attachments: # 1 Declaration of Leah Rosa Vulic, # 2 Proposed Order)(Vulic, Leah) (Filed on 10/21/2025) (Entered: 10/21/2025) |
| 10/22/2025 | 19 | **Order by Magistrate Judge Sallie Kim granting 18 Stipulation to Extend the Deadline for DOES to File Reply. Replies due by 11/3/2025. Signed by Magistrate Judge Sallie Kim on 10/22/2025. (bxl, COURT STAFF) (Filed on 10/22/2025) (Entered: 10/23/2025)** |
| 11/03/2025 | 20 | REPLY (re 1 MOTION ) *to Quash Subpoenas to Reddit, Inc. and Discord, Inc.* filed byDoe Defendants. (Attachments: # 1 Declaration of DOE DEFENDANTS)(Vulic, Leah) (Filed on 11/3/2025) (Entered: 11/03/2025) |
| 11/03/2025 | 21 | NOTICE by Doe Defendants re 20 Reply to Opposition/Response *of Manual Filing* (Vulic, Leah) (Filed on 11/3/2025) (Entered: 11/03/2025) |
| 11/06/2025 | 22 | CERTIFICATE OF SERVICE by Doe Defendants re 21 Notice (Other) (Vulic, Leah) (Filed on 11/6/2025) (Entered: 11/06/2025) |
| 11/10/2025 | 23 | Declaration of Doe Defendants in Support of 20 Reply to Opposition/Response *CORRECTION OF DOCKET # [20-1] (Replacement of inadvertent broken links in footnotes)* filed byDoe Defendants. (Related document(s) 20 ) (Vulic, Leah) (Filed on 11/10/2025) (Entered: 11/10/2025) |
| 11/10/2025 | 24 | OBJECTIONS to re 23 Declaration in Support, 20 Reply to Opposition/Response by Ted Entertainment, Inc.. (Bar-Nissim, Rom) (Filed on 11/10/2025) (Entered: 11/10/2025) |

SER513

7/18/26, 12:52 PM                                                      CAND-ECF

| 12/09/2025 | 25 | ADMINISTRATIVE MOTION TO SUBMIT ADDITIONAL EVIDENCE re 1 MOTION *to Quash Subpoenas to Reddit, Inc. and Discord, Inc.* filed by Doe Defendants. Responses due by 12/15/2025. (Attachments: # 1 Declaration of Leah Rosa Vulic, # 2 Proposed Order)(Vulic, Leah) (Filed on 12/9/2025) (Entered: 12/09/2025) |
|---|---|---|
| 12/09/2025 | 26 | NOTICE by Doe Defendants re 25 ADMINISTRATIVE MOTION TO SUBMIT ADDITIONAL EVIDENCE re 1 MOTION *to Quash Subpoenas to Reddit, Inc. and Discord, Inc. of Manual Filing* (Vulic, Leah) (Filed on 12/9/2025) (Entered: 12/09/2025) |
| 12/10/2025 | 27 | CERTIFICATE OF SERVICE by Doe Defendants re 25 ADMINISTRATIVE MOTION TO SUBMIT ADDITIONAL EVIDENCE re 1 MOTION *to Quash Subpoenas to Reddit, Inc. and Discord, Inc.* (Vulic, Leah) (Filed on 12/10/2025) (Entered: 12/10/2025) |
| 12/15/2025 | 28 | OPPOSITION/RESPONSE (re 25 ADMINISTRATIVE MOTION TO SUBMIT ADDITIONAL EVIDENCE re 1 MOTION *to Quash Subpoenas to Reddit, Inc. and Discord, Inc.* ) filed byTed Entertainment, Inc.. (Attachments: # 1 Declaration of Rom Bar-Nissim, # 2 Declaration of Ethan and Hila Klein, # 3 Proposed Order Denying Administrative Motion)(Bar-Nissim, Rom) (Filed on 12/15/2025) (Entered: 12/15/2025) |
| 12/15/2025 | 29 | NOTICE by Ted Entertainment, Inc. re 28 Opposition/Response to Motion, *of Lodging of Video Exhibit* (Bar-Nissim, Rom) (Filed on 12/15/2025) (Entered: 12/15/2025) |
| 12/18/2025 | 30 | REPLY (re 25 ADMINISTRATIVE MOTION TO SUBMIT ADDITIONAL EVIDENCE re 1 MOTION *to Quash Subpoenas to Reddit, Inc. and Discord, Inc.* ) - *Response to Ted Entertainment, Inc.'s Opposition [D.E. 28]* filed byDoe Defendants. (Attachments: # 1 Declaration of DOES)(Vulic, Leah) (Filed on 12/18/2025) (Entered: 12/18/2025) |
| 01/06/2026 | 31 | CLERK'S NOTICE Re: Consent or Declination: **Plaintiff** and **Movant** shall file a consent or declination to proceed before a magistrate judge by **1/20/2026** . Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)* (bxl, COURT STAFF) (Filed on 1/6/2026) (Entered: 01/06/2026) |
| 01/20/2026 | 32 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Doe Defendants.. (Kronenberger, Karl) (Filed on 1/20/2026) (Entered: 01/20/2026) |
| 01/20/2026 | 33 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Ted Entertainment, Inc... (Bar-Nissim, Rom) (Filed on 1/20/2026) (Entered: 01/20/2026) |
| 03/03/2026 | 34 | NOTICE by Doe Defendants *of Unavailability* (Vulic, Leah) (Filed on 3/3/2026) (Entered: 03/03/2026) |
| 03/25/2026 | 35 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byDoe Defendants. (Vulic, Leah) (Filed on 3/25/2026) (Entered: 03/25/2026) |
| 04/08/2026 | 36 | CLERK'S NOTICE SETTING ZOOM HEARING:<br><br>Motion Hearing re 1 Motion to Quash Subpoena set for 4/20/2026 at 9:30 AM in San Francisco - Videoconference Only before Magistrate Judge Sallie Kim. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/sk<br><br>**Civ LR 77-3(d).** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court |

SER514

| | | |
|---|---|---|
| | | proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://cand.uscourts.gov/judges/remote-access-court-proceedings/participating-court-proceedings-zoo.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)*(bxl, COURT STAFF) (Filed on 4/8/2026) (Entered: 04/08/2026) |
| 04/15/2026 | 37 | **NOTICE OF QUESTIONS. Signed by Judge Sallie Kim on 4/15/2026. (bxl, COURT STAFF) (Filed on 4/15/2026) (Entered: 04/15/2026)** |
| 04/20/2026 | 38 | **Minute Entry for proceedings held by Zoom before Magistrate Judge Sallie Kim: Motion Hearing held on 4/20/2026 re 1 MOTION to Quash Subpoena.**<br><br>**The Court discussed the questions issued at docket 37 with the parties. Matter taken under submission.**<br><br>**Zoom Recording Time: 9:40-10:07.**<br>**Plaintiff Attorney: Rom Bar-Nissim.**<br>**Defendant Attorney: Leah Vulic.**<br><br>***(This is a text-only entry generated by the court. There is no document associated with this entry.)* (bxl, COURT STAFF) (Date Filed: 4/20/2026) Proceedings transcribed by Tara Jauregui of Echo Reporting (Echoreporting@yahoo.com) Modified on 4/22/2026 (bxl, COURT STAFF). (Entered: 04/20/2026)** |
| 04/20/2026 | 39 | NOTICE by Ted Entertainment, Inc. *of Lodging of Video Exhibit Containing Corrected Exhibit K* (Bar-Nissim, Rom) (Filed on 4/20/2026) (Entered: 04/20/2026) |
| 04/20/2026 | 40 | **ORDER REQUIRING VIDEO FILINGS. Signed by Judge Sallie Kim on 4/20/2026. (bxl, COURT STAFF) (Filed on 4/20/2026) (Entered: 04/20/2026)** |
| 04/22/2026 | 41 | TRANSCRIPT ORDER for proceedings held on 04/20/2026 before Magistrate Judge Sallie Kim by Doe Defendants, for Recorded Proceeding - San Francisco. (Vulic, Leah) (Filed on 4/22/2026) (Entered: 04/22/2026) |
| 04/23/2026 | 42 | Transcript of Proceedings held on 04/20/26, before Judge Sallie Kim. Court Reporter/Transcriber Echo Reporting, Inc., telephone number echoreporting@yahoo.com. Tape Number: 9:40 - 10:07. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 41 Transcript Order ) Redaction Request due 5/14/2026. Redacted Transcript Deadline set for 5/26/2026. Release of Transcript Restriction set for 7/22/2026. (Related documents(s) 41 ) (Jauregui, Tara) (Filed on 4/23/2026) (Entered: 04/23/2026) |
| 04/23/2026 | 43 | TRANSCRIPT ORDER for proceedings held on 4/20/2026 before Magistrate Judge Sallie Kim for Recorded Proceeding - San Francisco. (mkl, COURT STAFF) (Filed on 4/23/2026) (Entered: 04/23/2026) |
| 04/24/2026 | 44 | NOTICE by Doe Defendants *and Respondent Ted Entertainment, Inc., of Relevant Related Proceedings* (Vulic, Leah) (Filed on 4/24/2026) (Entered: 04/24/2026) |
| 04/29/2026 | 45 | **ORDER DENYING MOTION TO QUASH SUBPOENAS. Signed by Judge Sallie Kim on 4/29/2026. (bxl, COURT STAFF) (Filed on 4/29/2026) (Entered: 04/29/2026)** |

SER515

| 05/29/2026 | 46 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Doe Defendants. Appeal of Order, Terminate Motions 45 (Appeal fee of $605 receipt number ACANDC-22041800 paid.) (Vulic, Leah) (Filed on 5/29/2026) (Entered: 05/29/2026) |
| --- | --- | --- |
| 05/29/2026 | 49 | Petition For Writ Of Mandamus filed Directly with the Ninth Circuit Court of Appeals. (pjf, COURT STAFF) (Filed on 5/29/2026) Modified on 6/4/2026 (cjl, COURT STAFF). (Entered: 06/04/2026) |
| 06/01/2026 | 47 | USCA Case Number **26-3513** 9th Circuit Court of Appeals for 49 Notice of Appeal to the Ninth Circuit filed by Doe Defendants. (pjf, COURT STAFF) (Filed on 6/1/2026) Modified on 6/3/2026 (pjf, COURT STAFF). Modified on 6/4/2026 (pjf, COURT STAFF). (Entered: 06/02/2026) |
| 06/02/2026 | 48 | USCA Case Number **26-3553** 9th Circuit Court of Appeals for 46 Notice of Appeal to the Ninth Circuit filed by Doe Defendants. (pjf, COURT STAFF) (Filed on 6/2/2026) Modified on 6/3/2026 (pjf, COURT STAFF). (Entered: 06/03/2026) |
| 07/08/2026 | 50 | USCA Case Number 26-3513 U.S. Court of Appeals for the Ninth Circuit for 47 USCA Case Number. (mbc, COURT STAFF) (Filed on 7/8/2026) (Entered: 07/09/2026) |

| **PACER Service Center** | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 07/18/2026 12:51:43 | | | |
| **PACER Login:** | rbarnissim | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:25-mc-80296-SK |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

SER516

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have this day electronically filed the

foregoing Supplemental Excerpts of Record, Volume II with the Clerk

of the Court for the United States Court of Appeals for the Ninth

Circuit by using the appellate ACMS system.

DATED: July 22, 2026                    By: <u>/s/ Rom Bar-Nissim</u>

1

SER517