UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 25 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: DOE DEFENDANTS.

DOE DEFENDANTS,

Petitioners,

v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

Respondent,

TED ENTERTAINMENT, INC.,

Real Party in Interest.

No. 26-3513

D.C. No.
3:25-mc-80296-SK
Northern District of California,
San Francisco

ORDER

TED ENTERTAINMENT, INC.,

Plaintiff - Appellee,

v.

DOE DEFENDANTS,

Movants - Appellants.

No. 26-3553

D.C. No.
3:25-mc-80296-SK
Northern District of California,
San Francisco

Before: S.R. THOMAS, BERZON, and FORREST, Circuit Judges.

The motion (Docket Entry No. 11 in appeal No. 26-3553) to dismiss appeal No. 26-3553 for lack of jurisdiction is denied without prejudice to renewing the

arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening brief in appeal No. 25-3553 is due September 30, 2026. The answering brief is due October 30, 2026. The optional reply brief is due 21 days after the answering brief is served.

The clerk will calendar petition No. 26-3513 and appeal No. 25-3553 together.