UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: DOE DEFENDANTS<br><br>DOE DEFENDANTS,<br><br>Petitioner.<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,<br><br>Respondent.<br><br>TED ENTERTAINMENT, INC.,<br><br>Real Party in Interest. | No. 26-3513<br><br>D.C. No.<br>3:25-mc-80296-SK<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| TED ENTERTAINMENT, INC.,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DOE DEFENDANTS,<br><br>Movant - Appellant. | No. 26-3553<br><br>D.C. No.<br>3:25-mc-80296-SK<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The joint motion (Docket Entry No. 23 in 26-3513; Docket Entry No. 20 in 26-3553) for an extension of time to respond to the motion to dismiss is granted.

The response is due October 12, 2026. The optional reply in support of the motion is due October 26, 2026.

Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT